# EXHIBIT

# 2

**From:** cmock@HHC.org
**To:** tedenfield@HHC.org
**Subject:** Intubation
**Date:** Wednesday, January 20, 2021 1:48:39 PM

Todd,

My staff intubated ICU 2 today around 12:30 pm. Dr. Nulph had come to be at the bedside (as usual in hospital intubations). Dr. Soundappan had asked nurse Shirley to have anesthesia at the bedside. Shirley called anesthesia and Dr. Nulph left. After the intubation, I received a call from Dr. Woods. He had concerns about an anesthesiologist being used in an intubation. He voiced that they had an intubation team that included anesthesiologists at Houston, but we were not doing that here. I will speak with Dr. Soundappan. He also voiced concerns about the filters on the PAPRs. He wanted to know where we are logging how many uses the filters have had. We use the PAPRs that are supplied in the ER. Also, my staff has been reeducated on using the PAPRs and the Glidescope on every intubation. Please advise on anything else I need to do.

Thanks,

Kelly



**Catherine K. Mock**
Manager - Respiratory Care

Tel:      478-218-1689
E-mail:  cmock@HHC.org

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | cmock@HHC.org |
| **Subject:** | RE: Intubation |
| **Date:** | Wednesday, January 20, 2021 3:53:06 PM |

See me in the morning and we can discuss further.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:     (478) 218-1625
Fax:     (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Catherine K. Mock <cmock@HHC.org>
**Sent:** Wednesday, January 20, 2021 1:49 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** Intubation

Todd,
My staff intubated ICU 2 today around 12:30 pm. Dr. Nulph had come to be at the bedside (as usual in hospital intubations). Dr. Soundappan had asked nurse Shirley to have anesthesia at the bedside. Shirley called anesthesia and Dr. Nulph left. After the intubation, I received a call from Dr. Woods. He had concerns about an anesthesiologist being used in an intubation. He voiced that they had an intubation team that included anesthesiologists at Houston, but we were not doing that here. I will speak with Dr. Soundappan. He also voiced concerns about the filters on the PAPRs. He wanted to know where we are logging how many uses the filters have had. We use the PAPRs that are supplied in the ER. Also, my staff has been reeducated on using the PAPRs and the Glidescope on every intubation. Please advise on anything else I need to do.
Thanks,
Kelly



**Catherine K. Mock**
Manager - Respiratory Care

Tel:     478-218-1689
E-mail:  cmock@HHC.org

**Edenfield Emails 002**

| | |
|---|---|
| **From:** | cmock@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Subject:** | RE: Intubation |
| **Date:** | Wednesday, January 20, 2021 3:54:39 PM |

Ok. Will do.
Thank you,
Kelly

**From:** Todd Edenfield
**Sent:** Wednesday, January 20, 2021 3:53 PM
**To:** Catherine K. Mock <cmock@HHC.org>
**Subject:** RE: Intubation

See me in the morning and we can discuss further.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:    (478) 218-1625
Fax:    (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Catherine K. Mock <cmock@HHC.org>
**Sent:** Wednesday, January 20, 2021 1:49 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** Intubation

Todd,
My staff intubated ICU 2 today around 12:30 pm. Dr. Nulph had come to be at the bedside (as usual in hospital intubations). Dr. Soundappan had asked nurse Shirley to have anesthesia at the bedside. Shirley called anesthesia and Dr. Nulph left. After the intubation, I received a call from Dr. Woods. He had concerns about an anesthesiologist being used in an intubation. He voiced that they had an intubation team that included anesthesiologists at  Houston, but we were not doing that here. I will speak with Dr. Soundappan.  He also voiced concerns about the filters on the PAPRs. He wanted to know where we are logging how many uses the filters have had. We use the PAPRs that are supplied in the ER. Also, my staff has been reeducated on using the PAPRs and the Glidescope on every intubation. Please advise on anything else I need to do.
Thanks,
Kelly



**Catherine K. Mock**
Manager - Respiratory Care

Tel:    478-218-1689
E-mail:  cmock@HHC.org

**Edenfield Emails 003**

Edenfield Emails 004

**From:**     alford@HHC.org
**To:**     aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org
**Subject:**     FW: February 2021 ED Schedules
**Date:**     Tuesday, January 26, 2021 8:01:47 AM
**Attachments:**     HMC Feb 2021.pdf
     Perry Hospital Feb 2021.pdf

Please see attached.



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Monday, January 25, 2021 7:56 PM
**To:** Freddie Herring <fherring@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>
**Subject:** February 2021 ED Schedules



**Kelyn Bledsoe**
Group Coordinator

Tel:     (478) 542-7713
E-mail:  kbledsoe@HHC.org

**Edenfield Emails 005**

| | |
|---|---|
| **From:** | mharris@HHC.org |
| **To:** | LeadershipGroup@HHC.org; sbledsoe@HHC.org |
| **Subject:** | Exec Team Mtg: 2/10/21 Minutes & 2/17/21 Agenda |
| **Date:** | Tuesday, February 16, 2021 3:49:28 PM |
| **Attachments:** | 2-10-21 - Exec Team Minutes.docx |
| | 2-17-21 - Exec Team Agenda.docx |

Minutes from the Executive Team Meeting held Wednesday, **Wednesday, February 10, 2021** are attached.

Also attached, Agenda for the Executive Team Meeting, **Wednesday, February 17, 2021 – 9:00am – 10:00am**.



**Lisa Harris**
Senior Executive Secretary (COS & CEO)

Tel:      (478) 322-4877
Fax:     (478) 975-6388
E-mail:  mharris@HHC.org

**Edenfield Emails 006**

**From:** aalbritton@HHC.org
**To:** smartin@HHC.org; chobbs@HHC.org
**Cc:** tedenfield@HHC.org
**Subject:** RE: Bridge orders at PH
**Date:** Friday, February 19, 2021 10:28:32 AM

FYI:

I just spoke with Dr. Soundappan concerning Bridge Orders. He stated that this has not been approved through PH MEC. He had a copy of the policy that is currently in draft and stated that there were no Perry doctor's names on the list of approvers. He intends to approve as long as they have 30 minutes to enter orders. He stated that it is currently illegal for us to Bridge patients without the approval of PH MEC and that he can contact DNV and report us if we use Bridge orders without approval.

April



**April M. Albritton, RN**
Director of Nursing

Tel:       (478) 218-1892
E-mail:   aalbritton@HHC.org

**From:** Larry D. Stewart, Jr.
**Sent:** Thursday, February 11, 2021 5:32:10 PM
**To:** Shellisa Houston Martin
**Subject:** Bridge orders at PH

I instructed Dr. Nulph that for all unassigned admissions to PH he and his staff are to use bridge orders. Attempt to call the city call physician to inform them of the admission but not to delay putting in bridge orders waiting for then physician to return a call. For the private physicians admitting their own patients, they must accept the admission first and then bridge orders can be palced IF they are unable to put in orders at the time of acceptance of the admission. Hope that helps – call if you have questions.



**Larry D. Stewart, Jr.M.D.,FAAP**
VP, Medical Affairs / Chief Medical Officer

Tel:       (478) 322 -4950
E-mail:   lstewart@HHC.org

**Edenfield Emails 007**

| | |
|---|---|
| **From:** | Catherine K. Mock |
| **To:** | Todd Edenfield |
| **Subject:** | Intubation |
| **Date:** | Wednesday, January 20, 2021 1:48:40 PM |

Todd,

My staff intubated ICU 2 today around 12:30 pm. Dr. Nulph had come to be at the bedside (as usual in hospital intubations). Dr. Soundappan had asked nurse Shirley to have anesthesia at the bedside. Shirley called anesthesia and Dr. Nulph left. After the intubation, I received a call from Dr. Woods. He had concerns about an anesthesiologist being used in an intubation. He voiced that they had an intubation team that included anesthesiologists at Houston, but we were not doing that here. I will speak with Dr. Soundappan. He also voiced concerns about the filters on the PAPRs. He wanted to know where we are logging how many uses the filters have had. We use the PAPRs that are supplied in the ER. Also, my staff has been reeducated on using the PAPRs and the Glidescope on every intubation. Please advise on anything else I need to do.

Thanks,

Kelly



**Catherine K. Mock**

Manager - Respiratory Care

Tel:        478-218-1689
E-mail:   cmock@HHC.org

**From:** Todd Edenfield
**To:** Catherine K. Mock
**Subject:** RE: Intubation
**Date:** Wednesday, January 20, 2021 3:53:06 PM

See me in the morning and we can discuss further.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:   (478) 218-1625
Fax:   (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Catherine K. Mock <cmock@HHC.org>
**Sent:** Wednesday, January 20, 2021 1:49 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** Intubation

Todd,
My staff intubated ICU 2 today around 12:30 pm. Dr. Nulph had come to be at the bedside (as usual in hospital intubations). Dr. Soundappan had asked nurse Shirley to have anesthesia at the bedside. Shirley called anesthesia and Dr. Nulph left. After the intubation, I received a call from Dr. Woods. He had concerns about an anesthesiologist being used in an intubation. He voiced that they had an intubation team that included anesthesiologists at  Houston, but we were not doing that here. I will speak with Dr. Soundappan.  He also voiced concerns about the filters on the PAPRs. He wanted to know where we are logging how many uses the filters have had. We use the PAPRs that are supplied in the ER. Also, my staff has been reeducated on using the PAPRs and the Glidescope on every intubation. Please advise on anything else I need to do.
Thanks,
Kelly



**Catherine K. Mock**
Manager - Respiratory Care

Tel:   478-218-1689
E-mail:  cmock@HHC.org

**Edenfield Emails 009**

| | |
|---|---|
| **From:** | April M. Albritton |
| **To:** | Shellisa Houston Martin; Christopher D. Hobbs |
| **Cc:** | Todd Edenfield |
| **Subject:** | RE: Bridge orders at PH |
| **Date:** | Friday, February 19, 2021 10:28:33 AM |

FYI:

I just spoke with Dr. Soundappan concerning Bridge Orders. He stated that this has not been approved through PH MEC. He had a copy of the policy that is currently in draft and stated that there were no Perry doctor's names on the list of approvers. He intends to approve as long as they have 30 minutes to enter orders. He stated that it is currently illegal for us to Bridge patients without the approval of PH MEC and that he can contact DNV and report us if we use Bridge orders without approval.

April



**April M. Albritton, RN**
Director of Nursing

Tel:     (478) 218-1892
E-mail:  aalbritton@HHC.org

**From:** Larry D. Stewart, Jr.
**Sent:** Thursday, February 11, 2021 5:32:10 PM
**To:** Shellisa Houston Martin
**Subject:** Bridge orders at PH

I instructed Dr. Nulph that for all unassigned admissions to PH he and his staff are to use bridge orders. Attempt to call the city call physician to inform them of the admission but not to delay putting in bridge orders waiting for then physician to return a call. For the private physicians admitting their own patients, they must accept the admission first and then bridge orders can be palced IF they are unable to put in orders at the time of acceptance of the admission. Hope that helps – call if you have questions.



**Larry D. Stewart, Jr.M.D.,FAAP**
VP, Medical Affairs / Chief Medical Officer

Tel:     (478) 322 -4950
E-mail:  lstewart@HHC.org

| From: | Angela L. Ford |
| --- | --- |
| To: | Dr. Awojulu; Dr. Brantley; Dr. Ham; Seth W. Heimer; Dr. Lomboy; Dr. Nulph; Dr. Sampson; Dr. Soundappan; Dr. Sripathi; Dr. Tehrani; Dr. Wang - A; Dr. Xia |
| Cc: | April M. Albritton; Todd Edenfield |
| Subject: | PUI and COVID patients |
| Date: | Tuesday, February 23, 2021 8:47:43 AM |
| Importance: | High |

Good morning:

  Please be advised if you have a PUI or COVID patient they can not be admitted to Perry Hospital, they will need to be transferred to Houston Medical Center.  If you have any questions, please feel free to call April Albritton at 478-218-1892 or Todd Edenfield 478-218-1625.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| From: | alford@HHC.org |
|---|---|
| To: | aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org |
| Subject: | FW: March 2021 ED Schedule |
| Date: | Thursday, February 25, 2021 11:25:21 AM |
| Attachments: | Perry March 2021.pdf<br>HMC March 2021.pdf |

Please see attached.

Thanks,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Thursday, February 25, 2021 11:24 AM
**To:** Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>; Freddie Herring <fherring@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>
**Subject:** March 2021 ED Schedule



**Kelyn Bledsoe**
Group Coordinator

Tel:      (478) 542-7713
E-mail:   kbledsoe@HHC.org

**From:** cminor@HHC.org
**To:** HMCDirectors-Managers@HHC.org; PH-Manager-Directors@HHC.org
**Subject:** Patient Comments
**Date:** Tuesday, March 9, 2021 3:08:35 PM
**Attachments:** comments 1.1.21-1.31-21.all.rev.xlsx

Good Afternoon,

I have attached the patient comments from surveys we received in the month of January. Please utilize this patient input to recognize those team members and actions that consistently make a difference to our patients and look for opportunities to improve our patient experience. Thanks for your attention to our patient feedback. If you would like to look further into any of these comments and need more detailed information, please let me know.

Cheryl



**Cheryl Minor**
Manager - Service Excellence

Tel:       (478) 322-5163
Mobile: (478) 396-5776
Fax:      (478) 322-4826
E-mail:  cminor@HHC.org

**Edenfield Emails 013**

| | |
|---|---|
| **From:** | chobbs@HHC.org |
| **To:** | tedenfield@HHC.org; aalbritton@HHC.org |
| **Subject:** | Issue |
| **Date:** | Wednesday, March 17, 2021 2:24:01 PM |
| **Attachments:** | DRESS CODE (21031_9).doc |
| **Importance:** | High |

Hi Todd,

Yesterday evening I received a call from Maura Stokes to inform me that Dr. Nulph had "blue hair." I spoke with the oncoming ANM Trina Lavender and requested that she send me a photo of his hair. Per HHC policy that hair must be neat and clean with no extreme styles or extreme/ unnatural colors, including streaks. I have also attached the current policy of the organization.



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:       (478) 218-1677
Mobile:  (478) 319-1274
E-mail:   chobbs@HHC.org

**Edenfield Emails 014**

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | jhargraves@apollomd.com |
| **Cc:** | mhartley@HHC.org; chobbs@HHC.org; aalbritton@HHC.org; lstewart@HHC.org |
| **Subject:** | FW: Issue |
| **Date:** | Wednesday, March 17, 2021 2:42:34 PM |
| **Attachments:** | DRESS CODE (21031_9).doc |
| **Importance:** | High |

Dr Hargraves,

Please review attached dress code policy and see picture of Dr. Nulph with blue hair. Our staff and providers are required to follow the policy so could you please contact Dr. Nulph prior to his arrival for work tonight and inform him he needs to correct the blue hair issue prior to coming in. Thank you for your assistance.







**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:     (478) 218-1625
Fax:    (478) 218-1631
E-mail:  tedenfield@HHC.org



**From:** Christopher D. Hobbs <chobbs@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; April M. Albritton <aalbritton@HHC.org>
**Subject:** Issue
**Importance:** High

**Edenfield Emails 015**

Hi Todd,

Yesterday evening I received a call from Maura Stokes to inform me that Dr. Nulph had "blue hair." I spoke with the oncoming ANM Trina Lavender and requested that she send me a photo of his hair. Per HHC policy that hair must be neat and clean with no extreme styles or extreme/ unnatural colors, including streaks. I have also attached the current policy of the organization.



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:      (478) 218-1677
Mobile:  (478) 319-1274
E-mail:  chobbs@HHC.org

| From: | Josh Hargraves |
|---|---|
| To: | Todd Edenfield |
| Cc: | Mindy Hartley; Christopher D. Hobbs; April M. Albritton; Larry D. Stewart, Jr. |
| Subject: | Re: Issue |
| Date: | Wednesday, March 17, 2021 3:24:38 PM |

WARNING: This email originated outside of Houston Healthcare. DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

I connected with him.  He didn't realize there was a policy. He's going to wear a surgical tonight and will have it fixed before his next shift.

Josh

Josh Hargraves MD

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:42:34 PM
**To:** Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** FW: Issue

Dr Hargraves,
Please review attached dress code policy and see picture of Dr. Nulph  with blue hair. Our staff and providers are required to follow the policy so could you please contact Dr. Nulph prior to his arrival for work tonight and inform him he needs to correct the blue hair issue prior to coming in. Thank you for your assistance.









**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:     (478) 218-1631
E-mail:  tedenfield@HHC.org

---

**From:** Christopher D. Hobbs <chobbs@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; April M. Albritton <aalbritton@HHC.org>
**Subject:** Issue
**Importance:** High

Hi Todd,

Yesterday evening I received a call from Maura Stokes to inform me that Dr. Nulph had "blue hair.�    I spoke with the oncoming ANM Trina Lavender and requested that she send me a photo of his hair.  Per HHC policy that hair must be neat and clean with no extreme styles or extreme/ unnatural colors, including streaks. I have also attached the current policy of the organization.



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:      (478) 218-1677
Mobile:  (478) 319-1274
E-mail:  chobbs@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | jhargraves@apollomd.com |
| **Cc:** | mhartley@HHC.org; chobbs@HHC.org; aalbritton@HHC.org; lstewart@HHC.org |
| **Subject:** | RE: Issue |
| **Date:** | Wednesday, March 17, 2021 3:49:02 PM |

Thank You

**From:** Josh Hargraves <jhargraves@apollomd.com>
**Sent:** Wednesday, March 17, 2021 3:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** Re: Issue

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

---

I connected with him.  He didn't realize there was a policy. He's going to wear a surgical tonight and will have it fixed before his next shift.

Josh

Josh Hargraves MD

---

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:42:34 PM
**To:** Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** FW: Issue

Dr Hargraves,
Please review attached dress code policy and see picture of Dr. Nulph  with blue hair. Our staff and providers are required to follow the policy so could you please contact Dr. Nulph prior to his arrival for work tonight and inform him he needs to correct the blue hair issue prior to coming in. Thank you for your assistance.









**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:     (478) 218-1625
Fax:    (478) 218-1631
E-mail:  tedenfield@HHC.org

---

**From:** Christopher D. Hobbs <chobbs@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; April M. Albritton <aalbritton@HHC.org>
**Subject:** Issue
**Importance:** High

Hi Todd,

Yesterday evening I received a call from Maura Stokes to inform me that Dr. Nulph had "blue hair.⬦     I spoke with the oncoming ANM Trina Lavender and requested that she send me a photo of his hair.  Per HHC policy that hair must be neat and clean with no extreme styles or extreme/ unnatural colors, including streaks. I have also attached the current policy of the organization.



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:     (478) 218-1677
Mobile:  (478) 319-1274

**Edenfield Emails 020**

E-mail:  chobbs@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Edenfield Emails 021**

| | |
|---|---|
| **From:** | lstewart@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Subject:** | RE: Issue |
| **Date:** | Wednesday, March 17, 2021 4:06:21 PM |

Blue Hair?? Really



**Larry D. Stewart, Jr.M.D.,FAAP**
VP, Medical Affairs / Chief Medical Officer

Tel:    (478) 322 -4950
E-mail:  lstewart@HHC.org

**From:** Todd Edenfield
**Sent:** Wednesday, March 17, 2021 3:49 PM
**To:** Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** RE: Issue

Thank You

**From:** Josh Hargraves <jhargraves@apollomd.com>
**Sent:** Wednesday, March 17, 2021 3:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** Re: Issue

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

I connected with him.  He didn't realize there was a policy. He's going to wear a surgical tonight and will have it fixed before his next shift.

Josh

Josh Hargraves MD

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:42:34 PM
**To:** Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Mindy Hartley <mhartley@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>
**Subject:** FW: Issue

**Edenfield Emails 022**

Dr Hargraves,

Please review attached dress code policy and see picture of Dr. Nulph with blue hair. Our staff and providers are required to follow the policy so could you please contact Dr. Nulph prior to his arrival for work tonight and inform him he needs to correct the blue hair issue prior to coming in. Thank you for your assistance.









**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:     (478) 218-1631
E-mail:  tedenfield@HHC.org

HOUSTON HEALTHCARE

---

**From:** Christopher D. Hobbs <chobbs@HHC.org>
**Sent:** Wednesday, March 17, 2021 2:24 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; April M. Albritton <aalbritton@HHC.org>
**Subject:** Issue
**Importance:** High

Hi Todd,

Yesterday evening I received a call from Maura Stokes to inform me that Dr. Nulph had "blue hair.�    I spoke with the oncoming ANM Trina Lavender and requested that she send me a photo of his hair.  Per HHC policy that hair must be neat and clean with no extreme styles or extreme/ unnatural colors, including streaks. I have also attached the current policy of the organization.

**Edenfield Emails 023**



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:     (478) 218-1677
Mobile: (478) 319-1274
E-mail:  chobbs@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: April 2021 ED Schedule |
| **Date:** | Monday, March 29, 2021 7:50:31 AM |
| **Attachments:** | HMC April 2021.pdf |
| | Perry April 2021.pdf |

Please see attached.

Thanks,

Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Sunday, March 28, 2021 10:08 PM
**To:** Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Freddie Herring <fherring@HHC.org>
**Subject:** April 2021 ED Schedule



**Kelyn Bledsoe**
Group Coordinator

Tel:      (478) 542-7713
E-mail:  kbledsoe@HHC.org

**Edenfield Emails 025**

| | |
|---|---|
| **From:** | Ashley King |
| **To:** | tedenfield@hhc.org; Christopher D. Hobbs |
| **Cc:** | Josh Hargraves; Todd Papetti |
| **Subject:** | Perry ED Operations |
| **Date:** | Monday, April 26, 2021 4:40:44 PM |
| **Attachments:** | image002.png |

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,

We wanted to take a moment to follow up about operations over the weekend at Perry. Yesterday, we were made aware of concerns related to a provider and worked quickly to correct it. That said, we certainly understand the concerns and will ensure this does not happen in the future.

Dr. Hughes was scheduled to work Saturday (4/24) day shift and Dr. Echefu was scheduled to work the night shift. Dr. Echefu ended up not feeling well and called Dr. Hughes directly – they discussed and he offered to stay for her shift. While not ideal, we were not aware this was happening at the time. We have discussed with both of the providers involved the importance of notifying our team (myself, Todd, Kelyn, Dr. Nulph – any or all) about any schedule changes and emergent situations. While I believe they felt they were doing the right thing, especially on a Saturday night, we always want to be aware of what is happening at our sites.

The following day, Sunday, Dr. Nulph was scheduled to work the day shift. He came in at 7a and then left around 10a to allow Dr. Hughes to work. Around 2pm we were made aware of the situation and Dr. Nulph returned to work. We have discussed the situation with Dr. Nulph. He understands this is not to happen again. We understand Perry's volume can vary greatly and would never want to put safety or quality at risk.

We apologize for the concern caused and have emphasized to the team the importance of communication. In light of that, I think it would also be a good idea to ensure your teams have contact information for myself and Todd Papetti, Director of Operations. We encourage our nursing partners to reach out to our Medical Director's first but if there is ever an instance you can't get a hold of a Medical Director we are available to help. I have listed our cell phones below, please feel free to distribute these as you see fit.

Todd Papetti, Director of Operations – 678-438-8598
Ashley King, Senior VP Operations – 503-789-3142

Thank you,
Ashley

**Ashley King**
Senior Vice President Operations
Office: 404-961-6540  |  Cell: 503-789-3142

Confidentiality Notice:

**Edenfield Emails 026**





*Healthy Clinicians. Healthy Patients. Healthy Communities.*

This e-mail transmission and any attachments contain information that may be confidential and/or legally privileged. The information is intended only for the use of the named addressee(s), and no other person is authorized to read, disseminate, distribute, copy, or otherwise disclose the contents of this message and/or any attachments.  If you have received this e-mail in error, please reply to the sender immediately and delete this e-mail and attachments from your e-mail program (including your "Deleted Files" folder).  Thank you.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Edenfield Emails 027**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; blittle@HHC.org; chobbs@HHC.org; dcampbell74228@gmail.com; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: Perry ED Schedule |
| **Date:** | Monday, April 26, 2021 4:49:47 PM |
| **Attachments:** | PERRYEM~APRIL.pdf |

Please find attached the May schedule it is saved as April but when you open it you will see May.

Thanks,
Angela

**From:** Jamie Hill <jhill@apollomd.com>
**Sent:** Monday, April 26, 2021 4:11 PM
**To:** Angela L. Ford <alford@HHC.org>; Jamie Hill <jamhill@HHC.org>
**Subject:** Re: Perry ED Schedule

> **WARNING:**This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hi Angela,
Please see attached.
Thank you
Jamie

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 26, 2021 10:48 AM
**To:** Jamie Hill <jamhill@HHC.org>
**Cc:** Jamie Hill <jhill@apollomd.com>
**Subject:** Perry ED Schedule

Jamie:
  Good morning, please send me the Perry ED Physician Schedule for May 2021.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

HOUSTON HEALTHCARE

Tel:    (478) 218-1627
Fax:   (478) 218-1631
E-mail:   alford@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**From:**        tedenfield@HHC.org
**To:**          aalbritton@HHC.org
**Subject:**     FW: Perry ED Operations
**Date:**        Tuesday, April 27, 2021 7:29:50 AM
**Attachments:** image002.png

Please see below and also here is Josh Hargraves cell phone:617-314-1140



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:   tedenfield@HHC.org

**From:** Ashley King <aking@apollomd.com>
**Sent:** Monday, April 26, 2021 4:41 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>
**Cc:** Josh Hargraves <jhargraves@apollomd.com>; Todd Papetti <tpapetti@apollomd.com>
**Subject:** Perry ED Operations

> **WARNING:**This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,

We wanted to take a moment to follow up about operations over the weekend at Perry. Yesterday, we were made aware of concerns related to a provider and worked quickly to correct it. That said, we certainly understand the concerns and will ensure this does not happen in the future.

Dr. Hughes was scheduled to work Saturday (4/24) day shift and Dr. Echefu was scheduled to work the night shift. Dr. Echefu ended up not feeling well and called Dr. Hughes directly – they discussed and he offered to stay for her shift. While not ideal, we were not aware this was happening at the time. We have discussed with both of the providers involved the importance of notifying our team (myself, Todd, Kelyn, Dr. Nulph – any or all) about any schedule changes and emergent situations. While I believe they felt they were doing the right thing, especially on a Saturday night, we always want to be aware of what is happening at our sites.

The following day, Sunday, Dr. Nulph was scheduled to work the day shift. He came in at 7a and then left around 10a to allow Dr. Hughes to work. Around 2pm we were made aware of the situation and Dr. Nulph returned to work. We have discussed the situation with Dr. Nulph. He understands this is not to happen again. We understand Perry's volume can vary greatly and would never want to put safety or quality at risk.

**Edenfield Emails 030**

We apologize for the concern caused and have emphasized to the team the importance of communication. In light of that, I think it would also be a good idea to ensure your teams have contact information for myself and Todd Papetti, Director of Operations. We encourage our nursing partners to reach out to our Medical Director's first but if there is ever an instance you can't get a hold of a Medical Director we are available to help. I have listed our cell phones below, please feel free to distribute these as you see fit.

Todd Papetti, Director of Operations – 678-438-8598
Ashley King, Senior VP Operations – 503-789-3142

Thank you,
Ashley



**Ashley King**
Senior Vice President Operations
Office: 404-961-6540  |  Cell: 503-789-3142



*Healthy Clinicians. Healthy Patients. Healthy Communities.*

Confidentiality Notice:

This e-mail transmission and any attachments contain information that may be confidential and/or legally privileged. The information is intended only for the use of the named addressee(s), and no other person is authorized to read, disseminate, distribute, copy, or otherwise disclose the contents of this message and/or any attachments.  If you have received this e-mail in error, please reply to the sender immediately and delete this e-mail and attachments from your e-mail program (including your "Deleted Files" folder).  Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 4/28/2021 9:30:10 AM |
| Date: | Wednesday, April 28, 2021 9:30:10 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

**Edenfield Emails 032**

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 4/29/2021 9:30:07 AM |
| Date: | Thursday, April 29, 2021 9:30:08 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail: sysadmin@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 4/30/2021 9:30:01 AM |
| Date: | Friday, April 30, 2021 9:30:02 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:  sysadmin@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/1/2021 9:30:05 AM |
| Date: | Saturday, May 1, 2021 9:30:05 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:  sysadmin@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/2/2021 9:30:01 AM |
| Date: | Sunday, May 2, 2021 9:30:02 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:  sysadmin@HHC.org

**Edenfield Emails 036**

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/3/2021 9:30:10 AM |
| Date: | Monday, May 3, 2021 9:30:10 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:  sysadmin@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/4/2021 9:30:07 AM |
| Date: | Tuesday, May 4, 2021 9:30:08 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/5/2021 9:30:06 AM |
| Date: | Wednesday, May 5, 2021 9:30:18 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

| | |
|---|---|
| From: | aalbritton@HHC.org |
| To: | jhargraves@apollomd.com; aking@apollomd.com |
| Cc: | smartin@HHC.org; chobbs@HHC.org; tedenfield@HHC.org |
| Subject: | PH Emergency department |
| Date: | Friday, May 7, 2021 10:37:38 AM |
| Attachments: | image001.png |
| | image002.png |

Good Afternoon,

I received a patient complaint this week on one of our emergency room physicians   Due to hearing this particular physician's name in several recent complaints, I requested that patient relations pull a report of our ER complaints from January 2021 through May 3, 2021   Out of the 31 emergency room complaints 9 were against Dr  Michael R Nulph   That means 29% of our complaints were against one individual   Our patient satisfaction scores are at an all-time low   Currently, our Press Ganey score card shows that the Perry Hospital Emergency Department Physicians are ranked in the 1 percentile in all areas

▲ Positive   ▼ Negative

| Survey Type | Sections/Domains | Items | Current n | Percentile Rank | Current Period (Apr-21) | Previous Period (Mar-21) | Change | |
|---|---|---|---|---|---|---|---|---|
| PG | Doctors | Courtesy of doctors | 7 | 1 | 42.86% | 59.38% | -16.52% | ▼ |
| PG | Doctors | Doctors took time to listen | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors informative re treatment | 7 | 1 | 28.57% | 50.00% | -21.43% | ▼ |
| PG | Doctors | Doctors' concern for comfort | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors include you trtmt decision | 7 | 1 | 28.57% | 53.13% | -24.55% | ▼ |

I am working with Chris Hobbs to improve the quality of care that patients receive in our emergency department.  We have several action items in place to address issues on the nursing side, but I need your assistance in addressing physician issues.

Please see below for the complaints concerning Dr. Nulph:

1.  Pt. called to state that she was not happy with her service.  When she was placed in the room a make Dr. came in to let her know that they will be doing multiple test on her and then left the room.  She received an EKG and some medication, however, none of the test in which the make Dr. said she would have were ran.  Pt. states she was in the ER for 1 to 1 ½ hrs.  After that time a female Dr came in to discharge her.  She was told that they could not help her and she would need to contact her OBGYN

2.  Pt states that she presented to the ER on Saturday, was seen by Dr. Nulph.  States the doctor came into her room and was there only for a minute or less and left the room.  States the Nurse G. did everything else and was wonderful.  States when it was time for discharge, the nurse told her she had pneumonia and gave her all the paperwork.  Pt states that she never saw the doctor except for the first minute or less when he came in.  States she thought he would come back in to explain things, but he didn't.  Only the nurse came.

3.  Came in for chest pain, after tests I was sent home with a non-cardiac diagnosis.  They missed my enlarged aorta on the CT scan.  It was found by my primary physician

4.  Received call from patient's spouse: Caller states they came to ER for patient to be treated for an MS relapse and was seen by "the doctor in blue hair"  States he came in the room and told her "we don't treat MS in the ER, not much I can do."  We asked if they could do more in Warner Robins and he told us, "NO, we don't treat MS in the ER."  She was hurting bad, dizzy, had blurred vision and unable to walk.  States the physician also stated, "We also don't treat chronic pain."  The caller states that he assumed she just wanted pain meds and this isn't chronic pain, it is acute pain and it could have been treated.  He said that he couldn't give her IV steroids because she had been taking a prescription for steroids.  He gave her Toradol and Zofran and discharged her.  He either doesn't know anything much about MS or he just didn't want to be bothered.  He did nothing to help and was not compassionate at all.  I took her to Warner Robins and the doctor couldn't believe he did nothing for her.  They have treated her for her pain and nausea and are giving her IV steroids and have scheduled us to come back in days for another treatment.  We are very dissatisfied with the way she was treated by that doctor in Perry.

5.  The doctor came in and stapled L's head without cleaning the wound, numbing it, or moving his hair.  His hair was actually stapled into the wound and still bloody.  He did not explain whether stapling or stitching it would be better or why he wasn't going to numb it.  He didn't even seem like he would do a CT scan except that I had to push for it.  He reluctantly agreed to do one.  He never mentioned giving L. anything for pain.  He was in the room long enough put put 3 staples in his head and left with no further communication or concern for him or his pain level.  I love the nursing care at the Perry ER, but I strongly dislike Dr. Nulph's care.

6.  The nurses were very nice.  The PA who came in was very nice and introduced herself.  The doctor never introduced himself.  He just came into the room and said you have a bad UTI and walked out.

7.  Dr. Nulph was quite dismissive and extremely condescending.  Acted as though we were a bother to him and he did not care to take the time to assess the needs of my 92 year old grandmother and dismissed us.  We had gone to the Perry ED that day because HMC ED had told us on 3/8 to return if she wasn't improving.  We were very dissatisfied with his lack of concern and treatment.

8.  I am very disappointed in the emergency room doctor that was on staff.  I only saw him once and that was after the fact.  The ER doctor told me that nothing is wrong with my knee.  It was just a little bruised, but he's going to send me to the ortho.  Turns out that my leg actually was fractured.  It would've

**Edenfield Emails 040**

been a lot easier on me if he would've told me in the emergency room that my leg was indeed fractured, whether he could do anything for it or not. Extremely disappointed in his bedside manner.

9. Mother states she brought child to the ER and was triaged. V/S, wt., and oxygen level were taken and they were placed in a room quickly. The MD came to the room about 5 minutes later with his hair sticking up all over his head. I told him the child vomited once on Saturday and he told me that he would test him for strep, flu, and COVID-19. The physician was social distancing. He never came in the room, just stood in the door. He did not look at the ears or throat or listen to his chest. I never saw him again. The only results I got were from X-Ray tech who asked if my child was constipated because they saw stool. About 40 minutes later, after shift change, a nurse came in with discharge papers and a prescription for nausea. The mother states she asked about the test results and the nurse said he would check on that. The nurse left and spoke with the new doctor on shift who came in the room, examined my child and stated he had an ear infection. This second doctor gave 3 prescriptions and we were discharged.

I will continue to track and trend Press Ganey scores and patient complaints because we want be the emergency room of choice for our local residents.

Thank you for your attention to this matter,
April



**April M. Albritton, RN**
Director of Nursing

Tel:    (478) 218-1892
E-mail:  aalbritton@HHC.org

| | |
|---|---|
| **From:** | Ashley King |
| **To:** | April M. Albritton; Josh Hargraves |
| **Cc:** | Shellisa Houston Martin; Christopher D. Hobbs; Todd Edenfield |
| **Subject:** | RE: PH Emergency department |
| **Date:** | Friday, May 7, 2021 11:04:01 AM |
| **Attachments:** | image001.png |
| | image002.png |

---

**WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them   If you have questions contact IT

April,

Thank you for sending this information. Dr. Hargraves and I will review and discuss the issues below and we will get back with this team about a plan moving forward.

Thank you,
Ashley

**Ashley King**
Senior Vice President Operations
Office: 404-961-6540 | Cell: 503-789-3142
www.ApolloMD.com
*Healthy Clinicians. Healthy Patients. Healthy Communities*

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Friday, May 7, 2021 10:38 AM
**To:** Josh Hargraves <jhargraves@apollomd.com>; Ashley King <aking@apollomd.com>
**Cc:** Shellisa Houston Martin <smartin@HHC org>; Christopher D. Hobbs <chobbs@HHC.org>; Todd Edenfield <tedenfield@HHC org>
**Subject:** PH Emergency department

Good Afternoon,

I received a patient complaint this week on one of our emergency room physicians   Due to hearing this particular physician's name in several recent complaints, I requested that patient relations pull a report of our ER complaints from January 2021 through May 3, 2021   Out of the 31 emergency room complaints 9 were against Dr  Michael R Nulph   That means 29% of our complaints were against one individual   Our patient satisfaction scores are at an all-time low   Currently, our Press Ganey score card shows that the Perry Hospital Emergency Department Physicians are ranked in the 1 percentile in all areas

▲ Positive    ▼ Negative

| Survey Type | Sections/Domains | Items | Current n | Percentile Rank | Current Period (Apr-21) | Previous Period (Mar-21) | Change | |
|---|---|---|---|---|---|---|---|---|
| PG | Doctors | Courtesy of doctors | 7 | 1 | 42.86% | 59.38% | -16.52% | ▼ |
| PG | Doctors | Doctors took time to listen | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors informative re treatment | 7 | 1 | 28.57% | 50.00% | -21.43% | ▼ |
| PG | Doctors | Doctors' concern for comfort | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors include you trtmt decision | 7 | 1 | 28.57% | 53.13% | -24.55% | ▼ |

I am working with Chris Hobbs to improve the quality of care that patients receive in our emergency department.  We have several action items in place to address issues on the nursing side, but I need your assistance in addressing physician issues.

Please see below for the complaints concerning Dr. Nulph:

1. Pt. called to state that she was not happy with her service.  When she was placed in the room a make Dr. came in to let her know that they will be doing multiple test on her and then left the room.  She received an EKG and some medication, however, none of the test in which the male Dr. said she would have were ran.  Pt. states she was in the ER for 1 to 1 ½ hrs.  After that time a female Dr came in to discharge her.  She was told that they could not help her and she would need to contact her OBGYN

1. Pt states that she presented to the ER on Saturday, was seen by Dr. Nulph.  States the doctor came into her room and was there only for a minute or less and left the room.  States the Nurse G. did everything else and was wonderful.  States when it was time for discharge, the nurse told her she had pneumonia and gave her all the paperwork.  Pt states that she never saw the doctor except for the first minute or less when he came in.  States she thought he would come back in to explain things, but he didn't.  Only the nurse came.

2. Came in for chest pain, after tests I was sent home with a non-cardiac diagnosis.  They missed my enlarged aorta on the CT scan.  It was found by my primary physician

3. Received call from patient's spouse: Caller states they came to ER for patient to be treated for an MS relapse and was seen by "the doctor in blue hair"  States

he came in the room and told her "we don't treat MS in the ER, not much I can do." We asked if they could do more in Warner Robins and he told us, "NO, we don't treat MS in the ER." She was hurting bad, dizzy, had blurred vision and unable to walk. States the physician also stated, "We also don't treat chronic pain." The caller states that he assumed she just wanted pain meds and this isn't chronic pain, it is acute pain and it could have been treated. He said that he couldn't give her IV steroids because she had been taking a prescription for steroids. He gave her Toradol and Zofran and discharged her. He either doesn't know anything much about MS or he just didn't want to be bothered. He did nothing to help and was not compassionate at all. I took her to Warner Robins and the doctor couldn't believe he did nothing for her. They have treated her for her pain and nausea and are giving her IV steroids and have scheduled us to come back in days for another treatment. We are very disappointed with the way she was treated by that doctor in Perry.

4.  The doctor came in and stapled L.'s head without cleaning the wound, numbing it, or moving his hair. His hair was actually stapled into the wound and still bloody. He did not explain whether stapling or stitching it would be better or why he wasn't going to numb it. He didn't even seem like he would do a CT scan except that I had to push for it. He reluctantly agreed to do one. He never mentioned giving L. anything for pain. He was in the room long enough put put 3 staples in his head and left with no further communication or concern for him or his pain level. I love the nursing care at the Perry ER, but I strongly dislike Dr. Nulph's care.

5.  The nurses were very nice. The PA who came in was very nice and introduced herself. The doctor never introduced himself. He just came into the room and said you have a bad UTI and walked out.

6.  Dr. Nulph was quite dismissive and extremely condescending. Acted as though we were a bother to him and he did not care to take the time to assess the needs of my 92 year old grandmother and dismissed us. We had gone to the Perry ED that day because HMC ED had told us on 3/8 to return if she wasn't improving. We were very dissatisfied with his lack of concern and treatment.

7.  I am very disappointed in the emergency room doctor that was on staff. I only saw him once and that was after the fact. The ER doctor told me that nothing is wrong with my knee. It was just a little bruised, but he's going to send me to the ortho. Turns out that my leg actually was fractured. It would've been a lot easier on me if he would've told me in the emergency room that my leg was indeed fractured, whether he could do anything for it or not. Extremely disappointed in his bedside manner.

1.  Mother states she brought child to the ER and was triaged. V/S, wt., and oxygen level were taken and they were placed in a room quickly. The MD came to the room about 5 minutes later with his hair sticking up all over his head. I told him the child vomited once on Saturday and he told me that he would test him for strep, flu, and COVID-19. The physician was social distancing. He never came in the room, just stood in the door. He did not look at the ears or throat or listen to his chest. I never saw him again. The only results I got were from X-Ray tech who asked if my child was constipated because they saw stool. About 40 minutes later, after shift change, a nurse came in with discharge papers and a prescription for nausea. The mother states she asked about the test results and the nurse said he would check on that. The nurse left and spoke with the new doctor on shift who came in the room, examined my child and stated he had an ear infection. This second doctor gave 3 prescriptions and we were discharged.

I will continue to track and trend Press Ganey scores and patient complaints because we want be the emergency room of choice for our local residents.

Thank you for your attention to this matter,
April



**April M. Albritton, RN**
Director of Nursing

Tel:    (478) 218-1892
E-mail:  aalbritton@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Edenfield Emails 043**

| | |
|---|---|
| **From:** | aalbritton@HHC.org |
| **To:** | lstewart@HHC.org |
| **Cc:** | smartin@HHC.org; tedenfield@HHC.org |
| **Subject:** | Bridge Orders issue |
| **Date:** | Monday, May 10, 2021 8:24:03 AM |

Dr. Stewart,

Please see the highlighted email from my House Supervisor last night:

Dr. Soundappan admitted two patients last night, ████████████████, through group call for Dr. Brantley and Dr. Sripathi. It looks like Trina called him at 2150 regarding the admission and he returned the call at 2244, accepted both patients and said that he would call back to give orders. Per Trina, he did not call back in a timely manner so Dr. Gadhok entered bridge orders. One of the patients was immediately taken to Med Surg. Dr. Soundappan called back to give orders and Trina told him that Dr. Gadhok had entered bridge orders. Dr. Soundappan was upset and told Trina that policy does not apply to him or whoever is on call for the group. Trina explained to him that ER has a time frame for admissions to which they are held accountable. He insisted on giving telephone orders so Trina took them.

Wanted you to be aware that he said this policy doesn't apply to group call.

Thanks.
Kathy

There was also an issue two weeks ago. Dr. Ham was on call for the Perry call group. He told the ER to use bridge orders on an admission. When the med/surge nurse called him for orders, he reprimanded the nurse. He asked her why she called him, because he had worked it out with Dr. Nulph to bridge the patient. The nurse explained that per policy, she had to call because the orders expired. He stated to her that he would be speaking with administration.

Do you mind addressing this at MEC this week and clarifying to the doctors that Bridge orders do apply to all admissions? If okay with you, I will have Angela add it to the agenda.

Thank you for your assistance with this,

April



**April M. Albritton, RN**
Director of Nursing
Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

HOUSTON HEALTHCARE

**Edenfield Emails 044**

.

Edenfield Emails 045

| From: | smartin@HHC.org |
|---|---|
| To: | aking@apollomd.com; aalbritton@HHC.org; jhargraves@apollomd.com |
| Cc: | chobbs@HHC.org; tedenfield@HHC.org |
| Subject: | RE: PH Emergency department |
| Date: | Monday, May 10, 2021 12:49:32 PM |
| Attachments: | image001.png |
| | image002.png |

Thank you!



**Shellisa Houston Martin, MBA, MSN, RN-BC**
Chief Nursing Officer
*MSRNC*

Tel:    (478) 322-4952
Mobile:  (478) 550-0109
Fax:    (478) 975-6337
E-mail:  smartin@HHC org

---

**From:** Ashley King <aking@apollomd com>
**Sent:** Friday, May 7, 2021 11:04 AM
**To:** April M. Albritton <aalbritton@HHC.org>; Josh Hargraves <jhargraves@apollomd com>
**Cc:** Shellisa Houston Martin <smartin@HHC org>; Christopher D. Hobbs <chobbs@HHC.org>; Todd Edenfield <tedenfield@HHC org>
**Subject:** RE: PH Emergency department

> **WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them  If you have questions contact T

April,

Thank you for sending this information. Dr. Hargraves and I will review and discuss the issues below and we will get back with this team about a plan moving forward.

Thank you,
Ashley

**Ashley King**
Senior Vice President Operations
Office: 404-961-6540 | Cell: 503-789-3142
**www.ApolloMD.com**
*Healthy Clinicians. Healthy Patients. Healthy Communities*

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Friday, May 7, 2021 10:38 AM
**To:** Josh Hargraves <jhargraves@apollomd.com>; Ashley King <aking@apollomd.com>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; Todd Edenfield <tedenfield@HHC org>
**Subject:** PH Emergency department

Good Afternoon,

I received a patient complaint this week on one of our emergency room physicians  Due to hearing this particular physician's name in several recent complaints, I requested that patient relations pull a report of our ER complaints from January 2021 through May 3, 2021  Out of the 31 emergency room complaints 9 were against Dr  Michael R Nulph  That means 29% of our complaints were against one individual  Our patient satisfaction scores are at an all-time low  Currently, our Press Ganey score card shows that the Perry Hospital Emergency Department Physicians are ranked in the 1 percentile in all areas

| Survey Type | Sections/Domains | Items | Current n | Percentile Rank | Current Period (Apr-21) | Previous Period (Mar-21) | Change | ▲ Positive ▼ Negative |
|---|---|---|---|---|---|---|---|---|
| PG | Doctors | Courtesy of doctors | 7 | 1 | 42.86% | 59.38% | -16.52% | ▼ |
| PG | Doctors | Doctors took time to listen | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors informative re treatment | 7 | 1 | 28.57% | 50.00% | -21.43% | ▼ |
| PG | Doctors | Doctors' concern for comfort | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors include you trtmt decision | 7 | 1 | 28.57% | 53.13% | -24.55% | ▼ |

**Edenfield Emails 046**

I am working with Chris Hobbs to improve the quality of care that patients receive in our emergency department.  We have several action items in place to address issues on the nursing side, but I need your assistance in addressing physician issues.

Please see below for the complaints concerning Dr. Nulph:

1. Pt. called to state that she was not happy with her service.  When she was placed in the room a make Dr. came in to let her know that they will be doing multiple test on her and then left the room.  She received an EKG and some medication, however, none of the test in which the male Dr. said she would have were ran.  Pt. states she was in the ER for 1 to 1 ½ hrs.  After that time a female Dr came in to discharge her.  She was told that they could not help her and she would need to contact her OBGYN

   Pt states that she presented to the ER on Saturday, was seen by Dr. Nulph.  States the doctor came into her room and was there only for a minute or less and left the room.  States the Nurse G. did everything else and was wonderful.  States when it was time for discharge, the nurse told her she had pneumonia and gave her all the paperwork.  Pt states that she never saw the doctor except for the first minute or less when he came in.  States she thought he would come back in to explain things, but he didn't.  Only the nurse came.

2. Came in for chest pain, after tests I was sent home with a non-cardiac diagnosis.  They missed my enlarged aorta on the CT scan.  It was found by my primary physician

3. Received call from patient's spouse: Caller states they came to ER for patient to be treated for an MS relapse and was seen by "the doctor in blue hair" States he came in the room and told her "we don't treat MS in the ER, not much I can do."  We asked if they could do more in Warner Robins and he told us, "NO, we don't treat MS in the ER."  She was hurting bad, dizzy, had blurred vision and unable to walk.  States the physician also stated, "We also don't treat chronic pain."  The caller states that he assumed she just wanted pain meds and this isn't chronic pain, it is acute pain and it could have been treated.  He said that he couldn't give her IV steroids because she had been taking a prescription for steroids.  He gave her Toradol and Zofran and discharged her.  He either doesn't know anything much about MS or he just didn't want to be bothered.  He did nothing to help and was not compassionate at all.  I took her to Warner Robins and the doctor couldn't believe he did nothing for her.  They have treated her for her pain and nausea and are giving her IV steroids and have scheduled us to come back in days for another treatment.  We are very disappointed with the way she was treated by that doctor in Perry.

4. The doctor came in and stapled L.'s head without cleaning the wound, numbing it, or moving his hair.  His hair was actually stapled into the wound and still bloody.  He did not explain whether stapling or stitching it would be better or why he wasn't going to numb it.  He didn't even seem like he would do a CT scan except that I had to push for it.  He never mentioned giving L. anything for pain.  He was in the room long enough put put 3 staples in his head and left with no further communication or concern for him or his pain level.  I love the nursing care at the Perry ER, but I strongly dislike Dr. Nulph's care.

5. The nurses were very nice.  The PA who came in was very nice and introduced herself.  The doctor never introduced himself.  He just came into the room and said you have a bad UTI and walked out.

6. Dr. Nulph was quite dismissive and extremely condescending.  Acted as though we were a bother to him and he did not care to take the time to assess the needs of my 92 year old grandmother and dismissed us.  We had gone to the Perry ED that day because HMC ED had told us on 3/8 to return if she wasn't improving.  We were very dissatisfied with his lack of concern and treatment.

7. I am very disappointed in the emergency room doctor that was on staff.  I only saw him once and that was after the fact.  The ER doctor told me that nothing is wrong with my knee.  It was just a little bruised, but he's going to send me to the ortho.  Turns out that my leg actually was fractured.  It would've been a lot easier on me if he would've told me in the emergency room that my leg was indeed fractured, whether he could do anything for it or not.  Extremely disappointed in his bedside manner.

1. Mother states she brought child to the ER and was triaged. V/S, wt., and oxygen level were taken and they were placed in a room quickly.  The MD came to the room about 5 minutes later with his hair sticking up all over his head.  I told him the child vomited once on Saturday and he told me that he would test him for strep, flu, and COVID-19.  The physician was social distancing.  He never came in the room, just stood in the door.  He did not look at the ears or throat or listen to his chest.  I never saw him again.  The only results I got were from X-Ray tech who asked if my child was constipated because they saw stool.  About 40 minutes later, after shift change, a nurse came in with discharge papers and a prescription for nausea.  The mother states she asked about the test results and the nurse said he would check on that.  The nurse left and spoke with the new doctor on shift who came in the room, examined my child and stated he had an ear infection.  This second doctor gave 3 prescriptions and we were discharged.

I will continue to track and trend Press Ganey scores and patient complaints because we want be the emergency room of choice for our local residents.

Thank you for your attention to this matter,
April



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Edenfield Emails 048**

**From:** mhartley@HHC.org
**To:** aalbritton@HHC.org; alford@HHC.org
**Cc:** smartin@HHC.org; tedenfield@HHC.org
**Subject:** City Call
**Date:** Wednesday, May 19, 2021 12:00:52 PM

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

| | |
|---|---|
| **From:** | smartin@HHC.org |
| **To:** | mhartley@HHC.org; aalbritton@HHC.org; alford@HHC.org |
| **Cc:** | tedenfield@HHC.org |
| **Subject:** | RE: City Call |
| **Date:** | Wednesday, May 19, 2021 2:11:52 PM |

Hi All,

We need a meeting to discuss all of this and how it will work. I will set this up to
include some others as well.

Thanks
Shellisa



**Shellisa Houston Martin, MBA, MSN, RN-BC**
**Chief Nursing Officer**
*MSRNC*

Tel:      (478) 322-4952
Mobile:  (478) 550-0109
Fax:      (478) 975-6337
E-mail:   smartin@HHC.org

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following
information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be
admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He
will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of
days the NP will be off.  I told him that you had already put a plan in place to ensure this would be
communicated.  He understood the plan about transferring patients over to Perry and not taking City Call
on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation . I told him you would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA. She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

| From: | mhartley@HHC.org |
|---|---|
| To: | smartin@HHC.org; aalbritton@HHC.org; alford@HHC.org |
| Cc: | tedenfield@HHC.org |
| Subject: | RE: City Call |
| Date: | Wednesday, May 19, 2021 2:14:48 PM |

Great! Thanks.

**From:** Shellisa Houston Martin <smartin@HHC.org>
**Sent:** Wednesday, May 19, 2021 2:12 PM
**To:** Mindy Hartley <mhartley@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** RE: City Call

Hi All,

We need a meeting to discuss all of this and how it will work. I will set this up to include some others as well.

Thanks
Shellisa

**Shellisa Houston Martin, MBA, MSN, RN-BC**
Chief Nursing Officer
*MSRNC*
Tel:     (478) 322-4952
Mobile: (478) 550-0109
Fax:     (478) 975-6337
E-mail:  smartin@HHC.org

HOUSTON HEALTHCARE

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC. HE is also aware that we may have some transfer overs on the 24th. He

**Edenfield Emails 052**

will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:     (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

**From:** mhartley@HHC.org
**To:** alford@HHC.org
**Cc:** tedenfield@HHC.org
**Subject:** RE: City Call
**Date:** Wednesday, May 19, 2021 2:49:46 PM

Put, No On Call City Call doctor/transfer ER admissions to HMC hospitalists.

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:22 PM
**To:** Mindy Hartley <mhartley@HHC.org>
**Subject:** RE: City Call

Mindy:
   Thank you. So do I need to put in Qgenda transfer patient to HMC? Or leave it blank?



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC. HE is also aware that we may have some transfer overs on the 24th. He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off. I told him that you had already put a plan in place to ensure this would be communicated. He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.


Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:     (478) 322-4933
Fax:     (478) 975-6909
E-mail:   mhartley@HHC.org

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/21/2021 9:30:05 AM |
| Date: | Friday, May 21, 2021 9:30:06 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

Edenfield Emails 056

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/22/2021 9:30:04 AM |
| Date: | Saturday, May 22, 2021 9:30:05 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

**Edenfield Emails 057**

| From: | sysadmin@hhc.org |
|---|---|
| To: | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| Subject: | PR Referral Aging Report-Subscription was executed at 5/23/2021 9:30:09 AM |
| Date: | Sunday, May 23, 2021 9:30:10 AM |
| Attachments: | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

| | |
|---|---|
| **From:** | sysadmin@hhc.org |
| **To:** | iverdell@hhc.org; mmartin@hhc.org; cminor@hhc.org; cbriscoe@hhc.org; krowley@hhc.org; lstewart@hhc.org; mephagan@hhc.org; mhartley@hhc.org; ptran@hhc.org; swhilden@hhc.org; smartin@hhc.org; tedenfield@hhc.org; adensel@hhc.org; aajordan@hhc.org; aalbritton@hhc.org; acabiness@hhc.org; ahatcher@hhc.org; bdobson@hhc.org; camos@hhc.org; cbookout@hhc.org; crogers@hhc.org; dathompson@hhc.org; dborghelli@hhc.org; jknowles@hhc.org; jwhitten@hhc.org; ldarsey@hhc.org; mdavidoff@hhc.org; nmcglamry@hhc.org; pgilbert@hhc.org; pbriaud@hhc.org; pschepp@hhc.org; rrahman@hhc.org; rlee@hhc.org; sroberts@hhc.org; smattox@hhc.org; srice@hhc.org; sbledsoe@hhc.org; tstephenson@hhc.org; tlwilliams@hhc.org; tputman@hhc.org; wrainey@hhc.org; tperkins@hhc.org; mcolson@hhc.org; mharris@hhc.org; drossman@hhc.org; dhunley@hhc.org; ewalker@hhc.org; fpeed@hhc.org |
| **Subject:** | PR Referral Aging Report-Subscription was executed at 5/24/2021 9:30:03 AM |
| **Date:** | Monday, May 24, 2021 9:30:04 AM |
| **Attachments:** | PR Referral Aging Report-Subscription.pdf |

As you know, our goal is to complete patient relations referrals within 5 days. The attached list of events are pending review. Please ensure completion of referrals for your areas as soon as possible. We appreciate your attention to our patient feedback.

If you have any questions about this referral list, please call Ingrid Verdell 322-4883.



**sysadmin**

E-mail:   sysadmin@HHC.org

| From: | Google Calendar on behalf of drnulph@gmail.com |
|---|---|
| To: | tedenfield@hhc.org; tedenfield@hhc.org |
| Subject: | Called Perry Hospital MEC |
| Attachments: | invite.ics |

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

drnulph@gmail.com
has accepted this invitation.

Called Perry Hospital MEC

When
Thu May 27, 2021 6pm – 7pm Eastern Time - New York
Where
Perry Hospital Dining Conference Room (map
<https://www.google.com/maps/search/Perry+Hospital+Dining+Conference+Room?hl=en> )
Calendar
tedenfield@hhc.org
Who
•
tedenfield@hhc.org
- organizer
•
drnulph@gmail.com
- creator
•
Dr. Soundappan
•
Dr. Sripathi
•
Dr. T. Ham
•
Stephanie Bledsoe
•
April M. Albritton
•
Charles G. Briscoe
•
Chris Borden (Dr. Ham Office Mgr)
•
Dana L. Cummins
•
Diana M. Morris
•
Dr. Nulph
•
Lori L. Rourke

- 
Larry D. Stewart, Jr.
- 
Melissa Phagan
- 
Lisa Harris
- 
Mindy Hartley
- 
Manoj H. Shah
- 
Dr. Sripathi Office
- 
Peter L. Tran
- 
Laura Mullis (Dr. Lomboy office)
- 
Sheila F. Lones
- 
Shellisa Houston Martin
- 
Siggy Tetteh
- 
Sean Whilden
- 
Dr. Lomboy
ER Issues/EMTALA Issues

Invitation from Google Calendar <https://calendar.google.com/calendar/>

You are receiving this courtesy email at the account tedenfield@hhc.org because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More <https://support.google.com/calendar/answer/37135#forwarding> .

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; blittle@HHC.org; chobbs@HHC.org; dcampbell@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: ED Schedule for Perry Hospital for June |
| **Date:** | Monday, May 24, 2021 3:51:32 PM |
| **Attachments:** | Perry June 2021.pdf |

Please see attached Perry ED Schedule for June.

Sincerely,
Angela

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Monday, May 24, 2021 3:50 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Re: ED Schedule for Perry Hospital for June

Here you go!

Thank you



**Kelyn Bledsoe**
Group Coordinator

Tel:     (478) 542-7713
E-mail:  kbledsoe@HHC.org

**From:** Angela L. Ford
**Sent:** Monday, May 24, 2021 2:41:40 PM
**To:** Kelyn Bledsoe
**Subject:** ED Schedule for Perry Hospital for June

Kelyn:
  Good afternoon, would you please send me the Perry ED Schedule for June 2021.

Thanks,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; tedenfield@HHC.org |
| **Subject:** | ApolloMD request to replace Dr. Nulph |
| **Date:** | Wednesday, June 2, 2021 3:46:27 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Letter to start with…



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:** aalbritton@HHC.org
**To:** tedenfield@HHC.org
**Subject:** nulph letter
**Date:** Wednesday, June 2, 2021 4:06:09 PM
**Attachments:** ApolloMD request to replace Michael Nulph MD.docx



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:   aalbritton@HHC.org

**From:** tedenfield@HHC.org
**To:** ewalker@HHC.org
**Cc:** alford@HHC.org
**Subject:** FW: ApolloMD request to replace Dr. Nulph
**Date:** Wednesday, June 2, 2021 4:07:47 PM
**Attachments:** ApolloMD request to replace Michael Nulph MD.docx

Please review and make suggestions. Thanks Todd



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Wednesday, June 2, 2021 3:46 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** ApolloMD request to replace Dr. Nulph

Letter to start with…



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:** aalbritton@HHC.org
**To:** tedenfield@HHC.org
**Subject:** letter
**Date:** Wednesday, June 2, 2021 4:10:43 PM
**Attachments:** ApolloMD request to replace Michael Nulph MD.docx



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | ewalker@HHC.org |
| **Cc:** | alford@HHC.org |
| **Subject:** | FW: nulph letter |
| **Date:** | Wednesday, June 2, 2021 4:11:50 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Look at this one



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:06 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** nulph letter



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

| | |
|---|---|
| **From:** | ewalker@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Cc:** | alford@HHC.org |
| **Subject:** | FW: nulph letter |
| **Date:** | Wednesday, June 2, 2021 4:43:49 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Todd,

I made some edits to strengthen the request, please let me know if questions or if you would like additional edits.

Elisabeth



**Elisabeth Walker**
Director - Risk Management

Tel:      (478) 542-7995
Fax:      (478) 975-6356
E-mail:   ewalker@HHC.org

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:12 PM
**To:** Elisabeth Walker <ewalker@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: nulph letter

Look at this one



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:   tedenfield@HHC.org

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:06 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** nulph letter

**Edenfield Emails 069**



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:   aalbritton@HHC.org

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | mmartin@HHC.org |
| **Subject:** | FW: nulph letter |
| **Date:** | Wednesday, June 2, 2021 4:47:04 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

**From:** Elisabeth Walker <ewalker@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:44 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: nulph letter

Todd,

I made some edits to strengthen the request, please let me know if questions or if you would like additional edits.

Elisabeth



**Elisabeth Walker**
Director - Risk Management

Tel:    (478) 542-7995
Fax:    (478) 975-6356
E-mail: ewalker@HHC.org

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:12 PM
**To:** Elisabeth Walker <ewalker@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: nulph letter

Look at this one



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:    (478) 218-1625
Fax:    (478) 218-1631
E-mail: tedenfield@HHC.org

**Edenfield Emails 071**

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:06 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** nulph letter



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

**From:** tedenfield@HHC.org
**To:** aking@apollomd.com; jhargraves@apollomd.com
**Cc:** alford@HHC.org
**Subject:** Dr Nulph Letter
**Date:** Wednesday, June 2, 2021 4:55:44 PM
**Attachments:** [Untitled].pdf

Here is the letter per your request. Thanks for your help.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Admin <sysadmin@hhc.org>
**Sent:** Wednesday, June 2, 2021 4:36 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:**



**sysadmin**

E-mail:  sysadmin@HHC.org

**Edenfield Emails 073**

| | |
|---|---|
| **From:** | Ashley King |
| **To:** | Todd Edenfield; Josh Hargraves |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr Nulph Letter |
| **Date:** | Wednesday, June 2, 2021 5:16:54 PM |

---

**WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Thank you, I will forward this to our Corporate Attorney so he has it on file.

**Ashley King**
Senior Vice President Operations
Office: 404-961-6540 | Cell: 503-789-3123
www.ApolloMD.com
*Healthy Clinicians. Healthy Patients. Healthy Communities*

---

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, June 2, 2021 1:56 PM
**To:** Ashley King <aking@apollomd.com>; Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr Nulph Letter

Here is the letter per your request. Thanks for your help.



**Todd Edenfield, RN, BHA**
**VP - Administration PH**

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:   tedenfield@HHC.org

---

**From:** Admin <sysadmin@hhc.org>
**Sent:** Wednesday, June 2, 2021 4:36 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:**



**sysadmin**

E-mail:   sysadmin@HHC.org

**Edenfield Emails 074**

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Edenfield Emails 075**

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | mhartley@HHC.org |
| **Subject:** | Fwd: Dr Nulph Letter |
| **Date:** | Wednesday, June 2, 2021 7:15:28 PM |
| **Attachments:** | [Untitled].pdf |

So you are in the loop
Sent from my iPhone

Begin forwarded message:

> **From:** Todd Edenfield <tedenfield@hhc.org>
> **Date:** June 2, 2021 at 4:55:44 PM EDT
> **To:** Ashley King <aking@apollomd.com>, Josh Hargraves
> <jhargraves@apollomd.com>
> **Cc:** "Angela L. Ford" <alford@hhc.org>
> **Subject: Dr Nulph Letter**
>
>
> Here is the letter per your request. Thanks for your help.
>
>
>
> **Todd Edenfield, RN, BHA**
> VP - Administration PH
>
> Tel:      (478) 218-1625
> Fax:      (478) 218-1631
> E-mail:   tedenfield@HHC.org
>
> ---
>
> **From:** Admin <sysadmin@hhc.org>
> **Sent:** Wednesday, June 2, 2021 4:36 PM
> **To:** Todd Edenfield <tedenfield@HHC.org>
> **Subject:**
>
>
> **sysadmin**
>
> E-mail:   sysadmin@HHC.org

**Edenfield Emails 076**

**From:** mcolson@HHC.org on behalf of mhartley@HHC.org
**To:** cbriscoe@HHC.org; tedenfield@HHC.org
**Subject:** Call re: Dr. Nulph

Edenfield Emails 077

| From: | aalbritton@HHC.org |
|---|---|
| To: | tedenfield@HHC.org |
| Subject: | FW: PH Emergency department |
| Date: | Monday, June 7, 2021 7:55:44 AM |
| Attachments: | image001.png |
| | image002.png |

---

**From:** April M. Albritton
**Sent:** Friday, May 7, 2021 10:38 AM
**To:** jhargraves@apollomd.com; aking@apollomd com
**Cc:** Shellisa Houston Martin <smartin@HHC org>; Christopher D. Hobbs <chobbs@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** PH Emergency department

Good Afternoon,

I received a patient complaint this week on one of our emergency room physicians   Due to hearing this particular physician's name in several recent complaints, I requested that patient relations pull a report of our ER complaints from January 2021 through May 3, 2021   Out of the 31 emergency room complaints 9 were against Dr  Michael R Nulph   That means 29% of our complaints were against one individual   Our patient satisfaction scores are at an all-time low   Currently, our Press Ganey score card shows that the Perry Hospital Emergency Department Physicians are ranked in the 1 percentile in all areas

▲ Positive   ▼ Negative

| Survey Type | Sections/Domains | Items | Current n | Percentile Rank | Current Period (Apr-21) | Previous Period (Mar-21) | Change | |
|---|---|---|---|---|---|---|---|---|
| PG | Doctors | Courtesy of doctors | 7 | 1 | 42.86% | 59.38% | -16.52% | ▼ |
| PG | Doctors | Doctors took time to listen | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors informative re treatment | 7 | 1 | 28.57% | 50.00% | -21.43% | ▼ |
| PG | Doctors | Doctors' concern for comfort | 7 | 1 | 28.57% | 59.38% | -30.80% | ▼ |
| PG | Doctors | Doctors include you trtmt decision | 7 | 1 | 28.57% | 53.13% | -24.55% | ▼ |

I am working with Chris Hobbs to improve the quality of care that patients receive in our emergency department.  We have several action items in place to address issues on the nursing side, but I need your assistance in addressing physician issues.

Please see below for the complaints concerning Dr. Nulph:

1. Pt. called to state that she was not happy with her service.  When she was placed in the room a make Dr. came in to let her know that they will be doing multiple test on her and then left the room.  She received an EKG and some medication, however, none of the test in which the male Dr. said she would have were ran.  Pt. states she was in the ER for 1 to 1 ½ hrs.  After that time a female Dr came in to discharge her.  She was told that they could not help her and she would need to contact her OBGYN

1. Pt states that she presented to the ER on Saturday, was seen by Dr. Nulph.  States the doctor came into her room and was there only for a minute or less and left the room.  States the Nurse G. did everything else and was wonderful.  States when it was time for discharge, the nurse told her she had pneumonia and gave her all the paperwork.  Pt states that she never saw the doctor except for the first minute or less when he came in.  States she thought he would come back in to explain things, but he didn't.  Only the nurse came.

2. Came in for chest pain, after tests I was sent home with a non-cardiac diagnosis.  They missed my enlarged aorta on the CT scan.  It was found by my primary physician

3. Received call from patient's spouse: Caller states they came to ER for patient to be treated for an MS relapse and was seen by "the doctor in blue hair"  States he came in the room and told her "we don't treat MS in the ER, not much I can do."  We asked if they could do more in Warner Robins and he told us, "NO, we don't treat MS in the ER."  She was hurting bad, dizzy, had blurred vision and unable to walk.  States the physician also stated, "We also don't treat chronic pain."  The caller states that she assumed she just wanted pain meds and this isn't chronic pain, it is acute pain and it could have been treated.  He said that he couldn't give her IV steroids because she had been taking a prescription for steroids.  He gave her Toradol and Zofran and discharged her.  He either doesn't know anything much about MS or he just didn't want to be bothered.  He did nothing to help and was not compassionate at all.  I took her to Warner Robins and the doctor couldn't believe he did nothing for her.  They have treated her for her pain and nausea and are giving her IV steroids and have scheduled us to come back in days for another treatment.  We are very disappointed with the way she was treated by that doctor in Perry.

4. The doctor came in and stapled L.'s head without cleaning the wound, numbing it, or moving his hair.  His hair was actually stapled into the wound and still bloody.  He did not explain whether stapling or stitching it would be better or why he wasn't going to numb it.  He didn't even seem like he would do a CT scan except that I had to push for it.  He reluctantly agreed to do one.  He never mentioned giving L. anything for pain.  He was in the room long enough put put 3 staples in his head and left with no further communication or concern for him or his pain level.  I love the nursing care at the Perry ER, but I strongly dislike Dr. Nulph's care.

5. The nurses were very nice.  The PA who came in was very nice and introduced herself.  The doctor never introduced himself.  He just came into the room and said you have a bad UTI and walked out.

**Edenfield Emails 078**

6.  Dr. Nulph was quite dismissive and extremely condescending.  Acted as though we were a bother to him and he did not care to take the time to assess the needs of my 92 year old grandmother and dismissed us.  We had gone to the Perry ED that day because HMC ED had told us on 3/8 to return if she wasn't improving.  We were very dissatisfied with his lack of concern and treatment.

7.  I am very disappointed in the emergency room doctor that was on staff.  I only saw him once and that was after the fact.  The ER doctor told me that nothing is wrong with my knee.  It was just a little bruised, but he's going to send me to the ortho.  Turns out that my leg actually was fractured.  It would've been a lot easier on me if he would've told me in the emergency room that my leg was indeed fractured, whether he could do anything for it or not.  Extremely disappointed in his bedside manner.

1.  Mother states she brought child to the ER and was triaged. V/S, wt., and oxygen level were taken and they were placed in a room quickly.  The MD came to the room about 5 minutes later with his hair sticking up all over his head.  I told him the child vomited once on Saturday and he told me that he would test him for strep, flu, and COVID-19.  The physician was social distancing.  He never came in the room, just stood in the door. He did not look at the ears or throat or listen to his chest.  I never saw him again.  The only results I got were from X-Ray tech who asked if my child was constipated because they saw stool.  About 40 minutes later, after shift change, a nurse came in with discharge papers and a prescription for nausea.  The mother states she asked about the test results and the nurse said he would check on that.  The nurse left and spoke with the new doctor on shift who came in the room, examined my child and stated he had an ear infection.  This second doctor gave 3 prescriptions and we were discharged.

I will continue to track and trend Press Ganey scores and patient complaints because we want be the emergency room of choice for our local residents.

Thank you for your attention to this matter,
April



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

**From:** aalbritton@HHC.org
**To:** tedenfield@HHC.org
**Subject:** FW: Perry ED Operations
**Date:** Monday, June 7, 2021 8:03:26 AM
**Attachments:** image002.png



### April M. Albritton, RN
Director of Nursing

Tel:     (478) 218-1892
E-mail:  aalbritton@HHC.org

**From:** chobbs@HHC.org [mailto:chobbs@HHC.org]
**Sent:** Monday, April 26, 2021 5:16 PM
**To:** April M. Albritton <aalbritton@HHC.org>
**Subject:** FW: Perry ED Operations

FYI...



### Christopher D. Hobbs, RN, EMT-P, BHA
RN Manager

Tel:     (478) 218-1677
Mobile: (478) 319-1274
E-mail:  chobbs@HHC.org

**From:** Ashley King <aking@apollomd.com>
**Sent:** Monday, April 26, 2021 4:41 PM
**To:** Todd Edenfield <tedenfield@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>
**Cc:** Josh Hargraves <jhargraves@apollomd.com>; Todd Papetti <tpapetti@apollomd.com>
**Subject:** Perry ED Operations

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,

We wanted to take a moment to follow up about operations over the weekend at Perry. Yesterday, we were made aware of concerns related to a provider and worked quickly to correct it. That said, we certainly understand the concerns and will ensure this does not happen in the future.

Dr. Hughes was scheduled to work Saturday (4/24) day shift and Dr. Echefu was scheduled to work the

**Edenfield Emails 080**

night shift. Dr. Echefu ended up not feeling well and called Dr. Hughes directly – they discussed and he offered to stay for her shift. While not ideal, we were not aware this was happening at the time. We have discussed with both of the providers involved the importance of notifying our team (myself, Todd, Kelyn, Dr. Nulph – any or all) about any schedule changes and emergent situations. While I believe they felt they were doing the right thing, especially on a Saturday night, we always want to be aware of what is happening at our sites.

The following day, Sunday, Dr. Nulph was scheduled to work the day shift. He came in at 7a and then left around 10a to allow Dr. Hughes to work. Around 2pm we were made aware of the situation and Dr. Nulph returned to work. We have discussed the situation with Dr. Nulph. He understands this is not to happen again. We understand Perry's volume can vary greatly and would never want to put safety or quality at risk.

We apologize for the concern caused and have emphasized to the team the importance of communication. In light of that, I think it would also be a good idea to ensure your teams have contact information for myself and Todd Papetti, Director of Operations. We encourage our nursing partners to reach out to our Medical Director's first but if there is ever an instance you can't get a hold of a Medical Director we are available to help. I have listed our cell phones below, please feel free to distribute these as you see fit.

Todd Papetti, Director of Operations – 678-438-8598
Ashley King, Senior VP Operations – 503-789-3142

Thank you,
Ashley



**Ashley King**
Senior Vice President Operations
Office: 404-961-6540  |  Cell: 503-789-3142



*Healthy Clinicians. Healthy Patients. Healthy Communities.*

Confidentiality Notice:

This e-mail transmission and any attachments contain information that may be confidential and/or legally privileged.  The information is intended only for the use of the named addressee(s), and no other person is authorized to read, disseminate, distribute, copy, or otherwise disclose the contents of this message and/or any attachments.  If you have received this e-mail in error, please reply to the sender immediately and delete this e-mail and attachments from your e-mail program (including your "Deleted Files" folder).  Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**From:**   tedenfield@HHC.org
**To:**   mhartley@HHC.org
**Subject:**   Dr Nulph
**Date:**   Thursday, June 10, 2021 7:55:31 AM

Please remember we need to discuss Dr. Nulph and I also need to have him taken out of our computer system.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:       (478) 218-1625
Fax:       (478) 218-1631
E-mail:  tedenfield@HHC.org

| From: | vsimmons@HHC.org |
|---|---|
| To: | aailbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org |
| Cc: | tedenfield@HHC.org; aajordan@hhc.org |
| Subject: | PH Sepsis Abstraction OFI data hhcsecure |
| Date: | Tuesday, June 15, 2021 11:50:33 AM |
| Attachments: | image003.png |
| | PERRY HOSPTIAL Sepsis OFIs-2021.xlsx |
| Sensitivity: | Confidential |

Good Morning,
Here is a copy of the sepsis report for Perry. May 2021 Midas Core Measure Bundle completion data should be finalized by the end of June.
*May 2021-0%

| **Perry Sepsis 1st Qtr 2021** | **Jan 2021** | **Feb 2021** | **Mar 2021** | **Apr 2021** |
|---|---|---|---|---|
| Core Sepsis - cases qualifying for study **(Coded with Sepsis, Severe Sepsis, or Septic Shock)** | 10 | 9 | 11 | 9 |
| Core Sepsis - cases selected in sample | 10 | 9 | 11 | 9 |
| Core SEP1 - Early Management Bundle, Severe Sepsis/Septic Shock (% **CORRECT out of the selected cases that were NOT excluded.** *Success Rate:* | 0% | 75% | 20% | 33% |
| Core SEP1 -OFI Group: Early Management Bundle, Severe Sepsis/Septic Shock | 6 | 1 | 4 | 4 |
| Core SEP1 - numerator **(Cases that were not excluded and passed)** | 0 | 3 | 1 | 2 |
| Core SEP1 - denominator **(Total Cases that were not excluded)** | 6 | 4 | 5 | 6 |
| Core SEP1 - cases selected but excluded from this measure | 4 | 5 | 6 | 3 |

Please review the attached Perry Hospital Sepsis abstraction and OFI log for further information.
Let us know if you have questions or concerns.
Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement

Tel:    (478) 542-7965
E-mail:  vsimmons@HHC.org

**Edenfield Emails 083**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Subject:** | FW: Dr. Michael Nulph |
| **Date:** | Thursday, June 24, 2021 10:40:30 AM |
| **Attachments:** | Perry Director Letter.pdf |

Todd:
We got the letter.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

---

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 24, 2021 10:31 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,
Please see attached.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
**www.ApolloMD.com**

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>

**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <[mhardy@apollomd.com](mailto:mhardy@apollomd.com)>
**Cc:** Angela L. Ford <[alford@HHC.org](mailto:alford@HHC.org)>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**Edenfield Emails 085**

| | |
|---|---|
| **From:** | krowley@HHC.org |
| **To:** | cbriscoe@HHC.org; mhartley@HHC.org; swhilden@HHC.org; tedenfield@HHC.org; ptran@HHC.org |
| **Subject:** | Final reports, physician manpower study |
| **Date:** | Wednesday, June 30, 2021 2:25:58 PM |
| **Attachments:** | Houston Medical Center Report (06-24-21).pdf |
| | Houston Physician Roster (06-14-21).pdf |
| | Perry Hospital Report (06-24-21).pdf |
| **Importance:** | High |

Attached are the final reports for the physician manpower study. Craig is willing to do a zoom call to go over the results with any group we like. He asked for a couple of weeks to be sure he won't have any conflicts. The results are pretty straightforward an not a surprise at all. If we want to have the zoom call, please let me know and I will arrange it. Thanks!

Kevin



**Kevin K. Rowley**
EXECUTIVE DIRECTOR-MARKETING/BUSINESS DEVELOPMENT

Tel:      (478) 322-4949
E-mail:   krowley@HHC.org

**Edenfield Emails 086**

| | |
|---|---|
| **From:** | cminor@HHC.org |
| **To:** | HMCDirectors-Managers@HHC.org; PH-Manager-Directors@HHC.org |
| **Subject:** | Patient Comments |
| **Date:** | Wednesday, June 30, 2021 4:49:32 PM |
| **Attachments:** | comments.5.1.2021.15.2021-final.xlsx |
| | comments 5.16.21-5.31.2021 - final.xlsx |
| **Sensitivity:** | Confidential |

Good Afternoon,

I have attached the patient comments received during the month of May. Please utilize this patient input to recognize those team members and actions that consistently make a difference to our patients and look for opportunities to improve our patient experience. Thanks for your attention to our patient feedback. If you would like to look further into any of these comments and need more detailed information, please let me know.

Cheryl



**Cheryl Minor**
Manager - Service Excellence

Tel:      (478) 322-5163
Mobile: (478) 396-5776
Fax:      (478) 322-4826
E-mail:   cminor@HHC.org