EXHIBIT

4

**From:** mhartley@HHC.org
**To:** alford@HHC.org
**Subject:** RE: Perry Hospital Full Medical Staff Meeting January 19, 2021
**Date:** Thursday, January 7, 2021 7:34:01 AM

I will attend.  Thank you.



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:     (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org



**Ford Emails 001**



Ford Emails 002



# <u>MEETING NOTICE:</u>

Perry Hospital
1st Quarter
**Full Medical Staff Meeting**

**<u>Tuesday, January 19, 2021</u>**

–

# At 6:00 PM with Dinner at 5:30pm

_

<span style="color:red">Perry Hospital Dining Conference Room or by WebEx</span>

_

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org

Please make every effort to attend in person or by
WebEx.

==WebEx information will be sent closer to the meeting
date.==



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

HOUSTON HEALTHCARE

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | Scott.Anthony@NavicentHealth.org |
| **Subject:** | RE: Perry Hospital Full Medical Staff Meeting January 19, 2021 |
| **Date:** | Thursday, January 7, 2021 3:17:29 PM |

Thank you.

**From:** Scott.Anthony <Scott.Anthony@NavicentHealth.org>
**Sent:** Thursday, January 7, 2021 3:15 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital Full Medical Staff Meeting January 19, 2021

**WARNING:**This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

I will plan to attend by WebEx.  Thanks.



**Ford Emails 005**



Ford Emails 006



**Subject:** Perry Hospital Full Medical Staff Meeting January 19, 2021

**WARNING:** This email originated from outside of Navicent Health
(btv1==640eee7e29d==alford@hhc.org).

**Do not click links or open attachments** unless you recognize the sender and are expecting
the message. **Never provide your password to anyone.**

# MEETING NOTICE:

## Perry Hospital
## 1st Quarter
## <span style="color:red">Full Medical Staff Meeting</span>

# <u>Tuesday, January 19, 2021</u>

–

# At 6:00 PM with Dinner at 5:30pm

–

## Perry Hospital Dining Conference Room or by WebEx

–

## Please RSVP to Angela in Administration
## at 218-1627 or alford@hhc.org

Please make every effort to attend in person or by WebEx.

*WebEx information will be sent closer to the meeting date.*



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us

immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**CONFIDENTIALITY NOTICE:**

The information transmitted in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) or entity to which it is addressed and may contain confidential, privileged, and/or proprietary information. Any unauthorized review, retransmission, use, disclosure, dissemination, or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail, or by calling (478) 633-7272, and destroy the original message, attachments, and all copies thereof on all computers and in any other form. Thank you.

**Navicent Health**

**From:**     Scott.Anthony
**To:**       Angela L. Ford
**Subject:**  RE: Perry Hospital Full Medical Staff Meeting January 19, 2021
**Date:**     Thursday, January 7, 2021 3:15:39 PM

> **WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

I will plan to attend by WebEx.  Thanks.



**Ford Emails 010**



**Subject:** Perry Hospital Full Medical Staff Meeting January 19, 2021

**WARNING:** This email originated from outside of Navicent Health (btv1==640eee7e29d==alford@hhc.org).

**Do not click links or open attachments** unless you recognize the sender and are expecting the message. **Never provide your password to anyone.**

# MEETING NOTICE:

Perry Hospital
1st Quarter
**Full Medical Staff Meeting**

**Tuesday, January 19, 2021**
–
**At 6:00 PM with Dinner at 5:30pm**

**Ford Emails 012**

–

## <span style="color:red">Perry Hospital Dining Conference Room or by WebEx</span>

–

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org

Please make every effort to attend in person or by WebEx.

*WebEx information will be sent closer to the meeting date.*



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

<span style="color:red">CONFIDENTIALITY NOTICE:</span>

The information transmitted in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) or entity to which it is addressed and may contain confidential, privileged, and/or proprietary information. Any unauthorized review, retransmission, use, disclosure, dissemination, or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you are hereby notified that any reading,

**Ford Emails 013**

dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail, or by calling (478) 633-7272, and destroy the original message, attachments, and all copies thereof on all computers and in any other form. Thank you.

**Navicent Health**

**From:** tsisa@HHC.org on behalf of alford@HHC.org
**To:** sbledsoe@HHC.org
**Subject:** FW: Perry Hospital MEC

-----Original Appointment-----
From: Angela L. Ford <alford@HHC.org>
Sent: Monday, December 14, 2020 3:44 PM
To: Angela L. Ford; Amy A. Jordan; April M. Albritton; Charles G. Briscoe; Chris Borden
(Dr. Ham Office Mgr); Chris C. Beasley; Dana L. Cummins; Diana M. Morris; Dr. Lomboy;
Dr. Nulph; Dr. Soundappan; Dr. Sripathi; Dr. Sripathi Office; Dr. T. Ham; Eddie Richardson;
Glenn Turner; Larry D. Stewart, Jr.; Laura Mullis (Dr. Lomboy office); Lisa Harris; Manoj
Shah; Melissa Phagan; Mindy Hartley; Peter L. Tran; Sean Whilden; Sheila F. Lones; Shellisa
Houston Martin; Sonny Watson; Teri Sisa; Todd Edenfield
Subject: Perry Hospital MEC
When: Occurs the second Wednesday of every 1 month(s) effective 1/13/2021 until 1/13/2022
from 6:00 PM to 8:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Perry Hospital Dining Conference Room


Dinner at 5:30pm

Meeting at 6pm

**Ford Emails 015**

| | |
|---|---|
| **From:** | tsisa@HHC.org on behalf of alford@HHC.org |
| **To:** | sbledsoe@HHC.org |
| **Subject:** | FW: Perry Hospital MEC |

-----Original Appointment-----
From: Angela L. Ford <alford@HHC.org <mailto:alford@HHC.org> >
Sent: Monday, December 14, 2020 3:44 PM
To: Angela L. Ford; Amy A. Jordan; April M. Albritton; Charles G. Briscoe; Chris Borden (Dr. Ham Office Mgr); Chris C. Beasley; Dana L. Cummins; Diana M. Morris; Dr. Lomboy; Dr. Nulph; Dr. Soundappan; Dr. Sripathi; Dr. Sripathi Office; Dr. T. Ham; Eddie Richardson; Glenn Turner; Larry D. Stewart, Jr.; Laura Mullis (Dr. Lomboy office); Lisa Harris; Manoj Shah; Melissa Phagan; Mindy Hartley; Peter L. Tran; Sean Whilden; Sheila F. Lones; Shellisa Houston Martin; Sonny Watson; Teri Sisa; Todd Edenfield
Subject: Perry Hospital MEC
When: Wednesday, January 13, 2021 6:00 PM-8:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Perry Hospital Dining Conference Room


Dinner at 5:30pm

Meeting at 6pm

| | |
|---|---|
| **From:** | cfelch@HHC.org |
| **To:** | jknowles@HHC.org; soundappan2711@gmail.com; jgumarin@HHC.org; jcamp@apollomd.com; jvelasquezmd@yahoo.com; cbriscoe@HHC.org; lstewart@HHC.org; smartin@HHC.org; rmarshad@hotmail.com; kmcbride@HHC.org |
| **Cc:** | aajordan@hhc.org; slones@HHC.org; jamhill@HHC.org; kbledsoe@HHC.org; mcolson@HHC.org; alford@HHC.org |
| **Subject:** | Delinquent Record Report |
| **Date:** | Monday, January 11, 2021 10:19:33 AM |
| **Attachments:** | 1-11-21.xlsx |

All,

Attached is the current list of physicians with delinquent records.  All physicians listed were sent pending suspension letters via registered mail on 01/05/2021.  HIM staff has contacted the physician's office manager by phone as well as attempted to contact the physician via cellphone.   All delinquencies must be completed by 3PM Thursday, 01/14/21.

Thanks,



**Cynthia B. Felch, RHIA**
HIM Operations Manager

Tel:     (478) 542-7990
E-mail:  cfelch@HHC.org

| | |
|---|---|
| **From:** | MAILER-DAEMON@mailfe8.zcorum.com |
| **To:** | btv1==6463dd3dada==alford@hhc.org |
| **Subject:** | failure notice |
| **Date:** | Tuesday, January 12, 2021 9:45:15 AM |

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hi. This is the qmail-send program at mailfe8.zcorum.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<craigsmith@comsouth net>:
mlpid 21696
user is over quota

--- Below this line is a copy of the message.

Return-Path: <btv1==6463dd3dada==alford@hhc.org>
Received: (qmail 21692 invoked from network); 12 Jan 2021 14:45:12 -0000
Received: from zixvpm01 hhc.org (HELO VSZIX01.HHC.ORG) (70.166.66.22)
        by mailfe8.zcorum.com with (DHE-RSA-AES256-GCM-SHA384 encrypted) SMTP
        (c6b17c8a-54e4-11eb-9def-c3609ba63c00); Tue, 12 Jan 2021 09:45:12 -0500
Received: from 127.0.0.1 (ZixVPM [127.0.0.1])
        by Outbound hhc.org (Proprietary) with SMTP id 70D9AC17A7
        for <craigsmith@comsouth net>; Tue, 12 Jan 2021 09:45:11 -0500 (EST)
Received: from barracuda.hhc.org (unknown [192.168.1.10])
        (using TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits))
        (No client certificate requested)
        by VSZIX01.HHC.ORG (Proprietary) with ESMTPS id D952BC17AC
        for <craigsmith@comsouth net>; Tue, 12 Jan 2021 09:45:01 -0500 (EST)
X-ASG-Debug-ID: 1610462691-0a75905ab73f3580004-it7huP
Received: from VSMAIL01 hhc.org ([10.57.211.222]) by barracuda.hhc.org with ESMTP id LCx9aRb35is0Mxib
(version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128 verify=NO); Tue, 12 Jan 2021 09:44:51
-0500 (EST)
X-Barracuda-Envelope-From: alford@HHC.org
Received: from VSMAIL01 hhc.org (10.57.11.60) by VSMAIL01 hhc.org
 (10.57.11.60) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.1779.2; Tue, 12 Jan
 2021 09:15:34 -0500
Received: from VSMAIL01 hhc.org ([fe80::3923:6241:7586:f4af]) by
 VSMAIL01 hhc.org ([fe80::3923:6241:7586:f4af%5]) with mapi id 15.01.1779.007;
 Tue, 12 Jan 2021 09:15:34 -0500
From: "Angela L. Ford" <alford@HHC.org>
To: "Dr. Adeogun" <doc6868@aol.com>, "Dr. Akoto" <nanabea@gmail.com>, "Dr.
 Brantley" <docgggkkb@aol.com>, "Dr. Desai" <desaishivamr@gmail.com>, "Dr.
 Echefu" <nancyechefu1@gmail.com>, "Dr. Fatima" <saad30071@hotmail.com>, "Dr.
 Gbenle" <sgbenie@hotmail.com>, "Dr. Glover" <benglovermd@comcast.net>, "Dr.
 Ham" <hamt14@gmail.com>, "Dr. Hinson" <dhaddock@maconeyes.com>, "Dr. Hughes
 (ER)" <chughesmd@cox net>, "Dr. Jallad" <bmwnjbmw@hotmail.com>, "Dr. John"
        <olusjohn@gmail.com>, "Juan G. Velazquez" <jvelazquez@HHC.org>, "Dr. Kalli"
        <kalli@cardioassociates net>, "Dr. Kazi" <rkazi88397@aol.com>, "Dr. Kenmoe"
        <vichi26@yahoo.com>, "Dr. Kimbel" <jwkimbel@gmail.com>, "Dr. Kushal Patel"
        <kushalpatel18@yahoo.com>, "Dr. Lane" <derrick_lane@hotmail.com>, "Dr.
 Lomboy" <teplomboy@comsouth net>, "Dr. Malhotra" <judy@cardioassociates.net>,

**Ford Emails 018**



Ford Emails 019



Message-ID: <48c77643f048408ca5205e28ccc9f1f8@HHC.org>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.57.11.44]
x-exclaimer-md-config: cb972af0-1181-476a-88d6-e51e1e5d5997
x-exclaimer-md-bifurcation-instance: 0
x-exclaimer-md-search-key: nLUXGV4JbUe5BcVyDhcPKg==
Content-Type: multipart/related;
        boundary="_004_48c77643f048408ca5205e28ccc9f1f8HHCorg_";
        type="multipart/alternative"
MIME-Version: 1.0
X-Barracuda-Connect: UNKNOWN[10.57.211.222]
X-Barracuda-Start-Time: 1610462691
X-Barracuda-Encrypted: ECDHE-RSA-AES128-GCM-SHA256
X-Barracuda-URL: https://192.168.1.10:443/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at hhc.org
X-Barracuda-Scan-Msg-Size: 8290
X-Barracuda-BRTS-Status: 1
X-Barracuda-Bayes: INNOCENT GLOBAL 0.0000 1.0000 -2.0210
X-Barracuda-Spam-Score: -1.52
X-Barracuda-Spam-Status: No, SCORE=-1.52 using global scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=9.0 tests=EXTRA_MPART_TYPE, HEAD_LONG,
HTML_MESSAGE
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.87191
        Rule breakdown below
         pts rule name            description
        ---- ---------------------- --------------------------------------------------
         0.00 EXTRA_MPART_TYPE       Header has extraneous Content-type:...type= entry
         0.50 HEAD_LONG              Message headers are very long
         0.00 HTML_MESSAGE          BODY: HTML included in message
X-VPM-MSG-ID: 51d76c98-f0f3-435c-9798-5ce8f3fb6ae4
X-VPM-HOST: VSZIX01.HHC.ORG
X-VPM-GROUP-ID: 732f06a9-d698-486e-a337-e2acf08b4018
X-VPM-ENC-REGIME: Plaintext
X-VPM-IS-HYBRID: 0
X-MagicMail-OS: Linux 3.1-3.10
X-MagicMail-UUID: c6b17c8a-54e4-11eb-9def-c3609ba63c00
X-MagicMail-SourceIP: 70.166.66.22
X-MagicMail-RegexMatch: 0
X-MagicMail-EnvelopeFrom: <btv1==6463dd3dada==alford@hhc.org>


--_004_48c77643f048408ca5205e28ccc9f1f8HHCorg_
Content-Type: multipart/alternative;
        boundary="_000_48c77643f048408ca5205e28ccc9f1f8HHCorg_"


--_000_48c77643f048408ca5205e28ccc9f1f8HHCorg_
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: base64

TUVFVElORyBOT1RJQ0U6DQoNClBlcnJ5IEhvvc3BpdGFsDQoxc3QgUXVhcnRlcmlcg0KRnVsbeCBN
ZWRpY2FsIFN0YWZmZIE1lZXRpbmcNCg0KVHVlc2RheSwgSmFudWFyeSAxOSwgMjAyMQ0KDQpB
dCA2OjAwIFBNIHdpdGggGggRGlubmVyVyIGF0IDIU6MzBtZBwbQ0KDQpQZXJYeSBIb3NwaXRhbCB3aX5p
bmcgQ29uZmVyZW5jZSByZXNSBSb29tIG9yRG9yR2IG9yRXdlbIGsb3VudHdyY2hoCBEaW5p
YSBpbBBZZG1pbmlzdHJhdGlvbg0KYXQgMjE4LTE2Mjjcgb3IgYWxmb3JkQGhoYy5vcmvcmc8bWFFp
bHRvOmFsZm9yZEBoaGMub3JnPg0KDQoNClBsZWFzZSBtYWtlIGV2ZXJ5IGVmZm9ydCB0byBh

dHRlbmQgaW4gcGVyc29uIG9yIGJ5IFdlYkV4Lg0KV2ViRXggaW5mb3JtYXRpb24gd2lsbCBi
ZSBzZW50IGNsb3NlciB0byB0aGUgbWVldGluZyBkYXRlLg0KDQoNCg0KW2NpZDppbWFnZWFm
MWZjOC5KUEdANDEwMDM4ODAuNDg4ZTYyMzFdPGh0dHBzOi8vd3d3LmhoYy5vcmc+DQogICAg
ICAgIEFFFuZ2VsYSBBMLiBGb3JkDQpTRUNSVRBUlkgLSBFWEVDVVRJVkUNCg0KVGVyOiAgICAo
NDc4KSAyMTgtMTYyNw0KRmF4OiAgICAgICAoNDc4KSAyMTgtMTYzMQ0KRS1tYWlsOiAgICAg
IGFsZm9yZEBISEMub3JnDQoNCg0KDQoKCgoKVGhpcyBtZXNzYWdllChpbmNsdWRpbmcgYW55
IGF0dGFjaG1lbnRzKSBpcyBpbnRlbmRlZCBvbmx5IGZvci6IG0ZSBpbmRpdmlkdWFsIG9yIGVu
dmlkdWFsIG9yIGVudGl0eSB0byB3aGljaCBpdCBpcyBhZGRyZXNzZWQgYW5kIG1heSBjb250
YWluIGluZm9ybWF0aW9uIHRoYXQgaXMgbm9uLXB1YmxpYywgcHJvcGJpZXRhcnksIHBy
bGVnZWQsIGNvbmZpZGVudGlhbCwgZXhlbXB0IGZyb20gZGlzY2xvc3VyZSB1bmRlciBhcHBs
aWNhYmxlIGxhdyBvcImlsIGVudGl0bGVkIHRvIGxlZ2FsIHByaXZpbGVnZS4gSWYgeW91IGFy
ZSBub3QgdGhlIGludGVuZGVkIHJlY2lwaWVudCwgeW91IGFyZSBoZXJlYnkgbm90aWZpZWQg
dWN0LiBJZiB5b3UgYXJlIG5vdCB0aGUgaW50ZW5kZWQgcmVjaXBpZW50LCB5b3UgYXJlIGhl
cmVieSBub3RpZmllZCB0aGF0IGFueSB1c2Us IGRpc2NsTbWluYXRpb24sIGRpc3RyaWJ1dGlv
biwgb3IgY29weWluZyBvZiB0aGlzIGNvbW11bmljYXRpb24gaXMgc3RyaWN0bHkgcHJvaGli
aXRlZC4gSWYgeW91IGhhdmUgcmVjZWl2ZWQgdGhpcyBjb21tdW5pY2F0aW9uIGluIGVycm9y
LCBub3RpZnkgdGhlIHNlbmRlciBieSByZXBseSBlLW1haWwgYW5kIGRlbGV0ZSBhbGwgY29w
aWVzIG9mIHRoaXMgbWVzc2FnZSBhbmQgYW55IGF0dGFjaG1lbnRzLg0KDQpNCg
IGltbtWVkaWF0ZWx5IGRlbGV0ZSBhbGxgY29waWVzIG9mIHRoaXMgbWVzc2FnZSBhbmQgYW55
IGF0dGFjaG1lbnRzLg0KDQpNCg0KICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
aGFuayB5b3Uu

--_000_48c77643f048408ca5205e28ccc9f1f8HHCorg_
Content-Type: text/html; charset="utf-8"
Content-Transfer-Encoding: base64

PGh0bWwgeG1sbnM6dj0idXJuOnNjaGVtYXMtbWljcm9zb2Z0LWNvbTp2bWwiIHhtbG5zOm89
InVybjpzY2hlbWFzLW1pY3Jvc29mdC1jb206b2ZmaWNlOm9mZmljZSIgeG1sbnM6dz0idXJu
OnNjaGVtYXMtbWljcm9zb2Z0LWNvbTpvZmZpY2U6d29yZCIgeG1sbnM6bT0iaHR0cDovL3Nj
NDEwMDM4ODAuNDg4ZTYyMzFdPGh0dHBzOi8vd3d3LmhoYy5vcmc+DQogIG  ...

IHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToyOC4w
cHQ7bXNvLWxpbmP2F0dXJlcpub25Ilj48bzpwPiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+DQo8
cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpj
ZW50ZXIiIPjxzcGFuIHN0eWxlPSJmb250LXNpemU6MjguMHB0O21zby1saWdhdHVyZXM6bm9u
ZSI+UGVycnkgSG9zcGl0YWw8bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNv
Tm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFu
IHN0eWxlPSJmb250LXNpemU6MjguMHB0O21zby1saWdhdHVyZXM6bm9uZSI+MXN0IFF1YXJ0
ZXI8bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0i
Y2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxpPjxzcGFuIHN0eWxlPSJmb250
LXNpemU6MjYuMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5vbmUiPkZ1bGwgTWVhbkVh
bCBTdGFmZiZuBNZWV0aW5n5nPC9zcGFuPjwvaT48c3BhbiBzdHlsZT0iZm9udC1zaXplOjI4LjBw
dDttc28tbGlnYXR1cmVzOm5vbmUiPjxvOnA+PC9vOnA+PC9zcGFuPjwvcD4NCjxwIGNsYXNz
PSJNc29Ob3J3YWwiIGFsaWduPSJjZW50ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+
PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToyOC4wcHQ7bXNvLWxpZ2F0dXJlczpub25lIj48bzpw
PiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0i
Y2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxpPjxzcGFuIHN0eWxlPSJmb250LXNpem
b250LXNpemU6MjguMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5vbmUiPlR1ZXNkYXks
IEphbnVhcnkgMTksIDIwMjE8bzpwPjwvbzpwPjwvc3Bhbj48L3A+PC9pPjwvc3Bhbj48L3A+
YXNjPSJNc29Ob3J3YWwiIGFsaWduPSJjZW50ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+
ciI+PGI+PHU+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToyOC4wcHQ7Y29sb3I6cmVkO21zby1s
aWdhdHVyZXM6bm9uZSI+PG86cD48L28gcD48L3U+PC9iPjwvc3Bhbj48L3A+DQo8cCBjbGFz
PiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNv
Tm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxpPjxz
cGFuIHN0eWxlPSJmb250LXNpemU6MjguMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5v
bmUiPjxvOnA+PC9vOnA+PC9zcGFuPjwvaT48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBh
bGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxpPjxzcGFuIHN0eWxl
PSJmb250LXNpemU6MjYuMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5vbmUiPlF1YXJ0
ZXJseSBIb3NwaXRhbCBTdGFmZiBNZWV0aW5nPC9zcGFuPjwvaT48L3A+DQo8cCBjbGFzcz0i
TXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxpPjxz
cGFuIHN0eWxlPSJmb250LXNpemU6MjYuMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5v
bmUiPjxvOnA+PC9vOnA+PC9zcGFuPjwvaT48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBh
bGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJm
b250LXNpemU6MjguMHB0O21zby1saWdhdHVyZXM6bm9uZSI+PG86cD48L28gcD48L3NwYW4+
MCBQTSB3aWxsIERpc2NvdmVyDQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVy
IiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJmb250LXNpemU6MjguMHB0
YnJpbHQ6bGFncyZuYnNwOzwvc3Bhbj48L3A+PGI+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToyOC4wcHQ7
Y29sb3I6cmVkO21zby1saWdhdHVyZXM6bm9uZSI+PG86cD48L28gcD48L3NwYW4+PC9iPg0K
PHAgY2xhc3M9Ik1zb05vcm1hbCIgYWxpZ249ImNlbnRlciIgc3R5bGU9InRleHQtYWxpZ246Y2Vu
dGVyIj48c3BhbiBzdHlsZT0iZm9udC1zaXplOjI4LjBwdDttc28tbGlnYXR1cmVzOm5vbmUi
PG86cD48L28gcD48L3NwYW4+PC9wPjxiPjxzcGFuIHN0eWxlPSJmb250LXNpemU6MjguMHB0O2Nv
bDbGluZ3N0YXR1cmVzOm5vbmUiPiZuYnNwOzwvc3Bhbj48L2I+DQo8cCBjbGFzcz0iTXNvTm9y
YXNjPSJNc29Ob3J3YWwiIGFsaWduPSJjZW50ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+
PG86cD48L28gcD48L3NwYW4+PC9wPg0KPHAgY2xhc3M9Ik1zb05vcm1hbCIgYWxpZ249ImNl
bnRlciIgc3R5bGU9InRleHQtYWxpZ246Y2VudGVyIj48c3BhbiBzdHlsZT0iZm9udC1zaXpl
OjI4LjBwdDttc28tbGlnYXR1cmVzOm5vbmUiPjxvOnA+PC9vOnA+PC9zcGFuPjwvcD4NCjxw
IGNsYXNzPSJNc29Ob3J3YWwiIGFsaWduPSJjZW50ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNl
bnRlciI+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToyOC4wcHQ7bXNvLWxpZ2F0dXJlczpub25l
Ij48bzpwPiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBh
bGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJm
b250LXNpemU6MjguMHB0O21zby1saWdhdHVyZXM6bm9uZSI+PG86cD48L28gcD48L3NwYW4+
ZToyOC4wcHQ7bXNvLWxpZ2F0dXJlczpub25lIj48bzpwPiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+
O0NhbGxjbGicmkmkcXVvdDssc2Fucy1zZXJpZjttc28tZmFyZWFzdC1mb250LWZhbWlseSA6
V2ViRXguDQo8bzpwPjwvbzpwPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBh
bGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJm
b250LXNpemU6MjguMHB0O2NvbG9yOnJlZDttc28tbGlnYXR1cmVzOm5vbmUiPjxvOnA+PC9v
OnA+PC9zcGFuPjwvcD4NCjxwIGNsYXNz

Z2h0OnllbGxvdzttc28tbGlnYXR1cmVzOm5vbmUiPldlYkV4IGluZm9ybWF0aW9uIHdpbGwg
YmUgc2VudCBjbG9yZXIgdG8gdGhlIGl1ZXRpbmcNCiBkYXRRILjwvc3Bhbj48L2k+PGk+PHNw
YW4gc3R5bGU9ImZvbnQtc2l6ZToyMi4wcHQ7Zm9udC1mYW1pbHk6bjnF1b3Q7Q2FsaWJyaSSZx
dW90OyxzYW5zLXNlcmlmO21zby1hnPdhdHVyZXM6bm9uZSI+PG86cD48L286cD48L3NwYW4+
PC9pPjwvcD4NCjxwIGNsYXNzPSJNc29Ob3JtYWwiPjxzcGFuIHN0eWxlPSJmb250LXNpemU6
MTYuMHB0I0j48bzpwPiZuYnNwOzwvbzpwPjwvc3Bhbj48L3A+DQo8L2Rpdj4NCjxicj4NCjxi
cj4NCjx0YWJsZSB3aWR0aD0iNjAwIj4NCjx0Ym9keT4NCjx0cj4NCjx0ZCBzdHlsZZT0iV0lE
VEg6IDE4NXB4OyBQQURSESU5HLVJJR0hUOiAxMHB4Ij4NCjxkaXYgYXWxpZ249ImNlbnRlciI+
PGEgaHJlZj0iaHR0cHM6Ly93d3cuaGjhLm9yZyIgdGFyZ2V0PSJiymxpxpxbWgd2lkdGg9IjE1
OCIgaGVpZ2h0Pzh0PSI1NCIgc3JjPSJodHRwOi8vaW1jclcjogMHB4IFNvbGlkIDsgZiBzcmm9I4mNpZDpp
bWFnZTAwMWZjOC5Gc5KUEdANDEwMDM4ODAuZDg4ZTYyMzEiZPjwvYT48L2Rpdj4NCjwvdGQ+DQo8
dGQgc3R5bGU9IkZPTlQtU0l0ZaTogMTFwdDsgRk9VC1GQU1JTFk6IENhbGlicmk7IFdJRFRI
OiA0NzVweDsgV0hJVEUtU1BBQ0U6IG5vd3JhcDsUEFFRElORy1MRUZUOiAxMHB4OybBCT1JE
RVItTEVGVDogIzAwMCAxcHggc29saWQiPjxkaXYgc3R5bGU9ImZvbnQtZmFtaWx5OkNl
bnR1cnkgR290aGIjO2ZvbnQtc2l6ZToxMXB0O2NvbG9yOiM0QwY5nZWxhIEwuIEZveHJpPGJy
Pg0KPGZvbnQgc3R5bGU9ImZvbnQtZmFtaWx5OkNlbnR1cnkgR290aGIjO2ZvbnQtPGJy
MnB0O2NvbG9yOiMyMTJDNjU7YmFja2dyb3VuZDp3aGl0ZSI+Q3TsiPlNFQ1JFVEFSWSAt
IEVYRUNVVElWRTwvZm9udD48YnI+DQo8cBpZD0idW5kZXJpbmVkX3ZpbnRlbnRfbmNBz
aXplPSIyIj48L2ZvbnQ+PHNwYW4gc3R5bGU9IkZPTlQtU0laRTo1MTFwdC1DQo8dGFibGUg
Y2VsbHBhZGRpbmc9IjAiAiNGlbGxzcGGJaW5nPSInIitBzdHlsZT0iZm9udC1mYW1pbHk6bjQ2Vu
dHVyeSBHb3RoaWM7Zm9udC1ZaXplOjEyEHQ7Ym00Y2tncm91bmQ6d2hpdGUiPjxpbWcgc3J4h0Yy05N2NkLTc3zUwMzU3U
3YTg1NlRhYmxlIj48NCjx0YWkkeT4NCjx0cj48dGQgc3R5bGU9ImZvbnQtZmFtaWx5OkNl
bnR1cnkgR290aGIjO2ZvbnQtc2l6ZToxMHB0O2NvbG9yOiMyMTJDNjU7YmFja2dyb3VuZDp3
aGl0ZSI+PC9pbWc+PC9kaXY+PC90ZD48L3RyPjwvdGJvZHk+PC90YWJsZT48ZGl2
IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250LXNpemU6MTBwdDtjb2xv
cjojMjEyQzY1O2JhY2tncm91bmQ6d2hpdGUiPjwvZGl2Pjwvb2R5PjwvdGQ+PC90YWJsZT48
YnI+PC9kaXY+PC9kaXY+PC9ib2R5PjwvaHRtbD5DT01XQQ==

eGVtcHQgZnJvbSBkaXNjbG9zdXJlIHVuZGVyVyIGFwcGxpY2FibGUgbGF3IG9yIG1heSBjb25z
dGl0dXRlIGIGFzIGF0dG9ybmV5LUhdvcmsgcHJvZHVjdC4gSWYgeW91IGFyZSBub3QgdGhlIGlu
dGVuZGVkIHJlY2lwaWVudCwgeW91IGFyZSBoZXJlYnkgbm90aWZpZWQgdGhhdCBhbnkgdXNl
LCBkaXNzZW1pbmF0aW9uLCBkaXN0cmlidXRpb24sIG9yIGNvcHlpbmcgb2YgdGhpcyBjb21t
dW5pY2F0aW9uIGlzIHN0cmljdGx5IHByb2hpYml0ZWQuIElmIHlvdSBoYXZlIHJlY2VpdmVk
IHRoaXMgY29tbXVuaWNhdGlvbiBpbiBlcnJvciwgcGxlYXNlIG5vdGlmeSB0aGUgc2VuZGVy
IHRlbGVwaG9uZSBhbmQgKGkpIGRlc3Ryb3kgdGhpcyBtZXNzYWdlIGEgZmFjb2ltaWxl
IG9yIChpchpaSkgZGVsZXRlIHRoaXMgbWVzc2FnZSBpbiBpdHMgZW50aXJldHkgZmxGu
IGVsZWN0cm9uaWMgMgY29tbXVuaWNhdGlvbi4gVGhhbmsgeW91LgoK


--_000_48c77643f048408ca5205e28ccc9f1f8HHCorg_--

--_004_48c77643f048408ca5205e28ccc9f1f8HHCorg_
Content-Type: image/jpeg; name="imageaf1fc8.JPG"
Content-Description: imageaf1fc8.JPG
Content-Disposition: inline; filename="imageaf1fc8.JPG"; size=10336;
    creation-date="Tue, 12 Jan 2021 14:15:34 GMT";
    modification-date="Tue, 12 Jan 2021 14:15:34 GMT"
Content-ID: <imageaf1fc8.JPG@41003880.488e6231>
Content-Transfer-Encoding: base64


/9j/4AAQSkZJRgABAQEBLAEsAAD/7gAOQWRvYmUAZAAAAAAB/+EX9kV4aWYA
AE1NACoAAAAIAAwBAAADAAAAAQTWAAABAQADAAAAAQnAAAABAgDAAAAAwAA
AJ4BBgADAAAAAQACAAABEgADAAAAAQABAAABFQADAAAAAQADAAABGgAFAAAA
AQAAAKQBGwAFAAAAAQAAAKwBKAADAAAAAQACAAABMQACAAAAHgAAALQBMgAC
AAAAFAAAANKHaQAEAAAAAQAAAOYAAAEeAAgACAIASwAAAABAAAABLAAAAAEA
AEFkb2JIIFBob3Rvc2hvvcBCBDUzUuUMSBXaW5kb3dzMgQTWMTY6MDU6MDYgMTE6
MDg6MDUUAAASQAAAHAAAABDAyMjGgGQADAAAAAf//AACgAgAEAAAAQAAAAJ6g
AwAEAAAAQAAAADYAAAAAAAYBAwADAAAAAABgEDAAAAAAAAYAAAAUAAAABAABAAEb
AAUAAAABAAAAAABdAEoAAMAAAABAAIAAAIBAAQAAAABAAAABAIAAQAAAAAABAAAW
cgAAAAABIAAAAQAAAEgAAAABf/9j/4gxSUNDX1BST0ZJTEUUAAQEAAAxI
TGlubwIQAABtbnRyUkdCIFhZWiAHzgACAAkABgAxABBhY3NwTVNGTVNGAAAABJ
RUMgc1JHQgAAAAAAAAAAAAAAAQAA9tYAAQAAAADTLUhQICAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAWFla
IAAAAAAAAPNRAAEAAAABFsxYWVogAAAAAAAAAAAAAAAAAAAAAAAAFhZWiAAAAA
AABvogAAOPUAAAOQWFaIAAAAAAAAGKZAAC3hQAAGNpYWVogAAAAAAAAJKAA
AA+EAAC2z2Rlc2MAAAAAAAAFklFQyBodHRwOi8vd3d3LmllYy5jaAAAAAA
AAAAAAAFklFQyBodHRwOi8vd3d3LmllYy5jaAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAWFla
IAAAAAAAAPNRNRAEAEAAABFsxYWVogAAAAAAAAAAAAAAAAAAsUmVm
ZXVlbmdlIFZpZXdpbmcgQ29uZGl0aW9uIGluIElFQzYxOTY2LTIuMQAAAAAA
AAAAAAAAALFJlZmVyZW5jZSBWaWV3aW5nIENvbmRpdGlvbiBpbgAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAHZpZXdpbmcgY29u
ZGl0aW9uIGluIElFQzYxOTY2LTIuMQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABkZXNjAAAA
AAAAAC5JRUMgNjE5NjYtMi4xIERlZmF1bHQgUkdCIGNvbG91ciBzcGFjZSAtIHNSR0I
AAAAAAAAAAAAAAAAALFJlZmVyZW5jZSBWaWV3aW5nIENvbmRpdGlvbiBpbgAA
ZSAtIHNSR0IAAAAAAAAAAAAAAAAAAAAAAAAAAAAAZGVzYwAAAAAAAAAsUmVm
ZXJlbmNlIFZpZXdpbmcgQ29uZGl0aW9uIGluIElFQzYxOTY2LTIuMQAAAAA
AAAAAAAALFJlZmVyZW5jZSBWaWV3aW5nIENvbmRpdGlvbiBpbgAAAAAAAAZpZmXcAAAAAABOk/gAU
Xy4AEM8UAAPtzAAEEwsAA1yeAAAAAVhZWiAAAAAAAAEwJVgBQAAAAVx/nbWVh
cwAAAAAAAAABAAAAAAAAAAAAAAAAAAAAAAAAAo8AAAACc2lnIAAAAABDUlQg
Y3VydgAAAAAAAAQAAAAAAAAAAAABQKAA8AFAAZAB8AFAAZAB8AFAAZAB8AFAEoA
TwBUBUAFkXgBjAGgAbQBryAHcAfACBAIYAiwCQAJUAmgCfAKQAqQCuALIAtwC8

AMEAxgDLANAA1QDbAOAA5QDrAPAA9gD7AQEBBwENARMBGQEfASUBKwEyATgB
PgFFAUwBUgFZAWABZwFuAXUBfAGDAYsBkgGaAaEBqQGxAbkBwQHJAdEB2QHh
AekB8gH6AgMCDAIUAh0CJgIvAjgCQQJLAlQCXQJnAnECegKEAo4CmAKiAqwC
tgLBAssC1QLgAusC9QMAAAwsDFgMhAy0DOANDA08DWgNmA3IDFgOKA5YDogOu
A7oDxwPTA+AD7AP5BAYEEwQgBC0EOwRIBFUEYwRxBH4EjASaBKgEtgTEBNME
4QTwBP4FDQUcBSsFOgVJBVgFZwV3BYYFlgWmBbUFxQXVBeUF9gYGBhYGJwY3
BkgGWQZqBnsGjAadBq8GwAbRBuMG9QcHBxkHKwc9B08HYQd0B4YHmQesB78H
0gflB/gIcwgfCDIIRghaCG4IggiWCKoIvgjSCOcI+wkQCSUJOglPCWQJeQmP
CaQJugnPCeUJ+woRCicKPQpUCmoKgQqYCq4KxQrcCvMLCwsiCzkLUQtpC4AL
mAuwC8gL4Qv5DBIMKgxDDFwMdQyODKcMwAzZDPMNDQ0mDUANWg10JY4NqQ3D
Dd4N+A4TDi4OSQ5kDn8Omw62DtIO7g8JDyUPQQ9eD3oPlg+zD88P7BAJECYQ
QxBhEH4QmxC5ENcQ9RETETERTxFtEYwRqhHJEegSBxImEkUSZBKEEqMSwxLj
EwMTIxNDE2MTgxOkE8UT5RQGFCcUSRRqFHUeIRTOFPAVEhU0FVYVeBWbFb0V
4BYDFiYWSRZsFo8WshbWFvoXHRdBF2UXiReuF9IX9xgbGEAYZRiKGK8Y1Rj6
GSAZRRlrGZEZtxndGgQaKhpRGncanhrFGuwbFBs7G2MbhuyG9ocAhwqHFIc
exyjHMwc9R0eHUcdcB2ZHcMd7B4WHkAeah6UHr4e6R8THz4faR+UH78f6iAV
IEEgbCCYIMQg8ECeIUghdSGhIc4h+yInIUigiKvIt0jCiM4I2YjlCPCl/Ak
HyRNJHwkqyTaJQklOCVoJZclxyX3JicmVyaHJrcm6CcYJ0kneierJ9woDSg/
KHEooijUKQYpOClrKZ0p0CoCKjUqaCqbKs8rAis2K2rnSvRLAUsOSxuLKIs
1y0MLUEtdi2rLeEuFi5MLoIuty7uLyQvWi+RL8cv/jA1MGwwpDDbMRIxSjGC
Mbox8jIqMmMymzLUMw0zRjN/M7gz8TQrNGU0njTYNRM1TTWHNcI1/TY3NnI2
rjbpNyQ3YDecN9c4FDhQOIw4yDkFOUI5fzm8OfK6Njp0Orl67zstO2s7qjvo
PCc8ZTykPOM9Ij1hPaE94D4gPmA+oD7gPyE/YT+iP+JAI0BkQKZA50EpQWpB
rEHuQjBCckK1QvdDOkN9Q8BEA0RHRIpEzkUSRVVFmkXeRiJGZ0arRvBHNUd7
R8BIBUhLSJFI10kdSWNJqUnwSjdKfUrESwxLU0uaS+JMKkxyTLpNAk1KTZNN
3E4lTm5Ot08AT0lPk0/dUCdQcVC7UQZRUFGbUeZSMVJ8UsdTE1NfU6pT9lRC
VI9U21UoVXVVwlYPVlxWqVb3V0RXklfgW9C9YfVjLWRpZaVm4WgdaVlqmWvVb
RVuVW+VcNVyGXNZdJ114XcleGl5sXr1fD19hX7NgBWBXYKpg/GFPYaJh9WJJ
Ypxi8GNDY5dj62RAZJRk6WU9ZZZI52Y9ZpJm6Gc9Z5Nn6Wg/aJZo7GlDaZpp
8WpIap9q2tPa6dr/2xXK9tCG1gbbl0uEm5rbsRvHm94b9FwFwK3CGcOBxOnGV
cfByS3KmcwFzXXO4dBR0cHTMdSh1hXXhdj52m3b4d1Z3s3gReG54xZwuBZzYl5
53pGeqV7BHtje8J8IXyBfOF9QX2hfgF+Yn7CfyN/hH/lgEeAqIEKgWuBzYYIw
gpKC9INYg7qEHYSAhOOFR4Wrhg6GcbXzuHn4gEiGmIzokziZZ/J/opkisqL
MIuWi/yMY4zKjTGNl3/jmaOzo82j56QBpBukNaP5GokhGSepLjk02TtpQg
llqU9JVflcmWNJafIwqXdZfgmEEyYuJkkmZCZ/JpomtWbDqpuvnByciZz3nWSd
0p5Anq6fHZ/Ln+/qgaaDYoUehtqImopajBqN2o+akVqTHpTilqaYpYapoum/adu
p+CoUqJEqTepqaocqo+rAqt1q+msXKQrUStuK4trqGuvF+LsACwdbDqsWCx
1rJLssKzOLOvthCW0nLUTtYq2AbZ5tvC3aLfguFm40blKucK6O7q1uy67p7wh
vJu9FbKPvgq+hL7/v3/q/9cBwwwOzBZ8Hjwl/C28NYQBD/C28NYw+9WTEUcTOxUvFyMZGxsPH
Qce/yD3Ivk6ybnKKOm0Q3yzbLtsw1zLXNtc60zJs83w67nc60zRvtV/
0sHTRNPNG1EnUy9VO1dHWdbbY11xNNhc21LXNke21ZNnb+9uA3AXAX0it0Q3Zbe
HN6i3ynfr+A24L3ROhM4MdlPi2+Nj4+4kc+T85YYTmDeaWx/nqegy6LzpRunQ
6lvq5etw6/vshu0R7ZzuKO607T/vzPY8BHY9N9wwwvVQ9d72
bfb794r4Gfio/Tj5x/pX+uf7d/wH/Jj9Kf26/kv+3q1jXhuc+yytt/4Qfbs/5
Q00AAv/uAA5BZG9ZiZQBkgAAAAAH/2wCEAAwIACAgICAgCJCAwJCAwRCwoLERUPDAwPDAwP
FRgTExUTExgRDAwMDAwMDAwwRDAwMDAwMDAwwMDAwwwBDAwwwwMDAwMDAwB
DQsLDQ4NEA4OEBQODg4UFA4ODg4UEQwMDAwMEREMDAwMDAwRDAwMDAwMDAwM
DAwMDAwMDAwMDAwMDAwMDP/AABEIADYngMBIgACEQEDEQH/3QAEAAr/
xAE/AAABBQEBAQEBAQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAEAAgMEBQYHCAkKCxAAAQQBAwIEAgUHBgIEAAABAQAAAAAAAAAAAAAA
AAAAAAAEAAgMEBQYHCAkKCwEAAgIDAQABBAaAwJCgAEAAABAwBAwBgAwASASUBUFR
YRMicYEyQhBhSRobFCIzVRgryByWSU/Dh8WNzRaisoMmRJNUZEXC
o3Q2F9JV4mXys4TD03Xj80Ynl5KSFRtFDByWSU/Dh8WNzNRaiso
R1dnd4eXp7fH1+f3OEhYaHiImKkpOUlZaXmJmanp6fKCkqLDBEWFhZ
MoGRFKGxQiPBUtHwMyYvUnBVdIBfkZWHgGBXnFZBBYkMaJzEaO9d3d3
NnRl4vKzhMPTdePzRebm2doWprc1ub1zJdSkRSTBkkRLhv+zYt2Rt3ejW
6zbMTtBftn5Lz8f43gQD/APVUkklySPMD/UNTmfMHfY/y3h/+FT/5

8cuX6CAetYQOoNzZXcu6ZX/jEbX1Y7sA47Tj+kHB8w4v37vS80XC/wAV4w8u
nKZmFzqXh4a6lJHjFasRyRjDgkakBSwgk2HtR0/Agfq1P/bbf/IqOFXXVbks
qY2tgsENaAB9BnZqtDhVfTzK7rXVCtzLXBw3OcCIa1n5rH/uqrbI20lUsvza
gH2V1bNzWna90+4huk1+atoUpSSSSSlJJJJKukkkkp//0PVUkkkIKSSSSUpJ
JJJTU6qCel5gAkmi0ADU/QcvBG4WdtH6tdwP8G//AMivoZJS4svBel2tlG3i
f8WZGL0SxuTNDja4htgLCRPg+F1/23E/0zPvC81/xrXXV9awxXY9gOMdGuLR
9N37pXL9CyMh3WcJrrbHNNzQQXuIP4qT2uMe5dXrSOKtH3lBfl41bix9rWuH
LSRIlFHAVfGA9fK/4wf9QxV16PLysayprK7GucXshoMn6bVdTQE6ClJJJJKU
kkkkpSSSSSn/0fVUlzPSfrFnZPVOr9OzrsSg9Nc2ml+rS9z2+q217LLfoM/c
YodD+tuRIdPOTnsrsyL8yzCwsbEBmx1RcHv32v2+n7H3ep/N1VJKepSXO5/1
vb0z7RXn4VtWTRS7KbSHscLaGGL7Me3c1jrKP8JQ/wBOxXsnrbsbGw8qzFf6
WXrYQ5s1DY7IJsE/pNtVdn80kp1EliU/WO2+hl1PT7rm5FbbcQ1vrc2xr3Mr
2m0P2U2MbZtnqf4P/CIGP8AXAW/abLun3Y+LgXPx87Je+otqdW3fY9zK7HW
Pqb++xqSnoklh2/Wb7NVRl5uFdjdOyXMY3KcWnZ6hDaHZVLXepRXa530vf6f
+G9NPg/WijNys7p4x31dSwJJxLC0G1g/wuNbPp2V7vZ/wf8AhEINP60/UfH+
sebTl25b8Y01+kGsa1wl3F+73fFZuF/isxMPMppym9Rte6l4eGmtsEjx1XV4W
bd1HpVebQz7NZkV+pUy6H7Z+h6oqd/1L1z3TvrdnZn1Wyer2W4VOdSbnMxiT
tLaC9rmO3Wervu9P2J4yzAoHRHCHp/Tzv9NX/wBtn/0qpY9D6jY6x4e+124k
DaBADOJd+6ufw/rVmHF6KcjD9fJ65V6lJoc1lbXbDlOpf67/AFPZR/hPz1oZ
v1ho6d0T9r59L6GNID6Za94l/py11Rcx7Nv6be3/AAKbaXWSWV1jro6Z9ic3
HflM6hczGqfW5gAfZrVu9Rzf0bmtd72qt1L6z29PyGVO6bfZXfktwse0OraL
LXj27WWPa9tX5vqoKd5JYbfrJeOp4PTcjp11F+ebdhc+shoog3Odsedzdj63
V7P5xQb9bahmZeHbiWsvxL68VjA5jjddc316a6Id/wBx/wBNZZb6fpMSU76S
zsfq1hy3YebivxLG1G9tpLX0uY0hr9tzD/OM3e+t7EDG+s2LmdAu65h1Puqo
Fpso0bYPRLm3NIfDWv2s37XJKdhJYW9a5l5tOOcO2m/MxftuE1zmEW1jbuZ
vY53pXN9Wv22KofrwG9Ib1g9Mv8Asb5AIfUXyLBiw6v1Pb+Id9NJT//S1ui3
9K/51fWX9q41Ac6+tzPtLqNzdte1tf6Z/wDh2/pGelvr/wBN6a2zacfqdx3+mX
4lQGTR1POfiYoc3ZfYfVHfbMei6v9ZDf4fS4d5SeTJJfcvrKKc3fvr9lYfiW
epO/Zba8DPbii0eo+x76Cf3YtdqddKxf4d2fsfH/AM5zpUsbIl/zfreJOZJ9
idWAWWXPY+uy0UWspprrFDrX+jZ/PPkfZ/0S/fEklPuX/jz/AC3i9/oVS1i+
tpIz8VhL8V2SXM2Pwr78T8X3yfv/wm/vV9m9yH9HFGa/9vc/8swwM7/Id+w
kFbiK4ZZZj+as/0lOwwMd8w8AMDw8MPDwoPDAwMDPDAwMDAwoPDAwMMDAwM
DAwMDAwMDP/AABEIADYngMBEQACEQEDEQH/xAAfAAAABwEBAQEBAAAAAAAA
AAAAAAEBBQMQBgEBwg/Cgv/xAaC1EAACAQMDAgQCBgcDBAIGAnMBAgMRBAAF
IRIxQVEGE2EicYEUMpGhBxWxQiPBUtHhMxZi8CRygvElQzRTkqKyY3PCNUQn
k6OzNhdUZHTD0uIIJoMJChgZhBxVqWthiidkdFU38qOzwygp0+PzhISktMTU
9WZpamtsbW5vY3R1dnd4eXqDhIWGh4iJipKTlJWWl5iZmqKjpKWmp6ipqrKz
tLW2t7i5usLDxMXGx8jJytLT1NXW19jZ2uHi4+Tl5ufo6erx8vP09fb3+Pn6
/8QAHwEAAwEBAQEBAQEBAQAAAAAAAAECAwQFBgcICQoL/8QAtREAAgECBAQD
BAcFBwRAEMQIDEQAhBGEScEIDwFPRBBIcYiQwSgVUZGhJxCxQiBBUtHwJDNi
coIKFRXR0fAkM2JyggjkKGBxVVVlZVhYaHCASpoZFGhcFFzJqW0NCmBswJChg
GSY2RRonZHRVJqKyY3PCNUQnk6OzNhdUZHTD0uPzJSktMTU9MTk5SU1RVVldY
WVpbXF1eX1RlZmdoaWprbG1ub2R1dnd4eXqDhIWGh4iJipKTlJWWl5iZmqKjp
KWmp6ipqrKztLW2t7i5usLDxMXGx8jJytLT1NXW19jZ2uHi4+Tl5ufo6erx8v
P09fb3+Pn6/9oADAMBAAIRAxEAPwD2Vv9TE78SmNowWtbdiXaH4ua0mkj4E8

Wmp6ipqqusra6vr/3QAEABT/2gAMAwEAAhEDEQA/APv5irsVdirsVdirsVdi
rsVfgV/z9k/8nd+Wn/gEv/3UZ87D2d/uZf1v0Ov1n1D3Pgz8iFV/zo/LBHUO
j+YbVXRhUMpJBBB6gjrm31f9zP3OPj+oP6to/wAv/IRjQ/4I0DdR/wBKy18P
+Meee+NP+cfm7bhHcgfJWm6dpOp+eLHStPttLso9XiaOzs4UgiDNY2xYhIwq
1Pc03w5ZGQiSb2/SViOb0DKWTsVdirsVdirsVf/0Pv5irsVdirsVdir
sVY/5t13/C/lXzN5mNt9dHl3Sr3U/qYf0/W+qQPN6fOjceXClaGmTxw45CPe
aQTQt+P0X/P3mKSKOT/lQko9RQ1P8RJtUV/6t+dL/ob/ANs+z9rh/nPJMrn8
tLD/AJ+YwaN+cjvd/lZN5StZ/LLaCt7FerKqXLzib1TZA1PKlKDIjOeybxfV
e91+1eHx/VyTzyZ/z6+j8lebfLnm6x/MWa8vPLl/Ff21pcFPSkaI/ZfhZq1N
+xHzyOXt/wASBiY8/wAd6Y6Wjdv1xReKKta8QBX5ZzbmMDGneb9M1nzDd6Rb
6Pe2OtXUV1Gby5uIJYylvHClY7eVSKx1B5d+mXcUCADezGiFt9rfnTSI7a7
1PSNEaxe7tra5+rX1y0wW5mSHkivaKpK860JFfHEQhLYE/L9q2Q9Aylk7FXY
q7FXYq7FXYq//9H7+Yq7FXYq7FXYq7FWA/mrHJN+V/5kRQxvNLL5W1hIoo1L
OzNZTAKqipJJ6AZdp/72PvH3sZ/SX8jlt5J87C2twfJPmIERpUfoi+8B/wAU
56OcsL+ofMOn4T3P3g/59nzL5T/JPVrbzSkvlu5uNdupILbVIpLOR0DkclSd
UJHvTOR7dHHmHDvt0dhpdo7v0bPnPymoq3mLT0UdWadAB23JNBmk8KfcXJ4g
yYGu43B6HK0pBe+avLWnXUtlfa7Y2t5Bx9e1knRZE5DkvJa1FRuK9smMciLA
RYYh5r80eXdT0y2stO1qzvbyfVNNErBKskjkXkJNFWpNAK5bjxyBsjofuQS
C9OzHZOxV2KuxV2KuxV2Kv8A/9L7+Yq7FXYq7FXYq7FX4Nf8/WdX1jT
/wA6vy2i0/WL/T4X8lOzxWl1NAjN+kzHyKxuoJp3zr/Z6IOGofV/hwNWfUP
c+E/yM1/zBc/nL+WVvc+YNVubezBapNbzX1zJG6kmqsjSEMD4EZttXCIwy2
HLucfGTxB/WbF/dR/wCqP1Z507dh3lpVOvefCVBP6Wg3I/5cbbLcn0x96Sx
HMszCIDUKAfGmVMl2kuxV2KuxV2KuxV2Kv8A/9P7+Yq7FXYq7FXYq7F
Xw1/zlH/AM4QaB/zk/5y8u+cdW/MLVPKE/l7Rjo8ViQ7VvcpKpuHuPUZpmBB
q9KDbNt2f2rLSQMREGzbRlwDIbt4d5K/59awVPJXm7y55vtfzj+y+ufLd9Hf
29nNpdmscjxV4q5V60qd6Zl5faCWSBiYDfzLXHSAG7fpONP87KAB5k0mgAH/
ABypf+y3NHxQ7j8/2OVui/L2i3mlSazdajqEeo3us3a3U8kbMBt404Qxwqqoz
JT0jqSW6nIzmJVQ5KBTJMgl2KuxV2KuxV2Kv//U+i/5Tf8AORXxnjzR+
Z3/ORn5afmb5k/LAMrzfk3e2eh+WtUTUTWr6jd6ham7ju54Lu9/u4lKo0cZq
Wr8Y2zVAfkd/zlp5i8z+QjPNH5hado2q+afMn5hat+Xv5tYeS/MjMrScTPe
7jznZeXoL2wuYta0CwdU1C50u99SOKSaz5Ay28nnoycbabSGgMu+KvTvMn52eV
7jznZeXoL2wuYta0CwdU1C50u99SOKSaz5Ay28nnoycbabSGgMu+KvTvMn52eV
LP5a+bdS8i350bz4qyatNF2jNocZ0+XVHe5u28RTnBcTw86syssX0
n/nI7VNe0TTTNb0L8nvMOvW/m3m3SrPWvy9m0u90y7tdXzr/TryRvdpcelazQp
cieVZTwWNWpIzKQFWKeXv+cv11UeedU1r8ovMHIlXyX+VXmO/8/8s/mn50vdR0i
a20O5023FxcyzQ211JPLAgZRziQ7tsNjirKdV/5yY/wppvlTzn57/LDzB5O/
KvzleWNIYefrqazmON0qrHp002s2EUpnsorh5ETn8fpsyrMIydVlVTyLIl/AM5P
aH558z/mr+W8PlHU9C/Nn8rDNJJ+XxqT2sL6zxZ/Ct7pd4JDBNCz/u2ao9N6
CQLUUYq9Q8medNZ/Mz8qdG89a8Bbpg8m6t5u0galoOn64EvRa+uC1ubtLOYK1V4
sypJUVpWoxV8aflz/wA5c+ePO3/OLfn5/Ynl+TzBcaX5Kkmmn
W2eDy5LPDJbzLJeLcepdm2Zo2UDiHt4W7qs68o+t85/UecZPK//OMknmX8t8m8t+mp
ebP+cmdEOreXX8Xu3a3NatZabZ3A099YksZ/0jc+sphs1r6lGDsCABsMVeu+dP8A
nIXQvyz8ACVff86PzG9ual5XsaZIL/yyHgvryNnvNnTaF5iLZ1YXdRR0uc07ZXis
EF64qr/m/wDnnpF+VS/lfw3k3k2/3APOnfmnt5k0/ypcOpaTd2UccWooxrPZNN9
ZljrDIkbt6icqUG3xDFWF/mV/wA5Oat+W+m8233kZvczsnrnNoWqWm1DiqKg/wCckt3eY0
v5i8reYYf YfzTfXJBpkt5f6ZJBax+XRG9/NK0Nw5dPSAmsmiexXXhxfJ/jf5fvkrQ9R9R+waP5Xi1m
XVvK5aG010M6DNLHexmwmxbUkeawm98VJJit/j+/N/8xY/S3/WCkNah/Mv8brPM/kN/
4px41m41ue/qzm80m5yJcFlyPt6e/KGRZ41+nyzrpYyLmv5RU5Dpe+yZ3aA09qwtY
AuoXKnldoFmRoGeNua8Vq7drGlFyMdftR2r8bCjXmiwm4y8j7B5Xr1yPn2oPmjefzCX
PIUdzbnT/M+kajHKuu6bp19bcrW2uhMhZGia4MVTtNxpDMysSqr6W/wCcx49F
896/pkv5pXLfkjb6Z6Z/AJj8qpc3XmfTTLLrS382XXl1lrm2Nppwijt
AuoXKnldoFmRoGeNua8ZnjcUxUv8OV/9v9O15or6O9+xf6ix8sa4Gt4frbu82XvN4r4
lb87ss1v5+v51fv51+zaCDUF/VS/lfc4x6M8q7l/=Y+T9A9t8Xd4rRLqwq
tpY 4pxHfwOCs0rBeOSNCF+IFl3x3iXz4mfyt5 mr+W8/ORwmoIDJAbiCZ1triP6zFySUbaNUDFUaFXStu
v/OcS Qfl1JZ/nbJ+R3mo+RL8znkxeokaolM98R6Q6lUFtfrgKKbhyA/IrsK01
KCq//9X0D+S2u/lWf+cqP+c3b+b/s)AJJ8qpqc3XXfmLLrTS382XXl1lrm2Nppw8
8jzbnT7FmRoGeNua8ALpeoTPAH5YfVS/lqvel0l
EF64qr/m/wDnnpF+V/VS/lfc4x6Mcq7i+0+T9A9t8XF4rRLqwqt/ZUY
PIUdzbnT/M+kajHKuu6bp19bcrW2uhMhZGia4MVTtNxpDMysSqr6W/wCcx49F
PIUdzbnT/M+kajHKuu6bp19bcrW2uhMhZGia4MVTtNxpDMysSqr6W/wCcx49F
896/pkv5pXLfkjb6Z6Z/AJj8qpc3XmfTTLLrS382XXl1lrm2Nppwijt
AuoXKnldoFmRoGeNua8ZnjcUxUv8OVf9v9O15or6O9+xf6ix8sa4Gt4frbu82
8jzbnT7FmRoGeNua8ZnjcUxUv8OVf9v9O15or6O9+xf6ix8sa4Gt4frbu82

S+rK70jjbhuq9osPMXnzzP5C/I6080fl8Py1udHt4p9P1XXNQsdQ03VNZi8v
30FjbWyabNcy/VZgzTySXa2/GJODLzagVeM/84WX35WeYfzg81a9/wA4+6Hq
n5f+TbPy1NB+bnkaxuJ7/wAnXXmmW5t2gm0G5iM2nAwpHOrtFKjOrp+5UKxC
rA9HGk+avyH/AOflGi/mJJd/ld5W1X8xfNE+p+c7lF1OPS55o7RUgubXTGub
iRoZEjaX0EkjKPRJGIYBV7b+eutebPNP/OIs/lT84/Jz/lhoN1p+h2f5rfmb
PeWmpaPZ6dbXlobi+0u202W41O4e69NVto3s4mRpAZOPA8lIWHeeYtF85Sx2M
V3eflB/zkvpv5jeaLj/nGPXPT/Ss+oLCFe8t72HSjdummXEKql6bkJCnJWDl
hTFX2z+RNzeWf/OOX5W3kennVtStvIumTNpVg8aG4uVsUZoLd7h44xzkqqGR
lXpyIG+KvyS/IvXPybh/5wP/ADei81eSvI11+Y1nB54TTp9TvPLY1O8kvru+
Ikja7IS8RrAyUIeMM4jBthLyTFWSat5ksbb8sf8An2VN5/8Ay81LUPKujaFq
Ud9Zpe2gOqwxeUHtoZLRo7uJ1EsZ+tAXBhKoCj/vPgxV79e3+necfK/5Y2v5
l+XvM35Q/kHZ/lpq83krUdNvbDVY7uxI0uUTQ6kRHdOjxaDGxFYQC0kyq7cO
TKvI7bXvzKtv+ccf+cINP8y+RtY1KDQfzo8qf4E165vNPjuNc8uwxX0mgFon
uFkguprOSONlnWNAyFmkVWWqr3H/AJyq83/mJqSf84wah5g/Ka+8uzx/85C+
W59C0I6rpdzdywWayrBDcPDcvbpc3jtI0SrK0KIv76dGbjiq3/nLjVPLUH/O
VX/OHi+fvLN5feUV03zwt1Ik6oWlvLXLXT42ZFt5ll/wBDCCSWpHJWHpeqwKhV
8iWV7E/58ee9X/JbRVj1by3+e3l7Vfyv8o6jPKlt5klt/JslnqejG7kMxs7m
4s/UvLea4pCBWOR45PgxV+h/51edPza8xfl1fW+ufk35g8gfl/qb21t+Y+pR
atot55g07RuaS6ncwQWV5dwMnpKYRweWQh2f01CfEq+adIuNb8s3f/Of+kfl
3Ya5+Y35R6l5e1STXvNN9LYWb6d58TRHTV4RDL9S9SCS3kgeR4YmKyRsvFi2
6qTf84jai+k+efyc1/8ALby9qXmkax+SukaP+ZPkbWbm31LRzYhXtNb8u3O
uNDBc2N+49O5gs5vgc27zJG2wVfJFv5m8tt/zildaLoX5aTjz8kE83nXzhca
qqWZ0w/mJZSwwW8AeV5Jv0kYIamGKMD1H5stKqv/2Q==

--_004_48c77643f048408ca5205e28ccc9f1f8HHCorg_--

| From: | alford@HHC.org |
|---|---|
| To: | psims@HHC.org |
| Subject: | RE: COVID Vaccine 1st Dose given on Jan 13th |
| Date: | Wednesday, January 13, 2021 3:27:37 PM |

Patsy:

   That is Dr. Michael Nulph   DOB:10/10/1971

**From:** Patsy Sims <psims@HHC.org>
**Sent:** Wednesday, January 13, 2021 3:19 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Angela,
All the attached were entered in GRITS but one, can you look at the 4th one scanned and tell me
who the patient is, the name and the date of birth are not readable.
Thanks,
Patsy



**Patsy Sims**
Supervisor - Patient Access

Tel:    (478) 322-4942
E-mail:  psims@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 12:08 PM
**To:** Shanda N. Anderson <sanderson@HHC.org>; Deanna M. Walls <dawalls@HHC.org>; Patsy Sims
<psims@HHC.org>
**Cc:** April M. Albritton <aalbritton@HHC.org>; Ashley M. Lee <amlee@HHC.org>
**Subject:** COVID Vaccine 1st Dose given on Jan 13th

Please find attached the consent forms for the 1st Dose of the COVID
Vaccine given at Perry Hospital on Jan 13th.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631

**Ford Emails 030**

E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | Patsy Sims |
| **To:** | Angela L. Ford |
| **Subject:** | RE: COVID Vaccine 1st Dose given on Jan 13th |
| **Date:** | Wednesday, January 13, 2021 3:28:10 PM |

Thank you so much!

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 3:28 PM
**To:** Patsy Sims <psims@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Patsy:
    That is Dr. Michael Nulph   DOB:10/10/1971

**From:** Patsy Sims <psims@HHC.org>
**Sent:** Wednesday, January 13, 2021 3:19 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Angela,
All the attached were entered in GRITS but one, can you look at the 4th one scanned and tell me who the patient is, the name and the date of birth are not readable.
Thanks,
Patsy



**Patsy Sims**
Supervisor - Patient Access

Tel:      (478) 322-4942
E-mail:   psims@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 12:08 PM
**To:** Shanda N. Anderson <sanderson@HHC.org>; Deanna M. Walls <dawalls@HHC.org>; Patsy Sims <psims@HHC.org>
**Cc:** April M. Albritton <aalbritton@HHC.org>; Ashley M. Lee <amlee@HHC.org>
**Subject:** COVID Vaccine 1st Dose given on Jan 13th

Please find attached the consent forms for the 1st Dose of the COVID Vaccine given at Perry Hospital on Jan 13th.

Thank you,

Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Angela L. Ford
**To:** Patsy Sims
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th
**Date:** Wednesday, January 13, 2021 3:27:38 PM

Patsy:
   That is Dr. Michael Nulph   DOB:10/10/1971

**From:** Patsy Sims <psims@HHC.org>
**Sent:** Wednesday, January 13, 2021 3:19 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Angela,
All the attached were entered in GRITS but one, can you look at the 4th one scanned and tell me who the patient is, the name and the date of birth are not readable.
Thanks,
Patsy



**Patsy Sims**
Supervisor - Patient Access

Tel:    (478) 322-4942
E-mail:  psims@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 12:08 PM
**To:** Shanda N. Anderson <sanderson@HHC.org>; Deanna M. Walls <dawalls@HHC.org>; Patsy Sims <psims@HHC.org>
**Cc:** April M. Albritton <aalbritton@HHC.org>; Ashley M. Lee <amlee@HHC.org>
**Subject:** COVID Vaccine 1st Dose given on Jan 13th

Please find attached the consent forms for the 1st Dose of the COVID Vaccine given at Perry Hospital on Jan 13th.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631

**Ford Emails 034**

E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | psims@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: COVID Vaccine 1st Dose given on Jan 13th |
| **Date:** | Wednesday, January 13, 2021 3:28:10 PM |

Thank you so much!

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 3:28 PM
**To:** Patsy Sims <psims@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Patsy:

That is Dr. Michael Nulph   DOB:10/10/1971

**From:** Patsy Sims <psims@HHC.org>
**Sent:** Wednesday, January 13, 2021 3:19 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: COVID Vaccine 1st Dose given on Jan 13th

Angela,
All the attached were entered in GRITS but one, can you look at the 4th one scanned and tell me who the patient is, the name and the date of birth are not readable.
Thanks,
Patsy



**Patsy Sims**
Supervisor - Patient Access

Tel:    (478) 322-4942
E-mail:  psims@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, January 13, 2021 12:08 PM
**To:** Shanda N. Anderson <sanderson@HHC.org>; Deanna M. Walls <dawalls@HHC.org>; Patsy Sims <psims@HHC.org>
**Cc:** April M. Albritton <aalbritton@HHC.org>; Ashley M. Lee <amlee@HHC.org>
**Subject:** COVID Vaccine 1st Dose given on Jan 13th

Please find attached the consent forms for the 1st Dose of the COVID Vaccine given at Perry Hospital on Jan 13th.

Thank you,

**Ford Emails 036**

Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** mshah@HHC.org
**To:** alford@HHC.org
**Subject:** RE: Perry Hospital MEC meeting Wednesday, January 13th at 6pm
**Date:** Wednesday, January 13, 2021 3:31:58 PM

I will come in person.



**Manoj Shah**
Physician

E-mail:  mshah@HHC.org

**From:** Angela L. Ford
**Sent:** Tuesday, January 12, 2021 9:12 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Chris C. Beasley <cbeasley@HHC.org>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC meeting Wednesday, January 13th at 6pm

Good afternoon:

Please remember Perry Hospital MEC meeting tomorrow **at 6pm** and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**Ford Emails 038**

Ford Emails 039

**From:**        alford@HHC.org
**To:**          docgggkkb@aol.com
**Subject:**     Fwd: WebEx meeting invitation: Perry Hospital Full Medical Staff Meeting January 19, 2021
**Date:**        Tuesday, January 19, 2021 5:49:09 PM
**Attachments:** Webex_Meeting.ics

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

Begin forwarded message:







Ford Emails 042



**Meeting January 19, 2021**

Please see below WebEx information to join the Perry Hospital Full Medical Staff meeting tomorrow night.

Thank you,
Angela

-----Original Appointment-----
From: Chris Beasley <cbeasley@hhc.org>
Sent: Monday, January 18, 2021 8:48 AM
To: Chris Beasley; Angela L. Ford
Subject: Webex meeting invitation: Perry Hospital Full Medical Staff Meeting
When: Tuesday, January 19, 2021 6:00 PM-8:00 PM America/New_York.
Where: https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad

WARNING:This email originated outside of Houston Healthcare.DO NOT
CLICK links or attachments unless you recognize the sender and are expecting
them. If you have questions contact IT.

Chris Beasley is inviting you to a scheduled Webex meeting.

Tuesday, January 19, 2021

6:00 pm | (UTC-05:00) Eastern Time (US & Canada) | 2 hrs

Join meeting<https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad>

More ways to join:

Join from the meeting link

https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad

Join by meeting number

Meeting number (access code): 180 719 0585

Meeting password: fMCSr233te7

Tap to join from a mobile device (attendees only)

+1-415-655-0002,,1807190585##<tel:%2B1-415-655-
0002,,*01*1807190585%23%23*01*> US Toll

Join by phone

+1-415-655-0002 US Toll

Global call-in numbers<https://houston-ga.webex.com/houston-
ga/globalcallin.php?MTID=m8c0864d7071484d37ad71f011fbcb087>

Need help? Go to https://help.webex.com

<meeting.ics>

**Ford Emails 044**

| | |
|---|---|
| **From:** | Kelyn Bledsoe |
| **To:** | Freddie Herring; Jamie M. Jones; Rebecca H. Anderson; Christopher D. Hobbs; Angela L. Ford |
| **Subject:** | February 2021 ED Schedules |
| **Date:** | Monday, January 25, 2021 7:55:51 PM |
| **Attachments:** | HMC Feb 2021.pdf |
| | Perry Hospital Feb 2021.pdf |



**Kelyn Bledsoe**
Group Coordinator
Tel:      (478) 542-7713
E-mail:   kbledsoe@HHC.org

**From:**       kbledsoe@HHC.org
**To:**         fherring@HHC.org; jmjones@HHC.org; rhanderson@HHC.org; chobbs@HHC.org; alford@HHC.org
**Subject:**    February 2021 ED Schedules
**Date:**       Monday, January 25, 2021 7:55:51 PM
**Attachments:** HMC Feb 2021.pdf
                 Perry Hospital Feb 2021.pdf

---



**Kelyn Bledsoe**
Group Coordinator
Tel:      (478) 542-7713
E-mail:   kbledsoe@HHC.org

**From:** alford@HHC.org
**To:** aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org
**Subject:** FW: February 2021 ED Schedules
**Date:** Tuesday, January 26, 2021 8:01:47 AM
**Attachments:** HMC Feb 2021.pdf
Perry Hospital Feb 2021.pdf

Please see attached.



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:   (478) 218-1631
E-mail:  alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Monday, January 25, 2021 7:56 PM
**To:** Freddie Herring <fherring@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>; Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>
**Subject:** February 2021 ED Schedules



**Kelyn Bledsoe**
Group Coordinator

Tel:    (478) 542-7713
E-mail:  kbledsoe@HHC.org

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Angela L. Ford |
| **Subject:** | Perry providers that we need their initial start dates |
| **Date:** | Thursday, January 28, 2021 3:46:36 PM |
| **Attachments:** | image002.png |

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Angela,

Hello.

Can you please send me the initial privileges approval dates for Dr. Nulph and Dr. Adeogun?

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mhardy@apollomd.com |
| **Subject:** | RE: Perry providers that we need their initial start dates |
| **Date:** | Thursday, January 28, 2021 4:18:38 PM |
| **Attachments:** | image002.png |

Martha:

Please see below as requested.

Dr. Nulph – 10/10/2016

Dr. Adeogun – 10/1/1999

Sincerely,

Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:       (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, January 28, 2021 3:46 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Perry providers that we need their initial start dates

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Angela,

Hello.

Can you please send me the initial privileges approval dates for Dr. Nulph and Dr. Adeogun?

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com

**Disclaimer**

**Ford Emails 049**



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 050**

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Angela L. Ford |
| **Subject:** | RE: Perry providers that we need their initial start dates |
| **Date:** | Friday, January 29, 2021 7:44:38 AM |
| **Attachments:** | image005.png |

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Thursday, January 28, 2021 4:19 PM
**To:** Martha Hardy <mhardy@apollomd.com>
**Subject:** RE: Perry providers that we need their initial start dates

Martha:
Please see below as requested.
Dr. Nulph – 10/10/2016
Dr. Adeogun – 10/1/1999

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:        (478) 218-1627
Fax:       (478) 218-1631
E-mail:   alford@HHC.org

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, January 28, 2021 3:46 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Perry providers that we need their initial start dates

**WARNING:**This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

**Ford Emails 051**

Angela,

Hello.
Can you please send me the initial privileges approval dates for Dr. Nulph and Dr. Adeogun?

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

| | |
|---|---|
| **From:** | Angela L. Ford |
| **To:** | Melissa Phagan |
| **Subject:** | FW: Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 9:55:38 AM |

Melissa:

  Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org



Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

If you have any questions, please feel free to call me.

Thank you,
Angela

**From:** alford@HHC.org
**To:** mephagan@HHC.org
**Subject:** FW: Perry Hospital MEC Meeting February 10, 2021
**Date:** Monday, February 8, 2021 9:55:37 AM

Melissa:

Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org



**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

If you have any questions, please feel free to call me.

**Ford Emails 055**

Thank you,
Angela

**Ford Emails 056**

| From: | mephagan@HHC.org |
|---|---|
| To: | iallen@centralgatech.edu; drscott1989@gmail.com; swestmoreland@HHC.org; fgraham@HHC.org; iallen@HHC.org; lwarnock@HHC.org; larry@brymel.com; mbyrd@HHC.org; mark@houstonlake.com; swatson@HHC.org; thw66@aol.com; trwarren@HHC.org; edyson@HHC.org; rtuggle@HHC.org; rtuggle@HHC.org; scarpenter@HHC.org; scarpenter1@windstream.net; tstalnaker2011@houstoncountyga.org; tstalnaker@HHC.org; virglemcever@cox.net; vmcever@HHC.org |
| Cc: | alford@HHC.org |
| Subject: | Perry Hospital MEC Meeting February 10, 2021 |
| Date: | Monday, February 8, 2021 10:01:40 AM |

Good Morning,

Please see the notice below in regards to the Perry MEC meeting this week.

Thanks,



**Melissa Phagan, MBA**
Chief of Staff

Tel:      (478) 542-7756
Fax:     (478) 975-6916
E-mail:  mephagan@HHC.org



**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

If you have any questions, please feel free to call me.

Thank you,
Angela

**Ford Emails 058**

| | |
|---|---|
| **From:** | Melissa Phagan |
| **To:** | Dr. Ivan Allen (Work); Dr. Scott Westmoreland; Scott Westmoreland; Fred Graham; Ivan Allen; Larry Warnock; Larry Warnock at brymel.com; Mark Byrd; Mark Byrd (mark@houstonlake.com); Sonny Watson; Trudie Warren at aol.com; Trudie Warren; Ed Dyson; Robert T. Tuggle III; Robert T. Tuggle III; Shawn Carpenter; Shawn Carpenter (scarpenter1@windstream.net); Tommy Stalnaker; Tommy Stalnaker; Virgil McEver (virglemcever@cox.net); Virgle W. McEver III |
| **Cc:** | Angela L. Ford |
| **Subject:** | Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 10:01:40 AM |

Good Morning,

Please see the notice below in regards to the Perry MEC meeting this week.

Thanks,



**Melissa Phagan, MBA**
Chief of Staff

Tel:      (478) 542-7756
Fax:      (478) 975-6916
E-mail:  mephagan@HHC.org



**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

**Ford Emails 059**

If you have any questions, please feel free to call me.

Thank you,
Angela

| | |
|---|---|
| **From:** | <u>Melissa Phagan</u> |
| **To:** | <u>Angela L. Ford</u> |
| **Subject:** | RE: Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 10:01:53 AM |

Done. Thank you so much



**Melissa Phagan, MBA**
Chief of Staff

Tel:    (478) 542-7756
Fax:    (478) 975-6916
E-mail:  mephagan@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, February 8, 2021 9:56 AM
**To:** Melissa Phagan <mephagan@HHC.org>
**Subject:** FW: Perry Hospital MEC Meeting February 10, 2021

Melissa:
  Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  <u>alford@HHC.org</u>

**From:** Angela L. Ford
**Sent:** Monday, February 8, 2021 9:55 AM
**To:** Amy A. Jordan <<u>aajordan@hhc.org</u>>; April M. Albritton <<u>aalbritton@HHC.org</u>>; Charles G. Briscoe <<u>cbriscoe@HHC.org</u>>; 'Chris Borden (Dr. Ham Office Mgr)' <<u>chris.borden@cstonemed.com</u>>; Stephanie Bledsoe <<u>sbledsoe@HHC.org</u>>; Dana L. Cummins <<u>dcummins@HHC.org</u>>; Diana M. Morris <<u>dmorris@HHC.org</u>>; 'Dr. Lomboy' <<u>teplomboy@comsouth.net</u>>; 'Dr. Nulph' <<u>drnulph@yahoo.com</u>>; 'Dr. Soundappan' <<u>soundappan2711@gmail.com</u>>; 'Dr. Sripathi' <<u>karunaker5@gmail.com</u>>; 'Dr. Sripathi Office' <<u>perryprimarycare@yahoo.com</u>>; 'Dr. T. Ham' <<u>hamt14@gmail.com</u>>; Eddie Richardson <<u>edrichardson@HHC.org</u>>; Larry D. Stewart, Jr. <<u>lstewart@HHC.org</u>>; 'Laura Mullis (Dr. Lomboy office)'

**Ford Emails 061**

<shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>

**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be <span style="color:red">Executive Session Only. <u>No Regular Session</u>.</span>

If you have any questions, please feel free to call me.

Thank you,
Angela

| | |
|---|---|
| **From:** | mephagan@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 10:01:53 AM |

Done. Thank you so much



**Melissa Phagan, MBA**
Chief of Staff

Tel:     (478) 542-7756
Fax:    (478) 975-6916
E-mail:  mephagan@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, February 8, 2021 9:56 AM
**To:** Melissa Phagan <mephagan@HHC.org>
**Subject:** FW: Perry Hospital MEC Meeting February 10, 2021

Melissa:

Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:** Angela L. Ford
**Sent:** Monday, February 8, 2021 9:55 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; 'Chris Borden (Dr. Ham Office Mgr)' <chris.borden@cstonemed.com>; Stephanie Bledsoe <sbledsoe@HHC.org>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; 'Dr. Lomboy' <teplomboy@comsouth.net>; 'Dr. Nulph' <drnulph@yahoo.com>; 'Dr. Soundappan' <soundappan2711@gmail.com>; 'Dr. Sripathi' <karunaker5@gmail.com>; 'Dr. Sripathi Office' <perryprimarycare@yahoo.com>; 'Dr. T. Ham' <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; 'Laura Mullis (Dr. Lomboy office)'

<shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>

**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be <span style="color:red">Executive Session Only. <u>No Regular Session</u>.</span>

If you have any questions, please feel free to call me.

Thank you,
Angela

| | |
|---|---|
| **From:** | Angela L. Ford |
| **To:** | Melissa Phagan |
| **Subject:** | RE: Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 10:06:48 AM |

Thank you!

**From:** Melissa Phagan <mephagan@HHC.org>
**Sent:** Monday, February 8, 2021 10:02 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting February 10, 2021

Done. Thank you so much



**Melissa Phagan, MBA**
Chief of Staff

Tel:    (478) 542-7756
Fax:    (478) 975-6916
E-mail:  mephagan@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, February 8, 2021 9:56 AM
**To:** Melissa Phagan <mephagan@HHC.org>
**Subject:** FW: Perry Hospital MEC Meeting February 10, 2021

Melissa:
  Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:** Angela L. Ford

**Sent:** Monday, February 8, 2021 9:55 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; 'Chris Borden (Dr. Ham Office Mgr)' <chris.borden@cstonemed.com>; Stephanie Bledsoe <sbledsoe@HHC.org>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; 'Dr. Lomboy' <teplomboy@comsouth.net>; 'Dr. Nulph' <drnulph@yahoo.com>; 'Dr. Soundappan' <soundappan2711@gmail.com>; 'Dr. Sripathi' <karunaker5@gmail.com>; 'Dr. Sripathi Office' <perryprimarycare@yahoo.com>; 'Dr. T. Ham' <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; 'Laura Mullis (Dr. Lomboy office)' <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

If you have any questions, please feel free to call me.

Thank you,
Angela

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mephagan@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting February 10, 2021 |
| **Date:** | Monday, February 8, 2021 10:06:47 AM |

## Thank you!

**From:** Melissa Phagan <mephagan@HHC.org>
**Sent:** Monday, February 8, 2021 10:02 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting February 10, 2021

Done. Thank you so much



**Melissa Phagan, MBA**
Chief of Staff

Tel:    (478) 542-7756
Fax:    (478) 975-6916
E-mail:  mephagan@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, February 8, 2021 9:56 AM
**To:** Melissa Phagan <mephagan@HHC.org>
**Subject:** FW: Perry Hospital MEC Meeting February 10, 2021

Melissa:
  Will you please be sure to let the Board Members know there is no regular session for the Perry MEC this week.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:** Angela L. Ford

**Sent:** Monday, February 8, 2021 9:55 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; 'Chris Borden (Dr. Ham Office Mgr)' <chris.borden@cstonemed.com>; Stephanie Bledsoe <sbledsoe@HHC.org>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; 'Dr. Lomboy' <teplomboy@comsouth.net>; 'Dr. Nulph' <drnulph@yahoo.com>; 'Dr. Soundappan' <soundappan2711@gmail.com>; 'Dr. Sripathi' <karunaker5@gmail.com>; 'Dr. Sripathi Office' <perryprimarycare@yahoo.com>; 'Dr. T. Ham' <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; 'Laura Mullis (Dr. Lomboy office)' <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting February 10, 2021

Please remember MEC this Wednesday, February 10th at 6pm this will be Executive Session Only. No Regular Session.

If you have any questions, please feel free to call me.

Thank you,
Angela

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Angela L. Ford |
| **Subject:** | Pre-application for Zachary Blackmon, DO |
| **Date:** | Saturday, February 13, 2021 1:21:26 PM |
| **Attachments:** | image002.png |
| | Pre- application submitted 2-13-2021.pdf |
| | COI- Perry EM 2020-21.pdf |
| | DEA GA exp 7-31-2021.pdf |

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Angela,

Hello.
Please see attached for the pre-application for Dr. Zachary Blackmon to get privileges at Perry Hospital.
Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Angela L. Ford |
| **To:** | Tim Bennett |
| **Subject:** | Infection Control Meeting |
| **Date:** | Monday, February 15, 2021 7:58:04 AM |

Tim:

  Good morning, I noticed the invite for Infection Control Meeting.  From Perry we have Dr. Nalini Patel, Dr. Michael Nulph ad Dr. Derrick Lane on the committee.  Did you also invite them?  Has this meeting been combined HMC & Perry are will you have another meeting for just Perry?  I just wanted to check.


Thank,
Angela




**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | tbennett@HHC.org |
| **Subject:** | Infection Control Meeting |
| **Date:** | Monday, February 15, 2021 7:58:03 AM |

Tim:

  Good morning, I noticed the invite for Infection Control Meeting.  From Perry
we have Dr. Nalini Patel, Dr. Michael Nulph ad Dr. Derrick Lane on the
committee.  Did you also invite them?  Has this meeting been combined HMC
& Perry are will you have another meeting for just Perry?  I just wanted to
check.

Thank,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:**       tbennett@HHC.org
**To:**         alford@HHC.org
**Subject:**    RE: Infection Control Meeting
**Date:**       Monday, February 15, 2021 11:31:05 AM

Yes combined and I will send out the invite



**Tim Bennett, MS, CIC, REHS**
Infection Control And Prevention

Tel:       (478) 975-6703
Mobile:    (478) 952-1401
Fax:       (478) 975-6396
E-mail:    tbennett@HHC.org

---

**From:** Angela L. Ford
**Sent:** Monday, February 15, 2021 7:58 AM
**To:** Tim Bennett <tbennett@HHC.org>
**Subject:** Infection Control Meeting

Tim:
   Good morning, I noticed the invite for Infection Control Meeting.  From Perry we have Dr. Nalini Patel, Dr. Michael Nulph ad Dr. Derrick Lane on the committee. Did you also invite them?  Has this meeting been combined HMC & Perry are will you have another meeting for just Perry?  I just wanted to check.

Thank,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:       (478) 218-1627
Fax:       (478) 218-1631
E-mail:    alford@HHC.org

**Ford Emails 072**

**From:** Tim Bennett
**To:** Angela L. Ford
**Subject:** RE: Infection Control Meeting
**Date:** Monday, February 15, 2021 11:31:05 AM

Yes combined and I will send out the invite



**Tim Bennett, MS, CIC, REHS**
Infection Control And Prevention

Tel:        (478) 975-6703
Mobile:  (478) 952-1401
Fax:       (478) 975-6396
E-mail:   tbennett@HHC.org

**From:** Angela L. Ford
**Sent:** Monday, February 15, 2021 7:58 AM
**To:** Tim Bennett <tbennett@HHC.org>
**Subject:** Infection Control Meeting

Tim:
   Good morning, I noticed the invite for Infection Control Meeting.  From Perry we have Dr. Nalini Patel, Dr. Michael Nulph ad Dr. Derrick Lane on the committee. Did you also invite them?  Has this meeting been combined HMC & Perry are will you have another meeting for just Perry?  I just wanted to check.

Thank,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:       (478) 218-1627
Fax:       (478) 218-1631
E-mail:   alford@HHC.org

**Ford Emails 073**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | tbennett@HHC.org |
| **Subject:** | RE: Infection Control Meeting |
| **Date:** | Monday, February 15, 2021 12:47:03 PM |

Ok.
Thank you.

**From:** Tim Bennett <tbennett@HHC.org>
**Sent:** Monday, February 15, 2021 11:31 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Infection Control Meeting

Yes combined and I will send out the invite



**Tim Bennett, MS, CIC, REHS**
Infection Control And Prevention

Tel:        (478) 975-6703
Mobile:   (478) 952-1401
Fax:       (478) 975-6396
E-mail:   tbennett@HHC.org

**From:** Angela L. Ford
**Sent:** Monday, February 15, 2021 7:58 AM
**To:** Tim Bennett <tbennett@HHC.org>
**Subject:** Infection Control Meeting

Tim:
  Good morning, I noticed the invite for Infection Control Meeting.  From Perry we have Dr. Nalini Patel, Dr. Michael Nulph ad Dr. Derrick Lane on the committee. Did you also invite them?  Has this meeting been combined HMC & Perry are will you have another meeting for just Perry?  I just wanted to check.

Thank,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:   alford@HHC.org

**Ford Emails 074**

Ford Emails 075

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Angela L. Ford |
| **Subject:** | Pre-application for Joel Blasche, NP to get privileges |
| **Date:** | Wednesday, February 17, 2021 5:18:56 PM |
| **Attachments:** | image002.png |
| | GA Medical License - Exp. 01.31.2022.pdf |
| | Perry Hospital, 1120 Morningside Drive, Perry, GA, 31069.pdf |
| | Pre application submitted 2-17-2021.pdf |

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Hello,

Please see attached; he already has privileges at Houston EM.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Angela L. Ford |
| **To:** | Dr. Awojulu; Dr. Brantley; Dr. Ham; Seth W. Heimer; Dr. Lomboy; Dr. Nulph; Dr. Sampson; Dr. Soundappan; Dr. Sripathi; Dr. Tehrani; Dr. Wang - A; Dr. Xia |
| **Cc:** | April M. Albritton; Todd Edenfield |
| **Subject:** | PUI and COVID patients |
| **Date:** | Tuesday, February 23, 2021 8:47:43 AM |
| **Importance:** | High |

Good morning:

  Please be advised if you have a PUI or COVID patient they can not be admitted to Perry Hospital, they will need to be transferred to Houston Medical Center.  If you have any questions, please feel free to call April Albritton at 478-218-1892 or Todd Edenfield 478-218-1625.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:**      Kelyn Bledsoe
**To:**        Christopher D. Hobbs; Angela L. Ford; Freddie Herring; Jamie M. Jones; Rebecca H. Anderson
**Subject:**   March 2021 ED Schedule
**Date:**      Thursday, February 25, 2021 11:24:13 AM
**Attachments:** Perry March 2021.pdf
               HMC March 2021.pdf



**Kelyn Bledsoe**
Group Coordinator
Tel:    (478) 542-7713
E-mail:  kbledsoe@HHC.org

**From:** kbledsoe@HHC.org
**To:** chobbs@HHC.org; alford@HHC.org; fherring@HHC.org; jmjones@HHC.org; rhanderson@HHC.org
**Subject:** March 2021 ED Schedule
**Date:** Thursday, February 25, 2021 11:24:13 AM
**Attachments:** Perry March 2021.pdf
HMC March 2021.pdf



**Kelyn Bledsoe**
Group Coordinator
Tel:    (478) 542-7713
E-mail:  kbledsoe@HHC.org

**From:** alford@HHC.org
**To:** aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org
**Subject:** FW: March 2021 ED Schedule
**Date:** Thursday, February 25, 2021 11:25:21 AM
**Attachments:** Perry March 2021.pdf
HMC March 2021.pdf

Please see attached.

Thanks,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Thursday, February 25, 2021 11:24 AM
**To:** Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>; Freddie Herring <fherring@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>
**Subject:** March 2021 ED Schedule



**Kelyn Bledsoe**
Group Coordinator

Tel:     (478) 542-7713
E-mail:  kbledsoe@HHC.org

**Ford Emails 080**

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Angela L. Ford |
| **Subject:** | FW: Pre-application for Joel Blasche, NP to get privileges |
| **Date:** | Monday, March 1, 2021 2:11:02 PM |
| **Attachments:** | image002.png |
| | GA Medical License - Exp. 01.31.2022.pdf |
| | Perry Hospital, 1120 Morningside Drive, Perry, GA, 31069.pdf |
| | Pre application submitted 2-17-2021.pdf |

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,
I wanted to check on the status of Joel Blasche, NP pre app for Perry; he already has Houston EM privileges.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Wednesday, February 17, 2021 5:19 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Pre-application for Joel Blasche, NP to get privileges


Hello,
Please see attached; he already has privileges at Houston EM.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com

**Disclaimer**



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any

disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | edrichardson@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting Wednesday, March 10th at 6pm |
| **Date:** | Tuesday, March 9, 2021 12:49:01 PM |

Angela

How many will be attending the meeting.

Eddie



**Eddie Richardson**
Manager - Food & Nutrition Services

Tel:      (478) 975-5294
E-mail:  edrichardson@HHC.org



**Subject:** Perry Hospital MEC Meeting Wednesday, March 10th at 6pm

Good morning:
   Please remember Perry Hospital MEC meeting tomorrow night **at 6pm** and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela

**Angela L. Ford**
SECRETARY - EXECUTIVE

**Ford Emails 083**



Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | edrichardson@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting Wednesday, March 10th at 6pm |
| **Date:** | Tuesday, March 9, 2021 1:18:03 PM |

I am thinking around 12 -15 people.

Thank you,
Angela

**From:** Eddie Richardson <edrichardson@HHC.org>
**Sent:** Tuesday, March 9, 2021 12:49 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting Wednesday, March 10th at 6pm

Angela

How many will be attending the meeting.

Eddie



**Eddie Richardson**
Manager - Food & Nutrition Services

Tel:      (478) 975-5294
E-mail:   edrichardson@HHC.org



Good morning:
   Please remember Perry Hospital MEC meeting tomorrow night **at 6pm**

and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | cminor@HHC.org |
| **To:** | HMCDirectors-Managers@HHC.org; PH-Manager-Directors@HHC.org |
| **Subject:** | Patient Comments |
| **Date:** | Tuesday, March 9, 2021 3:08:35 PM |
| **Attachments:** | comments 1.1.21-1.31-21.all.rev.xlsx |

Good Afternoon,

I have attached the patient comments from surveys we received in the month of January. Please utilize this patient input to recognize those team members and actions that consistently make a difference to our patients and look for opportunities to improve our patient experience. Thanks for your attention to our patient feedback. If you would like to look further into any of these comments and need more detailed information, please let me know.

Cheryl



**Cheryl Minor**
Manager - Service Excellence

Tel:        (478) 322-5163
Mobile:  (478) 396-5776
Fax:       (478) 322-4826
E-mail:   cminor@HHC.org

**From:** mshah@HHC.org
**To:** alford@HHC.org
**Subject:** RE: Perry Hospital MEC Meeting tonight, March 10th at 6pm
**Date:** Wednesday, March 10, 2021 12:46:22 PM

I am sorry, I will not be able to attend.



**Manoj H. Shah, MD, FACOG, CHCQM-PHYADV**
Physician Advisor

Tel:    478-322-4988
Fax:    478-975-6331
E-mail:  mshah@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, March 10, 2021 10:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting tonight, March 10th at 6pm

Good morning:

Please remember Perry Hospital MEC meeting tonight **at 6pm** and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

Ford Emails 089

**From:** alford@HHC.org
**To:** mshah@HHC.org
**Subject:** RE: Perry Hospital MEC Meeting tonight, March 10th at 6pm
**Date:** Wednesday, March 10, 2021 2:42:57 PM

Thank you for letting me know.  I hope you have a good evening.

Take Care,
Angela

**From:** Manoj H. Shah <mshah@HHC.org>
**Sent:** Wednesday, March 10, 2021 12:46 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting tonight, March 10th at 6pm

I am sorry, I will not be able to attend.



### Manoj H. Shah, MD, FACOG, CHCQM-PHYADV
Physician Advisor

Tel:      478-322-4988
Fax:     478-975-6331
E-mail:  mshah@HHC.org

**From:** Angela L. Ford
**Sent:** Wednesday, March 10, 2021 10:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Teri Sisa <tsisa@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting tonight, March 10th at 6pm

Good morning:
  Please remember Perry Hospital MEC meeting tonight **at 6pm** and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

**Ford Emails 090**

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

| | |
|---|---|
| **From:** | Angela L. Ford |
| **To:** | Vicky W. Simmons |
| **Subject:** | MSPI |
| **Date:** | Thursday, March 18, 2021 6:28:25 PM |

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**

SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

**From:** alford@HHC.org
**To:** vsimmons@HHC.org
**Subject:** MSPI
**Date:** Thursday, March 18, 2021 6:28:24 PM

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

| From: | vsimmons@HHC.org |
|---|---|
| To: | alford@HHC.org |
| Subject: | RE: MSPI |
| Date: | Friday, March 19, 2021 7 57:58 AM |
| Attachments: | image002.png |

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.

| Organizer | Amy A. Jordan | | Sent | Wed 12/30/2020 3:53 PM |
|---|---|---|---|---|
| Subject | MSPI (Medical Staff Performance Improvement) Meeting | | | |
| Location | Administration Board Room | | | |
| Start time | Thu 4/22/2021 | 6:00 PM | ☐ All day event | |
| End time | Thu 4/22/2021 | 8:00 PM | | |
| Barracuda Message Archiv... | | | | ✚ Get more apps |

The March 18th MSPI Committee Meeting has been changed to April 22nd.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement

Tel:    (478) 542-7965
E-mail:  vsimmons@HHC.org

**From:** Angela L. Ford
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:**       alford@HHC.org
**To:**         vsimmons@HHC.org
**Subject:**    RE: MSPI
**Date:**       Friday, March 19, 2021 8 06:45 AM
**Attachments:** image002.png

Vicky:

Thank you.  I must have left the scheduled one on my calendar.  Thanks for following up.

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 7:58 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: MSPI

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.



The March 18ᵗʰ MSPI Committee Meeting has been changed to April 22ⁿᵈ.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement

Tel:     (478) 542-7965
E-mail:  vsimmons@HHC.org

**From:** Angela L. Ford
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:    (478) 218-1631
E-mail: alford@HHC.org

Ford Emails 096

| | |
|---|---|
| **From:** | aajordan@hhc.org |
| **To:** | alford@HHC.org |
| **Subject:** | FW: Medical Staff Assignments |
| **Date:** | Friday, March 19, 2021 8:20:09 AM |
| **Attachments:** | Medical Staff Assignments 2020 - 2022.pdf |

This is the last update I received on committee members and Dr. Nulph is not an MSPI member.
Thanks, Amy



**Amy A. Jordan, RN, BSN, CCM**
Director - Quality & Case Management

Tel:      (478) 542-7801
Fax:      (478) 975-6922
E-mail:   aajordan@hhc.org

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, November 24, 2020 1:31 PM
**To:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** Medical Staff Assignments



**Diana M. Morris**
SUPERVISOR - CREDENTIALING

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

**Ford Emails 097**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aajordan@hhc.org |
| **Subject:** | RE: Medical Staff Assignments |
| **Date:** | Friday, March 19, 2021 8:31:12 AM |

Amy:

  Thank you.  I must have left the MSPI meeting on my calendar.  I told Dr. Nulph it was my confusion.  As for the list I am going to ask Diana about that, because we have him listed on MSPI for representative from Perry.  Thanks for following up with me.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

---

**From:** Amy A. Jordan <aajordan@hhc.org>
**Sent:** Friday, March 19, 2021 8:20 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: Medical Staff Assignments

This is the last update I received on committee members and Dr. Nulph is not an MSPI member.
Thanks, Amy



**Amy A. Jordan, RN, BSN, CCM**
Director - Quality & Case Management

Tel:      (478) 542-7801
Fax:     (478) 975-6922
E-mail:  aajordan@hhc.org

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, November 24, 2020 1:31 PM
**To:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** Medical Staff Assignments



**Diana M. Morris**
SUPERVISOR - CREDENTIALING

Tel:     (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | dmorris@HHC.org |
| **Subject:** | FW: Medical Staff Assignments |
| **Date:** | Friday, March 19, 2021 8:36:28 AM |
| **Attachments:** | Medical Staff Assignments 2020 - 2022.pdf |

Diana:

 Hey I have Dr. Nulph as a representative from Perry for MSPI, however looks like he was left on this list. Do you know why he would have been taken off?



### Angela L. Ford
#### SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Amy A. Jordan <aajordan@hhc.org>
**Sent:** Friday, March 19, 2021 8:20 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: Medical Staff Assignments

This is the last update I received on committee members and Dr. Nulph is not an MSPI member.
Thanks, Amy



### Amy A. Jordan, RN, BSN, CCM
#### Director - Quality & Case Management

Tel:     (478) 542-7801
Fax:     (478) 975-6922
E-mail:  aajordan@hhc.org

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, November 24, 2020 1:31 PM
**To:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** Medical Staff Assignments



### Diana M. Morris
#### SUPERVISOR - CREDENTIALING

Tel:     (478) 542-7752
Fax:     (478) 975-6668

**Ford Emails 100**

E-mail:  dmorris@HHC.org

**Ford Emails 101**

| From: | dmorris@HHC.org |
|---|---|
| To: | alford@HHC.org |
| Subject: | RE: Medical Staff Assignments |
| Date: | Friday, March 19, 2021 8:48:08 AM |

Because no one stated that he was going to be on it. It was stated that Velazquez was it for yall which is EM.



**Diana M. Morris**
Credentialing Manager

Tel:     (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 8:36 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Medical Staff Assignments

Diana:

Hey I have Dr. Nulph as a representative from Perry for MSPI, however looks like he was left on this list. Do you know why he would have been taken off?



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Amy A. Jordan <aajordan@hhc.org>
**Sent:** Friday, March 19, 2021 8:20 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: Medical Staff Assignments

This is the last update I received on committee members and Dr. Nulph is not an MSPI member. Thanks, Amy

**Amy A. Jordan, RN, BSN, CCM**
Director - Quality & Case Management



Tel:      (478) 542-7801
Fax:      (478) 975-6922
E-mail:   aajordan@hhc.org

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, November 24, 2020 1:31 PM
**To:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** Medical Staff Assignments



**Diana M. Morris**
SUPERVISOR - CREDENTIALING

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

**Ford Emails 103**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | dmorris@HHC.org |
| **Subject:** | FW: Committee Assignment - MSPI Committee |
| **Date:** | Friday, March 19, 2021 9:01:59 AM |
| **Attachments:** | Dr Nulph Committee Assignment MSPI Committee.pdf |

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:
  Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.


Sincerely,
Angela




**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:   alford@HHC.org

**From:** Diana M. Morris
**To:** Angela L. Ford
**Subject:** RE: Committee Assignment - MSPI Committee
**Date:** Friday, March 19, 2021 9:06:12 AM

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws….



**Diana M. Morris**
**Credentialing Manager**

Tel:     (478) 542-7752
Fax:     (478) 975-6668
E-mail:   dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:
   Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela



**Angela L. Ford**
**SECRETARY - EXECUTIVE**

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:   alford@HHC.org

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Committee Assignment - MSPI Committee |
| **Date:** | Friday, March 19, 2021 9:06:12 AM |

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws....



### Diana M. Morris
**Credentialing Manager**

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:
  Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela



### Angela L. Ford
**SECRETARY - EXECUTIVE**

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**Ford Emails 106**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | dmorris@HHC.org |
| **Subject:** | RE: Committee Assignment - MSPI Committee |
| **Date:** | Friday, March 19, 2021 9:08:16 AM |

Ok, I will let Dr. Soundappan and Dr. Nulph know.

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, March 19, 2021 9:06 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws….



**Diana M. Morris**
Credentialing Manager

Tel:    (478) 542-7752
Fax:    (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:
  Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela

**Ford Emails 107**



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | Diana M. Morris |
| **To:** | Angela L. Ford |
| **Subject:** | RE: Committee Assignment - MSPI Committee |
| **Date:** | Friday, March 19, 2021 9:09:07 AM |

I mean I can add him I don't care. Doesn't matter to me either way we are already not abiding by the bylaws.

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:08 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Ok, I will let Dr. Soundappan and Dr. Nulph know.

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, March 19, 2021 9:06 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws….



**Diana M. Morris**
**Credentialing Manager**

Tel:    (478) 542-7752
Fax:    (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:

  Good morning, please see attached memo from Dr. Soundappan.  I hope
you have great day.


Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Committee Assignment - MSPI Committee |
| **Date:** | Friday, March 19, 2021 9:09:07 AM |

I mean I can add him I don't care. Doesn't matter to me either way we are already not abiding by the bylaws.

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:08 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Ok, I will let Dr. Soundappan and Dr. Nulph know.

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, March 19, 2021 9:06 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws....



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

**Ford Emails 111**

Dr. Nulph:

  Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

| From: | alford@HHC.org |
|---|---|
| To: | dmorris@HHC.org |
| Subject: | RE: Committee Assignment - MSPI Committee |
| Date: | Friday, March 19, 2021 9:10:27 AM |

I am sure he will be fine not having to come to the meeting.

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, March 19, 2021 9:09 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

I mean I can add him I don't care. Doesn't matter to me either way we are already not abiding by the bylaws.

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:08 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Ok, I will let Dr. Soundappan and Dr. Nulph know.

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, March 19, 2021 9:06 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Committee Assignment - MSPI Committee

Then it was redone first week of November when new committees were set. The numbers on MSPI were discussed as per bylaws….



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Friday, March 19, 2021 9:02 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** FW: Committee Assignment - MSPI Committee

This was sent back in Sept 2020

**Ford Emails 113**

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, September 2, 2020 9:45 AM
**To:** drnulph@yahoo.com
**Cc:** Amy A. Jordan <aajordan@hhc.org>; Diana M. Morris <dmorris@HHC.org>; Vicky W. Simmons
<vsimmons@HHC.org>
**Subject:** Committee Assignment - MSPI Committee

Dr. Nulph:

  Good morning, please see attached memo from Dr. Soundappan.  I hope
you have great day.


Sincerely,
Angela




**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

**From:** alford@HHC.org
**To:** aajordan@hhc.org
**Subject:** RE: Medical Staff Assignments
**Date:** Friday, March 19, 2021 9:09:45 AM

Amy:

So looks like they did take Dr. Nulph off the committee. I will let him know.



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:   alford@HHC.org

**From:** Amy A. Jordan <aajordan@hhc.org>
**Sent:** Friday, March 19, 2021 8:20 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: Medical Staff Assignments

This is the last update I received on committee members and Dr. Nulph is not an MSPI member.
Thanks, Amy



**Amy A. Jordan, RN, BSN, CCM**
Director - Quality & Case Management

Tel:     (478) 542-7801
Fax:     (478) 975-6922
E-mail:   aajordan@hhc.org

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, November 24, 2020 1:31 PM
**To:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** Medical Staff Assignments



**Diana M. Morris**
SUPERVISOR - CREDENTIALING

Tel:     (478) 542-7752
Fax:     (478) 975-6668
E-mail:   dmorris@HHC.org

| | |
|---|---|
| **From:** | vsimmons@HHC.org |
| **To:** | alford@HHC.org |
| **Cc:** | aajordan@hhc.org |
| **Subject:** | FW: MSPI |
| **Date:** | Friday, March 19, 2021 10:01 55 AM |
| **Attachments:** | image002.png |

Hello Angela
I want to provide clarification on the email I sent this morning regarding Dr. Nulph and the invitation sent out by Amy to the MSPI meeting.
Quality did not invite Dr. Nulph because he is not part of the MSPI committee.
In addition, Quality has never invited Dr. Nulph to any MSPI meeting.
It is always my goal to ensure clarity and not provide miscommunication from Quality.
If you have questions or concerns in regards, please let us know.
Thanks and enjoy your Friday!
Vicky

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 8:07 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** RE: MSPI

Vicky:
   Thank you.  I must have left the scheduled one on my calendar.  Thanks for following up.

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 7:58 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: MSPI

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.

| Organizer | Amy A. Jordan | | Sent | Wed 12/30/2020 3:53 PM |
|---|---|---|---|---|
| Subject | MSPI (Medical Staff Performance Improvement) Meeting | | | |
| Location | Administration Board Room | | | |
| Start time | Thu 4/22/2021 | 6:00 PM | ☐ All day event | |
| End time | Thu 4/22/2021 | 8:00 PM | | |

Barracuda Message Archiv...                                          + Get more apps

The March 18th MSPI Committee Meeting has been changed to April 22nd.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement

HOUSTON HEALTHCARE

Tel:     (478) 542-7965
E-mail:  vsimmons@HHC.org

**From:** Angela L. Ford

**Ford Emails 117**

**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | vsimmons@HHC.org |
| **Cc:** | aajordan@hhc.org |
| **Subject:** | RE: MSPI |
| **Date:** | Friday, March 19, 2021 10:52:20 AM |
| **Attachments:** | image005.png |

Vicky:

  Dr. Nulph was added to the MSPI Committee in September 2020.  E-mail was sent to everyone (see below), however Diana said in November they reviewed the committee members and took him off.  I was still looking at the list we have here at Perry Hospital Medical Staff Committee Assignments.  Sorry for all the confusion I was trying to make sure the members were at the meeting. I still had the meeting on my calendar, not sure how it didn't get removed.  Again sorry for all the confusion.   Guess I was trying to hard to help them. I will not get involved with reminders for them in the future.



Dr. Nulph:

 Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:   (478) 218-1627
Fax:  (478) 218-1631
E-mail: alford@HHC.org

---

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 10:02 AM
**To:** Angela L. Ford <alford@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** FW: MSPI

Hello Angela
I want to provide clarification on the email I sent this morning regarding Dr. Nulph and the invitation sent out by Amy to the MSPI meeting.
Quality did not invite Dr. Nulph because he is not part of the MSPI committee.
In addition, Quality has never invited Dr. Nulph to any MSPI meeting.
It is always my goal to ensure clarity and not provide miscommunication from Quality.
If you have questions or concerns in regards, please let us know.
Thanks and enjoy your Friday!
Vicky

---

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 8:07 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** RE: MSPI

Vicky:

  Thank you.  I must have left the scheduled one on my calendar.  Thanks for following up.

---

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 7:58 AM

**Ford Emails 119**

**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: MSPI

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.

| Organizer | Amy A. Jordan | | Sent | Wed 12/30/2020 3:53 PM |
|---|---|---|---|---|
| Subject | MSPI (Medical Staff Performance Improvement) Meeting | | | |
| Location | Administration Board Room | | | |
| Start time | Thu 4/22/2021 | 6:00 PM ▾ | ☐ All day event | |
| End time | Thu 4/22/2021 | 8:00 PM ▾ | | |

Barracuda Message Archiv...                                    ➕ Get more apps

The March 18th MSPI Committee Meeting has been changed to April 22nd.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement
Tel:      (478) 542-7965
E-mail:  vsimmons@HHC.org

---

**From:** Angela L. Ford
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** alford@HHC.org
**To:** vsimmons@HHC.org
**Subject:** RE: MSPI
**Date:** Friday, March 19, 2021 10:58 58 AM
**Attachments:** image002.png

Thanks! You too.

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 10:58 AM
**To:** Angela L. Ford <alford@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhh.org>
**Subject:** RE: MSPI

Hi Angela,
It's not a problem!
I am glad everything is resolved.
Try to have a relaxing weekend!
Vicky

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 10:52 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhh.org>
**Subject:** RE: MSPI

Vicky:
   Dr. Nulph was added to the MSPI Committee in September 2020.  E-mail was sent to everyone (see below), however Diana said in November they reviewed the committee members and took him off.  I was still looking at the list we have here at Perry Hospital Medical Staff Committee Assignments.   Sorry for all the confusion I was trying to make sure the members were at the meeting. I still had the meeting on my calendar, not sure how it didn't get removed.  Again sorry for all the confusion.   Guess I was trying to hard to help them. I will not get involved with reminders for them in the future.



Dr. Nulph:
   Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela


Angela L. Ford
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:   (478) 218-1631
E-mail:  alford@HHC.org

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 10:02 AM
**To:** Angela L. Ford <alford@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhh.org>
**Subject:** FW: MSPI

**Ford Emails 121**

Hello Angela
I want to provide clarification on the email I sent this morning regarding Dr. Nulph and the invitation sent out by Amy to the MSPI meeting.
Quality did not invite Dr. Nulph because he is not part of the MSPI committee.
In addition, Quality has never invited Dr. Nulph to any MSPI meeting.
It is always my goal to ensure clarity and not provide miscommunication from Quality.
If you have questions or concerns in regards, please let us know.
Thanks and enjoy your Friday!
Vicky

---

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 8:07 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** RE: MSPI

Vicky:
   Thank you. I must have left the scheduled one on my calendar. Thanks for following up.

---

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 7:58 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: MSPI

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.



The March 18th MSPI Committee Meeting has been changed to April 22nd.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement
HOUSTON HEALTHCARE

Tel:  (478) 542-7965
E-mail:  vsimmons@HHC.org

---

**From:** Angela L. Ford
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

**Ford Emails 122**

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

| From: | vsimmons@HHC.org |
|---|---|
| To: | alford@HHC.org |
| Cc: | aajordan@hhc.org |
| Subject: | RE: MSPI |
| Date: | Friday, March 19, 2021 10:58:10 AM |
| Attachments: | image002.png |

Hi Angela,
It's not a problem!
I am glad everything is resolved.
Try to have a relaxing weekend!
Vicky

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 10:52 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** RE: MSPI

Vicky:

  Dr. Nulph was added to the MSPI Committee in September 2020.  E-mail was sent to everyone (see below), however Diana said in November they reviewed the committee members and took him off.  I was still looking at the list we have here at Perry Hospital Medical Staff Committee Assignments.   Sorry for all the confusion I was trying to make sure the members were at the meeting. I still had the meeting on my calendar, not sure how it didn't get removed.  Again sorry for all the confusion.   Guess I was trying to hard to help them. I will not get involved with reminders for them in the future.



Committee Assignment - MSPI Committee

alford@HHC.org
To  drnulph@yahoo.com
Cc  Amy A. Jordan; Diana M. Morris; Vicky W. Simmons                                    Wed 9/2/2020 9:45 AM

Dr Nulph Committee Assignment MSPI Committee.pdf
36 KB

Dr. Nulph:
  Good morning, please see attached memo from Dr. Soundappan.  I hope you have great day.

Sincerely,
Angela

 **Angela L. Ford**
SECRETARY - EXECUTIVE
HOUSTON HEALTHCARE
Tel:    (478) 218-1627
Fax:   (478) 218-1631
E-mail:  alford@HHC.org

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 10:02 AM
**To:** Angela L. Ford <alford@HHC.org>
**Cc:** Amy A. Jordan <aajordan@hhc.org>
**Subject:** FW: MSPI

Hello Angela
I want to provide clarification on the email I sent this morning regarding Dr. Nulph and the invitation sent out by Amy to the MSPI meeting.
Quality did not invite Dr. Nulph because he is not part of the MSPI committee.
In addition, Quality has never invited Dr. Nulph to any MSPI meeting.
It is always my goal to ensure clarity and not provide miscommunication from Quality.
If you have questions or concerns in regards, please let us know.
Thanks and enjoy your Friday!
Vicky

**From:** Angela L. Ford
**Sent:** Friday, March 19, 2021 8:07 AM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** RE: MSPI

Vicky:

Thank you.  I must have left the scheduled one on my calendar.  Thanks for following up.

---

**From:** Vicky W. Simmons <vsimmons@HHC.org>
**Sent:** Friday, March 19, 2021 7:58 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: MSPI

Hi Angela,
It was postponed until next month.
Amy sent out notification last week.



| Organizer | Amy A. Jordan | | Sent | Wed 12/30/2020 3:53 PM |
| --- | --- | --- | --- | --- |
| Subject | MSPI (Medical Staff Performance Improvement) Meeting | | | |
| Location | Administration Board Room | | | |
| Start time | Thu 4/22/2021 | 6:00 PM | ☐ All day event | |
| End time | Thu 4/22/2021 | 8:00 PM | | |

Barracuda Message Archiv...                                          + Get more apps

The March 18ᵗʰ MSPI Committee Meeting has been changed to April 22ⁿᵈ.

All meetings will be held at 6:00pm in the Northwest Tower Administration Board Room at Houston Medical Center. Dinner will be available.

Teleconferencing will be available for Perry participants.

Thank you,

Amy

I will double-check to ensure Dr. Nulph is included in her notification group.

Please check your email as well. I think you are currently included.

Thanks
Vicky



**Vicky W. Simmons, MSHA, BSMT, MLS(ASCP)BB**
Manager - Quality Improvement
Tel:      (478) 542-7965
E-mail:  vsimmons@HHC.org

---

**From:** Angela L. Ford
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Vicky W. Simmons <vsimmons@HHC.org>
**Subject:** MSPI

Did y'all have MSPI tonight? Dr. Nulph couldn't find you all.

Angela Ford



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**Ford Emails 125**

| | |
|---|---|
| **From:** | kbledsoe@HHC.org |
| **To:** | chobbs@HHC.org; alford@HHC.org; rhanderson@HHC.org; jmjones@HHC.org; fherring@HHC.org |
| **Subject:** | April 2021 ED Schedule |
| **Date:** | Sunday, March 28, 2021 10:07:37 PM |
| **Attachments:** | HMC April 2021.pdf |
| | Perry April 2021.pdf |



**Kelyn Bledsoe**
Group Coordinator
Tel:    (478) 542-7713
E-mail:  kbledsoe@HHC.org

| | |
|---|---|
| **From:** | Kelyn Bledsoe |
| **To:** | Christopher D. Hobbs; Angela L. Ford; Rebecca H. Anderson; Jamie M. Jones; Freddie Herring |
| **Subject:** | April 2021 ED Schedule |
| **Date:** | Sunday, March 28, 2021 10:07:39 PM |
| **Attachments:** | HMC April 2021.pdf |
| | Perry April 2021.pdf |



**Kelyn Bledsoe**
Group Coordinator
Tel:     (478) 542-7713
E-mail:   kbledsoe@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; chobbs@HHC.org; ejacobsen@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: April 2021 ED Schedule |
| **Date:** | Monday, March 29, 2021 7:50:31 AM |
| **Attachments:** | HMC April 2021.pdf<br>Perry April 2021.pdf |

Please see attached.

Thanks,

Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Sunday, March 28, 2021 10:08 PM
**To:** Christopher D. Hobbs <chobbs@HHC.org>; Angela L. Ford <alford@HHC.org>; Rebecca H. Anderson <rhanderson@HHC.org>; Jamie M. Jones <jmjones@HHC.org>; Freddie Herring <fherring@HHC.org>
**Subject:** April 2021 ED Schedule



**Kelyn Bledsoe**
Group Coordinator

Tel:      (478) 542-7713
E-mail:   kbledsoe@HHC.org

| | |
|---|---|
| **From:** | MAILER-DAEMON@mailfe6.zcorum.com |
| **To:** | btv1==7296aefa625==alford@hhc.org |
| **Subject:** | failure notice |
| **Date:** | Monday, April 5, 2021 4:58:47 PM |

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hi. This is the qmail-send program at mailfe6.zcorum..com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<craigsmith@comsouth net>:
mlpid 22806
user is over quota

--- Below this line is a copy of the message.

Return-Path: <btv1==7296aefa625==alford@hhc.org>
Received: (qmail 22803 invoked from network); 5 Apr 2021 20:58:39 -0000
Received: from zixvpm01 hhc.org (HELO VSZIX01.HHC.ORG) (70.166.66.22)
     by mailfe6.zcorum.com with (DHE-RSA-AES256-GCM-SHA384 encrypted) SMTP
     (b242f932-9651-11eb-8ec7-000c29739636); Mon, 05 Apr 2021 16:58:39 -0400
Received: from 127.0.0.1 (ZixVPM [127.0.0.1])
     by Outbound hhc.org (Proprietary) with SMTP id 503EBC17C3
     for <craigsmith@comsouth net>; Mon, 5 Apr 2021 16:58:38 -0400 (EDT)
Received: from barracuda.hhc.org (unknown [192.168.1.10])
     (using TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits))
     (No client certificate requested)
     by VSZIX01.HHC.ORG (Proprietary) with ESMTPS id 1FC03C17C2
     for <craigsmith@comsouth net>; Mon, 5 Apr 2021 16:58:32 -0400 (EDT)
X-ASG-Debug-ID: 1617656305-0a759013c1a8c3c0001-it7huP
Received: from VSMAIL02 hhc.org ([10.57.211.223]) by barracuda.hhc.org with ESMTP id eLVxGlhoZpptYER2
(version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128 verify=NO); Mon, 05 Apr 2021
16:58:25 -0400 (EDT)
X-Barracuda-Envelope-From: alford@HHC.org
Received: from VSMAIL01 hhc.org (10.57.11.60) by VSMAIL02 hhc.org
 (10.57.11.61) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2176.2; Mon, 5 Apr 2021
 16:58:15 -0400
Received: from VSMAIL01 hhc.org ([fe80::3923:6241:7586:f4af]) by
 VSMAIL01 hhc.org ([fe80::3923:6241:7586:f4af%5]) with mapi id 15.01.2176.009;
 Mon, 5 Apr 2021 16:28:15 -0400





**Ford Emails 132**

Subject: Perry Hospital Full Medical Staff Meeting April 20th
Thread-Topic: Perry Hospital Full Medical Staff Meeting April 20th
X-ASG-Orig-Subj: Perry Hospital Full Medical Staff Meeting April 20th
Thread-Index: AdcqWiYhZtP8LajNRkGDUY8e4eRSbQ==
Date: Mon, 5 Apr 2021 20:28:15 +0000
Message-ID: <c926587e23ea429d8fe32aa7f222bbcd@HHC.org>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.57.11.44]
x-exclaimer-md-config: cb972af0-1181-476a-88d6-e51e1e5d5997
x-exclaimer-md-bifurcation-instance: 0
x-exclaimer-md-search-key: 9tkiXfwYm06ncEWKKHOj6Q==
Content-Type: multipart/mixed;
        boundary="_006_c926587e23ea429d8fe32aa7f222bbcdHHCorg_"
MIME-Version: 1.0
X-Barracuda-Connect: UNKNOWN[10.57.211.223]
X-Barracuda-Start-Time: 1617656305
X-Barracuda-Encrypted: ECDHE-RSA-AES128-GCM-SHA256
X-Barracuda-URL: https://192.168.1.10:443/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at hhc.org
X-Barracuda-Scan-Msg-Size: 9493
X-Barracuda-BRTS-Status: 1
X-Barracuda-Bayes: INNOCENT GLOBAL 0.0006 1.0000 -2.0169
X-Barracuda-Spam-Score: -1.52
X-Barracuda-Spam-Status: No, SCORE=-1.52 using global scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=9.0 tests=HEAD_LONG, HTML_MESSAGE
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.89039
        Rule breakdown below
        pts rule name          description
        ---- -------------------- --------------------------------------------------
        0.50 HEAD_LONG          Message headers are very long
        0.00 HTML_MESSAGE          BODY: HTML included in message
X-VPM-MSG-ID: cfdfe8c5-5605-4a7f-91d8-b4c439e467a9
X-VPM-HOST: VSZIX01.HHC.ORG
X-VPM-GROUP-ID: 59cb4dbf-e77d-4f78-bc0b-ec6b03906713
X-VPM-ENC-REGIME: Plaintext
X-VPM-IS-HYBRID: 0
X-MagicMail-OS: Linux 3.1-3.10
X-MagicMail-UUID: b242f932-9651-11eb-8ec7-000c29739636
X-MagicMail-SourceIP: 70.166.66.22
X-MagicMail-RegexMatch: 0
X-MagicMail-EnvelopeFrom: <btv1==7296aefa625==alford@hhc.org>


--_006_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: multipart/related;
        boundary="_005_c926587e23ea429d8fe32aa7f222bbcdHHCorg_";
        type="multipart/alternative"

--_005_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: multipart/alternative;
      boundary="_000_c926587e23ea429d8fe32aa7f222bbcdHHCorg_"

--_000_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: base64

TUVVElORyBOT1RJQ0U6DQoNClBlcnJ5IEhvc3BpdGFsDQoybmQgUXVhcnRlcg0KRnVsbCBCN
ZWRpY2FsIFN0YWZmZmIE1lZXRRpbmcNCg0KVHVlc2RheSwgQXByaWwgMjAyLSIDIwMjENCg0KQXQg
NjowMCBQTSB3aXRoIERpbm5lciBhdCA1OjMwcG0NCg0KUGVycnkgSG9zcGl0YWwgRGluaW5n
IENvbmZlcmVuY2UgUm9vbSBvciBieSBBXZWJFeA0KDQpQbGVhc2UgUlNWUCB0byBBBmdlbGEg
aW4gQWRtaW5pc3RyYXRpb24NCmF0IDIxOxNj3I3G9yIGFsZm9yZEBoaGGMub3JnPi1haWx0
bzphbGGZvcmRAaGhjLm9yZz4NCg0KDQpQbGVhc2UgbWFrZSBBldmVyeSBlZmZvcnQgdG8g
ZW5kIGluIHBlcnNvbiBvciBieSBBXZWJFeC4NCldlYkV4IGluZm9ybWF0aW9uIHdpbGwgYmUg
c2VudCBjBjG9zZXIgdG8gdGhlIG1lZXRpbmcgZGF0ZS4NCg0KDQoNCltjaWQ6aW1hZ2UwMDEuJ
MzkuSlBHQDAxNGU2Y2Y0LjRlYmJmJmNzE5XTxodHRwczovL3d3dy5oaGMub3JnPg0KICAgICAg
ICBBbmdlbGEgTC4gRm9yZA0KU0VDUkVUQVJJC0gRVhFQ1VVSVZFDQoNClRlbDogICAgKDQ3
OCkgMjE4LTE2MjcNCkZheDogICAgKDQ3OCkgMjE4LTE2MzENClckUtbWFpbDogICAgICjBh
bGZvcmRAaEDLm9yZw0KDQoNCgoClRoaXMgbWVzc2FnZSBhZW5ka2FkZGRlc3NlZFueSBh
dHRhY2 htZW50cykgaXMgaW50ZW5kZWQgb25seSBmb3IgdGhlIHVzZSBvZiB0aGUgaW5kaXZp
ZHVhbCBCViBlbnRpdHHkgdG8gd2hpY2ggaXQgaXMgYWRkcmVzc2VkIGFuZCBtYXkgY29udGFp
biBpbmZvcm1hdGlvbiB0aGF0IGlzIG5vbiwdWJsaWMsIHByb3ByaWV0YXJ5LCBwcml2aWxl
Z2VkLCBjb25maWRlbnRpYWwsIGFuZCBleGVtcHQgZnJvbSBkaXNjbG9zdXJlIHVuZGVyIGFw
cGxpY2FibGUgbGF3IG9yIG1heSBjb25zdGl0dXRlIHdpdGhpbiB0aGUgbWVhbmluZyBvZiBhbnkg
dC4gSWYgeW91IGFyZVSBub3QgdGhlIGludGVuZGVkIHJlY2lwaWVudCwgeW91IGFyZSBoZXJlYnkg
Ynkgbm90aWZpZWQgdGhhdCBhbnkgZGlzY2xvc3VyZSwgY29weWluZywgZGlzdHJpYnV0aW9u
IG9yIGNvHlpbmcgb2YgdGhpcyBjb21tdW5pY2F0aW9uIGlzIHN0cmljdGx5IHByb2hpYml0Z
WQuIElmIHlvdSBoYXZlIHJlY2VpdmVkIHRoaXMgY29tbXVuaWNhdGlvbiGlvbiBpBpbBlcnJvciwg
bm90aWWZ5IHZIGltdbWVkaWF0ZWx5IGlyZW1lbHkgY29udGFjdCAgdGhlIHNlbmRlciBieSByZXR1cm4g
cyBtZXNzYWdlIGFuZCBkZWxldGUgdGhlIG9yaWdpbmFsIG1lc3NhZ2UuICAgVGhhbmsgeW91Lg==
bW1sZGhkZVseSBpZiB0aGlzIGlzIGFufIGVzZW50cm9uaWMgY29weSWUNhZGdlIG9uBSB1ZXMuIG11
bmsgeW91Lg==

--_000_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: text/html; charset="utf-8"
Content-Transfer-Encoding: base64

PGh0bWwgeG1sbnM6dj0idXJuOnNjaGVtYXMtbWljcm9zb2Z0LWNvbTp2bWwiIHhtbG5zOm89
InVybjpzY2hlbWFzLW1pY3Jvc29mdC1jb206b2ZmaWNlOm9mZmljZSIgeG1sbnM6dz0idXJu
OnNjaGVtYXMtbWljcm9zb2Z0LWNvbTpvZmZpY2U6d29yZCIgeG1sbnM6bTZZHQ9InV1aWQ6Q2JJ
NDEwMTAtNjVCQzQyMWEtODQxLUE0OUYtMDBBQTAwzE0ODgy8zPSJodHRwOi8vc2No
ZW1hcy5taWNyb3NvZnQuY29tL29mZmljZS8yMjlmmljZS8yMDA0LzEyL29tbWwiIHhtbG5z
d3d3Lmcm3y5Zy9UUi9SRUMtaHRtbDDQwIj4NCjxoZWFkPg0KPG1ldGEgaHR0cC1lcXVpdj0i
Q29udGVudC1UeXBlIiBjb250ZW50PSJ0ZXh0L2h0bWw7IGNoYXJzZXQ9dXRmLTgiPg0KPG1l
dGEgbmFtZT0iR2VuZXJhdG9yIiBjb250ZW50PSJNaWNyb3NvZnQgV29yZCAxNSAoZmlsdGVy
ZWQgbWVkaXVtKSI+DQo8IW1ldGEgc29mdC1jb20pjxzdHlsZT48IS0tDQovKiBGb250IERlZmlu
aXRpb25zICovDQpAZm9udC1mYWNlDQp7Zm9udC1mYW1pbHk6IldpbmdkaW5ncyI7DQpwYW5v
c2UtMTowIDAgMCAwIDAgMCAwIDAgMCAwO30NCkBmb250LWZhY2UNCntmb250LWZhbWlseToi
Q2FtYnJpYSBNYXRoIjsNCnBhbm9zZS0xOjIgNCA1IDMgNSA0IDYgMyAyIDQ7fQ0KQGZvbnQt
ZmFjZQ0Ke2ZvbnQtZmFtaWx5OiJDYWxpYnJpIjsNCnBhbm9zZS0xOjIgMTUgNSAyIDIgMiA0
IDMgMiA0O30NCi8qIFN0eWxlIERlZmluaXRpb25zICovDQpwLk1zb05vcm1hbCwgbGkuTXNv
Tm9ybWFsLCBkaXYuTXNvTm9ybWFsDQp7bWFyZ2luOjBpbjsNCmZvbnQtc2l6ZTExLjBwdDsN
CmZvbnQtZmFtaWx5OiJDYWxpYnJpIixzYW5zLXNlcmlmO30NCmE6bGluayxzcGFuLk1zb0h5
cGVybGluaw0Ke21zby1zdHlsZS1wcmlvcml0eTo5OTsNCmNvbG9yOiM5NTYzWGVhVDogc3Nl
cGVyIFBDT0tleU...

DQoJe21zby1zdHlsZS10eXBlOnBlcnNvbmFsLWNvbXBvc2U7DQoJZm9udC1mYW1pbHk6IlRp
bWVzIE5ldyBSb21hbiIsc2VyaWY7DQoJY29sb3I6YmxhY2s7fQ0KLk1zb0NocERlZmF1bHtQN
Cgl7bXNvLXN0eWxlLXR5cGU6ZXhwb3J0LW9ubHk7DQoJZm9udC1mYW1pbHk6IkNhbGlicmki
LHNhbnMtc2VyaWY7fQ0KQHBhZ2VpY29yZFNlY3Rpb24xDQoJe3NpemU6OC41aW4gMTEuMGlu
Ow0KCW1hcmdpbpoxLjBpbpiAxLjBpbpiAxLjBpbpit9DQpkaXYuV29yZFNlY3Rpb24x
DQoJe3BhZ2U6U29uZ29yZFNlY3Rpb24xO30NCi0tPjwvc3R5bGU+PCEtLVtpZiBndGUgbXNvIDld
Pjx4bWw+DQo8bzpzaGFwZWRlZmF1bHRzIHY6ZXh0PSJlZGl0IiBzcGlkbWF4PSIxMDI2IiAv
Pg0KPC94bWw+PCFbZW5kaWZdLS0+PCEtLVtpZiBndGUgbXNvIDldPjx4bWw+DQo8bzpzaGFw
ZWxheW91dCB2OmV4dD0iZWRpdCI+DQo8bzpzcGdG1hcCB2OmV4dD0iZWRpdCIgZGF0YT0iMSIg
Lz4NCjwvbzpzaGFwZWxheW91dD48L3htbD48IVtlbmRpZl0tLT4NCjwvaGVhZD4NCjxib2R5
IGxhbmc9IkVOLVVTIiBsaW5rPSIjMDU2M3MxIiB2bGluaz0iIzk1NEY3MiIgc3R5bGU9Indv
cmQtd3JhcDpicmVhay13b3JkIj48ZGl2IGNjxkaXYgY2xhc3M9IldvcmRTZXN0aW9uMSI+DQo8cCBj
bGFzcz0iTXNvTm9ybWFsIHBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXI7
IGxhbmc9IkVOLVVTIiBsaW5pZD0iIEN0eWxlIj48c3Ryb25nPjxlbSBlZ2lnbz4NCjxiBmb250
cmlQtd3JhcDpicmVhay1br3JkIj48YzBjYxhc3M9IM3N9IldvcmRTZXR0aW9uMSI+DQo8cCBj
bGZFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXI7
IGxhbmc9IkVOLVVTIiBsaW5rPSIjMDU2M3Mxj4NCJpxhcd2hlbCBjdW9IZjBdg3M9IldvcmRTZXR0
dW900yxzYW5zLXNlcmlmO30NRUVVUSU5HIE5PVElDRTo8YnI+PC9wPjwvcD4NCjxib2R5
IGxhbmc9IkVOLVVTIiBsaW5rPSIjMDU2MDAxIiB2bGluaz0iIzk1NEY3MiIgc3R5bGU9Indv
cmZ9IjhJbcDpicmVhay1vb3JkIj48ZGl2IGNjxkaXYgY2xhc3M9IldvcmRTZXN0aW9uMSI+DQo8cCBj
bGZFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXI7
IGxhbmc9IkVOLVVTIiBsaW5rPSIjMDU2MDAxIiB2bGluaz0iIzk1NEY3MiI+DQo8cCBj
bGZFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXI7

bGlnYXR1cmVzOm5vbmUiPlBlcnJ5IElhvc3BpdGFsIERpbmluZyBDb25mZXJlbmNlNIIFJvb20g
b3IgYnkgV2ViRXg8bzpwPjwvbzpwPjwvc3Bhbj48L3U+PC9zcGFuPjwvcD4NCjxwIGNsYXNz
PSJNc29Ob3JtYWwiIGFsaWduPSJjZW50ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+
PHNwYW4gc3R5bGU9Im1zby1iaWRpLWZvbnQtc2l6ZToxMC4wcHQ7Zm9udC1mYW1pbHk6mz
PSJmb250LXNpemU6MjguMHB0O21zby1zaWWdhdHHVyZXM6bm9uZSI+PG86cD48c3BhbiZHls
ZT0idGV4dC1kZWNvcmF0aW9uOm5vbmUiPiZuYnNwOzwvc3Bhbj48L286cD48L3NwYW4+PC91
Pjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHls
ZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJtc28tYm9va29hc2Yw
ODE5MjcyIj48c3BhbiBzdHlsZT0iZm9udC1zaXpXOjE4LjBwdDttc28tbGlnYXR1cmVzOm5v
bmUiPlBlsZWFzZSBSU1ZQIHRvIEFuZ2VsYSBpbiBBZG1pbmlzdHJhdGlvbi0iY2VudGVyL283
cD48L3NwYW4+PC9zcGFuPjwvcD4NCjxwIGNsYXNzPSJNc29Ob3JtYWwiIGFsaWduPSJjZW50
ZXIiIHN0eWxlPSJ0ZXh0LWFsaWduOmNlbnRlciI+PHNwYW4gc3R5bGU9Im1zby1iaWRpLWZy
azpfSGxrNjA4TkyNzIiPjxzcGFuIHN0eWxlPSJmb250LXNpemU6MTguMHB0O21zby1saWdh
dHVyZXM6bm9uZSI+YXQgMjE4LTE2Mjcgb3INCjwvc3Bhbj48L3NwYW4+PGEgaHJlZj0ibWFp
bHRvOmFsZm9yZEBoaGMub3Jnlj48c3BhbiBzdHlsZT0ibXNvLXVsb2tycVNjOldbGcs2MDgx
OTI3MiI+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToxMC4wcHQ7bXNvLWxpZ2F0dXJlczpub25l
Ij5hbGZvcmRAaGhjLm9yZzwvc3Bhbj48L3NwYW4+PHNwYW4gc3R5bGU9Im1zby1ib29rbWFy
azpfSGxrNjA4TkyNzIiPjxzcGFuIGNsYXNzPSJNc29IeXBlcmxpbmsiPjxvOnA+IDxvOp9z
cGFuPjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBz
dHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFuIHN0eWxlPSJtc28tYm9va21hcms6X0hs
azYwODNkyMjcyIj48bzpwPiZuYW5wOzwvbzpwPjwvc3Bhbj48L286cD48c3BhbiZHlsczpzIXNv
Tm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHlsZT0idGV4dC1hbGlnbjpjZW50ZXIiPjxzcGFu
IHN0eWxlPSJtc28tYm9va21hcms6X0hsaZyWwODE5MjcyIj48c3BhbiBzdHlsZT0iZm9udC1z
aXpl0jE4LjBwdDttc28tbGlnYXR1cmVzOm5vbmUiPjxvOnA+Jm5ic3A7PC9vOnA+PC9zcGFu
Pjwvc3Bhbj48L3A+DQo8cCBjbGFzcz0iTXNvTm9ybWFsIiBhbGlnbj0iY2VudGVyIiBzdHls
ZT0ibWFyZ2luLXRvcDoxMi4wcHQ7bWFyZ2luLWJvdHRvbTowaW47IHRleHQtYWxpZ246Y2Vu
dGVyO21hcmdpbjowaW4iIGFsaWduPSJjZW50ZXIiPjxzcGFuIHN0eWxlPSJtc28tYm9va21h
cms6X0hsazYwODNDdDE0MjUyIj48c3BhbiBzdHlsZT0iZm9udC1zaXpl0jE4LjBwdEdtc28t
bGlnYXR1cmVzOm5vbmUiPlBsZWFzZSBSU1ZQIHRvIEFuZ2VsYSBpbiBBZG1pbmlzdHJhdGlv
bi1jZW50ZXIgb3IgYnkgV2ViRXg8bzpwPjwvbzpwPjwvc3Bhbj48L3NwYW4+PC9wPg0KPHAg
Y2xhc3M9Ik1zb05vcm1hbCIgYWxpZ249ImNlbnRlciIgc3R5bGU9InRleHQtYWxpZ246Y2Vu
dGVyIj48c3BhbiBzdHlsZT0ibXNvLWJvb2ttYXJrOl9IbGs2MDg5OTI3MiI+PHNwYW4gc3R5
bGU9ImZvbnQtc2l6ZToxMC4wcHQ7bXNvLWxpZ2F0dXJlczpub25lIj48bzpwPiZuYnNwO1wv
bzpwPjwvc3BhbiZ48L3NwYW4+PC9wPg0KPHAgY2xhc3M9Ik1zb05vcm1hbCIgYWxpZ249Impl
bnRlciIgc3R5bGU9InRleHQtYWxpZ246Y2VudGVyIj48c3BhbiBzdHlsZT0ibXNvLWJvb2tt
YXJrOl9IbGs2MDg5OTI3MiI+PHNwYW4gc3R5bGU9ImZvbnQtc2l6ZToxMC4wcHQ7bXNvLWxp
Z2F0dXJlczpub25lIj48bzpwPiZuYnNwOzwvbzpwPjwvc3BhbiZ48L3NwYW4+PC9wPg0KPHAg
Y2xhc3M9Ik1zb05vcm1hbCIgYWxpZ249ImNlbnRlciIgc3R5bGU9InRleHQtYWxpZ246Y2Vu
dGVyIj48c3BhbiBzdHlsZT0ibXNvLWJvb2ttYXJrOl9IbGs2MDg5OTI3MiI+PHNwYW4gc3R5
bGU9ImZvbnQtc2l6ZToxMC4wcHQ7bXNvLWxpZ2F0dXJlczpub25lIj48bzpwPiZuYnNwOzwv
bzpwPjwvc3BhbiZ48L3NwYW4+PC9wPg0KPHAgY2xhc3M9Ik1zb05vcm1hbCIgc3R5bGU9Im1z
by1tYXJnaW4tdG9wLWFsdDphdXRvO21zby1tYXJnaW4tYm90dG9tLWFsdDphdXRvIj48c3Bh
biBzdHlsZT0iZm9udC1mYW1pbHk6JlF1b3Q7Q2FsaWJyaSZxdW90OywmcXVvdDtzYW5zLXNl
cmlmJnF1b3Q7O21zby1hc2NpaS10aGVtZS1mb250Om1ham9yLWxhdGluO21zby1oYW5zaS10
aGVtZS1mb250Om1ham9yLWxhdGluIj48c3BhbiBzdHlsZT0ibXNvLWZhcmVhc3QtZm9udC1m
YW1pbHk6JnF1b3Q7VGltZXMgTmV3IFJvbWFuJnF1b3Q7Ij48c3BhbiBzdHlsZT0iY29sb3I6
IzFmMWYxZiI+PG86cD4mbmJzcDs8L286cD48L3NwYW4+PC9zcGFuPjwvc3Bhbj48L3A+DQo8
cCBjbGFzcz0iTXNvTm9ybWFsIiBzdHlsZT0ibXNvLW1hcmdpbi10b3AtYWx0OmF1dG87bXNv
LW1hcmdpbi1ib3R0b20tYWx0OmF1dG8iPjxzcGFuIHN0eWxlPSJmb250LWZhbWlseTomcXVv
dDtDYWxpYnJpJnF1b3Q7LCZxdW90O3NhbnMtc2VyaWYmcXVvdDstbXNvLWFzY2lpLXRoZW1l
LWZvbnQ6bWFqb3ItbGF0aW47bXNvLWhhbnNpLXRoZW1lLWZvbnQ6bWFqb3ItbGF0aW4iPjxz
cGFuIHN0eWxlPSJtc28tZmFyZWFzdC1mb250LWZhbWlseTomcXVvdDtUaW1lcyBOZXcgUm9t
YW4mcXVvdDsiPjxzcGFuIHN0eWxlPSJjb2xvcjojMWYxZjFmIj48bzpwPiZuYnNwOzwvbzpw
Pjwvc3BhbiZ48L3NwYW4+PC9zcGFuPjwvcD4NCjxwIGNsYXNzPSJNc29Ob3JtYWwiPjxzcGFu
IHN0eWxlPSJtc28tYm9va21hcms6X0hsazU1MzBlNGEyIiZYjgc3BhbiBzdHlsZT0iY29sb3I6
IzFmMWYxZiI+PGI+PHNwYW4gc3R5bGU9ImZvbnQtZmFtaWx5OiZxdW90O0NhbGlicmkmcXVv
dDssJnF1b3Q7c2Fuc3N0eWxlPSJmb250LWZhbWlseTomcXVvdDtDYWxpYnJpJnF1b3Q7LCZx
dW90O3NhbnMtc2VyaWYmcXVvdDstbXNvLWFzY2lpLXRoZW1lLWZvbnQ6bWFqb3ItbGF0aW47
bXNvLWhhbnNpLXRoZW1lLWZvbnQ6bWFqb3ItbGF0aW4iPjxzcGFuIHN0eWxlPSJtc28tZmFy
ZWFzdC1mb250LWZhbWlseTomcXVvdDtUaW1lcyBOZXcgUm9tYW4mcXVvdDsiPjxzcGFuIHN0
eWxlPSJjb2xvcjojMWYxZjFmIj48bzpwPiZuYnNwOzwvbzpwPjwvc3BhbiZ48L3NwYW4+PC9z
cGFuPjwvc3Bhbj48YSBocmVmPSJtYWlsdG86YW5nZWxhLmFsZm9yZEBoaGMub3JnIj48c3Bh
biBzdHlsZT0iZm9udC1mYW1pbHk6JnF1b3Q7Q2FsaWJyaSZxdW90OywmcXVvdDtzYW5zLXNl
cmlmJnF1b3Q7O21zby1hc2NpaS10aGVtZS1mb250Om1ham9yLWxhdGluO21zby1oYW5zaS10
aGVtZS1mb250Om1ham9yLWxhdGluIj48c3BhbiBzdHlsZT0ibXNvLWZhcmVhc3QtZm9udC1m
YW1pbHk6JnF1b3Q7VGltZXMgTmV3IFJvbWFuJnF1b3Q7Ij48c3BhbiBzdHlsZT0iY29sb3I6
IzFmMWYxZiI+PGI+PHNwYW4gc3R5bGU9ImZvbnQtZmFtaWx5OiZxdW90O0NhbGlicmkmcXVv
dDssJnF1b3Q7c2Fucy1zZXJpZiZxdW90OybXNvLWFzY2lpLXRoZW1lLWZvbnQ6bWFqb3It
bGF0aW47bXNvLWhhbnNpLXRoZW1lLWZvbnQ6bWFqb3ItbGF0aW4iPjxzcGFuIHN0eWxlPSJt
c28tZmFyZWFzdC1mb250LWZhbWlseTomcXVvdDtUaW1lcyBOZXcgUm9tYW4mcXVvdDsiPjxz
cGFuIHN0eWxlPSJjb2xvcjojMWYxZjFmIj48bzpwPiZuYnNwOzwvbzpwPjwvc3BhbiZ48L3Nw
YW4+PC9zcGFuPjwvcD4NCjxwIGNsYXNzPSJNc29Ob3JtYWwiPjxzcGFuIHN0eWxlPSJtc28t

PSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYzsgZm9udC1zaXplOjEwcHQ7IHRleHQtYWxp
Z246IGxlZnQ7IHZlcnRpcY2FsLWFsaWduOiB0b3A7IiBjbGFzcz0iZGViYzNlODgtMmJiZC00
Y2FkLWE4ZDAtYzlmZTdlYzIiNDJhVGFibGUiPg0KPHRib2R5Pg0KPHRyIHN0eWxlPSJ0ZXh0
LWFsaWduOiBsZWZ0OyB2ZXJ0aWNhbC1hbGlnbjogdG9wOyAiPg0KPHRkIGFsaWduPSJ0b3RT
ZXQiIHN0eWxlPSIiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztm
b250LXNpemU6MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhp
Yztmb250LXNpemU6MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdv
dGhpYztmb250LXNpemU6MTBwdDsiPlRlbDoNCjwvZm9udD48L2ZvbnQ+PC9mb250PjwvdGQ+
DQo8dGQgQgYWxpZ249Ik5vdFNldCIgc3R5bGU9IndoaXRXRlLXNwYWNlOiBub3dyYXA7ICI+PGZv
bnQgc3R5bGU9ImZvbnQtZmFtaWx5OkNlbnR1cnkgR290aGljO2ZvbnQtc2l6ZToxMHB0OyI+
PGZvbnQgc3R5bGU9ImZvbnQtZmFtaWx5OkNlbnR1cnkgR290aGljO2ZvbnQtc2l6ZToxMHB0
OyI+KDQ3OCkgMjE4LTE2Mjc8L2ZvbnQ+PC9mb250PjwvdGQ+DQo8L3RyPg0KPHRyIHN0eWxl
PSJ0ZXh0LWFsaWduOiBsZWZ0OyB2ZXJ0aWNhbC1hbGlnbjogdG9wOyAiPg0KPHRkIGFsaWdu
PSJOb3RTZXQiIHN0eWxlPSIiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdv
dGhpYztmb250LXNpemU6MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5
IEdvdGhpYztmb250LXNpemU6MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50
dXJ5IEdvdGhpYztmb250LXNpemU6MTBwdDsiPkZheDoNCjwvZm9udD48L2ZvbnQ+PC9mb250
PjwvdGQ+DQo8dGQgYWxpZ249Ik5vdFNldCIgc3R5bGU9IndoaXRlLXNwYWNlOiBub3dyYXA7IiiPlBGZvbnQgc3R5bGU9ImZvbnQtZmFtaWx5OkNlbnR1cnkgR290aGljO2ZvbnQtc2l6ZToxMHB0
OyI+KDQ3OCkgMjE4LTE2MzE8L2ZvbnQ+PC9mb250PjwvdGQ+DQo8L3RyPg0KPHRyIHN0eWxlOiBs
ZWZ0OyB2ZXJ0aWNhbC1hbGlnbjogdG9wOyAiPg0KPHRkIGFsaWduPSJOb3RTZXQiIHN0eWxl
PSIiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250LXNpemU6
MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250LXNp
emU6MTBwdDsiPjxmb250IHN0eWxlPSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250
LXNpemU6MTBwdDsiPkUtbWFpbDombmJzcDsmbmJzcDsmbmJzcDs8L2ZvbnQ+PC9mb250Pjwv
Zm9udD48L3RkPg0KPHRkIGFsaWduPSJOb3RTZXQiIHN0eWxlPSIiPjxmb250IHN0eWxlPSJm
b250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250LXNpemU6MTBwdDsiPjxmb250IHN0eWxl
PSJmb250LWZhbWlseTpDZW50dXJ5IEdvdGhpYztmb250LXNpemU6MTBwdDsiPmFsZm9yZEBI
SEMub3JnPC9mb250PjwvZm9udD48L3RkPg0KPC90cj4NCjwvdGJvZHk+DQo8L3RhYmxlPg0K
PC9zcGFuPjwvdGQ+DQo8L3RyPg0KPHRyPg0KPC90Ym9keT4NCjwvdGFibGU+DQo8YnI+DQo8
cD48L3A+DQo8YnI+CiZuYnNwOyZuYnNwOyZhk7JnNoeTsmbmJzcDsmbmJzcDs8L2JvZHk+
DQo8L2h0bWw+DQoKCjxcU4VKVGhpcyBtZXNzYWdlIGNhbnRhaW5zIGNvbmZpZGVudGlhbC
bnRzKSBpcyBpbm RlbmRlZCBvbmx5IGZvciB0aGUgdXNlIG9mIHRoZSBpbmRpdmlkdWFsKHMp
IGVudGl0eSB0byB3aGljaCBpdCBpcyBhZGRyZXNzZWQuQWgXNlIG5kIGheVSBSbjb250YWlu
Y2IvZW9hW9uIHRoYXQgaXMgcHJpdmlsZWdlZCwgY29uZmlkZW50aWFs IHByb3RlY3RlZCBm
cm9tIGRpc2Nsb3N1cmUNCjwvYl9F2W1haWwgbWVzc2FnZS5JZiB0aGUgcmVhZGVyIG9mIHRo
aXMgbWVzc2FnZSBpcyBub3QgdGhlIGludGVuZGVkIHJlY2lwaWVudCxvciB0aGUg ZW1wbG95
ZWUgb3IgYWdlbnQgcmVzcG9uc2libGUgZm9yIGRlbGl2ZXJpbmcgdGhlIG1lc3NhZ2UgdG8g
dGhlIGludGVuZGVkIHJlY2lwaWVudCx5b3UgYXJlIGhlcmVieSBub3RpZmllZCB0aGF0IGFu
eSBkaXNzZW1pbmF0aW9uLGRpc3RyaWJ1dGlvbixvciBjb3B5aW5nIG9mIHRoaXMgY29tbXVu
aWNhdGlvbiBpcyBzdHJpY3RseSBwcm9oaWJpdGVkLklmIHlvdSBoYXZlIHJlY2VpdmVkIHRo
aXMgZW1haWwgaW4gZXJyb3IscGxlYXNlIG5vdGlmeSBzZW5kZXIgaW1tZWRpYXRlbHkgYnkg
eW91ciByZXBseS5IDW1haWwsYW5kIHRoZW4gZGVsZXRlIHRoaXMgbWVzc2FnZSxpbmNsdWRp
bmcgYW55IGF0dGFjaG1lbnRzLGZyb20geW91ciBzeXN0ZW0uVGhhbmsgeW91LkludGVuZGVk
IHJlY2lwaWVudHMgc2hvdWxkIHJlYWxpemUgdGhhdCBubyBlbWFpbCBwcm90ZWN0aW9ucyBh
cmUgZm9vbHByb29mLGFuZCBzaG91bGQgYWN0IGFjY29yZGluZ2x5LkNvbmZpZGVudGlhbGl0
eSB3aWxsIGJlIG1haW50YWluZWQgdG8gdGhlIGV4dGVudCByZXF1aXJlZCBieSBhcHBsaWNh
YmxlIGxhdy5JZiB5b3UgaGF2ZSBxdWVzdGlvbnMgYWJvdXQgaG93IEhIQyBoYW5kbGVzIHlv
dXIgaW5mb3JtYXRpb24scGxlYXNlIGNvbnRhY3QgdGhlIFByaXZhY3kgT2ZmaWNlciBhdCA0
NzgtMjE4LTE2NDAuDQo8L3NwYW4+DQo=

--_000_c926587e23ea429d8fe32aa7f222bbcdHHCorg_--

--_005_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: image/jpeg; name="imageb62d39.JPG"
Content-Description: imageb62d39.JPG
Content-Disposition: inline; filename="imageb62d39.JPG"; size=10336;
    creation-date="Mon, 05 Apr 2021 20:28:16 GMT";
    modification-date="Mon, 05 Apr 2021 20:28:16 GMT"
Content-ID: <imageb62d39.JPG@014e6cf4.4ebbf719>
Content-Transfer-Encoding: base64

/9j/4AAQSkZJRgABAQEBLAEsAAD/7gAOQWRvYmUAZAAAAAAB/+EX9kV4aWYA
AE1NACoAAAAIAAwBAAADAAAAAQTWAAABAQADAAAAAQGnAAABAgADAAAAAwAA
AJ4BBgADAAAAAQACAAABEgADAAAAAQABAAABFQADAAAAAQADAAABGgAFAAAA
AQAAAKQBGwAFAAAAAQAAAKwBKAADAAAAAQACAAABMQACAAAAHgAAALQBMgAC
AAAAFAAAANKHaQAEAAAAAQAAAOYAAAEeAAgACAAIASwAAAABAAABLAAAAAEA
AEFkb2JlIIFBob3Rvc2hvcCBDUzUuMSBXaW5kb3dzADIwMTY6MDU6MDYgMTE6
MDg6MDUAAASQAAAHAAAABDAyMjGgAQADAAAAAf//AACgAgAEAAAAAQAAAJ6g
AwAEAAAAAQAAADYAAAAAAAABgEDAAMAAAABAAYAAAEaAAUAAAABAAABbAEb
AAUAAAABAAAABdAEoAMAAAABAAIAAABIAAQAAAABAAAAABfAICAAQAAAAABAAAW
cgAAAAAAABIAAAAAQAAAEgAAAAB/9j/4gxYSUNDX1BST0ZJTEUAAAQEAAAxI
TGlubwIQAABtbnRyUkdCIFhZWiAHzgACAAkABgAxAABhY3NwTVNGVAAAAABJ
RUMgc1JHQgAAAAAAAAAAAAAAAAAQAA9tYAAQAAAADTLUhQIAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABFjcHJ0AAAB
UAAAADNkZXNjAAABhAAAAGx3dHB0AAAB8AAAABRia3B0AAACBAAAABRyWFla
AAACGAAAABRnWFlaAAACLAAAABRiWFlaAAACQAAAABRkbW5kAAACVAAAAHBk
bWRkAAACxAAAAIh2dWVkAAADTAAAAIZ2aWV3AAADAAAAAJCRsdW1pAAAD+AA
ABRtZWFzAAAEDAAAACR0ZWNoAAAEMAAAAxyVFJDAAAEPAAACAxnVFJDAAAE
PAAACAxiVFJDAAAEPAAACAx0ZXh0AAAAAEvvcHlyaWdodCAoYykgMTk5OCBII
ZXdsZXR0LVBhY2thcmQgQ29tcGFueQAAZGVzYwAAAAAAAASc1JHQiBJRUM2
MTk2Ni0yLjEAAAAAAAAAAAAAAABJzUkdCIClElFQzYxOTY2LTIuMQAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAWFla
IAAAAAAAAPNRAAEAAAABFsxYWWogAAAAAAAAAAAAAAAAAAAAFhZWiAAAAAA
AABvogAAOPUAAAOQWFlaIAAAAAAAAGKZAAC3hQAAGNpYWWogAAAAAAAAJKAA
AA+EAAC2z2Rlc2MAAAAAAAAAFklFQyBodHRwOi8vd3d3LmllYy5jaAAAAAAA
AAAAAAAAAAFklFQyBodHRwOi8vd3d3LmllYy5jaAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABkZXNjAAAAAAAC5JRUMg
NjE5NjYtMi4xIERlZmF1bHQgUkdCIGNvbG91ciBzcGFjZSAtIHNSR0IAAAAA
AAAAAAAAAAAC5JRUMgNjE5NjYtMi4xIERlZmF1bHQgUkdCIGNvbG91ciBzcGFj
ZSAtIHNSR0IAAAAAAAAAAAAAAAAAAAAAAAAAAZGVzYwAAAAAAAAsUmVm
ZXJlbmNlIFZpZXdpbmcgQ29uZGl0aW9uIGluIElFQzYxOTY2LTIuMQAAAAAA
AAAAAAAAALFJlZmVyZW5jZSBWaWV3aW5nIENvbmRpdGlvbiBpbiBJRUM2MTk2
Ni0yLjEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAHZpZXcAAAAABOk/gAU
Xy4AEM8UAAPtzAAEEwsAA1yeAAAAVhZWiAAAAAAAEwJVgBQAAAAVx/nbWVh
cwAAAAAAAABAAAAAAAAAAAAAAAAAAAAAAAAAo8AAAACc2lnIAAAAADUlQg
Y3VydgAAAAAAAAQAAAAAQBQKAA8AFAAZAB4AIwAoAC0AMgA3ADsAQBFAEoE
TwBUAFkAXgBjAGgAbQByAHcAfACBAIYAiwCQAJUAmgCfAKQAqQCuALIAtwC8
AMEAxgDLANAA1QDaAN8A5ADpAO4A8wD4AP0BAwEIAQ0BEwEYAR4BIwEpAS4B
NAE6AT8BRQFLAVEBFwFdAWMBaQFvAXUBfAGCAIgBjwGVAZwBogGpAa8BtgG9
AcMByAHKAdIA2QHhAeQB7wH3Af8CBwIPAhcCHwInAi8CNwI/AkcCTwJXY3Y3
BkgGWQZqBnsGjAadBq4BuMG9QcHBxkHKwc9B08HYQHYQd0B4B4YHmQesB78H
0gflB/gICwgfCDIIRghaCG4IggGWCKoIvgTSCOcI+wkQCSUJOglPCWQJeQmP
CaQJugnPCeUJ+woRCicKPQpTCmkKf4qlCsWKrQrMCwsiCzkLUQtpC4C4L
mAuwC8L4Lv5DBIMJgxNTwwyMDkcMwAzDPMNMDUANw1g10DY4NqQ3D
Dd4N+A4TDi4OSQ5kDn8Omw62DtIO7g8JDyUPUPQQ9eD3oPlg+zD88P7BAJECYQ
QxBhEH4QmxC5ENcQ9RETETTxFtETxFuRqhHJEegSBkKHEEQMSwxLj
EwMTIxNDE2MTgyOkE8IUT5RQGFCcUSRRqFIsUrhTOFPAVEhU0FVFWeBWfbV
4BYDFjFiWSRZsFo8WshXdRdF2UXiReuF9IX99X9xgbGEAYGE4GI6GXRj6
GSAZRRlrGZEZthncGgEaJxpNGnMamhrBBFoF5G2G9G9OcanhrFGuuhFIc
exyjHMwc9R0eHUcdcB2HcMd7B4WHkAeah4R8RHzafaR+UH78ofiAV
IEEgbCCYIMg8CEcIUghdSGhIc4+yInIIgikIvt0jCiM4l2YjlCPCl/Ak
HyRNJHwkqTaJQkIOCVoJZcxljx3JicmYVajHJrcmN6CcYJ0knierJ9woDSg/
KHEoooijUKQYOCklXK0K0DrAPAagD7AQEBBwE/NARMMDQm0uDUNWg10DY4NqQ3D
1y0MLUEtdi2rEeuFi5MLoIuy7uLyQWVi+WL1Lcv/jA1MGwwpDDbMRIxSjGC

Mbox8jIqMmMymzLUMw0zRjN/M7gz8TQrNGU0njTYNRM1TTWHNcI1/TY3NnI2
rjbpNyQ3YDecN9c4FDhQOIw4yDkFOUI5fzm8Ofk6Njp0OrI67zstO2s7qjvo
PCc8ZTykPOM9Ij1hPaE94D4gPmA+oD7gPyE/YT+iP+JAI0BkQKZA50EpQWpB
rEHuQjBCckK1QvdDOkN9Q8BEA0RHRIpEzkUSRVVFmkXeRiJGZ0arRvBHNUd7
R8BIBUhLSJFI10kdSWNJqUnwSjdKfUrESwxLU0uaS+JMKkxyTLpNAk1KTZNN
3E4lTm5Ot08AT0lPk0/dUCdQcVC7UQZRUFGbUeZSMVJ8UsdTE1NfU6pT9lRC
VI9U21UoVXVVwlYPVlxWqVb3V0RXklfgWC9YfVjLWRpZaVm4WgdaVlqmWvVb
RVuVW+VcNVyGXNZdJ114XcleGl5sXr1fD19hX7NgBWBXYKpg/GFPYaJh9WJJ
Ypxi8GNDY5dj62RAZJRk6WU9ZZJl52Y9ZpJm6Gc9Z5Nn6Wg/aJZo7GlDaZpp
8WpIap9q92tPa6dr/2xXbK9tCG1gbbluEm5rbsRvHm94b9FwK3CGcOBxOnGV
cfByS3KmcwFzXXO4dBR0cHTMdSh1hXXhdj52m3b4d1Z3s3gReG54zHkqeYl5
53pGeqV7BHtje8J8IXyBfOF9QX2hfgF+Yn7CfyN/hH/lgEeAqIEKgWuBzYIw
gpKC9INXg7qEHYSAhOOFR4Wrhg6GcobXhzuHn4gEiGmIzokziZmJ/opkisqL
MIuWi/yMY4zKjTGNmI3/jmaOzo82j56QBpBukNaRP5GokhGSepLjk02TtpQg
lIqU9JVflcmWNJaflwqXdZfgmEyYuJkkmZCZ/JpomtWbQpuvnByciZz3nWSd
0p5Anq6fHZ+Ln/qgaaDYoUehtqImopajBqN2o+akVqTHpTilqaYapoum/adu
p+CoUqiEqTepqaocqo+rAqt1q+msXKzQrUStuK4trqGvFq+LsACwdbDqsWCx
1rJLssKzOLOutCW0nLUTtYq2AbZ5tvC3aLLfguFm40blKucK6O7q1uy67p7wh
vJu9Fb2Pvgq+hL7/v3q/9cBwwOzBacJDwbHjwl/C28NYw9TEUcTOxUvFyMZGxsPH
Qce/yD3IvMk6ybnKOMq3yzbLtsw1zLXNNc21zjbOts83z7jQOdC60TzRvtI/
0sHTRNPG1EnUy9VO1dHWVdbY11zX4Nhk2OjZbNnx2nba+9uA3AXcit0Q3Zbe
HN6i3ynfr+A24L3hROHM4lPi2+Nj4+vkc+T85TYmDeaW5x/nqegy6LzpRunQ
6lvq5etw6/vshu0R7ZZuKO6070DvzPBY8OXxcvH/8ozzGfOnODT0wvVQ9d72
bfb794r4Gfio+Tj5x/pX+uf7d/wH/Ji9fKf26/kv+3P9v////7QAMQWRvYmVf
Q00AAv/uAA5BZG9iZQBkgAAAAAH/2wCEAawICAgICAwJCAwRCwoLERUPDAwP
FRgTExUTExUxgGDAwMDEQwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwB
DQsLDQ4NEA4OEBQODg8UFA4ODg4UEQwMEREMDAwRDAwMDAwMDAwMDAwMDAwM
DAwMDAwMDAwMDAwMDAwMDP/AABEIAYyAngMBIgACEQEDEQH/3QAEAAr/
xAE/AAABBQEBAQEBAQAAAAAAAAADAAECBAUGBwgJCgsBAAEFAQEBAQEBAAAA
AAAAAAEAAgMEBQYHCAkKCxAAAQQBAwIEAgUHBggFAwwzAQACEQMEIRIxBUFR
YRMicYEyBhRSkobFcIyQVQVFWBySWSLh/Dh8WNzNRaisoMmRJNUZEXC
o3Q2F9V4mXys4TD03Xj80YnlKSFtJXE1OT0pbXF1eX1VmZ2hpamtsbW5vY3
R1dnd4eXp7fH1+f3OEhYaHiImKi4yNjo+Ck5SVlpeYmZqbnJ2en5KjpKWmp6
h5ent8fX5/cHGCg4SFhoeIiYqLjI2Oj4OUlZaXmJmam5ydnp+So6Slpqeoqa
qrq6us7S1tre4ubrCw8TFxsfIycrS09TV1tfY2dra4uPk5ebn6Onq8fLz9PX2
9+jp6vHy8/T19vf4+fr/2gAMAwEAAhEDEQA/APU/Avrl9ev9QVXi8xstmF+q
qx5TbdZEw5RdDVQ9tcfxZ7o7iMxRXRjXmvwhnnHpdRX7bkkVBHMvCUg2XNu
kKdzvvb4TvAVACPzRc4VYqm8NGRiWHmAQUymxAQjgBF8tcFmhoZN0/6JOGUB
JJJTU6qCel5gWAkmi0aD/Agfq1P/bbf/IqXXXXVbks
qY72igENYIsBa9mHSpC3QtdhrL9m2ac1wgSgwGbcwByP+Hyp+kxYeHI3zeW+gH2EOdo 
gH2V1bNzWna90+1ZK12Nkwd0UyJ2lL+vfU51RXn3X0zSANWwB/9hAhqGtlE85/
YodD+tuRbQHF6cNVJp5+OErOQ1kSSG/2RkF4CZXTlWVDoo2GxDN5CgdZC7Koo
5EdwcsYAkjyyS8JtsLuhcM6ZXVaOSOKtH3lBfl6bix9rqPX3tIrkcMaDUn5K62
pecj3v9wFbnq79YsdgguL8LXbwY4/Ig1rvqdnZ2nb/Y0qKDY4qegd6y97lWd+f2w
sebrTl25X01+KgMPpym4Rte6l4mGntsEjsJx19VhVc/AAKbaXWSWV1jro6Z9ic3
v1ho6d0T9r59L1/py11Rcx7Nv6AAKbaXWSWV1jro6Z9ic3

HflM6hczGqfW5gAfZrVu9Rzf0bmtd72qt1L6z29PyGVO6bfZXfktwse0OraL
LXj27WWPa9tX5vqoKd5JYbfrJeOp4PTcjp11F+ebdhc+shoog3Odsedzdj63
V7P5xQb9bahmZeHbiWsvxL68VjA5jjddc316a6Id/wBx/wBNZZb6fpMSU76S
zsfq1hy3Yebivx LG1G9tpLX0uY0hr9tzD/OM3e+t7EDG+s2LmdAu65h1Puqo
Fpso0bYPRLm3NIfDWv2s37XJKdhJYWB9aW5ltOOcO2m/MxftuE1zmEW1jbuZ
vY53pXN9Wv22KofrwG9Ib1g9Mv8Asb5AIfUXyLBiw6v1Pb+Id9NJT//S1ui3
9K/51fWX9q41Ac6+tzPtLqNzdte1tf6Z/wDh2/pGelvr/wBN6azfq7ZYa+mX
4lQGTR1POfiYoc3ZfVYHfbMei6v9DTfiV/zfreljXf4G5eTJJKfcvrkKc3IY
epO/Zba8DPbii0eo+x76mC97xhfamV4+LUN3856tr3/o61o15Gfk4HTGZOJ9
idWAWWXPY+uy0UWsprrFDrX+jZ/PPfkfZ/0S+fEklPuX1Ks6Vf1i+/oVVmHi
tpIz8VhL8V2SXM2PwrG78X9G1tv83Yzfv/mVVp9HJ6D9cac8uwMezMyC/Id+
kFbiK4ZZZXj+pa51bms9T0m2V7P8ACLxdJJT71127LyfqicXq2P8AYaXMqbnZ
pc2yptbXV77seuh1mXa67b+grdjVfzn6RVX45ZDA53TuvMzMh3RbY9QvjW2
u5uN6zm4dlfty/X2Us/fXhqSSn6W6E57Pq5gvDPUsbi1n02EDc4MHsYXlrfp
fR3rguhX9GH1D6gMnGxXZzRlhhsdR6ji91vub6rhe37Nu/PZ7/T/AFb1fYvJ
kklPr9uSxvTPqWc7Ee/HrqeHNDm/pAMU1sdVFjXe9v6f9N6Ps/4Rar7K8vFw
m9Rqv6d0ZuFYcZ9bmWhzDW7ezI0tc1zOnN/0f+Eu/cXhaSSn2VuR1Nv1b+rV
eRjWPFXUsf7La5zA62gC12F7S/dXfZQ5jP0vps9n84tP61ZnUbB0Wy/AdSR1
eg1VepW5xa3dsa8seam3Xu3+n7/R2fz17F4Okkp93+t1uM361fV/7dS52Nsy
9xBjVzaW6bHb/wBBG+z/AMC9VYDHg9eyrekVxZR1WmzCx3kht5bimrIxfVdv
9C62jfk0W3fof8HZ6dnsXk6SSn6F63m9XYOnObd067Dwnlrcx4spdeyqQ7Is
Yymy2vbs/R+11tn/AAaxqXX47/rVVgMtzemvpsNt7yxhZmikjKbtd6G+p9Tq
XPdVX/OVrxNJJT7R9UbDVndOv6fS+/1OmV1ZmLa4tsq2a1ZeDZmbK7cbJd7L
6sa32P8As/remsFuTjf81HU04Z+2AE5OQ6yG+n9uqcxjGS9zrPtXo1/zdVf8
4vNUklP/2f/bAEMAAgICAgICAgICAgMCAgIDBAMCAgMEBQQEBAEQBQYFBQUF
BQUGBgcHCAcHBgkJCgoJCwMMDAwMDAwMDAwMDP/bAEMBAwMDBAMEBQQEBDP/bAEMBAwMDBQQFCQYG
CQ0KCQoNDw4ODg4ODg4PDwwMDAwMDDw8MDAwPDAwMDAwMDAwMDAwMDAwM
DAwMDAwMDAwMDP/AABEIADYAAngBEIADYAYngMBEQACEQEDEQH/xAAfAAAAEBAQEBAAAA
AAAAAAAEBQMCBgEABwgBgCgv/xAC1EAACAQMDAgQDBAIAnMBAgMRBAAF
IRIxQVEGE2EicYEUMpGhBxWxQiPBUtHhMxZi8CRygkDqZTEhKyY3PCNUQn
k6OzNhdUZHTD0uIIJoMJChgZhZJRJRhDRFtpfSQnhBlxcRkiDJzXyhbMbhsxVI
9WZ2hpamtsbW5vY3R1dnd4eXp7fH1+f3OEhYaHiImKi4yNjo+Ck5SVlpeYmZ
qbnJ2en5KjpKWmp6ipqqusra6voRAAICAgECAgEGBAQHBgEyGIGsAAzEBESI
BAUGBwgJCgv/xAC1EQACEQIEBAQHBgUBQGAAgBD20BAAIRAwQhEyIFBVETYSIG
cYGRMqGx8BTB0aEXI5IzUvAkM2JyggkKFhcYGSomJygpKjU2Nzg5OkNERUZHSIG
GSY2RRoVVN/Kjs8PT4+XnOVl5wdHV2d3h5ent8fX5/cIGCggICkGCAcOKHt6g5
Wmp6qqqsra5vsLGys7S1tre4ubrCw8TFxsfIycr52CHy9PX29/j5+vP0Bh/5Be
aQTQt+P0X/P3mKSKOT/lQko9RQ1R18/l+dL/ob/ANs+/ob/ANs+z9rh/nPJMrr8
tLD/AJ+YwaN+cjvdN/ZwF/vGG6x5TZ1Tl1/Ba9QTA9i8RGMx+fFVTIrQkZi9T+
e91+1eHx/VyTyZ/z/z6+j8l8bvLnm1/FYfZmPa8u/w3vT8oj7sIL3Pq6orMS
+sJ+s5+5t13Y5Rkd/FEKpR5jk5t/FYw2Wt6dnkr7u0HnPKR0O7Zr8PwAN9H4s4
UUi8JQlvRoZR/GRqZoW0zIdoLWWWL8WAdBFpVWAdBGhU4Rn6pOl1+QI8/NTISI7
a7mgGRg4dZKSG0hKKKEGWrooS/FKEQbTTI+bvoHBpO/ZOtQNd6qqIT/GE
UJvTOR7dHmHmdvtcb+vo7qdhpedpO+eLHSqpPttLs0AugIidNRY6zr+8l1jT
/wA6vy210sZLF5HND41yGzd+Ey6VFRES+8ntt8/h0STILat9s2NyTmpq8RQ6VkMDll4pPpjl7zt
qNAAK9Il4vH5vtvkUuLLTrnKPLcwK8OVSKXP7p8pYnal/Ff4yFL8CSSeq0kR6tOIloPlVx/kKVnv
rSVfgz19/8d/n8n1/nsyRSL4vS+O5xkF5yTLzYV8f0cPwOg6pKdIS2b8OH4sd6WXL5zkXbLXKqxRE8I8
J7r80Xd7DO8e7F0ryDDj2a0jBfhkqrCpyjWjaaN2+AT0xvxXBOkrF8RgZNWRfbxiIf/L9nyeR/qQxq
w43F6oIbdLqvYsLVhfzMt/ftFf21LcFPTPSkaI5/8+NzD6p6OfqpI7TOcx2lFOhC0tnfSL59HEs+jz6mod7O
6Pe2OtXUV1Gby5uIJYJvTlvTeVSKSLrCUCUaDezGiGFTSTI7a7
1PSNEaxe5tra+1rxYlxyKpK860LeJY7zl3Zz3/tRbOYsk/ZXrb8Fr/xFXy
q7FXy/FXYq/9//Y7/bAEMAAgICAgIoCAoICAoIjCAgIDeWz/dH8kN xZXXKKXkJNF/XE6KK6sQmEXkD/fW
MMJjCOQ5pYjJ3zr/z5/9kuNdupIBLkxXKAeJJJEhF3yy7Rk8FclAk0LfFW2
OzNZ/HXKSZ20BAAIRAwQHt6oLl0/2qvbzkylw/NDdiLsd/MY8hBAAIRAwQH/
/wA6vy2i0/WL/T4x8owxKwuJp3zr/Z6IOGvgfF+hwNWfUP

c+E/yM1/zBc/nL+WVvc+YNVubebzBapNbzX1zJG6kmqsjSEMD4EZttXCIwy2
HLucfGTxB/WbF/dR/wCqP1Z507dh3lpVOvefCVBP6Wg3I/5cbbLcn0x936Sx
HMszCIDUKAfGmVMl2KuxV2KuxV2KuxV2Kv8A/9P7+Yq7FXYq7FXYq7FXYq7F
Xw1/zlH/AM4QaB/zk/5y8u+cdW/MLVPKE/l7Rjo8ViJY2VvcpKpuHuPUZpmBB
q9KDbNt2f2rLSQMREGzbRlwDIbt4d5K/59aeVPJXm7y55vtfzj1y+ufLd9Hf
29nNpdmscjxV4q5V60qd6Zl5faCWSBiYDfzLXHSAG7fpONP87KAB5k0mgAH/
ABypf+y3NHxQ7j8/2OVui/L2i3mlSazdajqEeo3us3a3U8kMBt404QxwqqoZ
JT0jqSW6nIzmJVQ5KBTJMgl2KuxV2KuxV2KuxV2Kv//U+i/5Tf8AORXnjzR+
Z3/ORn5afmB5k/L/AMrzfk3e2eh+WtTUTWr6jd6ham7ju54Lu9/u4lKo0cZq
Wr8Y2xVAfkd/zlp5i82+QJPNH5hado2q+afMn5hat+Xv5YeS/JMcrSaxd6K8
yT3Amvbho1iZIHneVmWOKJalmYgFVlvnz/nLy2/Kz/F2mfmH+V+t6F5u8reW
7jznZeXoL2wuYta0CwdU1C50u99SOKSaz5Ay28npycSGQMu+KvTvMn52ceVv
LP5a+bdS8i350bx4qyatNFd2jNocZ0+XVHe5TnWYJb28pPocyWUKAeQOKsX0
n/nI7VNe0TTNb0L8nvMOvW/m3SrPWvy8m0u90y7tdXtry7trYRvdpcelazQp
cieVZTwWNWpIzKQFWKeXv+cv11UeedU1r8ovMHlXyX+VXmO/8s/mn50vdR0i
a20O5023FxczyQ211JPLAgZRziQ7tsNjirKdV/5yY/wppvlTzn57/LDzB5O/
KvzleWNlYefrqazmOnNqrpHp02s2EUpnsorh5ETn8fpsyrMIydlVTyL/AM5P
aH558z/mr+W8PlHU9C/Nn8rDNJJ+X+qT2sL6zZx/Ct7pd4JDBNCz/u2ao9N6
CQLUYq9Q9medNZ/Mz8qdG89aBpg8m6t5u0galoOn64EvRa+uC1ubtLOYK1V4
sypJUVpWoxV8aflz/wA5c+ePO3/OLfnX86dT1v8ALfy9+Ynl+TzBcaX5Kmmn
W2eDy5LPDJbzLJeLcepdm2Zo2UDiHT4W7qs68of85UecZPK/OMknmX8tm8y
ebP+cmdEOreXX8u3NtZabZ3A099YksZ/0jc+sphs1r6lGDsCABsMVeu+dP8A
nIXQvyz/ACVf86PzG8ual5XsraZIL/yyHgvryNnvTaF45LR5IZYxGpueaOV9
EF64qr/m/wDnpF+VS/lfcW3k2/8APOnfmt5k0/ypoOpaTd2UccWoaqrPZNN9
ZljrDIkbt6icqUG3xDFDWF/mV/wA5Oat+W+v6ZpV1+SfmfVtL8yedbLyB5Q8w
xXulW0Wp6xfR8ovThurqKZIOSsnrMoWqmm1DiqKg/wCckNah/Mv8rvyt5yfk
v5i8reYfzfR8ovThurqKZIOSsnrMoWqmm1DiqKg/wCckNah/Mv8rvyt5yfk
WelJ5v8AzF8j6r+Xmuad5j8r8icZKjc8icZKjc8icZKjc8icZKjc8icZKjc
kyyTGNYkDct1OKvU9A/Ne/m8233kvzc5C1TyFqVroc/mK21ye4tr3RLqqpY
4pxHfwOCs0RkBeOSNCF+IFl3xViXlz/nJfyt51/IzF9K8vat8o/OOl6Qfhf85
896/pkv5pXLfkjb6Z+VX5m2/kGHW0OqAX2cUzF/cbqVt+V+fvmPnNt4wX1ZP
9rK+dGAH/kK5BsL+7QK4e8DQ711
DJU7GVeH0J1b+Y4GQkiC47M
rBmPyS6YGmTvyS6Jy+ec5ro9ppPNF/r
qqPmcBNZpcEGmGRErB3oGdi3lRhAxWB2WmtoZs2p2
ovGAJkqq6o19bD9yx7nhjXdX9AnUKLMDcUeFemrp9ZLuMPDOSXiAxVL/fJfGFv9NBxKoCj/vPgxV79e3+ecfK/5Y2v5
l+XvM35QkHdYUDVDVFYQ1cpoJxoDGxFQYFOPIYq7jwBTGub5Jz6mk07XmuFkgupOSOnlnWNayFmkVWWqr3i/AJAJqr3mjSf94wah83/Aj1yqSf84wah5g/Ka+8uzc6QY/85C+
W59C0I6rpdzdywVayrB7DcPDcvbpc3jtI0SrK0KIkv76dGbjiq3/nLjO1nf
VX/OHi+fvLN5fEUV03zwt1Ik6oWlvLXT42dfZll/wBDCCSWpHJWHpeqwKhV
8iWV7E/58ee9X/JbRVj1by3+e3l7V7fyv8od7JpKktt5kltJs1nqejG7bKMxs7m
4s/UvLea4PCBWOR45PgxV+V+h/5ydPza8xflfW/+ufk8j5g8fagtt8s8Yt+T+pR
atot55g07RuaS6ncwQMPKVKweUQWh2f01cfEq+adIuNb8b58nb3Of/Of+kfl
3Ya5+Y35R6l5e1STxvNN9YLYWb6d58TRHTV4RDL9S9SCS3geR4YmKyRsvFi2

6qTf84jai+k+efyc1/8ALby9qXmkax+SukaP+ZPkbWbmW31LRzYhXtNb8u3O
uNDBc2N+49O5gs5vgc27zJG2wVfJFv5m8tt/zildaLoX5aTjz8kE83nXzhca
qqWZ0w/mJZSwwW8AeV5Jv0kYIamGKMD1H5stKqv/2Q==

--_005_c926587e23ea429d8fe32aa7f222bbcdHHCorg_--

--_006_c926587e23ea429d8fe32aa7f222bbcdHHCorg_
Content-Type: application/pdf; name="April 2021 Full Med Staff Notice.pdf"
Content-Description: April 2021 Full Med Staff Notice.pdf
Content-Disposition: attachment;
        filename="April 2021 Full Med Staff Notice.pdf"; size=571865;
        creation-date="Mon, 05 Apr 2021 19:53:16 GMT";
        modification-date="Mon, 05 Apr 2021 20:28:15 GMT"
Content-Transfer-Encoding: base64

JVBERi0xLjcKCjQgMCBvYmoKKElkZW50aXR5KQplbmRvYmoKNSAwIG9iagoo
QWRvYmUpCmVuZG9iago4IDAgb2JqCjQuc8Ci9GaWx0ZXIgL0ZsYXRlRGVjb2Rl
Ci9MZW5ndGggMTgyMTczCi9MZW5ndGgxIDUzODc5NgovVHlwZSAvU3RyZWFt
Cj4+CnN0cmVhbQp4nOx9CWBURbb2uff2vqQ7na7sCcEACQAQC
gSyQIGKapENastndYRMkboiIGyLuyjiOG6ghoEZBjcKoo7iMMoqKDi7jCg46
6jgKyX+q6nY2kEHfzP/evNdVqe+rqlt16tSp9XYHAhwABCPIoLGkpmJ69Xs7
FoAq7AeAiF2lxSW1lukVjwAXuRoLXFZaXDntN2lLDgJnuRuAPzi9pLRs34tv
HQbZVEQAxYfT51TVVHz31tcgO0cHwpNfTK+pK75fd+xK4KzrQci6o6omPevO
vzZ9DcB9hq02NrXbu+pfqvYALP0WQLi7aZlHnPpE/RGAa65Feetbupa0/+aL
4u0AnTcBqAOW2N1dYAYrtr8Z6xuXtK1sefKHV38HsMUMEAmtDnvzDwtXXozy
2/B5bitm6HeHv4Fp1BdiW9s9K247YbgPdS8HcG5f6nB1KBJVuwC+6MLnK9o6
m+x/+dv7lQC7UF7uvHb7iq7Ee0Jexfov4HOx3eGx33Lx1mXYHxmmL+2wtzv+
XPxGBtbH/mRc2dXp9gxzYB3q5yHlu1yOrn/YXnSjaOxD8A8fU1oqCD9wGd9K5
hsLvIFQFxO3+cvV+wm9VLK/+6Z0TEzVhqjlYYg08MIf1FDAI3D7N1p/e+XGd
JoxKGuVCt5McSxL0gBEKsR6PnA6NALofaLscCLIZ/B6Qg0p+szwbRUYyFI6D
J3hQAW9Q8oJMJvCyjyFtaABiL0CxaiJ7Vo0ogggQt5/poLyDjxeBGyLPhAG5
H+kpBMr8RrThXoVf7WSFUHUm5YRP4aozlSkPhYrTPedjzlzWmTrFIFwlLz21
XLkT5sC/2Qnfgw7+w5zwEiw4Vb7sOlxTo8tdMzZ9Oie7DeppP95w3nrmsM3WK
clgne/7UcmXvQN2lSuLOzNdhQvAAv9LnWwmzASf+493/EG4EHzunzr+Oyj4
VfXg1Hupz/mcz/mcz/3nOH4ibIX/w064GFaCz/mcz/mcz/3HOtkz0PKvkiUE
Qy1h/jFYQdOr2ecqXC9LD7d5C6wQNmH4zcmfu/C9EAk+53M+53M+53M+53M+
53M+53M+53Oj3Jm+Z9Iy4941fe+ZPudzPudzPudzPudzPudzPudzPudzPudz
//2Ouxl8zud8zud8zud8zud8zud8zud8zud8zud8zud8zud8
zud8zud8zud8zud8zud8zud8zud8zud87n+EG3oCfM7n/m87
QQrh0l+S+gJTGOPfBBm8guk0EDFG/qaTHmMxUADToBSmQwVUQS00gwu2RmRG
ZEdMjCiIKIywieq4/UP0L0KdVH7WuPL5o8pzQ98NfSR0CxFDrw69NXR46BOs
b4RHubChpi8vH/FHE/581vi/eEVd+Gl6WILtzwQFd4Smvj6pPkf/ShZx/OlN
JdVEawk3wi9ywvyTskzAtE7AkC7lMU29rvn0Mrmw0zzbCP9ZZTViXSSvtfNXt
ZecuOmfh2Qsa6utqa6rnzqmaPaty5oyK8ullpSXTiotsU6cVTi51D9vUu7E
9LTUlMT4uFhrTJ50N9o0t6s1ajXs8xlapVStxcGBA5Tu56BsXAUdf1JU2ol
sZ9bMLcce41eVVVBvE3qM0PovGZfZEocdEdDTWEEvNrSViL9scolWLWvdUNpY
gvJ2aDXTrNMcmtQU2KHRYlSLssd5Ea9rCOLnEKRyN8YmnBDh5UetJsrxBXam/u
nTO3vrTEEh3dQPQNgGpGbXQ/Vq9Wq96SyRcfRGGa4Ud6QMbNjYb4TFFjcm6ZmzufWF9
r2DHShuE0g0bLu/1T+6dYYC3pnbDqYZN22dLdiK1U9BsYhE83zh8q7j2OKNV
3PAdoPLWo0fG5tilHEWc8TsgUdLFYTPhc28UDfJUEPsXHU10ubLfBosx0dsz
t56lRVhs6QNbenJDL99Ingx4nwTVkSc93iRG1Rut0WSoShuln2Wt5t6exWJq
Clqf/sThDz4Xe4X4xsVnrYTtjg3WkhJmt9r6XJsJRmx2qa+lOzLSsby9Etvh
JGaYW9+bbu3qDqbWswKYIZIxc1bzNbU0yp9Aab2q4qC+RGdyw5uSd1UbGukuY
gkSWdW7945A9d08ehoMSX7qhvvnR6rmf7R6arX8s/T3
2hrQfA3WekcDGSWrsXfCYWwuWrrZIzaHfxxpV9Y8apxHreIjSQ0clMsQzB
WlyID4w4XDRJrRrS4UKznLOAthq1lJUhsjBxMCHHTyskjgVSdVm6Jbohm7jQq

WSSd5HG9qlGyjJgxrBNr52dVY6WJQhPEUkfJKAXHCJVLCkrSTq0nT2whNYw1
VGQ4y72PhDhcuZjHoxiaRUbRLPbCHLHe6rA2WHEO2ebUk74RW9PxnVljnTl3
QT0dbWmW1I5Jsed5LNUL0fjYm+Cn4RwsS7Z4h5Wmp9P0cLJ83OMK72Nxg8o6
s2YDEW6VBIKIKwg7rYivsF+ZZ8rBpVmGu5u1zG4VjWLZBnv/UM/iDTtstg1d
pY2tBUSGtaJ5g7WmvtBCda2uX2NZRZoywUxuZm1xagruPcU7rNz6uTts3Pqa
BfWPGwHE9bX1fTzHT2ssbtgRi8/qHxcBbDSXJ7kkkyREkiCSqjGhouUtj9sA
euhTGc2g6aZ+DmieypvHQVM/z/KM3jwe82Qsz0bziMNBMreiiXG7LRWbyfCs
bmjd0NhAFhcE41DiD9fLWadAL2+dsoPjFbpejdVR3Ku1FpP8qSR/KstXkHwl
TgwumEPjkD1pQ6MV9ymcUPVg4dhUFIhIsX9oqLY++mXL0YZonGoLMSyo71Un
494vj5uB5aaT0IjZ03t7muxED6irJ3WVcRVNDThtvQKxSEWvGiWoJQlYoozW
IdMRKzXh2OAA0vo9mOjtaehtSCaN1jsb6HQ29kK5tQCHncmUx5OG0hs2mKxZ
dG3iUtDEXU5IjbpBTT3LsWASG2tgRlLqUPMmKz5qahTR2jJoqsGpzvZSjYXl
OHBLlMU7aNBYpIdAuiXEafWaXnUaCsQfEtemkSUpj1M2NDDlaepyqQC2bezV
okbxo0wpVUDr4KMKogv+XI6qkqLPEDFz+6HaugJ3FqI0laTEx736uAo7bv6s
vhZzrHneyiqyR2glGftYrpL0XId2F+Jq+4futa6MHuVSU6zkcCATEyyP48SG
hg3jM3rPTk5NUY3P1dPsDRtU+lNXYPZS6YcZM6FPLXxZFCFMwyk/WShCvFLI
gFsx8CAT0qEZgwfDAQwyIVVIgjyIEIIkThaS+vKiYp/G5N0YdmEQhgYw05pQ
9jiNhItlRU1CIeQJk6FOKEDOR85DnoSeizwROQc5G9mKHIMcjSxCHSQLZCku
JSicxZ5hajLmxQqZUIuBp7EcKfUtBhkECglQguFjDAJqnYBlWI4Hw6UYNmM4
gOFbDCpUPQYl5mCLHNYVsbSIpUWUKGINEWuIoOD/0RcZEdXP/9AXmYz0977I
FKTvGX3H6Fv27G8s9Q2jrxkdY/RXRl+xkkcZHWGZXzL6gtHnjD5j9CmjTxj9
hdHHfZFqpI9Y6kNGH/RFmJAO90WElv25LyId6X1G7zE6xOhdVuQdlnqb0UFG
bzF6k9GfGB1g9Aaj1xn9kdFrjF5l9ApT4mVG+xm9xOhF1uwfWMkXGD3P6DlG
v2e0j9FeRs8yeobRAKOnmcynGD3JMvcw2s3oCUaPM+pn9BijRxk9wmgXo52M
+hjt6AvPQupl9HBfeDbSQ4weZLSd0TZGD/SFZyLdz+g+Vu9eRvcw+h2juxn9
ltFdrPpvGG1ldCejOxjdzug2JvpWRrew6jczuonRjYy2MLqB1dvM6HpGmxhd
x+haRtcwupqJvopV38joSkYbGF3BaD2rcDmjdYwuY3Qpo0sYXdxnyUG6iFEP
o7WMLmS0htFqRhcwWsVoJaMVjJYzWsaom5GHkZuRi9H5jLoYdfaFTUTqYNTO
qI3RUkbnMXIyamW0hFELIwejZkZNjBYzsjNqZHQuo0WMzmG0kNHZjBYwaugL
nYRUz2g+o3mM6hjVMqphVM1oLqM5jKoYzWY0i1Elo5mMZjCqYFTOaDqjMkal
jEoYTWNUzKiIkY3RVEZTGJ3FqJDRZEYFjPL7zPIIeYwmMcplNJFRDqNsRlmM
MhllUBK4PnMaptJZZhqjVEYpjIZJTGawCiRUQKjeEZxfSGTkWIZWftCyISO
6QspQIpmmSKjKEaRjCIYhTOyMApjFMrIzCiEUTCjINZCIGshgGWaGPkzMjIy
MPJjpGekY6RlpGGkZjJVjJQsU8FIzkjGSGDEM+IYASVuiNEgoxOMjjP6idGP
jP7B6AdGf6fNct/THnHfscxvGf2N0TeMvmZ0jNfGX3F6CjjI4y+ZPQFo88Z
fcboU9beJ33BVqS/MPq4LxgnGPcRow/7gvOQPmB0uC94GtKf+4JLkN5n9B6j
Q33BpUjv9gWXIb3D6G1GB5notxi9yYT9i9iQk7wOgNRq8zYX9k9V5j9CqjVxi9
zGg/o5dYvReZ6D8weoEp/zyj51h7v+8LLkbaxyrsZQ09y7R+hgkbYPQ0o6cY
PcloD6PdjJ5goh9novuZ6MeY6EcZPcJoF2toJ6M+RjtYs72MHmb0EBP9IKPt
jLYxeoDR/X1BuO9y9/UFFSHdy+ievqBZSL/rC5qNdHdfUBXSb/uCpmHu6guy
If2GFdnKitzJitzBitzOnt3GSt7KUrewkjczuolVuJHRlr6gOUg3sOqbGV3P
aBNT6TpW8lpW8hpgGV/cFzUW6ipXcyOhKRhv6AuuRrugLbEBa3sxe4EOnyvsBz
kNb1Bc5Auqwv8GykS9mzS1jJi1mRi2wPhX8zlEb91a886rBudtSzGJ7BMIDh
ae28qD4MOzD0YngYw0MYHsSwHcM2DA9guB/DfRjuxXAPht9huBvDbzHcheE3
GLZiuBPDHZrWqFsw3IzhJgw3YtiC4QYMMzFcj2EThuswXKtjboGw9UYrsKw
EUORmj/O/wjzIIr/CbkVori1fQFkOV7YZyJTy8PI3edPppaL0fmMuhh1Mupg
1M6ojdFSRucxKmQ0uc9IqIBRPqM8RpMY5TKayCiHUTajrD4DmaeZjDIYmRj5
MzIyMjDyY6Tvw0Hp53SMtlw0jNSMVIyUfXoy1Arb2chfYTiK4QiGLzF8geFz
HM4/Y3gfw3sYDmF4F8M7GN7GYTmI4S0MT2F4EsMeDLsxPIHhdhyK2zD0cz3M
0qv6/MmUX8mMs4LRckbLGHUzsaomNmhiJGN0VRGUxidxbocxCiQUQChxwVB
4PtsUXc/JfD4csfDPgyCAEyXCxjVsFGvZprNZTSHURWj2YxmMapkNJPRDEYV
jMoZTWdUxqiUUQmjEbbRTHmRURSjSEYRjMIZWRiFMQpleZGbdDGEUbLsV+QSG
4xh+wvAjhn/gAP+A4e8YYsfwHYZ/ZvMfwNR/UbDF9j+BTDXj+guFjDB9h+BDD
Bzi6L2PYj+ElDC9i+AOGFzA8j+E5DL/HsA/DXgz9GB7DEX8UwyMYdmHYieFW
Mvr8CWbjNYxWM3L2+eNVIGtltISZpYWR2g1EzoyUyOpfRIkbnMFrI
6GxGCxg1MKpmNJ/RPEZ1jGoZpTNKY7ZOZZTCKJlREqMDRQZTCKZxTHxiaW
kZWRnJGMkcCIZ8SxFQm2u5CHMAxi+AwN+yaGP2E4gOENDK9j+COG1zC8iuEV

NPTjGC4T4qIuFdKiLuHSoi4u76m7aFtP3dryNXUXbltTp10zec3MNYJ2jQXp
gjXb1ry7RrG6fFXdBdtW1clWBa7iNSvLl9et2La8Truc0y0r766r7f64+9tu
IbC7tru529O9ufsAZijv7t7Vva9b6B8asJm68yaX9XRf280H4nMeujkDyY7u
1vqVecpdde5trjqZK8fFT/7WxR12cXyGi5vjanTxWGqnKzaxjJSe6AoOKzO6
Mlw2l3B+eWdd17bOuqrOzs61nXd2Pt0pX9t5TSf/MMZ4W6daX9ZR3l7353YO
9vBDYMQwwA/1CZrO3fwgcPBXXftA2xC1FA5yHhnCmLalr3bakriWtuc6xrbmu
KW1xnT2tse7ctHPqFm07p25h2oK6s7ctqGtIq6+bj+XnpdXW1W2rratJm1tX
vW1uXVXa7LrZmD8rbWZd5baZdTPSyusqtpXXzSnnpqeV1ZUKuVF4gkAk/nRF
9kQei5RpGyO6IviuiMMRxyKErvBj4fxaC2cIWxt2TZhgQOAZhEaFXhN6Z+jD
oXIDjQi6LlOPie/y7/HnM/xt/q/5H/aXgf9Wf95wjeFOw8MGocpwruGvhiGD
7GED97Df036v+glVfuf6dfoJBj+SFow2v7TMMoM+Sm+bnq4XCtP1U/VVeuEa
PWfTp2WV2fSxCWVTdVW6c3XCnTrOpoufUPZXzZCGt2nwwV/VQ2p+SM2BwIkc
B5wRSVDh2OzigqLKhCc58mWlHDjuWqhNntmvHKqe2auac3Yvt743roagbe6C
XsX6XqhbcHb9Do67umEHx0+r7Q0kn63T9GVXXQURxTN7I2rq+4StWyOKG2b2
9pC4zUbjQyQOWKQheZG72+32JLuTETAscmOOpxt/KHGIyN0e8sTjBiyS/DOO
lHAT6qaF3N3ndqMMflDZbppNUotokeT/Cc6d/N/ouGSf+29ygBOZzGr36lIl
JgPOU7f53EX063/lHQCD14/6fYCL0N8G2+AReAKegRfhDfgbp4FGuAyeho/g
C/gGfsJ1q+SCuHBuAvzL3OAl8nbQCwOggBCAoR+HPh+8f+hz3B78RuVcj6kQ
WfxIzpBp6Oj4vMHrB/sHX1FowUjrGvmXMPcYd3ToR34qSQ/lkjR/OYnTGseU
dww+PHjnGHW6wAXdsAJWwiq4ANbAhbAWLoF1cDmshyvQFmsxfiVshKvgargG
roXrYBNcD5vhBtgCN8JNcDPcAreiHW+HO+BO6RlJ34F+C31KntwF98D9sB35
t3A3/A7uhfsw/QBafzs8hHksh6UfxJyt8BvMvQdzSSmS9zD6XtgBfbATduGY
sbQ31Q8D8Cg8hvw4juZu2ANPwlM4jgM4ss/SPJLjTf98SYZ7YR/8Hp6D5+EF
+APOjJdgP7wMr8Crv+rJ74dzSOo1+CO8jnPtAPwJ3oS34G14F96HP8Nh+BBn
3ZGTnh/EEu9gmfekUh9gqb/A51jyKJZk5ViZQ/TpZ1TCAax7GD7mVPAdx8NP
MIQxMnpb6AjdTMeRjB4Znbupncl4PIxpMkL3Do/Ng2jjB3E8SYrEb5FG4yEs
uwMt6LXfqa32ijQ6zN57sAyxBXnysmSL56WRIHKeGq77En3WR+s9Oyx1xKKs
h38aZZ1Do2z4F/iEWoZZjz0dsR4p8TGWIVYmMsba9kOsy6xP6pL80XXIs3cw
/TnuDkfQ00S/pCPxJXw6HP9Uen4UvoK/wncUj8HXuJ/8Db7F9PeYcwxTJ+eO
z/k7+h/gH/AjjuBxODEqdWLckxMwiGOMFwyO5wQYHImN5NIg4+ScAvc0Fafm
NJyO03N+nAGvK8pxT7TDT/xPeqI7xTM1zTFxAVwg7pchnJkL4yy4b0ZwkVwU
F83FjHoWOvxExCdWLpaLk54F05qhw3WjsETIqLITuAxuOWIyl8alYzyTy+Em
cpO4fMxJxXQWpgvwWQblYpgDi6ENfpR/xu9H+YG4q+z4tbu2/AEIgq1DPwwV
D951Yo/wKFfL7UeL+MEQjlQHZ4Ot8kWwVN419D0XM/S1fPrQEdmPQ0e4zKFv
QSNsFVpwHXwgq4TVeAuEQbfwLu7YAighH2bBbKjdA3rudtzWC7iXdpWUqFKV
T2GSB5F7CVQ4fLfbAmS83mKZap2o2CjM9ya+YqtzI18LUE++/9xzCy6b89Je5
9PeOvnnUeOI5///z0oweOZmRy/tH+NAT68UqIQmGNSeMnJsTnZmdnTeEn5sRb
Y/x4mpeTO2mKkJ0VyQuB3pwpPElzwrvHq4TSE7H8yujJNZlyLjkuJCpApRKi
IvVx2aJh5ixrbmKYXKKZSCHKVMiG32Fq3fEbMKxpzQnhEglmDHBGOfOJZud+P
38j9fpovK/lpD/9Zfv2UWMVKvZaXq1W3J0YGxWaGnzVTb9DL/SwhYeFKlb+f
JqncfuLmsLgQjSYkLiw8jsiKO0G+860a+lKmk1vRbleQG33JdfV84JD/FPw9+
YObsEA3xQ5/t0hq4ynjydhtQI8NX18cmZphJVgZ5/bWp54F5atiJ5ANHpxLg
0Fj7MjIte35I/YzMhrhAP2bcHFNuLtpNESTZkVg4KDCSJwYn9pTpBIUmeOrZ
3SWXvbllTv0d712W21xXYtEoBJnGT21Iq3CUzVpZl5I+/4JZZS0V6XqNTiXb
F2oNNYXERgdX//bbu37HwUMLTBHxFN4fHhkUpjOmmyd2n1Pq+vetonRiaLK
nEx+q/YqAGEjzq8UeIjZaEdYQj+/yWZQB4gBIqghzKzH7oQ9gbca7O6jem5W
fLwitF/qeSi+tdvU+rkJtNMJ5B3epqglnT6aPPVoMs615KPJXHq6KT8/Pd14
NAuN9+i/QCIzJG+Njomf6J+Tmx2NBqQGjPYf8f8XOaOaQzqE8uiU1Oj+XVqP41c
juYbzoOIuVxtl3KAeXMm9TuJLcBpqE1JkrSkJmtCESJyM2sF92hCcnvEhmsHr
teYEYq+KoS9kt8pjYSq8zey1MzzcYCZfjkKCYTd/M+SAeeiznQZulhl7tFNP
+dhOHWEuYVdMTH76lN1cOq5sjdRhTT93tk2dXxNIOxxIPmGxpc+TOkxmjT/2
+SjeT+nsO4oJNOLj/7ZW0LTcSVMyd5K/FU1Nljq1r3+gn2zU4pehSdR6tb6g
8bL6RTe1FUw+74YFKfPivjMFEmNzjxhDAzRBRY1LnBNv/e6BBY29/7i5dsOS
EotOVhqRFKqJTYotWn6vo/N+V0FgIJeSmhseH6LVBkcFnjgRmRoWHqhpuP9v
t9x5YseikOj48GwyZ4d+5G6QB+IeO4GNweMA/OZHbBpjtbwOuzSVSw/DtWbZ
6U17pwvR2F/ar4K4G/SRWQnx2ZF6VRfWJEWpD5WY9QoFAiy57wx1priffwh
hfAWa82m1WdkhKSna9LM5rB+vnlXbKZQp8H1YxCbOzdUpzXv5lLBBmlDx3YZ

rXxlJg6NTSSxECNBPcMQHMc0RVTi3Kg6Ux3Tc+pUU0g+eR0JO5qVlYXdOHA0
yz/bSMA//6z07Gz/bOzWI//SRsbYxsr5CSSWwFn9RwxGToFIPoTL5nDrp7ZT
nK+NyIiLzQjX8YNXyExRGTExGVEmYXALr41Mx/wIBW7q9rTiDFHHmWVcjD5q
Ql7cDktC6CgTR/z0sd5fI8i1Rq0s/KePhvMvys41WPOTjp8QuKSCWIMf1gI2
CrJ+uQnOgp1sFB5NMGjSDIZA8i1wZFoW0i6IzKueQOxgMsTzlRMS02J0RhLT
aRWGfm7NY7iuY+aG1qWRD0a9ewpaIz//qH9+fjIugPxkZnO0eLo/M3bff12k
18LMsPHxCdbg4KCTzRsQKYRkx8ePTFBZv9ESF9BlzU5ODB18KrwghJfJtJa0
WGtamGZS4lXxORNiA44HJyfGmzhB0IWnxcakhWoWhsSatX5xU7P4c3LXTC6/
pvLE2RqjVqHQommvTE/XR05MGExIrqmZk1h2Uyl/rsaok8t1OM95mDP0uTxU
HgcBkACdzMZPQyD/LN5nIhE1EDqyQy+0qQ01VrqVWMmHwDb5vOEdmmM3Ctyi
zrDCqB3He5mQ54w9EOWhc+74/OYbP9gyE/mW6z+4cdbgEXFWT6P94jnRYmWP
nTC/5TeDO86puuvHbbf/1Lto9I1/f7Tl3uVFFat+e/Z596+YWr76dziLdEM/
Cl/gWo6BGum0A0U/v3mn2V9h8h5AJtwpd9ki5uroakEVs7j0fSdexh7tOF0h
by+iR0Y22tsjehB9QQ+bPfpIHGTcdAb3aNhhpBGuJceP7K6ICaG6n44OL4QA
XeiEiMikUK02NImsgAVDXwpXyibDRDirzwwJu/k3QAfB3MRdYgQXEUO/B2vh
+znTo+mZUzP5zJR+bukOpRPvfQfOOUpBur3Ejdu7f+4CIlypjsguP3ti95Pr
ymddMeBJrpmeF66Tq/QqXWxBdf6UxqKYxArHIJxZeQk6JV5L7p6QERFuNpSs
33/5+tevrvALiQzPzIqIN2ssoiVzwYWVCy6pSQiNCFUFTyD/2mcdgKxAFg8m
iIKEpyGA/y3OszB+Ld44zFxGn1+zpZ/L3CFfAlOPTj0qTSlu/JFPp4nVn2gs
K5h7w5+uHXw/csKESK7g6pevnjH4fXS5p3Hp0nrXrHg+5obXLp4cGy9sio+1
XfTsFWUrGrJO2FPm96BdURMhFTVJgbPo3WftY2q8+QSAOqyf83vUGM/R2wnn
36dvxtuI/w4F0wmPy/NRsZeHLzY/cyEJGn8hSSUmPPEsUZQvwKhMhjB4EVeq
8lPLZGo/1eBu7hLMktsteKdlOquD48MtsSGajzFiCYsLVg8OqkPiyKyox/tI
pKwQT4KKnZGR5CZyQR8kGp7it+JEmcqZ8Apg5dSPhuLSDs3QkG9EC1rw9C/c
keGUukH1N7LZgbtWumTncef/ROvIZCa7l0LJTorhG4BFrtYq/LNnd8ycuboh
K2PeiulRxZbdSuwH9lfJrYqMDgq21jYsSl33pxvm1N769mWVKxdMCtIKF0Ul
hJApkrGgZ+68i+tT9Pp3NEGxYWGxQerE6MHZoXFKfbBRXb7hpYsueX3TrIDw
iMBU0u91eAfYIEvBO0AAOf1v36UxOuSN27+o9JYjD3tN+iisuLisyJ1+ois
+LisKF2UhtlbI3yOdxc5ucAwufK9OBvyoHxXSlBqAhq0waaO0adrUlNjcvCU
b7X5Q8zE5tRgrRAR3xzRamylzdJTlZ0eJjyq0axmcm7n549WxsqxN6tTHq8B
2QH0eA0Oku/VWjLi4jPCNfzgG7K8dWJquEEYflvH3Pj4dIsmLf7hVFtalO5t
2Z/1UckFCQ8mpIx0JvP4i/4GmUqnEnKPvzqc2zchxRiTn3hiH5+fVGA1pEyQ
bCgrQhtOhrQd0Sbyi0nhsgwkmx7Ccx3apBCxOaRVWEJ6h/0ZPhpJjxR4msUn
COQwC2T3wfG9CQ4OyU4TRp1mRcnxf5iQYXov2hbJ8TynNifFxKSGqtPiXzNF
hQWrX4ybJvIcz3Hq0KQYa3Koum5CSnwS91zZdUWRZeXTIwf50Z1RB0QEDi6s
2lRunVM9J5Y8F7mcWepwxVxGa4Ico4lkBPsXnqC3UdOMJz+hhY8gPJ3yJ0n
7SynOX9kl03f8NIlF/1+XWkF8uq968sHv7FMcVRUtky1WKY0V8xYYgvno9e9
samy8JI/Xn/Ra9fNmnLJ/lvm9JydMenc1aV1l56dPuncHrLr4fnzKc6ubFyv
xY+Dhn9gV6Yx2T+H/Npn/GR/8IuO4cn+/Zxy5+TJIfn9nP4RMgRsgpEd52g+
Kpx1gKzaN0dN84SENME6dkp5dx0l3ipCgoO5kZ1S+FQnFqQm54h+wiy/iLj0
uBm6SFwZ2RE63DlrHde0FoRNnJ0TmhQXY6zTqAaf8Y8vzF3WkT01KShAqZHj
26dR91FifrxpeO3wgDwZHxtT3jkzd8H0iUNZOpZCW+HR/AvhWdYAwe/CozL
IXPNgj1vxJ6LELUDZP387TuDDTJjPzdpp6VZQ/p31HvMcmRyjfTFOuYQbfQ3
DpEFnJAZoR9S6Un7epXAq3RqmfBMXurxvcM6ncU+WSCfCiSg5WcOfS7sl7dD
POTD9dKnAVpL/m6efN6fzrtsmoDoMm1+gkXml+Q95JP6uQqb2jwjh95bcjC1
y+Y3S14pHfnkbZSueZxCWbjOLTb1rxQx+g4+Ufrwhc7E4JDh9YNrbfSMnCTs
15gnRIqJodrSGxe2XNWQmL1407kzVxWSi3kcXsx/zG3KzZyeHGSaUJITlpmd
K8ZoDRqZTGPQNs2orlq3s2n5U+vKz5rMfeS9Hp7IKSnPrHZMzDuvJssQMymR
jNqFQz/yu4W3cL52SPeleEM/32jTQZhBE6VJ1wh6QUPeQLXcLDxcamwaW/KM
eEOQWBFEu0i2DezmuYvOwcE9mk9vhZp/WnzcK6jS/6TdPIh+BqXgd+PZqVEF
hkaagpJSM8N1tO8ROk3YhCgxKURjnZKXF66PFM1auYwXZsbixVmpUvrHFqac
OKBhO4ZGWO2NdWYVxRsEpVqjC0rCGVPA7+FvVWghFg/SrD516MTdXC/OlVRu
l83oH9UeqhYStwefn/WgziO4yfylZ+nIbCDT+IzHM3cSf2tMujkqUJlqLyw5
Jz8s2tY4Na0yjhz3EfHB6mcjc6MsiWatOiQh3JJn5T/yM8pUWmVuakbm3LbC
cnd1cnQ0F0RuYYJUCoxycERsflpRriZyUZImhn/Is4H/PvS+PhFSI3xKTBvjq
0mvThWmeSTg/xhAU2RVEOkC0x/3wxD5T/tgrgHLMxoLnE7O+jHufl2uUSo3e
X683h0X6q4LjIsLjgzXW9IyY4IS4GJNfRKBS4GRPh0Ujy2UqU1Tw4JNKLbnx

aJV8kB+6yVhBLVOqTCJafOvQ37gnhIfpzm3ZAfhq1/+YJtIaWik3lMPUl6e+
zKVnk+Nn/G7tP/6jyCf8onMnTMiN1ukY+41PC8FJebEGQ2xeUnJBrNEYW3Ci
PCmfZOQnJU0mPJncUVcKzfw78uXkcwaI2gNBvAK0EM0rHp0gt8RPN05Ho72M
u9bRN0efIMLwjcO7OQvxdOiD+L3qoJgwizVQbdZZUkQxxalZbFMHWsMsMUEq
LoQjmUWZwtXeNwDuaVyacnxB1gwWjc0LCgIjtMAC2dmy2aAEA4SQWzSkwySY
CtOhCubDubAEOmE5rIU3bR1zWttq2/JWrC5cndjISfGIjc2xzarySl0l2Epk
JcaMnMCcttWe5sqSnJySymbP6jZleP1Cc/gM17LZy4pXXVh2YdZ5HbkdYQsW
RS4yVc8LnscXTFFM0SSl+aUtu7Bj0bwpaWlT5i3quHCZMr5lcUw8pL+c/rJ/
CN4rqfPPNr6cdXrgSA3TL6lBDG6NmZiTnZUgcYDEIRJ7nyvHpbl/8lwZPDYd
N06+tz3hQEZOTsZmAn/PzszOjCWxwUlZ6B7MzszM5qsJnggjGfwlw2VPPJSR
k5UVy2Xm5GRyz5OHgwsJ/p2U3kxiwhaEDEwNvpWdnflnTHA3YmQekXYBAvdk
VvrEE+UYuyEjI4cXpUKDSox8Rqq9nZORk4YRXPe1/F5+r/wbPPPydyYn6yP6
uT6bATR9xrS+RCN6s/j0xH5+qM/8tLyfH6Q3Iv9RLwT7svBtIEDauSKFILKl
xZO7Bt24guk5lEu3BHLTYC8Etdn2jfUzzok0BGplJoPSpNVHJWRFZc9ID7Yv
is2JD9drTUqDSaYNNBhiUgsSFlzVlCOrPvvmzrOi/dWGYDE0Q1QplIEmfVzx
gondF+lNgSqFSswIFUMMarXJoM5puWFoCFbwr/Hnyz/mFap+AEzX8XsFP/k3
mH6Cplfw+7k8+WeY3uNNy2Jo+QFvWgiTf4rpZ6T6zwqVtP5emo7k9/ObaPnn
geyfUnsQA4U7AqP6uUO2QKXZYDaAMnBPT+S1kXxkpCxgjxZt2Be1B283Q6d+
RSRnwsgbYjCxZ3SQZD6rFd8Ug/nzTaZBhzkmxszdbAwIMA4e/cxkIq8mn3FB
JpMQmRodFsn/LiIsKj1V3ByVGhLpr9gRTTSULIB3+Zk7LZb0YNRxlxXAiles
92ym9KjdEGIM4UNCcpLynxK0B3OIqgFvJ0mqnlhzwEw/AT5HGnYj+5yZO2nE
6Ztg/ESpA2TnVY453yIFwY8Ne3zmWbG586ZEdy8Rk/zWGAICDJwyJIpsgQ1N
zbcuzZvcecfi2efTeSJfyEbdqLPazs67YJVKtUlMSY6OtODtM8hfrwzLXbJ5
UeMtbQWRdI6wEaEjDHoIeQrTh0CBt+lBEEh/2Dsg0917ZnF5iXn5CYl5eYn8
EYO/v4F/z8/f30+SROYGJIMNX/RA9FNFRwcrdnPv4sgbuXcfC45WGgRtQhi1
mKClFsvOnpqN+xU97E30k9l8U/5Ik4KCmk3wH11GBvRR53/BkMbF5E+OfUSZk
ZyXJH4/PzY1LEM+PTI4MVt9yhzrIEhvqSYyR9NSd+MakMxh4w4m/0fTOGKs2
ONY8WM09GGoN0VpjpD6Q+Yw3lYydVnVo+m7uPowHcPc9EmqYEJwVQX5fTwbB
VHXUPN+ruaQzO6bShITgwKCTdMYXiPiJ8TleQwphyRGzQmIiwgzPKFRKhYyP
y8mNToxYFBprCdbfqPP306k4Lm5iToygFyPx7h3BLdUadTpVcHLI4Hl+JpMf
/0RUlCpQNA/+JTjKEmYMNBmjtFybER05c6WViGdaFMTvwQE4jMNg5g7vVAUc
1JMhsByUe9fXmJe3eGkGKnPiR21PQmWW/bpFex5HPPexJ1+oPSejNCWo+lyC
sqbFty7N3/dq481L85/90/K1sUUNuWtWxxafjfaU1j8Eg7gD5LiWHjFqZbqD
AU+gHVV0irHXlX3DryvMaCNLg98UYHwsIT8v8VETOj7VGCDfnBp74n46hvNj
UzNEEbihJ5QP8mWqTBBAtQM7n56dkSlEB0WX8RtPeFSZl2LX7/jnnss4hX/h
VJ7fMM4/c6ZeuFQ2cZS/95d6+b/PtY3yO5hXGE/pN47z/WfqlWnKm0f5T0/n
Vc2n8Hf///Tqqf8H/JP/87zGehq/zOd9/n+9f+q/12v1Pu/z/u9u9LuqM/JXo
r0d/K/rfSn6bbqdu97Df6/M+7/7M+7/7/PM6wPRb0S/g3m/AL8V6HdL/q8/+8
7/M+7/7M+7/7M+7/7M+7/7M+7/7M+7/7M+7/7M+7/7M+7/7/M+7/7M+7/7M+7/+
7/M+9/vDeDzPv9/1NNh/h62b/EfkkEQGJcBBwtDXxDiD8ApBwrtIjoJKoS
Q+9BOBeG8Q8RoHvoeZiK+geVMFBOGXkCcCcOfQHxUGYIhWYs2Ya4cehaBbmDz3zA
bcScT8l/n8DHgPQ3x3kj1USg2vjRFFnzoJK9IKC9Cd6/jp8m65XiMjDLnpPicoy/
L8UVGP9eiithmdxPiqsgSb5JiqtBVdG6R4hp+63BbWpinfFSK6yBJpZPiej+F
KleK+8EMLCP9/XBOFFywoxTlQhpRIcR5k5snuH/0Z9iHmzFJeBznynFFJdfJsU
V2D8MSmuhNnmNvmVJcBUHB06S4GozmSmu4e4YtMeWt8zuOLszL8zOLszM4s
zuzM4szLM7szLMziyu9yOLc6U5/y9/y9/y6U9/P9IEIWZEEAm5MGSFfijjhuVCz
RZiGMRdd0UbijtBG0YOd8zsmsPjzp4jMLnT5E4LeKyyOxnwaOX9rWcO09JY
yjgWY4kqlOZ/ZAGn/yWbk/4OZcGm/8QRPXzkn+QWTstn9Rgp6d3eWWNsn5y4/o
jfSDPPegF6s6s6UYr/TKO9/7TYKfQiYYhzm7qd/fgGI9frtKp8R5e/ghzaG
xNRyjHnoOLixf4sx3kZ2kZ/6clPbkP6w46EZZdIlmSSPbPPrM0+Qmmfmc/eWmc5
jkoL5pD52E0t6Kn+KHHsmfmzK9cFa/tUapdmq9kxLqkfG8r7Ys8c+ThNdjdqnS9Rw9fR
+9S
A3PaaatMpptaakQD00mIX7QtbG17bMt3b6kwhM6FVmrlEq3Ysa8f2PTTVQcfa
O6+ZzVgrbBw7pH51UtsupiVHNB7dI2K1FbQe6/VSTKfRtTt6NBOothHYqYSW1

Q7e0Skfb2zv7OqSZTPrPxsVFZ4N3jjroWJOZ2zXcG6bjEqmMG1OrJOke7AUb
oWXDo2Snc4SsgPYx/fLuPE2oiZ223yS1n3aKHargpH6S1dmJ6WaYJ80a76zP
RQlZuGuMLZ86XP7nZ7+H6tFMZyfRaenwuIys1pP3ziXSXO8aLk1mM5sFHVje
QefT/589WOPbhf9jduFK1KQJEunKmyA9F2E6nRWdVDMPerKHFUA6+mZqW1Kz
/aTZkybNuXSMr6RzaAmdRWRsVmKuHXVnNvZKZTLbqA5EgxaqLdv7mKxTzVE3
neddtO/MCt56ZFQbaBts911JLc0s4xkebW9p717RJO3nZOWnUBuQcl3SrBi9
d3dRu3ZIewaT4pDSdmmfdtBdxkl7yLRbTPXwjvL4EfNINdj8cZ2U0zLch5Qz
2gnYSdFMbeqRTiS2Plm7KcPtjO8B21mXUzs10fV0Kpstl3rqpCutja4ptvJP
tj2pw06bRCw/YcwMPrV0psOvte3o9cFOfFE6sz105JrGnJ3jezByUo7Xa/Ko
OUB6wvrCbhDevdI1fBtppudxB91H7D/bUzb37GNmFdsPOiVkvWLxbrpe2P7U
TM82p7S3MDmkZBvd/X9+jrJdvEMamRHp3hXiHHXTaKX7nVOyM9nV9XS/dEh9
8N46vFYeO6tT6MjYabwZvHeu8fvc+JWQOG5fcNB9ejm9ZTjp6JNRtWMesdAS
LOF9li7JPHfc3jlBWr0ju8XIDcGrzS85nc7wNBDDx8mo9MoQI4Zn83mYx8bJ
O2vYjaVNOkVGZvfpTjjvrPz5U46M3JzhleMedUdh481mgUNqi+3YHdK4p9A+
u6TTx3uvYHelJdI4e+cxm1dd0j2ItdBJ7+J22k/vTLHDyCk/fj/7N4zFsIXs
tO/Ebk5pr2+W1mqTdP/uoLqOPjOd9IbupnNT0vHnxxbjNWPPeRztCaNs1Awj
bw2j18MZy4ORNx1v6VPvbinjdjev7cfXJlZj++nofnv1co256bE+jJxE3jEk
cfbGRt7MvGnHqBnSRd/J2uh8ax11wjKtF1NdHNJJ1T08lqP3EjaG6dKIu+kq
aRvWwbuux86lM7fq6BOe9XL0STN2To9YYjm1Y/uvHEfvadBN3ziZZRyjNGim
SNocsct5WKJp1NnhOc1+zHb+ZtoD74lXMGYXZ7exZTR+qlt3Bz0jvKfM6Hc2
57jTePSeMraWm+4VbKwWS/0+9Zlr/5kRdQ333k1naQeVzlbRyW/Dv3YGeM+3
ciiIT6ugDFPz8bSspjkVmCfiLlqNT+ZhqgRzSzAnAUvUSM8T6EjNp+dQOZar
o2cck1GNOBvTDXSPKwORpklqJpafjbJI3VKop22UorQaWrKayp6FuZXIpVI5
UmMa5tRhmsSn012QtTcba7F3iArpTGSa1mK+ONzDsVpV0Ba9ms3CVDXKL5ee
FqHsCiqP6E/aL6Px2cN6lkmaFlEbEclE5jTUqJKmSG4d8hwsV0PbL6J9ZtrO
pn0ow+esL6VUA9JymtRXVo7YZ570hIwR0a8S/UiviqgNyqk2l/abhjwHNSfy
p+NTUpuUqaSjyEoW0/qkj6S3lTQ10is2UtNob4hViQ1KMD4Lw/Rh21VTZLpU
j5I21nbz6fORUqx/RRJOo5aroik2GtNoqpaOFXmaIo1lNe3lH+Fbn05lYSksV
0R7XDM+QMjp7mfbe2cnaqBqlCWuPjO1oXbyzWjzNGmFSvM/rpJE+2S7E6kXU
JkSvmuGWf04yrs37xayMzDxxlrPJ1enubPGI0zpdXZ0uu8fZ2ZEmFrW1idXO
Ja0et1jtcDtcyxzNafpyx2KXY7lY1eXoqF3Z5RAr7Ss7uz1iW+cSZ5PY1Nm1
0kVqiERyRrYYT2hSilhtb+tqFcvtHU2dTUsxd0Zna4dY3t3sJu3UtjrdYtto
OS2dLrHYubjN2WRvE6UWsUwnNiq6O7tdTQ6RqLvc7nKI3R3NDpfoaXWIsypq
xUpnk6PD7Zgsuh0O0dG+2NHc7GgW21iu2OxwN7mcXaR7tI1mh8fubHOnTbO3
ORe7nKQNu9jeiQKxHUHG6W4nC1i73d2bZSXO70tIru7sWeNofo6sR2nR1L
UCks6nG0Y82OZjSAq8PhcqeJFR6xxWH3dLscbtHlwF44PdhGkztFdLfb0a5N
9i6Mkyrt3W0eZxeK7Ohud7iwpNvhoQLcYperE0eDaIvS29o6l4utaFzR2d5l
b/KIzg7RQ2yNmmEV7GMHttXZIi52LqGCWUMexwoPVnYudaSJUjcT3GK7vWOl
2NSNQ8r0JubrQCO77NgXl9NNLOqwt4vdXaQZlLgEc9zOVVjc04kdWka6ZBdx
ANpZW2TyNLXaXaiYw5U2PKEKvG2KxZ1tzfPQNMT0uWlZ2VJ+KskfY36Py97s
aLe7lpK+0GEdnp1L0OpdJLupE03Q4XS40yq7mxLt7gk4kuJ0V2enp9Xj6XIX
pKc3dza509q9NdOwQrpnZVfnEpe9q3Vlun0xzjVSFEu2dTfZ3S2dHWh0LDXS
mLu7q6vNiZOHPEsTsGzq70WorxW6cRh4yYUk2MUYTDq/HkSI2O91dOInZoHa5
nPi0CYs4kO04lA5Xu9PjQXGLV9Jeeackmgvn1TqfLG22khLaSc3HecC83dTZ4U
MiWXYd0UUsfbAI7R8lZnU+sozZZjo86OprZunP8j2nd24GxJdE5gS2NUcZRw
Om3ZSsL5jmPv9ricTWxSehugc9ErazK1QKITW8F1QbYTF1k9zZ3LO9o67c1j
rWdnpsLZhd3B4SORbk8X7gTNDtJNUqbV0dY11qK4N+H8ZcXJgDjpWml1LnZ6
yB6lr0WVWzrJiiEqS6ZOERfb3ahrZ8fwbuEdhERpLjg60pY7lzq7HM1Oe1qn
a0k6SaVjyXOlfWUCDi+dFnQdEDGn3ghPtYG9LpWoJCXeIGY+rxP7REyD66kN
Nzdq7rFbJTHlmM1Sr59DBsdNFxL2G03gwFo4sdEyzSliiws3PrJEcDEuwT4T
G6OtcESxuti5GDe8DmIUO92svfPszHtBFLK73Z1NTjuZH7jOcNvq8NjZnups
Q8skEoljeivWSLv1GxOoRs10R2TjcMpydK8l2aOmW4o03Yj23sdtTpynrG0i
y8VOK2yBLiLSwxSynztbCDuoQbq6sUPuVrpgUfTibrJ43SRTmiXYw3TsuNtB
tunOLifbVX9WVbbgsUm2aCRLUyWWt3a2n6aPZBl0uzpQGQcV0NyJ+yjV5TxH
k8c7wUbmMU7+ZiddeAVsiuM2tswx6tDt6PSQJcM2dK0jNlMkR65W8mZsNgx
ZuXaR3XURZp3e3AyOXGIhk+f0xmArLfyUrGmqqx2flF1qVhRI86prppXUVJa
IiYU1WA6IUWcX1FbXlVXK2KJ6qLZtQ1iVZlYNLtBnFkxuyRFLK2fU11aUyNW

VYsVs+ZUVpRiXsXsaZV1JRWzp4vFWG92FZ7tFbgSUWhtlUgalERVlNYQYbNK
q6eVY7KouKKyorYhRSyrqJ1NZJah0CJxTlF1bcW0usqianFOXfWcqppSbL4E
xc6umF1Wja2UziqdXYvH7mzME0vnYUKsKS+qrKRNFdWh9tVUv2lVcxqqK6aX
14rlVZUlpZhZXIqaFRVXlrKmsFPTKosqZqWIJUWziqaX0lpVKKWaFpO0m19e
SrOwvSL8mVZbUTWbdGNa1ezaakymYC+ra4erzq+oKU0Ri6oraohByqqrUDwx
J9aookKw3uxSJoWYWhwzIliEpOtqSkd0KSktqkRZNaTy6MJpet9XA76vBsD3
1cD/hK8GNDT4vh74z/x6gl2e7ysC31cEvq8IfF8RjN/NfV8TjP2awGsd31cF
vq8KfF8V/I/7qgDXJvs3CABDZvIXoE/hOCyhxoIGUA4NIfLSb+4Dl4hcDuD9
NwE/40zCjTodh2W4rjMtr9fT8v1nWt5gIOWpYmdU3mik5cvPtLy/Py1/7ZmW
DwjA8shA/iWDjJaXAflXCibEcDR7AoTh4ZuAQ5aDA1GBm9U83LabuDDo4jbC
GmE+rMfa12PpW8fJufMXyLkQ5VyBtTdj6dvGyuEmj5LjhxLCUU4SyslDOVUo
5xyUsxTlrEQ561HOZqy9FUvfP07Ox6PkGFBOJMpJRTmFKKcO5ZAD7nKUswXl
3INy+rD2U1j6+bFy+G2j5BhRjohyJqOcmSinBfEilHMbytmOcp5EOS9ibfKv
Y/48Vo6wYZScCJSThnJmopyFKGclxragnJ0oZx/KeRPlfIy1v8bSP5Hpo5KD
StH1wgC6F7po4oeBAfwZ+EGlBJVq9bMDA68899xqFQ8qYUByKjWoNM/0fIT+
7z1/6nmv5w/oafHnPvnkzTdfeeU5Vvc56larFCj1eAZztAmzecVBdCsUAihk
h6lMBQ8KbABgYEAQOJV869atKgWnUq7YR57uW6GSc6NUwycq8uTQ/v3jVeNU
2pNV41TqEdUwcUrV1ApQK3U63er96FYrZKCQHxvWTSbpJge1AlVXKzm1qnAx
fby4UK3g1MrjA0y742oVp9ZMsQ8MvLp3b9MUNc+pZV71BtRaTq0/jO7rw39s
fBf9i42voKdV9n70tzfefenV5/fSVGHLXuJaCqlaXh0zNApOo/IquX+1UsYp
JS0HlDynpGqinjI5p1ESG2uUWL7wwg9JgQ8vLKTVj6OqP6Cqx49rVJxGM2Xt
BwOvvrr3o7VTNDynGdF1QKPjNH6Hu46he7uX+FczXs14Dr1GzWm0H/R8jf5t
9C+jfx793h76YAqshY96npH8Rz1rYQpoVPgzNGSWnFbJadUKdMsGcRgGlynl
nFJx8IdTdUNLu6FVYQWiKHEfrJ1CBKgGB0kfMGNwUKvmtNqpsLbncM8ADMCr
Pa9i0x/0rO2ZClqe08pH0jWg1XNaw+G8w3nHVhyj0/Dlm16+6dWbnjc/b6ZS
Rvr1h1E902o4rY408MEoUR8M0AZU+DPSN7NOyelGOoe9o3P34A+Hh7snH+me
jnZPp+Z0miiU3kjV9/pG7EAUUHmkr97O6jScThfVs3ag0UZKPT/wPJXcOLB2
IKpHx3O60d0d0PlxOv/D4YfDjxUeKzzYdrCNTJznNz6/kfyv5zotp9MfbjyG
/mDjocb9jc81Pt+4t/GZw88cHjhMH6JWKBl/hj1tB3Qq0KlH9dqsV3F6jYBu
8tpPceJ+unayWo7LwtvvARWPy5p2HHsul3N6Fen5QXaCeM8Xcr7yzW0dS6R4
mpvF55F4kcu+OEUscrV3pIjTVrraUsTpjs6lFF2ILgfGybc7KWKl3dPxy0pT
DTSCJmQ1KOxYE+LtWJMzN2FNrmAJlubeacXSvF8bluZzcK+VlRVVizBjVmUD
virUzC4R4Y66asTn6N8RDQQlWPB8OQt3YHIR74INcBPcDk/A7+GP8B58Dl/B
Xzng5LS0CXfzcEjGlVKJlxYHnA9Xws1wB+xGaa/D+/AFx3EKqaQad/kUmIrX
r1r6wcpGuAXPyD14vryBZ8OXHE4wWtIfbzDk7z7b8EpUR/9t01V4tm6FF+AA
HIYjHG6ztFwAaCEKT40iPAXnoqXJa9vVeHr+Bp6EP8Cf4AM4ysk4NT3PSXkd
1sjBy+h8PGG64UK4BrbBMfiB0+ApxhdX1Yhgq6kuJq9V9YpHQQWlaPGA25eCY5
whfQ5dAD18Hv4EHYBU/DS/AWfATfwI+cTipPTrNAPA0n4rXXxHHzRWob7ybVw
N2yHnXiOvohn4Id4fv2D00rleTzNgyEGJuF5dy4shRV4cm6Ce+AheARXx344
CB/D3+AnTj/cgyC835G/nGzFs78MGukHaBfj3eNeeBgehWfgZXXgb/gLFwnHO
D23IVczHcTbTmjKIxdO1He6SUnGQgef9b7F9oWLOnHKYUV01C19Ra6tnijja
pEwIljJi7XjJIhHy8pNbjq+IquAQuxzvKfdALj8Gz8Aq8A5/Ad3CCM9VA6ajzF
C/De1YCvqxfApXADZ6T5ZpDjqIbiysjCm0IFLKCvuavhMliPp/z9sAP6YS+8
Cu/Cp/A9DHL+kgbk3/iGwQTIxjvKDDgb7wNr8O8Z7BdwID0AfPA774DU4BJ/B
32GIM3Fzm7LcTcrPKB6j+ANBFVBUUTRSNDfZ2zwqkWI9xR6K91F8jaBaRtGP
Ii2vjqGYQjGXoq3J7naoZ1CcQ3EexYUUF1NspdhB0dPU1N6lXkVxI8UtFLdS
flDiHoovUjxI8ROK3xLUxFKspbiYYhfFCC5vvbnEs0GyhupngHxfso9lHcQ/FZ
ii9QflXigeaOznbNOxQPU/yE4hkGK31D8geIgQa2MoqbF2WHXGikGUwynGEMx
scVlb9KmUcyjWEyxkuI8io0Uz6PooXihs8Pp0a6neDXFzRRvobjV6e5s095D
cTsqbtf2UfyYoC6YYjjnFVRRpgGR0to+un+BTFfW0d3e26Fym+RvFNiocofkjx
M4pfUfyW4o9tnU1teqCooKijaKJopihSjKeYRjGGp/z9sAP6YS+8
AoqN2IhL30KxjaKL4qgKF1K8l0lGitdS3SK3NKJpL+N4l0U76P4EMV/J+gOEDx
OYr7O13NHfrXKR6k+H4Xyf+Y4hcUj18nuJxgn48RRVFP4qBFMmoihTjKaZQ
zHI1tXn88ih2UbyJ4gFc2+1w4GIZwiikUCylWUlxKSiy2iy41rzbCCYg/FdRSv
priZ4i0U73I70oM9FF8iOluik9QHKD4HMX9F8izd1GQ5S/JDiEYrfIfzzQC
RQ3FQLc7I9MYSTGWYhLFDIq5FKdQLKM4m+I8iosotiBmGTsoeiiuothcR3
jRQ3U7yN4t0Ut1PcXEPYrZxH8UXKKb5G8U2Khy0+SPELit9Q/JGgP09RQ9GGE

mOMfRjGJYgHFGRQXUDyPYhfFZRRXU7yY4nqKVyNO9N9M8W6Kuyjuo3gAMdf/
Y8Q8/yPkNxv8fyRoAooKijqKJopmipEUY93dXW5TEsUMirkUCykWUyynOJti
rXu5u9W0gOJ5FFdR3EDxFg/OSdMDFHspPkpxD8VnKb5A8RWKByi+Q/EwxU8o
HqH4DcUfVmXk5pgGEScGyBBzAzSIkwKMiHkBwYj5AeGIRQExiMUBiYjTAtIQ
SwJyEEsDChDLAmyrMiZlBJQhZgZUImYFVCNmB9Qj5gQsQpwY0IyYG3Ae4qSA
LsS8gGWI+QGrEYsCLkYsDliPOC3gasSSgM2IpQG3IJYFbF2VkZcRcA9iZsB2
xKyAPsTsgH7EnICnECcG7EPMDXgRcVLAa4h5AW8i5gccQiwK+BCxOOAzxGkB
XyGWBHyLWBrwI2JZIKzKyM8IVCBmBuoQswJNiNmBZsScwEjEiYGxiLmBSYiT
AjMQ8wJzEfMDCxGLAosRiwPLEacFzkYsCaxFLA1cgFgW2Lgqoygjs AUxM7CN
3LTxJhf4KzgM7xAL8W62CO9bjfQLgCb6MXwL/dDfiXe8pXinaqcf4nfhXdaF
tw3yiYVpVD1vDW95b9l/Rznzz+p7Km2ZrgL20oJ38v9ajMO73C9BJd5Hy/Fm
NwPfGirxhk9ksZxTx04uL8f7phxvfEp8o/glqWB8p0ilnx2Rf/1N/mV6Dt7A
c/FWnYf31gK8bxbiu8wUfO+w4ZvCLy9/5prIaIrFBbzX3oRvQmce4/CdawSj
TkL9r8K5p0EB3xG0oPs3xDh8wzsdzhnGEHxLWo5vPivx3eICfCNYg+9la/E9
6yJ8r7kE3yAuw1l9Ob4lXIFvoTdQO/1vqcHhmyLByJ9B06/CYorTKJZQLKX7
Hy/9n0X8mBRHccIoBIrVtBT5WsibGouaX4X+vwojTsLZp0Xjr8D/C+eCAupg
HszH9/gGfP/+r6c5SB5GMp+iaSr6pJQ3D8bk+f0iFCAI923zr46F0BgHt5wS
eYgB669gDm47DfIQC3G/gjlp1Z0aeYiHhF/BCrgSNsJVcC1cB5v+BWmOfsp5
JkhqXg3X0Jqb/wVpHu6k327JYTr9lYhuuPVXzCgOQn8R/qt7wUHVadHwq7CJ
YjNFB8UWiksotlJ0UjyP4lKKbRTbKXZQ7KTYRfF8ii6Kbooeit0Ul1FcTnEF
xZUUV1G8gOJqimsoXkhxLcUeihdRvJjiJRQvpXgZxZcUUL6e4nuIVFDdQvJLi
RopXUbya4jUUr6V4HcVNo+LM/jdQ3ELxRoo3UWRnM9sd2Mxia/p2indQvJPi
Vm4CX8s38x7+Un4zfze/i9/HH+A/5r8VZEKgECvkCCVCrdAseIRLhc3C3c1u
YZ9wQPhY+FbmJyuuNSdbJdsgu0X2gOwJ2uyd2RfyH6Ua+Rh8iR5gXyGfIlF8
vaJXMaB4TXFYYcIuwJSqNSVGYobco5ykZZll7JHtUy1TrVF3ay+UH21hteYNDGa
LE2xplqzWOPSbNHs07yv+Uqr0pq1ido8bbm2XtuqXaF6r71L26d9VntEe0R7
XKfThetcukO67/VGvagv0M/Qd+g36e/Sv6b/1s/Pr9nvHr9Rl9nH/Z/T7O+t+r9u
qDS0GJJYZbjE8YHjCGGacYqw7nuGyYFBTlOufbuuNIrf71/v3+q/wn+91/+ff7P+r9+9
ijTNM11qes102H QsAAKMAWJARscZAa8HNgd6Aq8OvCNIFRQTlBVUHFQdtCHo
2aBDQUecCjgfrgsODU4FLgyuDFwa3Ba8O3h8h8W/D24D3B8+4MPBRR8JPh6iCwkP
SQKpDKkkMWMRjSFrI6ZGZLPIbSbHBq/aE7A85FHIk5LhZZZw43p5gLczZXmsrz
RvNt5u3pMmPeb95kxm PmI+bjobrQ8N7ht8Wuu3O3Em3+j+0EOh
R0KPh+nCwsNSwgrDKsMMWhrWFrFwFrQ7bGGHZ2PGH5ww6FFHLqe7l JL
pWWhwpc2y2rLRcptlu1W5ixi4Lw1fGs4Fw/jq8I3I3t4V5
D98Tvj/8UPiR8OMRuojSIWojUKUlzG3BaxFPJxP6XY64i5a/c7Q+2KWI+FjFB
6iLDIiMMiyYMMi+Ixi+wOWyqt(uncertain characters follow)
0tEZY9MxirH1Y94cKz+xYFz64Fj5J6W/GFt+gu6fpAvHpTeNSx/+BWnUP0M1
9nkmjE3ndYI1Lu0al8c6S5xn3/CGa5vFGa2I9LEiS+An6REa/04nEU5fmTj6P
ceEuxmcNMp4651SlbZslfpFxEUg8ZawWRZ6xvxSx6c2y6dNO49IGx9cv4senp
34xNlx8al35/bLpizh09bh07bj0vHFpoj83oJ/F3ePrm35ol/Fc/F3ePS2ul6h+hvEM8O1G
KX9GCS0dge/r5fhOWY834lY8u1bg+bIez4cd87a7n0bLZA/CfFxV0+hPf
+wGn4oycmRMIOTEsv8J45mrGlVkSSB4V4hvj2ZZZSfSA7A0+hLKJ3F22h03GO61Vz
zJD4Jomfk/hbxnPvkfh7xtV1EvcvxrZD/dyyQaXPV2n0/llnh8lllj4ftVZ+
R6F+nNXt5Lbx+Xfm1c+sdRaS5/YNYPY+NHF0NetXv3i009xHsS/D
GZVG/Zd+RdNmylUpUlZvf/PwfagFbzD+JaxDm8CW/C0Jt+mPgPwPwPwCrwJ
78Mn8BXtdqdk0Wm02i9TkL6OcUeKxM0SP8GU01r3ndKod2U6fJqJKyWW
RqHrNomIds5PlFiaHedLo+aSRtEI1XdJ7bgkfV2HxIrdHTvVSu5img6EtDO0
C5Mi9da9nbFHJvGlEh9i3L1QYmk/W5YjsWSF5TqJJast/5jxikKJpV6sDJRY
2vFWHmG8Surtqn2ML2Bre9R+e8EmiQfH9nt1LU1r1Rzfo1lgBwqhBCqhFt+T
m0GSulpaSWsKGf8orfwLDzJeey3jHmnlXiTtvxdJY3OxNfaXSGN3CTlt1CMz
8tJrx6W3J3jEvfNC79xNg+jEnjXPZ62PLX8baE+jvGYYQzHS6T5Tt5Mo8S1tMy4
vXOdND7rJ5PfLn0vx5bPH2/dyyQaXPaV2n1l+nmodX0MdVJ9jicSusfvK+lvGqp2cd
6QpxXDp+bPrKcVa6mRc2jYjqVa7+ggo+TF9uCZD4j2jSpL0/nHpz8bXay
y7W3j3G3juqSxN/Na9BpS794+ggo+TF9uCZD4j2jSpL0/nHpz8bXay
KomlOb8lj7aigTCIgSTIggIohhlQDqv+H3vfASdF0fRdPT28h25J92w4QiS
JMcD4UBARESyZJCCck+RwIJJEREQEREQkxwMBAck5SxaVnAREQEREQCVzfNW1
c8ftgY+I+iDv93A/uqb/O9NTVd1dVR1mBqwrrPrL68xgr7vjY4ufjqqWE6dl+Y

jrOs1XirJ0yw+ucE67wJ51PW9kTLLk2sdd8vgy16OlInk66n1O5kS+4pxyPP
nBZ3f7ueHmvRs2E6Y+L958Rb/TTe0l/8XLpjUrnxux7UF2ZatTCrbph+Ytm0
2a3vv8OchhadZ9H79DLXb9Ea/6nG51o1ONfy8Z9aep5nxQDzrV4337KDCyxf
v7ADKFwcacnqnH5ZHG1Rqxcutiz0EkuapbXCdNmASF0vW5givzulRMutuGb5
7sgzV9S/Xz8rrNpZ2TJMV/mphdpo55B4cMzqiass77nKkm+1FQuttmKlNc6U
dmiNJd+aupG9f004yojgYo1l3dZYdnxtnki7unZMZG9e56S6ikriMTYpdqTr
15UK0/WWL19/JEw3jA3TjZZuN1mR3GbVonvC9PMhoMgpeNxijRO2HAjTrQNS
6n1bZovWue8Xq1dvV+mX3+V7ewmLWnZju8X3DouHHdZ5Oyyvu+NcmO607ryz
cWSN7xySIr+A9Po7bXzn0jDdZXnZLyyP9IXVd3ZbNulLK0b40moDX8uRd9IT
JUU+LkV+VIr89cja3Vsy5RjtgBUxH0AfZktmHw7OjrTaBw9Ru1Co1u5FEeHf
rP51yNLhYavfH7bq84hVxpHpYXp0IfXc+3rCMatnH7MswTcTw/S4Ze9OjHiQ
zTppRSCnZofpmaBFr/4+x2ctS3DWquXvrV5yzmoN56x6+cGy/T9sTqZHjD7O
l43MX94Wmf8lHyh0bOVvLoCIsf/tYGTPvR2O59UH+K620AV6wQAYYl1p6eaO
Jf0dSzd3ZoVpghWXJXSwqBUt3rWi0bthSRm4LdrNouHYn7EqFt0XwSGTYh+S
Qya1s+hEi4bHpoynt2hPi4btI5OLWTQcXzObbNGBFg3bRWZvadFw32BKRVDs
91ooUxaksJNMsc50ZInoFcxR+g9iBeaobNFRFg3baBaVw6LWeU6vRcMjI+bK
bFFLF+4SKXlyW9pwb4zUrxtbkJJMGvfZFL8nUD5ln2HucHtgnjwWbWvRWRY9
9+Dr1GiL1rDoCIuGR/gslRphaTHCSVUmTL21IjwI846JiGmZd3GyeTP802JS
5EtGnq+VSJEv+gf52BT5QpB8XoqZMRFjYWYOSpEfkCLfN1Ies1eK/IiIkQcz
x0Tm/c4U+ciRDkudPkW+f+T5qU9G5tNChC1h6dIni9yQn3SxKX6vnCK/ONn5
+PeUFHn/p+QIn8Cegkh9POVIcb2cIp/i/HS3U1yfEJlPXzHy/ukrp8iXT5Ef
nOx+KE/6kSl+H50iPzlS/gwLU+TPReYzjY4s/2k5srysJVLkt0Xms1VLke97
fz65vrJdicxnX0DeLymfo0rk9Tnqpsg3j8znGhqZz90pMp+nRmR7yhubII8m
Rb5hinzTFPkxkfWZNz7F71Mj9Zn3UGQ+Znxk/pnGkfnYzJH5oucoQkzKF58b
mS/ZKTL/QsHI+n3xemS+jDMy/9L6yHzZLinyuyLz5WIi8+VTtKeK7hT5Uiny
qyPzlVK0z8rbUuQTIvMvSyny3kj9v2xE5qseiszXGB95fe3GKkfIp9P9FWnRor8
TUg+Y85e0SLzK44kixzxiuipEe1Fij4U0f6l6H0p8nsi+gPlk7VnKbU7on1I
qXNE5tNejMynXxiZzxQXmc9SNDKfLSEyn3NjhHxSnkER+pSGXojMv3c7Mv+R
IzI/ObJ+pE/SR+YX5orMr4rsr9rLm0pH5zyP7t7S7cWT+YLvI/MmekfkfBkbm
r4xIFkchcmt8hP+Tbo2NrI9b8Sl+n5oiPy9PnKuWrptpMinkOf2rGSRECK3
F0fe//bSFPmfFIJ4WkqEZ+xBasvFUalM2yua1+fAXDezucuoWd1l1s7pepXUB
9hO7xK6w39Tn1RcoX0CUI2mSeK7JTqUy7sHUj/cQ8aF45D9xphjvKymSS/JK
pruM+yUqk+Pv1UCMTe/NJ/fGiFhOWmmRk+aWOUyH2SC+zjYPFsNKpMthLWxG
uhG2wW53VZDcZd3VMC3nro5pefUccMmL3P9AdIt6HqmJ+R+JblEPgIS5Q5hu
UY9guk09CRz52qx+S3SLegrpRsx/R3SLetr6/Yz1+1nr9+/Dv7srEA8ViYdK
ggd3ZUJeJqQKcbWD7rqL7rqb7voVIXsI2ScQ8SU4ET3yjNSfAKZgfQitDMBs
KpYK+rFoDHf6s2wsGwxkdVl9eIu1Y+1hMOvIOsIQ1pl1g3fZEDYEhrMx7GMY
wS6zyzCSXWVX4QN2i92CUWLDHnwo2SU7jJbckhs+knySD8ZIfskPH0uppdQw
VsokZYJxUnYpO4yX8klVYILUTeoOa6UeUg9YL/WSesEGqY/UFzZKA6WBsFl6
W3obPpdGSaNgi/SR9BFslaZLB2Eb93AVbvOCvCAk8FK8NNzl5Xg5JvEJfALj
cjd5CpNtzWzNWIytha0FK2BrZWvFCtra2NqwZ2xdbV1ZIVt3w3dW2NbD1oPF
2vbaB7MizurOJuxn59suxhLcXveL0mvueu6J0nxPc09b6RdPP89Q6aYqqQ7u
UDOoGXgqNZOaiXvVp9WnuU/Nqmblmppdzc51NaeakxtqbjU3N9W8al7uV/Or
+XlALagW5EG1kFqIh9RYNZZZHq0XVojy1WkwtxtOoJdQSPK1aUi3J06mll1FL8
KbW0WpqnV8uqZXKGtaHakGdUm6vNeSa1pdqSt1Zbq63U63rT3PonZUO/Ks
ame1M8+mdle78+xqD7UHz6e6G/pr91HzSl8l/qG+gbPrb6lvsXsXA2g/iZpVVyv
OkQdwvOp76n8fzqcHU4j4iN5AXWUUooo4XXEero/kzhhH1DC+kJXH85Lq
eHU8j1Unqp6rJ/aV9e+ZmYE82rpXAXEO5+jz6IUwkhdX5YIvL6J/z6I3V8sT
 ruVll1Q3qqB15O3aRu4uXVz9X9X9wb+PQ+6ayDCscGemp34uZnBtrAFAFrrIS+z33GU
+D8nZTRJOU14DdbGfvT//iHxiv68NZauBvmobE4aVRXWNEvvX0rCMLAeLYUVZ

KVaeVUNL3ZS1ZV1YLzYArfNINpZNZbPZQraSbWQ72B52hJ1i59hF9iteuZ5t
Y1+xQ+wkIpfYdSzWgfoJSumlbGiLY6WSUlmpilRHaiy1ljpJPaX+0iBpqDQS
0kgNpZZSBylO6ovIMGm0NFGKl+ZJS6W10hZpt3RAOi6dlS5KV6UEbucq9/N0
PDPPwfPhlbe5zN3c4GkQyYX2uhgvzSvyGrw+b87b8W68Nx/Ih/JRfDyfzufy
xXw138i38d2Qho/lU/lsvpCvRGQH38OP8FP8PL/Cb8qS7JQ1OVrOKOeQY+Si
cim5vFxNris3llvK7aJ6AkdddYt6jWj3qF5E46JeJ9ojqg/SbnjUl2i3qH5E
u0f1JxoX9QbRHlFvIu2O5w0k2i3qLaLdowYRjYt6m2iPqHeQxuF5Q4h2i3qX
aPeooUTjot4j2iNqONIeeN4Iot2i3ifaPWok0bioD4j2iOoNEv46ANPuUYMx
jYsahmmPqA+J/65Roy35PrLkG2PJ97El31hLvnGWXOMtuSZYck2y5JpsyTXF
kmuqJdc0S64ZllzxllwzLblmWXJ9Ysk1x5JrriXXp5Zc8yy55ltyjUIpukZN
JLmmk1yzSa7PLLkWWnItsuRabMm1xJJrmSXXcqveVljyrbTkW2XJt9qSb40l
31pLrnWWXBssuTZacm2y5NpsyfW5JddWS65tllzbLbl2WHLttORaQHItpVpb
T3JtIbm+sOTabon1pSXXV5ZcX1ty7bXk2mfJtd+S64Al10FLrsOWXEcsuY5a
9XbMku8bS77jlnwnLPlOWvJ9a8n1nSXXaUuuM5ZcZy25vrfk2kVy7SG5DlGt
nSK5frDkOm/J9aMl1wVLrp8suX625LpkyXXZkuuKJdcvlly/WXJdteS6Zsl1
3ZLrhiXXLUuu25Zcdyy5Eqx6uxuWT7x/SsjnZGH5nFJYPie35DtHcl0kuX4l
uW6KWkMbWweysz3SJLRPL/OWvBVvy1/lXXl33oO/xvvwwfwdPoS/i9bqPYwy
T/Hv+Gl+hp/l3/Nz/Ae0TD/yC/wnfpH/zC/xy2infuG/8t88Yk0nO/tKmsgr
8Mpo81rw1rwN74KWL473ROvXl/fj/fkbfAB/k49DW7cKLeAavpav4+v5BrR8
m/hm/jnfwreiVdyOdnAn38W/8DxDo6MY4Rfwrr88BUHwfhMTnawCm08ipnThD
Tidntc4QHjObdcYM/l2jDW4HIBtyWjwvm5wNXMmuEPfIluweYu9/KrS8umyT
7bIiO+QotMQu2S17ZFVOJXtlMcqThUx4O3GNJBeXS4Bbfl5+HseFEsRCiMfz
WWjp5z9IrgdpMLQKr1P4DD4Dy5zJZyI3c/gckPg8jhYGNbYJ73iK/whqaGVo
JepAgkIQxPNn4nnzHqjRB9QdiPcjxfN4vMcsPgvvMZfPxXvM52i9kNMv8B5C
HlpBvXuIdHKKdHJPRyvxLNSRrYO0+L5nqcJPJSTurB8JH8Ao+BBHoR/RU3Vj
YRyMhwk4JhXPDEzBmG0a1t8MHKHOhFnwCY5R58Bc+BRHqfNxtPoZLIRFOF5d
AkthGY5YV+DIdRWshjU4dl0H62EDjl434Sj2c9gCW3Ecux12wE7YBV/AbvgS
voKvYQ/shX2wHw7AQTgEh+EIHIVj8A0chxNwEr6FU/AdnIYzcBa+h3PwA5yH
H+EC/CTeqAKX4DJcgV/gV/gNrsI1uA434CbcgttwBxLgLjY6JIWVqknVpRpS
TamWVTBvjiVekuII9qb7UAOOIRhhdNJGaSs2k5lILjCpaYazRRmorvSq1k9pj
jNERI4/O0mTpkHRYOiIdlY5J32BO6uUI6KXQrnZK+k05LZzDW+F46J/0gnZd+
lC5wp/STdJG7pJ+lS9J6Yr0i/Sr9 BvGItek69IN6aZ0S5O7ZESpLtoABiX
OMeIxIZxisIdPIpX5dV4dYpHGvDGvAlvzztjRPIWH8Tf5h/wjzEuWcA/44sw
MlnOV/Dd/Ev+Ff8ao5G9fB/fzw/ng/wQP4yxyvYF+jH/Dj/MT/CT/Vn5WLibv
kffK++T98gH5oHxIPiwfkY/Kx+Rv5C/k78+OPyCfmk/K18Sv5OPi/fkH3sn5B/k
8/KP8gX5X5Z5X5/Vf5Ovytfk6/IN+YZ8S74t35Hvyvfk+/ID+aH8SH4sP5GfyjP
nldXXS8op8ZUl lTLKS0p0pZxSXqmgVF5V6W5V5lm IJdqaHIUVGoptBPS U6
yitKXaWeUl9poDRUGimNlSZKU6WZ0k RxAv1b410Zpq7yqtFPaKx2Ujkonb PS
RemqdFO6K3FKD6Wn8prSC/96K32Uvko/pb/yhjJAeVMZqLylDFeLeVgYr7yhD
lHeVocp7yjBluDJCeV8ZqXygyFI+VEYrHyljII+Vsco4ZbwyQZmoTFImK1OU
qco0ZboyR5mrfKrMU+Yr5C5TPIlIXKImWxskRZqixTlisrlXXKKmW1sxZzq6xT
1isblI3KJmWz8rmyRdmqbFO2KzuUncou5Qtlt/Kl8pXytbJH2avsU/YrB5SD
yiHlsHJEOaocU75Wjismn JPKt8op7SVtlHJGOat8r5xTvltlDJGce28qF5xSflIvk
z8ol5bJyRbmu3FBuKreU28rdJUG56/Y8o82o7eO8pZZ9uX6a+GCZ6J5xnvGeCZ7
Jnum eYZ4Zmpnoxuln Cc1g0l9RPmiShBaUUZ2oim PK8K+3e0VQ3XWO8e1aT3Xcu
11TXNNd01wxvXXumma5br5E9ds1xzXp655rvmuaB7a7PXX9TPa Jx6JTPZ 3iKtTc
G12bXJtdn2u1a4drq+rO12fen6yvW1a9 9rr/rgOuQ6Q61v6QzVd64zru9d9
P7h+dP3ssuxfWHr6zfXVdc13ELVeC664N1y3VyeVvbC664Mwtublbdtvcdv3d3
7tPuM+6z/u59w/uM+3f3f7fRfP/kvuj+2X3f3+2T/b3+r67mvu+6+4+4l+b1b+4b
7pvuW8/W7b7jvuu+p57/Y+wePwFP8fdPPbbt6xD3tY3hkG3z7fpwPD0w9/vS6JJ
3WN4TI/fE/EZ1FFSPmPtcL4/DQ9YSEGf8Y89YXL6fXHyY9KJJ5xxvxzVeZ/Rtn
OMmeyZ4pxqcZ2gleMy+zuy0oxnCc1c1l9mz5x/3YMPitrB0Poim9gBxkPkVK5J
XhkO8rq8RHzmDXkqDH6zxXXX9+N5cx4qp3OWhx/YhxfPA7OkLc5
S97me/I2SBjb8/MCX8w8mwniz/BbmmZ1XnVXf7j+rg3OyEZeTgX1Xn/CyQk9pkY9X
GmpZ6kbMomhs9qpxURonvez8wLnMeQkkY1/Z74g7X2XpVeVe0j0p2tcBUbxDBb1
2Tkln1QQXxaR5pV+cbbzvH5SJ2zhnOdFHBBud16Xmh42qN7Rw 4bbW89Y5XgPQ
GmpZ6/kMomhs9qxxURionvez8wLnMeQkY7Z24og7KXpVeO1j1itcCBEUxDa15X

dbJmPcWTTxx6Ql/0Rxzzg9EHcfRFI2GM6y2Q1O2uuZRuxfSgaxumh13bMT3q
2kX4QUw3uA5TehTTna5vMP3CdQLTL10/iXNUU1yr+sW1aoCuvUN4FKafq05M
t6ouQllR4iXER0iQkBAh0QJB/zlL+vof8p+R3vP/tu/873hP4R8f1if+k/5Q
U5orLZXWyuvoXYRXfBH9YUXyVFXR6wwjH1gH/Z/wfGG/1+IhPV7vP/B193u6
j9HH3fNuyT3Hv83TJXky9Hlj0Dcn93jPY2Qh4opwVCFiiioYVdywYopbGFG8
gtHERIonJmE0cRNbbS1sqY1Eu0z0i1L7SJ/o9rp9bs2tuw236fa7A+6gO+SO
dqd2p3GndadzP+VO787gzujO5M7sftqdxZ3Vnc2d3Z3jgZ70rQf7UjVKdaqu
h/Koc+/3qWoq1av67vOsW13bXNvJv+56oIc9iD72sOuo6xvXiURfq/rVAPnb
n37X49653+eqQTWkRj+S543wu+47/wXPW5lJzMQBUDTLBgarwmpAJlo3ysYa
shaQk7ViraAAa8PaQEH2KmsPz7COrBfEst7sQyjNxrIJ0JAtYV9CU6mL1A36
SHFSH+gv9ZPegMHSm9Lb8K70jvQejJCGSyPhQ1oB+lgaLaG1lyZKE2Eid3MN
JnGDGxDP/TwHzOS5eF5YzfPz0rCevPk+8ub7aWR2QJ4qfwnnbT6bjwVtV21X
Wch23XadRdtu2m6y1HZUF0tjf8f+HktrH27/gGW0f2gfw7Lax9onsJz2SfbZ
LK99rn0xe9a+1L6FlbZvs3/FatoP2A+whvbD9qOskf0b+wnWFP3+HdbCfhf9
/gClkPIsW64UV55jax3ZHTnYBkcuR162yZHfkZ9tdRRyFGLbHEUcRdh2RwlH
CbbDUdJRku10lHKUYrscZRxl2BeOco5ybLejoqMi+9JRw1GDfeWo7ajNvnbU
ddRlexyNHM3YXkcbRxt2KAqH4uyws6mzGTvibOFszY452zq7sZPOOGcc+xGj
hnHsAkYO69hvzkvO6yzBJbnqSYqrgauX1MQ9yX1K6ud5zzNW2kS7zCQcac6j
GfUGrKWFLE2GiHkEO2TEca/YW2vt5GQ5WR4Wy15iFdgYPH8GzS/MwKs4Hc+j
3BortwZz3+CfhD62iS3altqWxpbWls72lC29LYMtoy2TLbPtaVsWW1ZbNlt2
Ww5bTlsuW25bHlteWz5bfluMrQDby/ax/ewAO8gOscPsCDvKjrFv2HF2gp1k
37JT7Dt2mp1hZ9n37Bz7gZ1nP7ILMpdlfpVf49f5DX6T3+K3+R2ewO/+FUwG
mcnimYMmGIv5UC9BSEPvMsgFeaEo6qYEvUS9AtSm91GI6Kw1vQ9AvIGlH/ag
VMyLPSgdy4Y9qC5qtw1rh/2kO4tjfdg77F02lI3AvrKErWcb2Ba2le2iGaOH
nCd62FkqMUsjP580QzTCmiESUWlxKb9USCotlce4pDZGHa86BzvfcQ5xDnW+
5xzmHO4c4Yx3znR+4pztnOOc6zzgPOg87DziPOo85jzhPOn81nnK+Z1lve/Z
bmGbEy2zsKSJdlTYz3sjlZ9oJ8CzUv0kvtZafM3EtAbxVQQ5q0Kc1UXeOv9H
3uY55zsXOBc6FzkXO5c4l0bw+r3znPMH54/OC86fnBedP/9HjsOeJLkfSS5D
2M4ns/lkRTmprbVmVdSSBUDYUDvG9p0BxAgBSolRJFQV689Q3fW6+0XYjd4s
LfsYz8uD0ubHUU4hqRAwlLoIlllMKgYc5S8NMtZOebChJqpgidWkaqCgRmqD
A7VSF8cPDaQG4ET9tAAXxoqvghujxM7gcb7ifAVUHLn2hVQ4OhkJXuco5zhI
g2OUpZDZudy5DgrhSOVnKOG87LwOLdAPvw3t0eOOgF7oYefCAPSfS+BD9JeH
YQLW3jewHGvwBKxAL/gtrMS6/A5WYX2egdVYp9/DGqzXH2A1u1PsA4940+w
Hr3jz7ABPeRl2Ihe8g5sQp9oh90YJwThAMYGGeA4xgM54CzqwgUX0UP74DL6
yWiMohPbRVGrXfxPo39do0KTpVA/hrWyOov24PD/afYvazZRp6WSWuv/NPv3
tdlsSXb1E7GuQfNBYY1mIF3mE6hzvHM6ouud2yDKecMlrki5KvJnrxZX5UvW
Xz5JqtU/U0ri9fmSuPjzpUhoB6MfJS4SuygeJRIB8eQKBz+MAVEGxyvHIgIo
CUfgFJynd45LzMk0LPXh9yxsY7tRgiPI7Vl2gV1hGKtKsuSUvJJfSiP2cUh5
pIJSUamkVEaqiK28jtRQai6llTrh+KG3NEAaLA2D7JJGez5ySDF4ZimKXepK
TfGsLIlvPGeINfIaK02VZksLpeXSWmmztEP6SjogHZNOSeeki9Kv0k0O3C5G
GDwY3suA/e0Yy0EypmK5idZlsUQbsCJEG7KiRBuxZ4k2ZZsWINmHFiTZlJYg2
Y88Rbc5KEm3BnifakpUm2oaVIdqOVSDakb0c1q0tIKi81BYkuswWElS95XAJ
atMdbkHt0x0eomscKtG1jlRE7zi8RBMcPqJ3HZqgOPbQiT6XKlyHbVl2EK0h
J6bZWC5M67I8FPnnxbQhw/aHMubHtDGLwbQJK4BpU1YQ02bsGUybs0KYtmCF
MW3JSomdOewFTF9lL2Lajr2EaUdWFtNOrBymnVl5TLuwipiOZZVnHs8q7yrO
ZoCE8pqYLrOJGcZbDgkklBR7BsopY7rGYcN0rcOO6R2HgmmCw4HpXUUcUSgb
jl0cz7HZKNlYlGYO00QZsLtGG7FOijdg8oo3ZFcJkJN2QKizdhnRJuwhUSbs0VE
W7DFRFs60gqK/KQTFDDl6iugaR3qiax0ZiN5xZCSa4MhE9K4js6DI3dNEn2MT
SdeTSMuTSctTSMtTScvTSL/TSb8zSOPxpOWZpOVZpOVPhO4cBmnHJO34STsB
0k6QtBMi7USTdlKTdtI17aQCsjZi3654CisLiCerZLQGJnlzAnu4sE1iN1k6
a1dZRuanVhGg2gxSrYUobU11PVocA6Nxo0ZPlkrR9aJb0NOCiWWlie6MaIPo
LphWjO6KabXo7pjWiO4mccwhCO+wmqw2e4XVYYbVYbVYaa2cd9FR1wystUnepL/b0
D/lY/glfqN5W76gJ6l20iROcE52TnJOdU5xTndO09E+bnBudG5ybnZ+7tzi
3Orcpl5TZWrsmpT7aqiOpw3nDedk3y3nXXecC67nAx1/uuka4PXKNcH7p2n3EX
uz5yjXF7FrqWuZa73tlrWula53Xnc+d3NnOu8d3g3m7ut053uXw7nZudr6g31EX
chd2x7qLuIu6n3UXcxd3l3A/5y7pft5dyv7uT8v9v2Cu7T7T7RdWtelRV1VdNr6g31

pppaTaOmRY1mobkWoPkVG44sKqC3byu1Qw/fTeqGXr2P1Ac8tG9WpVmTVDQX
4qXVDB//jH8Gmn2+fQHo9mX2ZWDar9mvgV/MEEBAzBBAeudx5xnILuYJIL9r
MPr5oq5P0cO/4DqMHr6i66jrKFQiP1+Z/PzL5OerkJ+vSn6+Gvn56uTna5Cf
r0l+vhb5+drk5+u4EtDDv+L2oldvSl69D3n1/qqJXv1NlHMl1H2YGn20GvxH
6imxhpykTSBtRpEeNdJjatJjZpI8N0leiCSvSpLXoHimdni+xea0iV3vEpSH
7ZiWgnTJ23/KVvz77THcdkTfxZZSXqoQXi3AGk4anTtPO8+knL28N3OJteEX
qzrEk8umJvGUuDtfxlbXB1vbKOscty1VMr6DEHWvDyf2U7GmhW24KkYC1VkN
0RaxJV7Ds/OB+bCrCV4xUyWF91x4KnqqgHhTi4OsGHLlbSw4824AydvpgTj3
FMRfwtFb6aTIUTy1HPBm9mb35vE+4y3kLeyN9RbxFvUW977gLe190VvG+5K3
rLect7y3greyt7q3nrcRldrTKqkQyWAkleV+YFl4HV1VMeLa9HhtdLJrmbfk
Q52VO8VZEvSimToxuvDTeXMQ89qibFEA3sZCA96m3haomVbetmD3tvO2B6e3
o7czctvV2xVSebt7XwOv93Xv62B6+3j7gd/7hncAhLwDvQMhtXeQdzCk8b7n
HQ1Pecd6p0N2bzzqs6DYo4PSVsR7VPZWRrSatzrk8Nb01oRc3rreBpDb2wi1
ld871DsUYojbXJSKWuDQG//E07hCpuATxLV4X9eTwrWE59VM4l6Gvvi3EMTT
1OJp7+gnjH/x/k3xnk5m9QbBuc/iXPDMiGcb8RxFPLuIZ5V4TkU8G8SzSTwH
iedo4jm1913vu5AuifNpxPkcKOD9FPkvkqwdVKQe1x/Ee6bmRfS4/xYvj9qC
K5IOy5P9k6BKMs4ftbywfeVk9UWuDIh3cwf/tnLD8SeOfTA+zQeZrXJTnlkt
yc6j1ombaHrzR1k8rguNocbfwk/Ku9zjLTNyl+53eHswV2L3RuW/SUv3+Pk3
9I5Kf3Mbq5SsLWRO1hZ+T9+VfreWHtyCKv1OC3oS+3elv70nVkrWw6OpHyX2
qb+n9Vb6h3vu79eueGNIL/jvxkv3+KpD6QCKKAbDABgG4l3U/92I4h431e7j
Kbxr7N/Fk4i8xHucnpR48R7viXGXiBufjLgrJffLkfu1TxD3KVuPDXt8f4x7
F8N6y6qneQKlkK1W9OTXhHjy/smtCTEPQm8/8Ipncu7NNIg3b8ne90D2FESO
RQwUXiuJphiEh+cTIPzuL3GF1/sySljdW4XSqiL9j9eIt10ZeI2YyRBXhWnV
ME3OCWqxALSGDtANfZzwdbT7FyZa7z5YCqvDbzuAfXAETsJZuABX4DokMJk5
mZf5mXjiNBvLwwqyoqwkK8MqsmqsDmvImrO2rBOLY73ZADaYDWOjvJmR68ze
pzF92psF0yezrJhm9WbDNJs3O6bZvTkwzeHNiWlO1KfkzeXNjWlubx5M83jz
YprXmw/TfN78mOb3xmAa4y2AaQEv1pm3IOpZEjMqmBbyFsa0sDcW01gvxkpi
hgXTot5nMX3WWwzTYt7imBb3lsC0hPc5TJ/zlsS0pPd5TJ/3lsK0lPcFTF/w
YpQqdIyp0LMk5nswfclbFtOy3nKYlsOalMT8D6YVsO1I3orYdiRsQdVofFqd
aq8mpjW9dTGt662HaT1vfUzrY5uSvA2wTUNyosoZiOjTZc8xhLyZ6cnjd78+1
zXvtTjzHZsee0RAk21si9aAnZW54E2toNJvI4tk8tpStZVvYbnaAHWdn2UV2
lSVIdkmV/FI6KYuURyoklZDKSJJWlWo/w3G8WnocX4iV4GV6Z1+lNeUvegcfx
vnwQH8ZH84k8ns/jS/lavoXv5gf4cX6WX+RXeYYJsl1XZL6eTs55EJyCbmM
XFmuJTeUW8l0d8bS5rzxHiaPlifK8f8eam8Vt4i75YYFQMfls/JF+aqcYLPb
VJvfls6WxZbHVshVwlbGVtlbW6sbZBtGom22biNoxLcsi9MtI
vzlIvzlJv7lJv40hhuxOQbl7sWR3aipHdKUF253myO6XI7rxEdqcs2Z0K
ZHcqkd2pjDUGquQS3alPdgdTjmIcmZZGmlHOJudBmkuOkWORFpKLyaWQlkTp
cXwul5eryLWQ1hDPNiNtKDeX2yJtjrTprhrSL3FPui7S3PEAejHSQPFFQeiXQE
amo80rHyZDke6XR5trwA6Tx5sbwS6XLU32akG+Vt8m6ku+Q98iGkB+Rj8imk
J1GrF5Cely/JV5H+Kt+0AdIEm2xzArc5UNcGUs0WtKVDmsaW0ZYNaRZbLlsM
0nxYA8WQFrWVtJVBWtpW3oYWCmukhq0u0jpYL82RNrW1tnVA2s7WxdYYTaZyt
tw39gq0/1hb2DdsQ2wjbaKSjbGNtk5fOtE23zUY6ybzPthjpQtty21qkq20b
bduQbrHtsu1B+pXtgO0Y0i0i0c2k7azSE/bztsuIb1o+9V2E+1lJdBm6X7A67
itRt1+w4KrT77WnsGZGmt2ex50Kaw57PXghm0ePeQhQtRe0mkJeyl7eWRlrVXXttdA
Ws1ex94QaX17U3inp67exdkHayx9l7I+iI11728fhHSgfYYh9BNjh9lH2sUjH
2CfapyOdap9ln4d0rn2hfTnSpfbV9o1I19u3Hch3WH/yn4A6aT77TEfbpUMrt
p+3nkZ6z6ZX7T7/viSK/bo9eltRVIcwBW74lY0pF7Fr6RfrRtCn8V
zaMVIoijVVKKKKWRllLKKpWRVlSqKXXWXQ1lLqK02RNlZaKu2QtlOK3XuIuym9
lP5I+yoDlSFFByvvDlFFFRyrpJllIlIlIxyT1lVlI45W5ykKKkK5X1iyhak
m5UdyldIdyv7lCNYDynHldNITynnllIL4inpBeVW47JOAOcNjFWrbD6fA6
/EgNR7RYUXWkc2R25ECazZHHURBpjCPWUQJpMUcpB44SHWUcFR3VkFZx1HLU
R1rX0djREmlzR1tHJ6QdHN0cvZD2dPR1DEQ6wDHVMqzpUMdIxxikox3jHVOR
TnbEO+Yine1Y4FiKdLFjpWM90rWOzY1dSLc5dj9Od3joOQ4jvSY54S5TjHNKz
jguOK0gvvOa46biO90GQVVRRuBRcpQzyotUjTKiopGGo9JFYf+PyhiVLQr7f1Su
qJioWLRJaLFF6ilaQHhT9GGZZxYIpQWEb0XkaUKeJjJLIVkIyUJIVkKyEpKV
kGyEZMChGyHZCclOSHZCsSg5AchOQJccOnQnJRUguQnIRkpuQJ3TkJiQP
IXklyUNIXkLyEpQXkKHyE5CMkHyH5CclPSH5CYgiJISSGkAKKFCCkbCCACEFCSlI

**Ford Emails 153**

SEFCniHkGUKeIaQQIYUIKURIYUIKE1KYkFhCYgmJJaQIIUUIKUJIUUKKElKU
kGcJeZaQZwkpRkgxQooRUpyQ4oQUJ6QEISUIKUHIc4Q8R8hzhJQkpCQhJQl5
npDnCXmekFKElCKkFCEvEPICIS8QUpqQ0oSUJuRFQl4k5EVCyhBShpAyhLxE
yEuEvERIWULKElKWkHKElCOkHCHlCSlPSHlCKhBSgZAKhFQkpCIhFQmpTEhl
QioTUo2QaoRUI6Q6IdUJqU5ITUJqElKTkLqE1CWkLiH1CKlHSD1C6hNSn5D6
hDQgpAEhDQhpREgjQhoR0piQxoQ0JqQpIU0JaUpIM0KaEdKMkOaENCekOSEt
CGlBSAtCWhHSipBWhLQmpDUhrQlpQ0gbQtoQ0paQtoS0JaQdIe0IaUdIe0La
E9KekI6EdCSkIyGdCOlESCdCOhPSmZDOhHQlpCshXQnpTkh3QroTEkdIHCFx
hPQgpAchPQjpSUhPQnoS8hohrxHyGiGvE/I6Ia8T0oeQPoT0IaQvIX0J6UtI
P0L6EdKPkDcIeYOQNwgZQMgAQgYQMpCQgYQMJGQQIYMIGUTI24S8TcjbhAwm
ZDAhgwkZSshQQoYS8h4h7xHyHiHDCBlGyDBChhMynJDhhIwgZAQhIwh5n5D3
CXmfkJGEjCRkJCEfEPIBIR8QMoqQUYSMIuRDQj4k5ENCRhMympDRhIwlZCwh
YwkZR8g4QsYRMp6Q8YSMJ2QCIRMImUDIREImEjKRkEmETCJkEiGTCZlMyGRC
phAyhZAphEwlZCohUwmZRsg0QqYRMp2Q6YRMJySekHhC4gmZSchMQmYSMouQ
WYTMIuQTQj4h5BNCZhMym5DZhMwhZA4hcwiZS8hcQuYS8ikhnxLyKSHzCJlH
yDxC5hMyn5D5hCwgZAEhCwj5jJDPCPmMkIWELCRkISGLCFlEyCJCFhOymJDF
hCwhZAkhSwhZSshSQpYSsoyQZYQsI2Q5IcsJWU7ICkJWELKCkJWErCRkJSGr
CFlFyCpCVhOympDVhKwhZA0hawhZS8haQtYSso6QdYSsI2Q9IesJWU/IBkI2
ECJS8bbI9OCBFAQYqEYPTldFipCFagBdaA+NBa7RHBkXxnHe2LELGZOxMyy
eCuLeFu7eBpDvPNcvBdN7LcQX1QIP1kt1h3Ca1cV/9LsQCVMK1lzBDTyxxJj
wA9NoSW0gy70bPYAGARDYBjNy4yHyTAdZsFcWAhLYaX17SO/tzGORZt5m3tb
4Gi0tbetGI3iWLQTjkTjvD28r+EotK+3nxh/esXKH3oGKl2iO0h0F4meAg+v
DIoVD/E9FPFudLRceG/xdnXxfzSIL0yKL0uKL0pKNE/E6L94GgijfJo1wtYh
5h6FvcCx8zhKx9OsxwQ6nkjHk+h4Mh1PoeOpdDyNjuMpnUnpLEo/oXQupZ/S
mfPo+DNKF1K6iNLFlC6hdCmduYyOl1O6gtKVlK4B7q2NFMeJ3jpI1xG6XlwD
iTsUxdyLhJrDK7CFaGFMtGW8EtsvXreGjteK44jZllY0yzdd1LSYCbx7FxLX
3sTbcgYmW4H99L+8AluRZOrknWfxMpVqs7+1xvXpf3UFU/ZmxhgVvNUxfnvK
Ww9jrfQ0c5XpgZxOxzYnVp0GWHNi/2Ze47G3yljP4i/6X89tLOCojaxPIqcc
7VriLKOTLKQLIvcTJL++FtpDjrVShWxouITf5+DPll4H7bbYgRwN1cg+/93l
i10WNkhDfzXI+v/ddwjvzMtolRxZAyI3NqkexJu7/ORx/oiH3y+lKNaCqI0g
ea1HL6cYajus92jyfY9eUkaUSUL t5kihgeSaErnpf/L8adb5JS2Ji5Jvflg+
f+/uf09pibyVStJiMYoa/ip3f1d5ifyVxlaX2PpL0K6Qv8rh31diIo/pyYYa
yVpDrgfasSqoEdF/7rXWR993krzc++///D90//vLFf0gG5Wa+IZu0o0tis58
gdKXKBUxxb0IpL213jObYtQ5IvKk0sqD0LF4G15Ly1rPh/+0Izls6ypYMkQR
x+K7YlHWzud7+57De56bYZqKIIlRj7YTHgz91wTvJO809FGzvMsxCuPkbUTv
Eh6n8kNw8Z/vp2DMi17T+4l3tncOxoBhOQdYcjb+B+T8IwkFZxMsOetacpb9
C3KmlPBe+Y9fzlZ/a322+tfW57R/uD6n/UvkbbPe31me2f19+9VO6WOvWTO
uH9Yzrh/iZwL/2E5F+/5L5Gz9t/bP1v/a/a/a/hn/D9qdnaPO0Y1fBPfO27NADFV3/+
OS/1d64ob3FkFzNI3lXe1d41YrYJxDP9IpYsY8VzC/6Ru4ZZnsITexG4j8RUL
ERs6xBHtN6pv7TEK4mhiD4zFv1i3EzWfw+HfCPNrTdiWpZTSslV3bxyy2qYlW
m1r4ff07a3A8hrR84zZqN+RfJmvj8YtUnlv/cTzj/Yf2//InxP9P9NP9P9YnnD9
P7n8v0hhp9SeW/9POPlPP9POP9xsd7Gg42DTYLiK87c19bXxxydWKjGqCTYLinhN
8rXxtae5dadAfMtCi309zc5md2Ofscx8TURA4gzfa77BviFGD+NNY5mxwnxW
xGOKeAMI873le4+0lAZcGGXG0hsZy0MVqAUtoS29JxtjWs2nBQG0aC01OLQs
WhaKq8SbtSV6PlOiJ9BEjNySZtTEdzXE+qpireAOhCEwgtZOh4KNVlPHwmSI
x7Mm07ppvIaxmBbQGmEardWm4yZ0XIeOm2OaWnuFjhsSXpeOG9NxPTpuRueI
azW6SqfzDTrTpHP8Wn1Ms9C9fPpTurYhndOIkMZ0ZhMqQfwapDL9dHedrg1A
xJqoVse6t06pP1xfvKr4SoKoL16et+Php7HFN68Tvz0i6jX8vQzwdfG9jjU0
EOvACOUIxdCTDJLvjeggRciF6BvYxkNex3xviLryfe+7CxB6MVQJQqFIoWWQ
kSL8WFpXEb3hr5cWKc+iPyiJ+xr4GvuakERFIyR62CsFH7t9Z5GPYqHISyMfS
0FJLqmL4l1yqv1qijO1f/BWkKPnvKTNSW4v/sPYb+hqRrvLRPgvjoa578L1F
G2WaZJVWLVlpS/6gNFvEb2g7rN8CocWhxfSGIsnXVLMls7Dp6U+UvfQhdJI4
Cslo/T3cdWJVKq1vuW+Fb6VvlW+1b41vrW+db71vg2+jb5Nvs2+3a3z3zxbfVt82
33bfDt9O3y7fbt8e317fPt9+3wHfQd8h32HfEd9R3zHfcd8J30nfKd9p3xnfWd
8537nfed8F30XfJd9l3xXfVd8133XfDd9N3y3fbd9d3z3ffd8D30PfI99j3xPf
U99z3wvfS98r32vfG99b3zvfe98H30ffJ99n3xffV98331fAyL20ntpybYW2UlulrdbWaGu1ddrabb227b612L7zoW7Vt7nZ7Z7Z7ZbZ26K5ZZ9W+0+NvaW2vQbXd26vbfm9a2ndbWa2Ot1dYGa2Ot1dZGa2Ot1dYma2Ot1dZWa2Ot1dY2a2Ot1dZ2a2Ot1dZ2626Vz
aT20ntpybYW2UlulrdbWaGu1ddrabb227b612L7zoW7Vt7nZ7Z7Z7ZbZ26K5ZZ9W+0+NvaW2vQbXd26vbfm9a2ndbWa2Ot1dYGa2Ot1dZGa2Ot1dYma2Ot1dZWa2Ot1dY2a2Ot1dZ2a2Ot1dZ2626Vz

XdZtul1XdIcepTt1l+7WPbqqp9K9uk/XdF039Mz603oWPaueTc+u59Bz6rn0
3HoePa+eT8+vx+gv6mX0l/Syejm9vF5Br6hX0ivrL+tV9Kp6Nb26XkOvqdfS
e+qv6b301/Xeeh+9r95P76+/oQ/QP9RH6x/pY/SP9bH6TH2W/ok+W9+kb9Y/
17foW/Vt+nZ9h/6Dfl7/Ub+g/6Rf1H/WL+mX9SuGZHBDNmyG3XjBKG28aJQx
XjLKGuWM8kYFo6JRyahsvGxUMaoa1YzqRg2jplHLqGt0MjobXYyuRjejuxGH
Pmug8ZYxyJhqTDOmGzOMeGOmMcv4xJiNvmw5+rmVxnpjg7EZ/683DhgHjUPG
YeOIcdQ4ZnxjHDdOGCeNb41TxnfGaeOMcdaMNlObacy0ZjrzKTO9mcHMaGYy
M5tPm1nMrGY2M7uZw8xl5jXzmYXN2NDnoS2hraHtoS9CX4f2hw5jzT6ltdA6
oCd8TcP2o32hHYendFPPBPn1AnppKKnX1ptANf1NfTA00MfpE6GZPkdfCK30
nfo+6Kj/ol+D1wzFiIa+Rm2jNow06hlN4AP0y71grPG2MRwmGnOMeTDTWGWs
hjnYhtZBuPXMMz439sMC43vjGmwwc5o5YY+Z28wDe838ZgzsD60OrYWDoW2h
bXAktCO0A46Gdod2w7HQntAe+CZ0IHQAjmMLLApjtWnadG2GFq/N1GZpn2iz
tTnaXO1TbZ42X1ugfaYt1BZpi7Ul2lJtmXZZu6L9ov2q/aZd1a5p17Ub2k3t
lnZbu6MlaHd10Jku6e31DnpHvZPeWe+id9W76d31OL2HPlwfob+vj9Q/0Efp
0/Tp+gw9Xl+lr9bX6Gv1dfp6fYO+UT+hn9S/1U/p3+mn9TP6Wf17/Zx+R0/Q
7xpgMCOvkc/Ib8QYBYyCxjNGIaOwEWsUMYoazxrFjOJGCeM5o6TxvFHKeMVo
Y7Q1XjXaGe2NDkZHo5/R33jDGGB8bIw1xhnjQnGRGOSMdmYYiwyFhtLjKVm
lOk0Xabb9Jiqmcr0mj5TM3XTME3TbwbMoBkynzELhTaGNoU2h3aFvgrtC4nv
WZlU40A1blltZ6VajqFajqVaLka1XJpquTLVcnWq5VZUy62pltjSLXelWu5N
tdmfavB9qsEPqO5GU919RHU3huruYxGvcXr6zVhk1eMwbbg2QntfG6l9oI3S
PtRGax9pY7SPtbHaOG28NkGbqE3SJmtTKnaCe2k9q12SvtOO62d0c5q32vn
tB+089qP2gXtJ+2i9rN2SW+qN9O6by30lnorvbXeRm+rv6q6q309/Rh+jv6kP1
9/Rh+iR9sj5Fn6ov0hfrS/Sl+jJ9ub5CX6nv1w/VD+mH9iH5UP6Z/ox/X
r+s39Jv6Lf22kdpIY6Q10hlPGemNDEZGI5ORZ2QxayGJkNbIZ2Y0cRk4jl5Hb
yGPUMZoazYzmRgujpdHKaG28bvQ2+hh9jRHG+8ZI4wNjlPGhMdr4yBhjzDcW
mL2NhcZ144Zx07hl3DbuGAnGXRNMZkomN2XTZtpNxXSSYBcyCoXWh9aENoZ2h
L0N7Qwf/FfWY7K1/KHMb9IHhd/5lIW8o3hlf0KyGfrujWR3TTibG2FrnwG2Q
AhPMWoTXJrwO4XcEbq27D6V9i1461jW75kQ53VoqsGFsq0EUxrkmuDBOjQaP
llbLAD4tk5YZ/BTPB7XcWn4IaQW0ZyCdVliLhQzas1oxyKSV0J6Dp7WXtLKQ
VaugVYTsWmXtZcipVcMYOXfoeug2lAglRNuA1uC1LklyhXkKJsU9yx7we/iJ
5vDbxcSeSYb+sSddJ2FraA2Afbsj2CmGypgshlohzsBzO6OEXbWe9LssSjU7
mB0pNxLCuzfDuxVWPjaNSFprkjk5d2lXwygaCyW+U+PfxF/imy5Fi8wV8Yuo
TREbpoPMINGbfCTxppggcq91Ca4CyWwXXEvH6+h4NR2voeP1dLxBHEPiO4U7
WbUpvmCYCv0q1jz60lpgoF9fBrXQs6+A2ugJN0Ad9O5noRH6vRgYgJ65CAwx
i5kvwXtmZfMV+NhshaXOMKeZc2BO4IPAWFgcXBncCauDP4eeht1kNedY7bGi
FVOL+67GVLy7T4zYavM69G27XuL7Ab76OGZui6Pmjr5OYsTt6++b4YsP1g82
oHFRZypx/n1PJ6+xfsXoOakus+Bxbq0kpKMf6aA4FQ9R8R79WsK6OT2v5aqgmf
RuVrLZI0FG1p6P7fxerJCGrjiWc8vj7fQlg03a8HsP6i9dQg6Wn1DCDrBfVC
EKU/q5cAt15SLwVevTTGSDpGoGXBwMizCgQw6qwBqTHmrAXpMML5HJ4ythrb
IL2x09gLGTGaOwA5RTwHuTCaOw15MMLZDoVp5OfHv5HUi/7/1EBkC1oX0UI6
3teC7v9daDANzYmNTHZOuP0+Lj0K6/MOxTUiqhExzRiMZkQsMxnjGBG3iqhV
xKyfYrQqYtUl2rJkMUI4QrgX+4Ujv8Q44S5GCCI6ELFBYgzoxehPRH4i7sN4
QcR+5iHzmHncPGGeMr8zT5tnzxXmPmD+Z58fjzknnzZ/MX81fzN/zDgreMO+Yd7EJ
cr/st/kVf5Tf6Xf5Vb/Pr/kNv+n3+wP+aH86f3p/Bn9m9/PLn5+hz+nP5c
/rz+GH8B/zP+Qv7/lgrPglHm3sx1jwYhOQ6FvomdDx0InyBo3OGma/hp6EF86
lxC2Nx09dzDqf/X1r6+v8v8Ff8v8Fw4vaXtYQW9uWsxp6RamanjvsjRjRuSo
rThMwrhxpBU5Ppj5OZa1e0BusEqz2O1wyesuWeK/LoMeqz9/XY/iZoCQYdf1j
4lGCtFYsNR5HNAZyORW9zHQ09HqL1WfpsSGt4jFLoX8oZdTHGaorxdWuMn1pD
nP9uYCT0fT0DEpBO3MHHUEX8wU9Q9ZWZWCs+FgjgQT8LBUPBtCxt8KlgepYxiH8s
czB7MDd7Opg3mJ/lCBYIFmS5g4WDsSxvGsGjwWZY7/WCL4HCsQLBV8gT0TfDFY
hhUOlgu+wopE26OdrHy0O1oXb+9PiqMGP2bN6UJ6ACACE92IT0ECWkB5eQHjxcC
evAJ6cEvpIegkB5bS5CONpJ6JSHDEJ6yCSkh6eF9JBVSA/ZhfSSQUpUEJI
j3cV7aa+ZStKWq3H1lyarvm11FoaLaP2tBajFdKKdxEaEW14lpJrzZWXXqukUdGq
as205iHx/SQxxvBttLZaO6291iFf2JaDHqxfAyAIwsjgLmYMbMMbMSouQxFE
FbpvyWTtdcOvke9Lg/AFaiaNC5bmD0UwDH0pn1njiWrq5/qI+F5jSWbqtvndA
F2OqMRt6IRfX4E0zGqP4pWJ+Db40e5mvw9fmG+ZUt2Bv4KHATfgu6g272SjBV
MBWrG9SCGqsXDASDrH4wXTAdaxjMEMzzAGxjrzBPOwxsGYYYxxAxEnwmWIg1DRYJ

FmHNg8WCxViLYMng86xlsHSwNGsdfClYIrUJ1g3WY6+Gtoe2s/ah/aH9rEPo
cOgI6xjtinaxzsnaX8lH0gSejVynQm6RU+QzA/IXI/hCrooJbpAX5ENwEe0i
vZe1xiClHvF+TBNPsUliPS8Z9+EnrDYmRXpijEyWgPq3YZ1ZKylm3IRpepqR
7qJ1C88boy0rbBQ3XjAqGFVpZq0DzcV2N1PTbGnGe3OjZi2ztlkHR1/Ijdnb
KrsEjUvyJZXuTjbbOBf9/Dj042LWzYe/2WguujK2jOlJZYSfOtVobbEOlejT
htHs1kcULXxmXDcSTEg2z4MxgBjBJbXyfZAZY+Yz9P4ypjfV21EpciLX4h5M
fl9OrNUVY+Fx2+aHvA+DJg+cPV2SNFN6b540cYY0PPsp5j7D853fWXOceY2C
SXOaxa1ZzA5GP6GjpDhokbGYZitJY8nmKDHm8b/qb+dv7+/g7+jv5O/s7+Lv
6u/m7+Pv7x/gH+gf5H/bP9j/jn+If5h/uP99/wf+Uf4P/aP9H/nH+sf9jrZS
6IhWckQLDe+q/Fz8jiObDHp2XXxfR8ESSmHPL41jFy+NXTJQaRmptBjqz6XQ
2myhPYWymKmm2bH7x61b/he9/guj1/tH1//+rp3/nKCNdMg++laLoVtqrWmet
u5inQ5s2DOsL7Rpq8SPtI+BifQDPGa9NArs2RZsGTmHFsO7manMhITZPWwxe
sfaDEaOwESHU4ftQXOgQSqD+xsLzQn9QiuKJF9FKXodWqMfb0NpIMBLgVbSZ
UdAOteiBOLRaqeA1tFwh6IVaLISe/5o/Ft4W0sF2IR3spFjkCyEfflkSnoav
LU/ipb0hs+m4TKJtTrG6MUWbqgf1ENqlNGiZMuqZ9Fi9qP6Fvlv/St+j79X3
0brEEWtN4raRzkhvZDSy0opDS6MPyhZeVRDWPtwWEh68imB2NXtTnewMHQSx
okvWOoXNFJyKZ84m/gt5lsCGUVcOjARymbnAJ7gGjfg2MBI6TOv3DKYma0vb
/oUyyPf7LWo/pS3tZ0yKbMS3VSSKS4HiT4HazAPYg7H3ho7dd/6O+84XGjto
HkSNHTaPYnTyjfkt1vYZ8ypEiX4IqSHxiyOJZewU96BVxqXGckPM6Et4x6sA
2K6PQwbr/ILkAXPRFWLvtVNYUO0Vra7WUIw0cPxbNViTIrj8QbHDMJ+1zkdx
B9q0j9Fu3UF9haOCA+aP2Kfc/qA/t7+o/1l/Mf/L/lf8DfwNrfigvxUDjPd/
5l/j3+M/7v8lMCkwM7AgsCywPrAt8HXgkMXXauTLyxw0sk7j6+wTKysYGYoV
G60b2o04jCPt2nJtF9r8yzraFowXYyCf3l4fAM/pwzHer4mxzmxogrHORmiD
0c530Fk/o5+BOP17/Sfoof+s/wx9xY4A6KffMRi8gTFQLRiEfakdzMPYJw4W
YvwzCFbR7P8mY72xGTZjlPkKbKf49Quzu9kTvgyuDW6AvaHPQ1tB9MXMMv99G
k9rZH7QyamEHH9Cb1ybV7Rf/32rlSW8d0yhKn5tifwN6OPRmtDcAI+ywz0/1
H3YCHPqPrWP3/7da4ZbPK2vNHEZhycvQhjbVe4Cpv6OPgpxosaZAYSwvBCXF
lVAVr90M1TGq2Qe1MK45RN/0knA0iLZdjNGTvhtaMEnDX9KaWni2QcwqaOY0
tKzRgXGBddAhdBTt6wd/WMZXD1UGI78Cyfx5ZpKMG6kNHPGYK8y1kM3cYX4J
eR7Kq1IskMTD13iNI7zGTTXpxJqMgxiqw5JUb2XN1lhvFQN6IAtUonpr8jt3
v8dh2bDuDY+Rxzono7nZ3A7Z/HcDGuQJHgsew9HYneAdeCEUCAWgd0iV0Cvw
YqhDqAN9++JhYgPBf28rNtiD1/isOUZkFAyMBKKKxvtPqT4Efl4IMENKf0QtB
tF5MLw5paOUrHa18ZdBr4IgxI40YM5nVUN7M5gxzBuQyZ5ozIXfgSuAX5Hcl
Sp2PPHvsX5ArPNYUewA2J+P78cwrRiWtbmdCbYkoJhNF0C+RDtrQynXnwGWU
vhetXPch6Yf/JenDYzixx2DL/5fyJ/aOUtQ7HNjf8Mgoh73OoN6VMXg8eBwK
Be8G70LhEP6D2FC9UD0oEuoU6gRFH7JflEkWM+99pPsghyn2PkXsaDO3mdvN
feb+AARYgAdsgaiAM+AJqIFUAW/AFYABaQPpAhkCCGQOZApkCGZ
BKoEqgaqB2oGXgnUDTQINAw0CjQONAk0DTQPtAi0CrQJtA90CHQKdA1DXQL
dA/E3esvbEQyeR5Pe8mJ8YvwI4vQL+bQ9+vnoKh+Hf1fZVqvqGO8bgyAlhgN
T4EOxnxjIfQ3rqN/GUijzHizj9kXZpsLzeUw11xvboBFQoewxNznT4BlQo/s
FGqSs9OoTRs7IzTKzqJONXZOaJNdRH0G2CXUaYhdFnplV1CzWdivQqfsJmq1
OruNmq3J7gjsgTUb1MJhGGYlO+q2leRA/baRooSOJSdqOU5y9yY9x9tUCNwI3
pRoYW22WauGoZqdUdUP/Rl6CupoRjlS43FOFhqir7omtT8kdpSSl7PRv6vFr/Y/
WhTv2skG93br74uYRcXRYfCT4GwRrZCvhCoPPQPPSsrpfLHTsZXWuv8e1VjEg7
a51xTNld6w4cx+5Bms2NBht5a7ueVc8Kip5dzw4OPZ+eD6JoftdJ87vR5K1z
0qg7F0VHxcwaZg2oaNYx60l8w1zOLQmL96ZvHgWmXmXmXq4oB538rJYoh9lfo
QF4hgPdKracGD8YQ6UFFr1AdbW1NsyZqbFxgPJjkGwIo7RqI/hPzzzsfOP8s
3mYZk0yzHmsNROzJpx35GIO1MdsFJgQmptB7YxxxHzQPmYyTdpByH5/HP1fMC+a
P9Mc4BWaAbxmXjdvWDdpP8XO3dupIJS43BZfZcL8cpfQ5/Pn9+rvsvTRP9O/m/+
Pn9+mvsrKGb+cKQ+wT/RP8k/2T/FP9U/zT/dP8M/0z/LP9s/xz/XP88/3z/Av8C/0L/Iv9i/xL/Uv8y/3L/Cv9K/yr/av8a/1r/Ov96/wb/Rv8m/2b/Fv9W/zb/dv8O/07/Lv9u/x7/Xv8+/37/Af9B/yH/Yf8R/1H/Mf9x/wn/Sf8p/2n/Gf9Z/zn/ef8F/0X/Jf9l/xX/Vf81/3X/Df9N/y3/bf8d/13/Pf99/wP/Q/8j/2P/E/9T/zP/c/8L/0v/K/9r/xv/W/87/3v/B/9H/yf/Z/8X/1f/N/93/w/T9k4duyVv1HAv56ZpqdE1NuqZW6BTyJMZ2jvBYjdaFNYqzUlOElYu0
D+CdnGE7SpYyB9mUjG5oH/LHQFG3SOvhcWCM4KwyWQXKD5s10n3qJkxkVi
xAmB64HrSWMS8YYuLwyMGLW1F6M2Gq+lp/FadhqvFaXritGorTiN2krSqO35
e1fSNSZdk46uyYv1HAv56ZpqdE1NuqZW6BTyJMZ2jvBYjdaFNYqzUlOElYu0

kIfGcPnEWi2WIqKtmKT9FZUhcf/mQYuDXRYHOYiDAsRBaeKgDHKwFVoRB+2J
gw7EQce/xDun8S3Q+NZP2gk/5SW4El/hG0bcHbJqbirV3BjU7HXTgfcQK4l5
seYCkJ9qrivW3AYYhTW3Fz7CmjsIY7DmvoWP/xKPEs07AI35TavOK1NEDMQX
jUFpPsJJI9EQjUSfx1a5El6meYTa/lf946A+9qsEeC90PnQR5oV+C12jp+Ee
la8nue1F1u7hv6FfProEyh9cKWqrGtVWbct6ZQGxVhS2P0cw5Rj/vaLVg+Q7
msQzIOJ5HvHUx3B9hHVltmRXHo24kosrg+Id0/WTnkZJXB8PP3NC6+KJO6Xo
yRGxEh5+YiS8Hh5+UiS8Jm7tpMK4sB/NdM/H1rjkD+a7i6eY8e4QMed9HP3A
XYy5sgaeDbwcaJY09/1t4AcRwwUbWTKKlYA0lozHSCdmUOxRYJr4aplkjPC/
nGTFE58K/Ub8Lr4eBXYtWiuoPaM11Bpp4a+vRicbFR4P6zgYfhqzYbAmnmHH
uxXCu5aCPPR+7URPflLuaVBqUpqbrsoXpDcy6sNFajSltB+IL8RFlpL4hbg/
V07im5kl4yczPe01zULPCou1DbG2Eg25MGYCKsdPaWtIfJaD6ZlTlMWMVaJE
45xxA2stNdbOEOJUfle2FPKZgyyRDJmR93Q0d3WP10ctXZTRFhJn2U5imuNh
99M87M6d0J1o1313TvwCXTrqX1xrre9HXsVbUzOizjjWSyzKzFGLFaGGWTf8
LIWxLOloc9LRiugQHrURvyYdbU46WmHWo1XHZRbdbFHxhqjw80SixUnW3b2Y
y4w0C96/UHR0UrnRSeVGJ5XbwCq3gVVuA6tc0YoTn58ZTVr9Fh7fztAPtdnG
KGOCsJkPsN1ifob2JUFusuB5yYLnJvseQxa8QIQ8EOmeU49NHoc2TpuqLdCW
Ge8bY9E/bPyLci235BryWOUS8TXJQNxrxH0m4j4zcZ+FuM9GfGcXPUlvrrfS
O+pd9Pf0DyLqZ+pjrh+ndkmX9KX6Wv2Qflw/pZ/TbxvsIecDE2XYSDJ899hk
iNYmaouM0cak8Cpfsj0u4XWd+/a3UGzy9/SvkST7aXh8e7QnaAv/oiybI/rU
mcc3c/6IMqAWQutDmx5gH848IfZB0lvqnR/Qrs48xnb1g3brIe2A4LdEUjx2
lqKrHEaJh7j68e1Cj+T5e+I5l1HyCeL5HPGc23j+X8xz5G7tH6hdzabY5uFW
k8W1Zeja87SaPE2bgT1hJo4HOY0HDRoPpqXxYB4aQ+ajMWQBGkMW/Et2Udy/
ZFKc/eOf7NNiJqqZ2JGNY8weGLemLO/CI5Q3RB+G5Y3QR4EtmX7C75P5CVI+
R/7ndXyRdDxMG4E6HqlNRR2LuRyD5nLS0lxOHpq/yUfzNwVo/qbgn7pPNrrP
z2JeCUfNJ/A+OG7G8c8vumTtQ3vYksJSX6LYKvyuBnrzxiOUcZl0u1hfibpd
rW8E5U+VUZTKuILX2GnVB3CUfx0MMc4HE8f5DEJi1QTSiFWT8NuG/iR/v1DN
phErw0Y+oxToj1DGr0JP1lsm6J0hf6qM8JMDv4EYkS78U1eG+/1VslRLTfE2
Nzni2tfN10Gjq/T77neN7vcZRM4YS/R2tXurRdcfm4dkhmhtPNgquAIglC2U
HapHG9EBqEnrDmtRDyK2z5WMT458NkcbLAXrQaPQdbSRKx5bfCJr8Vo88iK4
Z8R9DeK+liXZ/Zq+8Rg1Pe1PaPrGE6XpaZamRyXT9M3HpmluzBJvhfoT2r75
RGmb3s/PillR9uPVtnh29X3tfbyr4JhpJ7WTGB1d0a7QmktTkPX2enuw6e/o
76BvGa4Px3hhkj4JHPo0fRrGNYv0ReDUV+mrwKXf0G+AW0/QE8BjpDZSg2rk
NfJCKqOO8Qp4jaZGU9DEHBjoxuvG6+jR+xn9wDTmo3X1i3lnCNE7T9KYvc3e
GO01CjaCp0iD6UmDXUmD3YUVp9aB7YDV+Je3gydXt5Hrp7cwtWnxyHV75HY4
rciV0WtgnCHWdFNRjOi9b77+tmjtQnKIojfJJXuPHMa4iWfXsc4WT1lmQH3F
o56uJN4J9TEN9bAK5U+g1QqUN2nFYr6xwPgsvKorpEPZ+qBcYe+eDr17epTE
Rj7eS97dl3TPytY9E8Q45lHuab23h1sRgdgRmoHesirerjoXlsJ62AH74Aic
xJHoBYzMrkMCk5mTeZmfpWEZWTaWhxVkRVkJVoqVYRVZNVaL1f3rGghkJQ18
BQcwOj8Ax+AUjtBERB1OL2IMJuP/rn1gxdpCZxBxMZQYeWXzhUTqWmeVg+dBC
5WIxmMawWExjGY6kkdvSmJZm5TEtz6pgWoXVwrQWq49pfdYU06asNaatWQdM
O7BumHZjvTDtxfpj2p8NwnQQG4rpUDaSdk0xhn6HjUZkDJuI6UQ2HfPiP7Yd
Niv4BbbKp4IYr5t5gxvFnuPgVkxrBndhPDc9uJt+vUS/fkXHl+n4azq+Qseb
6KptdNUewn8hfDPh2wnfS/ivhH9O+A7C9xH+fi+FbCN9J+H7CrxJ+gI6v0ffFB
Or5Ox4fo+AYdH6bjm3R8hI5v0fFR5v5v0ffROROr5Nx8fo+A4dH6fju8zI8uej2Alh27
6fgkHTM6PvX8JvX9aFSf9/9/9/9/9/

ZunoHnTsWnJvaCblHvCb8+iA5xxyrVGTu0UWuUvoMnMy9QMjOYXxxyRXct1n
b7D/81Gkf2sJyT2dPIO/X8K/Ph73Sx/vrYQ8f3zSY5Ur1R61X12rrlOPUY9T
T1BPVk9RT1V/Xj1N/Yi6WT1D3fqJj2b+2+p3YMTzBVLDmr+5hif+lRHP/3fG
OP/NZ7zkjFhzMsLf3P66+NZ3pG/Cs7TgV1rwKP0HxdvwhHPLD44kc1rm45mv
Z76l1CuLlU5lLVQr+OH43q1R0B9Q8NC7fN7c8sIxV/Uj1Y//BZT9KLzuzIa3
nYUf9LLzSSuftbKVrJ/9LLkrxNkX2LXsN9l17ItsH/sSu579FruB/Ta7kf0O
u4n9LruZ/R67hX2Z3cq+wm5jX2W3s99nd7CvsTvZH7C72B9i/PlQ7hJ3nbtB
7hYUn8RLeRk/FG8Fu4X+VXrKINu/fLftB9nyb7dhwn4fYxVS049/uK8pcv4M
+Ioa5CnqI71EfVw9/d1epD72+Li/4Qg/QnVEc8Jb1MO3VUdTLLkaf420MVYq
VpIWXFwRR89iP7naXcu8QWUos5Q2Sk3a6C2UhbSuuqlScr1eRpWTa/YKyiVc
t6kKcuV+h6pUvqt8lxJGDtdQVeTqG6D85Ao8nKolV+GRVIBcie+j6oSrMRUk
1+MHqBC5Jj9ENeCL00bS9nqHmvQ/vsZ+1FGaMXZh5qBzK+WW7x7S7pmA754E
/2x33oeE55DpogIG3ZM++p7ykSW4w1ulZAj16Y3u7FH8UPkV9K/dWaaUT61M
csV8xVcV/644mPlA5qTMrsxnMp/L/HrmocyjmRcyL/M7+X//QFmHfmplIWX+
WSlTLlB+80PLlfqplWuIYqFiv/KryqvKP/PHyDP23SVL+9RKljzQo/ehpUr/
FEeXLVD8xwfKc8+nd15mPpg5l/8Bv4+0/g5Qp+nh9Gh6Aj2Znkq30G30bHou
PY9eQC+hw/Rqei29nt5Mb6d30XvpA/QR+jjdT5+hz9Ex6Sv09SQ6SKSWJSVIm
aZL0SeYkW5IryZcUTBqWNCppQtLkpKlJLUntSR1Jc5PmJS1IWpK0MmlNUjyp
L2lT0takHUm7k/YlHUw6mnQiqT/pTNL5pMtJ15JuSGlpilQuVUo1Ur3UJLVK
HVK31CcNSBuIlI6RjpROIU6TN0jZph7RbOl+6RLpCukoala6TbpBulm6T7pTu
lu6THpQekR6X9kvPSC9Ir0hvVJEuT05Plyepkbblh2ZxsS3Ymu5N9ycHkYcmj
kscnT0qemtya3JY8O3lu8rzkRckrkcnx5PXJ29ApK8l3l38v7kw8nHk/uT
zySfT76UfDX5uoxKviqTyl9JIChkn08mMMovMlfPI/LKQbLhstGyCbJJsKmGL
rE02W9Yl65HNly2WhVEXHQP1IFsjWytbL9so2yLbLtsl2ys7IDssOy47JTsn
uyS7Jrs5RDokZQgzRDlEM0Q/xDTEOQ5xDskOGT4kLFDJg2ZNqR1yKwhXaR2
15Cau0bKvn5Iz5AF1Pvznwhfh6kwz4kl87eZf6acSlqpoeqUdcrx1CTMc9Ku
bFd2UE9hnpNujBV7DvOcLMObtBdUG1Xfo7awT7ErqO2Y8+TogH8ZzHxygv9v
/hD1S/6nmH3o5/wx6k28Z3uLovkRXBhsAR+lJPwIxHrBGWCUShK24F7B0kww
DraBa8GvY6tHxfRi4j4D4XTueaz9DtgDfhu/PIPtR4psAYVSjESsF5wBCqUY
KZZiJEoxEqUYiVKMRClGohQjxVKMROj4jxVKMFEsxEqUYiVKMRClGiqUYy00n
OY9FLEzWk2Vx/RwwDnaCz4MxbDUHW43D3uMQE/YeJ+49DnuPw97jsPc47D0O
e48T9x5PJl3Cj0dsOjiH/ErWct8gS/fj1/sRmw4Kv96PXyX8BBLJmAvc42AXG
wVmgkPoDXCsYJ1s/gNhS8AnwKTAGLgSfl6kTkq0Gwtli+LwYRsXwKZLeRLLH
ROQ+EblPRO4TkftE5P4gcn8QuT+I2FLwCfApMBAYuBIXcHxRzf1DM/UEx9wfF
3B8UcyctQH4q9yz4OCjU9iSUYLm4H3FEvs8tvs8tvs8tnuIewn8CriY
cDKp3ySBqNnJWNMrrnkFS4+KS88jfJz7shgKaX8Oe39O3PtzWNMrrnkFS4+K
SxGEA3t/Ttx7Cvcq+Aw4D2wBhTNiCmLPg91gDxgF4+AycDn4fZIyS9QvInCJq
/2Hk8DByeBg5PIwcHkYODyMwAbvBHvBF8CVwGbgcFHIgaeFYHsYx0fwjsPUj
sPUjiC0FnwCfAmPgQlCw9OiOrR8Rbf2IaOtHRFs/AlvTfDPDbkbzbazYgtBZEZA
B7aIgQtBIe1mMe1mMe1mMe1mMe1mMe2uRBolzlohxLVNoxKuDOLakeLakVg7
RcMijYcRCl/QGjDXahvVSfVgpNQaah21kdpK7aT2oK//JHWWukRdk5BWtEQu
4SQ6iUlik7gkfkmjZIRkvGSypFnSjpETwhxYFPx2p8Fvt5bkOoqPk9xGcY+S
UEpCcl0R18TFNY8Oit36rU0MZ4jhfDFcIYbzeOGl7uNflEv3kbRftlPvfh7QM
1sTFNY8Oit36rU0MZ4jhfDFcIYbzSEjzo5HTaG66GD4vhgPHMfr2cYxG6Wl+
DJbGiNuPEbcf124/5vb2Y7B9oh2UaAf949949pBA/fq6bgaTsfvCDpiveAMULhe
TBdbINPRApmOq8J0ttECmowUyHS2QM9HS2Pi2Dru8dPFFsh08S6HS2Qb6TkcL
ZLrYAmkR2QIKpRiI9YIzqZ2KEULWIpWlCKFpsFpSiBaVoQSlaUoEVIuIoWsRQDubdwt8KB
UrSgFC0oRQtU0SKWYgZaMjMQE65+M8SWzAzcM2cgtxloycxASjOQ7gyxJdOK
vVsRE/ZuFfdux6t2LsVe7di71bs3aEw/ShaOo6t2LsVe7d7i7bsSru/ShaOo6t2LsVe7i3
QeHXmWI76DGy5jHc3R9DS+Qx5PUYWiKPIU32EHacAdpQ2wp+AT4FBgDF4LC
HaRNvIO0iXeQNvEO0ibeQdrEloiQ7+PcALvAODgLFHJvR+7tyL0dsaXgE+BT
YAxcCAq5t4u5t4u5t4u5t4u5t4u5C2k8hVhEbUjj6Dj6jt1CGj9C1+00eLQtIKE0
ndiuE9t1YrtZuLvpwnaz5A56Ei2J8J8WWzJNYuyenQLVLj4PLzyMcaMk8KbZk
ZmPv2eLes7Gmv1zzCpYeFFFzcfiCAf2ni3uPQetlDlopexBK2UOzog5OCPmIPY8
2A32gFFEwDi4dH14NCK2WO2al2q/Azl0IIcO5NCBDHqDdiEbAb7AFBFF8C
l4HLQSGHDrEd1CG2Cg2g7pg6y7YuguxeAT4FNgDFwICrbuEm3dJdjq6d1jrl2jr
LrEd9DTSfhpppP43YUvAJcGCGCLLqG0gFgFNJ+Wkz7aTHp8W0nxxbflpsB00XWzzT

xRbPdLR4WsS1LeLaFqydI7aDOv5p7aA+sR3Ud7sd1Ce2g/put4P6breD+sR2
UJ/YDuoT20F9YjuoT2wH9VFCO+glsR300u120EtiO+il2+2gl263g14S20Ev
ie2gl8R20EtiO+glsR0kqGU0chLaQX1iO6hPbAf13W4H9YntIKEsY7A0Rtx+
jLj9GHH7Mbe3H4Pt7xxXNzASjfmXHFd35wg6YVYRIz+Xf4bv5r/I9/DP8vP4
L/G9/Jf5+fxz/AJ+Ib+I/wq/mP8qv4Rfyi/jl/Mr+K/xYf55fiX/b/wq/uv8
av4b/Bp+O/99PoLUD3IXSeom3kTlfXDE0eCR3xjd/H2hHJJ0/pqGRX1JSFki
t0e3ycU3fvfe8YvQG9JO1lvEX+UfOaY87aPmnCT1I6NGcymcgZrAFXJe6knO
R/Z8DmV6EXVzTSiT4BOMaOHf+G/AwhMGvYWU/8PTv/u4Mj7h4yI1+oGjyvgH
p373MSk+cVs9wz/7gaNS/MPTv/u4Mj/h40ol52UvORcXDz4PP3CcmZ94fncf
t/ITPu4h4nVpAbnmrOEjHzhi5SeY093HqvqEjzWdXHkHrrsLyTX3q7jG4gr7
gaNW/RPy/H/jzqD+q3cG9lO5M7Cf+J2B+xTuDNwnfGfgP5U7A/+J3xk0/xJ3
Bs0//c6Q9SnfGbL+iXcG7b/MnUH7T8pzkDc/SbagfvLkupCEMu4N7ib/CN/M
d5GnYuFaLaXGkufREZTw7ZySGvBv+VHIo2+X736UbxbKNx+1iRkRRQ94gi8f
iVLwtyhR/U7MRUuZybOXQSyT7q9sPeA54Fbpc6iB2colVIrgY1mYw5F7jfsB
90PuR2LKAcpFNcKboPL2veqvzWQvpHeZet9T39PULd+EQmoGUkrzLc+KEv1f
3XoIqbVmUtcTqVmkDmdSt7731ECD/5t6hDdE0YdgO/gq6ucBMV8DZSNlNFAe
UlbRw68kV8z54/fPpDZTvdRKykGtJf9nUYuobqqTWkatGbS0Hj703P+g4xnw
j3gK9VgPPkbd7SXxS+BalFNQIy2M/hOW1D8QS91JDacmk+NtJf89xJIhyk/O
rmmDltrJ7wO1YRhUG/+I3BmqjYqT2l5B/s+muqhV1HwSW0y1kHgP2c72j6mp
TJQpcyH4Mso0Y1D5YEXlvg+WkjstltJFSmQhirSQMyKAM9tCznA7iTeKNZP3
fs38L3PLJErZRjQjfN/XS/SzCQpaCw0NxARV/SN19MhHlHrq31H2ECm9kyjG
SVQ1geqAjlqhpEIGYoK1bajIOUtM/rgwDs30MeDCQqLC/6vN3taDzxd9oclUc
qnpCNUv1pGq2ao6qQ/WUqlP1BUr4NvwpZafyC8ou5ZeUvcovK+erqsQ0hKcv
7YDvGIng7XNg9l0hfwUoeIqVyYRS0hkvZvSJd07hSuoScxe+6UxOupD0J4rK
mJXxNJWasSBjEaXkLbyDYvmt/FZ4XJVkvAj23f6eyXfb5n9PGlJyrMKf4GfJ
83enkkyuzAN/wpzF3r87HcHz7a2/ICUR/cr+PSIRqNlbdUxJzH9jCn2w1iQx
BfegOv570/DcUcd/byreu+r4703H94E6/p+nJJQmi5zFc6l51AJ4Elgt+hLY
Qm2ndlF7qQP4qv/WF/3iN/ySdIwLwLSR9mEzvq0a+L7mrUx1pjGzLLM+87XM
n2deg7+A55SvKvepRqnuU41TtarT1UdYQQFJ/AaKVjSDLeAMsB2cBT4JvsVv
ouhMNb+R0Mh/h7AM8XrwNfDn/LcJrwlUThX2UiI15XPCvspXhW2U+wSqRgnr
VfeB44RfVa1CXJ0OHhHIFpAthZaUjFwDLOR67CFWGiac84q3FX8U/CPwk/kn
yZG/zW/iv0vCPw6EmVPF8LGBkGy1id8s9FyRUPDkNOC/V3iITqvuVwnjtVMo
oUX6MknDrlDyWyipQs2NUghP//uphyVvsS65K/kJTtIxOpzNoNZ1F59GFSZ9J
/nzyI8nTk2ckP5k8J/knpJFJY/KZAqaQKWKKmlHEyLsbNeBgv42P8TIAJ
Mo3MZGYa08y0MI8xjzNPMHOYp5gvMF9knmW+zCxgFjFJfZZZYyK5gws5JZxaxm
1jBRJs6sZdYyfcx6GZozkdnEfl95mXmFeZX5PvMF5t5t+Z/2D+k/kv
5r+ZnzA/ZX7G/Jx5nfkeb80vmad3zCXmMnOFufkU1bjzLr4+vkzt1pjGZ9o5+87XM
tIrW0AbaTI5iavkK05ObkluRY7ybyzm+YI83ikxmxMxbGbtGS/5mGg2BjR+JR
xVQzNUuwt8U8c0MA8xn2ceYaY5m5/2AzZZ/2AQwnUw308P0Ms8xC5nF2BjOfM1
5nnm35ivM99aIkyeYH5S5Jvki8x4mbHYzcwYb9mBik+8xLLbbzbzHEYzcwV2ziV/nb
mX3MfuYAc5YP8Y82A989mYP03AVdfkcAp6T3AvYP089dtdDntJr/WkXLU1u6H0odLe
SHuD2p72zqtb1PfT3kp3i9kc7y3q9Gb5/067SBfUTfbp2G+Byn/SO1+k+lKt6dO
SH2G/P6hff6lfOPPhHLnn/uDf6mv3vlHcv3wv3q7/+ek1+ixqqsT+JfzpTfPfQ7
SZjfp8v0A//IMd/598CH/aV9584/Ukt/k3w+3/7+hGv/7k2+PJ7M/fU+PPYHb
3vmXLxr/rj7/rz29Dnn3WY89N/+lzW7M/GRfvFV9XXKI+uMPT7tw1
WGeaMj/dx3mP/VrAAGRCHAKgbkqBEMt83czmCbonGBQ7SK/9x5vrPfkTPqg]3p+6nhqa+kyZcrHyJ0lyNPmNl1Mp8s07GRuHMuQKqCAMgWUFgHsvR04O035P
/0z9A+VLfTvT1XVMt2tNN1npnUdpNA11nIXU1HmHGgR9Lg6P035BRdLe
SHuD2p72Zqtbj7i79qNu3U4+DeNL25XI35zdh7r7jiC4Qr9eIe+MefsZ
+13a76gfgpPQp1G3+lHa22uG22YsbBV/Jv8Zv8Fcb14m35nxMbD9IjjqwW
rknPpfrT89It1FmKJGNWXGoQKQAWO0OcBbn3BP8H2aqAR1UnoeSqQmFLrk6bk
k7k9jB5G5Jdj0j6FGUjB5Nj6G5aGG0rAPf91Mp9ER91JNfo03SNNIP-INfoF035BRdLe
SHuD2p72Ztqb1Pf7i6t4ru6t54bsr5XXXXyXym/EGyt/PfZ5ShdZSf17l0jqjw
rknPpfr89It+FlmKJKNG67TuzM09cBbn8Bbn8Teb3zcXmNOFETxfPSy5jPmT5LSlrkTPqqTqPql
n0xayK2k5S5zcbcl1X26UF8pt8nKS/bn4r5RS5stR5R55tXyYM/EGyt/jCO0AaW
gy6wAnSDIaAHrkAbhgA8SCv4PGTzBjcCDPMhPRfz6fTPGGV 0kHzr+r5jnfQUtTJ
h/0DSlIHDru7VJJ06kuSJZKwZLUkLumTbJRskWyaX7JLsIlRyQHJQ5yUnJac]

k1yUXJFcF+99CpqjdbSRthArusj5EaAb6RH0WHIWTKGb6Zn0LLqT7qZ76UX0
MnolvQZj8zbRW+kd9G56H33w9ui88/Ql+ip9447ReaYka5IjyX17fN74pEkY
k9aWNDupK6knaX7S4qQVSauSoknrkjYkbU7alrQzaU/S/qRDGKF3KuksaWsJ
I/RuSqXSVKlcqpZqpQapWWqTOqUeqV8akg6XjpZOkE6WTpO2StulHdK50nnS
BdII0rBU6I1QJQ8lqqGIFYiS5CPk5LlTPlo+hiqSj5OPo4rlE+UPUTb55+RT
KId8qvwRyimfLm+l3PKZ8scor/xx+ROUT/6k/EmqVj5H/gUqIH9a/jTVIH9G
/kWqUf6sfB7VJO+V91Kflc+XL6BGyBfLV1L3yVfL11GT5H3yH1HTKTp56D12
2FlgPmgCC0AzWAhawCLQChaDNrAEtIOloAMsA51gOegCK0A3WAl6wCrQC1aD
PrAG9IO1YACsA4NgPRgCG8BG8DPgMLAJHA6OAEeDY8BBx4ETwQXAS+BD4OXAK
OBX8PDgNfAScDraAM8BWcCb4GPg42A4++AT4JzgE7wKfATvAL4NPgM2A3+EXw
WXAe2AvOB58DF4CLwa+CS8Cl4DJwObgC/BoYBp8HV4KrwW+Aa8AIGAVjYBx8
AVwLfhNcB/aBL4HrwW+BG8BvgxvB74CbwO+Cm8HvgVvAl8I8Gt4CvgNvBCDv4
fXAH+Bq4E/wBuAvx8Ibgb/JFAcq0syLia8eeMaxnvZFzP+EvGjYx3M25mvJfx
m4xzGb/NOJ/xu4wLGb/PuJjxh4xLt9e9nXE5448D6/h6PsQ38I38Z/hhfBM/
nP+sMHbljmey3oyvis9kOjG/NzL6M97MOJXxVsbpjF9lnMn4dcbZjEMZP8k4
nPHTjCMZP8s4mvHzjGZrz99edzzjFxknBtbxXr6a9/E1vJ+v5Q9N8HR/8q/kJ
cxsViHehj3/mu7Vu4NlvYN3tJ0CMsjJKLH/9+BR0xhtgP/gmeAp8CzwN/go8
A/4aPAseAn8CHgZ/Ch4BfwYeBX8OHgNfB4+DvwwBPCOS9YDXXoA2tAP1gLBsA6
MPgp1Bd5fgd/D14E/wBeAt8GGGL4N/BK+AfxKYMQT8Epw8NzgfE7wdKfATvAYLBf4
NLgAXAguEshwbwCLQChaDNrAEtIOloOCxbGCmnIE3aEkZD2VMyXiY/EZlPESY
lDGFUErW3NG6Et4U3GpdqcYJbwBUDwgUW1E2vKv+YEvqA16/VW3CKE8VRt0S
zhFSFkYVEn4FXEzWYyQo4ROgsA3GHRN+BRQ8YnHUUMr8gXyF2dYeVwizvz+p
6BTe+6lmchLwGaG03LcQnwt+EWvwNkMY6UnWLAOXk1QEv3ePqoQnRFrRgqOU
4RtxifLbg9uTyu8K7Umyjs54Ak+T7+LdDeJJwrPjwFtVGf0O4sJcd2uoJo7m
kjgpl8zJuBRuKJfKpQn+4ARvcFwmp+RUnJrjOQ2XxWm5bMEjHGfgCjkLV8RZ
uWKuhLNzpYI/OMEbnOALTvAEJ/iBE7zAcZ/hhnFN3HDus9wIbiQ3iruPG82N
4cZy47jx3P3cBO4jBUwzRJOiGaJJa1aRr7tEwmns1ck2GRqERxvB8OqMG7ZTq
b535CfM+qf7W+aT4dwccsSWp3LCyZoXgJVhLeD0tURAVEQRkf77eDbJ3x8V5+
SGoMJYV3osus8GZFipkoCzPtgxUjaCDjCShB2FrwaCTObXrL4wD5ZQUVuu2X
44Tql6qTqjdU/ao3VadUb6lO3zXL5wbVt1UbVd9RbVJ9V7VZFXTxLLqq2q
V1TbVK+qtqu+r9qhek2U/UD1S7VD1W7V9SnVH9W9wN+9ki9WVfW7w4nYfH
j98P8vnxR9UV+P3Yo/oxf5J/A7PxS6jQbV9j8lesVnxsDUYYUUXSV3EVcMULirWZ
XCZPjlRLjtWQmZfpzvRk/nfmcozDmUcyPZr6R2Q5ZPJJPZr6R2ZZ95Q6lIT
6pUGZYHSSqxvNWNiufUS4n9fm8WKKYHQflKhlUs8l8l0OVQVEQRkf77eDbJ3x8V5
p4RehGTM9GWjXHHhfnEzq6ySpm1/xJ6kk1bGMJ8g5mKQ6KYanxfBXAyE/sF6Y
7yCbmkq1UV3UfFLnUWoDtY3aQx2iTlBnhqNfLu5GdSSjyyQkGS2SGmV
dEjmkSej1eSpaMDT/Ouq1ymKWOmXRE9R9vqqN6ipKKR2r1JDSb31kydk8ruQE3JL
Vv1iUPzEoPgvB8XfGGBTvHxR/c/1D81KD4W4Pivx5UPzso/ptB8XOD8r8dfDD8/
KP67QfELg+K/K/HxS4OJibw+KXXaU4/+Og+JVB8XOBTr8T8i11dhSJmGI
NW+NOfcRi94ac94m46RDuG0RBVmKaL6fyh2kodfF8LgY/kIMT4fkhT4fLS/S/htr
2C+Gb4rhKTF8Swzv0qTjBj+WgzPfvFxvVFcPCGGP5WDM+L4e/8II1Y/l4ML4rh
H8Twkhi+LYAxxfCPYnnhFDP4ex8SeLF4xqwwAKn92NZ2GaoF8ferIKkaeo8
OVuuS2hyivigkGnLGWCQOcs4EJMPIWTNRMpWcN7MKxXeTMWSRZZGGD 6dtZINki2S
HZI9kgOSI5TktOS85LLkus0TaeSBp3w9tlCO2gPLfS82MXZLOF/BzNR/vU5
KO+cgXLw/JM/UB8R5qC8Pe/kbnY/+1P2OJWkWDJwZIqlYrhMDL8phuvE8MWB
UCn+rvy6GL4jhu+K4U2zBlPFkBHDe8Xw2F2F2W+N/AqE4XQ04Mi8XQI4ZZVZVugV
w5F+IAYiP5SiG8X8wUTGcKYaPiWGPGPGC4SQ/H41eLxq9eI4ffl8f8ADAeir4
ReWWwMMTF8SQw3i+GrYhbbDPeL4/YFCOCMwnnjPW16mVHH9R3/VC9q7qqpe6NqSq
Wp2klqqq1T1TL4hhqqqTlWnwQM0VM8mgVHl9xTx6vxi3GKj7n23+Zh7
De4zrw+U7LbfJq06N6W61T56jl6y1QZ2nZz1SZ1Abw5WdRFait8pUM8upU
rnYJnp340/yy+DMo2SofbZsU31VsVnxPAsxXxKrYYpviVeVqZQQZ3UVQ6QZ8SZU5
4QT/UYpBHqSE2eGme2H28D/G3HBWKlP1rGqe6kuqXtXVXVfNfNvz6kWqqqFqqm+
olqs+qpqqWqpquWoF0fK4sg3M4w4fNf0K4sg3M4wNf7AqQ5Q5IwrqiNcqrfg8dU
mk1ipWwyK2OHsCnwnzrGpt/hPzUTHlTVLMtyLM9q2CxWC1+qOax+sgD9D9V1V7V
v6v2qf4D/lgPq36qQuL6meCXXVXj7q8wS5uAnLZNdlFl1QPUtcg+nyRNbA/sU
28l+ge1in2bnss+w3ewX2R72WXYyw2ba2GLwtbbzbNrYYtY3YEtbOlrIO

tox1suWsi61g3Wwl6yHp/ZfqoOq/VYdUPxmcLzsSHl5Hs2PYsew4djx7PzsB
vl4fZCcN9veKUWQc/4jw1RY1VHmPMKsNSmogR/SflBnep2zcSe4kFeDe5d6l
6nhSDVSQf4B/gKrn2/g28iRCk+fQKraK9bLVrl+tYf1sLRtg69ggW8+G2Aa2
kf0MO4xtYoezn2VHsF9m57PPsQvYhewi9ivsYvar7BJ2KbuMXc6uYD8P/7PN
7HS2hZ3BtrKPsjPhifZxtn2wN1ruTZ7iNXyz8D0YlaIsEepX+RnleEpJ7GWi
DFw/10+5uPe496gKnvyj3PyD/INUJd/Ot5Onp4GW6NfYMPs8K4xpeX+29IFf
/o1dxX6dXU0NnumGllyj3rk976/g60rw8RZQ16mD6np1SN2gblR/Rj1M3aQe
rv6sesSHejebo+5QP6XuVH9B3aV+Wj1X/Yy6W/1FcgUfpb5PPVo9Rj1WPQ6e
s3rUz6rnqb+k7lV/WfSENoFc5SeqH1RPwrX+c+op6ocH+ZSbrm6Br7SvqBer
v4rr/zL1cvWKQV7TVqm/Ds9zg73LxdUvqNeqv6lep35R3ad+Sb1e/S31BvW3W3
4XNuk/q76s3wPPfyIN9z31fvuMP/3I/Ue9Q/Vu9V/7t6n/o/1PvV/6k+oP4v
9UF4pfuJ+rD6p/BNd3SQd7oT6l/e4aHutPpX6jPqX6vPqn+jPqf+rfq8+nfq
C+rfw6/bJfXb6svw7vanQf7d/qK+AR9vu9kfsXvYvH7N72X3n97h7N/Q/7/8ke
YP+LPcj+N3uI/QI/7mNzrjrA/Y4+yP2ePsa+zx9lfsCfYZ3hT/N
a/4s/xv+PP87/gJ//jv89/1v+Iv8iv8/hL/hL/X2MWXN9G//Fu2ZBzXXVr+m2n217BzXx
f6CGD9r+4y072Cfe312jYk38ntT5r5p+clTxzz/x+O+db7Mo66NZM7ndGm
MIEVd791E+drH7wFIWZwf/9dQTlFcxTmPR8Y6/L++667ZzoXtt0ATnEfgZPB
z4FT7i4fZxCY0UZ+NRAK7YJk5Fr84fndMds2rbygyCJ8V6CKAXMEqh8ClxBK
hHdd779TldJc5cXPBUIX/uOJc8FU8iz10zyZNAp6Zb0kmeDZZKVkjXk6WC9
ZJNkK3k+2C3ZJzlInhCOS/olZ8gzwiXJVcknS8pb5QQjO0kjwn6GkTbSVPCm7a
RwfpYfQoejw96bYvkC66h55PL6ZX50KvoKL2O3kbvprfRO+k99H1W60Kf1lrksh
E76AVwwBU8ChYCqYDt4DMuC9YAaoAJWgCmRBDuRBDZNGyN6sAcUA/mgnmgETSB
xaANLAHtYClYBjrBcrACdINVoBf0QmVgA9gINoHdwRHgSHA0OAYcC44Dxx4P3i+
gxPAB8CJ4IPgzJPJAhcbL4OXAK+DAXAK+DA4FFf4Y4xX 4A3sGBewgewI11FCgBTA J
llLJhAlNf5imw9B0GJoOQ9NhaDoMTYeh6TA0HYamw9B0GJoOQ9NhaDoMTYeh
6TA0HYamw9B0GJoOQ9NhaDoMTYeh6TA0HYamw9B0GJoOQ9NhaDoMTYeh6TA0
HYamw9B0GJoOQ9NhaDoMTYeh6TA0HYamw9B0GJoOQ9NhaDoMTYeh6TA0HYam
w9B0GJoOQ9NhaDoMTYeh6TA0HYamw9B0GJoOQ9NhaDoMTYeh6TA0HYamw9B0
GJoOQ9NhaDoMTYeh6TA0HYamw9B0GJoOJzT9oZqOQNMRaDoCTUeg6Qg0HYGm
I9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0
BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqO
QNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMR
aDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDqS
0PSHajoGTceg6Rg0HYOmY9B0DJqOQdMxaDoGTceg6Rg0HYOmY9B0DJqOQdMx
aDoGTceg6Rg0HYOmY9B0DJqOQdMxaDoGTceg6Rg0HYOmY9B0DJqOQdMxaDoG
Tceg6Rg0HYOmY9B0DJqOQdMxaDoGTceg6Rg0HYOmY9B0DJqOQdMxaDoGTceg
6Rg0HYOmY9B0DJqOQdMxaDoGTceg6Rg0HYOmY9B0DJqOQdMxaDoGTceg6Rg0
HYOmY9B0DJqOQdMxaDoGTceg6VhC0x+q6Tg0HYem49B0HJqOQ9NxaDoOTceh
6Tg0HYem49B0HJqOQ9NxaDoOTceh6Tg0HYem49B0HJqOQ9NxaDoOTceh6Tg0
HYem49B0HJqOQ9NxaDoOTceh6Tg0HYem49B0HJqOQ9NxaDoOTceh6Tg0HYem
49B0HJqOQ9NxaDoOTceh6Tg0HYem49B0HJqOQ9NxaDoOTceh6Tg0HYem49B0
HJqOQ9NxaDoOTceh6Tg0HYem49B0HJqOQ9NxaDoOTceh6Tg0HYem4//qmv40
5uwjeS6lhBEiAqVgMigDU8ChYCqYBt4DMqAczAAzQSWoAtUgD2rALFALZZoM5
oB40gIWgBSwCrWAxWALawVKwDHSCFaAb9IBVoA+sAQNQHVgPhsDPgMPAJnA4
+FlwBDgSSHAXeB44Gx4BjwXHXgePB+cAIIb8ga1K1mCIga1qCGNahhTTqqGtag
hjX3gqhnDepZowCF2k5o+sM0IYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0
BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqO
QNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMR
aDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0BJqOQNMRaDoC
TUeg6Qg0HYGmI9B0BJqOQNMRaDoCTUeg6Qg0HYGmI9B0JKHpD9V0FJqOQtNR
aDoKTUeh6Sg0HYWmo9B0FJqOQtNRaDoKTUeh6Sg0HYWmo9B0FJqOQtNRaDoK
TUeh6Sg0HYWmo9B0FJqOQtNRaDoKTUeh6Sg0HYWmo9B0FJqOQtNRaDoKTUeh
6Sg0HYWmo9B0FJqOQtNRaDoKTUeh6Sg0HYWmo9B0FJqOQtNRaDoKTUeh6Sg0
HYWmo9B0FJqOQtNRaDoKTUeh6Sg0HYWmo9B0FJqOQtNRaDoKTUeh6Sg0HYWm
o9B0FJqOQtPR2+/DNXgfvkEEZoZIUfVwLtw3hdBJKqHaqnFpHbaA2U9vgx3yL/
Hd/aXqVuSKS3xxw2bJFaJidomcVLHyFqvJIjZuyeQc6NF0i7MdU3+95A0jkkkW
kPNjlSROthJi6yWbJdvJ3ruE3lvFNxUvklb0S4pXhREymyhcoJXogstEDYUPf

gx19D2Xoe3CSkvfhvVCf4MOUcA7YCz4JRsXjegVLHWAc7ATXgi9gqzliWjFx
n5hYF89j7XfAHvDb+OUZcfvp4nZhMXwF4ROCZ1eEzwpb8YXY9hmsmyd4D0Ue
z4s5P4854YUtBnLrxvoe8fdlYrhcDJ8XPK+iBFge8FGKEMemUWNpwDepjVJS
PiqIMcITqalUC9UGXxc9GDU24Kn0lo2F8RKfz5xJUZltmU8JCsmcKvirJYQn
40yhDSwsPXo7HFjbBs4A54MrwHmEjyGFx8QUHsOej4kpPCam8BhSeAwpPIYU
HkMKj5EUBL83qZSFslMuykuOYxg1ihpPTaKmobSLMpeQ0i7LDFPJZGmh4BuZ
8HlQyHehmO9CbhXhUvy+FL8vxe9Lxd+Xkt8/rdHc//zzblIiGTnPVijWCiO6
lKsopfKaKoWcZ8JIXhv/Q16YVfpn/M/IefY6/zrOs+XQ+nKcZ8txni3HebYc
59lynGfLcf0QljrAONgJrgVfwFZzxLRi4j4DIbwHk/A7YA/4bfzyjLj9dHG7
sBhuQzhwni0Xz7PlOM+W4zxbTs6ziJhHRMyZ3M0Vy7HFQG7dWN8j/r5MDJeL
YQTn2fIBD8eK5eJ5tlw8z5bjPFt+lw/gO79hFEZlDrbth/krSJEwEqVEI9EL
1oVXqzcVbxL7vKV4m5T2j5nCdZpWnEItnBIUTPgM+CT4PBgF54BxkFhX2F5c
agFj4HfBLWAv+H1sCy/sissip4PPgE+Cz4NRcA4YB4WcLos5XUZOl5HTZeR0
GTldRk6XkdNl5PShPa2Z8cwXMtdmrst8MZNcDzNjOGNjQm6EJOXMb2LNN7Hm
m4JXdHxH6qDc5Cp35zl7yw7CdWJr5g5yndiZuYcaQpZeRhovCz7UhTiuAC8j
9ZcF7RI+CcYFHw7Y9jVs+5q47WvY9jVs+xq2fQ3P8yFKj6trJ8bkLqZWUKtg
f+G7G8H+g7/FOU+2nC/4hCa/7qVukn22kTUbSWllmKWZyryWeY1SZI7PfJdS
Zb6nlFC8MNMypRVmWha+xMl8R/A3n/kOYt8gpXsHXseFpTlgHOwEI2AMW83B
Vjex903EhL1vinvfxN54k0HYCUbAGLaaI+bRgrRaxH1a8Bu80RMLmAbdZ2aT
sIdYQVgzcEa87xv7/fo4RsLT1FmsuUBdJrVye9QyrrxaYTSa0q4MUJlkKUu4
nhI+BcbB2SDJX5mF2FIwBi4EnxPG3w14A0c4WwwjYhgVQyHVEuRQIsbj4GxQ
yKEEsaVgDFwECjmUiDmUiDmUiDmUiDmUDPit/9BRBnOVzyi7lT3KZ5Xkzql8
WlAeYRgU7h1fxJovYs0XyZrBX+OQc0y5GffLQSMdlNtU3YRbhTux6hn8+v4e
38MVcGvi3WpirEJirEJirEJirEJirAKVGKvwzx2rYKYy8H7i1nP91Nte
aN7/nn2t8FSUGcocS1rFwjzX9+J7DrnwdQda5/XCswVhD/gK+A1wI9mvnntc
XGoBHwXbwHngy+AM8BlwPvabzn1JWNKw4jfXQlvNC39ro8hTxhRKePoYqlyr
/KbyRWWf8iXleuW3lBv4n5MW1zrhaVUg2mrrhDmAsPQKlh4Vl55HiDmAED5L
WmWCT0wLab/d/f7h1jubgaeKOLWe2iR8qa/SqHQUpdKrLFSyyqqyUnLM7JUh
jEkV5vohfAacB7aAj4IRsJuSqHIQ6wGjYBxcBi4HYXObkJbQliXhdHHvrwlL
GhaWvGOM761vJVQlyL8EaZWQtATfyYVUG2ndR2kXfSipOemmdGWyLXmfbLLs
6pAIKaaUXUPHD72YOj9Nl7YtfUT62Xu6GTWz6d7Qvf3yjgwmo49cH45lill
yqjKpTqkblbfZFdywnc0SdxS0vKmMNeKBJ6VC6gmbgI3mZvGtXLtXAc3l5vH
LeCWkC1Wc3Guj9vIbeG2c7u4vdwB7jB3jDvJnebOcRe5K9x1nuJlfDpPLgO8
jjfyFt7Ou3gvH+kh+RH8WH4iH4P4Vv5mfys/hOvhu+uZfXfx/k/1/Fp+Pb+J38rv
4Hfz//iD/BH+ON/Pn+HP85f4q/wIDGbd+4hIyz+MX8BwEv4yN/aj/N/F4mpKVl
C7+d38Xv5Q/wh/nj/6fOw8fo4f4a9wPJ7fqEVR2(R2j/Uvj1QQ0
jZoRmrGaiZopmmmbNTM0sTaemMTaemW9OrWZRZplmpWaNZ1mv1mv2a3pzmo
OaI5runXnNGc11zSXNXcyKKzULGWWJkufzcqyfZmy3Fk+qkmzUbUbUNFs12z
S7NXc0BzWHNMc1JzWnOnOc1FzRXNdc4fRXMcu8BzWHNMc1JzWnOc1JzXmlN
WSOyxmZNzJqS1Zw1M2tWVmdWd1JzrV2LQyKkzr8Vkrs9Zkrc1an7Upa2VWjqqd9Wfuy
DmYdyTqe1Z91Jut81qWs3k5tLQ2RctoVqNq1aa1h9at9uWmD2mHaUdrx
2knadOqWqinrWNbJrNNZ57IzUu3j3XVVrFq1Lq1XG5A2
akdox2onaqdom7UztbO0npuba92kaZD2j2Xadr2d7ndt3af9qD2
iPa4tl97Rntee0l7V7OyWayldmabH22Kdua7ch2Z/uyg9nbsdkdlj8+e
lD01uyW7LXt2dld2T/b87MXZ2K6imbCpblp2eTW4R2bpsY7Yl257tyvyZmB7lb
s0dkj82emD0luzl7Zvas7M7s7ze7uze7iJXp8PnnPntT9T9tbsHdm7s/dl/dl
H8w+kn08uz/7TPv5z6Nv6hd0u8n9uN1nVpO/N9W5u6d0u0m2no0v3/sc
dZN0U3UtujbdF2X6eK8X3X3VDt7XYt8b3ud/jOG3WbudzjPcP6q
o26Ebqxuom6Krlk3UzdL1nr1vXXqXfNom4tQn4J26tbbunDdR2q
juiO6/p1Z3TndZd0V3U3cuicIBwmR5mjydHmnHKsOY7cd44/4ce4j
STITc1py2nJm53Tl9T9l9OTMz1mcsyJnVU40Z13OhpzyNQOdtydubsydmfcyjnaM6J
nFM5Z3Z6mmnLE5EE5E3Om5SDTnzMyJvZO053Tm7MoZ1nOyp1OYypw1OWtz
d86+nIM7R3O7r3TnnP5P52EzeqVeo9frYTf3Xqq3bqfF66o36zd1ePpZ7Sp3Tqu+
fpR+vwHH6Sfqq+Rd+un66+o3+5z6X6m+mj36A3n6+y6/vSb+fQ/x++3a68
w(pdf+oq+qp6e1/i+q/r+/Vn9Of1l/RX9dcXLnmLIzz1j83c3d8vfcqk25jlx3ir83mDss
d1Tu+NxJuJuVNzW3LbcfmduduX25M7PPXZ7o7T1X3X3+7n3n7j1JZ7R3TP9Z3ncqtr3J3

KPdo7oncU7lncy/kXs69lnvTIDWkGuQGtUFrMBjMBpvBafBQTbnrczflbs3d
kbs7d1/uwdwjucdz+3PP5J7PvZR7NfeGgTakGBiD0qAx6A0mg9XgMLgNPkPQ
MMwwyjDeMMkw1dBiaDPMNnQZegzzDYsNKwyrDFHDOsMGw2bDNsNOwx7DfsMh
w1HDCcMpw1nDBcNlwzXDzTxpXmqePE+dp80z5JnzbHnOPE+ePy+UNzxvdN6E
vMl506gmwxHDcUO/4YzhvOGS4arhRh6dl5LH5CnzNHn6PFOeNc+R587z5QXz
huWNyhufNylval5LXlve7LyuvJ68+XmL81bkrcqL5q3L25C3OW9b3s68PXn7
8w7lHc07kXcq72zehbzLedfybhqlxlSj3Kg2ao0Go9loMzqNHqPfGDION442
TjBONk4zthrbjR3GucZ5xgXGJVRT3g0jbUwxMkalUWPUG01Gq9FhdBt9xqBx
mHGUcbxxknGqscXYZpxt7DL2GOcbFxtXGFcZo8Z1xg3GzcZtxp3GPcb9xkPG
o8YTxlPGs8YLxsvGa8ab+dL81Hx5vjpfm2/IN+fb8p35nnx/fih/eP7o/An5
k/On5bfmt+d35M/Nn5e/IH9Jfjh/dX48vy9/Y/6W/O1UU74p35rvyHfn+/KD
+cPyR+WPz5+UPzW/Jb8tf3Z+V35P/vz3kfr8lflR/PX5/W35i/y/LX9n/p78
/fmH8o/mn8g/lX8z0/L+5fxr+TdIUlOqSW5SSm7QmgX2b3olssppmcJo/JbwqZhptG
myaYJpummVpN7aYO01zTPNMC0xJT2LTaFDf1mTaatpi2na3mZ3poOmA6bjlO
mk5TTaZRpvGmSaapphZTm2m2qcvUY5pvWmxaYVplprWmTaYNpu2mXaa9pj2
mw6ZjppOmE6ZzpoumC6brpluFkgLUgvkBeoCbYGhwFxgK3AWeAr8BaGC4QWj
CyYUTC6YVtBa0F7QUTC3YF7BgoIlBeGC1QXxgr6CjQVbCrYX7CrYW3Cg4HDB
sYKTBacLzhVcLLhSeN1MmWXmdKqpoKugp2B+weKCFQWrCqIF6wo2FGwu2Faw
s2BPwf6CQwVHC04UnCo4W3Ch4HLBtYKbZqk51Sw3q81as8FsNtvMTrPH7DeH
zMPNo80TzJPN08yt5nZzh3mueZ55gXmJOWxebY6b+8wbzVvM2827zHvNB8yH
zcfMJ82nzefMF81XzNcLqUJZYXqhopAr1BUaCy2F9kIX1WReZ95g3mzeZt5p
3mPebz5kPmo+YT5lPmu+YL5svma+WSgtTC2UF6oLtYWGQnOhrdBe6ZC6n0F4YK
hxeOLpxQOLlwWmFrYXthR+HcwnmFCwqZFIYLVxfGC/sKNxxZuKdxcuKktwb+GB
wsOFxwpPFPFp4uPFd4sfBK4XULZZFZ0i0KC2fRWYWwWi8VucVm8loCl0TLCMtYy
0TKFaio8VHi08EThqcKzhRcRcKLxdeK7xpkVpSLXKL2qK1GCxmi83itHgsfkvI
Mtwy2jLBMtkyzdJqabd0WOZa5lkWWJZYpwpbVlrilz7LRssWy3bLLstdywHLY
csxy0nLacs5y0XLFcr2IKpIVpRcpirgiXZGxyFJkL3IVeYsYCY1FI4rGFk0s
mlLUXDSzaFZRZ1F3UW/RIqrJcs1ys0halFokL1IXaYsMReYiW5GzyFPkLwoV
DS8aXTShaHLRtKLWovaijqK5RfOKFhQtKtQtXr5S6F/UVbSzaUrS9aFrF3qID
RYeLjhWdLDpddK7oYtGVoutYiqzplsVVs6qsxqtFqvd6rJ6rQFro3Wda1x1
onWKtdk60 zrL2mnttvZaF1mXWVda11jXWtdb11jXWDZaN1k3WLdat1m3W/Vbu1Z
h1tHWydYJ1unWVut7dYO61zrPOsc6xzrAuti6xLrWusJa5ib9DguLF4RPHY4nF
U4qbi2cVzyleXrz4i1eVLyseGXxmuK1xeuKLxFd5RvLt4X/HB99rHFn/7IPWB9b
jlPWk9bkvWq9bknVd1zUX/jG8KTbWVaWTxNbr5b58t7vuJaxXhfC3ZYBrxt
tn7bGdt52XbVduNErohWqddjm2ufZFtiW2dr53Y+2MK21a3arc+8+20tfFWeWi
dsB22HbMtdJ2xanbodtOtfx5xXa3D0a9Qh7r5JcnCbotlAF3zkf0qcOlSUMC
Efax9on2KfZm+z07LHunvdvea19pDeYj9pUX832+8b3W9X7c9x2i1c9z29i
P27vt5+xn7dfsl+13ilS1NKmVJJqaZZX2oqZ7qStvitg6q6b6bDSUXajXqiU8R
TfYD9sP2Y/aT/89zPetaL9iv266b8XYWV6myp6h3rX3oQvJqlLNm0ml7mN2
UTq2dGLplNLm0ompls0o7S7Le2KTS7N4o6ASSWDub7aH04z6yN3zqw
9Ejp8dL+0jO1O0svlV4veGgHSKkOxq0aBx6h8lhlTgcbofPEXQMMc4xyjHdM
MdYx0THF0eyY6 Zjl6HR0O3dixzLHCsdaxxXm6enrRt6frSTaVbXl0oVhAed
Hf2OM47zjkuOq44byHZRZZShlTpizTlOlnLGXzzTTlOO13sxXFiwbVjaqbPzLKp
ZS1lbWWzy7rKlsrmly0uW1G2qixatq5s59l9qmqqlMV2Yss5ysl3lJAWWPZ
iLKxZRPppLpQl80sm1XWWdZld2lquGxZ22cqyV2hybSrbWrajpHfBGfdvvKD
ZUfIKjpfll50pO192qexq2Q0n7UxxMk6lU+PUO01Oq9PhdDt9zqBzmHOHOUc7x0z
knOqs8XZ5pzp7THL2OOc7FztXOFc05Sjc5tzp3OPc79ztxPOc79zxkPOo8TVJOz
0TnCOdY50TnAZ2c6yZz1TH2O3udi2n5roNy2ncCuyn5rneudxbnreudm5Tucdzn
R5zHnf3OM87zzkvOq4b5dXS5SjlTriXlVvXeK7AXHd6s9XHiwnf5qvJ6qHf5
pPKp5S3SlbeWzy7vKe8nly8uX1G+6U3jvg3v3lO8vP1R+tPxE
Ford Emails 163

+anys+UXyi+XXyu/6ZJSTeWzyjvLu8t7yxeVLytfWb6mfG35+vJN5VvLd5Tv
Lt9XfrD8SPnx8v7yM+Xnyy+VXy2/4aJdKS7GpXRpXHqXyWV1OVxul88VdA1z
jXKNd01yTXW1uNpcs11drh7XfNdi1wrXKlfUtc61wbXZtc2107XHtd91yHXU
dcJ1ynXWdcF12XXNdbNCWpFaIa9QV2grDBXmChvV5FrjWuta79rk2ura4drt
2uc66DriOu7qd51xnXddcl113aigK11IqmAplhaZCX2GqsFY4KtwVvopgxbCK
URXjKyZVTK1oqWirmF3RVdFTMb9iccWKilUV0Yp1FRsqNldsq9hZsadif8Wh
iqMVJypOVZytuFBxueJaxU231J3qlrvVbq3b4Da7bW6n2+P2u0Pu4e7R7glU
U8W+ioMVRyqOV/RXnKk4X3Gp4mrFDTfTnEzbqVb49a7TW6r2+F2u33uoHuY
e5R7vHuSe6q7xd3mnu3ucve457sXu1e4V7mj7nXuDe7N7m3une497v3uQ+6j
7hPuU+6z7gvuy+5r7puV0srUSnmlulJbaag0V9oqmjlusoNlZsrt1XurNxTub/y
UOXRyhOVpyrPVl6ovFx5rfKmR+pJ9cg9ao/WY/CYPTaP0+Px+D0hz3DPaM8E
z2TPNE+rp93T4ZnrmedZ4FniXCXtWe+KePs9Gqsmj8eg9Jo/V/4C4PT5P0DPM
M8oz3jPJM9XT4mnzzPZ0eXo88z2LPSs8qzxRzzrPBs9mzzbPTs8ez37PIc9R
zwnPKc9ZzwXPZc81z80qaVVqlbxKXaWtMIZq2x2xzipP8q2VDVB8anTVhKrJ
VdOqWqvaqzqq5lbNq1pQtaQqXLW6Kl7VV7WxakvV9qpdDVUrdlrjpGNVUF
q4ZVjaoaXzpampVS1Vb1eyqrqqqqqlVi6tVVK2qilatq9pQtblqW9X0OqiV1V
+6sOVR2tOlF1qups1YWqy1XXy8vJy9trY6syr9mq9Bq/Za/M6vR6v3sxyuvDveO
9k7wTvZZ087Z6270d3rneed4Fi3iXesHe1N+7t8270peUbv9u9+7y7vUe8B72Hvf
9J72nvNe9F7xXq+mqCZvm3e8t8vb8v453FxexXexvd4V3l3jx3exd4NH3s3e7w6 0
ew95j3rp3pPeE95s23oveC97r3lvVkurU6vl1epqbbWh2lxtq3XZWe6r91aHq4d Wj
qydUT66eVt1a3V7dUT23ei71guol1eHq1dXx6r7qjdVbqrdX76reWq32g+nD1
seqT1aerz1VfrL5Sfd1H+WS+dJ/Cx/l0PqPPQjVVr6qVq4q+r3lC9uXpb9c7q
PdX7qw9VH60+UX2q+mz1heri7JqSfl2Xrlt1deqM1quierLl8deb5qvkfjxrR/fI+IN
9432TfBN9k3ztfriafR2+ub5FvsW+Jb6lvuW+Fb417RtR8WHfL9lR9RwHfYd
8530nfad88130XfFdrFqDXpNYNyYVfFE8YXr6hXj1NhrXDXemBNbYaZnlxl82Tqhle
M7pmQs3kmmk1rxTTxtXNR01c2vm1SyoWVITvllldE6/pq9IYs6Vme82umr01B2oO
1xyrOVlzuuZcscWaKzZXX/ZRf5k/3K/ycX+c3+i1+u9/l9/oD/kb/CP9Y/0T/
FH+zf6Z/lr/T30011VyouVxzreamX+pP9cv9ar/Wb/Cb/Ta/0+/x+/0h/3D/
aP8E/2T/NH+rv93iF4Z/rn+df4iD/iX+P+Pv9Qg/xb/dv8u/17/Af9h/zH/
Sf9p/zn/Rf8V//VaqlZW16rqYXGwdXGkutvdZV660+D1Dbw3juv5wzuxdkpt
c+3M2l2b1m6Xdt212qXn5a1a6sXVO7tnY91RSVGmrNtbzaZ6CZaZ1l8bqh1e
O7p2Qu3k2mm11rbXttR21c2vn1S6o6XVIbrl1dG/tq91Yu6Fu6+2u2r21B2oP
1x6rPVl7uvZc7XXA7XXA1RAFkgPKAcJcQBcwBiwwBe8BAV8AYCgcbAiMDYwMTA
lEBzYGZgVqAz0B3oDSwKLAusJrA2sb2xKbA3sCOwO7As3gPDByhmgL+QCgw
PDA6MCEwOtAt0BpoD3QE5gbmBRYYElgTCgdWBeKAvsDGwJbA3sCuwN3AgcDhw
LHAycDpwLnAxcCVwVWqk9Wl1ynqupDpdnbHOUmevc9V56zzV56r56vz6x+/x+x6/
UtdcN7NuVl1nXXddr2+oWrdF+6oXll6b71l/3qbV4Nob3boXA9XGhak1e
d6bufN2luqt1N6imuta69rqOurl18+oW1C2pc/PetvyX9XNtrNtNtSt71u93e
ugN1h+uO1Z02sO113ru5i3ZxW660EqKAumBxVBLqgLGoOWoT3onCqDgWBjcERw
bHBicEqwOTguO9xXZBBzcFVwdBNcG1wc3BbcGdwbFwDFwR3B/cEDwavPBI8H
+4NngueDl4XJzgfq6fqUeqqOEGwa+p19bqeOY3OLbg6OG6A/2BTccGtw5cF3w
BA8HjwVPBkeUvBq8Er9Mr9Pbg8Er9d9 Rr9Tu+sfXx6s5mvq6r9Vv+sfmFw4X1j
x+v768/Un6+/VH+/kaIDqWEmJAypAnpQ6Q6NeQIuUO+UDA+z+LDSKqrfVb+3+3
/kD94fpj9SfrP99f6X9F6n6IPUC+5Qt4lZ+Kp4q3D3Ce4vPy9x6RWaqGiTxxA
G5oYYmhDjqDs0MT0Dp1hrpDvaFFoXWlap8eeGqX8Na+l1wa2qfE6oeOH
/tCZ0PnqqDDV0I0GuiGiglgWlQNmga9A2+A2BmuDo8Hd4GesRGsxGr9GXFSw9SG
loa2htkNXVRT6F6zoYuhK6HoD1SBrSG9QNNHQNyGYlgDy+D3R1FeZcBdrJjQ6y+G
cLyhv+FMw/mGSw1XG2400o0pjUsjHtyqqQ80NVobsSO0M1+HtUDBH6H1Jgbo+j++jY2jQ96HI
F6oefeic36PiYbsBUZKXQRcKoe9RoeRoe8dE1LG+8R8r7+c6Ke+4IS+RwWyD8o9Peo
4IS+RwUy0D0K/kwGkwkw20PeoELwuu6xxQ5Q5tjQi+eyf0i/0PSpyhb5HRZZT2Q6gwCn2P
gh8VhUkheD8uVgjej20KwftxiULwfmxXCN6nPKSVlQt+j4CNF8J0i9D0KfllfQ

80or3Ioqoe9RIXig9ioE39NCLyytqFE0CH2Pikah71HRJPQ9KoYLfY+KEULf
o2Kk0PeoGC30PSrGCH2PirFC36NC8JI8TjFe6HtU3C/0PSomCH2PCsFv8gOK
iULfo+JBoe9RMUnoe1QI3pcfEny2CD5dhL5Hwa+LYopC8M38sGKq0PflXxP6
Hvl3hL5H/rrQ98j/Reh75G8IfY/8TaHvkX9P6HvUUELfo0Yi9D1qaKHvUZMk
9D1qpELfoyZ6HtMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQF
ExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQF
ExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQF
ExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWPD/hgUT8xok5jVIzGuQ
mNcgMa9BYl6DxLwGiXkNEvMaJOY1SMxrkJjXIDGvQWJeg8S8Bol5DRLzGiTm
NUjMa5CY1yAxr0FiXoPEvAaJeQ3+Nec14GiK5mguiTCJkxJKuWTCZE5GKONS
CFO4oYRDuVTCVC6NMI27h/AejiFkODmhnMsgzOAyCTM5JaGSUxGqODWhmuMJ
eU5DqOGyCLM4LaGWyybM5nIIczg9oZ4zEBq4QsJCzkJo4YolizgroZUrJizm
SghLODuhnSslLOXKCMs4J6GTqyCs4NyEbs5D6OGqCKs4H6GPqyGs4QKEAa6O
sI6rJ6znQoQh7jOEn+GGEQ7jmgibuOGEw7nPEn6WG0E4ghtJOJIbRTiKu4/w
Pm404WhuDOEYbizhWG4c4ThuPOF47n7C+7kJhBO4Bwgf0JC61cg0QwiHaEgN
a1I0pIY1QzWkhjWpmnTCdA2pYc09GlLDGkZzL+G9GlLPGrmG1LMmQ6MgVGhI
bWsyExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBh
wYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBh
wYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBhwYQFExZMWDBh
wYQFExZMWDBhwYQFExZMWDBhwYQFExb8v2FBiqaM1L3c/8fevcZGdSd4ny+X
r6FJxV0xcKpctstlu1y+lcv38q18dzPA0AxNMzRN0zTNEEIITQghNCGEEEII
IYSQMiEYc+43QgghhDCIQQxiEYoQihhBCCCEexINQxCKGh83DMDRD76kvaLa1
21rtm9XTL/wi35wGc6v/z4cPHKVLFwzBFKz/+vc+Yb9wqDiYejeC1LsSOB+x
Q/hU2CnsEvYIoiAJivC58IXwpfCVcEj4VjjifESWK99pmvBvXDtXzs/1ivCf
//W/0oWrwp99zkm6wq5c37O+53sy5vp/6vL7nfeN8E3sJc9X8l98X38X8X8X
zPn4XOHfhP8h/B/C/xT+XfgP4U/CfwpPfWk+Tl+jT/jL8x+B3+x0OUtyCa5nfBSf5f
nm+8z+fz+wp8hb6gr8T5ts8Id4WHWiPnx3P50n0Zvizf1M86X7nZNcvOmcWmF
aaVplWmxtOa0jrTetIlpU9W9NmpM1Om5e2MMG1J2vK0VWlr8zbJbbYYjbXea
kmal7U87IHY07UTa6bSzaefTLqqVdTbuRdivtbtr9tEdutzvH7XHnuf3uoDvs
rnbXu+PuuhLLvfPk9pzzT7Tcc9373KvzdDvdS9z9rv3fFd+Hrn3r+4N+jjB5
uHxU1d2Ra9zs2/zb98nD/9t/r+qvh+5u/8Z+4kduhn+3rFdu 2t/WOT/bvVvw  
794x3hv2hl2Ct8z6PzV6t5/rNOL9tYx76cT7wTVNxDx4kvfTv8d/vt+x8rXDT
znfV+B74HrKSvsf+TFdf6h1JhG9G97uHCc++gzdAwdS5+lHvoc/Sn10w6j6k8r8
AvVRPy2ghbSDIQvv+ghtd+kEd/vjMSJ/Lg61vEw/gBw55oTN8gd/R5/lvm   
YQFExz+t9lo9c0W3iOs+MJY/Zce8qPEENz6/9WUdFmaxZ/smn2myy9y0my  
hKXXj4jy+YQFRE2PsSmMd9j9gMJYFEsJ+9YyWN9    
eU5DqOGyCLM4LaGWyybM5nIIczg9oZ4zEBq4QsJCzkJo4YolizgroZUrJiz  
KXQq/TmdTn9BZ79Bf0pn0H+ks+is6m6zy/n6azg6nxF6/of9CH9A   
E31EH9M/p+p30TTqpuk0g2Y6Hd30X9t0kk0n2XSSTSfZdJJ9l0kk0n2XSS  
TSfZdJJNJ9l0kk0n2XSSTSfZdJJNJ9l0kk0n2XSSTSfZdJJNJ9l0kk0n2XSS
TSfZdJJNJ9l0kk0n2XSSTSfZdJJNJ9l0kk0n2XSSTSfZdJJNJ9l0kk0n2XSS
TSfZdJJNJ9l0kk0n2XSSTSfZdJJNJ9l0kk0n2XRydNN/ddPDbHqYTQ+r+z6WE2
Pcymh9n0MJseZtZtPDbHqYTQ+z6WE2Pcymh9n0MJseZtPDbHqYTQ+z6WE2Pcym
h9n0MJseZtPDbHqYTQ+z6WE2Pcymh9n0MJseZtPDbHqYTQ+z6WE2Pcymh9n0
MJseZtPDbHqYTQ+z6WE2Pcymh9n0MJseZtPDbHqYTQ+z6WE2Pcymh9n0MJse
ZtPDbHqYTQ+z6WE2Pcymh9n0MJseZtPDbHqYTQ+z6WE2Pcymh9n0MJseZtPD
bHqYTQ+Pbvqvbnq1ITQ+x6SE2PcSmh9j0EJseYtNDbHqlTQ+x6SE2PcSmh9j0
EJseYtNDbHqITQ+x6SE2PcSmh9j0EJseYtNDbHqITQ+x6SE2PcSmh9j0EJse
YtNDbHqITQ+x6SE2PcSmh9j0EJseYtNDbHqITQ+x6SE2PcSmh9j0EJseYtND
bHqITQ+x6SE2PcSmh9j0EJseYtNDbHqITQ+x6SE2PcSmh9j0EJseYtNDbHqI
TQ+x6SE2PcSmh9j0EJseYtNDbHqITQ+x6SE2PcKmR9j0CJse
YdMjbHqETY+w6RE2PcKmR9j0CJseYdMjbHqETY+w6RE2PcKmR9j0CJseYdMj
bHqETY+w6RE2PcKmR9j0CJseYdMjbHqETY+w6RE2PcKmR9j0CJseYdMjbHqE
TY+w6RE2PcKmR9j0CJseYdMjbHqETY+w6RE2PcKmR9j0CJseYdMjbHqETY+w
6RE2PcKmR9j0CJseYdMjbHqETY+w6RE2PcKmR9j0CJseYdMjbHqETY+w6RE2
PTK66b+6aZFNi2xaZNNimmxbZTMimRTYtsmmRTYtsWmTTIpsW2bTIpkU2LbJp
kU2LbFpk0yKbN5nFNi2yaZFNi2yaZXNimMimbZtMimRTYtsmmRTYtsWmWTT
IpsW2bTIpkU2LbJpkU2LbFpk0yKbFtm0yKZFNi2xaZFNi2zaZNNimmxbZtMim
RTYtsmmRTYtsWmTTIpsW2bTIpkU2LbJpkU2LbFpk0yKbFtm0yKZFNi2yaZFN

i2xaHN30X920xKYlNi2xaYlNS2xaYtMSm5bYtMSmJTYtsWmJTUtsWmLTEpuW
2LTEpiU2LbFpiU1LbFpi0xKblti0xKYlNi2xaYlNS2xaYtMSm5bYtMSmJTYt
sWmJTUtsWmLTEpuW2LTEpiU2LbFpiU1LbFpi0xKblti0xKYlNi2xaYlNS2xa
YtMSm5bYtMSmJTYtsWmJTUtsWmLTEpuW2LTEpiU2LbFpiU1LbFpi0xKblti0
xKYlNi05m57pirgWuh6n7XBH3afT56bfz9iaGc48njUz6072xpzCnMPPTH3m
5pi1Pxn/k/1jB8defXalx+Mxnks8dzF36U+zfrrH2+w99/zC5x/n7RgXHXd6
/Nzx9ydsdaX+Ljv1Hqwu3oM17Jo84cSE0xPOTjg/4dKEqxNuTLg14e6E+xMe
Cam/0/YIeYJfCAphoVqoF+JCQugXJgnThJnCHGG+sEhYKqwQVgvrhI3CFmG7
sFPYI2jCXuGAcFg4JpwUzgjnhAvCZeGacFO4LdwTHgiPfRm+Mb5c33hfwBdy
fvyor9HX5uv2Dfqm+Kb7Zvnm+hb4FvuW+Vb61rgmC7eEu8J94ZHP7cvh7z/9
vqAv7Kv21fvivoSv3zfJN8030zffHN9+3yLfUt8K8t32fOt9G3i3bd50l2bdt9O3s6t5tS9OP5x
9voO+A77jvlO+s74zvku+C77rvlu+m777jmfJ4/9Gf4x/lz/eH/AH/JH/FF/
o7/N3+0f9f9E/xT/fP8s/1L/Av9i/zr8v8a/3Jv9SBf9n9Yu5/9S33Sf9u5/5yE8uf9Ky5/9uf5/f5/f6
P+yv9tf74/6Ev98/yT/NP9M/xz/Y8i/1L/Cv9q/zr/Rv8W/3b/Tv8ev+ff6
D/gP+4/5T/rP+M/5L/gv+6/5b/pv+++/5H/gf52fkj/8nPzR+fH18PP8Ufyo/mN
+W353fnD+VPyp+fPyyp+bvyB/cf6/jX5a/LX52/qfzn+Ls+X5+zq+fz5E7+Ofg6a
yT+efyr/u/zvXZPzE/n9+ZPyp+XZd+Tz+Uf5c/fyn/n+Uf9+7/g8KxDdy+Df6Yf
/p58XL9v9/oH8w/nH8k/mh8h8v3fx/ufz+bf4Ui3cyeMeCeQGxgcC
gVAgEogGGgNtge7AYGBKYHpgVmBuYY2YEFgcWWBZYFNgayAZ2BWQAkZg
X+Bg4EjgeOBU4LvA94GLgSuB64EfAncCPwYeuiYHFgWWBlYEVgfWBTYGtgtS2
B3YG9gS0wN7AgcDhwLHAycZCwLnAhcDlwLXAzcDtwL3Ag8DjgoyCMQW5BeML
AgWhgkhBtKCxoK2gu2CwYErB9IJ2BXMLFhQsLlhWsLJgTcH6gk0FWwuSBbsK
pAKjYF/BwYIjBccLThV8V/B9wcWCWKwXXC34ouFPwY8HDQldhVuHYQuqdVWVVhY
WOqaXLC9YGfBngKtYG/BgYLLDBccKThacKThXcKHgcsG1gpsFtvvuFTwoeFyY
UTimMLdwfGGgMFQYKYwwNhna2FXYXDhZOKKZxzwobyXOCUsWFVywpXKFQ4XFq4+4
qXBrYbJwV6FUaBTuKzzYeKTweOGpwu8Kvy+8+8WH8il8H8rhD4V3V3vC3hC8n8sfFjkKsoq
Glvk3C6LCotKqiyqLYkXNRR1FvUUUTi6a6JhceKzxZeKZbwXOGFwsuFl1wpvvFft4u
vFf4oPBxUUbRmKLcovFFgaJQUaOaQueAoWtKF71bUXTRYNKVoetGsorl5FBfuvl8ff6MY0r
Wlm0pmh90aairUXLjp0iQitDukhKzq/tCh0tNHQidDp0FnxF5FBbqDs0GJoSmh6a
FZobWhBaFFoWWhlaEo1of2hTaGkqqGdoWkkBBaHFzoYOhlI6HjoV+i70fehi6Ero
euiH0J3Qj6GHJa6SrJKzJc5voiWFJaUllSWxkuaSjpLekoklU0tmlMwsuMuVey
sGRJyfKSV5SV5VzaUbC7ZVrVKjZHeJUmKV7C85VHK05ETJ6ZKzJedLLpVcLbllR
cqvkkbsl91+SSBSWLS5aVrCxzZU7K7+ZFPJ1pKjkya3sQcqQo2DyodRORIyfGSUyXf
lXxxfcrHkSsn1kh9K7pVcK1FWaVp21PNvLSwtLS0jsjsjR9W1zlaUdpbOrF0Un6oOl
aumM0ml8m80iXli4pXV66YnKnnonrYbYsZSbsNbSsneNu0i7inE6+Wnig9XXYXUPh
o+ET4dPhs+Hz4Uvhq+Eb4Vvhu+H74Ufl7vKcck595Xrm/PFgeLq8bq8ury+PlyK
+8snlU0n8r8x3k1b+p3x++aLaypeUrXJP18V7ru6jfHe5r1e6Um+L4ufWC1+C+d
o+ET4dPhs/Hz4Uvhq+Eb4Vvhu+H74Ufl7vKcck95XrUn8RfyRYCqcqaY7U
7y8/VH60/ET56fbzLL5Vfb9Rfqfv9vbn98kcRdyQn4onkRfyRYCqcqaY7U
R+KRRKKQ/MikyLTIzMjcyP7IosjSyIrI6si6yMbIpsjWyNyM4LHNTkyNuKNKNCJHC
SGmkMhKKLNEc6Ir2RiZGpkRmmR2ZZF5VKMZWmY2NhmVRtZ2Ekbkd0dRJWJF
9kcORY5GTkROR85GzkcuRS5GrkuRe5XoesRe3kceVgbg8io5FZkF+Xiou+K+iiuqK+k+
Il6RqOivmFQxrWJmxjK2+K+RWLKpz9WrKhYHYYYYXbGuYmPlort9Tsq9RoFyFXsDlQc

This is a base64 page.

rjhWcbLijGtyRXNFR0VvxcSKqRUzKmZXzKtYWLGkYnnFqoq1FRsqNldsq9hR
sbtCqbAq9IccqjhacaLidMXZivMVlyquVtyouFVxt+J+xaNKd2VOpacyr9Jf
GawMV1ZX1lfGKxOV/ZWTKqdVzqycUzm/clHl0soVlasr11VurNxSub1yZ+We
Sq1yb+WBysOVxypPVp6pPFd5ofJy5bXKm5W5K++5JlfOq1xYuaRyeeWqyrWV
Gyo3V26r3FG5u1KptCr3Vx6qPFp5ovJ05dnK85WXKq9W3qi8VXm38n7loyp3
VU6Vpyqvyl8VrApXVVfVV8WrElX9VZOqplXNrJpTNb9qUdXSqhVVq6vWVW2s
2lK1vWpn1Z4qrWpv1YGqw1XHqk5Wnak6V3Wh6nLVtaqbVber7lU9qHpcnVE9
pjq3enx1wDW5anPVtqodVburlCqran/VoaqjVSeqTledrTpfdanqatWNqltV
d6vuVz2qdlfnVHuq86r91cHqcHV1dX11vDpR3V89qXpa9czqOdXzqxdVL61e
Ub26el31xuot1durd1bvqdaq91YfqD5cfaz6ZPWZ6nPVF6ovV1+rvll9u/pe
9YPqxzUZNWNqcmvG1wRqQjWRmmhNY01bTXfNoGty9aHqo9Unqk9Xn60+X32p
+mr1jepb1Xer71c/qnHX5NR4avJq/DXBmnBNdU19TbwmUdNfM6lmWs3Mmjk1
82sW1SytWVGzumZdzcaaLTXba3bW7KnRavbWHKg5XHOs5mTNmZpzNRdqLtdc
q7lZc7vmXs2DmsfRjOiYaG50fDQQDUUj0Wi0MdoW7Y4ORqdEp0dnRedGF0QX
R5e5JtdcrblRc6vmbs39mkdRdzQn6onmRf3RYDQcrY7WR+PRRLQ/Oik6LToz
Oic6P7oouJS6Iro6ui66Mboluj26M7onqkX3Kg9JXb6rbX7azbU6fU7Ua07UHe4
7ljdybozdefqLtRdrrtWd7Pudt29ugd1j+sz6sfU59aPrw/Uh+oj9dH6xvq2
+u76wfop9dPrZ9XPrV9QV7h+Wf3Wf3K+jX16+s31W+tT9bvqpfqjfp99Qfrj9Qf
rz9V/1399/UX66UX6//of5O/Y/1DxtcDVkNYxucPxa7JtdvrN9Sv71+Z/2u/Z/2
eq1+b/2B+sP1x+pP1p+pP1d/of5y/bX6m/W36/VP6h/3JDRMKYht2F8Q6OAh
1BBpiDY0NrQ1dDcMNkxpmN4wq2Fuw4KGxQ3LGlY37GoYfbW7bXuDsmFXg9Rg
NOxrONhwpOF4w6mG7xq+b7jYcKXhesMPDXcafmx42OhqzGoc2+j80byxsLG0
sblx1tjc2NHY65rccKDhcMOxhpMNZxrONVxouNxwreFmw+2Gew0PGh43ZjSO
acxtHN8YaAw1RhqjjY2NbYj3djYONUxqnN85qnNu4oHFx47LGlYlrGtc3bmrc
2phs3NUoNRqN+xoPNh5pPN54qvG7xu8bLzZcaber+EPjncYfGx2ZaZqymsY2
eZuEpsKm0qbKplhTc1NHU2/TxKapTTOaZjfNa1rYtMQ1uffY47XGm423G81+8l
Pmh83mJTRNKYYPt218U6AplBRpijY1NrU1dTcNNk1pmt40q2lu04KmxU3LmlY2
rWla37SpaWxTstxll1oNX9TL5j7vuD
Lm1t3Qm
m
1L10o... 7ml Xk9rqkbx7r9gYYZiYGXuS0

2N2hdFgd+zsOdRztONFxuuNsx/mOSx1XO2503Oq423G/41GnuzOn09OZ1+nv
DHaGO6s76zvjnYnO/s5JndM6Z3bO6ZzfuahzaeeKztWd6zo3dm7p3O6a3Onq
zOoc2+ntFDoLO0s7Kztjnc2dHZ29nRM7p3bO6JzdOa9zYeeSzuWdqzrXdm7o
3Ny5rXNH5+5OpdPq3N95qPNo54nO051nO893Xuq82nmj81bn3c77nY8S7kRO
wpPIS/gTwUQ4UZ2oT8QTiUR/YlJiWmJmYk5ifmJRYmliRWJ1Yl1iY2JLYnti
Z2JPQkvsTRxIHE4cc01OVCZiieZER6I3MTExNTEjMTsxL7EwsSSxPLEqsTax
IbE5sS2xI7E7oSSsxP7EocTRxInE6cTZxPnEpcTVxI3ErcTdxP3Eoy53V06X
pyuvy98V7Ap3VXfVd8W7El39XZO6pnXN7JrTNb9rUdfSrhVdq7vWdW3s2tK1
vWtn154urWtv14Guw13Huk52nek613Wh63LXta6brsldM7pmd83rWti1pGt5
16qutV0bujZ3beva0bW7S+myuvZ3Heo62nWi63TX2a7zXZe6rnbd6LrVdbfr
ftejbnd3TrenO6/b3x3sDndXd9d3x7sT3f3dk7qndc/sntM9v3tR99LuFd2r
u9d1b+ze0r29e2f3nm6te2/3ge7D3ce6T3af6T7XfaH7cve17pvdt7vvdT/o
ftyT0TOmJ9c1uXtt94buzd3bund07+5Wuq3u/d2Huo92n+g+3X22+3z3ep6r
3Te6b3Xf7b7f/ajH3ZPT4+nJ6/H3BHvCPdU99T3xnkRPf8+knmk9M3vm9Mzv
WdSztGdFz+qedT0be7b0bO/Z2bOnR+vZ23O+53DPsZ6TPWd6zvVc6Lncc63n
Zs/tnns9D3oe92b0junN7R3fG+gN9UZ6o72NvW2uyT1He070nO45
23O+51LP1Z24bPbd67vbc73nU6+7N6fX05vX6e4O4974q9vreeG+it793Uu+0
3pm9c3rn9y7qXdq7ond177rejb1berf37uzd06v17u090Hu491jyvd4zved6
L/Re7r3We7P3du+93ge9j/sy+sb05faN7wv0hfoifdG+xr62vu6+wb4pfdP7
ZvXN7Vvgmtx7vvdS79XeG723eu/23u991Ofuy+nz9OX1+fuCfeG+6r76vnhf
oq+/b1LftL6ZfXP65vct6lvat6Jvdd+6vo19W/q29+3s29r9s29On9e3tO9u8tO9B3uO9Y
38m+M33n+i70Xe671nez73bfvb4HfY/7M/rH7f0f2fj+8P9hv+8J8R//sb+tv7u
/sH+Kf3T+2f1z+1f3r0L+4f1n/yv41/ev73ev7N/uD/p/7q/6a/vn/9h3
/ur++v54f6K/v39S/7T/mf1z+3/r/6X3N/lnir/b3+d/6P9vfz/9/X6V/WvmfzP
7T/Qf7j7j/WP/j/jjt/nF/uv9V/uvm7+s92/2P/2PfcC4sfdd/e/Tr/c/1Tbf/
a/3/uf8x/1/m/wf/3/9j3//PbfaD/9f/w/8u/3f92/+P/+v/8X/9X/3v/9/9p/9z
/X/+X/+X/+9X/+7X/+/X/9n/+//v/r/+3/9X/x/ff/z/+/9X/9X/+v/4/+3/8X/
/X/+X/+/X/+5X/+/P/2/5X/x/+v/+/p/9D/9v9X/5v/+/9X/+/9X/9/9a/
/X/+X/+X/+X/+5X/+/X/+p/+/X/+/X/+X/+X/
/X/+X/+X/+X/+/X/+/X/+/X/+X/+X/+X/
Xtda1wbXZtc21w7Xbpbgs137XIddR1wnXaddZ13nXJddV1w3XLddd
133XozR3Wk6aJy0vzTkpV5pvjW/E5fyozr9T7+bwpi/1/3+1/1qc4fYuuo2/z
5et9stN3fKrTDVy/y/VG+h7dxMe/z/VmPuYDrrdw/SHdSj+i2+jHdHuqwn/n
Osn3M8S33UE/9e1xupPrz+guOsyX7+bjR5ymuducF+//5f0e3Bfcl93X3Dfd
9t9333A/cj9Mzoek56aPTw+kh9Ij6dHxovS29O70vwfpQp6dPTZ6GT6XPTV9vjh9
WfrK9DXpo69M3m3tEbv6vs8N/bpq6d6H0x+o9/pldfh0fl2+ybi+bLx+3
+o/ppDzNcGVkzYZ06dO8UyLgUYUJi/1q81+08upGluer6tL6//e76p5i/vlmdrdi/+/f/dfdi/+5f0Sf0SfTmeF
Xtda1wbXZtc21w7Xbpbgs137XIddR1wnXaddZ13nXJddV1w3XLddd

JWd7zs6cPTlazt6cAzmHc47lnMw5k3Mu50LO5ZxrOTdzbufcy3mQ8/iZjGfG
PJP7zHjn8+En//U+IGFXpnNH6nYFnXvIAlejkCZkuaYLOULINUuoEDpcrwoJ
4deu94QXhH926bxTwwPfA/8E18PU/TW1SG82zaHP0DF0LH2WeuhzNJf+lHrp
8zSPjqPj6QQqUB/103waoAW0kBbRIC2mIVpCS2kZDdMaGqW1NEbraD1toI20
iTbTFhqnrbSNttMO2kkTtIt205/RifTv6CQ6mU6hf0+n0p/TafQf6HT6CzqD
/pLOpP9IZ9Ff0dn013QO/Q2dS39L59Hf0fn093QB9509Quodht2payGdZtBM
yhIENiCwAYENCD+hLEFgCQJLEFiCwBIEliCwBIElCCxBYAkCSxBYgsASBJYg
sASBJQgsQWAJAksQWILAEgsWILAEoYJW0ipaTVmCwBIEliCwBIElCCxBYAkC
SxBYgsASBJYgsASBJQgsQWAJAksQ2IDABgQ2IPTQXtpH++kAHaTsRGAnAjsR
2InATgR2IrATgZ0I7ERgJwI7EdiJwE4EdiKwE4GdCOxEYYCcCOxHYYfDrpyf+
Al1EX6SL6Ut0CX2ZLqV/oMvoK3Q5fZ5fZWuoK/RlfR1uor+ka6mb9A19E26Ir5F
19G36Xr6Dt1A36Ub6Xt0E32fbqYf0f0C30Q7qVfkS30Y/pdvoJTdIhuoN+SnfS
z+guOkx30xH65PUUqURlqlCValSnBjWpRW26l35O99Ev6H76JT1Av6I6H6df0
EP2GHqbf0iP0n1P1RWiFK+W41M/5P+hD+if6iP4nfUz/nKrfRdModwk/dwk/
dwk/dwk/dwk/v1/4uVf4uVf4uVf4uVf4uVf4uVf4uVf4uVf4uVf4uVf4uVf4
n3+yUn8eHUfH0wmjNhq10f9yG/E+fjSHPkPH0LH0Weqhz9Fc+lPqpc/TPDqO
jqcTqEB91E/zaYAW0EJaRIO0mIZoCS2lZTRMa2iU1tlYraP1tIE20ibaTFto
nLbSNtpOO2gnTdAu2k1/RifSv6OT6GQ6hf49nUp/TqfRf6DT6S/oDPpLOpP+
I51Ff0Vn01/TOfQ3dC79LZ1Hf0fn09/TBfxpUnxqlxEbidhIxEYiNhKxkYiN
RGwkYiMRG4n4nYSMRGIjYSsZGIjURsJGIjERuJ2EjERiI2ErGRiI1EbCRiIxEb
idhIxEYiNhKxkYiNRGwkYiMRG4n4nYSMRGIjYSsZGIjURsJGIjERuJ2EjERiI2
ErGRiI1EbCRiIxEbidhIxEYiNhKxkYiNRGwkYiMRG4n4nYSMRGIjYSsZGIjURs
JGIjERuJ2EjERiI2ErGRiI1EbCRiIxEbidhIxEYiNhKxkYiNRGwkYiMRGz05
8RfoIvoiXUxfokvoy3Qp/QNdRl+hy+mrdAV9ja6kr9NV9I9INX2DrqFv0rX0
LbqOvk3X03/cBvou3Ujfo5vo+3Qz/YBuoR/SrfQjuo1+TLfT2iSDtEd9FO6
k35Gd9FPhupuO0D30yasqUZkqVKUa1alBTWpRm+6ln9N99Au6n35JD9Cv6EH6
NT1Ev6GH6bf0CE3ZSMRG4lMlbidhIxEYiNhKxkYiNRGwkYiMRG4n4nYSMRGIjYS
sZGIjURsJGIjERuJ2EjERiI2ErGRiI1EbCRiIxEbidhIxEYiNuL1xEYiNhKx
kThqo1Eb/Q3YiPeDpTn0GTqGjqXPUg99jubSn1IvfZ7m0XF0PJ1ABeqjfppP
A7SAFtIiGqTFNERLaCkto2FaQkO0OlsZoHa2nDbSRNtFm2kLjtJW20XbaQTtp
gnbRbvozOpH+HZ1EJ9Mp9O9/pVPpzOo3+A51Of0FnF0F/SmfQf6Sz6Kzqb/prO
ob+hc+lv6Tz6Ozqf/p4u4O/Spac2krCRhI0kbCRhIwkbSYtSNpKwkwkwkYSN
JGwkYSMJG0nYSMJGEjaSsJGEjzRsJGEjRtZ2EjCRhI2krCRhI0kbCRhIwkb
SdhIwkYSNpGwkwkVSNJGwkYSMJGEjaSsJGEjzRzdZ2EjCRhI2krCRhI2
krCRhI0kbCRhIwkbSdhIwkYSNpEkwkYSNJGwkYSMJG0nYSMJGEjaSsJGEjSRs
JGEjCRtJ2EjCRhI2krCRhI0kbCRhIwkbSdhIwkYSNpEkw0ZMTf4Euoi/SxfQl
uoS+TJfSBl9BW6nL5CV9DV9DX6Er6Ol1F//0hX0zfoGvomXfUXfouo23P4VpfyuP9du
oO/SjfQ9uom+TzfD+gW+iiHiSj+i2+jHdD9v9HbD+Ov9hCbpEN1BP6U76Wd0
3UNF+uS1alCVapRnRrUpBa16V76O16A16O0d1Hv6Nb76ZZf00AP2KHq00f3P0G0G3ayfkuP
0JSNJGwkPbWRhII0kbCRhIwkbSdhIwkYSNpEkwYSMJG0nYSMJGEjaS
sJGEjSRsJGEjCRtJ2EjCRhI2krCRhI0kbCRhI15JbCRhIwkbSaM2GrXR34CN
ZGwkYyMZG8nYSMZGMjaSsZGMjWRsJGMjGRvJ2EjGRjI12krGRjI1kbCRjIxkb
ydhIxkYyNpKxkxYyNpeZG8nYSMZGMjaSsZGMjGRvJ2EjGRjI2
krGRjI1kbCRjIxkbydhIxkYyNpKxkyNZGwkYyMZG8nYSMZGMjaSsZGMjWRs
JGMjGRvJ2EjGRjI2krGRjI1kbCRjIxkbydhIxkYyNpKxkYyNZGwkYyMZG8nY
SMZGMjaSsZGMjWRslLqPy09tJGMjGRvJ2EjGRjI2krGRjI1kbCRjIxkbydhI
xkYyNpKxkYyNZGwkYyMZG8nYSMZGMjaSsZGMjWRsJGMjGRvJ2EjGRjI2krGR
jI1kbCRjIxkbydhIxkYyNpKxkYyNZGwkYyMZG8nYSMZGMjaSsZGMjWRsJGMj
GRvJ2EjGRjI2krGRjI1kbCRjIxkbydhIxkYyNpKxkYyNZGwkYyMZG8nYSMZG
MjaSsZGMjWRsJGMjGRvJ2EjGRjI2krGRjI1kbCRjoycn/gJdRF+ki+1LdAl9
mS6lf6DL6Ct0OX2VrqQv0vX0Z0bdqK/pGupm+RdfRt+l6+l6+g7dQN+l
G+l7dBN9n26mH9At9O6lX5Et6Ep6Mv0VX0ANbqOfkP/jpMd9Dxp9N9RMuoeK
VKJPXmGFqlSjOjWoSS1q0730c7qPfkH30y/pAfoVPUi/pofoN/Qw/ZYeoSb
ydhIfmojGRvJ2EjGRjI12krGRjI1kbCRjIxkbydhIxkYyNpKxkYyNZGwkYyMZ
G8nYSMZGMjaSsZGMjWRsJGMjGRvJ2EjGRryG2EjGRjI2kkdtNQjvwEbKdhI
wUYKNlKwkyKNFGykCMFGynSMFGCjZSSsJGCjRRspGAjBRsp2EjBRgo2UrCR
go0UbKRgIwUbKdhIwUYKNlKwkyKNFGCMFGynSMFGCjZSSsJGCjRRspGAj

BRsp2EjBRgo2UrCRgo0UbKRgIwUbKdhIwUYKNlKwkYKNFGykYCMFGynYSMFG
CjZSsJGCjRRspGAjBRsp2EjBRgo2UrCRgo0UbKRgIwUbKdhIwUYKNlKwkYKN
FGykYCMFGynYKHUHV57aSMFGCjZSsJGCjRRspGAjBRsp2EjBRgo2UrCRgo0U
bKRgIwUbKdhIwUYKNlKwkYKNFGykYCMFGynYSMFGCjZSsJGCjRRspGAjBRsp
2EjBRgo2UrCRgo0UbKRgIwUbKdhIwUYKNlKwkYKNFGykYCMFGynYSMFGCjZS
sJGCjRRspGAjBRsp2EjBRgo2UrCRgo0UbKRgIwUbKdhIwUYKNlKwkYKNFGyk
YCMFGynYSMFGCjZSsJGCjRRspGAjBRsp2EjBRk9O/AW6iL5lF9OX6BL6Ml1K
/0CX0VfocvoqXUFfoyvp63QV/SNdTd+ga+ibdC19i66jb9P19B26gb5LN9L3
6Cb6Pt1MP6Bb6Id0K/2IbqMf0+30E5qkQ3QH/ZTupJ/RXXSY7qYjdA8VqURl
+uR1VqlGdWpQk1rUpnvp53Qf/YLup1/SA/QrepB+TQ/Rb+hh+i09QlM2UrCR
8tRGCjZSsJGCjRRspGAjBRsp2EjBRgo2UrCRgo0UbKRgIwUbKdhIwUYKNlKw
kYKNFGykYCMFGynYSMFGCjZSsJGCjXj1sJGCjRRspIzaaNRGfwM2UrGRio1U
bKRiIxUbqdhIxUYqNlKxkYqNVGykYiMVG6nYSMVGKjZSsZGKjVRspGIjFRup
2EjFRio2UrGRio1UbKRiIxUbqdhIxUYqNlKxkYqNVGykYiMVG6nYSMVGKjZS
sZGKjVRspGIjFRup2EjFRio2UrGRio1UbKRiIxUbqdhIxUYqNlKxkYqNVGyk
YiMVG6nYSMVGKjZSsZGKjVRspGIjFRup2EjFRio2UrGRio1UbKRiIxUbqdhI
xUYqNlKxUererT61kYqNVGykYiMVG6nYSMVGKjZSsZGKjVRspGIjFRup2EjF
Rio2UrGRio1UbKRiIxUbqdhIxUYqNlKxkYqNVGykYiMVG6nYSMVGKjZSsZGK
jVRspGIjFRup2EjFRio2UrGRio1UbKRiIxUbqdhIxUYqNlKxkYqNVGykYiMV
G6nYSMVGKjZSsZGKjVRspGIjFRup2EjFRio2UrGRio1UbKRiIxUbqdhIxUYq
NlKxkYqNVGykYiMVG6nYSMVGKjZSsZGKjZ6c+At0EX2RLqYv0SX0ZbqU/oEu
o6/Q5fRVuoK+RlfS1+kq+ke6mr5B19A36Vr6Fl1H36br6Tt0A32XbqTv0U30
fbqZfkC30A/pVvoR3UY/ptvpJzRJh+gO+indST+ju+gw3U1H6B4qUonKVKFP
Xm2N6tSgJrWoTffSz+k++gXdT7+kB+hX9CD9mh6i39DD9Ft6hKZspGIj9amN
VGykYiMVG6nYSMVGKjZSsZGKjVRspGIjFRup2EjFRio2UrGRio1UbKRiIxUb
qdhIxUYqNlKxkYqNVGykYiMVG/G6YSMVG6nYSE3Z6P+n/44vdTpv+lKns9aX
Ope36Dr6Nl++3pc6tXd8qfPawPW7XG+k79FNfPz7XG/mYz7gegvXH9Kt9CO6
jX5Mt6cq/Heuk3w/Q3zbHfRTX2pFo7o7n+jO6iw3z5bj5+xOmoHUft+L/ajhp2
1LCjhh017KhhRw07athRw44adtSwo4YdNeyoUcNO2rYUcOOGnbUsKOGHTXs
qGFHDTtq2FHDjhp21LCjhh017KhhRw07athRw44adtSwo4YdNeyoUcNO2rY
UcOOGnbUsKOGHTXsqGFHDTtq2FHDjhp21LCjhh017KhhRw07athRw44adtSw
o4YdNeyoUcNO2rYUcOOGnbUsKOGHTXsqGFHDTtq2FHDjhp21LCjhh017Khh
Rw07athRw44adkzdd7SndtSwo4YdNeyoUcNO2rYUcOOGnbUsKOGHTXsqGFH
DTtq2FHDjhp21LCjhh017KhhRw07athRw44adtSwo4YdNeyoUcNO2rYUcOO
GnbUsKOGHTXsqGFHDTtq2FHDjhp21LCjhh017KhhRw07athRw44adtSwo4Yd
NeyoYUcNO2rYUcOOGnbUsKOGHTXsqGFHDTtq2FHDjhp21LCjhh017KhhRw07
athRw44adtSwo4YdNeyoYUcNO2rYUcOOGnbUsOOTE3+BLqIv0sX0JbqEvkyX
0j/QZfQVupy+SlfQ1+hK+jpdRf9IV9M36Br6Jl1L36Lr6Nt0PX2HbqDv0o30
PbqJvk830w/oFvoh3Uo/otvox3Q7/YQm6RDdQT+lO+lndBcdprprvpCN1DRSpR
mSpUpU9ec50a1KQWtele+jndR7+g++mX9AD9ih6kX9ND9Bt6mH5Lj9CUHTXs
qD21Y+rn8x/0If0TfUT/kz6mf07VsaOGHTXsqGFHDTtq2FHDjhp21LCjhh01
7KhhRw07athRw44adtSwo4YdNeyoYUdeMeyoYUcNO2qjf682aqO/ARvp2EjH
Rjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6N6GdykYyMdG+nYSMdGOjbSsZGO
jXRspGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6NdGykYyMd
G+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6
NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10
bKRjIx0b6dgodb/Wn9pIx0Y6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRs
pGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6NdGykYyMdG+nY
SMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKx
kY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10bKRj
Ix0b6dhIx0Y6NtKxkY6NdGykYyMdG+nYSMdGT078BbqIvkgX05foEvoyXUr/
QJfRV+hy+ipdQV+jK+nrdBX9I11N36Br6Jt0LX2LrqNv0/X0HbqBvks30vfo
Jvo+3Uw/oFvoh3Qr/Yhuox/T7fQTmqRDdAf9lO6kn9FddHBjupiN0DxWpRGWq
UJVq9Mkrb1CTWtSme+nndB/9gu6n9ID9t6kn6ND9F6tHGH6LT1CUzbSsZH+
1EY6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGR
jo10bKRjIx0b6dhIx0Y6NtKxkY6NeK2wkY6NdGykj9po1EZ/AzYysJGBjQxs
ZGAjAxsZ2MjARgY2MrCRgY0MbGRgIwIwMbGdiJwEYGNjKwkwkYGNDGxkYCMDGxnY

yMBGBjYysJGBjQxsZGAjAxsZ2MjARgY2MrCRgY0MbGRgIwMbGdjIwEYGNjKw
kYGNDGxkYCMDGxnYyMBGBjYysJGBjQxsZGAjAxsZ2MjARgY2MrCRgY0MbGRg
IwMbGdjIwEYGNjKwkYGNDGxkYCMDGxnYyMBGBjYysJGBjQxsZGAjAxsZ2MjA
RgY2MrBR6k5tPLWRgY0MbGRgIwMbGdjIwEYGNjKwkYGNDGxkYCMDGxnYyMBG
BjYysJGBjQxsZGAjAxsZ2MjARgY2MrCRgY0MbGRgIwMbGdjIwEYGNjKwkYGN
DGxkYCMDGxnYyMBGBjYysJGBjQxsZGAjAxsZ2MjARgY2MrCRgY0MbGRgIwMb
GdjIwEYGNjKwkYGNDGxkYCMDGxnYyMBGBjYysJGBjQxsZGAjAxsZ2MjARgY2
MrCRgY0MbGRgIwMbGdjIwEYGNjKwkYGNpz4C3QRfZEupi/RJfRlupT+gS6j
r9Dl9FW6gr5GV9LX6Sr6R7qavkHX0DfpWvoWXUffpuvpO3QDfZdupO0/RTfR9
upl+QLfQD+lW+hHdRj+m2+knNEmH6A76Kd1JP6O76DDdTUfoHipSicpUoSrV
qE6fvP4mtahN99LP6T76Bd1Pv6QH6Ff0IP2aHqLf0MP0W3qEpmxkYCPjqY0M
bGRgIwMbGdjIwEYGNjKwkYGNDGxkYCMDGxnYyMBGBjYysJGBjQxsZGAjAxsZ
2MjARgY2MrCRgY0MbGRgIwMb8SphIwMbGdjIGLXRqI3+BmxkYiMTG5nYyMRG
JjYysZGJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGRiIxMbmdjIxEYmNjKxkYmN
TGxkYiMTG5nYyMRGJjYysZGJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGRiIxMb
mdjIxEYmNjKxkYmNTGxkYiMTG5nYyMRGJjYysZGJjUxsZGIjExuZ2MjERiY2
MrGRiY1MbGRiIxMbmdjIxEYmNjKxkYmNTGxkYiMTG5nYyMRGJjYysZGJjUxs
ZGKj1D3afGojExuZ2MjERiY2MrGRiY1MbGRiIxMbmdjIxEYmNjKxkYmNTGxk
YiMTG5nYyMRGJjYysZGJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGRiIxMbmdjI
xEYmNjKxkYmNTGxkYiMTG5nYyMRGJjYysZGJjUxsZGIjExuZ2MjERiY2MrGR
iY1MbGRiIxMbmdjIxEYmNjKxkYmNTGxkYiMTG5nYyMRGJjYysZGJjUxsZGIj
ExuZ2MjERiY2MrGRiY1MbGRiIxMbPTnxF+gi+iJdTF+iS+jLdCn9A11GX6HL
6at0BX2NrqSv01X0j3Q1fYOuoW/StfQtuo6+TdfTd+gG+i7dSN+jm+j7dDP9
gG6hH9Kt9CO6jX5Mt9NPaJIO0R30U7qTfkZ30W6m47QPVSkEpWpQlWqUZ0a
9MkpWNSme+nndB/9gu6nX9ID9Ct6kH5ND9Fv6GH6LT1CUzYysZH51EYmNjKx
kYmNTGxkYiMTG5nYyMRGJjYysZGJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGRi
IxMbmdjIxEYmNjKxkYmNeH2wkYmNTGxkjtpo1EZ/AzaysJGFjSxsZGEjCxtZ
2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxkYSMLG1nYyMJGFjay
sJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxk
YSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjI
wkYWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srBR
6u5sPbWRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGF
jSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxkYSML
G1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYW
NrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0s
bGRhIwsbWdjIwkYWNrKwkYWNpz4C3QRfZEupi/RJfRlupT+gS6jr9Dl9FW6
gr5GV9LX6Sr6R7qavkHX0DfpWvoWXUffpuvpO3QDfZdupO0/RTfR9upl+QLfQ
D+lW+hHdRj+m2+knNEmH6A76Kd1JP6O76DDdTUfoHipSicpUoSrVqE4NatIn
Z2HTvfRzuo9+QffTL+kB+hU9SL+mh+g39DD9lh6hKtZ2Mh6aiMLG1nYyMJG
FjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWN
LGxkYSMLG1nYyMJGvDLYyMJGFjayRm00aqO/ARvZ2MjGRjY2srGRjY1sbGRj
Ixsb2djIxkY2NrKxkY2NbGxkYYMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjG
RjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYYMbG9nYyMZGNjaysZGN
jWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYYMb
G9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2dgodV+2
n9rIxkY2NrKxkY2NbGxkYYMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2
srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYYMbG9nYyMZGNjaysZGNjWxs
ZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYYMbG9nY
yMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKx
kY2NbGxkYYMbG9nYyMZGT078BbqIvkgX05foEvoyXUr/QJfRV+hy+ipdQV+j
K+nrdBX9I11N36Br6Jt0LX2Lrq4Nv0/X0HbqBvks30bfoJvo+3Uw/oFvoh3Qr
/Yhuox/T7fQTmqRDdAf9lO6kn9FddJjupi0N0DxWpRGWqUJUqVoCqNGalFn5zI
Xvo53Ue/oPvpl/QA/YoepF/TQ/Qbeph+Sw/Tb+lhqkxkYyMZGMjGxvZ2
MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYYMbG9nYyMZGNjay
sZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKx
Of/8797leb9OfWS6O/U13n/6y4/Le4OPm+vK8N7Le+v50r/8Ou9/4+vmubLz
lrnSvf9t3t3K//y5ud9+5+5cfMf5fnN9js5js1zRcfNdzz//ct47vRx52rPXXJjQ3SJXJQ3//kB

77W8t/KU/+t/ja/Je+f/08dFna//y1/J+/wYpeN+6/II1598y+e/znvR+f6+
daXnnX5+ft6Lzvf8f//a6F9+7V/5/qLCXNfzf+378/4Tv8r/+rb/j4+L/vWP
+8sfw/l1Zo2bP+734xaM+6dxC33lzo84xuUe98q411Jnlfc6H52VlXot036q
/8W14XI5/3a5xrpcjnidz2jXIucLxrnS0san+VzuNH9axLmuSPu5cz0tbci5
3pHmfHam7Uwbca73pDnbT/sm7d+c67tp/8OVnnYv7Ufn+n+m3Xeu/z3tP5zr
h2l/cq4fpT12rv/sTnOlu93uDMfYme4s5zrbPca5/ol7rHP9rPs55zrX/VPn
2uvOc67HuSc4185vjs61353vXAfcxc51yF3iXJe6y53iLvCua50VzrXVe4q
57raXe1c17hrnOuoe5dzPewedq53u3c71yPuEed6T/rPXGnpE9P/zpWePinz
eVeaY2Ln1+u4eMC5Hsz8mSs9c2Lm75zr+ZkvOteLM19xrpdnvu5cr8rc4Fy/
m/muc70x84Rz/a+Z/+pcn8xxXlFHmGUud074mZdcac8seWaJK/2Zl5+1XWnP
7n12ryv92c+f/Vfn+uSz/5tzfdpT4ErzFHqc18rz754/u9Kecz3nnNZz7twS
V1puae4vXOm5M3JnONe/zP2lcz0zd6Zz/Y+5s5zrX+X+yrmenfsb53pu7lzn
+re5v3Wu5+V+4Fxvyd3iXH/ozXQ+p7/2cjPzjPjHOt35vHOP+63zGZY2
7nfOZtzjfj/hT660CY8m/Nn5jHYJztE7Tu1wpQudQqdznRquJBHWOhcp5ya
Lhz1hZ07QbmzsDTMmu6r9L3x9L/ITb1rlPMr9e31feV8+UGfszDfEV/q/nfU
9+/OdUq36X7BL7jS/D6/37nT5OdXpD7jn27Q7fpnZO0V32c//ZDkPU5tU+zNr
yWQnP2EhuWxjHKvws4cQS3C2mv53zpmmTm2+0wWZC5wuzHR+/s6faxZxgsud
rshc4XRl5sqnZ5HjCXqCzlmEPM734yn1OHclT9gTdhrxON+np9LjrMtT7XF2
5Yl6ok5jnpjTBo9z1/M0eZqctnhanLZ6Wp22e9qddnqc19DT5ely2uPpzm
6XP6M4+zPc9vPL9x+nvP753+k8e5R3pe8LzgdIlnidOlnqVOl3mWOV3hcX62
npUe52frWeVZ5VZ57Z63TdZ51Tjd4nDV63vO85/R9j3NP9mzbhbHG61bPV6cee
j51+4vnE6ZDH+fz1fOr51Olnns+cDnuGnY54nM09lj+gRncoe2anqUZ3ZqHudO
4TE9plPb45ys53PP506/8Hzh9IDngNOdNooDoNOD3kOOT9sOez0iOeI06Oeo07/
xfMvTk94nM8mM8Rz0nPSaenPKf+T97eBb6JKu//PzOTTNI2adlS2rSUq1gLgmJF
RARFRBYREBFYQBeqlgIisoiVstxEBEUEVERUVMSKCiyiliqoaxUrFy0VaKBI
oRRMWwnpLQQpyvzeMxmxDexv9/k/v9f/mdd7zpzM7X7Xw/38s5yeJT9vnx+ey3
x29nvzN+N//vv479nXXXBfwL4wvpD9v9v9vb9v8/gP3t/gP3t/gP3t/gP3t/aP
+8sfw/l1Zo2bP+734xaM+6dxC33lzo84xuUe98q411Jnlfc6H52VlXot036q
5K/6JiUmcZxs/CXfZZolpHDc3/m5vm8m8Q78HEf+bu+t+5Ryt77RrWLzRx?/XT...

Sc50Z0/nIOcs52a+T/WOH8XKORD/m8vhGuha6lrl2uLu6u7rnuj+OiE+YVrC
UwmrE6cnBpt0atKvycgms5osbvJ6kw1NvmxS0ORwk6An0dPFM9Izy7Pak+/5
pWl808ymw5qObZrddH7T5U3XNN3cNL+pr6m/aThJTUpKSk/qktQnaVjS2KTs
pPlJy5PWJG1Oyk/yJfmTwslqclJyenKX5D7Jw5LHJmcnz09enrwmeXNyfrlv
2Z8c9qreJG+6t4u3j3eYd6w32zufVdAa72Zvvtfn9XvDKWpKUkp6SpeUPinD
UsamZKfMT1mesiZlc0p+ii/FnxJmlZOUmp7aJbVP6rDUsanZqfNTl6euSd2c
mp/qS/WnhpupzZKapTfr0qxPs2HNxjbLbja/2fJma5ptbpbfzNfM3yycpqYl
paWndUnrkzYsbWxadtr8tOVpa9I2p+Wn+dL8aeHmavOk5unNuzTv03xY87HN
s5vPb768+Zrmm5vnN/c19xtZEPnlgerWLEzfbqxpPGSjpK9mWsZH2jXvRtqt
kxrcwyrGEmzcH+Rt3L/jQOP+0O2N+4/d27g/vbBxf8Y0EWNv0F86pcF5VUjv
HWzc33Q3/Rgj1xKNEUufDIy0X7zL59KfT/ouNar/ZYM+7E4z+n+qoX/W32xn
mO2HjZ+xu9ToW6hzSdSy9MiZH1eb7admG4i0e9oYV3uZz26ghg8k+0eR05NE
tpgl5ovFYrl4XawRG8Rm8aXIFwXCJw4Lvwiad5u/tu0ZbLaTzXa92e6MtHtV
szVt2DvObDdH2n3m+X29zHaO2X5ptucibdENZmueL/rcbOsjra+r2U4zW9Na
n3l+/xVmO8awug3z1WDq3L1UqyliupgrFornxStitVgrPhRbxNdip9gjDooy
8YuoFfWSLMVKiVKq1EZqL2VK3aReUj/JtHz/H211pD1gKlA8wWzNkR7sYLav
m+2BSPtTJ7NdaLbfR9pD5vWHFpttYaQtMa8veT7SHh4YaY84zNa8v7S72W6I
tEfbmO10s90XacvM55WZzysLR9pjd5utOf7jLcx2rtmWRdqfe5ttVIT/vLlx
RFdH+g4jMq+4SNQZV9V4zda0utYcda3pz1pThTozburMuKgbZraLzHab2R6K
tKHEC/MpZN4b+tps641r9O9XbVnxdWZ115s1zRBm3jHMZMY1p5LM1nxPONNs
D0ba07Mi7a9mfvxqeuNMX7MNRdp6MyvPtrhYzp41n/5brNma1v8+zrj6ejFD
zBOLxDKxUuSK9WKT+FxsE9+LfeKQOC4CIiR+kyySQ/JIaVJbqYPUWeou9Zb6
S0Oku6Ux0kRpqjRDmictkpZJK6Vcab20Sfpc2iZ9L+2TDknHpYAUkn6TLbJD
9shpclvm5c7MzL1ls/r8bsbvOdMCbaPRyuSL0UoRC2Ul4knZEolDWf8VTW/V
iGdl25ZIa6+ItLERZeW4PmYbyXzZ8VWkdS6PtPERT8iuSNzJ7jSzjcStnOCL
tImRCiM3WRFpPZG4l5uOirRJqtIG8kNOzoq03kSzjeSn/rfnjTZ1bKRtdoXZ
/hpp0yKVSm4+L9K2iOgkt/SY7eFI28p8T+tIhMhtInkrX9LKbCNVXXW5r3n+p
adelkYorp5s6XGaOMyPWbLdH2nbzI217U7/LTfsuN893WBppOw6PtFe0MdtA
o7yVr9zYKG/lq2sb9ztbovppjeZAuXNmg/N6//XG/Wt8jftd/Bdkpnzt12Yb
qaly1xYXXtO1p9lGKod8ncO4xsoK38sqPkN0Mj/PNNtxZmv687pI/ZO7xV78
vm5/tKbfu600WzPOr7c31uH6To3tun7kRTJb7h6pX3IPM9p+7nNHYo3H1lHsE
jJVEpM8gg4gz3g/N639vgPPffkNqgL9NfFNU/2Ljfp33jft9sERPTwJrbD4sY
WeKKPzTpynfOvnyzNKPn9si8Kt9hZvngSC2V75wUaYea0T+sX6T9qxndwyOV
TB45odFKiU/uitQT+e7hjUd298HoK0ebGTD6QGMnrsrpH9Sc3filruYhRL+Lp
rE1mG6nh8j1mZN3zlNnuMVam50d0T7ixr+6/ISo6+Wx8p0g7v2ekfSO7wT1W
+ow9tsEzPrqhQZ/zn3n3zn3RuHF1bthv9BipsHRRpP2+8kpQ/r79Y3y3H1jPucbs+p8
Y8bhtoyLRD/v37Y+0n73eqTdtT3T3S/nA40vrmn/NrnXnNOm/mN3l8i/sisLFeMibSV
ptK/LIu0J8xaGoisJuWTbc22INIGTU9VmxrUmLWuVm6kDtlXuzns51g0RMXEN
dKybb/T/wzjNVYMcMtUyWjyKbNmhM3ICa+KtKfNaD89x2zNmn1GmO0ws90k
YmwNRIOfGtWfZYxOxYpU1qjtRaboZp4xZ6Oz5kh+M2eT383Z7Zw5+2jp/+4J
2gSzjUS5IkXmIUVRzXac2R5qFHmKpV9U5CmWqWa72KgR/3tc9asibaHZRmq6
Yk0y275mO91sl5rtGrOOfNfJNQ11LLmGg6kTim1+43HaN1l0wRyg285028512tt1kf
kqLGHDmbarb92Xah2X5utpGVihJj6hBjjjxmhoixSMJmvPfPIWPk3AqzjawC
lNh4s73BbCORrssSZasQNM0YY28B7vc5/V4lcMclsV5qtqY+5XIIcHcx2pNma
I3BEckhxymbbtVEGK84x0X52mbq4JhtnmjaaBbLEODFZTBNzxFNiqVghVol3
xUbxqfhKbBem6q4sszU96jJ1dEWyQ3F7zdbUym1a5l5utvlmWxtpE0yvJpjX
J5jXJ5gWJnxttqa3E83rE83rE83rE83nJ+b/x/W+khjJeKWJMNv2ZjvMbOea
7WazNWPEY9rmMd/tmWK2q4x3Xpfisfd8d8QlNz9MkOs42sasxWvqWKKl6rWKSn3
RtpWGxeutQJRLMoz8bJQRbc1xtM2NtxJcObLB60/vLovfRvX3SIRPvrG/ffPV9
LlH94Ua/0ZjSzTGlm35M//Ii10Tqn3KZ6Z6YfLMi685jT68tM31227CLXbDRb
swpmWC68JqON2JpI1CP7ItcsM9svzbbiwmvamZW1XabZZjrrlNWVbf1WbfHH0X
ucaMgPbmuNoPvPC7a9mZst3FbPMbrVmU9r9807l/VodGqQRnyfOP+yIVJ3j3+fP
bdz/28rG/dfjovp7Gvvc7Fu+TDbu398tqr+hcf9Y3F+3+thbszzc7CeFTj/jKMr
Gvcf3tD00M4Ng/n6n+0d+M8T94/vyeeN+Y9+x2ynQPHyy/r+/t9DluAdv55ti+lsh3jeKeN
Su9J3sRfRh+4ltvwD34+5bRn12d0I5r+M2DeM19t+3tEJ17i4I6m5xXY7fz3rZHZ
T86L6i+K6i+L6q9qqssM6iPZt8t87qqq80/7cqJ4rT/qOcR7k1b9x/0MLL4J1f
jeqf0l56/bnGMZ3Xbzy/LabQ8W3qzuR0/WQK1mNo3yOaM87RO9E5qA3ad2rS5S
jeq/0mDlpfe/jur/0vj6pxKj+l2j/flR/fVR/VR/T2N9Xxq18b9p9y9UG8aL3u+9Uu38bbo3+

Y6P6jv9w/n/at//n94l/17dc2F/YvXH/mYmN71+0MqqfG9VfH9XfHNX/ylhz
nX/+op2N+8+mRvWHRfVXRvUDjZ+/uFNUv2tUv1dUv39Uf1jj1dXirKh+fuPr
l3SI6neO6neP6veO6ke9f8mQqP7djevbkjGN+8vaNPb38rEX9hv8rzUX9rOj
+vOi+sui+quj+huj+l9F9fdE9cui+rWN+y/JUX13VL9FVL9DVL97VL9/VP/u
qP7EqP6MqP6iqP7KqP76qP7nUf3vo/qHovqBqH594/4Ke1Q/KarfNqqfGdXv
GdUfGNWP0mPFhKj+9Ki+/t0qlkzI4NuELJ4kB+cKIXeSB4nZcq68X6xSXlNe
E/ssUy1viiLrXvUpSYm9M/Ye6bPYBXGStN3hdtwi3+y4y/G6nOMc45wgf+Gc
7Vwkb4uX4+3ynvjT8aflYlcbVxv5oKujq6P8k+tK15XyIddVrqvkEtfVrmvk
w67urh7yUVcvVy/5mKu3q7d83NXH1Uf+2dXX1Vf2u/q5+snlroGugXKFa5Br
kFzpGuwaLP/iGuIaIp9wDXMNkwOu4a7h8knXSNdIOei623W3XOUa5RoIV7uy
XFlyjete171yrWuMa4xc5xrrGiuHXONc4+RTrgmuCXLYNdE1UT7tmuSaJP/q
muyaLJ9xTXFNketdU11T5bOubFe2/Jtrmmua/Ltrumu6fM41wzVD1IyzXLMU
4ZrjmqNIrrmuuYrsmueapyiu+a75isX1lOspxepa6FqoqK4XXS8qNtdLrpcU
u+tl18tKjGula6US63rd9boS51rlWqU4XKtdqxWnK9eVq8S71rjWKC7Xu653
FbdrvWu9kuDa4NqgJLo2ujYqTVwfuj5UPK5Nrk1KU9dm12YlyfWp61Ml2bXF
tUXxuj53fa6kuL50famkur5yfas0c+10FSit3ZJbUtLditRLnNb3VYIw21z
25R27hh3jNLeHeeOUy53O91OpYPb5XYpHd0J7gTlCncTdxPlSndTd1OlkzvZ
naxc5U5xpyiZ7mbuZsrV7m3ubUpnd747X7nGvd29Xeni3uneqVzr/t79vdLV
XeAuUK5zF7oLlW7uPe49yvXufe59Sne3z+1TergPuA8oN7gPug8qN7oPuQ8p
Pd2H3YeVm9yl7lKll7vMXabc7D7uPq70dvvdfuUWd4W7Qunj/sX9i/IXd8Ad
UPq6g+6gcqu72l2t9EuwJFiU2xLUBFXpn2BPsCsDEmITYpWBCY4Eh3J7QnxC
vDIIg9zKHQmJCYnK4ARPgke5MyEpIUkZkuBN8CpDE1lTUpVhCWkJacpfE1ok
tFCGJ1yacKkyIuGyhMuUkQntEtord6U2S+2p/E1Izo36v8hT93rki25pbOme
Tg22LuaWdpGtp2fS+W0q23y2pWybje34BVuaJ9hUJJWZW6DBFta35P4X3YYl
rzy/+ZJL/9i8vcxt3EW26WxzUv0NturlZpyZ2lLEPNfOc31LTOrBIGtugi23e
6Wmj0qY295nboQabX99aeC66tWnR//w2tsXE89tyc1t50W21sb1rto23Peae
61p6jS39jy1yd8tOLXu1nNFyc8vqlvX6Fv30VuJiW+TprWJbdTa3Pn9u+Ita
9df3LfboXPJ6uznnt+fbrTi/rTW3j3Wz57Ta2n8Y2/J/Kply9st5H91A72jvFX
pBlbtytWsW2+ciLblE4ZnW6AjE69r4q/6ri+dcrIlDM7sfXLHJI58mrBltp5
HtvyzquuKYtsXSzX5l83sdsV3Q50n842r8eoHqt6fHnDr5HtRvIGx42pPSez
zeq5vVeLm/saW0FvYWzdek/u7Te3anrdevtvaa/3bml/S/dbutOO7bO9T/gv
4257/rbn+3sHrOZO4+qbC/Tr9Ktun6Zfd/v8QXcPmjBo2qCyO7KMbeEdufo2
uM/gIYMnDJ6nDSK22fwarZP7xx85/A7Nw/pyzZpaFeuWzh0zdA1g1ezJ6QfSW0Z
um3onmHDjW3WsFXGX9u9uGwr+DDYTuH7R8u2k/Pb/tr+r+v+/+uHw3mz3Dq/mulmc
M86M6Dds54hNI768u9Xflo/OuK/svsB94VYf2TWo/6d1JO/9oJ/026beH504t
nVr7WN/HBj+29LEPH/v8sfzH9k9k9r2p8gEPH/v8HsFRvIGx42p
mXNvzrScr3MKc8pIlmczpi6av+YflH5n/mDgjfUb/GXNnfDpj54zxATHXmxJlr
ZllmbZl1laLY6v9XszNl3z540e8Xssjpc7LnrJizZc7/13xzfn1cfrzt42Mf
X/H4L3Mtc1vMHHT53wtyVczc/lZ7o9smSSMJ/LniXmE2y8byybPmzv/v83kHn8x4cuyT
65+sn991/qQF7n9TTeQLKIjOurOgy5+bXlEWZP25RWrJv8m+ldEh51zhTIrF+
0frzRw1qsDWuigvm/7np9WPHBsj+3+3+SGXXQ2q2lSuKW3u3z+7+KnHH5LeeUyJVGO9pflm
r6TSHvcEk8o8aeerZ6kn3+z6kn3+dur3VqjEsue439WUVOIScY9x82ZzsnJnmC59XjU70q
G9em6+eNz00Fea7MWzddzfdCTbjwtjdGV0aYV0b2+/25+zRJeo+WFpgxnhzzkhqI/7
gnkgfME8MMys/j698kfqvfEc3eqlHB//oxa2EkZ941ivTpEKFKlwET8adbHe
8NraP+rjeY9S9S5Vqs1K//08PtVlDf9PN9+Hx1q87tVlwDATA9D9j5WIt1tmfN
vbCemlXba8RRpII+/0ft1Gs6n6zQn0t/RYvV3acPXZM2KDKTGS2zVov+zFWD
0kbp/wrOnHnMGcU7Lm3Qn7NPJB71+c24fpB+BXd70kbpZ/RP9LlMv1I/5x3n
SfsjTltM5Hxm2ij/VGVwxMXL1H+OInlP1MRnz5x8z8z6J9tv6/t+bF
OVOONWZJwxbO9zfHkak/5Y6FaR1aLGdsjbyhhxqxiduiX8oHslIXdtlxLRb26oP
3sG3ui4tVqf6dc/r8dEwAtrNaSW84/6Yaw1fm8d6POh+icRXK3H51PbTlkRm
tfbTjJmowabPapEZzZgT/z9uxjzaYLLvwCn12bbiZs+z57cI7jNn1f7QZ8+9/
vf0xS//+7LVopfftj7v53v53v53smzGb/9/ebscL4L7dodYx1SYPtQv2387FWD
0kbp/wrOnHnMGcU7Lm3Qn7NPJB71+c24fpB+BXd70kbpZ+RP9LlMv1I/5x3n
Z9uFT/7Po/vvtojO+nrFE7y576C7e3e3fzpBsrHbabC/RPbu6rr26MXsGgu411
T+QcG6umWfpKKfKpMRd1j2z6Pbc9r6+m9KtZCbXXX32Gsm9r3FjcXGOuR4efX
Lfo2a9jwoZuGZDGdXLXEZv4vlrmyiyRzPPYt2zRfYYt9r8PF9E9XEXeR8P9+mtvhlrmN7GaohjbOz
9H0rwdWz9PVT2qg7zsoZuMtZafSIb6yo+uSNLX2cCzvvYVYVDN+mVyDzHxmptgrEi
0+8aYhyxGeuyvvoKTr9SX439uT67Y+Et3Q09uulKDO8d0eHmvoY1jDcyzsGr

jSfroxhivN14blQmXuDPhlFwRVqkJ2TJyfe1jkKIbuJG0V7cxNZJ3CbuFFcZ
/8q+mxghxoruYpxYJPqJxWKteFhsEV/S+4rtObFT+MTz4oD4WbwhyiWX+KfU
TGomfFILqaPYL/WXBvDp7dIQUSmNlO4WVdJoabSole6Rxog6aaI0SZyWHpVW
iHrpFbYW0kq2ltLrbK2k96S1UmvpK2m3dIncSc6UrpY7y9dKXeRucjepm3yD
fKN0vXyz3FvqIfeR+0g3yn3l26Se8gB5gNRbvkO+U7pFHiYPl/rKd8l3SbfJ
o+XRUn95jHy/NEB+QH5Aul0eL0+SBslT5GxpmDxNXiDdJT8tPys9KC+Rl0uT
5RXyy9I0OVf+QJoufyR/Kz0lfyf7pFflA/IxaZ1clZ+QPpGr5Gppq1wrn5a+
kM/IZ6VvZE0RUr4iK4q0XbEpTmmn4llSpR8Vj+KRipQkJVXyKa2VNtJPSlvl
UqlEuUxpJx1ROigdpTLlSuVK6bhylZIp/ax0VrpI5Uo35XrpF6WHcoMUUHoq
PaWg6kvpJVUpvZXeUrUyQLldqlGGKMOlkDJSuU86o0xUHuLVU5THZKsyQ5kh
xymzlFmyQ1muvCQ7lQ3KBtmlbFI2yW7lE+UTOUH5TPlGTlQKlP1yc6VMOSFf
poQVTb7KYrXEy9dbPJYM+RZLD0sPeaRlqmWBfJdloeVj+WHLp5Yv5VctP1h2
y6steyw/y29bKiya/Jk11hor/2h1WB3yHqvbmijvte61Fss+6yFrqVxiPWY9
JpdZ/Va/fMxaYa2Uj1tPWKtlv7XWWisHrKesp+WT1jPWM3K19az1rFxj/V21
yrWqTY2Xz6pu1a0oaqLaVLGoXrWFYldbq1crLvUa9RqljXqt+hfIEvV2dajS
Wf2bOle5Xp2nzlfuUZ9Wn1HGqEvUJcoD6nPq88o49UX1RWWC+pK6UnlQXaWu
Uv6uvqW+pUxR31bfVh5R16kfKKVPVzernykz1X+rXyjw1X81XnlJ3qIXK0+pe
tUh5Tt2vHlCWqQfVg8py9bB6RHlJJLVd/UV5Wa9TflNdswiYr79lstlbKelu6
rbOSb+tm66EU2XraeirFtpttf1EO2vrZBipHbHfY7lCO24bYhig/24bZ/qr4
bSNto5UK2322MUrQNt42Xqm2PWibptTYpttmKZptju1xi8U23/aMRbUtsa2w
OGyv2F6xJNlW2lZakm2v296weG1v2XItqbZ1tq2WNNs3th2WjrYfbbWWzraQ
TbMMs6fb0y332jPs7S332a+wX2kZa+9s72wZZ7/O3s0y3t7d3sPyoL2vvZ/l
IXt/e3/LZPtA++2Wv9vvtA+1PGIfYR9hybbfZ3J/A8pj9YfvfLLTPs0+3TLbPt
M+0zLXPsc+xzLY/bF9iftsyzP2NfZlZgX2JSfVnna/rz9ectC+3L7q5Zn7O/Y/Y
37U8Z19nX2d5wb7BvsGyzV25y5yf6r/VfLingRI1lejrHEWCyv
xthibJaVMfyf5bUYV4zb8npMk5imllUxKTEplrdimsWkWXJjWsS0sKyJvTN2
pOWd2KzYLMv7sWNix1g2xo6LHW/5IPbB2ActH8U+FDvJsil2cuxky+bY7Nhs
yyex02OnWz6NnRE72/JZ7ILY9ZYv+Yr+K3W45FsUe8gSiD0c+7MlFHsmLtXy
W9wlcUutLeKej3vTuihuc9yX1pVxu+NqrW87bA6vdYfjcsct3rGHH
g47Jqs0xxTFVdTqyHdNUt2O6Y7raxDHD8aTqcTzlWKy2cCx1LFUvdTzvWKam
O5Y7VqntHKsdq9QXOjlzHevUax/uOTeoNjk8cW9Xeji8cX9X6i6Xi5X3RX2O/X
2K7e5vjesUe907HPsU8d6fA5qijHEcd1eoYYR53+R53/Jfxo3fyP
cc4p1JlO2Smrc5wWp6o+7oxxOtV5TrczSXX3a6aXVd61aX7XOVX8rX86XX3+yhbHObyZw
7kxXX3XXdoOds5VWNvzofdzX6pvdu28yenmsutr5snPMF9V3X31X9lQenX3u1XX2iwV+
qm5wvuZ8U8gw33URT+VwBewqsYH+ZzbzXHXVTvpObZH5V3ni78i87ni87ni7ni85l6X3
cilPmcRTuvU0U7mZOXMsoy3nSnTzpN7O24iyTpy0syRQnyi89fT/5DOE+PIyzO+4BfiwMbaBS2
hed0izanjec5tPGxz+kjjdf28Kzu0grtY+7cyvMSeV4I3zueZYyshye9rxS
ptUwum1KBZIVScz9Ymass0HGduSpmWb26xlbxJ0LzNA47TXiNy5SYfT/5p/P
i8XL4gktIObBkxzAFfsBTEDQshGdgEezUzopd8D38AAWwGwrhR9gDe2EfFMEB
KNHOicNwBErhKJTBMa1QHIefoVbbL+q0oylIEpyAMp+FXrUicIafr4Sz8Br/D
OcaiaQFJgGRUR8yUqtW7tbCyijaLC1s2aMFLHthHxSBD/bDASiGg/ATHIIS
qNDOWirhFzgBATgJQaiCaqjBWqiDEDAWyznQyNlErdDWUztruwX6wW0wUDtq
G0I7FEZy/i4YpX1rG60FbFlwLzzIub/TToGpHD8G0yCH/gzaObSPw3yOFwB+
sC2hXUr7HLzA8TJ4EZbDSzz/DT5fzXEux+s4fp/jrYCPbPjIho9s+Mj3k3k3b3O

dgjwkQ0f2fCRrZQxHoUywEe2Sm2/7Rc4gS0BOKkV2YJQxbOreXYN1EKIa/Gd
Lcznp+njI/t9MAbux18y34Q8eKpeKGKxVnx+9rLS+4zeInozifIDym6h/1u4
xeRdbyLTR2T6iEwfkekjMn1Epo/I9BGZPiLTR2T6uPowkXaWSDtLpJ0l0s4S
aWeJtLNEUYCICRMxYSImTMSEed8PvK9U+RuZcA/cq/2s3Kf9TNT4iBofUeMj
anxEjY+o8RE1PqLGR9T4iBofUeMjanx4Mownw3gyjBd9eNGH58J4zYfXfHgr
jKfCeMqHV3x4w4fqZ1H9LKqfRfWzqH4WVQOoGkDRMIqGUTSMij5UDKOiDxV9
qOgzMvYHYUPLrmSyytz7GnPvCqVQtFZ+FIkKs42hb7mp71FD36fpXUfvZvSd
pq8txHDmSQ/zpId50sM86WGe9DBPepgnPcyTHuZJD/Okhzd1ZK5MZa5MJWcP
k7OHydnD5GwJOXuKnD1Fzp4iZ0+Rs6eYT13kbDE5W0zOFpOzxeQs/qbaDhMZ
5OlJ8jRAnp4kTwPKvaKDch9MFGPMebQI86iHudPD3Olh7vQwd3qYOz3MnR7m
Tg9zp4e508Pc6WHu9DB3esjFYnKxmFwsJhcPk3unyLnD5Nxhcq6YOc7DHOdh
fvMwv3mY1zzkSjFzm4e5LZVcKWZ+8xD/h4n/w8T/YeL/MPFfQvyXEP+niP9T
zH8u5j8X8V9MzB8m5k8R88XMgR7mPw/zn4f5z4Onhmsn9ajHRnKbVdpiqvdQ
5q5h2mGq+qucfwp/fMzZNcR8prKHY7JSKWIe0324n6tLuOoAlXqxNoteDvcW
c6/+6RhzHvyBeztybwH39REqV67hyplcWcaVR7hygrHK0iNnrfGkuzg/gPMF
nNdjpBdPWsTZN3lSBk/axpM6GNcHjNXiMWMfZv5zsRYcCRPhIXgYJsPfYQpM
hYXiSpEgfWXk+kqe/rz+dsOzq2Cr6KzkQRnr3GOiD2tFF/O3h7ViilJBW8nK
6hc+O8HKjO/ljHGrSGJlmaLP7Nw/UXRnHhvJuusuMUgZZazBmKUZWQYjy2Bk
GYwsg5FlMLIMhpRpbByDIYWQYjI/p4x12s2EbRjhaTjDs93OnhTg93erjTw50e
7vRwp4c7Pdzp4c5M7ryJOzO58ybjThd3urjTxZ0u7nRxp4s7Xdzp4k4Xd7rM
O28z79TXKHfhsdHkla7xFmOIUI9aZSg8iLn8DhgMd8IQEcMKLoYVXAwruBhW
cDEx+r8mtaBwIvdMQOH+xnpc99FxsU/K0I5J7aA9XA4doCNcAVdCJ7gKMuFq
6AzXQBe4FrrCddANrofu0ANugBuhJ9wEveBm6A23QB/4C/SFW6Ef3Ab9YQAM
hNvhFa1MehVWwuvwBqyCN2E1vAW58DasgXfgXXgP1sI6WA//hA3wPmyED+BD
+Ag2wcdaHYqUSXlaifQ1fAPb4FvI5/PvNJ+0HXbAAtgF37OOe+AEKYDd5O5LI
HaXttXyr1Vny4TvYDjtgJ+yC7+EHZoMC2K35rAlamdWjHbM2hSRIBi+kaMfU
JfCyVqaigfq6FIDXaHXqO/AuvAdrYROff8fO7Db7luFDzqXu5nnWLGtaO2Zpr
ZbYW0BJaQWutztYGLoG2c2cMkM3NcBhnUrXbQnusuh6sgk/7VnLue2aY77WCt
zi5rx+wKWMAKKtjADjEQC3HgACfEgwvckACJ0AQ8Wpm9KSRBMnghBVKhGaQB
47czfjvjtzN+e2toA5dAW7gU0hIT1uuGq+E6Zr5ucD2f9YQ+8BcYzfvupR3L
uQe4bhyMhwnwKM+YCbNgNszh2iV8/hbXv8P172o9vfor4VaPjulHYuRtLIY
bI1povlisCOmqRaIaUUMTZNkokUBC1hBBRvYIQZiIQ6c4NbKpQRIhCbggaaQ
BMnghRRIJcJaaCelltAKWkMbuATawqWQDpdBBrWmHbSHy6EDdIQr4EroBFdB
JlwNneEa6ALXQIe4DrrB9dAdesANcCP0BL2e9YKboTfcAn3gL9AXboV+cBv0
hwEwEG6HQVqldAcMhjthCAzFvmHwVxgOI2AmtsyC2TAHHoe58ATMgydhPiyA
p4BvHdJSrV56Dp6HIF2AZvAjL4SV4hZr5KqyE1+ENWAVvwmp4C3LhbVgD78C7
8B4wG0rrYD38EzbA+7ARPoAP4APYSPF9Py/Pga/gGtsG88338Ib3ahyQtqQWK
KhKkigSpIkGq9AKq9APMMAylU/u7MAylU/+5U7f0WKp6Fimeh4lmoeWK8WK
Z6HiWah4FiqehYpnoeJZqJJy/uwET6T6wA0wfxR6A3q7BfG/yqO9Vmq0BBKO
wr/gK8iDr+Eb2AY/CJelAHYLlzVBxFo9It7afJIgGbyQIuL/WrkDpJ9Vmq0BKO
l3O8QitXXxaxKj6gmgXVVZZZFvVtzjFmITGrjFmlSqvva5XqRmC8KuOlygXV
zVz/CZ99xvkbwtHhVxqsyTpVxUv2C6ndcs5Nzu+h/Dz9AAeyGQuFS9/JuvuGp
fMNTfXy2X6unUgbVg4yNb3VqOfee4DjAMWtslTW2WgV8c1FruL4W6iApeyCM
bae1Slu8dtLmAjckgFert6VAKjSDNGguYYm0toCW0gnRWhZdBBrSDq/gsk/Zq
6EzlvRau14K27sJll0W8XQELWEEFG9ghBmIhDhzghHwRgSSIBGagEfE2ptC
EiSDF1IgFZpBGjBOO+00M04747S3hjZwCbSF5E6Y78cOlARO8IVHHeicl7F
caYWpBIH7Z057gLXQle9MmNHN+jP8QAYqJXbb+e+EVq9fTRjG8u5B7hvHIyH
CcA3XTvrSvtjMJP3zoLZMIfrn+Z95ZDyVOhmfITruC270Mr8Cr8A7Pexfe4/xa
WMdnIa47xb1ntfoYoVXXGSCl2xk7IWnNoEPm8iXFzTzYAyzUkwyn3khRTsZ
kwpp+i+Senaba6mnycoyY132r/Ofz+PzJ4xfUPQ1Vo2wyn21YcoA/ZcpEav/
qmWc6yB30vxyZ7hWK5dvpO2r7ZNv1b6Vb4MBWiFPOsCKws+Kwh87XPs2diQs
4PgpeBoWjOwCH2KFxbAElsJz8Dy8AMvgRVgGOL8EKeBlegVdhJbwGbMbsAre
hNXwFuRqfslfml8ojDQsD+fbsD7+6xl/iPGH5G7aAcYfkm+mfVo7Ki/UjIK3
WlGzWnHlt7F3agdih8AwuBvu047GToCJMAkmw1RYoIWwLYRrtWwLYVsI20LY
FsK2ELaFsC2bSbSfsC2fbCNtC2BbCthCtbhG0hbAthWwjbQgtgQtgWwrYQtoW
LYRtIWwLYVsI20Jx/bSjcbdBfxgAA+F2GAR9YPWYQPr9X9X246DsuFFhavx
W0RLbF+H3evku7St8hh4CJ7WdqDBDv3bCLavw/Z12L4O29dh+w5b+w5s34HtO7B9

B7bvwPYdsdO0rbE58A94HJ7UtjKuHYxrB+Pawbh2MK4djGsH49rBuHaIm/BA
Nh7IZmx+PJDN+OqJoBoiqIZxHmQkZYykTBl67jTjdZnfZjqa32Y6mr8RHiC6
aoiuGkZXxujKGF0ZoytjdGWMrgzPZOOZbDyTjWey8Uw2nsnGM9l4JhvPZOOZ
bDyTjWey8Uw2nsnGM9l4JhvPZOOZbDyTjWey8Uw2nsnGM9l4JhvPZOOZbDyT
jWey8Uw2nslGgTIUKEOBMhQoQ4EyFChDgTIUKMMz2eJmVMhChSx8sRsVsvDH
brmvSMX6EVg/Am9dwbfXN83v0Feb8+qV5rx6pfm9OAtf7cZXu/HVbny1GzVG
oMYI1BiBGiNQYwRqjECNLNTIQo0s1MhCjSzUyEKNLNTIQo0s1MhCjSzUyEKN
LNTIQo0s1MhCjSzUyEKNLNTIQo0s1MhCjSzUyEKNLNTIQo0s1MhCjSzUyEKN
EagxAjVGoMYI1BiBGiNQYwRqjECNLGEjFmqwuB0Wz8LimVjcFAsfxsK7RAoa
fYA+H6BNIdoUooMLDfT//Wgt9n+A/R9g/wfY/wH2F2J/IfYXYn8h9hdifyHj
KGQchYyjkHEUMo5CxlHIOAoZRyG5Mh6lG9e7WtFRvoMoHU6tG0+dm0CNexAm
wiStyPjl4o9aN5OaMVv7Nu4fmj9uBsyEWTAb5sDjMBeegHnwJMwHamMctTGO
2hhHbYyjNsZRG+OojXHUxjhqYxy1MY66GEddjKMuxlEX46iLcdTFOOpiHHUx
PgZiIY6aJxm/fuljD5HjxeR4MTlejG5x6BZnZM80rZjcLSZ3i8ndYnK3mLGH
GHuIsYcYe4ixhxh7iLGHGHuIsYcYe4ixhxh7iLGHGHuIsYcYe4ixhxh7iLGH
GHuIsYcYe4ixhxh7iLGHGHuIsYcYe4ixhxh7iLGHGHuIses1a7h2CLUPoPDW
8zVLt+iQyMSiXM7/zPl6vBHGG2G8Eebag1zbiWu7kymxWJpBpsRibQZx9Kxe
+/FQGA+FsTIXK3OxMhcrc7EyFytzsTIXK3OxMhcrc7EyFytzsTIXK3OxMhcr
c7EyFytzsTIXK3OxMhcrc7EyFytzsTIXK3OxMhcrc7EyFytzsTIXK3OxMldc
gyU5+OYHfPODPF4k4Z8fsOB+MiBABhzDkmexJA1L2mNJGpa0x5LFWLIR3/2A
737Adz/gux/w3Q9YIYNVOViVg1U5WJWDVTlYIYNVOViVg1U5WJWDVTlYIYNV
OViVg1U5WJWDVTlYIYNVOViVg1U5WJWDVTlYIYNVOViVg1U5WJWDVTlYIYNV
OViVQx4PN/K4K1bswYpN5v8eq68r1og47N2BvTuwdQd2NcWmppx5H3t2YM8O
7NmBPTuwZ4dQ5UfxcTYR/JhWKe/j7meZH17Uf2Pn0zPyPC0sJPanRTuuOC1P
47Mc4/Pd8nwRIy/gbtby8nLhllfw+cvambhmkAbNoQW0hFbQGtrAGLgfxsID
MA7GwwR4ECbCQzAJHobJ8HeYAo/AVHgUGF/cY8CY4hhT3HTtjGHPGUbql2dq
VdhSLi/TgvJLjH+kPIW69gg8yqfTsDIHZmt75DnwOMyFeaK5PF/7Ul7CdUu1
Evk5eB5egBXaduzbHidTyxSwgBVUsIEdYiAW4sABTogHF7ghARKhCXigKSRB
MnghBVKhmVaDhjVoWIOGNWhYg4Y1aFiDhjVx3bQ9cddDd+gBN8CN0BNugl5w
M/SGW6AP/AX6wq0wBjvuh7HwAIyD8TABHoSJ3BBBMgodhMvwdpsAjMBUehWx4
DKZBDkzXtgsLkXMUFUtRsVJerp0lluZpvxAnp8UgvBDCC6EGkVTEjBNkxgly
RRCVQ7K+SrtPCzLDBJlhgswwQWaYIDNMEPVDqB9C/RDqh1A/hPoh1A+hfjgj1
Q6gfQv0Q6odQP4T6IdQPoX4I9OUoH0L9EOqHUD+E+iHUD6F+CPVD/zGC+zGO
26A/DICBcDsMgjtgDM+4H8bCAzAOxsMEeBAmwkMwCR6GyfB3Q3BvUDaFuCHVD
qBtC3RDqhlA3hLohYUfjdI0R4mAgPyLOI4XnCg9plqF2G2jViMhrnoXEeke7n
ygK09qO1X55Ops7EE7O4c7ZWTeRXE/nVRH41T1Hxwy78sAs/VMmLqZhLtWNk
wDEy4BgZcIxc2kdt2IGPivBRET7ahY924aNd+GgXPtqfj3bhozx8lleP8vBR
Hj7Kw0d5+CgPH+Xhozx8lleP8vBRHj7Kw0d5+CgPH+Xhozx85MdHfnbvBRHj7K
w0d5+CgPH+Xhozx85MdHfInzkx0d+fOTHR3585MdHfjKkmgypJkOqyZBqMqSa
DKkmQ6rJkGoypMqMqsZDqsmQajJkMQjPXojoYzZBqfLwLH+/Cx7vw8SS8+Asf
78LHu/DxLnxchI+L8HERPi7Cx0X4uAgfl+HjInxchI+L8HERPi7Cx0X4uAgf
F+HjInxchI+L8HERPi7Cx0X4uAgfF4nxeDCABwN4MIS/t+LFEJ47hOeq8FwN
nqvBczV4Tvd/Mv7/DO8F8F8F5AfobPnsXTS7QNePAkYfHyJB0/iwZN4eB0P1hEn
e/FiBV6swIsBvBjAiwG8GMLAbwYwIsBvBjAiwE8GMLAbwYwIsBvBjAiwG8
GMCLAbwYwIsBvBjAiwG8GMCLAbwYwIsBvBjAiwG8GMCLAbwYwIsBvFSDl2rw
Ug1eqsFLNXipBi/V4KUavFSDl2rwUf1eqsFLNXipXiPBi/V4KUavBTASwG8FMBL
AbwUwEsBvBTASwG8VIGXKvBSBV6qwsVeVeKkL1XgpQq8VIGXKvBSBV6qwsEsV
eKkL1XgpQq8VIGXKvBSBV6qwsEsVeKkLWITngpjJfCRjbOEy68UIMX6vBC
HR4I4wH9e1Md6tahbh3q1qFuHerWoW4aT4YdcoOoG0bdMQgGUTeMumHUDaNuGuGHXD
qBtG3TDqhlE3jLph1A2jbhh1w6gbRt0w6o6oZRN4y6YdQNo24YdepQpw516ICn
DnXqUKcOdepQp060pzLUUxnqqcLHmc9j5WewYpERP4ye4+WwgvMva/VkXD0Z
V0/G1ZNxwWRcPRIXT8bVk3H1aF2P1vVoXXY/W9Whdj9b1aF2P1vVoXXY/W9Whd
j9b1aF2P1vVoXY/W9Whdj9b1aF2P1vVoXY/W9WhdL8ahdSlazLiACPW61c5
WVBOFpSTBeWG/n9kwBKifCnV8Dl4HIl4AVvCy/c/svGv4/2UvxRij9K8Ucp/ijF
H6X4oxR/lOKPUxrvXij9K8Ucp/ijF6H6X4oxR/lOKPUvxRij9K8Ucp/ijFH6X4
oxR/lOKPUhQMoGAABQMoGEDBAAoGUDCAgno2IJMN5WRDOdlQTjaUkw3lZEM5
2VBONpSTDeVkQznZ2UE42lJMN5WRDOdlQ/l9kgx8P+fGQHw/58ZAfD/nxkB8P

+fGQHw/58ZAfD/nxkB8P+fGQHw/58ZAfD/nxkB8P+fGQHw/58ZDfmOOrWJUe
FV3OV69lVBzWkmgfQPv/fyrKGLgfxsIDMA7GAz7HxgA2BrAxgI0BbAxgYwAb
A9gYwMZAnB4Lj0I2PAbEGzYGsDHAGjcbi/7MmQAZH6Le6pkepqaG/1OOsHbP
Zo09jzieT7w+w/Ei1kpL+Pa9XCSKgSgXRLmgsSqfCbO4ah7t09T9hcD3PnJT
n51ruKudsbp9keMVWi0K1xLdVUR3FdFdRXRXEd1VRHcVygdRPojyQZQPonwQ
5YMoH0T5IMoHUT6I8kGUD6J8EOWDKB9E+SDKB1E+iPJBlA+ifBDlgygfRPkg
ygeJviqir4roqyL6qoi+KqKviuirIvqqq8EwtnqnFM7V4phbP1OKZWjxTi2dq
8UwtnqnFM7V4phbP1OKZWjxTi2dq8UwtnqnFM7V4phbP1OKZWjxTa3xbOY1S
u85/b6kRivG9hm/SeOmsGIq2PrT14b8q/FfFXHqKs4fwRBz6VqBvhVH/luCl
ZVSUF1kprWAF+7JWia4V6FqBrhXoWoGuFbH63CBrPnT1oasPXX3o6kNXH7r6
0NWHrj509aGrD1196OpDVx+6+tDVh64+dPWhqw9dfejqQ1cfuvrQ1YeuPmKq
ipiqIqaqiKkqYqqKKmKoipqqIqSp0r0D3CnSvQPcKdK9A9A9wp0r0D3CnSvRPdK
dK9E90p0r0T3SnSvRPdKdK9E90p0r0T3SnSvRPdKdK9E90p0r0T3SnSvRPdK
dK9E90p0rzQ01nU/gca/ikT5YyI5T/tW/pq4/EabKn+nvSXXaQflU9pC+Yz2
o+LUypSO2gnlSu1dpbNWev7fKQ8Tqcpfhcv898pleCsXb2wgw74m+r9hDbsN
T3wL35Fp2/HMLo4LWIvuw5NFtD6oEE3ISmaxU9wX5v7TUM/bhHZEsYEdmBt5
e7lyFZ9nwtVwjVatXK8dc2RpAcf92g7Hg0B9cDxMixoO1HBQDxz/oJ2pVThm
wWx4gs8W8dmzsBj4vuN4gc+WwUscEz2OlTwjVws73uP578NG7YTjA/iQzz6i
/xktNjkK+exH2AP76R+Anzg+BKVcd1I74qiD09oRp0ercDaFJGgJraAtn0/Q
djgf55hxORdolc5ntRPOF+FleIsVSz9T1aP46Cyq7kfVElQtQdXfUfUQqpaj
6n5UrUXV/ai6HzWDqBIAzQBKBlAygJIBVDyNijWoWIOKNShYhYJHUXA/Cu5H
waMouB8Fy1GwHAWPomB5lIJHUbAEBUtQsAQFy1HwKAoeRcESFCxBwf2oV4V6
VahXg3o1KFeFYjUoVoNiNShVg1I1KFWFUgUGUCqBUAKUCKBVAqQBKBVAqgFIB
lNpvKnUUpUpQqgalalCqBqUCorW8Vhsvf6ytR6l8YvA3FNqAKhXyYW0KcTZH
rtTWENnj5ZC2hcgeSZyVKIp2QFG1VxWH9pQR6R7tSqWlmKBcqi0g6nspV2j3
odrXRH5/Ym6rcoP2lnKTNsb8RarE/FfJE5Tx2r/Igq3Cwdt9+MnH27/nbcfx
RQFvK+PpAZ5Yx9N8PK2GHLqeHLpJxDPuMHft4a4z3KXnR5jxZnL3ATMDKxjX
ScaVxhN8PMHPE4q4gE07D0G1ZO32kbueNq7jjK+w5x114sOsudR7mrpXnXAe46
IpoTUVXcFSSS6oikOqLoBFEUIooqefcpoqiSKKoKKiqJikoiopKICBERIalh
RDRUEQ1VREMVkVBHJNQRCXVEQoglqCMC6oiASjxWiceq8FYdNb5CtFWMv9TD
+/3YXCd/yhg+g+3ar8a/4R1OBEzTgjzfz/P9PN/veJn+61qQ5/iFhbvOMPKx
3FGke5a6sVbbic/P8KGRnxIReh32HqntPPrqzCPrq874/UaOb9OJcjOZW Rxx
vH0mb5/JnadR4hRKnOIJ++VdfDcv4D37UKSI1gcHtHU88WMial8cIBpiwaNN
U5hTFeZUhlTlVuUR7QmkLl+LjDPrtoCPrq874TaUOb09JcjOZWRnMrOedH3TOo
e4ac86PwGcdk4XH8HVipocJMxz84nqktRonFKLGYvPOj9inUPoXapxxLOP8C
ny2Dl+ivgJe5byXPep32nyi3AbZqTzi20X4PP0ABFMNBKOHcEdqjUKY94RTa
106rts6pgg1a00+HCdoZPLCY3PPjzVPO5XjKjVgBr8Br2jpm5DwjEsvwdB+q
zjmqzjmqzjm8fjMZfo4MP0eGnyObz4k0/FGD9gG096O9n7ucDWsTttdgew22
12C3H7v92K3b6sdW//m6cpGawlhrGKe/YY2QYnnjo0TAk3h/C95/Au8/IX+B
R7+EPLJ1m0iSv4XvqCG7iNM9fK7XjwPMisV8+z4I8P8EHkKIHD2gL5CG0ZHCP+
jtP+DOVQIR4nWj6Uf+H4BAR4xknaIFTx3mqo4bgW6rRp1KS9VOxyKnY Y52Tte
r03yWT77DX7X9snnaDWyWgIZ9LplIdqsHKva+0TkVCXOyPrZZH2p4tKKKWW5I
gETwaDcRrSOJ1pFFE60jm1PVKqrZKaca5NGgp/qa0pm0Dl2gDUOBRPIsJZ3+
ZZChDSeihyvtOe4AHbXB1MapVJUf8NpavLYWr60l2gdRJ7coXbjmWuiqfaRc
R9sNrtdyle60PeAGbTFZMVLpyfFN2hwyYyyz19Cj1VP+X2dOVkaKFMgrGa7v1
38gd47U9jgkwWcSTJfFxyBNkSDxR8ihR8qijcc7PhafgaVgEi0SS41lY
DEu4/kU+Ww4v0V8BL/OcV+m/TvuGtsxzJrwFudp6x9vaKmaxXMda+utgPfxT
G05WDWdmyyUC1xKBa1kXrGd2y3Vs0j5yfAybue4zPtuqDXB8zvEX8Cft8M+M+
Ysuxnefu5LNd8hD2f/QAFFUMizfoQ9sJfr93PtASjm3EH4ic8PQQQnPPaztJXOH
M3vmkr0jyd4BjmN8Rgw6iEGHHH4hDRwVUakUO4tBBHDoCQAw6qqAaarC7FsIc
/6rtc5yBeo5/B2LOQcxRaFY6iTsnccdUtH1OC62Vz1SwgZ1+DNUjFohBp0Mr
cjohnmMXuPkR8ARKhCZ97tHJm+HJm+HJnMs/zck0KpElzSIPmXNuS862gNe9o
w2dUWKrRVOdsbQ8Z/qhzgUhy4msnvnbia+czsAie1dY6X9X9BWkflrqVTDqVTD
qVTDqQJJrqQVbDna/ynNd4zhs88y2en0v/bVgD72hPGCuJcVSJj6gKO1hJHKEi
fEEl+ImMf5rMfoTMXkfWfridr85huQ2TscbJyP9muJJcUBbuIetuJbp
J5PeImOeIWM+ImOOkiXPkCW7yIIvif5Xzf/GaTPRv9n437SnaLvFvdSrNYxk
DTPWdvl95uiPtV3UrbeoW28Kr16fkr1/Ibq+Q0Q0+Q13vmHJ7HHFjBaI8ze+Ux

e+VRv95j5N9Sp/yMvECfwRh1OfXmOPXmOCM/TL0uYeRhanYJNbvEnOHeoRa8
Ry14j1GeYpQP6/+VBrPXdsc9rHHv1/KYwfKYwbYzg+WdXyNk05+mvWWuFdaQ
n2vIzzXMYNsdfO9wPAnPwCLtG6r6N1T1b4y1wwucXwYv0V8BL/OMlTz3ddqt
2nvE/XvE+XvEtJ/5pIT5pIS49TOnlBCrfnP2eo+4fI+4fl9Y9BNrx4m148Ta
cWLLT2z5iavjxNVxY3Zry0oyMsPlEVNrmOG2M3N8Q3y8R3z4iY/j4lFmiXxm
iXzi4V/EwtsoXcXskE8s3E4130s116v4t6hagqp7UHUPMfEhlfsIyhZSqfei
bCHKFhIbNUaFTtL2UY33UY33ESOZxMgZqmwxVbbYXK8VUlm3Ulm3Ulm3EjO7
qaY/UkW3Uzn3URHzqYj5qF6F6lWoXUUFzKcC5lMB86mA+VTAfJStourlU/Xy
qXT5VLTtVLFiqlgxVWw7VWwrVWwrFWw7FexHKtiPVKsfqVbFVKdiqlMx1amY
6rSV6rSV6rSV6vQjVamYqlRMVdpKVdpKNSqmGm2nGu3DO4VUlr1Ulr14qRAP
FVJdjlBdjlBBjlAt9lIt9Mqwl8qwl8qwF0/twVN78NQeqsIRKsBePLUHT+0h
8/fiqUIyP5+Mzyfj88n4fDI+n4zPJ+O3ku1byfZisr2YbC8m27eS7cVku57l
e8jyvWT5XrJ8L1m+l+/BFayM9TV1Z61eXEOWhcioLDLqRTLqRTLqO/ycS9ac
xq9r8Osa/LqGbCnHr0H8ug6frsOn68iIEFkQwhe5+CKXDNBXyrlEfIgof5Eo
f5EofxFf5BLlIaJcXym/SJS/SDSfRq916LSOaD6NVuvQKohWQaL6NHoFieTT
6LMGfdagzxr0CRLNp4nm02i0Bo3WoM86ojdE9L5I5J7G5jXY+I02n4g9hQXv
06tj7Ke014nNAyIVy6roFWPZESw7gmV+rNpJHSjHsp1YtpPR6d/OdjK6nYyu
itHtZFRVjKiKER1hRECY0RFGU8VoqhjNEUZzhNHsZBRVjOKIaMmb6ozvJWHe
dhrqWSX+zjpZGKuXGt62l7fps1Udb9NjZi9vq+Nt+qxUhxZ1vLUOLep4cx1v
LubNxby5GC3qeHsdb6/j7cW8vZi37+Xtdby9mO8Ih7WVWL4bq3fz5hre6KeW
rabi7qfi7qemvUbF3SVUrgqb359qzP9iqaMyXFwiMsjycrK8nCuOcMXxP75d
c+URLAljSQFZrutWgCUFWFFABpSTAeVYU4AlBVgSxpIwVoTJgHIyoJwMKCcD
ysmA8kbffJO5pjmf/fEN+BKO22oFRHO5/m2XaC4nmsuJ5nKiudzw7U+M7FfD
t1Z6tcZvKmegnkqi6v81EquqLqyqurBWP4ANAe0k5wLU+pUzpPUzuPUzuPU
Tr02nqQunqQOHudph4242Wc8STEUrBHpPONjznyGd0/wrC1cUX1eF9YQaHIC
PU6gxwnescX8N5Y5ePkE+pxAlxN4+QTanMC7JxjDFsbwMWP4mDF8jKdPNNKk
Gf00+EOT1lzfln467Wtc/4bxm0lASFhfI5lZ3wlznjvEmA7pmcuYyhj9z4yr
jHGVMY4yxlHGGMp49wnefYJ36+89xHsP8d5DvO8Q7zvEu8p4j/6OQ6ItT38H
67dg+dYGc4D+XX8LbwoaNT/W+Jc6L5iRdshY2U6hPpq1EYu38tZ3eOs7vPWd
i9ZFvQ625jq9BqbT6vXsNa6Nrmcxj0YTRnDY+LVBNf672Am8eTdv3m3+d0L5
IpNxH+DKb/BaAd9a/Ix/Oyr9C5W2oJI+9g+IaF2pTfhaXxUEUWsTam3Cnu08
9U2etgUvFrCy1GfiTSi4CU/qUb6JKC8nysvxaAH2bSfay7HxADYewMYDeLWA
FaKfFaKf1aA+Q29B6S0ovYWoL8fLBXi5ANW3oPoWbN+O8puwfTt2H8DLBXhg
i2iG6oWoXojNO7CgCru/YtS68oWMOMiIg4wuiNqFqF3II3KIOMMIjKhahciMqF
qFyIyoWoXIjCHbwpiMKFqFuIuoWoW4i6heTXKe15tNmDHpVEGDMC+XQlc/Y1
2q9CYa30g/Hr2jXaYdGa3injV8tLqHFt4Sqtlnm8Ilnm8IivCzOEnWFFVmb8y
nmAePsE8XMs8XGv+ynjC+JVxK3uvK8+JV8k3U+ynjEC3u6n6LXnvG2C3n+yu+L+SeX/v
ZVTHPFjLPFjL3FcrYlhpnGYkK1lZlIl21Bi/4HbWKnir/l8kvIvH3iv4dtb6sV+x
PIy5o/H74DHj94pruHuouIX610JYeMYx+4xlXamfl312xFv9xfRnXHkUFDxZd
o5029PiSo6BoylFN1C+NQWUkK99R2lIEsDmJxsMEvg8F/88tgsOE3eNGKN+m/
Bp9E1+PoejzqF+EK3nISTU/yhpO84WSDX25P8paTaHoSTY+j6cmoX29PounJ
87/elnBNKf0yKmGDX2SFhNUh0VZxGh5/mzVcHWu4OtZwdYxpmM2PajFKnWcdV
sY6r4upa47e+Gzl/k/F/f+X2M8h9Th1tRh/V/Tl3O0WqyKtVy49rMmquKKNvlv/V
a64q1lxVrLGqWGVMVMZ7NrK+qWFvVMabNrHOqWUdOUsc6pYo1TJWpeHDJ+
YdQ9eBNvHqrl8bY8bY8Cqc1nxj6LbYcZ4c4/Vf0K8S/SrRrxL9StHvtP47047bc5
FRoeRsPTaHgaDSvRsBIND6PhaTQ8zfPeFhNKxEw0e0o0ET0r0b0bCq4O4r0bCS
MR9Cw9OM9xAaVqJhJRpWiiRUO4JqR1DtCEqVoFQFJz4z7EuA+g1BEUKUGREtQo
QY0S1ChBjRLUKEGNEpQoQYkjqFCCCiWoUIIKJSJVOyuwsQIbKKww1ruTJVzEj
Z8LV0JV82Uid+gA2cfwxbNUqWO/WYksBthRgSwHr21rsKMCOAuyowIYYKbCjA
hgJsKDD+1G079XxuniBViDJXgfhgLj2jviunaUvEPmAEzYRYc094Wx+FnqQOWa
M9oSUQ9n4Tf4XVsiZWh7pXbQHi6HDtARoaAroRNcBZlwNXSGGa6ALXXAtd4Tro
BtdDd+gBN8CN0BNbNugl5wM/SGW6AP/AX6wq3QD26D/jAAButAsLtMF60kL7Sdkh5
2jbpa/gGtsG38hz2wE3p2yxvaEstq+BN+IF+AewGbLWcA01bYnVra6yJ
2ttWj7bX2hSSIBm8kAKl2IJrgGtOQrW2V2G0HXWCitkZ9CCbBw/Co9q6aDeiu
LtH2qoXaNjWs7Ws7bWla0bGtjN7INbuJ0btbddtMEpbYnsJcqGiU/3B
q9Tetf0CVZwL0Q9rS+/yytteuAPO73QoqsH61s361M3/bmb/tceAAJ8SDC5jT
7czpduZ0exO4Tttm7wajOR5LO4f2f2Hdp34ZS5S2N4ZnxTTRtom/iUQirgl4oCkk

QTJcBhnQDtrD5XAb9IcBMBBuh0FwBwyGO2EYjIAx2noidz2Ru57IXSim8h3h
UciGx2AaTNc2EM0biOYNRPMGonmDZaFWYHkGFgFZYVkMS2ApPAfPwwuwDMgY
y3J4g/tWwZvaBry+3rr//1B3JnBSFGf/r+6e6e6d7dlZYDkW9r7vkyACIqIB
o8QTjUFEVEQlRA2uiAiIiAqKCKiAgIhKiAGCvEZQVgTv4JERAXFCWMQFWcAF
GYQFAbf/36oZ1vVWTHzf//zn93RNdVV1dXfV7/k9PTO1btDL7PLWgA/BVvJ3
sK0D9ezfA/aR94UbNE2ArjZjgA+0A4kgG+QAroPJdWB0LDE7su3Etivb3uAy
MABcDgaCoe5iRs5iRs5iRs5iRs69jJx7Tc7X5HwZQUvsG+S1EVPRVNPAg+Ah
8DCYDtBbQuqtp8BfwULwFngbvAP+CYLgXbAVvAfWgfVgA3A3gfhMA2dxmcsAxO
WAYnrBfEPOIA4N4Lxq4g9oEnVsMTq+GJ1fDEanhitWenu96zC+wGn4B6QMzk
2QvQoR50qAd96aFND216aNMj6zUC113NfFtmwQUWc99irlvMdYt5bjHPrb7g
ItCPMpeCAe5q6w+8rwI3g1vACDAK3A3A3uAcw3i2tkcY70srpHFNWI+rbaeYDuf
7dNsXwBcB4vrYHEdLK4Dc20Zc20Zc20Zc20Zc209c229xTlZnBNzbjVzbpnF
9WDerdZKhAc14gUmsIAt5H/6SBE+EAvkfyv0gzjQRRSLrmCQO5sxPpsxPpsx
PpsxPo8xPo8xPo8xPo8xPk/cKloyzsczzsczzsczzsczzsf/hLWkKkQ12OZO
545O545O544u4o6u4o6u4o6u4o6u4o6uEodFC+7qZO7qZO7qZO7qZO7q5F/q
d/F6mUjUy0Wx3pHtqeBMd7b+G3e6fjY4X7TTr3MX6kPccfofwFB3HJrteuNS
dwK67XrjcrZVRDI346fXioDxnkgw1oP38bIbRYqxzV1tbOf9xyLP2KFWdcg0
drP9RAQ8VSLFczMYDm4BI8CtYCS4DYwCo8EYCLtaR2s8fDEevhj/U9fRYrRP
ZrRPZrRPhmtmq9/kt3SnwzHjvZ+IlvDLbPhlNvwy3ntUpJgGYGyZLUErkAny
3fFmAdtyUCmK4ZTx5kmkh7qz4Y/Z8Mds+GM2/DEb/pgNf8yDP+aZjCVzJXjAnAs
Nf3Wf71b+43f7cvf4p/jrmKmTWemTWemTW5ah+v4Glxy7a0Z5EfW36pgNk1W
a3BtpfxHoBYw5pg5i5g5i5g5q5g6w9ooW1F3xK+QPsZ/wxgybLdbr+Y7/R
b77WV7Pf2svf0fsucaf7OC/faHec73bAvPExb3zMGx/zxse88TFvfPfPeDyeAB
MAVwvr5p4EHwEHgYTAczwEzwCJgFgFZoM54FFEwF7AB9fPPPA4+AJ8CSYLxLJjbxPt
YkeB0WAMuB2MBXeACeB0Mo4B4G9G94G9A4JYCK4F9WwTwAJgCoeOEHwUPg
YTAdzAAzwSPoinVMoEuNiRLs4H4gV7VCL7zILtqlVTN5VK5+k6LfAzdSib
BWCzAGwWgM0CsFkANgvAZgZgHYLACbVAANSiAGhRADAQqgBgVQgwKoOQQHAoBq
UAA1KIAaFEAnxJcJ82WDgpOgAnUogTqUQB1KoA4UIcSsqEMJJ1KEE6lACdSiB
OliyCpasgiWrxLVEWteBIeAPYCj4I7g2e3g3gCg4/rw+7+BIaBm9rwbvxbVVPQ9qdP/e9
sGlv2LQ3b3NobNvXBVj7Y1b+b7mBTH1zqg1gTs9rKk7NVx6xXBZj787aw7787aw7g787g78
7g787g787g787g787g787g787g69rYNxxPmzcxT7c/hvC/Y+t3b1nr+G8G/b9h9/an
/G8Y/xvG//4bvx2H8r8Lk1sxJ/G8b/hmHrqbD1VNh6Nh6/68VOsVbsAvsBp+A+Bp+AgH7AWf
gn0gDPa7z8DsrK2DTFD7Cph9BcyAla/E1a/E1a/E1a/E1a/E00fQtOH0PO
NH0ITR9C04fFQ9C0e0fQhNH0Lrh9D0ITR9C0e0fQtOH0PQhNH0ITR9C04fQ9CE0
fQhNH0Lrh9D0ITR9CE0fQtOH0PQhNH0ITR9C04fQ9CE0fQhNH0Lrh9D0ITR9
CE0fQtOH0PQhNH1IO08kaueDC8CFoC+Y5QbxREE8URBPFMQTBfFEQTxREE8U
xBMF8URBPFEQTxTEEwwXxREE8URBPFMQTBfFEQTxREE8UxBMF8URBPFEQTxTE
EwXxREFiiWpiidXEEquJJVYTS56wmllhNLFFNLFFNLFFNLFFNLFGtvSN82j9B
ELwrfHixAF4sDi8W0Il38GQBnZgGb7YCbzYYIbzIeVbNL3Xp9ELjOndHcq+l/
VKu79MazDcGz9cazyVWSnjZucv9ivIAXXyX8sxvuPca77lK8XAAvv58PLI1eHl
fMYHbi2eblF07aIUtc7lbvI/EV68XAAvF8DLBfyAbxcX2AXwMsF8HIBvvFwwF4bVFwA
LxfAywXcgUdB1Kug4lXYeSrkNG16b6f/91M6DiVdh6kuLGwQ0nXX/0jawwGDvN+MP/nX
eWa4Yc9M8AiYBwVDeBRMBc6/bGc/Ym7qom7qom7qrom7qrom7qrom7qom/6q
6sOL+vCiPryoDy/qw4qw468KI+vKGL+vK/pDZ2zCoZGb0bd6DZbwQ8AdbcBeQAJLWrod7gOz
RmeG0Zm5ahDAG0A4Y3A1hdGt4ZzB0ITXM5GB4l6y0BwUfz0bBDOG0zVyYPpPPX0aLyA
nnkq8V+1+I+C9E9/Bci/gsR4WHgBDWc+gmp5BNa1ANa1ALd2J
Wpq4kWWlqQBWqWroTTeQj1g8R64eI9UPE+iFi/iRCxfohYP0YsNkV1BVVHQHYWso
aeaUdT24Adwl/kSbwwDnReywg9ghTOwQjnYIo3383K8BwBwfMUSYGJCys3Ur3+9TK
hmfUj494IkwI8SaeSaeSaeSaeSaeSaeSaeS8CBNPhhFFFBd6KCFKigTOKKKMEroTpSQj79iTGwRJrRYIE1uE
iS3cxBZhFNJUFNJUFNJUFNJUazttfwx2ALjegutTc+gmp5BNa1ANa1ALd2J
WpqKWlqBWroTteQj1g8R64eI9UPE+iFi/RCxfohYP0SsHyLWDxHrh4Dr7H4j1Q8T6
IWL9ELF+iFg/RKwfItYPEeuHUF1BVFcQ1RVEdQVXRUFVxUFVdVDFRUF1BVFdQVRX

ENUVRHUFUV1BVFcQ1RVEdQVRXUFUV9CuoE+V4GS32u4CLqftq3g/CFwNBpN3
DdtrwXVgCLjBrUOhBVFoQRRa0B5LnQfl/wtln3JX238lvRAcdEMxQiSi4IIx
nFtMK7c6prXw+S501/uIC30Xg0vcQSi7Qb7+pEe49b5bwW3guNK7g/Rd4B4R
QPEFUHwBFF8AxRdA8QVQfAEUXwDFF0DxBVB8ARRfAMUXQPEFUHwBFF8AxRdA
8QVQfAEUXwDFF0DxBVB8ARRfAMUXQPEFUHwBFF8AxRdA8QX+FxVf4CuKr7WY
7PbSBoh+2kBwhRihXSmu0K4S52mDxcD9TNFTv050My5yLzYucc83qt1qY5U7
yKh116MNE4ztao3Xx42dbtDYRSy1m3jrE7dBpIrJjTvFIne7eM3dTuunRFek
PY/WT6P106IryTbItaI5SiJH8XGUUzhKb44yxVjpvmW8CFa5PuMlti+724xX
aP1V9zGO/jhHPmp8rI5+Lkefw9FHH0ZR18vbCNIibX0iUjeWEff17tvGhvI
24hH/IASDn17m769TcmB+M4gpR+n9ARKt6b0Ikpfj89B9dTY0x1LhTpMv1Jent
PLx5Ed77Ov23ePLr3En69fK7nSJdf9W9Wf+H+7i+RXTVDxKPJqCfS93lxkq8
7ypRxhms4UjVxKM+Y52KRYN46QCtH+WMtuKpJ0Q9tS8ak/o4s7Cxi7NSKw26
n2q/Ex53gfACE1jABjHAJ3+dDRzgB3EgGQQfD7q4QdEV3Ol0FOPBXeBucA+Y
ACaCe8F9YBKY7L4kVrjPimr3WU1H/xjAA7zABBawQQzwgVjgB/EAP6m1BK0A
XKLBJRpcosElGlyiwSUa3KHBHRrcocEdGtyhwR0a3KHBHVoOyAXnueu188EF
gLmtMbe10WAMuB2MBXeAceBOMB7cBe4G94ZAJYIr7pjYVTAMPgofAw2A6mOG+
qZe5E/WO4FRwPndvohvU7+XOrHIv4K7UM84aGGNLuRP1kTUfed/Q+IpxyE0w
DjfWGJ83rjeONC40jjaGjGONK4wv3FijkXy3sd7jbXzFY7oJHquxxmM3rvfE
NC70+BpDntjGFR7HjfX4yY+jXJW7wHMzGA5uASPArWAkuA2MAqPBGHA7QNt6
0LYetK0HbetB23rQth60rQdt60HbetC2HrStB23rQdt60LYetK0HbetB23rQ
th60rWcZeN5d71kBqsELYCV4EawCq8FL4GXwCngVvAbWuRM968EG8D7YCD4A
IfAvsAn8G2wGNe5E71F3gWkAxq/pdReZLdm2ApmgAJSDSnTBSWwnuevN6WAm
7zlP88+kOR+T8zE5H5PzMZ8mbyl4BvwdPAdWkF8NXgArAX036bv5Fum3wTuk
/wmC4F2wEXzgvmluYl8d+ASEwX7wGTgADoJD7norDgRAPGgB2rlvWomgPegA
kkBHdMpJ4E/uRGsYGAvuAFPBY+Bx91IrEdtD7kQ7111vF+LjStiWsT0HnEv6
9+6b9lXsHwSuBoxHeyb5j4BZYDZYBI66b8bYId31MC7bMrxjmVQw+Ogb/7LsK
DAFDwfXgRlAFmO8+5ruP+e5jvvuY7z7mu+9+MBk8AKYA+uubBh4ED4GHwXQw
A8wEj4BZYDaYAx4FcwHn6JsHHgdPgCfBHdi7FluMPZs0Af8FnCuseeC88D5
4Db38dhRYDQYA24HY8EdYBy4E4wHd4G7wT1gApgI7gX3gXngUngfjAZPACmg4Gng
QfAQeBhMBzPATPCI+7hT6E6Mi3Efj/OBWPdx4YH9I8L8dcb7+LIP8GMPi5Hw
521gFBgNxoDP4dlj4Cg4Br6Aq/LcMPFzmPg5TPwcJn4OEz+HiZ//DxM9h4ucw
8XOY+DlM/Bwmfg4TP4eJn8PEz2Hi5zP4cj5j4OUz+HiZ//DxM9h4ucw8XOY+DlM/PEz2G5
Hpj2hltDzFpzFpzFpzFpzFpPpn4tA/E3/WEHfWEHfWWjzaAjzZ
Tr3B3aMfcveoXza9TNz5Lt5orVuDB1tADLeIGG4RMdwiYrh6Yh6Yrh7Yb6YjZwPwWJ
n4LET0FipjAxU5iYKUzMFCZmCmhMhzmRFhEHLSJOWURMsogYYhExRJgYQa4g
GiYOqCcOqLcK3BzgpaRUK0GKlcClVo+iM4Ooq2DaOEgGjiI/g2jf8Po3z2D6N4z+
DaN/w+jfMPo3j4PNo3/D6N8w+jeM/g2jf8Po3z2D6N4z+DaN/w+jVevRqPXo1
jEaVK3T3WoEPDaNB6dGcYvRlGb9JHJGg1a1aMw/ozH/jKasQVPWOKPdWmcMuN2t
9Se4e/ytQRuQCtLAHeQ/qb7dtN1dgF9YHYxrVotJ4QVxlrBZZbZzxkuiPdf3HeMV
0dp4VeQaQXE21/psFdevE6cR2weMDaKC614vn2Kjc2rJ3SaK0Qtnq2fY8vcM
u1AtkWfZFRzpZXcF5VeoYy5l3xhhcLw88tbLkiJWO0/4tPPBBeBC0BdcJyqI
3nxEbzJy8xGl+VDcPmbIuyKF2dFNrYmMP6QPkZwUvGUduXl4y0V4y/VKDxKN
c+RtKKFd4jT1TFGWraAP8v8h7KDHkfWT1arSUhPJz03U+nOXuO8ZVVyblxlD
p4gAdS9x1/FuM6V6fRAu+5B7kXS3vhlLvJfdz3q0TucJD615gAgvYQv4PcaIR
EAsc4AdxHPEi0cLo5/7DGACGchVfcDfS00e0tNZTJSo8N4Ph4BYvwKRoLb
wCgwGowBt4sKYvkKYvYvYKYvQKYvK4vqvlK4u8KYu8K4m3Govpaj Z7gWvl
ovuRsZpZ9JL7L474Aup2L+deJQoZEy3YG5ZjgXNPEC21tSJZe09kR7+XdrXR
j1KRlZoL5UrNxlD1m663jeHo2+ki35gBqt1d3OkMlMwznpNFgaeLyOZqQXSri
qBHHcUq5m1XcgRfdvRzpbXUkP0f4hCMEjf4c/zIU6EC2V7Ct4ihr3c1o5Hr0
8TE1fjYKL7V8wpT/jYXSiZRMpGQiJcUOOCjaiG2wKBpKfBxZvU8dcThbeIK7
7oVxQ7R3ANY9SI2wbfMqYm9Lt4EYvo0EYvoEYYuYYEYYuYHYYuYHYVt4FjXsS5
XkIrVdy5ILVka/KJaduvHLM/7Q8EfxSaOva7XPm15L/H8dZxndczct5HmW8U
sT/quLHR49bSWoCzOEqLtbRYT4thWjSjT9+8yn/EUTpsXKL6UUM/aoxh6h5n
0mPLkCs3R/rSQM1Y+nKU2jJCCYsSu2lAgL2dQ8H2bfCyeHo2+ki35gBqt1d3OkM
6s88u0xcZAxkewXbPxLJDKPl4e6rxiju5HRG+gxmLKqHa5Sl7s069xl1tA3u
B8y5BKKcY4yRCsZIhYe2PY3AFTneluIkqx+4FAwQOdYMMB9s5f1HoBbQT+tT

8g6wbaBvMfSsgR4V05tizjUhenfwrswAeY8/YMzIkbaa/q/mytRROoGrU0eN
BGpUUDqGfu7hynxGX8P09bC8rqpWUl1P7hFjOZO528B4zjRuhglrRduIXme8
1nF35O+0drmvqv/kI+9ZDaV85BykH8dXiIt+O8a4iTFyC/N/J+NhF9ffjK5p
X0cduI0z2AF2uTUiUQyiJ1eDweAm9R8MGuhPkL4EKZ2gSm/jiCqKY98uGFE9
d8UvniJSvPFunbce7HHrzKHgj+B6cAO4GQyn3bjo/0WQK3HW0HKNcRNndDNn
Wst92+bu5kw/j5ype4heH+Uob6rYuy39C9O/MP0LN82SfrQ0ANxE327mvtRS
cxt9l3F0JNqUZ7dV/g8k+hemf2H6F6Z/YfoXpn9hU36mUiyI3MXVYDAYyfvb
wCgwGoyh5ch/TcqHo+Ki69BLxjkNjprBVV7GVX6NcVnNuOzGuOxlLGS81tKz
bZyb6g1+qo57ttOtYUyexJg8yXOKG/I8Joo988DjotgbL3p5t7KtZ7sH7BPF
Zr787BMMFb3MP4LrwQ1A9s+O3iM5ZrzRMeNV92qHGfhF9fRhEf1eEC2VGC2V
SL/DlKxQfZP33zSGNv7FOOx+SqxX47HcT4nlajx5jWvo89DGreQ2kNPgyXOL
aHVo4wdGA3fqKLWP0dIXbq3H637u8blHPegRStZSslzVXcLeEDkhWjuo6gaN
I/CErPsFo8DlToywVF2HGCyObZ6bIlpScg1HOUpUGqZn9Yb8VvhRjnrMPULN
96jZwFGPEo2G6XG9B1VEK5/TgyO09B4t0d/Gj7hTQ4ljI60cpJWjtNIo+6yO
Hal9kNpHqd2o+h7pg1e0oeZQ+lBrHOKaHWb7OdcPIRw985DxBXO60f2Ylj6n
L7UeUyTSWi2tNXhi8PKRK8L5ixiP3/2Ylj+nT/dLr9lYS4vyGtQZjfgcS51/
ncdPOs8VqsTT6o4cUaUidyVGlZJ3Zh1X92v3Cz0RvU/U/oH7o8qq+0LZH7gf
Iv7n3gfh/NTrzyj+D193xvh3XG+151uvs4jzJAjb05pW2wmfpz3oQJ0k6ieT
Rq16UtmXQToLZLMvh325UlV62tBGB/amsc2W18CTwDtiBk9byrRXe8OqrRTy
U0mnk85SpcOyHWGq0u3UUQ+qEhnqKAdFS/rlZW+9pw05bUE7kUL/ApSsp80U
+ke7IJX3aexPBxnkZ1Emm7wc0rkcI45W6uirPEOvJ5GjtxdGtBVZu47+yzP0
ejLZl8W+SG2viKcPPmrvUWfajnbbU6oDVy+J/MjxfbSwR12BDPZnkZfN/hzy
5bE5C9pvzd427j5PW3mujDjVB+5lEsdNJi+FMqnkpVEmXV4Dyqi+UCaHMrkw
nbxPAXVd24mE6H06Sj8S6Ecc/Qioa5vB+8h9O0kofEuhDnLwr6up5o7UOfKX3
8rwjNQ409TpwomOCWbuB1NfGBbM9Vfh/6tigViaz9DvGB3t10eo/NUZorTU5
JzhOqO2IFj93rNBKG3lG/5nxwp2Yr+7jCY0ZdUb+nzpuOOZh1GxD43twYTGM
44HVyo0jjatgtQ7GscZXYZ+TjcbGo7BavMfb+B7cWAwbeWC1ck9M4ypYrYMn
tvFVmOlkj7/xKKzGHGz8F1ekPVfEzxXxe9o1ruGKtPa0b9xBr7K4Kh6uiu5J
oVwq5dIokw4yKJdJuSzKZVMuh3K5jJoYIrUAMVYvQ/4XoVeVqk9A5aagKirk
c3vUXqL6T0bV2gDRVRsoemlXiPu0K9leRS35f4cudl83focausSdo/47Xv73
lHpdlTr+H5fmNL1b2vROjxlHBCxiq+NXEguniv/Iy93ifiiK8YPCfe9b9x91
J7tL+GtwR/Ducvdqd7G7jFSt2luLmhXuR9GyDd+oLffWuWH+vtyX8I1Sn4Lx
P9jTCeB/mr0P0XpreYTvfPncI7J37mek5TeaehPBCLzZ8RZ2NqVqv+V477mb
3V3u2/zVuvvg1p/7akub81TL29x6983jR3+3j3HkenXV6t0arv4VogNXLF/2
PLr36A8dyD3o7nX3uzvdvj/5uyWpG7G7V+17lrxXcJcJeT2v6tdSnlErtwv3c3JedVS
RKboEek9eza6GxktH8rUdxx7rjtHnqV7MzjH7ene4d5D6sOm/Z80P8uv1T3K
td7CsV92X+fsw9wpb3TPv75W8k8tg3xxJy/3eqliOhNeKsmH3U1q1q0ljfSO1V3J+Z4+YNc
sf3uYfd9yyp2lzrYrV7aS3e3xu3K1r28Ddqf8o12yHHSHReNiJ2aru+qUS9
+FGvL0eneveHZumV4se+Sr48IndsvfC67//AUeUM3B19UyA6fm/ZBe4sOU7k
GPrpL/djeYaMrs3f2PPRD9bdB+5UqcVfv4OSnX6g9jZQrRhp05cz/8e+GNUH
lV3/LTsDP6qF/WCrOKGX+1J0u+wE6j6q7Bvy/P/Dry4/VEBeZ23lf3c/h0r0/
sfXvv6ongYvUMT6K2MhfdO+3+3ecd8/lL5y2+e6S5Q9t9t3/fULv/W2juU3eMe
gLs0OffZdfdX3fXX2bxY2fSXF01/2yH01b8Hmz3mvvww4+/+4oF7s0ha51cc/4+YNc
qpz1+KmVRK/fVbuu33K4n4QcSxa/F7+UMljzei689iU7f7expQdlHMnaHcXg
4/nuCvc5fOx38XKXXXX999X7BBkrXXXXX9r8ii/8W9nne9msF9H1fRryhu3
LrFt26ddajt2nDbAbmG30q6vwW3tttUF2eztJu8ZOdtO0IXamna390e5un6rd
aF9lX60Ns++xJ2g2/xl3n22Q5vm32E9EvsJ04I30jfS0OW3j9OrdNtip2rdZY1t
3a895MQ77bTnncXOY1u1lZ5uzzT3f/g9+ba38H/zaRvk7/eae31riK+22aa+4Nf
q5H/g1/bKv8v/wax38d8H/wax/9f/wax/9fXDsv/r699Lv+/

vtYYFxMXqxtxrePa6mbc4bgjegzj5n01bjQ1bnTGzXSU/AwxC30zW8wn58/8
WWKBWChssYhRZapRZTKqVooY8SJjy6fGlo+x9Sb5b4kNIpZW36fuRv78jLbN
RPE1opY5to2RlybqRJhZs5+/dPGZOCQyxGH+MsXn4guRJRoZIy3UuExS49JQ
49JR49JhXA4V8fofGZ2OGp0tGZ01oo2+hTHaijFaK9rq2xipHdRIba9Gals1
UlurkZqoRmor3dVd0cogkCF20g0dy0u0ZtRapLntop0RwwhOUCO4PSO4v8g2
LmMc5zCOB5K+gtGco0ZzEqO5RmieLZ6Phe7Z4akTpmenZ6+I9XzqOSCSPQc9
DcSqhzzHiNa/YNxnqXGfpsZ9khr3SWrcJ6lxn8S4P10kWGdYZ4hY69fWr4XH
6sVM8DITziLnbOtscvpYfYRl/db6rbCtc5ghGcyQ86h7PvMkRs2TWObJxcJv
/Y7ZEsdsuVSkWf2ty0TAGmANEFnW5cyfFmr+tFDzR2P+/IFaQ60bKfMnaxg5
N1k3Cd2qsm7mKMOt4bR8C3Mslj2G7VGWaPIH22NpvwYZp1fzTqNWXcPZSZY
EznuvczAADPwAXKmWFOoNdWaSpkHrenkzLBm0JOZ1kxymJnCJ2emkDNzLrUe
sx4j/0nrSdqZb82n5CJrETmLrSXUfdp6muuw1HqWK7PMWkE/q61qrskL1gv0
6lXrdXr7hvUmbb5nMSat9y1Go/WBtYnW/m19KFKtrdY2rsl2ayfH2mXtFunW
J1Y9V3KPtVdkWp9an3LEfdZ++nzAOkDJg9ZB9jZYDeQfsg7Rk8PW57R/xDpC
y0eto7R8zDomWllfWF9w9Earkbqu5YpYySMiSflIFh7BwiNYeAQLj2DhESw8
goVHsPCI0OCRe7AT7AlCl2wiPJJJNhCbZRDiwySjsaN/tll5yijDgll3Cif0g
NiT8sf+K3S/iJb8IQ/KLaAe/bBOtnO3OdpHgfOx8LPzODmeHaOPUOXXs3ens
FG2dXc4u0cHZ7ewhvdfZS/lPnU8ps8/ZR5nPnM9MIH3AOikSnwWmgzCHnMGWO
OEfYe9Q5JmKdRscVbf1Mf9FKMhfW4/dgvX5TtIS/fKK1P9YfSxnH7xcd4LJW
5CT424hEyWiiDYzWHtvBn0SZFH+qSPCn+dNoId2fQTrTn0n5LH8WafiOfPiO
nEf9c2n/Mf88aj3uf5yWn/TPp80/+/8iWksGFIoBRbxkQBEPS/0tyoBT+DOa
GHAm6dlwn6G4zwvzLSa9RDyPXSGqFQO+RPoVeM8Qr8N9Btz3Ply5UXxAOsSf
pbjPUNyXoLivteK+GMV9bRT3tVXc105xX6LivlgtoAWEo/XT+mGHajCddoM2
DFulVWHv1e6F+87Xzxe6YkYbZhyElczoU8xoK2b0KzZspdfrcpVvyYAtFAO2
1L/QvxBxivsChsfwiBawnk3aZ/hEvNHP6Cc6GJcal4pkxXpJivVSjAHGAPIv
Ny4nXzJgkmLAFONK4yrRvokB64QB9x0QFqx3TMQovktUfNfa6mH1YH72tHoK
Q/GaBaOdjZVcZigu8youa2uda51LjuQyw7rQuhDb17qIkpLFWisWi1EslgiL
DWRuX2ldib3KuoqSV1tXY6+xrsFKRrMUo8VEGa3KqiLnZhjNq7jMsm61blWM
NpLyktEsGO120hEuG2fdSVoymqUYzVCMFrmNNsiZR635rMjmS3SzFbrFRdptm
TROG4jhLcVyiYjfDehReM6K8Ns+aR/px63FhWk9YT1BSMp2hmC6xGdMZiuks
mK6atGQ3y1ppvUz6VWstVrKbBbttIi15LUHxWmvFazGK19ooXmureK2d4rVE
xWux1mfWZ9SS7NZasVtbxW6JUXY7BosZisVibc3WhBHhI98I363C9t3muw07
2jda+Hy3wz4+3x2+O8i5y3eXsBUT6bHTYh8RuuKUVs4e2CTghB34VDFIQHFH
K7jjEOnDzuciDtZoZCZL1oj3G35DxMEXIvArvmih+KIVTNGStGSKIv62/raU
kRzRyp/sTyY/FY5oCUek04LkiBaKIwKKI+IVR7SAIx6lzcf8j1HrSf+TlJ8P
O7RQ7KALvfgS+TSz/Ei38UQkfcX/hy93v1srodLhrz65aSrT4H78vc8ov6tt
+UR2C3hTvdtyPE9GLzK6IaasV8+b5NOUWo7+ISeY3x0PRvevi24Hi/+1l3up
O0dt9/+o0rVuUEZ7P/Y52ne2U//VtHzO2vSsbD9RX61bI6+m+0FTqS/vXvTJ
tbrm8rebkSIgS6u8BvFLvnyRzVeOGhDdVd7Wr999d+83n3cxev7pvukeOpGx
+cMvd210uy06kvc12/fZ8d6rXnzL/XXQ3a/tc+k+k+8r8+CY0+C/Hb2
Je5D7rrofW/qv3qyuJYxtOaE5nu9aPYpRORzk2Z27J7n74JH66BXdKXvSrPLx
0XDwRxznsPjWTzt+7os7+WXvD3Ct9gL51OjQV0rtFv/nX03vPvHb9uLLHyexnp
e9yte/5NKv+Euc19zl0qeIh15srk++oxyV1OpHV9y209o+9/y+WWU+3+3rT4DC
MIj8VGRJpH3ev8r2HxKkv/I8010kJD9VRN+th3XXw1KninT3g8gnAe42N6i2
k48/4ft5r+afbkU+PXL/1vT+UXeIO9E6K4m3b8pt6c71F2hPM3XXrq3s8RRn
UO2uZox/KP6JL/UpQcPx3sueqCve3GuFmz8Zdzd9b2trxP/aCzaKfv7mVn1t
z2vuXU3U2pJg/GiJB8sR7R8PuukEjiYZU94LdW3U+NwdvU5Y92Z200o+9/y+WW
ir/WllQAW/BZPtlSVBt8Ht0X/qFr/iP6+iVTNvsU7Dg3c8RvQIHF+njvWWkafm
W903/Hv9iX6udKKviCpt9v47U/ZTzCb5b4g/kuv48/01/9RLFo/7jToh+p
jN4hPyF0f7qLIp8UfsW/h6jbLn7zE/uln5BXoguei6kKnxXwW5sP6Toh+ptjA
jN5h3PyF0I7qLfMsU6/UfxxU7iHYXS9v7IXNyiXi8tjwl9KzjE/F6VO3jE2x
6lXuBSfxzxvzOZ/OZ/F0ml4pMq+PKT/T+0oDd5d5MGMiVMcPT7pOROeNe
oyonHP88SYr39yx17/NdAWSeGs7yNkNd5rXmWyomVbz4S++yqPP59P4ab4T4H
Aj3wcXHAZQ9hfKBhjrkNOBhftUj44wbOSUUVS5j06dVbVLh3TuI8PiAcvr3SRh
0w0xJ6aMMvaVA9v+bShPdwxsVWVEQpfi6VHRhW9LOY/qtf/iP90i0fiN/Fb+
6lXKNLnnAfie6pdzeo7R6YeM+Xyu2EjtLnSt+1ot79jPoMc3/gM3fkPd7kvpK7hg
1xKNLnAfie6pdzeo7R6YeM+Xyu2EjtLnSt1ot79jPoLhr7h7h7Dtk

SlcT8bzrftb0/YETO0roZ9TdJrU320bwDvo86g3U9w3kd3uU4v+u72z9ci9Y
e6ArV6Bsp97dwvubiFRU5CyvgHvUfc6d6nbBhwTh8HkndufcmWqTKX7GK3pf
X42+i0axkScBolk09fNfP+F7Xd/Vwj51BSUP70KvbvyW/Ztk1PefjlV+6gtl
tYteROLR3YzT5k+FlJdhHL/DDHtL/K++6Oei5t9dgZdeFf+nXu7Vbn/JkDKe
wU7m/VL3nyodjfgYB8+557mThIy/tp7YGPul7wOj43Pxf/h1nPXdT775/dGf
0Mp/9RlYVFHW47M+/XnP+U702YH8fOJHlnxafdv4E/HzXuniF3rh43/Gsz53
qvgvv47zu7v359z5/6Rv+85j1LhHfulnFj/95T6vYoafez1yxf/p18/9ZQOe
5gQ+rVHPkpuefqnvCB+fW77vnmVKI2eKfsI6gSPWnwhry7v/ZbwWfRb44749
7qjvKP//8Eo8kUryGf4J1FrX3LPI33Hgpxr+O59C/jde6NcDP+yx3GMn0PL6
E/mGvlL+u77y7vi1jPmeWnIEJ4qzGaO/8EtGo03pXSoO+Oj7GUg9D/+Fn9s0
7+XPauejKF7/xq786G8JEpr97uCntPwu1+3d40eRKYXjv4U4fryu6khf6U+z
d/d82VoUCyLbZi/5m4dyuXWrI9/X+In9XEC9BdG0Sqln35Fn1u829aD8a/1c
IE74RbTz3gnU+lfzM5ctfPPTl+98ndCTBu7SjhOotSs639Vn/urzoOPfp/B9
zy9Q5HkkitNOZL67O37oCfC31toUReRTDfl0e6+IfrrxPbUiT0sTvzr/3JC7
U/3aM18ksVWfjeJ9lOpQo+n34j/6kp9tCPFlzO+OdAe6j7sz1KfDX86ZS90n
1PboN7938S2/EAy7e/47T/PVN0Iin1WF0DjriU5D6OumX8aoT2zkk/we7sXq
/VvuMEoNcddwRs+5N0afa37lMy3lR652zzmB3gyl1XOjaZVSvxue4S5zX3If
di93X1MjIIF9sr3ueETI/lHmiWz56ZB7k3uDymvgmn/ozuNclrlL3b9GP8H5
yjMs5RsecB88gX7Od99oepr3hvs4dmFUj2xzn3EfJO/406kY8WXkH2HALPF/
/vVLfCKjRlXk+wqHxS/+Ov7Nu59Ya5do9gQmOvp+uJ0WoKXopdJZ6PpMkSHP
n5kl/x9DZ5EHH9WCOmZfHTOnDzwRcCtV+dimo412e0WTkU+eX2v6PacV+fZL
tNzz39H3COPNgO+Vx3Fvd893/wTuEhluV1Ukyu/qF9inuD3da9zLSL0oQf/m
uQvdN9V3byJHSxM5Io6t+m05I36R+Mkvxb9Lm95Vc07NPseIfrumAqWZKuR/
Tjr+O/JVzcq0adzvOu7p7nZ4abV7A23MdCdzXtXu/c2vijj+e+5xEX74if28
lfES+Y2wl9QN7nXu/WoMhdQ3Pv0Rzm8WCalfnke+GSBO6DteKNs9J1ArHJ27
KsJVn918Jky1K/A9/l3WSBTduP+6eJ3rLL/R0kWcKgrw+aeJMq7/hWisi8Xv
yO0nBlPyWjFO/EbTtdZikJaiFYsRWh/tt2KCdq7WV9yr9dMuE1O067TrxEPa
UO168bB2s3avmKlN0maIJdosbZao1uZoc8QL2lxtrlip/VVbKF7UXtbeFav1
Mr1cBPWOeiexVu+idxHr9VP1U8UG/XT9DPG+/hv9bPGBPky/SWzSR+i3is36
FP1BsUWfr88Xtfpf9CVim75cfl0580oq/QV4g9+kp9dirv6a/LsL6m/qb4jP9
n3pQHNDX6u+JBn29v14c1jfj6u8KJ8+yp/jtt5xk/c3stkDm6oZ8+JD0x0O6UaG
5jWyjCzNMnKNfM02/o0KLdboZHTS/EYX5xo6sWZ5xidNjqF5RGD62lcVYzhtbK
6GdcqiUYA4zLbytxdaO0+V5x6tvede2zKtxPOcZ5XWz/NPz7valV6f16dd
7XW8jjbV5G+9toV3jTfAmatd513v/pd3g3ezdqg33zvc9v2mzZcZp0814m16ba7Y0Y0W2uPme3M
aaO9n3j3abd793v3a3d5D3qPand7vzC92v2mZcZp0814M16ba7Y0W2uPme3M
FO1JM92s1BaavzJ/pb1onmT21laZ55oXae+al5njtI3mePNu7Zg50bxPc80H
zAd03ZxqTtM7N82HzYd1rzjDn6kY5z3x5zx5Sd8w/m/3W481F5t/1FuZyc6Xe3lxt
vqKnm2+Yb+jZ5ppm9j3j3HXXG+G9BJzk7J72huMT/Uf270jhuMT/ld7b/77Nhv8RTl6el7
rp9pWVaafraVY3X3a6w7a6WKfoVfLXGGPoIW7d1/VbbtC19pB1rx+qj7IAdr4+2
E++wE/Xa7n7nZ9oj7WNrTWzl9o2j5Zqz6/z8eJD89XNX3CX2X6X4k63xvnn0c6XNz8MmlEg5
/geNT/0P+6cb//2P+B8xDsTpcbXkzMZzMzDcuA5xyrW497IA7xtlMEYxvsC7waK4w6/Ksz1l9h
qD9rH7YP68/HiBhNXNNxjHoL8RYVZa+MaoX/mJMICZeXxXTKqa1/lJMYykyS
/mpMMySkG/g/fhb5++hrfQN9Afa3vH8i9i+x3/V/rsx77t3i87wc1z9Tt+LC32DdUkv
Y9sb8bF68Y8KuQvOyyesctjV/xlnO0Zm7YS/UAZz5rbfuvJZ1rr+w7XNzTeX4n3
w5wvq4z5nuDPCmO5dMdEYty6a51U51Rz3GGNm3LccY4/nZz9znnuEX
5wnnCeMZZ76yi78phrZPGTCPY/hZz9G+Mv+s5lbuZrc07/5+3+3+hf2C9+rGSWGqb4jf8h
/8q9Ru9VhZ67uXwq3yDZHtdvFuYXJ4dzVmS4zm5+6OkSr3ZaZjZV1xvIVmd1cDgf7oZ
6fgWdDc4G4tNxvNYtyrWqsm4Pj855DEYNO0v9djoPuMSSsuM+Bn35p+o
/geNT/0P+6cb+/2P8/B8dsTpcbXkzMJzDcuU5zyrW2497IA7xtlMEYxvsC7waKwy4/Ksz1l9h
IAKaxxS69jIMFQcTBUS80PCtLYSBd21LbjvRAeZLNEtnk5/BniVxRKGxRBKPF
UKMrvq+bOAWf2h12cxS7OYrd/LDbxdTH6HHX8BBOO4y2h4grqL6GoCjfDeM4N/F3F3R
iqgSI0QrcSt/CWKkGCNai9thwzawoSPaan4tTrrRTvw5L1OLhx/bwYy45eVqe
KNbytQLyC7VC0kXwZlvFmyXw5rnY82DPHrBnf/Ivg0NLFYeWKg4tg0NHkT9a
u0eUaxO0bCQ5EVZNhFUfEBXaFO41huInalnh21HLFMOWKIYnyt0UQxbDMP+lfRCeLYY
nn1dnKG9ob0hTtL+ob00mvvvW+bYGD6O2F/Bv/6bi7u21hm4/Bk
/3ZX//Fuk+Lej4t8O9O9r9fR9fYq/t9Emr5X5XjpyuGk+bSeyo5uo4IY83883
IAKaxxS69jIMFQcTBUS80PCtLYSBd21LbjvRAeZLNEtnk5/BniVxRKGxRBKPF
UKMrvq+bOAWf2h12cxS7OYrd/LDbxdTH6HXX8BBOO4y2h4grqL6GrqGbMrvq+b00xDeM4N/F3F3R
iqgSI0QrcSt/CWKkGCNai9thwzawoSPaan4tTrrRTvw5L1OLhx/bwYy45eVqe
KNbytQLyC7VC0kXwZlvFmyXw5rnY82DPHrBnf/Ivg0NLFYeWKg4tg0NHkT9a
u0eUaxO0bCByQv0Yyesctjv/VxlnOZYTYMC50Cp1fG/2dS51rjVucPzg3Gnc5
w5wq4z5nuDPCmOyMdEYaU51Rzl8XzLdGfNfiJPOdch4vrly83xmrY8nOXnXRnnNY
5jGbdK0G9ob0hTtL+ob0tOmvvwLnbYvYV8G//puLu7bWGbj8GT/dlf/8W6T4t6Pi3w707
/3ZX/3ZXR9fYq/t9Emr5X5Xjpy

Tla8nKl4OQle/ic2CDunws5rse/B0cmKo5MVR2fA0Y78v8UwdbZi6lzF1Dkw
dTuRbyQaiaLAaG+0F6dK1iYNa4s8WDsXm2fkUwvuFoWSu6nVxeiC7Wp0Ze8p
xinY7kZ3ysDjWHicHPk7u57qd3anq9/W9VS/rTtd/Z7uNDj9dtHFM9Zzj9Bg
9inC75nqmS5+5ZnhmSlaeB7xzBWdPI95HhetPU94/ibaepZ4lol2sP9zotTz
vGeVKJc+QHSWPkD4pA/AxnvjRTdvC28LUSI9gSjFE2wQhvd97/si1bvRu1H4
vR94PxAeb8j7L+HFQ2wmp8ZbQ84W7xZheT/0fihs71bvVtFKeg4RKz0HZXZ6
d4qAd5d3l4jHf3wiNG+9dw/H2uv9VLTw7vPuE62lR+FYB70HRRtvg7dBnOw9
5D1Erw57D9OTz72fkz7iPUL6qPeo6OL9wvsFLTeaumhhGqZHdDG9pldo+CFL
QOOmLWLNGNMn/GasGSsM0zEd0cb0m35xshlnxlEGXyUC+KpW1E0wW1O3nZlI
+fZmBxFvJpnJtJxiplA33UzHZpgZtJBpZll+y8yifLaZR/l8M1+0NgvMAvIL
zULhMYvMIuGYxWYJ7ZeapdQtM8tordwsp0yFWUHdSrNS+KRf5FgnmSeR39ns
QsmuZlda6Gb2EF7zNPPXlOxl9hKW2dvsTZ/PNc/nvC4wL6L9y8yBHP0K80qO
cpU5mHauMf8guppDzRtEN/NGs4oj3mwOF6eYt5jwhnmrOVIkmLeZt9HbUeYY
zuV2cyzt3GHeQQvjzHG0MN4cT/t3mXex927zbtrHN4tE6ZtFMb55qig3p5nT
RJn00KItHnoGe2eaM0U78xGTuW/ONmeLzuYccw7XeZ45D/u4+YQoNZ80n6Q8
XpwWFpmLsItNRqa5xFxC3afNpaKH+T/m/9DyM+bf2bvcXE7d58znyH/erKbk
C+ZKSq42X2Lvy+YrokL6fvLfNN+k5FvmW6TfNt+mzDvmu5RZa66lJ+vN9fRq
g/k+/dxobhTtzQ/MD0SlGTJD1EIrUH6LuYXWPjQ/pHydWUc7O83dlP/E/ITy
YfMgZRrMBq7AIfMQ/TlsHhNtpZ4QZegJP+k4q4Uot1parUSilWC1FRVWOytJ
VFrJVpooQW3kis5WnpUvzrAKrEJxklVkFZFTbJWKk60yq4wWyq1ySlZYFZSp
tCrZ29HqSH4XqwtH6Wp1pWQ3qxv5p1incBT5G1JNqhZRKlULFtWCRbVgUS1Y
VAsW1YJFtWBRLaKdVC0iUaoWLKpFzJeqhTSqRXSSWqkW0laqF8qgW0qgW9qJa
sKgWUSFVi6hEtQym/DX2NeJktMsNwm/faP+JMigY6qJgyEfBUHKsPZZ27rDv
ID3OHkc+aoaeoGYo/4D9gCi3p9hTqIWmEWVomunkzLAZXfZMezbpv9h/4VhP
2U+JM6TKIWe/vZ8WPrM/owxaRxRLrSMSY+SDjx4xWowm2krFQw6KB8tLFKN4
8I8x8THxogLd00p0jkmISRBlMa1jWouT0UCJojymfUx70T6mQ0wH0kkxSbSD
KhLlqKILRZyvr6+vMH0X+S4ifbHvYtK/8/2O9CW+fqK1lEzk3OObL3Tfn32L
SaOcSKOcKlNyosznsZrQY/XY9qK71E+iY+SXsFl/CV3qJyz6CXupc6lIcvo7
/UWqc5lzmQg4A5wBIsW53LlcZDgDnYEi3bnCuUIYzpXO1aQHO4Mpf41zDWWu
da6lzB+cP5Ae6vxRZDrXO9dT5gbnRsoMc4ax9yanSiSjyW4hf4QzgnyUGXaU
Mwo72hkjOji3O2NFmnOHM46Sdzp3UnK8cxdHnODcR84kZzIto944yjRnGvZB
5yHKTHdm0OeZzkzaecSZRXq2M5vyc5vp5B91HqXNuc5c9j7mPCZynHnOPJEn
NZ/IRfPNFwXOn50/i1OdBc5fSS90FlJmkbOIvU87T2OXOv8jCp1nnGfY+3fn
WfY+5zwv8p0TjU5JU5LzgvkfINSxKIUsS87r4gs51XxNcq8/dw/OP+g5Bpn
DUd5x3mXnXLXOOtpER9L+Rmcj9gMnRRJNzr/Zu9nZTDs1zhbSHzofinL05Ue0
VuvUihypMkUyKnOc6OC/0z9epPvv8nOVUJwTRKKF/op9r5Z/knyRS/Pf77ydn
qn+aKPA/6H9QnCqVKDkoUVEolahoKZZJVo0aSwqEthVSslfKib8StmaNds
SonqSoNGFGdEa8Y2U5Z/8Xv+/EpT/lppyt7NNOVvlKZMUJqytdKUbZSmbNds
1QOvWvXAXKseeNWQB97oii9y1QOvWvXAqlY1Y98KlVD7xq1QOvWvVAqlY9cNSq
B1616oGjVj3wqlUPZlCrHvRSqx5UTdvPzrSrwIPUPzlSrSrPyeIv1UPzlSrSq9s9
4vRrfqVuE1G3/lmoSuN2QuOci5qUKvZZuC7SLt9+RLFXuyNlgbLH6Ffr0ZO1wb
Kbpoo9Cyv0LLThBdUbETSd+n3Ud5qWV/hZadIU5B3zc4R8G3f3U9Ln9JvXrZS
bTV7pX69UVObnXHkq4/nb8yJSr9b5c3/1+SwSd+kKc0h8r7ap0+9/N9uvK
6zJEV2O4YJU/nc0ifepPER9L+Wm6r82BQeMv+DsGc0bZMpMTv8W7uWVIC+B
T0c3T0c3z0rArt1BauY3SyolKK3hyfyLLEcrn4xvWfk109bzueoUecqhTzac1WsvCq
lSwctZJFVvrFrJoo/S0L2hu6uVrXopR0Z6Z0Z0WbLaWY/U/orR 0ort/Fu925H
B+/w1pEj9XFrpY97N9PHbZzQ+buc94D2AlQr4dKWArWYK+HSlgHXTRAFbSvta
Svu2Uxr3dKVur3Va6tp3SsscFWspFxeIdtGqdjQUa7F/7P15Ss56u1Gqs2dHsSMlO
ZidKSs16uIKrEW1qKT1qKQ36a6VBezToL9RGRJBadDWSoO2URq0ndKa7cxJ
5iSU6/3m/aKj0quqElb7sYk43p5Mv9WV7pS5+7m3PNuaKnUpYdzSdQll2UskxU
yrKrucBcKE5FXy4hR2rRc5Wa7Go+az5LLakpOypNeS8a8nnqkrqBZJipl2Uskp
y67mq+ZrtPC6+Trl/2ZJWSWYztFJKcuuSlmeZq4z19GC1Jfdlb7sqrPsqPRl

V6UvT1H6sqfSl+3NGrOGvVJZHteU9eY+cqSy7KSUZWelLM81G81G0UVpyi5K
U3ZFU7YlLdXkKUpNdrfSrWxxqtKUpylNeaHSlD2UguyuFOSFSkGephRkonWS
dRJWKsieSkGeZp1qnUqbcr0VR6234lXrrThqvRVHrbfibbZ21FlqvRWvWm/F
a11gXcDR5aorXrXqiqNWXemlVl2JV6uu9FGrrrRVq660VauueNWqK1616opX
rbriqFVX4putuuKoVVdsteqKo1ZdaatWXfGqVVccteqKt9mqK1616oqjVl3x
qlVX4tWqK23Vqiteteq Ko1Zdadts1RWvWnXFUauu9FGrrnjVqiveZquueNWq
Kz616oqjVl3xqlVX+jRbdcWrVl1x1KorXrXqiqNWXfGqVVe8atUVR6264lWr
rpyhVl3ppVZDiVerrpypVl05S626crZadaWPWnWlrVp1xatWXemlVl05S626
0qfZqitetepKW7XqipcYABWL4s8W3ZW+P9XOtXNFV1R+nuhiF9qFopNdZBeL
jij+EvLL7LKo7u9oV9iVoqdS/x3tTnZnrIwBTrO72l1pp4fdA9vL7o090z6b
1vrYv6XMOfY5xAznEg90tX9n/458GQ+cYl9uX05PrrSvpHxkbSoZIZxGhDCE
o0QihD/Zw2jhJvsmat1s3yx62LfYt5Az2r6d/ss4obOKDRLVWlYdVYTQxZ5s
T8bKOKGnihO62A/b8IOKEzqqCKGr/Zj9GDlP2k9ydBktnKaihQvtv9oLqSVj
hq723+y/UeZpeylWxg+n2gfsA7Qg44fO9lH7qDhFxQ/nqvihu4ofusTYMbbo
qOKHzjG+GB9pP/FDl5gWMS0oL6OI01QU0UNFET1j2sS0IcZoG9OOkonEEp1U
FJEYkxaTJk4liugrAipyCBAzXCJa+foRObTy9ff1J+cq31Wim2+Ibwh2qG8o
9nrf9dgbfTdiq3xVWLnCTpxaYSdOrbDTUq2w01KtsBOnVtiJUxGIR8UYv43t
EJshToo9K/Z80S12UOxIcV50JTAZdRhEGoXCo2KJQhVL5DtXq1jiOmcISlfG
D+kqcigkcriB9I3On1Dww53h5MiYIdO5zbmNnNHO7ah5GSdkqzihUMUJ+cQJ
95JzH9FCvooWcp0HnAcoL+OEQudhZzp7ZxAn5BInPEJrMk7IVnFCuooQMlWE
UOw87jyOfdJ5EisjhEoVIZzj/JUIoYwIYTH5f3OWiFIVIZSpCKFCRQiVRAh/
J+dZZ5kocpY7yym5wllBvowTSpyVxAnFzipnFXtfl0IoVbFBpYoNznHect5m
7ztOkHwZIVQ46531lJSxQaXzL2cT+f8mNqggNqihtS1ECMkqQih1tjpbOa6M
E8pVnFDibHPQWmrNowK1jlqes9upJ0euf5Tm7HX2kZarIGWpVZDS1CpIBWoV
pDS1ClKKWkct2fnC+QIrV0QqcFwHJabWRcpAIKPE1OpIKWpNtWS1RlIHv+23
ScuVkrLUSkkFamW1PH+cP0C+XDUpy9/K34ocuXZSjlo7KcXfzt+evXIFpQK1
glKWWkEpR62gIOHnj71yHaUstY5SmlpHKcM/xD+E+EdGRNlERHelJCIixoP/
Hv89IpeIaBL5MgqqUPHPOcQ/D5Oe7p8pSlUUVOGf5Z9FWq7HlKXWY+qg1mMq
UOsx5aj1mLIiq7URozhiFpp6PDplIJ07Yp4WF0A5qDULXjmhHhUdzdU2Yulc3
RQxBtyNi9Xi9hfDrrfU2qPP2egfRQs/QM1HneXq+aK0/qj8q2hpnGr9BafXy
9hbtvcO8N4kk78vel0VKHH8iNS4t7rciLe68uP7inLjL4+4SI8ZNjVstxsWt
iasX/xO3N66BiEcX5xOlyU+244jTYoi4+hKZXSyuFOcSh90n+ov7xWQxnghr
vbibKOkjYqVtmk98oDllEOa4W0FpqGIFOHjRPZKO11fpp12hJ2nXa3VqBNkF7
SDtTm6k9SryzTHtXu9T4m/E3bTja9mbtFs9YzzjtVs8Ez33aKM9Uz1RtLDr3
Ee0OdO6T2nqU7lJtIgp3hTbJs9qzWpuCwv2HNlV9LvgQCne9NgOFu1V7xLPD
s0ub4/nU86k2D517SHtc6lxtvreVt5X2F+96b6P2FKozS9tg5pq52gFUZIl2
EG3YRTsqn2Fqrnm6eYbuMXuZv0WYnmv21+PMK8xBepI52Bymp6ENx+jF5kRz
sn6SOcWco59iPmYu0M+STwj1C8wl5tv6hWbQDOp/QnOF9GHmZnOzfpu51dyq
j0JP7dZHSyWl32F+Zh7Q70ZJNeoTEL9+fSq6qbX+mNXWytSfRCv9Sl9qnWYN
1V+ybrKm6fXWw9bDhlQBcww/Xn2J0UquFGm0tZ6znjeSrGrrZSNFenIjBx8e
Mjpam6wdRmf89iHj1/jYZ4y+9mcx6cZHcUfjjnrixYdCdNgB6sF+cBg0CpHk
adpqST628ZG8pDYgCWSAPFACOoIuoAfoBfqACSAlYAAYBIYIPeIGBZE0XEFP
GgXGkZ4AJoOHwCwwDywAi8Ez0WM/D1aB15pt32r2fm20rY1gM6gFO5tt94ID
4Ei0DttkhneyCRjnyS1Bu6atnpyioCVngQLSZU15EXQC3SJpjqsn94zmnxnF
OVH0Bf3AQDAYDI2WHabKi+QRYAwYD+4FU1S/lmWnq3lieQ54AjwFloBnQXX0
eC+RfgO8A9aBENgCtkf3745iH3kN4JjQUnRgN50LxAASQHuQBnJAEaiIXPeU
zqB7dHtGs+3x8mdFxoDaPh+t17HZ/vPAxaA/uBJcC67/civvX0oVGNlsOxbc
3Ww7CUxr2uopM6P9nhs5t5T5CFCFY+tO2cmx9Zcv4Tlke6Yfq1/HyVV/DSvBK
dLsyOka/hJ6yhvwg2BC5NymbwNZmW+zcSr2nRYeqDiM7jO1wd4dJyk5TdiZ2
bof52IUdlmKXd1iJaXDGmywwwsrLWpw9YOOzrUd9jf4XCHxiRPki8pPqlN
UpKyGU3pvKQSrNzbMalLUo+kXkl9ki7ARtIRe0nSgKRBSUOSblR2+NfSo5LG
YSckTcY+lDQLOy9pAVbWWpz0TNLzSauSXkt6kt2lt0sakzdjapJ3YVUkHsDL/
SDKzLNlJbpncDpuSnJVckFyW3Cm5W3LP5PDOVPUfZvth+qQOxg5OHYoclj8CO
SR6PvTd5CnY6teYkP5H8VPKKS5GeTq5Nf5n4j+R3suuRRQ8pbk7IdjdyfuSG5KP
pegpNjYuJQHbPrkhJS0lR+W3V7YopSKslc0r3lDN5Szo5L+XiJts/5Uqszl.82
aq9PqUoZmTKWvdLe3ZSelDINOzNlLnZ+ykLs0pTlTXZlyispa1KCKRtSNqVs
TdmRUp+yP+UwVrbWGMlJ9aT6sPHSypzzUNqlJJqRmpeaklScOVvbEpLfM7pnZJ

7ZHaK7VP6gVYmb4kdUDqINJDUm9MHZ46KnWcshOa0pNTH8LOSp2HXZC6GPtM
6vPYVamvqfRb2LXU3Zi6ObU2dWfq3tQDqUfSRJqZ5nzFtkxrh01Jy0orSCtL
65TWLa1n2pnKntOU7pvWDzswbXDa0LRhaSOa7Ji08dh706aKTU+bk/aEsk8p
uwT7bFo19qW0N7DvpK3DhtK2YLen7cbKWvvSGtKOpevpdnpcekJ6+/S09Jz0
ovQKbOf07srK9BnpZ2Hl3vPSL07vn7wl/cr0a7GRdMRen16VPjJ9bPrdyk76
Wnpa+kzs3PT52IXpS7HL01diZa1X0tekB9M3pG9K35q+170+fT/2cHpj+o4M
T4aPNPkZ8RltMpIyMjLyMkqwHTO6ZPTI6JXRJ+OCjEsyBig7SNkh2BszhmNH
ZYzDTsiYjH0oYxZ2XsYCrKy1OOOZjOczVmW8lvFWxtqMjRmbsbUZOzP2Knsg
40imyDQzncyW2HaZKZmmysmK5Ef3FmSWZXbK7JbZM/PMzHMy+zbZfpkDsTJ/
cNQOzRyWOSJzTOZ4Ze9tSk/JnI6dk/kE9qnMJdhnM6uxL2W+gX0nc11mKHNL
5vbM3Zn7Mhsyj2XpWXbmMdlaVlw0JyGr/XErc7LSsnKyirIqsrh30mZ1b0rL
/DOyzso6T55X1sWZpkpnZfXPupL0tVnXZ21Vljcwaq+zdTelJWdOwM7PmYudn
LcQuzVqOXZn1CnZNVhAr627I2pS1NWtHVn3W/qzDWY3ZnuM226dsfHabrMMZ
tdlJXOG3sjOy87JLsjsq26Up3SO7V3Ze+prsPukbsi/IvqTJDsgehB2SfWP2
8OxR2eOUndCUnpz9EHZW9jzsguzF2Geyn8euyn4NK2u9lb02e2P25uza7J3Z
e7MPZB/JETlmjoNtqWw7ZVNysnKE2luQU5bTKacbtqeyMn1mzjk5fXP65QxM
WpUzOGeossO+lh6RMwY7Pude7JSc6dg5OU9gqZXzVM6SnGdzqnNeynkj552c
dTkh7Jac7djdOfuwDTnHct7J1XPtnL65ccom5LbPTcvNyS3KrcjtnNtd2TOU
PQubk3se9uLc/tgrc6/FXp9bpfKLckfmjs29m/Sk3Gm5M3Pn5s7PXZi7NHc5
dmXuK9g1ucHcDbmbsFtzd+TWk96fe5jyjXme3Io8X148aZkzUtq8NpG9eUl5
GXl5eSV5HXP65nXJ69Fke+X1wZKfd0HeJXkD8gZF00Pybswbnjcqb5yyE5rs
5LyHsLPy5mEX5C3JGpPpP3PHZV3mvYt/LW5m3M25xXm7eTdvbmHcg7ki+wJflm
3oF8J79lbkV+u/wUZbOwMmdkfkF+WX6n/G75Pb9m2f6Z+efk983vlz8wf3DG
BflD84flj8gfkz8eK9P3YqeQnp4/R55R/hPKPtWU7pW/JKdv/rP51diX8t/A
vpO/DhvK38JODN/q/On2q/52vqz/X2pefkP+sQK9wC6Ia7IJyrVvSMPmFBQV
VBR0Lugux0DBGcqeddwWnFdwMbZ/wZUF1xZcX1DVZEcWjMXeXTCpYFrBzA4j
C+YWzC9Y9Y2GGs1AYFSwuWF6xMGlTwSsEabLBgQ8SDF2ySfrBga8GOgvqUkQX7
Cw6njJSeqKCx0FPok16pMD51eGGbtE6FSYUZhXlp3QpLCjumdZPzpbBLYY/C
XtnD5bgt7FN4QeElSasKBxQOwg4pvDEyxgqHy/tbOKpwXKG8p0MKJ+cNl9eh
8KHCWYXz5DUpXJDTN3KmhYsLn8E+X7gq5x3pcQpfK3yrcG3adMn8hRsLNxfW
po8s3Fm4F3ug8EiEn4uEZLkis8gpapk5oqhdUUrmCMkzRVIFBUVlknOKOmvVV
SSYp6lbUs+jM7Lyic4r6Zuepk+qyf/RwMxOPYOLhhYNKxpRNKZzoF2NOG9RVNS
exVNL5qTFF0RNFTSb2KlhQW1RNmZeo80bRO0XrikJFW5ILirYX7c4RRfuK
GoqOFevFdtLa4rjihNSdxe2L04pziuKK4xc7/jK
4muLry9GwxSPLB5bfHfxpOJpxTOL5xbPL14Y0RvFS4uXF68sfqV4TXFQKYpL
ijcUbyreWryjuF7eheL9xYcjnr24scSTNrTEVxKPbVOSVJJRkldSUtKxpEtJ
j5JeJX1KLii5pGRAyaCISU3gwvGVUyrmRCyeSIpk3uWfJQcreIdoqoIJJZ
JfNKFhzXjSWLk9aWPFPyfPIWOTZKVqXML3mtZFXJWyVrSzaWbC6pLdlZsrfk
AEc5IkuWilIz5axSp7RlabvSlNIs0gWlZlR3RZGlnYq4B47TyvuV
oidLB5eiJ0uHlY5IGVk6pnQ89t7SKSn1pnd52CfKH0qdXjpktJnsdWlL5W+
kdyy9J1kp3Rdaah0S+n20t3pCflKO4rbSg9Fhnb2W+V6WV2ysiyuLKEtG5l5
7cvSynLKisoqjjqQdZcKs+yMsrPKziu7uKx/2ZVyXpRdW3Z9Z9W9VVWHRqnVy0Yq
O7bs7rJJEQVeNk3mZ2PErZwogtW1q2PGIVq2F2qcqpjnPJ7ZRuS
zbJNZVVvLdkTT9cul/Or7HBZo7oySUg+Xe5T1Sd1bHl/epjyGQ0p8cyCy77ZRuS
75jSubxLeQ/0MKq4vFd5n/LIhq4/BJIByg7KNVTPiSlvvzzc8888GuU8HH8W
TkBAt9YS7r7rJJZf5P5FsFsnic/5PW1C5snJ55SSuVyayqDlRv+H3tfAx1Vde1/z/6y9VVLGl8jv/oZ/OZCZY3yO3QYQ+y/QUQ+Y4yI
ECZfk+8PKEUaaRpTRMQnIm1cxIwYWMSIijREpTQEx8GhEmkcxxrvsiuyxY8tU5
UqSYUkoRkUaKSCMiUkySV/e/9OzchBKy89V//tf3ved179nsu88++C1
3Jl9M+vzgDauHHRI2bN4bhsHe44+jcsedYntYOd/YzYOd/PiPQoQWUjEbh3iV
7YntXXV95Xvs55TuZ3X7FYrKWHrpxE3YPs40wPN99iP2UnlcUaCeYvCNnnJPQ
OZ65nnrPYm6dZ5l5uWWViRxwZ2ReZ+3z3D6bsxbFh6dzQ33o6ed33Sr77c
OZ65nlhNVL55lhnWiViLxzZ42ZWwzz9D3d5Fjdtvc4bz55zFoVYu9

0+E54zmfJCUZSY6ksKSopN5JA9hvSQmsJ2nIDWuTkm9YnZSRlNfnFMfwpJHW
bodwUiFwcdeuJjlpHHApcBlwBduQVAU8I2lWUm3cRs+GpHlxu5MW8G4kqeEG
202LkxqTmgSd1Ay8hteCpFaOukmtSRvZw7y7SNoKvIN3DjdVJ+1O2ndTNdNJ
B4Bbkw4ntcfHJ51IOkU7CtpXJJ1NupCsiF3ETYsZJ9sYJ62J9ybTCKG7rvgz
yTHJfcSKf1M14+S45EHJiWKVT05NzkouuDE5eVTyGMLEJ05J8nixyidPBJ4C
PI3XqeTpjJPWgK5Jnp1cR2s3reBDlyXPT16UoPA6nrw0eXnyyoTE5NXJaxMS
404kr6fVeVryJlqLyefJ24B3sh+Sbcl7kttunJF8MPllgpJ8LPlk3G6xC00+
nXyuX1GyL0VLsaeYKe6U2JR+KfEpg1M8Kd6UnJQRKaNTilLGpky47nDK5JRy
yFSSTHXKzL5tKXNS5qbUpyxOWZayImVVSkvKupQNKVtStqfsStlLGvanHEo5
mnI8pSPlTMr5VKlfR6qR6kgNS41K7Z06IDUhdUj/GanJqRmpeakjUwuvP55a
nDoutVScDlLLUiv6G6lVqTNSZ6WW0f5/QGpt6rzUBakNqY28qqY2pTaLfXjq
mtRW4I2Et6buSN2dui/1QOrh1PbUE6mnUs+mXkhT0mxpzjRXWkxan7S4tEFp
iWmp4gTab2xaVr8icdIRZ4q0grRRaWPEKS+tJG084YlpU/p18FqfNq1/c9r0
tGkDi9Jq0man1aXNTz2ctihtaeqpvichuTxtZdrqtLVp69M2iXNWn8a0bX0a
0nam7aG9xOy0tr41aQfTjvStoXqP9StKO5l2urP2tHNpPrIBpySv5rXTiQn2
eE2vm3Cst5+XNrdeOld6PV6vN8c7wjs6dgt7wFvkHeudIPYqfbd5J3vL+8/w
VnqrB8Z7Z3rneOd6672LvcvEedC7wrvK2+Jd593g3cL7HO927y7vXjpT08na
ux/4kPeo97g4L3s7GA+14+x8ApwzXIv3PON0aeCEdKNvW7ojPazvsfSo9N50
5qXzb/qA9IT0IRadDJzB+6X0POFJPr2mjwQuZKvSi9PHpZemF4MuA65Ir0qf
0T85fVZ6LZ1e6QybPi99QXqDOLGmNwI3ATcPcKWv6X8hvTV9YyfmM+ZNMxmn
b03fkb5bnCvT96UfSD88IDG9Pf0EYeIT51T6WXHGTC8GLgOu4F1c+gXGGQqw
LcOZ4aKTI50fM2Iy+mTE0cmRTpEZgzISM1L7dWRkZRQQHpUxhk6IRRklfdu4
XzLGA0/s586YkjEtY3pGTX8jY3ZG3YBzGfMzFg2Mz1iasbxPQ8bKjNUDqxOb
M9bGFWesz9gUX32DMvA40dsydg4blbEnoy3jYMaRjGPxRRknM07f0CfjXIYv
dksnztRSYjPtmWamm3AscD/C8ZmDMz2Z3syczBGZozNO0+4dZ7rE5kyK+Zlj
MydkTs4sz6zMrM6cmTknc+4wG8dPxvFFmfWZizOXZa64oS5zVWYL4XU3zM7c
cENi5pbM7Zm7Mvdm7s88lHk083hmR+aZzPNZUpaR5YiPZ5wVnEyK8o6WwFn
9c6ilTorIb4ya0hWclZGVI7WyKzCrOKscVmlWWVZFVlVWTOyZmXVEq7Impe1
IKshqzGrCbg5a01Wa9ZGwlsJ78jafcsOwvtu2cGxNOtA1uGs9qwTWaeyzmZd
yFaybdnObFd2THaf7LjsQdmJHEWzU7OzsguyR2WPyS4ZMD17fPbE7CnZ07Kn
Xx+fXZM9O0HxbMiuS8nJnp+9KHupWKEYZy9PGO+ZkL0yYXz26uy1Yuc2pCR7
ffam7G3ZO7O7P3ZZLdlH8w+0nta9rHeNdkns09nn8r25WiZnhx7jpnjzonN6Xfz
npz4nME5nhvxTk7OiJzROUU5Y3Mm5EzOKe+luLacypzpnJuE5OXNz6nMW5yzL
WZGzKqcKz13Ohpwt0dzduXszxmcfcynaM7xnI6cMnznc6cmc6VcI9eRG5Ybldu
d0BuQu6Q3OTcDMJu5SNzC3OLc8flluaW5VbkVuXXOGHgod1Zube683AW5DbmN
uU25zblrLNyauzF3qxgtN8zO3ZG7O3df7Hcw7ntuSdyT+Wezb2Qc0pt+TZ8px5
rryYvD55cXmXdhobL1TVucuyLjvIG5U3j3Jg8kb3xezevichuFdudm60cQ3kZ4Z96evla8gl1H8o7
m51Xlzc/Y33eojvVmKV5ywmvzVfdzivd6m60cQ3k3K24z8zexLwpedPypufVxVb/
gw6Z/FdyI/X4hnrRSzp/z3VJek1hFU/avS/TJj/1j1h/WHC61DqBdZZ2EfTT
zdA8B/z7QQ8TWMtCXQ+BHgm+oINB54POBD2J9HzKNl88oo+F/Vloo5C/CTJ3
wvv4k6JzEd2Fbofo1Y70vt8j/Ivg3As8BLwRfffIF2D
WtJQy33wUj48OQVWwWbIDFX94N8M+lNYGASZkeBPhT0tsB+l9AdBh4DOhuRg
tHE8JD+G5o9RewhqJ5mLH3J/XfxQfxL8fPCFnmToKeM2gh4COlHzAidDMzjA
w8BPQR+16Pejdi9kmB6mLkWpHZCcDs3wlbYC9B7Q80FvgrUH2BJfDkplg8I
MknQKcrWEr4FeKjlhwHAw4HTUGoy7LkP+E1JVir0eklWf8M2KxX+csYB1xF+
jbGWzVh9C5yKAAUchWnjAtOMiW4D3QaZgZAZCPoulL2LaV8K0bN0GiFGil7K
NOrKYo66izlKFjhP6eQZLU2vZFpwYMlUYAseccq4yDLGo0yzZqWa9Wj3Qk81
SlVDfivkI1HLq7gbibuRaNd84H8KGW6L+k+0KJLbQnQbJAdCZiD4F1kP6o1E
vSo0PwvNKjQf0JdRvc16FdPgrIUlv0Eta+GfC9B2AK24AG0HoK2O+0J7AX1R

h7J1KPsEyv6WPaM/x1j5Ld+VQ1leRt/JoYLDkvJzkN8O/Bg4oei1g4zlULTx
T4yJ5jZuZ0wybNULjIlPtsk+4FAeXXIoLJyM3nkBNkxGjcvYBqUv2yD5wJmJ
eo8BJ6JF16NFiWhRImtTEqFNwti7FXcl3JXQI8UoK+lHiX6dMdFcSkKpeKbV
JzCW7sdYegJlm/RfUl3vcKRSmgSH9ejR0NbEbSea/dAEPa36b0j+PY54Sivk
WyFfA/lWyNdAvpV9pdfAb63sK6LbIDMQMgPBJw36Lwzo8b1LVn3IFgYosPBD
6O+L0XIEo6WvxeHRoupulGKdfdHjP4ENScB92Vq5na1Vb+c4L7fDz+3o2cW4
+x3Gv8ma5e9w9zt48gRkvrNkKGJotZJWGtEvr8HzjbCkEfW+DA84UW8jPOCE
BxrhASc80AgPOOGBRoznl+GBRp7pRBPW0wQHvdYIb9+FGn+HGu/iGtUVzAno
pYMGB/4PeNj4T6YFh2skzgwq5YEGNzR4YLML4+cCOC7BQSuigB9FK1yIVI9i
tH8O/7fAS5/DS59DMhBe+hyzuwXzsb/2AdGljJX+0Nzf+DnhwYzVjcDJ4PQ3
0sFJB50AOgG0HbQd9B2g7wC9EGUXMg3PvKfRaNF/xVh5D3XFMq3OAicWnCKN
I9LrjJUiwYENJ2GDB/QvQRcZgzBrmonuA/2J0HYY2hJZRvMylv8E/o8Yy3+C
N/4EPTcD1wsZtKieMdF20HbQd4C+AzTX+COuUf4TRhpapA6DZtGiMu0vVG8f
xkqZ4MCS3rAZerQn4J961qY9AfuzYH8h94LWD31RiLKFKOtG2VLdQ3SHtpZp
tMLGkvJcYJvgoC3zIL8C+A5wbOi1vYyJ5l5D3xHNvfYiWmqDVYvQUhvbJp8B
tsG2FNR+K2pPQV0TUO8xxtI/BQc1rgJWMK7eRlsU3D0Ij20G568ouxn8zLA/
Azs3IxI+zljejJV0AMbMSvh5AHwyCV4aBj2TBAdeaoKeSdxGorm9k2D5VPRI
DHpkKuSnQv4p4GMoNRWljqHUVPYM0Qmg7aDtoO8AfQfoEqK/YqxM1ScQ/S/G
ylTfXrIzm601bobNP0YbfaCfwTgRa4eP/am+wftnKtWGNYhH4z/gBx989QZs
/idj+Q2UegMyCZB5zPInay4HLhU+1FYT/Q5jpQS+uhG+KkHbS9DqeOBn0PYS
tP0ZtL0EbX8GbS9B259B20vQ9ni0vYRnNNELQbMfPoQfSuDtGNQYhRpjENmG
M20UYDwMFxyu19iqf0T0bWjRHVwjcVYRjRGitojRhVajj9Q/wOYBaCN6h2ie
syPF7IPMOtx9D/N0JObpt9oD6JEHmIa2bw2JONXAf2Esf6u3M82Y6J2gd4J+
BfQroC+AvgANSdCQxDRGaTTrN/JRVzT8PFqnXlNf4B21Mhr1ntOmEWcEY/mc
4MCGObDhIHAH8D1H9H0vqdBaT18tPrBnz1d/1tprmsvsS4nuiB+lnyQyZjZSDq
VWHDXMaKCv3rGWuRjGkXt5NpxkS/AvoV0BdAXwC9D3Q3Qh0xhjE/VdRG9nLA+C
5Z9pdAZRdzCWP/NxJPkMtaBG+TNog06iuS070JbP2E61SVgL/6xg/8jBWL+G
4O5x7CeHcC3Sd/pmulvPJxTpO8GB/kNoy+PADcDbuO9Ints1mzHR3K6nGRPN
7XqSsYQdgvSdtoc1M1ZkrkWFzxUZbXGi3iauV3YKDuQ7tFFMo8YVsOQLtGIm
WvEFPPOF/gfG8NsXXIrmwijYwLP4Kb4rfRcwjqMxY+LT+U7N0n10NwSzI5f7
Tu9AP+aiTweC3oI+HQg/D4MNA7nV2jDGykCMkwvw/FFIfoqycSjbBk6c4ECD
Bnwv9MRBz73QE4cRci88GYcRci88GQfN98KTcRh19ejHOK2D6IcYK3G+P1Jd
d2Mu/BH13o0W/VlYzp4km8+QvMSnHvWvmJUVuNsuaIzYWGDYKS/F3T24uxQe
Xoq7P8PdMrQ6FXNzA2xLhUw56NcwAvvqNxD9iEZnahnrhdzXqCb5BsayWCMW
6knw8z2wivFu+OdmgYWH4Zmb4ZmB8MzN8MxAeOZm1DgQkWE3Y+1p9o/cDm0b
GCvfMdbfETT6AuPZ8OgzSUZHu3TWTxyOP/tRdhZjeb8175jzJnArbIuwZhzb
FoFSSzQ69StnGctLUGoJNN8GySUY52cxu3fxjKaR/wnxE319JD4j8z52oo/j
eUXAFolPtXSWpzMgcyLB+afg8G6ZaJyzmK8MZkynJ5ZsFZg5dBJh+Vb2j1EJ
LzXibiPuOvmucR/4LtTuwl0XzuCPYk/uYkmivYi3JYjAUxGNP5f41FCCWDcV
UetzRLB20IgJzFd6M6a5X4JRCgx5jeX1idomjM8S9OBU9CbzZzOffNsO37Yj
yk0FzbX0h3x/4yPscm+TeE/Itv0JnHrBwZ7519a+6yNY8hH2VFz2EeCpzKHd
yG1M6w6q92PGtJ5iVcXdZ/iufoj58jHUgr0KrYDpoD8CzRpa+NSjh+Hsk4Zz
0FJBY7z9GKfasbqLaXCi9RfJwnbGyufGaCqba/A5tx5lP0LZr6GzkbHai0tp
w5mWwVffEjS0/Zb1aF8zplXs90SHMpb3Q3I7JGMw4w6grjbUdRfO+3bGsgsn
7usFjdHrAecOcDzWyZpb8TJjtZ6xcUrQ1um4gUcdY/VG6/z7ez69MlaT2DYj
C61Ogyyv0boctPTX4ORA2/uoN8e3g+r9FPZ/DPtFXB0M/7yKUoPBeRN65oDz
pjhp8klWd+L0vR7aTLGLw+nsdzidfYLzrAsn5QDoDIeGAJY0zvPKGIizXkAU
OM08i23jEDcWYydwHbzn57Oh9kf0zv08x/VJvH5paRx1jU9YJuAdljH+C3oK
WSZgBMsYNkTmv+EcvYFPu0YKngttgLYLWJ1H4Pz4gnhiwF7Vo/Es5c/gG+Jc
6b+XdGo8U2zfcYsCNNS1WDvCNmvLud+hoZZnekAozrMPYZx8y1iJ9fXjHgwo
RNwoRBS6hSy5yJjoaImfuUUj/tyC+HML6GjQ0YhFzFnOmGiWfAm4lTmk8xbQ
0aCZ35c52k/A7wv9PwG/EfJO8Bsh74T+bzASfme4mYZ/jqBFC9EKjHIIoW8A
twWjtNiIJcmzvmS2H+fu3+Dc3YpnYu+BduG54qPiuaJxE9U1gLFS4Tsm8TNA
Pnl9ylh5CpzeeE71HfjrGMvfMV9+B+vgb7DqPSaecF48SDgr4Ebi7zJ+xzSi
SpaP96XVsOFe2FANfrXgX9wFOgiRn7EKDduh4QCsvQBr66DhBWioQ/Sug546
PIs4gqcodb6fAQdhdWBtifDYGEgmokYJtIRR9zo0Sxaf5FU8FTT24WnJE1yj
cT/XqD6BUk2w4R3Y0CQ4KNvEZbXJ4skSPH8EMtlMKz+D5M9YUm7H3dv5rtyO

6Noe8DpG1FCmbXbQdfA512VCEqsJ4QeBuV2NvhHATN+FZ0oBWL/ugmfuYnl1
BWsI6AX7V+D53gpYMhKa3bDQA+/9Dt5zwTY8O5U/D+AzTjNj+XPU/jla+mPs
qX4EfA9j5RbQLjxbvgUjwav9lTg/11+gUmcwbm+GZF/sXn6O9TeTOcZYlMq0
dp6fsE7GSoxvIPa3/0LMJyznQMMklpdzENlOG2l8TjF4ppxGLcNQdiDm9R+Y
1meB8wehn/XQbvAh7NN4D/YuY3nSxe8Y813lS8g8ib36I9iNv8p7G7VW493O
q4iBxzgeBixjrJ/HnlNi22hvQ/FN2cil9GKOeMZo5uhR0PMldr/PYXcUzXs5
I1/neffji7zWv4e7gQHcitgA7Jw57tGegc+Db6OUOLUt8ZmEsaNWXhA2cMQL
WAY79/Hujs6PX/KZ0cLinMX0egvjbMK0Mhc4jjHVJTDP6ApI3syYaJ7p14s9
J2QEv419oj4Kz7T5Uvku7B8G+6fqX+EU+RXTF7nvQpjWMsDB6UN+niMVWbsP
+6t9sITpNsa0F3oF+x8+VXWwh+lEw3g9tKFn6ZzC/TsLnEes3uS+KOTTq76H
z0oqnm6pt+GkUIyTwm3okXM4+3+Fs/85xLSlsGcJzlNNOIVNxaibgnq/vch7
qsE+fo4xGnPBwGwyBI04FoP5GCziGKLQxICRRH/LWMMpWHkCOgfy6Yw89mOe
lYxp3AochN0jl/0CngzE7PuCa6HTHD8BfpqxhGig5mJ1LseuPhdrcQfvt9Vc
scOEP7dgBz6Q5bV7MJb+jDNyBXzeDvpuxJal4OwBZynqXWo8ixNQCOgzoHkO
9jVWsM+x4jwJyUnQ8AjaPhDRqRda0Y49rQvnmu9g4TuwR8S0/bBwFmrcj+ch
HcBvQqbDGvMlwKz/Z8Yv6G4kYzrRJOH88ip2y0kYLUznB3AEeM3gPcBj+mDi
r8ETKjzXUpzgZIDjBCdC/xHp/FrLZlqcffhbXfVB7W2mIfOEPopXQH0+0+Dc
Bj0/hp7/BH0OT8O+YSy/xxy1HHfv0wvo7uPaVqah/wPmqGuYI38ATgvk70dZ
8Y3Mfq5RL0CNVZadvArP4Oeiciyejl4vaGiYxXeVM+BshLwC+WzmqCOZNu4X
tHiSibtN0POxeHoJO4+xVWoo0/pFQUP+LrRxP1oUhieKk1A2DLvWzbD/adh/
EpJ9INkbZSt5bmontVeZFs8G9VQ+a2ithMfB5k/EfhVPF5OAV+Bp2wJ4dSE0
H8EeL4efvNni8GRvCjjbwcETOQPfD2rPs4X6r/GE8H5w/sXfCulfY6eKb470
L+CT/SyjYxdt1GLv+gB2quKb0zV41pfCTyb1X+FZPZ5IKzV4QviEeP4MOlM8
3UXcfgqSDeIJoZ93wjlsvy0OT2sP8L7Otg571GQ8sVyEZ5jF0DyGvzHX3tLe
wgwaTnpmWN+JTJL4+w7Gr1jfI0zC6Y+/m9tuPXtn+mnqqYzJEsKyD5L/AL8E
/GfAfxe9lsRYfhdeegR13QMblsOGe6zvZAfjhMWS74HTH08+S/GdwlR8vxCD
p6B4gk0nRHxHo9/GezbxjQ/2k0X8uwhtsh7KNKLuZp3inpbIHHkzOP+JUVeI
2ZENn/S/eJxwLGqchRpjEd9iEXsTwT8MfiL4IxB5PgP+E/Z19+NuGWx7ArYV
wuZ+4BeiVCGe9D6CJ9KFvmxg1mBDTOsDmQREoc2ISJvRy7fjG43NFp/rwnNj
YwCeow7gWvSVXIt6CzRMQr3DUO8kwUErpmIPGSWeyaNFz0BmCDS/wRzln/Dw
G6j9DYPWffWXBj97eSOgGvRpWMVly1G2BHG4BPaXAsfgLP84nsDHYJc4nOWN
Alh4G+xRoGEzNCjwSQa+wTkGfgskfyrGNix5DyvLI4gG+cIPeFr+DvBwfnpv
bDWCoWEhxkYwxs/DGM8P89qKvV8w8M1Y0+NAT2RMezB+mj1TG0f0du0w0e8K
2ncaaxzvNPzYVwzB/u0z7OVUaOgNDG3y69gzLBQ0dgXPgPNT1NgLkiWCRixK
wB6gDTgBY/4W/WnEfNZwgp+1av1x9wR2Zae0+4mTpH3ItLWn3YMW7cGaSPtV
OQl7G7HDwTMBOQkakvz8hDAANM7j8t9AP4vdggM7kGfB3wPOdeDsAUfRvyFc
C6zgOwIb75O1x7STJLmN92ZqLmsz7mVMe4M0YG6Rh7/91G7Fd6A0DHZ886UW
YP98HP4pQFs+Ame7difT4OzGzv8j7OF3o3UfoKVvwfIKa6Vja98CvhX8v2J/
VQHNsYYlDj7Dyv19/QmPgQ1fwMNjUMtc0N9gt7mRsdYLe86I0BOPfemvsKd9
FxruAudNcI4zR3oXe9pm4BDILMKeNgscB+8Yaf9PK77yCmP5OVg+CXvasejB
69CusWLlgg1bGCt9cHcE7vZBqXZ4+DVw8ORf/wicVuzkD0LegB8OQv6Ej21Y
gj6ahXYt8Tn45IVWiN+fPAZrvbD2HbFbwCyYw1hu4bLax3j2dV6j040Wzr+2
knE2oVH9GHHGoNcStP1kj643Er1UPFmCPdmw53fY+y3DyCyCT77A9+MbGdP+
k/toOdryhMor/nJoWlEZ0Y4ZN4RPbXoSz0Tjz3we0XBiMv4Iup3t1ONwt445
epyfZo26BHuDv/PeQMUzZFqPcCaFB/7E/aV+yTL6Y5D5kme99gjf1T/XZzAN
mUcwGl/HDv8R6PkpOJ/gZPRT6wkkPyeZgudj+O5M/heesZzH07Z/WU/buPaJ
rJl2+zSqtTCL5vEQDg/8J899JRy1XM+9ps/D+LwenGgescZPMJLDwP8YoyUM
NX6sHSLOAcbyx6hxqPY+1RLEWBkKmbUo9RDGw1pw/sn10p6fn8omY3QVoteS
cfcr9OP14HwFzuOwczh6SjwhPAg7P4AlB61zOpf6ObR5wSlGDFzHo0XdptFK
rQzX1vFuin/jp+AbVaVA41+kNKp/ZRqcxZD5BDJ4TqjeDQ/8BTP3ENqyH205
hD3GvSLCqxFMM6bWscxXkBHf738Hzp8w1/qDvxqc3wga9ebDfsQ0JR+cFK2O
OPMZK18xNiRB4+6t+ut0dwVj5VYf7740aCiCBjw/VDHTjUfgveusHelOrBpc
7xrtPUSt95jG3aVoyym09Dxi2gTQdShVhFL41RlFMNb5qfA22jUGfbEPUeJZ
8PfBzntwdyDu3gOP9Uf8nItd6808g+QdOkcAfMchL8As+xtGPvpa24hvst4C
je9naYTw3dWgF6KlM8HBiVi+AAuf4m+v1Aj+9krdjO903henIe0RPr1uZPma
8bMBT7wTGMsN1gjkE812tPcrzMefG8PIqiV4cvgy2hWG8TkT9IMa2zYarX4Q
nHJwcsApB2e0+D7a+l6YY90g0MMRGXah7QbsaQd/P+RX6TybLiIiJYHfxjFQ

OcejmvYAj2HdZ/pVfD/7LmTe5d+Fqj+C/eBIDqk34Wl402+AfEr+Rj4v+xXT
mebM5L9joazkv6WgrFVeVTbzW2aVD5U/KR8pbcoB5RPlU353rPIlvxdWlVVV
1VVDdfDbXfl9rmo8/70DNUPNUnPo/P6S47f4u0AVBFUEMyyY1UXHSWV0t4qo
WVKtNE9aVDVIjVKT1CytkVqljdJWaYe0W9onHZAOS+3SCemUdFa6ICuyTXbK
LjlG7iPHyYPkRDmVuPwrV/FL7SDrV9gCT5f4Gzn+3uNr8R0Lngj+BpHyNwH8
fR2+2aAdFnOGGF+Qt4aCvgH7wRdxdzS+T+jP5ypxApbfw256LM6mY43bJeuU
KePsJX8BjqC/1vmsU8B3KU5z2W/FLwsExnehXtBe3S9Z3zbT2AQGR3zHuxLj
GqVkn/g2mDH1ZxhxyCNEy4EVhGdKmhRK3Cgplnx8gzRIukXyShlSllQgDZdu
lX4u3SGNkyZIk6Up0kPSdOlRqUZ6QvoF+X+htATvel4lvUR98Kb0lrRZ+oO0
Xdol7ade+Kv0sfR36R/Saelr6Zz0reSjvlBlTdZlQw6Q7XKwHCKbMv8Fkuup
b/rK/eV4eQz/dSZ5gny3XCpPlMvk++QK+QH5YblaflyeJT8hz5aflOfIdfJc
+Rn5l/J8eYG8TH5dXi+/IW+QN8pb5XfkHfJ78vvyB/Ju4yVbHKfc2BJsg21D
bYk2j81ry7Ll8vspbaW2e2yT+Nfx9P9McoQhO+QwOYpsGSAnyEPkZDmDcJ48
Ui6UiwnGkT1lZEuCXCXPIEtq5XlUd4PcKDfJzflauRW17yC8W94nH6B7B+TD
crt8gmbMWfmCoig2xam4LrtilD5KnDJISey6UpUspUAZ1e0ao5Qo45WJyhSS
vXRNU6YTrlFmK3XKfGVR17VUWU7zcTWutaRvPfH6KJuI2qbsJGoPzctR9HlQ
OaIcU2ZT4xMV/qZ4ns5PwzzafRxLtf8ivItpZa/Gp4l1jNXTGv9SqI0lpWOM
5SkoNZKxvoWxZgAP1vgp3EhoK4KeZl7T1SzoucAyRjHKFol6GSsHgQu0GI5R
KiKVeoDuloGuBn8sY7VS5ZhfxrS0j7E8CHcPMtZdkKkFblF/RViBhgJNRluY
XwMMbXqDqBH4MPBs4HVqJX9DylhNYKwsBt1H51+StDMtn+FfvJOdLcR3MEfa
qdLeTDrEWNnEfGkny+sjUNYN7IHmFUIbyyg2lZ8whKnreSesNoHPGjr4LtnA
Ms3AHeDHAZ+DVV7g2VxKGWtZy0//NMbaAcZqEXALbHNIbklIZJGWpEiys865
gGLr/76F8H/KWwiDJNmcLklmDcFsgjoCWtnNRfS5lGA5wUqC1cRbq4Wac816
c/EPAMssM1eYq8wWc525wdzSA5i33dxl7iXYbx4CHDWPmx0/ACxzxjwfKoUa
oY5uwP8OC40K7U0wIDQhdEhocmjGDwDL5IWODC0MLQ4dR1AaWgaoCK0KnUEw
K7QW9LzQBaENoY2hTaHNoWtCW0M3dgP+99bQHaG7Q/eFHvgBOBzaDh0nQk8B
zoZeCFPCbGFOC5h2hcWE9ekG/O+4sEFhiQRxFqSGZYUVXAOw3KiwMWElYePD
JvaAKWHTwqaH1YTN7gF1YfPDFnWDpWHLrwlWhq0OWxu2PmxT2Larws6wPYC2
sIOAI2HHrglOhp0OOxfm+z4I18Lt4Wa4+5ogNrxfeHz4YIAn3AvICR8BGB1e
hM+x4RPCJ4eXh1eGV4fPDJ9zBcwNrw9fHL7sB2FF+KrwlvB14RvCtwC2h+8K
3xu+/zI4FFH70Cjge3nEZnAk/f63gklyGy+EKuwKiXL1dA1wJPaGnr11DXMnX
BBmuPNdIV6Gr2DXuqsD3Sl1lrgpXFegZrlnXBLWueVcbOOCxgKDB1ehqcjVf
E6xxtbo2urZ2wQ7X7i7g+/sIDrgOg253nXCdcp11XYhQUFcPiLBFOPHpioj5
QegTERcxKCLxsvKpEVmXQUHEqCtgTEABAXVRFTIqZFTI+owefsiLqr2fN9
EDE/YlHE0ojlV8DKiNURayPWXwGbIrZdBjsj9nTF9m6xuCtWWjEuoi3iYGcM
ijgScax7HOkaI9371eqTLh+djDjdZfO5CF93mziWuDWKJzQe3XYxLt2d85fm
ldtNEOvux+PdHU8w2O3pHM9uL31SPe4c9wj3aHeRe6x7gnuyu9xd6a7wm9cU9
0z2H+dw2XiPcc931vJa4F7uXuVe4V7lb3OvcG9xb3Nvc73sNn7Pu
o+7j7g6Oz+4z7vOROUUqQR6YgM41jMMZ219ERkV2ZtjZ+SASOiNHBKZZHJkRmRmRc5
MrIwjhyXGRpZFRkFkRrWRV5IzIWexf+JR8yT6mMrDVXRM6LXMDrWGQDrT+WnyMb
IxMimyKbWQfurYlsjdwYuZZXX5XSn51tnsfWTqht3NNsdYTctovXxsgdkbsj90Ue
iDwc2d7ZZz5CnvuO+jzwReSrybOSFwFWrewc121IGpQ06CmGrjWSoXNt
7L5Wdl8jO9JdGC6ISaR3ktZDXPloPo1LDpjFg73PI6P+VycgKiuqqMdl1KioMVEl
UeNBT4yaEjUtajrGLMVFWpqJqo2VF1UfNxb1UfNxb1HUnw1u1oZTpQAg4+Q9VF7r+
oV3bonZ0ZG7YZZq7ZZZwoHXXmUsaiTTHOei2CdejAkRqmnUsaiTHOeiTrt7d86RRqmnUsaiTHOei7
BvacWz3nIRVfOucWdFDcjNbc1dH2aJNt7CwPeZzpv0e7o2Oh+0fHIg6M90d7o
nOgR0aPbZbsQkakN0Uf0Y6AnRv1Huh0QZfwfW3W3Qsm7mtwN9TjtjN
cbgTvi/WfU088a60Pqspfk65BFfEye6xkuNjZ4e5+ZsF2c5FyJ4WjFOWzSysmHz4P
nhM9l/4ju5s56Mbczeln0iuh0S0Rns/HM6WE7HsJvS10Q+9sd+dd0nnic803f
H8Ieg/Yd0Uejp2M/D0DMt07gmiz8dIMUaMg9f/mLCYKI51Mb1jBrDe
mISYIQw8R2OSYzAi8m8mJGxhTHGFCmKhjhkkXUxpTFlFBPMBZTjZUxUVrNUnRVT277Vf
4j2PtUeBLksH34uZF7MgMgpiGmke3q2tdZe4PwbjEY0LmHsfYerAs6mmmKaY9bE
tKKcVZ7lsd/gf5O/4ANu28aYrcDxrETOveJ3eEa9o9KwrXNP131f1wm8n+uE
nnu6zj3aVfZmMTsE/NDeDHuv7vsv3n3d/67+9l9H6L9l9skS5WFjOWT1mHz4P
xByOaY85gfHKex7XsWcijkbc5GwT9xIJ7UGJVK7XnG9BvVK3JxaAxY5zyM+9N9
0GtUrzG9G97j

Ford Emails 191

13s651uvtl4Hu2h+C3bnm7AJeO51vhEbn2asu3MOxsbG9sMbsT2x3q75R/OK
34LN9vC7sTlm8Xv3eO3pBN5TWm/FruY2453Yc2PrOXZx/OD3YvOa0imPN2R3
ezc2j0fr/dj8dmx+N/Z53hfwm7FZD/vPekN2b47H3P9d78m23pXNPmffXTfy
usLrivGmbH5PdhXH7utmXDcL8rV4U3YDvyWb94D8puzO2MxvzO5cl6w3Z+/j
8wi/O5vPFNe1d397dm8n+7G3q3cMn0d47cY7tEkHvyeQ+5nfoM3zqust2vz2
7EtvzK7j9R335vdexHOOabYbb83md2av7b2ebe98Wzb3eecbs7ld1luzffym
bI4JXTGX4uT15vVuXis735nN78fmeNf5jmweu+wvvC977PUTeDzzWLh+snhf
NvuRH7H6vXgTyVDGxl2M+U0SxFmLu1HgvA/ON6DvA/0c7r4sydpfjZWMffwN
6l8DKvj3bswxPODMxN2ZoDNAZwiaJfUg5uhBzNGDwLkOnOuYo/6DafUfgua7
ags4LZCPhmS0oFHWAY4DHAc4+eDkM0fpx7TST9B8V3sf9rwPzircXSVo3C3F
3VLUPhH1ThQ0LHlQYHCqcbca7ZqFUrOYNnzwgw/2DIclwwUN2/qC0xec+0Df
J2jcrQKnCjrzoDMPdx8H/3HwnwT/SUHDnp2wZCes2gnOWXDOgnMWmtOgIQ3a
0tDSt6DnLeYE5DAdkCNo3J2Cu1NQSzzoeEFD/0fQ/xH0fwT5H0HmR9D/a9T1
a8ingp8KyQ9Q6gPwF4K/EDR6QUMvqCiroqw6FvRYyDRCphH0O6DfQa+Z6EET
/AfAfwB8+FaBbzUdfB38C+BfgP5g6A8GjVGkYhRpEZCPQG+ORG+OBP898N8D
vQT0EtAHQR8E3Q66HWUHo+xg6L8I/Rchcxgyh0EPBD0QMrBfhf3qY6AfgwzG
v4bxryWBToL+edA/D3wNfA1l/4iyfwT9NeivIT8M8sMgfyvkb4XMHZC5A/wd
4O8A/SvQvwIADoAPpwLH84VetD79+DuPcyR/8W0/C/cVcFXUQqzXsGsV/+C
Gv8i5FmD8hDuPgT2JWNCxkIRmFZqNObB/DjSfh+bzoH8C+iegx4EeB/ktkN8C
nQeg8wB0DoXOoZCZvhHwlZEIhEwoaflDgB+U4LDwOej/4+6EHkURFJNEx43Qx
414G/2XQu0DvAo3xoIrxgHGoYhwavWFnb9CRoCOhE2Nbx9jWUVZHWe1HmIO/
hlUm/H8Qc/yXkPmlGDPgYlTo88SoAAdzShdzCtFGE9HmWdDPgsY40cQ4+Rv0
/w02IDLrIjJ/Bfu/Av8haEbfaRtRdiN8VQZflYFGPFFEPJkMmcmINujrAPS1
UY62l0MnfKLDJ+qHqOtD0NtAb4Oe8dAzHvS9oO+FzBeQ+QJ8J/hOpm2H2U4b
5p0N8dCGeGjciHpvRL1TUe9U2AY9AdATMAb0GMh70F6U0lFKK0WPfAH970Lz
uyjlQikXZI7BkmOopT/K9gcflmiwRD0Jy0+CPwL8EeA/Bf5T4NvBt4OPGaGK
GTFTrJVYi33otTwR50U8B16Esosgfzfou6FnPfSsBx+rp4bV05gGz0xDD2Ld
UbDuqIhyKqKc/jTa8jT4XvC9kP8n5P8JnehlDb0c8Ch88ij4CvgK6ipBXSXg
Twd/uogVaNfvofn3Ykzi7vUCo66VqGsl7mJmaZhZCkaOgpFjPA/9z4N+AfQL
kMGKr4gVH6uSulBEOdQ7FLNsB3AofliZrmGmazeBvgk0xoMmxgP0a9Cv3wb/
3Ab+PvD3oa4GU1NHAumbAhhmwbQFsWwAauxcDuxe1Bvl1oLH7UsXu61Po/BT8
b8H/FjTmvoq5b0MctiEO27DC2rDC6q/BttdQF3xlwFcBmK0BYrauhv7VkMeM
0zHjDJQ1UFZbAZkVoP8A+g+gDdAG7EFUURFV1AfgydG4OxqcSbg7CTTWFxXr
iz4ANQ4AAH/FBRXzQ4FVNeDUFdAo8eTs8eTv4E8CfAHoU6FHQ0wY9baCPgD6C
svej7P2gIa8I+RsgcwNo7GdU7GcUrLkK1lztJeh/CfSPQf8Y9mOvomOvor81
+kXQS0EvhR70poLeVOBJBZ5T6CuE0zLHuZLHZBBZFAQGRSMNAUjTXsV9b4K
GmuQhjVIywWdC52t0NkK+s+g/wx6Deg5sl01m2HYz+N+A/w30FENPMei7QN8F
GezwVezwDeg3oN/AnsfAnifgToyoO6Efo1rHqNZhvw77Dey3Dey3tTPQfwY0
1nEN67j6Jer6Enz0i4Z+0R+Bnkcgg52tip2tBp2a2MNjpquY6QrivII4rx4F
/yj42Fco2Ffor0Pn69DTDD3NoDGzNLHvegb0M5DHPlnHPll9EzrfBII14pWIN
VTE+VTE+61C2DmX/jrJ/Bz8Q/ED4JB0+SUdZRGMV0VjFTFQxE1X4ShW+ehhl
H4ZOREVdRMVPwP8E8uhfFf0bgH1XANZuvQjyRZDfBPlNkMc6rmIdVzNBZ4LG
3knF3sl4BXa+Ah9WwIcVoBF1FURDX7W4GcNc1DDHNQw9jSMPQV+VoSfMMR81
MR9xvlBwvjCwezSwe1RRl4q6NOyRNLG/QltU0ZYN4G8AAjRiiiRiC/Z4m9ns4
zSniNIfzlCbOU9hTqdhTiV9qSWek8/xLreDVhB/4gV9qjZZ+It122e+17pPK
pYpr/tXWB9Juac9lv906Ln0ufXHZL7i0rl9t9en6vdbdV/xO68krfp/1Ztev
s3Zr87Rfaku0pdo67U3XW9Hdlz7XPtGt4S9+Vfw6xdY/HurT/F7q0dRo
OMdYLULZAvxCvssc0VxrZD+glBu/sYdGrNLHbgdA1Mb0v9+ALd4BB114pWIN
aObdQLMuEbOO51znTCuX7qfZtZBm1iqaVa9iVvVvGc6pxJn0snaPaYNG/GYMaU
YsZUYsZ0zppM35A3wQQXpv/RL1yt/69p62e9dr/zFq3u3f0sXa0PaYNG/GYMaU

PwmeyJck+yr9/EahMX7+tfEmP//abyz3gLKXaZJmehzuFoDeDPoAJGcyLfug
IQ53/4BS5yHzn5AZAP7vwE8GnYC7Buj/AP00JL3Q9ldInsDdGaD3gw4TtoFz
1NcEDpcdAjwRfB9LWr9vvaAo6Leb//e3bf9jfttGM8eWoIXaEq64htiSbRm2
PNtI6yqkfxXjGnfFVWors1VYV5VtBl2z+C/U97hqbfP4b8zz35a3dDYCN/Hf
k7euNSRz5dVq20jlt9p2WNdu69oHfIDg8FWudtsJ26muq8F2tuvq1NtwxXUh
UAm0BTq7LldgjHX1ueKKs20MHGRdiYGpdGWRnT2uwILAUYFjAksCx9M1EdeU
wGmEpwdmdV01gbN7XuSXZCpdRzbMt65F1rU0cDldUwicV7lWBq4OXNt1jQ9c
33nZRlq6NwVu63HtDNxDJdu6roOBR3CtvkqrjwWeDDzddbHU/MBzPS5f4Dm7
Zhf/mXS5Bd8ea+9HON7STpd9sN1j917lyrGPsI+2F2G8LLCPRYvpsk+wTw6s
s5fbK+3V9pmX9HTTOCdw0aXxZJ9rr7cvtq5l1rWCx7d9FUZumb3Fvo7Hgn0D
jxn7Fh4f9u2B2+y70Npz9r32/bBoP7QfIn31PFLsR/m+baP9uL2DvWo/w963
n2dPB0lBRpAjKCwoKqi3LSNoQOCRoATb4aAhQcm2iqCMoLygkbaGoEKyb15Q
cdC4oNKgsqCKoKqgGUGzgmqDyJagBUENQY1BTUHNQWuCWoM2Bm0li8vIysNB
OzDHGoJ2B+0LOhB0OKiZNLYHnSBdPGfRIkjOwzyhFgWdss0IOht0waHYEhw2
4p8luTyaS7sdTqIyHC5HDOE+jjjHIEeiI9WRhbk8Q1yOAscobq1jjKPEMd4x
0TGFZitfzY5pjumOGoxxqskxm/TV8Wx0zCdY5FjqWO5Y6VjtWGs74VhvO+XY
hNlFM8+xzbHTGqltjj2ONsdBxxG76Thmq3CcDFTsIwKXO047zpGXlzl8wVqw
Pdik8XrO7g08EuwOjg3uF3jabgbH0zXYbg/2YARuogt9xXJ2L48Y7qtgLpMT
PCJ4dOCm4CK6Ux88NnhC8OTg8uDWkLbgaocSPDN4TvDcQGdwffBilFgWvCJ4
FV0tGONHaAwwd13whuAtVOv24F3Be+naH3zIHs8X3TsafDy4g8bqCNuC4DPB
5wOXOyUep07D6XCGOaOcvZ0DnAnOIYGLnMm2ZmcGjUcekcucec6RzkJ7JY3Q
+sBNzmIaJ2dtu+2VNONinONoHHoDpzlLnWWBg5wVNOMnBo53VlGcmO2cEZTn
nEVjzGk766ylODKN57VznnNB4Hpng7PR2RS0xp7jbCZfb8RcVxCdxjvX0DWP
JQIH2U45WylSUX+IEWxJcoShXnHOC0x1bgxc7dxqa3DuIP56knOSBcudu4my
Ofc5D5CNh53tzhPOU86zzguIgqkhCkfAEFuIM3B8iMt5ICQGVx+Kc9NFrHPE
hMRhvNAIdh4OXBQyiKMZ4eWQTAxJDckKKbCdcO6zIhfHrtn2o/ajJL2cOGRJ
8IiQUSFj6CoJGR8yMfBIyJSQaXRNcfgcvpDpITUck2x5IbODDoTU0d35IYsc
x0KWBp4LWR6yMmR1yFp7fMj6kE10Z1vITtK1J6Qt5CDP2JAjIcdCTtoWOM6F
nA45F+IzNdMectI0TbcZa/Yz483BdrfpIfCaOeYIc7RZZI4NmmdOMCfbtpqD
g0fYDpvlphmyNrCP4yTuVJrV5kxbhTnHnBtsBhn8azTbvO6/+A7sY26hS/zG
e795KHAificWH5RndvCv7syjthPWr7jxW7HAaZd+t23Gh+bZdgeOt/fjX2cT
LqaxahLMpJ7fYa8PHUexcb3t7KVfkgWNDFweOitwdmipY3pobfdfbNtHhDaa
c6zfbZd1+602/xq761fYwXQC8xXxrlUbzTtGbbTvRToBjBP7XonfRHYO9EHg
e/iusoP5aghOJ4OYI/cDXQkNgyV+2wXJ1jOXhLKMmgNYguQv0At/zaBrT
JJzPwH/et5442GnLUeAowIdRuw38DT7O6FgDnQ7cLYJVhUzTiU/q3IGrbT46
u2hrwWlGW9aBHsJ8ZTE4zaKlPpx+UKqFzht0SgO9HjWOYquoLs4SO4Z99SHc
LUPZashMwD58HmwYJ+EU63sLPuS7TsjXgMYeXl7JOuXd4oTHtDhraAdw94zg
Q48bOIHbqB2V+JQ8BDLvwarxonW+Z7vOFBO5XqqRT7T9RH/x+52lfT7OFBoJ
zSP5rrQapaKY1htQewTT5A3OqJmNtsxAXYHcOtnpew7PvYiWWlF2AfzWi60S
Jw55G/BQ7ll5mWi1Dzk8Vo+znjr4qgKcRPRFnG8rrOX3Ja1jWtkEOg7YBjyE
MdmwCfRWaHsBGZ6cix6Fd/rPBq4Q77MGToaFtdx3ynJ4b5PE7y36Fr7qEOMH
/HbgHejfFSjVAguPAOcwNjAm9cng+FhePeznbMVYP79V4WvorBC1iFbjPHjO
OhXqXSfEecABjG0eLHWAUaTNBc7jnjKS+a7+F7ZEH+M/jzHwKnALTnxctpew
h2nyHvv2G//nEn/bsxgnQdQOf8ZivNXBwgJwquGrefBtM2ivL4u95CuDTBnu
1qIttaz/4pfgHIdvWYMDuIA5yo1430cq/NwBzg5fDXqEc3RPoL+OQN4GPND3
KWEdbzlpxEh2+f4LdVViVDPNfPhgBayVYeJ2Ps0vL/N+xBrRxLVodyGNSHoU5
UgYPHOF65Q1iNLKMgTFJ7dqKJ6DsvQGIeEdFZMM8nYeyZ/iusYb1y23MoXhY
ibM2ezIMZYdgtoYxXyvFXa8P2XFsm3obxvZY7inpPLedvNEC//8EktyWQt9f
gD9FjQkY56znMd+vUZa9XcXeIPwyyh5G2eMY/zwLYtgbNOaRy4e7d/q+Ac2Z
eBq8vQ0yayC/UmD4ZBnmxRLcfQ4a0tCiZ1BXmngjIWtQ0b/yOsi/Af2TYLPN
ikscP72YL1tYRsVI1lcjniRCpgY529XwrXiOEYvRjucnAQet9YJnltOKw+vR
rl2I3uzJxaj9DPijrOgtxmob2st4AmS2+pZJ/F6bSoxP9ufPoKEQMs2wYQo4
cZDfbeFK9H4lPNaGeFKJGLIesagJ9nMm4c8x9poZywswHnZLRWS/iRgrnggN
AX82Y2knomiYrx4x8zmOMFi5chAHtkHPStD7gXdDvoNr1FcAJ2LExmCIK2V5
GmM88g3UctDyz4vo8cVYGV9ENGNLxilm1zFHwt87kQ4Bt6KlaxDn4zDv6iG/
SZRCLZNhzwn0YJYVvTPgH65lMzy5QLQCemzMp9Wf+/08otYIrtdYJCVgRr9L
Nr8rUWxRL6CWdkSzSsyvAdDfwvXSjP4OszKEZysiSTXwYozb3ZjvTswODbF3

AuTPIobXw5KDWLtrOT+fbGZ6Ka2xvC6zN6IwQxXWr46H/zegVIc0AvufFERs
fqOHF5obIXMGfrgfZWst+zEGRFSx1lz+mx+zlQ9AUz/qO+GfZLSuzfchVqtd
GGlvoe38FrNixvop/A2b9dCwGHO5Apws+G0ua6Oo9Sp8xf17HLgeY2km+CYi
zGyMhBqmpX9ht7AHnJkYA52ZrmGc6Rq8Lfhd6X8zXf/nPA2kXbc5VpLNCfQ5
mT7LtVA+41wTlBNUElR/D8y0YI4Fc68R6gkWXwWWWbCCYNU1QgvBOgs2WLDF
gu3W5y6CvQT7CQ5dBY4SHL8G6LB0nLHgvDk5VOoBxlXA0QPC/hsQRdD7KjCA
IOEqMKQHJF8jZBDkEYz8Hii0oNiCcdcIpQRl/wYqCKquEWYQzLKg1oJ5Fiyw
PhsIGgmaCJqvAmsIWq8BNhJsJdhhwW6CfT3gwFXgcA9o/2/ACYJTV4GzBBeu
Aj18HaZcI9gInASu7wG+F0PQx6LjrhEGmVcdO9DBkEiQeo2QRVDAEDYKn2O6
QadMifU5nmAiwZRudXWHadbn9GuAGoLZPcrX9YD5V4FFBEsJlhOstD5Xf489
3wdrCdZfBTYRbLsK7OwBe7rF7u7xtjNWWnEsrM3sii9hB83L4kfXGOner53+
7vTRkW42H7vcpq540n1sds5fa26Fnbw05sNOXz6mUc85Ap85OVwjsBOYYn0J
dws+2kRrRHisWEvC+xHEEwwm8BB4CXKs2E7tDR9BMNpEfA4vIhhLQD7iWMwx
nf0QPtlEvAwvF3rDad0LpzUunNa3cK6b6gznuhZb/rX8yWV5nQxfZq1hGy75
GbpWCB18L5zKhLdYdvXspx591LWeWP3EunhtDKd1LpzqCN/Srfxx0Xf873Ba
88JpvQun9S58vyVT2Q1mXgV6rsvLrgKruq2v3dfYTtjfDXqur9Z6+X+1TkaZ
l6+FA8xLa2C39S78kBiX4bSmhx+3aOrj8DPWeKX4EU7rtksS/3YZ1ifV5woT
89YVJeYTt8tFdbmoHlfn3OicB51xkWKpa4gV58ZcmiMumgMct7h8VwzsObd6
zqvO+GLNLehwivHvyhA2dpWfLuabi9ZsF+l30drsonXZNU7YjZhEbXDR+usq
s8r9UPzpEcevKtNp89XicSdM6QbfV9cPxdPlPaBnnOweKzeZl2Jk93jotMqu
t+6xDyhGuypEH7uqRDtdtK9w0Z7CVSv4HLNctJdw8Z6iVIw7lnXx3oL3GCzH
e4xmEc9cTdbYtPYELuK7eJ9B67+rVcQ510ZL71YBPEddtK9w0b7CReU4Dru4
7GErfnJ9Vox08b6gc79UeymOQpelg++5aK/gOmvZ1TMO94jBXXuYzjq2Wjoo
BkcoVpnO8q1WfE4W/oIPyM4Im8XL6waFV4Fr2QtWmZf2dN33dZ3Q1A167uk6
92j/N3uzE+bl+6+z5qV9V/e1rMwqe+qSTzrnVoQ1PiNoDxURY17a81jzKoL2
UxFxFtAci6B7ETRfImivE1FgwSiCMZeP94gSC8aL+RVBe50ImlsRtK+JmH71
+caxMYL2MhG0l4mgORYx/9J8i1jUjV5qwXIBPPciaP8Ssdr6XHtpDkbQPIqg
eRaxrdv8Izpip2XPHhGzItrE2tMJvKeMoPEdccRqM+0ZIk6K2MXxI+K0WFM6
5SNo/Y+gdd5N67/bLsajm2Kgm9Z/N63N7n5iX+COF3rYf25a+9209nM85v53
0x7AnWPBCOFz9p2b9gFu2gO4aQ/gniBit3uyJU9rrJvWSDet+7wHdNPa2Bmb
3bQH6FyX3LRWummt5POIm9ZLPI04aY1001rvpnXS3SL86Ka1ms8jvHa7Nwgd
7i2in93bxbxyUxxw01rtpna7ae1y07rlPi7Wd9zrEHMONNtN65ib1q9ISdge
SetXpEP0eSStX5FRol2RtO5E0hiITBAxoSvmUv9FWmtlJPVVJK0rkXki3kVS
PZGFYuyyv5iOLLbGM42FSBr/kaXCj5LsP8t/a12yMyZ6ImjCIkdVkvBrYWSn
Wnmp+L26lYWKzFMr5xR5dlaGqcgqRS6MyCEVeaMiY1RkiVr5oQ8C4/fDIg9U
ZIBauZ8i31Nkeop8K+R1ioxOkctp5W+KDDKRDYRfsIusTCsTE78tF3mXItdS
ZFmK/EqRWWnlVMJCK48S2V5W7iQyEUS+pMiUFDmSIjtS5EVaGGZFou8iCFPmP
VuajyHkU2Y7IABIZjiK30cpqRD6jlcmIHEYrexF5iyJjUeQqWlmKyE8UmYYki
J1FkI1p5iCIDEbmHIutQZBqqKHEORXSSjyCiUJT2Dxy3ArlxA5RyJ/UGQOWjmD
IlsQeYYiIQ1DkBoqsQJEPaGUCihzA48DI+xMZfyLXz8ryE/l9wg/woZXNhzw+
K4NP5O6J7DyRkSf6RYwHkXknPIBMAZFnJzLsdLRFZNVZ/+XRiPCCHTmTPibw5
kTFn5cohS87Kj0NmnMiJE9IwNvSUyiAtuW8i683Kd0Omm8huE7IsIotN5K+J
zDWRsyay1USemshQE7lpIivNyjVDlpnILxoZZZKnTGSTiTwykuEmcsdE1pjI
FxOZYiJJHTGSHibwwkQsm8r9E5pfI+RLZXIael8iLEfNUzAuRtyUytkkSulsg9
EZlEyMwSOVkiG8vKw8Lct3KvRM478zq5TCv0ppVvdJbKeRVYUULBFZVCJ/SmRO
iZwpK1tK5EkhQ0krRol8KCsTCqNdZD+JvCcr4wm5TiLLLypVEUS+OEnvCRYTr
j0nwRe4SooTIV7IylZCjZGZUnibwkZCRZzUUiwUOQficwjK+dI5LWJPCORYYTc
IiurSOQTIZtD5BCJ7C7ErbwgZQyJXyMoSQtwQmUFWTpDIyxuIDCDNUZP2I
fB+R6SNyyfER2j8jrERk9IpdHZPGGI/B0rc0dEHmTriDwdK0NH5OYIfyIfIfR2Ti
iBwckX1j5d2IjBthFbJsRH6NyKwKwROTUim0bk0YgMbit3RmTNILaITBkrRwZj
1cqLERkx8J7IghHL5LyLzReS8iGwUgXkecIMlys3BYxQkTUEiuRWFMQcySHtlq/
81N9kiJFy6fkryhUfiOflRT5vPydpMl+hRZJRVcMyaYEKQ7JrphKqORQIhS3
5FRilF6SqfRT+kthSrxyo+RSnleel9zqSPXHUqRepT8kRTv7OIdKvZzDnAXS
zc5JzilStrPC+aA03Dnd+ah0q3OW8wnpp85a51PSz5wLnW9Jtzs3O7dIs507
nV9Ic5wdzrNk3Nk3HJ3OLIUSiVpvggEECQRDCJJJJJMrp95lmfIwkKCYoJxGUEGUEpQR
VBBUEcwgmIV3bUjaPIIFBA0EjQRFjQTrCCFoJdhIsJVgJB8Fugn1WXQcIDhO0
d/s80e3fpwjOElyQJJ1cqNu6fToJXAQxQp4/9T4EcQSDCBiIJUrt9ZhEUEIwi

GENQYsmPJ5hIMIVgGsF0ghqC2QR1BPMJFhEsJVhOsJJgNd4wIunrCTYRbCPY
SbCHoE20Sz9IcMT6PNbts1P+pPApPg9Y5cq63T9NcI7AR0NHI7ATmJc+2T+G
myC222c/gvhun4MJPJc+2WbDS5BDMIJg9H/vk/vssk8aJ0aRqB/2dMq7e8BY
ggnW51ir77uBMZmgXPjbqCSo7vY5k2CO9Iq6S92r7lcPqUfV44BqtUM9o57X
JM3QHFqYFqX1Vsu1AVqCNkRL1jK0PG0kXYVasTZOK9XKtAqtSpuhzdJqtXna
AkCD1oh/N2nN2hqtFbBR26rt0HaTxn2k7YB2WGsHnNBOaWe1C7qi23Sn7tJj
tFq9jx6nD9IT9VQ9Sy/QR+lj9BJ9vD5Rn6K16tP06XqNPluv0+fri/Sl+nJ9
pb5aX0uwHmU26dv0nfoevU0/qB/Rj+kn9dOAc7rP0BgMu2EC3EYsoJ8Rbwym
/bnHurxdFNNeI8e6RtA1Wk81iogfa11jjQkEY43JdJXTVWlUGzPp/hzAXP7L
vdZb68fp5V3vrreD9oD2gB5mvc2+kDHNEOvN9rF5EfUnXu+4TITlUuwn0rSg1
iPBgS9vPoG0W34X8eC2esV6EN/PUEO3iDC+fS3+Y8DrIvMBlL4K+uBl65oB/
v7DKsi0Lmh8CPRJ8QQeDzgedCXoS6fmULbx4hP9eFlmbhRYJ+ZsgcyesTYLO
SaDTQN8Hy/PRuikoy/RQ1Q/OzaA/hYYg3B0J/lRohg38VxOJDgGdDZnBqH08
aglBLdmg80EL+WTIlxEeAnoI6EQ+LRJOhgZwgIeBnwIvpej3oxYvZJgepi5F
qR2QnA7NTaBXgN4Dej7oTWydLwfyWeAswt0kaBOlagnfAjwMfTdMGw6cBvnJ
sOE+4Dd5pOkHeKQZ3/BIA20HPRT0UNAe4yA4K8BpA/0022C0gG4DfRF3uX8T
A9ieweB4KD6zhj9DRsPo+gtj4xyPsQDW4zLYQldAA48x/uvxvhcCmnmMMX1x
M9O+OcYyHmMBX3IrAiKBzzE2PmP9gua/hUj0t+Bj/AT8HnQe6Ck80vT3eKSJ
NhrtLG8LYzrADskLsHYY9NwDmRjcxcgJSAX+Fq2ux91NoM+BHwfOHuCvmWPr
C50ZqF3MjjbQCmR+Ac2vwkttqFFB7c+AfgNleZwMEZjtJx8eYb7NCRqjyOIn
woZS0Gmg/wMaMP5tIbAHGPYkCnuMxbBnG48HtDrFavUwaL4HMndC/hnQqcAB
KJUNGrM4ACPZQHsDbkMruBaPBEswbocZOu6OBa2hln/CJ0+DMwx3qXd8twAP
C1CBxcj/DPgjSPrBHwqbN8JmO3akNNekrfI0wjfpI/Qf6e84ezsTncOdI5w/
do5y3uoc7fyJc4zzp84i58+cxc7bnSXOnzvHOu9wjnPe6RzvvNtZ6rzHOdF5
n7Pceb+zyvmQs8b5mHOm83HnHOcvnJucbztP/j/UfBP/WNACB0GYBVEW9O5G
M9DOUU6waJYbYtHJFmRYQCu6TDsDmXaQMu0g5G5XGWbKklz7yybv+usD6rLLjR
rc5Z1r9rydpDdB2Vjksd0hnOXpclXJf/hY2Err+yIf7GRm+5WB5HVKl0hmT5
L21UdftLGzPkBdyvfpqxkup/H/TLPEqAE/0vgr4ReC7PB+vu74ER+/w1oAWO
Al4Ivii7BvQaaGsB/hicj0Ej3oE/DH+XVr3YAToFuITvXuQYnXjxQ9CfMPZN
BB4HznGWvNjKtln8h4Gx9vgioCcC9GPAKKSi1EaX+Dvo98DHTLr6Aut4E/wOm
fQo0IHZYNpyGzGGUorknzZN0SZJyZKe8ga6tdO2U9yuL1MPqSc3Qc9ST6kl9
JO2NRuqT6SxTQ9cco0A9SfuTImOcMU7P0XO4FH/qVUKW7o6j8oe5rLiIyzr4
mqzXdJUv6tJSRZbkqLerY9U71DvVu9UqdYlZbE4yJ5tTzApzqjnNNfAD5Jo+Y
M8xHzRrzcXOW+aQ5y/wFWWs+ZT5tzjWfMeeZvZr/ZdabC8xF5rPmc2aD+by5
3HzBXGXH+3lxtvmS2mC+ba8x8XzLXma2ar+Yb5prnRfMvcc42G42t5hvnVbVKs
Odm/x7/HLPd/5P/lvB+40+v6/3/3XzEf9f9R1/Fzhn+jf6J9+uH+Jf4n4n5BPizgef4
1/rXmr8ArofMAuh5FradvLAuL0C0C+ExoXAP+KRBgrV+D/g2/g0N0LPW8Wg8bgbw6DDbwHe
xvolWVjBn1I8XYYo5fBRpWMZauV2/3l/bz/pLzUn+9/3/3/3vm/ei5jLg+4/CnAk8BflffC4
Crga7FFgGuAngwBnwJeJcLwNT+DngBuDnDuUddy4N4+Dz+DVuyC8BrwNuBX3X8T
+G3gryYtOI/1f+X5t5rNJ/rJn4Nr+a5/HOe/uYr9Yb5gDo/rPyRlO0E01+OznrGp4dDoBHG0/Y
BDy9PWysfuaKtjwHP/J52L4AdolVLwscHVVeHidPp+rz/wivYwc1JYE/y+Pg/g7Ad4/YlOyhr5E
CPuv9FML8MvAr3bz3/GvGd/Gv2eWi3i86/Ce7e6+oB/oZc9R9oOmGX8Tb9x2ay80WAdu+Y6
AfhyPzOnCXCXg2OL8HcrPrb0HB/ebfo4K7NoDC8Krdf/U4H2 AIBVwW+U7/FM2cRFDefg64
Hmc92YM8MTPC5c8NsWnT8sKGH8KnKzd5Yt/yNJt 4+VTf89VyqR8+3Aob+YSZWXJ9hlvG9w
eoK83bn+04UmYbY1c+UMdXeRaY5C1C55yO0bnw1bYNkvf4ddpeJk1/fYYXB9JqCAm0m/Yb
rcI4Lcbo8dCd3lJvukOlLLHAd0BPMNMSzs7IWz/rPUC4yngHMf6KnA04A04AfQfeo
BF0F/BA404GrwZkh2klh2S2U7eZ7pGuDHcHcm8JPg1AI/BWp/U7/M2cRJBeDfg64
AfhyPzOnCXCXg2OL8HcrPrb0HB/ebfo4K7NoDC8Krdf/U4H2 AIBVwW+U7/M2cRJBeDfg64
eoK83uhvJK9J8keZfkIq9z/OqvMVn4UuMbyJeNa
4KeAF1qeY/wccAPwb5GrDXwStS+Kmus+/3M9aR0Qa6ySZ/6YHt+Kmby+/LdH2rPUC4yngHM
fnyo4HmFB/oos/7z+OT5rOM13suz/SRRZD/xHt7LFfzbff5s+tl5u3kbSr+5jqfOjWqg
q98rZ/mEdXd5/znwOPx8kP/KVwnD7DyWbDv9nQ5jnwHC1Jbqlzjlkvjqjq2n/Je1s
zR+8rZ7vDOAS/K15/q4mw/Uv9Z6/Q/QcNiB/ffXg zeY/iaygJK3zPpF/t1lvCnV
vu/B67p3ePKJtnwyePre/r2jMtCH3YQHdPC7/jcxV7/WY
q98rZ/mEdXd5/znwOPx8kP/KVIwnRDulCR1gnq3pMsJml5n9IhnmfeZ/kpNC//kpFNC

lRRiPmzOlNx0Nvil1JvOAg3SIHOp2SQlmyvN30m5dA5YK+XT7n+rdKu5jVbw
O0hjBp85JIc6Th1H2u8k7U7SPoHou6kOJ9VxD61lE82JkkrnkUlSAJ1JJlPd
95plks38D7IgHBaEkwUVtF7TWYXuPmA+IAXSiaWSdi4PkmXhZNnDhKvNauI/
Yj5Cts6gnZDCpxlJNx8ju4PI7llSmPmEOZs0P2k+SXrohCOZfMaRQs06s440
0FmHaqHTDrX8l9ROF7XzV4TraZ+kmL82f03WLqDdkmYuNBeSnkXmIqrxWfNZ
smSxuZg0PGc+R3cbyDuh5J1lJP8bs5FaR6clah2dl+jub8lrNngtnLz2EnHo
9ER61pAH7eTB18j+VrOVLH/dXE+Wv2G+QZZvMDdQqTfNN0l+o7mFLKdzFdXC
vlboyoKv7fB1EHztgK+D4GvHFb42uvk6gE6CU6gO9nWAWW7eTxawx0Ph8QB4
3AaPB8LjAeZD5nTisMcD4PHgbh4PgMdt8LgJjwfC4wHwuBMeD6BT5VzSz77W
4etQ+Dr0e3wdAF/b4OtA8nUDcXr61+jm3wBzFe1Mw8wXzRepLc1mM2lmXwfA
1zb4OtB81XyV6HXmOuKz34Ph9wD43Qa/m/B7IPweAL874fcAy++d7yzzSPz7
JNnkJ/UheiB58kEalTPoLF1PbVlAbeBz82I+OeOXLHEUQeKkQbSGp+JNglnS
KGmMVCKNlyZKU6Rp0vTO37so93J+ofWGsFLGfvF2rhEkL/svSiIv8CFJlneC
Rh65wntBKztZ+RJ0O2N1GGOyuZ+kSXXSVmqBauabFP3NQvOn1M67zbspfiuS
qQfqgcQtNUsxau6lPvkPs5x8XGFOpVH6gPkgjamHzIcQFx4lPz1mPiZFUHuf
oBjxpDlHiqZ+rpV60cyaS2d/jhfXm8vMldKN1DPvkL+cFHI2SUo34H/LPYD5
ajdg3hhlrlKvLFaWKSuUVUqLsk7ZoGxRtiu7lL3KfuWQclQ5rnQoZ5TzqoS/
fRymRqm9/w97bwNn03Xuj6/9fowz52Wfl9lnIqKqE1FxRVRERFRFdKoqE5lM
REVVRUSmoqoqIqKqqaqqqLipqiKq4qeqqjoREVFVURFXVVVVdcVXVVREVEZ205
5/99vnufMSaElLiVf87+fJ/17Ge9v6+91jprGc2MFkZro53R50ehidDd6Gr1R
U/obg4yhxvBa/VHGWGOCMcmYaswwZHlzjYXGEmO5UWWsMdYbm4ytxg5jt7HP
OGgcMY4b1aZu7DNDZsRMmsVmE7PEbGm2MdubncyuZqnZyyw3+5oDzMFFmpTnC
HG2OMyaZE83J5JRzpjnbnG8uMpfC9ApzlbkW7xvMzeY2c6e5x9xvHtK3m0fN
E2bWMs+qBv5YBVbMShthq5HV1GputbLaWh3MJsYmq7PVzephIVkVVj9roDXE
GmaNtMZY463HrSmwMd16yppjLTBPWIutZdZKa3Vt+tVPx3rpmVetDtY6a6N+
LJ++1hZru2Vau/LpaO21DliHrWP5/MnrWydtJembV23bDtuu7Wdmd710txvb
zewWdutatZ052e5od6mf7nZ3u6fd2+5j97sH2UPt4bXpfpb0tkfZY+0J+uLa
dA/UvLxWnWRPtWtWcgpYN8swFfZc4129sLauslzGrQnSHlOieK/dTX+41y7k5JX
SPlvaf+kCi1FyXdJXUri5CeT8vSR3Dcp/ycpz2xQPNUD4yuR+JQnW6gDpPeT
/piUp6Tk+I/hnH8yCk9JUY9R8jdStiQ6Y6E9TN03Sf1zODaTfpKSX5PyjATF
lkQNoQs8YSVLI7VPU872R/Ef6jna0tgKKf7zm6MoLcfUCE5Y+RrIOVKeAqLx
ZAutkhL+j189QFuP0K8RQmsoqX6Qul+g7qukA+iyORfGUvckKWOn/YSUp7+o
OaQfouQb5J+lCzy1Jbuc8p+S8iwZtYD0alLmeI55XePHgimmGHL1Reoeofwv
pL8hfY5h49keGv1Sz1NyOyU8nUJXiSnqt5QzrbTvkDYKzc76598o5qxizuo8
C0f7X9L7hBoMp85zZTSGXLuSEsZU5zk32v+Q9qM7LKvqHureQnkVKUOrvk65
/+/zDOXfl/XPsGEJ1P9KCU9c0BeRfoSSH5GyvGk8y0Sxbl1Kfo4R5qng+itac
/DymHnNHY26qP5PeSjlPDlCrSW8k5X5kb5mbqfox5dwPtfoZynv2DPlJoIeXs
KxXPvFFfpsQvCYfoAtMk6+fai6SdqMvvUUDcxXndTvo2ULusMucaQa35d49k8
mkVbktoskaoV67q0G1+S/jfWLHZNrFXsY7F7F2sRti7WM3xjrEbo7dEbvntP64
Z9AfFwRutIZukqcDKY4Pzu4KflYrt51mr/27sCcjmdIILst29dmQ0Uo2hpMcl
GVVIKBci1/0zW0+d1yqntW7Cm5zYukMdAX9cVUPdoXb457ZCb7ec3Ro8TbQS
SHYE5tdoSXFPa6mqtDZ4aw/ZcpSPuVpX2OoEk/Ls00rVQa0XSgbPhBW31da8
2zBXLoAfSbgZ9CBBi/0y6ZTLYMaUae+5bSNWPVqnTLJ9ir3JfJ+28va57fz
6klS9kfq96RP+K7lcvl2RrGdV6zLOb9msc3X3BoHPRdPVMoty1WD/rK2PLts
CyUWXxw5V2j/08pMu0Bfx5i8WawL8v2O2B3Ir3tin1VNYpNjk9WHhz2C3DdQ0
nvb/ku22GNd6fDr8S/ZbwHzroI7NDGpjj6A2FrA2NjyDrSRMFi0lfFt1t19YXO
rxOz9ohZp1rXzy9kdd14Z5/mXQSf15Df0rt+v681Sg25251FO+Tc7pw/mmYmmQ
d72CennxXJJZ8mI+ZUGJvDju+uW0/0/QXlpl9aQwCdL9gVcedCXGkXpFNHoMtF
cEdcuhB32itbNeLTCeh6AS5dSE7Nuyg5Ne+i5NS8i85iS16SSTs27aDk17w29
xvm68NQZ+413a7t+v/u7/Fu7c+B+bFBv/EV8PFgpcCNjHHI1jHItjnAYc4zTkGCfc
MU6UY5w0wbkzpjnE8jnGKOca5Oca5pngNgjWtHOvM40nlGXR/7fxjv3Ajj//orGS2NWx
5rEWsY5/iN2SAAy5HVuNjuedkm+vvvb2ZZG21Un4sS7e7Xx5k+AQmaeg
9X13aXB6b1kelB+iZ64fYT3aSdn4r4a8iJ3ebyXXPl142sy7RGkz75Klzbw6fLts
9AmXf48wG7icewQ541LujZkDFF/G82F+py1y4v+m/2kHXXOr+Z1gw/m0PjLxI
fcj5+i09VxvU3e255L8fK96rlNtXTFau/fOD9/9gRepbNRvT+8LfOrDsiAl

ob8adNFz5XS/+iqHO3I6ALJq3Pc99a08qNeXZlyQz6330qc+deptf/5b5b3z
671OvXmXLPXmXcLUE7/8WUiukwajt7yZO5WsMXRCLVio2eCLYh+p435L+NAa
frSJXU9/OtKnj8OvO2vb2Hzv2i/WT/yErzp7WoM9rcOetiF72kL2tDH2tHH2
tGn2tEXsaYvZ0zZiT3sl+9gmXJVowVWJj6kipeSmwDPADlQzUA1Ar6Nf1551
FjduN0eaY8zxwOPgppjTgaeAOeAWmIvNZeZKYDW4deZGc4u5HdgFbq95wDxs
HgNOmgcsZdlW2HIBD1xjq5nVwmoNtAPX0epidbd6Ar2BPlZ/a5A1FBgObpQ1
1ppgTQKmgpthzbLmWguBJeCW17NXZa2x1gObwG21dli7rX3AQWuHedI6Yh23
qm3dDtkRO2mNtYvtJkCJuGm3tNvY7YFO4Lqe7qZdaveyy4G+4AbYg+1KewQw
Gtw4mJ5oTwamiT17pj3bng8sArfUXmGvstcCG8D1tTcD24Cd9mZrt73H3m8f
Ao6CO2FnreOOCRTYWSdm2U7aWg9sYirNssudRkBTia2dtIud5kArO+m0tbo7
HZzOQDdwPc7/zSnLh9opcyqcfs5AZwgwDNxI+D7GGQ88Tt/HOlOc6cBTTPkd
zhxnAbA4SM+DzjJbd1b66emsdtYBG2nSdrY424Fd4grCutrZCxyQUJuLncPO
MeDk28tLSIXsUDhkm7tCbsiT0hNqDDST0hPc+NbaPBnqaE4/vSzxFrieoe5W
C7n9zRob6m83AZi3vC1qeGio1S40ygqHxvKWtwmhqcCM0Cze7bbEasYb3NbY
40Lr7XEwtSa0yZoV2hraAeyWlD/dXr1yVu+N97rtCx15exkMHZf720LV1kG5
w+30Eik3uTmL5dY23tZ22pvdUu5uA7qynL1TiZzJ29xKG5T7ZZB3uvVtMFjK
YIPKBiMajG4wwt7QYFyDifXLYIPJznZgV74MNpgGzMyXwQazgfmscfK2CFgq
bw1W5Mun3NpGvQ3A5ryeb0/07KQ5psE2YKeUggZ7eE/bfqdVg6MoyUfkTjZb
LzAlJVR+7dK/08a/jae9UMNf9+euM+XfpcNVSI3n2Wu8BcVf6/T3Qhj+7oLh
1P1v6nINVPsBdbmfQe9Nib86+VXyXSjnmmZwDwx3y/j7Uvy9KwZve9B5b4nG
nTP+WqrO/W8m1zQNf1cAd2v4u2v8lVZ/947yd25wNV9xf4vGPQY6w6z5Yf4s
dbkmq99Fl9vyQZX8nAHfp+Gu1OuUm91cY/r1D/v4E7sPReMOPUUyTDiVMVX+F
19/7YXDXhH/7UJYpqXOnh8FdCv6tR/pHqXuUdrnaq/PeHpMpZvwH5f4uwU9R
zpsuDH/XBG8EUv6dM9xXToffP2IY0rxZq/Hs2VZZ223Npnc3WTQZY17mYLbkJgy
+r00/zT5BpT/kDz3OGm/oO6vyHOXjOjuHf/sTdF/7Ktc59TZq/cu3vquLNP0YR
dbn7KNi/QTMmY2Fwh0+w9+YrlPvuc4+Kyf05/l1GwZ4N5rju3ynEXTS6v4/L
j/UfybNE6dx1af6MLnA/jOaXcKaYyTQxbqOEdi3/nivuVNGZnua3aYYlzWRZ
NVhmdOaXxV1Ppr8PhyXT5J4rf8em9X1KeG+Pf6NRcFfVS0JzTH/UmiOQ8x4q
1CPwwU1N/n6VF2iS4UENEpPcU4o6BT63jvLNlHMnDGqTuMB9ZfonKLmG/PUi
N/3dSnuEV/4uNe4Z0Bl+fy+Tzp1L6mEtxpoFk7q/GyHnS7QwTLImKu7O0lmP
NJYKfyeSyf02BtNBe5Q8y63O1ibHNEHtkDDnd0Qcye9cyi3TIjD5edryb9Bi
e5L7ufirfi1UZxk2WVYN5pfu3zDm71Jjm6PHaMa/N4z79IL9XSeZDn5p+RX9
5c4onbVM99OEZdjyyz/vD7G5583ya/cvmQ6/ZHj+QN1p1GVMTdYC/yYQxX1i
qMvio2+XIdevoxm/zEiaGxjTjucqlL8rTUG9NLtuDIy9O8Y+rurOBI1U+T1P
X71EodAlFIHv0+HnqGBF7tL4/87fPnXDNgPqaDzpf8vQSZ4VByHL60i+lp9h
R9hXz8vdurbz67Qd/kX7Xp1SBXlh63qhb8cdMsnTTJx/3GWtQL5q0/+i/fqh
u+6cobvuAkN3vvY1NREYq7TA99GXZXdJX6VD072YFiktqYRApm78kOTN3M+M58X
aj+/jzLfSj58idonLXY9fDdY8yUPF15S/3XloJzkU+aaWBlKS4vYnbE7VctY
H5SZa5lW17HktKkNranG4PFYshddBuGVvB2l8ru2/73D6peE0ZdZSRhzGZWE
sf9HtTzfY/k5vOSyyOF8mPP5vPSyyOd8qPP1fuylzm2OQE5vey59GK6r06aM
C3qX0UEoxlzict+DZWgpW4q6vcaYf+syJKG28AVZjNwby/Hv4ssm3LZajlHh
OD6NVP6fBJdDyHXNZlndx/IqYX7kEoX532+HpsH/ikiN2Q+M+f91ashovgwl
SEpIM0kTTf7jvv99mioXZ/eNofbXppX2QUq9Q0qZ6oA6oJVIK6+ZwVfxB2l1
tlJ1KqV0pNsHafVO5eqgOqg1lz4Y/ZqOt3EfpNY79HclWssPSta76g1NqY21
qfZBy3U+aWb5tVJrFdRL7YNaeV4lrW6afdCWnW9ZO6QOyTnLMi+theD6ITX+
g3Q79ygfX7AeR626qlKzL2GKXZy92lZaoVZx1mAszK97ey6jGPh5cGptZCvqj
IXunx6odiNWlLL3v9Z55iVM+fvr7LnYmZ4C2cQ5oFmzsVKvfZ7I3KnbCv9/i
5/+zdTvXNGfjfbzapda8z3JwG3LtVA7ufd/k4OmtqMmSur02J5rf42kFfJXZZX
UGZ1te99U2L5zjdeErdfL/G1P8fopyJJfOfMzIFkgtqv1r4v46oH5wJwulHO+
WvRvNWo703+JLqfwzmN7P0ctqB0Xy5lc/44hrlsm8il9eYZ28HsvIqoj+LVq
w2VTc89U4iUOq2pH7Jd7bPwR+uraccE6tfEyz51TsRH+co+PPwJfU6eXl/MD
L+cYvX9ag3nvq9Z3g3vuNZj3j3mXNsN5r3v3vMWHj+l/y1YJV1hJ1yNernP50yjNZMl1
b11tTfogXv/u8RrPs51NvNatv7Iyb+mvlyNeernF650pYzu8MuQM00euQg+1h11fVCL
L6d4WUE/sr52Iuz9Utrfz/V4VrCLWlNz1b/nPMtTbAtmq/nBnJDsWf73qnqV4
iilbxfDOBDfmMppDrZ/uY72rjoV22sTC52z3/RaVdRrO89XXOj7nfh2Ms2HvW/
COUb6nLNkVXIhVM5svEy7hXyNeVUjLTLPj5WUNLyoy3tMvyyzrZ9r9y4be132
MXr7uFHGV5dznOTEtpZwdyrrTyQmd8lc+7bbZDrH/LtwLskdtdNoYQgvUd0Jd

M7207lpPrbfWR+uvDdKGasO1UdpYbYI2SZuqzdBmaXO1hdoSbblWxfc12npt
k7ZV26Ht1vZpB7Uj2nGtWtf1kB7Rk3qx3kQv0VvqbfT2eie9q16q99LL9b7a
en2APliv1Efoo/Vx+kR98mkQO9P0mfpsfb6+SF+qr9BX6Wv1DfpmfZu+U9+j
79cP6Uf1EwxfPoz5cAJ6FuFAeA3TKJAwGjEjbTQymvJdwgsYzY1WDHcQdqOt
0UGgZ43O+bAb3YweRplRwbAz3EY/Cbcx0BjCsAPCE8OMkRIXY4zh74pU+ROk
DP9MI/+cFd7+pPFcHKMDef8cmmtJ/bvLeEqT7p9+dAf/7/Z3mvRvzeJpLv7N
WjpvajJ4V5h/M5Xh35mzn7x/ahTPktGnk+e/N/WHSMtphnfvBGdW8d6qnH8i
FM+J0VpTdwwpz6cxZlHOM4f8+7g0umz6Zxfxbij/FKgcT4jRed5VcPINz8HS
/bO1+B92g3dM+ScnmbyXzD+ByfDv+PLT4eekPPvH5Jkxhm+e97P5JwCZPFcm
ODNmDXn+M9OQ7zpvwTJ5Z5exlTxP3tJ52o3pn4HEs4gMnkql8543/447/4wc
/x48/0YsnWcFGTzxSGOsDf+0Hj+c/48Snnaj8aY4k/cO+ece+aciGTzrS2du
mv5JPDwBy+C5Wf4dZTz9yD8ZQ3pl/9yNserUPVQ62xHfRJNaE4+CWrHusU/G
SmOfit1bz1zjWnOy39mMdY3dGusW61lryr89U24KqlBnvq0rb1LOP2oLdKgD
ee9cDx2o6viWaFxbJ/x7AXlyUJanaGX9+wLD8NeEaTlbp7C29TxT23mmez0L
lfwPXWAE/0n3sZyqTr6KXzMG/68uWIM2cqqagR51LlT/Xq0zq3n9qnOoawJ1
/dvUTYG5/AlzBawjzGvewJ2/RZC1O8synPVPIOOdilmWjextp+qd3pg8b8Az
eRqcf/Mh0tFDfLvzhF5TSgvKQyn4dOxMt5t9IigFt9WWmp6xe5CicgrZUEIL
kOZZqEPVcKK/GoXyOEFNQgyHQvVTcSHIkm7nA7nDLL/7QGLHNKlhTcyyrtXw
tLkajRK2kDU85yzLGlrDm+tqZgit/vOp9Klhy5nlmWc1TNssT3erGR+kT3Ml
dzlKOXunG9/OrheGO5JPZQGElxPH+gXvcm7akEAuPcBI2JA7cHuByj24vXim
cWndu3D9MsB7rrUcT2Lz70nzb5vMscXwb86s4W23Wd52mOWJelmWnBr2NVne
/ZjlTZLZ29mGyKIG/sk4/uk4j50j3vlzbN6trUX/kq1nlH+2QHvaVbQ1Xp3r
Lr5rY51p+xP8GhuvZp52KsB4danO5JJwnK2l1DCuvJC43XYG2187b9vdL8j2
Jy/IdukF2f7UBdm+9wy2J5y37a4XZPvWC7Ld7YJs96TtRjyFIFnH9vmUUTHt
qvzY4OvC1fv+Of2k6VNfQWHWg75qwbuwc37m3Nq2U856kHqjlJwRKTfuyohT
7huWMzIXBDLh5VQLGcHJKa0yrpKTHzfCpYlqspqGNmI2ONlZuJT/aFnKPRab
uZd5T/6W1Nz4IO2EZ8+iOKLOcQTutzAaT+gMbjPmLa853oKbOxr0L8Lzrl3l
32PM8zuzHAFmeWJPDU/uzPJczBqOrmt4xmQ1T1KsoTtZv9eja1neY5l167T/
ft/H0Na8GLTz0ubKbWfdGYOJ6t2fXuHfcPoQXZMWtSvcSKvSi+KezCdLGZfz
tnpcFBeLGVczuOmt5wW7K7KXmXpLvNWHPuismNCnLKpfS2EUJjvfHLx6ygHPij
S9u43bjLqDAeNB4yRlOuWXdDNTI/zSzN/EzVP0XvG+I2a208/p34VKXcL7gP
KN190B2lGiRSiS4qleia6K0+kShPlKveyV8nt6k7k9uTf1IFfSPVKlakvp3qn
7lajUvel7lNjU/enHlCPph5L5L/USN96q8l9QzmZ9qnfq6ey2zI/FatzuzM7OSN
+M2VfKG14ll9hqr3y7XHMys3wiXD7nup104WJlspLXVj6kalp3NFCL+3y9ul
tMzdGcQwU5mpFHOG3EepjMlmUjWQc+Hf25+ENHsoeDrhGYbn73jwyxXmCrNv
Zd/KNco1yh7A1781ePpm+9acqDmRW4pnem569hiebXiO4pmSnZIbmxtb1+1c
MpesdVvMiNshPHC/rtv5MNHtr+H5Yu6LdFv8FHsrsivybteGv1Wu1dviVJ4r
r/teG+4JeFpkW5ymh3DnVeaa2K/CMyt4Ynia4cm/VwXPAjxBTlPFI3E8LRw2
HtEXdUduRz5NaFeeWPAsqPPk9UWdg0fcXYxnbnzuXX1JM0mL2tKWT+/j/kN7
YieVS50tvfN5KeqZ8jIf79pwq+ARf8Tta3LXnMttxj1wW/Tl/UxuM/3hdrYt
HgnTbjxr8WzC8xc884NHZEFe1qyvWZ/7Np5JuUnZqXg24kEZkXLGcqKrgsT1
aAEUW4AYW4APsQVoyhagDWr6VNUlNS01V5V5a1HfP8+a/iBr+hel1YZ99M2J
jyU+puxEu8RN4DsmbgbfKXEL+M6JzuA/nvg44+C7wyYFPXXUFvhX86/dPpn0X/
LPpnwL9poE/AVwu+rkU78KK3XoU/83iJcMJbkKwQdmZ2J3y1cOsMhbdtktIq3y8yH
gbYUbeODSov3jfcFvT8+BPTuEei+GB8+kh8Lol1tfUJY7yB2C
dnGoO1SZaB0rwX/V/bZy3O+4T4DOcGeAznRngs5x54D+zt2tCt3/do+ohmhH
ixCrKxJXgF6ZaAIq6RpL3JUYCv5riSmg30/MBX0msUxFEj9PVIF/KbFbhRP/
SLyJlvhEolqFk04yrBy2g9HkXckK8PckP6caJAckB4P/SnIs6DeS34FknaIq
+GnJ6aBPJhGq50PJxaoguSS5FHRZchnos8nnQSV948m/JuFL8q3kWzBZKk6wB
RbOjnNRHUx9VDdjmJlMdUx0h6ZTqBNo51Rm0Swp5luqaQp6luqW6gZamSkE/
nfo06O2p25WeKkvdCb5Pqp9y2UvYqQfQS+ipB1IMPwuzXKVCV0H0qNAJ2HfiOU
WpR6RsVSi1MrVTj1q9RqfU0U09n3o8R8nRp4nr34mcFLmp9w34rUpm9rC9KSSXdJ
IwzprmmEId0j3QP0M+nPgN6nevgO0PH0X6N3pu0E/m/4s6L3pe0FnpVfBSBElF
okVXF73VQqqaLPFA0A/UrRBNDvF81SRRtEPi36aQX6qQ4QkWVr2qQGha3Xvuz
orS9CPpr79egV7wNoBsyjPC8Lud4W1dDb6m0f73ba86dz6x5+66w9sBKn1Vwvuz
92eV9vZ5+1QDb7+3+3H/K/eX8D/vbm7VhJXxKXm9D2Vk+mO4W9VWY1 1+Bcy
rcKZ28ky5apCpyCDf2edFM/dl7gN/f+Z+7D6QeQC6D2YhET6wmhmVWY1Y1+Bcy

L4BKrYhlNmZegsnNmc0w+XLmZfBbM1vB/1fmv2Bme2Y7+D9l/gT5rsxuFcr8
NXMA8tcyr6tQcaa4GGMGXfOkf9V6aKuUzRm4d/XL7cWDtjzXg3NMirw8h/CM
yI3Iy85kVvXB0011E7OiqoF4RCZmpS2XdrA6W02zbVQbyh/PPc53MSt28u72
z/Vnu70ZzxA8xbliueupNgyQU5VwSRjQT9aaRZ9DvbpmdRXiyElx5OSgxrdR
Cdab6zBOuh1tpZT9thwhfYwlvT3suGxbDLQtg9Ce3OcORmtzP9uZB+CWFrQz
X3S/CDPD3GHgH3KHQ/4ldwT4L7sjwX8F/un0z6R/Fv3T6J9O/zT6J2fAFP9r
7SBDGWKLprOFMtgGWfTPYQ036V8D1iiLNaqANaqANaqANcdkHbBZdq3MFzJf
UAUsqVZmdGY0RrS6vgdlS9ePGz1RtpLq//THUqZyr+der6UslwGtklnT0yhG
DIGtaGCmv8yF+qVEyhzok7kn/f4aHsgJyXm+uWr+L/jrS075m5cEZZeu+f76
uhhH5P2qy5+Xv9Ny02pjVD++6rT4ssadNb50x+cvmr9ni2+dtH17fM+Q4+8y
nVVHPIozqqe74/vly+uawdcO6srdSqE2vIDWVb6NYpBGIC1DXb0jdQfqVG/U
Ji1VnroLdaoCpg2YrsIY51nvWaV7q7xV4J9DbdK91d5q6D7vPY+atcZbA/4F
uGvSXantP7uA2u5ydFPgTnGnqIYY40xFe/Nd97vgp7nTwD+BUY/pTnenQ/I9
jH1090n3SfAyAtLd/3SfAv999/vgZ7mzwP/A/QH42e5s2Pqh+0NIZJRkuj9y
fwR+rjsXvLQvNkdM0n5+WIU4Pirg+KiA46MCtj4NOD4qYBsU5jiogGOfAox6
pikz+UTyCYwbp2PsYya/l/yeapickZwB/snkk5DPxGjITP4s+TPIZewTSZ5I
ngD/VvIk5P9MVsNMTTKrGqZUSoFqKQ05oacM8GbKAm+n0POlnFQI/PWptkG7
G+P4qIDjowKOjwo4Pirg+KiA46MCjo8KOD4qSPXDmCjKdjPBEVBBakxqDFz2
x0FvphCq1Fupt1AyTqaqwdekasBnUxI2fJjgK1illTLTWlpXDdNGGmFL22mE
Le2kHfChdAh8g3QD8AXphjAfThdCEklHIImmY+DjaRd8Ip0An0wXgb8x3QH8
TemOykjfnL4ZfKd0J/C3YLRlpTunO0PycYy5jPQn0p8ALyMvI31ruhv429K3
ge+e7g7+k+lPgi9Nl8LWp9KfgkRGZ1b60+lPg++Zvh18WboMZu7ASM1K9073
hvzO9J3gy9PlkN+FsZuVrkhXQH53ug/4e9J9If9suh8k/dP9QT+X/hzkA9Kf
Bz8wjXF6elB6EPj70kPAP59+HuZfTL8I+uv0r0HXp9dD/tv0S6C/S/8O9OX0X0
y6Bb0bq9Ad1sa3xrpP6R3gO5M/xlU/rU+rNC9mdy9mdxj9mdxjGgEQaDNacgwY
5RjQ4RgwyjFgIGPAKMeAUfZ/YY4B4xwrDRjkgGjHIMGOUTyMMMrRXwFHfwUc/RWw
vwxzrOf3l2GO7Aoyz2fWoLbL+K4hR3Bm5g+ZP+Cr578ze8C/mnkV//F8y+9G/
/jXzV5g5gNclflb5m/KyBzN/AP8scwxrl0ozvm2U/7Kicxxaios4xGMQzDi
kJGGjCowmhgi4wm0QGNJfyezM5rcExBTHHs/DbW8xL0B6iNoRwbRjfvRlox2
H0ZbgnYEtXyz+zJq+R73VdRyfiGinlckBiQ+j5o+IffHNxCTU9VmJHybmoLYv
Rl1fji+h3+M76AS+f67AF88A1PaH8ZO2Fd80P5WvGNTj9ckDyUPJv6MW0+6i
PpahNUVLitr1AOrW9tT/pt5E6e8g5RrfB3dLGcI3wM/Sz6W3I3o+vRt5+H+P9
HxetKdpQ9Cra2heRt79Dbm5FLm5H7u1E3v32X3/9HXxnUC3nTGyPyikzf
TL9JMf+TO/RiBP5hk5KPOlzIdlHo5h2p78/78A75tOipzSmnqC7R2vw5FW76Cu
olniI/VSS1dprRloY1VyWnol3bs/SLd3SDdDTVGeJvtBp6tZtSmmnq4RrruwX4
Ngm7UWW5cddVDZCWKfS8RW6xKnSvdD+k4u6H3WYYqjbQtU727rXudyrjXux9yT
jd0b3bPqQ++5Nbkfl1YbeTe4v6i6H5iHub211d7X7A7aGucKu6n1EfdcvcAerazIm
teqUyRZb6hPSPrjJD3LrHUu5p7UbazZaKi3Ym/LN2nTT3MwHqfcoQvE/Rz30
QWoFqQRWpjdutiW4Iz2Op8d5auLoO7q7q4/Y+s66YPW9PV2m4Zla2kkftLSXXel/
e6s76YNW9919ISX9lPqaGc+Tvz4AOQtkhfHKyUDEMMNGO7iu9Yd6Y5ShZyXjCE2
Q5WLkM7mDkHnnCtMc1UXri3JbevNUtemWqWuS7UpeqJoetH3imZ4Z4r3mve//w
3vDe9N7N7y/unVeNmMltEzVsbJhDIFmYaZwkw0k88t8ikMkUZL3NFplHmqsyHMk0z
zYJvJhpczwllCvvUvhf9ihkjXZZJeFqQ3D3Rijpbph70/1djZLtnd2e31fSs6zo9
oJTcNlqzMDs61yP3ZK4q1zzXhfNXY89mP7v77SZrutbszM7Mjs7xqNZPg0rrc
kNw6uD4se0Bm43J/gErREw2UVMaZM/XxsxuxcmFyrVnzsA6S33PWN+e76CLanh
cXNoYHJQzZa3m1RJ+OKb1NS1LHtFCS9RnLgycVXiQzICSJQkrk5ck2iZaJAVo
XVs7ylN3yTxZal7q6dSPi14vOlr0j6jRW8UHS9+qLqqpyhblvCrUhVXXec95q
73lvjfC1yVlRU6D6yiD8AEjCfhyJSRXJaa4C/VDiQ5A0S5S5AvzpxNfhrEteta
tkygzTDvrUBbJ1pzdSs/Z2dwzs7y55+s+wQmnnQfTr1oiPiVo9PUz9WOkfJ2Sd
ei9whu4KKT1Kk/IDvSeKZqgwys9r+LJ+3+3XtdOShHsur0hveGKkkB5elM1QJl6
S+koV/+EmRqvRlle1ssqW8qYoYylDKLHzno6Th+78gU4Dv/laZhqoAZa5QJVDu
ospF2UuoQpS/FCRFrmSIVQzn0VFzKIiRKXa5SSSmRKpppphllZYT1vvw5FW76Cu
yP6pQraM0i4OQU150K1M3S3tFFfOdGW9vAVajJk9TTVmTZbdWMl9fWB9imxJG
PVOtyHykjv/dA/+/fU7/DbYhim1IjCvFTd6In/6MSHHtjMiU2v0oDYIeYYj7
QODzfTJCRb6dV9tP9Pc6MZ3Z3IfjOqU0taPB/nxR7jnfEO+1Ve7mMkTEzdu0OKpQK
7hBWaqq4Lv7ISg9K8nMoxS/UzsHo3o3mvlWyPpPYz9N0SSKHvygneEUkhsfZZErRjoy
g5B5HL20CW4Izbd/0+S/SJ7mgffu8x6B649TTyivOFcpK6lP1O979KVUyFw

67Rz+VauoE66ekjRZsF+wkaMT96vC3Pv7aF/4pyhf8R7tJ5vddOjfgifOKcd
XTsiu9N1W1+goip2Pq10sAPmvwLuD7X7N/YG+lX+ekN+3UHUM7vzNjrtDPpD
6vDFwGrZ14NnVm6Hv8PndFunuVB19vBzvUW4zdLLyMpLbi/prMDUFt9d/g8g
8IMrJ5vZb/SnLX8t5YeBmR2nQkpuXT78st6at++v8wSrsl9ET7EOb1XAoSAU
m+uFdhFXa2bVpu6Cevrc95S7m6aK6+ktpXSznzeyOi1tSnxlfl1S8bXxjapB
5vpMB1kNV8WQrlRa/FfxXyk9XhWvgrln48qM74qvkpZ8efizyk7vjq+Wjnx
5+PPq1B8DVxpAFfWwtaL8Rdha118HWz9Ov5r2FofX68K4r+J/0Y1jG+Ib1Dh
+G/jv4WtjYGv1ys90zbTFi37xzIfQyvfLtMOrfkNmRvQ7rfPtFdO5sbMjSqS
6YDwyY7BK//F8L0QfwHheKdQNmQowwxlYd1Qxl+Kv4Q+58xhjTCs4Tphjfph
zdyUuYm7GsNo+wzV1qiUfgRfU50xIrvNHahu8nSvo7rb6+Tdo6ZnTnQn1DLl
74tEPsk9+QT6CKMnVc3oHbyfgm70OSdfV6Yb/d8mP938oFpe/Hs7hkJveB27
o+rZH3vGsJxPOM9l7kxx8jEBmFTnfWoddUY9iFvoUeW/cEzXnu9BGve5wDSu
H4b6abzwMknjJWdJh+Vn8aPqLPJz2etZy2vBrnTp806SziDlqX9v+Wdu/JT0
RdKBlPetHQW28c1rnwGNCp97XcyDzuA4Zgb/TST0r8GNDePJ+7YilOxSmn6f
lRSaDQvNNWMr0A31f7CBLzGMuPJzKiVoEa5Fi9CELUJbtAi2KvNCXIN1l3cN
WofhbB0msnWYL+1HvDJeiTb7ofhDsq4t04dl47f+h8yqzB/1HQrteWRXALT0
kQOBejq0yOFz8nVlWuTYOdw5eYqPqlNmovbp5qLhM/p5PuE5l7kzhd330wW8
Ou+NT6nRZqdD3Iq2AFoHaXfgIqfj4fNPx9PiUD8d210m6djxzPGNdjmLH93P
LD+XvVP5ox8P9wiXhSvC/cIDw0PCw8Ijw2PC44GR4ceBKXyfHn4K6hxgAbA4
vCy8ElgdXgcsC28EtvB9O8wtC+8C9gIHwofDx8InC1X4JPiThTYQFr7QDR8r
9Aobk29W2MJXgdYwexhqO+i3K+xY2AV898Ke1O9e2Dt8uLBPYf/CQYVDC4cD
fYBRwFjyEyCfVDiV/lzCWVTnAgthtj/UJdBfUri8sAr8msL11N9UuBV6Owp3
F+7D+0FgB3AEOE6+unBfRI+EhI9EIkmqxUATmN0NtQT6JZGWkTbg20c6Ub9r
pLRwd6RXpDzSNzIgMhjoBVQCI8iPhnxcZKLwhe0ikymbBsyE2XKos6E/OzI/
sgj80sgK6i+NrILe2sgGYjOwDdgZvAv21OE3R/ZHDtV5FxwNVJGfiGQjJ6Jm
tACIAemoifdGQNNoc/KtgLbQbxXtwPfOQDegR7SM7xXRfpFsdGB0CGBGhwEj
gTHAwOh44PHoFPLTgW7Qnx59iu9zgAXA4ugyvq+MroYb66IBiS3AdmBX8C7Y
W4ffEj1AM+vq4HAdu8eiJ2MKsKMno8diYcCN2YDH98axZtDLowXQOtYO8o5A
l1j3WM9Yb6AP0D3WHxgUGwoM5/uo2FioEwJMAqbGZkA+C5gbWxhbElsOVAFr
gIWx9cAmYCvVHZDtBvYBB6m/JHYEOA5Uy3tcj4diS+KReDJeDDDQBSoBIvCXQ
BmhPtRNkXYFSoBf1k/FyoC8wgO+D0dsl4yPio88b4+IT45OBafGZ4GeDF8yM
z4dsEbAUWAGsAtZipL8Z2Ab9tTC3mZgZ3wnZHmA/cAg4CpyIZ88bZwmba7oF
bgww3bTbiHxT8M0pbxXI25Kn/KzudHA7u92AHoFa5la4/YCBgVrmDoE6BO09D
+F7f/DB3pDsGGB+ojwNTgOmA60D0Fe3OABVQXu8ugrgRWA0+569yN7hZ3O7CL
6l73ANTDwDFgo3syoRJ2Igy4geoBjYFmgOi1SLQ+L7RLdEx0AboneoLvmejN
9z6J/lQHAUMh65kYnhiVGAtMSEwCPykxle8zErOozgUWQjYpsSSx/LxQlViT
WA9sArYCVYkdid1BWPYBB4Hd8PdI4O9xoBo4kpiU1JOhZARIAsWAnmySLEm2
TLYB2gMlyU7JrlRLk72S5UDfQK2LAWeQDQYqyY9IdEyOBsYBI5ITk5OpTgvU
idQ/3cxMvs8OMF/U5CJgaXIF+FXukOroYBywKrk2OZnqhkBdS/3TzWzm++wA
80VNbgN2JleA35PcnzwEHAX2ZJE8ks6KmzFRBKgakA7UOkgPeLks1ApqSb55q
lWqb6pDqDAjfLdWjHspq+YpUv9RAYAgwDKhJaRMMCbVr3AW1PHA43yfIjJi
euqpeiir5eekFqQWA61uA1amVqfWAStTG1NboG5P7UrtBbanDqQOQz2WOplW
qZOpY2k7HQbvpj2gcboZ1BbkW6fbUe2Y7j7gK1e9q-PDPz4U6E91FPlJ7PfRvd6f
Fg5N9y4cGmlJ7BZV+nT00zr7cfTXaYwd0v2BQWnB8PQoqGPJT0hPojo1PQPq
LGBuemF6CbA8XZVeA3V9YlR6E7A1vsO9G+q+9EHiSPp4ujp9sEgvChVFipJU
i6E2KSopahlA+DZAe+h1Arqmq4pKATHHbq6i8qC8wABgc8IJKYAQwOuDHAROB
ycA0YGZgbnbR/KJFRUuLVgCrgLUBL9gbAa2ATuBPUAvYD9wCDgamDtRlPVM
r8CLeWmvEdAUaA6YRCuvbcCLXgevM9DN6wG+jPIKrx/MNPVaFfbxBmJsNRTj
rCqMu6owBqvieK1PYZU3UxsFepJ+M25Js3DPKR8u6N8cZDlXHaDu9xjKWGRjph
fLUPOCjjLI6x2nhTfJV6Mk5DvobHQD5d3r2nvDnnQQz57C7zF3jJvpbcaWAds
BBYQW7ztAb+a6mJiF/i9wfsymDkASHwPQ3bMO5lRgJ0JZ9yMl2kMXtCssCrT
AmgdaZNpB3SEnqBLpnumZ6Z3jbK/4cKZPYbNM//DJzKDC/sCMzNDM8Myowt2Z
UZEI+bGR8syEwnaZ/pEBmUmxZJmp8STb9C5oN8cGbbG0sdLGo/2WNlPqh5R/
Kd9SfjMzvFaZWQjHXIRhobflzN/0b/+av5jf8eoNQ9ZZ3sgeAL2B8ws3CK+V
2vBd66duhmSUcyv4BPld1k7QV7NfFd6WE8sWOR8W3ex/U3KCdD7p6oNRHabcN
3bmXkhDNTyB/hC7cTMlBSp4hXaw0fY/5C6UZX8+2EN4aAr5n7vvC25TYBmlc
zNT8QXSz2yi5ipL/Iq/ThespeY7uPExJB9CHsg0o+SqpzKnsMuWk3l3ZbgyD

**Ford Emails 200**

nNC2K/dt8qtJ+5MuoRmbunFKfk5JiPwM8mFSya9dNccpH0RJOekApuTvyT9K
/n/peytK7qfku7TVnbyfMu2pm6G/V1LCHMleQb4J+atIv0HagHbnkmd+Zb9O
CXMhy/haX2Y638808ZgOdzGdv87US1OykrzNNHyW6byWkobUPUz5C3ThQ+Sf
oXwwJc0lnWtqKLmNdCxoxFwAelNNmfDWBtITQu2JpA+iPBwJdJdTghKrV5hL
5USy7GtCJV/0CutPQu0rSB+mbo70Hkp6k/8s6edo/vvkP0U6RmjNHpq8lpKp
NLORfq2iLwWU/I1mmpN+mfJimh9JyQDyo2jyJ+QHkT5J9/9JMzdR8gzN7GAK
HGYKfllx3MU4WqS/IJ2CFDjm69ol4AfJfJs2N7dIeIkXKNJQ+2P2EOlnKOks
ZrK3kkf4tWGUDLKni7zmLereLuZr3oDLUQtlT9uRWwf+WItSI+qEKHGFZj8v
EhtlT7/BHix89ks0mSU9SEq5/SfqNid9lBRtgv5ZswfcWZn9DviQ9Vuhdoz8
cpHXvEbdkdLa1DxO+XyJtV1JijqoZa055PsJtY7QhZ/SluRviS1l6RbjN5R8
lC5cSTpQzguzCujLJuom6EsP0TVP0LUXSb9L84r055ReR5cjtPUx8I0YctNA
q6gPz0qNmG5WgL7EEjiduTbdulMk2dGkV1HyZ9I3aKYb+Xto91XSCF1gibX2
k7YjXU26nbauJt+R5tcyDN+TMEhtMnQT7bkxLDdIeLaNw7Ii0e1e5IeTFlF3
MOU9lWZmTLQzxs25McJLepoZW2LxkvmmxNqPkVVN3/8TKfCaSLTm4oJu1kjJ
aW77dCXpzaRLSKVklprb2XfcSPolcSE7g3xz0vtJv0A5WjbtMfOTks65J4W3
Ngu1GzDlv07Jc6Q50n9S3hZ0hnkfwzNEeGueUOkLwM8iPUEqsfiJ+Te2ZgOk
f5FeSXuMMUpYs0klVI9lnxbeaUi+lCbfJP8L0vYMVSOG89sMSYIh/wHDM526
U8jfSH40+fmkVzMMwxkGqZW/s/7CUiRI+Hfmnyg5LlTquBGqmU7fnyRdyFCl
6aZG6pJOoK3r6E4x3RllSRdSlENjcU11K6M40DwnNSRv1Ofs60m+BvpyNk29A
/hZJSbGLEN7LPjHOFnsL+XLSKP1tzFBlGapBjJ1HvjH5R0htmvwb5d+n5Guk
EotEqIi6xcx9j/QRUpv0a6Tsccy9QnN9JfXsK0kRcqNIelj9J1IewLdjyDsx
5HcznCHST5PCTb2F+Qc5KVFKu5YwMT4xfuznvom6qd1rdpEWOHuc7XBX9qGS
homgx/8eqewi2eVUiFzSChL20fZ3KL+b8jK61oquSe2YZ2KEpj8q4xltnpgH
lTrS30TuaJsZhv7WC8Jnfym8PY66zan7AHVnUvfL1L0DrsXN1nRTeqI4W4lH
pY7ocfvzzHfpo2/KRRiXapaK5ZQfYqi6s4yVUvel8E6EkgrGojNjtIH0FdJP
0IX1tOvQVmuRGLMpP0nJcLpfQb45XWtByQgpXRZy2bBz46WMmX+V+shW+nc5
9EpGsfUK69EtkuPS9mLkI3eCPJ3F2EMvsmpEbv6ctU/akFLTFJptCd1C63nw
zc1j4qakpPFntoTPiEkzZsnZ4K/bYn5Ybip5Ge28bspodrl9N9uKqQznLaQu
w/A3ltIJ9JdlUtzRXmNb9Brz4jX7NtImlOwm35X8a+QTpEmWhIyUzOx91P0J
Xbbo8s2UTJCW1lrPuNxFWw7le0gpsVgXrO+RbiX9PV2+mS5L77/SZGnMPshR
XCvWHTnb+WlTRvJPWx8m/R/QSpaxUnMqbY2krU5M7a/QTAXp3ZSsAP2u5Y9C
ObaUsIH2Ir2do9nB5EtopiN953hYRmLQ/Rb5pRIe/e+g/WpWipumtKuv1SwV
X4y3GM4QKeqy2iBmtFL9TUpGkH6ZNEN3XmP5eZAt3r3Cmw9LaujLmRoi+apR
zfri6/6QIbybtA/Ds5cUqaH91mQ7ZKCiTctJOSyVrx6tNCdjgz3SGoP64/+r
aQvjOm243yZYi6jL1knJiV5Z+zMcOUjf11tGcbA1nCbfYI7Lfi9/XXScMf6C
1kUbJH6X2KZU6r7UEBVKPZT6iQqnlhWdVLd693r36lPw3fp5/TuZL2RG6U9n
Rmce1n+V2Zl5U3+W66WDA1QCIwL1dGiR0efk68q0yLhzuDOxDj+5jplp9czN
PKOf5xOec5k7U9h9zAbm13lfVEddWg/iFmpFZFWQdiMucjqOfhfpWPkO6bj2
MknHDWeJ7+az+LHtLPJz2avNH/2PDXc03P2O2NfwYMMjDY83rG0p14KwDoXAk
nARC4eJwE6ol4ZZAKNwG76K2D3cKdw2XAr3C5eGi+4QHhwUBIeER4NdNDAuPDE8
GZgGzATGhWcD84FFwNLwCshWAWuBDdSfGN4MbAN28n1PeD/UQ+Gj4RNANny0
0Ax4oLAAiAHpgG8ENAWaA62AtoG5DoWdgW6FPYAOhWVQK6D2AwYVWDikcVjgS
GFI4BhgPPF44Be/TgacK5wALAnVx4blCLcDqwnWFGwu3FG4v3FW4vRwNxwqPBDu
VXi48FjhycJjERWodiQccVQEv0rhwDrAgUBdHmhWuBFZFWhSejLSItA5UO9Iu
0hHoEuke6Qn0jvSJ9Ic6CBgKDI+Monws5GMjEyKTwE8lZkA+gfDN+3qzInOh
9gFG8d3HXKq9aU7kC/m+JLIcKuyFdahVlK0B1sP+Jqhbg8R3AbtgR+T7I98H8
QfBHgOMIwxq8C8zzzvl41/DsIswdhD+9RHbKDllnbMBcNgV9IvQjCcFDsIQwH
EYaD0WS0GGgSLYm2hNoGaA90inalvBTy0miva4Dn4vsAF6GDIexgXB0+eV+vMjoC
agnQle+jgXLKxG0xNw78RL5Pjk6DKvZmArOB+dFF0aXRFbRF0bBCG6FQA
qrgHdY+4IWZjTfHenGZbweza6GzYXwVsEHdEDjNtfZV6Eg6x2wHyzrSrW6wH
eHErkMXKYhWxfnB3IFAGDAGGCR8bGesXGxMbT/7x2BSq04GnYgNhpyw2B/pz
Ygtii8Evi62k/urYOugtAL8gUIeQH0M3x0xOxGvG+h2e2xdVBXQtYPGCjuUL44
titQV9LtkbS7F/wBvh+OHYMqbgWy6NJIT6B37GSkP9RBwFBgeHQD5WOjqyJj
YwWRSeCnRpfGVaxRpCfeBTQf6M2Kzoa6CtjAdx+zqfamu5DHOvN9SawHeNiL
daiVrQHWIwyboG4FdgC7YUfk++DuPpg/CP4IcBxhWIN3Ac0HetXw7yDMHoQ9
vEd1yA5SBrdprkPkIPwTvQjCcFDs5WVIv2KgCfKzJdQ2QHugE/JW5KWQlyJP

ysH3BQYg/YvxLvDN+3qVyMtymC2HPXkfDZRTJm6Lub3gD/B9cuwYVLEXyAqP
xe14GHABL9443ixuQ9YiUBuLfl0zhceiO/neOkC7ONrHeEegS7w73nsCvYE+
5PvHB1EdGqj9qX+6meF8HxUA7sXHxicAk+De1Ejj8ID4DGBWeECkcXxufCHV
JYE6V/TrmVlOWTMf8SpR42uA9fFNeN8a3xHfDewDtsYPxo9QPR6oB6l/uplq
eXf1ACFR3Ygr/1MtdptEWsRttwRoiXRoEW/stqHalIAbi/7pZqI7+d7eh8QX
akeA6ed2AroCpeT7u72oDg3U/tQ/3cxwvp/u3gRgEt0rd/sCAwK1LgafQVYJ
jCA/2h0HTAzUuhh8BtlkYBr5me5sdz6wKMBSd4W7ClgLbHBXRMe5m4Ft7k53
D7A/0t09BByN9HFPUJ0AdYKbBV8fRwXREPiFviysQ61ys9FkwgQKoiWJGNR0
tBfUXolG4JsCjQIUUG8c+ImBbCYwG1jqHoouTTSPrkq0An80VpBoFSuAu0sT
bYEOkGV9wIzod3Czsc6+LM/HyhIFRL9EDGo6tgDqgkQj8E2BRgEKqLcX/IFA
FvCJzoluQA+gDKgA+gEDgSGJYYmRQDegB1AGVAD9gIGArz8mMT7xeGIKMD3x
VGJOYkFiMbAssTKxOrEO2JjYktie2JXYmziQOJw4ljiZVEk7GU66SY+qoHGy
WbJFsnWyXbJJskuye7JnsneyT7J/clByaHJ4clRyLN4ngJ+UnJqckZyVnJtc
mFySXF4rr0quSa6HuU3Jrckdyd3JfcmDySPJ48nqlJ4KpSKpZKo41SRVkmqZ
apNqn+qU6or3UvC9UuWpvqkBqcGpytSI1Oha+bjUxNRkmMOYU8Z2sb3oA/ZG
BqVmog3fi7Z4b2Qr+IOp2dFioE1qfrQ8tSi6AjgULUktZZ98tHBBakWsAng8
NRsy9HFhPbY4tSjSExgUPRqZBHUNsBX8wdQKuLUi2iasR2VV65KvXdad3cV3
9zZVu0bJWcrHuOaYX5GUGcJZpiMzRblHhLc+w1mjuaAjrM8LzX1RqMxWGSNk
JRG0GecuNM57dBRqrOEsCuKr/2eWSy6mzFr7M8Ovyayy/rLMYBh27msyS2lN
ktke4xecBboD9BWuPrwmKxT+3Je2suZV6jYnP4J8e7r8OuhvrC2kSDftL6bM
KvzFWgz6J6sN545sFaxTwLW14n4w43Qn/bqZEs5ryYwTeJIfeoUzTq9wxukV
zjW9whmwVzjj9ApnnF7hjFNbrjo9kP0LqcyEtOWq05VZmfF+gCtKbTnn+UCW
q8CSAmqGP6POVeCBslqhPiWrb2pD9iMqP9Puz3JzVlk9XfP/VLA2qiVq9qlg
Dlk9LSuYkLxROxOlamS1qL/ko9ZS5rWCmUMlLuuHs98ErZC1V4TkNZn7qpGZ
ru/W/Ii+XC/UlrtUutfMoJzzvbJSE6w7P825rKd987asmd5Ak0+LyWB1+Aau
895QM0/l14grc//BsF1D2pSUa8dcNVY1T6j8+q+q+SZD20jl13xvqJmtateC
OcOmqr97aoaN81eVXI+u5IpzZc4hHyINkw5kTI+TLycdQPoo6c2kXEfmPF6l
P4PHteZKrjVX+mvKXHGuzPkuX0F6FSlXk7kSXVlnTbmSa8qVXFOuPLuLWaDN6f
FbyX/APkd6r8DGHlqRnCuvNyCM/XVTADDP6fLA//+LJycIp9fhd9EWkn6JM3U
XYV/gRJ/FZ47EM6wCn8PJWwxgpV3mY3c5QwljalTM5+0JSuPoFwxD2Y+2zKE
P6VJ+iv1qHa94AZS7hOo4Yx67sOUTKJkI3nO2dZspgv/QX4l3Xmdkg+RXkvJ
YvKcj5XajRByD4D9a9raR/4zqnauUlbZIKdEZtEh4WkJWWlD/HWNpx3mr+Ob
kZnVhKzFQGKQf4S2qihhmmSZ8rluA8lh1pe/0x2TEpnXLaULT7PVLeWaTqmf
L/azlD9LybdJ05xrpZsOy5KExF9LAm+o09aSIPFX2WpXkdSu0JXigiVrCv7q
ZEJCAsoZZn9NiiGpu7qUkNodrEnVWWnSEuKav+6pKu0/gt7gyD6KG6Q3Qcjl
jqGnZaUYPEsvdSvt33PtyTrXqhnMRM6+PnWGOW3OXWv36jNqZ7bvNV5SsvLy
BqmU4Rk13yHITD730rQUCehIyj8L+gjprqy0PAPJn6yWcn7Sl8tct9bA52vu
IyVf/Sp1Py7xrX6Z8oSkj8zGGz+QummsyA4DLZPUA/8RytOk5CUkMP8YzXRi
DyJt9R8lJOg7JDf/WCOrWsfERz1qSXu+IycrcVFbetgdoqtXUHe6KftGXgr4
3Sx7str1mEi0x8wd7DGFP2bKyu8PGcJPyK4hMyk7hcDfTx5tS81IWcGvcSW0
4L8nPFfSV8gowtRkFAF+OPgeslZrTJD1WeOArNWCIx1EB2r+ISZIXRXmZV11
FVdOf8B1qAPmy0IDeSfK76bdLqStaGa5uM/RxQpZTTN7iJtGmazmwK9Nwuur
6NdSumPRnXvJR+S+PImddaXEDvz95BE7S5dYWNdKLMAjFtYoiYV1rcTC6iax
AH+98OKj1U1iYXWT0Jo9JBbmbyUWMPMy3fHlnShHLMy9EgtQxMJKSiysRRIL
KymxsBYxZZZKLODXs8JLLKyklAe4Y9Gde8lH8ismtWsl5C2/l5f9KsFqi+zB
UGHVWOmqRMn6rOMW4msy6sbcjHu9l4JE53nvcptV81rIP/HrvstNJI1U0+C/
+f7oVNbf+xkrhMpIUptqyNr9VO6I89drRhgjL2i9Rs5Y7qdU6nOpz6lCniER
8aoyJcrNjMn8QD2aWZn5IfoRT+ieJ2s0BSeCZJVqaPpqPWgNC87J15VpDWPv
7E7DdB2+0SkzDZvWM9f8jH6eT3jOZe5MYFff9RB42bFvnvcMptWHn00G3MFZo
2MNPu3z6XbR0LDj/dDwtDvXTsewySceKs8S331n8GHhm+Tntncqfp7UeWrnW
XxuijdDGao9r07RZ2JhJtbZZ26Ud1pVeoCf1xnpxzY3V3V3eCUe+m99L76AP1Sn2U
Pl6frM/5iL9OX9Xf+Xj+gnDvOIGJ7gtH63jGdM6u6Ga6Gt6Vb8m5V6gb6OfMdgy
bowxJhpTjaeM+cYSY9Wx1thkbDDf2AeNY8NY8mbYuk9cgsMVubHcyuzuK+zwhxg
DjVHmuPMSeZ0c7a50FxmrjLXmNeY+87B5wtKtsJW2mlgtrLZWJ6u7VVWb1
tQZZw6zR1gRrjXJXmmXttlolZyxJZrt3X3AACnpV27Yds4vtZnYru73dxc5h
l9v97SH2CHus/bg3Y2YpljVrN3Z3IX2lX2OnuvzcePeax+yjxKKXSCSTmOnudP6eh0
c3o5fZ1yBTqyhnvTHZmHOOcRc5yZ2T7zV7Zwdnq7FO608hpcrOtwLmO57RwmoEr

cVrCdvta3bZKt485rZ12TkdwB6Hf3mkDLuu0dTpgHCy6LURfmWLP6eR0dUrh
c7nTVxm+W74M+uJLY6eZ0yVwz3DCkLWmrAX0ERa62hlh7+GUQULVqXD6IR5D
nGHwbaI92Z7mDAQ3xl5mr3T6gBtuj6J/uj3Ynm3Ph03d7mcPdHraaJvtdn54
EKMyu5fTwR4Arqf473QRXXuo2AcXsUvFZ+h2sSvEPrhOsN1S4psPFbjusN1b
/BU/xW1wEkLfrugxrfw0cMS3fkhLhB/cIKTVUGc4uEq4O4ChGoh0rqDL/aGf
1x3hjHbGgRuDvHvcmQJukjPVGetMADfZmQb9meCmOO8hVxeAm+sshH3RnY9c
XuqsALfMWYn0Q6oh16ucNc5ccKuctZIj4FY76yS9wa1x1jubnO7gNjibnWKM
XXVno7PF2U7drbC7wwmD2wbbO6m7HW5vcdK0u9VZbx8Gtxm2V9n7aHe6s8U+
AW5THd1tge4W6C/DGM7XXWhv8XXtufZC6m63Z9qz6e8OZzfL6R5nvz0BX0a6
s9dZaY+2x9HubnuY5C9ChNg6qxiqXc5e6sKec9CuYJh3OnvsnuCg5xxwJCwH
nSPOcbp81NnvnHAkLMeck9CXsBx3qkO6sx5cNmRCFy6HVMh2DjvLfF24LSE9
4WThtoT0JGxvcabX2p1Ua3ec2HVOwjZCGtJDoVAEX0t6qCAUC6WlbITckB0K
OwhpKBJKwi5CCr0C2O0KLgx9z+kALkm7rUXXWQS3S0QXeX/SaaTobijpuLSb
DjXCt5se8kKNUdqz4IpDTZzW9jFwjUJNQ83tg+CahVo4jew94EpCLUNt7O3g
WlF3E+rCUnuFvcpeC241WhjUM3Dr7apQ2I4iYbZ3Sj2TMNuH7en2UxIj+4g9
yZ4KzrZPOIftiRJftEj77DGSGmiddtrDmVZmSNmDwVWj9q/Hd7OkJMql3Zu5
EEPZKAV3xLFRNjqDO+RE7NZ2O3AHHNMusVuC24fWr5HdVMoGWkLX9pi/Bcj9
CHPftbK2ybJRbB2zTrJsNLIOWkdYrhpbe6z94Jo4JdZ2axe4dWh7Flhb/bpg
zTal/q5lbdjml0m4vhHcDr9kgduPcKFkMVSHxURQrpazlh1CyUL5kPhK2QmF
/Tzy7Urui76fv36ZhF4fv7RTd5wzMdDdKGWSZaPYkbSX3GVpZ/6i/jN/k1L/
wZkoVb5dF6VjpDOGLh/3WxWUqkNocwZLHkmZc/oxVGyzaFd8jgT+luXLpLR3
+XIVQoqHGoeaSSsNrglcbsEyWYBQNWGZ9JAax0KN/VJnr7RX+6XOXoJvZNq1
T7BMIj4oO8eU6burRULNtWKtiVYCCUOiqvEe0iKaf9PrJZ4zNgahxMmN2Zyj
4v6+bA5fVOobqBX4ShNd06bui7L3XC/hzGKJmDFb5ThfxX2UA0SitXOK+L0o
8q3clTlJ5KFBMh8TelTOqrSnym4yuA7eeNl5SL6NuHdssDkN9HvC46soA/Mb
jV8qrUF/cc3ubX5Nac4duf+C7jUyo2z+OReT0Aqvf1R8sbrJbl+kNb7a7avN
H0GyWswYf7fx5WeW52R++isyV61NFLleUv0K4yV7RUtqSsivlm9Nxnc5T/QI
icvGBPkmMwbxy2wr97YPDeSrKQc1r2eobuOe8SLjCc7Q4PvemmMij6wXKe9g
+DuFyyi3KH8YoR1j3iNpIrvXzdvozhdo/qOBO9+k+VvpQidKOolEZkH0WwJJ
E7oj37gDxQVrMmeD/tf4C3etyvf3dEkTc67satQGGx+hPCy7RI2fwXzDnMzB
zJddh/pNNScgH0H5F0VutTInwX3ewAlbOiU7RcJ8n2+0oPwjTHmYt3+ae154
Yy75h+nyTrp8GPkYMoeAfiw3k/xt5AfRzBbwRfJfEHuquAx+PXnExdwm3832
1YGProRQ0s0an7tG5gkkX8xySSstYjjg/y7f7tpKQ+aitkhJVlvl15hrf5ZS
l/2xzCWQb8aSP9+Q1GgmaxHmF5jmSr7CzUNiErzI+5oPgL8m+z+g7Y03mYMP
yO33Vi/w/8tw/lV2ZFvf5S7++cYUpsw3GdPfIvzDZVbGrJY91/a3uEu32npE
3JFdvdYo2dWLcL4gYTA3wdZI5uN8Q+bnXjWrEOaRWTm/ZoEmO4JnCK+/JuXE
+HogR6k2rjBlrroH+W+yRDUUXfOPMutj/jkw+Sfwb8p3v5URidWL6XmnzMmZ
SyW05jW0tdSU/+4slP3jxgTaHSF29WWcy7mCYehnyVzvEMpf4P+ZamjycUrG
ycyr0YTz30O03yj5H8mfKZed0TeKXL9DZjH12fyfx+EghGJytqS84Vj/IB1I
9++iLd/9v4jclH+2PUDJOpHo/5B2xigTH4O9SeOgau+U/T8aKwH2xe6OZ
krao+hhsPczZrL3UHUJ3vi4SpCRS23xCyrPVXOaNzLFMkwpT/kE1yZB/15XK
PL0+j7tc+4t5vYL/EjjGmFZITPWPMo6TGMdJjMvvJV6gws8z/kF/xe5/G7ln
+iXZ+298Wv7pZayw5F9Z95nrpOTIOo89X8qSNIHyV/uJIJPqMQbalupjUhOz
26S+KyX1vdrT0dLmNkuNVhukRld72jExKet4Solcayly9VOp6dpUqelqhtRx
jTVRWyv1Wq+Qeg3XSuiLrCwdkzSB/GG6+Se6Kf/lWiV1XP+b1HHwt5GX/4H1
lNqN0P6C/HrxXeq1dqtIcpulBKpXpUZnn5UanZsldeefy8VH9Smp0Qg/dHNX
SY3O/UJ0s9u4ZqWknmb/Lnzua1Kjc1+TVFVtOJfWRnTVp0SS+4XUYjVQavE/
90s6qBlSl5ECls9IXUZ4vk27siP7pNRlxHoeY81VNakd2lquzwzk/yf+JHVZ
fUlWJmfFG2uRbuU8/wX36t0h+6RU0r6RefG3FxPzRTVmYaymCmCaBIYVyv/H8W/Q
lX/YmBpGIkr38EGpIPdhT+bsNDU8Xhl/SGb66pzt/EV3GO85+VJwyvMYd6X7
K7fKfdY/6TlhJMyExRNp5RTa4ERknvg8KvFVnvj3vcQMnvj848RCnvj8YmJd
4qXEpsTeN9LHEzb8b+IfiWOJD5Te5RRdyT7eSDkDkl9Jfi35cTc
5DPJX/IU6DX5U++6Ds6BfS12RuirVJNU0dSNvVLkvNdi/hSU1NPVgaljqodSX
U6NTD8v8zzEzfmpfatfEfeLfuApmcXUDpw/cdBHQN0CdAd4FH7X0O9KmHfDfjy/u4eofhCOv
5jEIGBqow+tgVICxASYYPcmAVOBGcAsYI5XMuasaY5UqnpYUw/u/hM6Rr
PuzrA2wKsDWAuLMjSJ/uQVx2B2rgFvJQRor+OW035Pqr4EZodUO2WgX3FvvH

RI46KiOP6Vn+F4/yUprcxTHxLtrdRXnvXHvS/qTruL4mfE+f0syXSQ+RTqV8
qs+L+1rCd4f0MZ/SzGPU/Rb92kBJguHcRfl1cuOzdl1W/h2z1g9bjquTlF9N
d66mrVKaL81y5ZQhTFA+LtAVF3rTZbYCqpPq+7ZWQFeWP6MuZ0SrQq/KW6+i
3ibvsGrEWfRbpP7onc+Kj6sJapKaiu+BWWquWqiWqOVqtVqvtqgdaq86oA6r
Y+okGhtbC2uu5mmNtWZaC6211k7rqHXRums9td5aH62/Nkgbug3XRmljtQna
JG2qNkObpc3VFmpLtOValbZGW69t0rZqO7Td2j7toHZEO65V6zo+mSO6nEA7
X1sEOpt0kba0VjJZmwY6UcO3tzZNmxlITG0mzIoJQ5uuPaXNgWQidGbDhKGN
h2wKJNN8U7BToeHLTyvT8IWn9dDKQNtq+NLWOmvdQJtrbSnBF57WSGtOSSvQ
mNYIdKA2BHSINqyW76wNBO1AN/uRr2tmGPlhlA+hmSH0dyD9Haj1oK1upJ0Z
tg6kfhha1YazguYrxLyaSfM9xLyaTPPdaL4zzXdmmDtIDwG9Q6T7SfdQzpiq
baSbxRd8T4pfzcmvIl0B2kotRaq1Ul1VKSSm1kx1wGinRb5e4otFyvIo3mfO
W/flZEhK+lPSXL7v2H+xDhkv+19zUvZNufUU33HUZX0yr/H/J0TdhnTnVa6b
0WUtImXf4hnGmsVVQb+um7LKasb8WkVe7i3FNwhdZt1yQuT/Ql/WMCRlNL+B
5v9OyRbqNiPdQcoTua325BeQPh/4At/tn1NSrVS+ZTK/ILRBsR9HUP/kZTlh
e1JgarrUWzfuJt0i13MzbolX6MW8hJf0Up7shfnomXrt2p453/P+g32t39NK
Lys9bL3+NdUndU+qb+qzqX6s8Zqy0UJ82GvmfcQr8a4OQiZ5tDYImezIaOa6
bsotdlvLvRzuXW6Fe7fbx73H7et+1u3n3uv2dz/nDvAiXtxLey29Tt4tXk/v
M14v73avzLvD6+3d6ZV7d3d3kVnvyb7D/OOP6Q0QdGHu9JjPxzs2V8vadOnN4p
tS/n+Er731zZqhN6Jzkd/D5vMtr/73jTVIk33fuVasHTwXvJyc7yfzel5P9u
Ki3/d1Mt5Kx7Y+B7BuO8zA0BhgEjgTFKl//8GfLv1NPNmcbj74Ap59C/GJiu
LKgW+adq5fXj0xLjvN58+mCUNijgh2I0NirgxwITAn4SMDXgZ9TjZwX8XXGBh
wC8Blgd8FbAm4NcDmwJ+K7ADoyjh9wEHA/kR4LheLbyh+zIjFJgXPgIkgeLg
vYlRYrQM+DZGe6MTua5GE9BS8r2MctC+p/w1BgTmxZ3BRmXeL2OEMZr8OGBi
YGayMc2YGfCzjfnGooBfCqwI+FXA2oDfAGwO+G3AzoDfA+w3DpE/CpwI5Fm9
t2n6crPAl5kx3zz5NNAIaBq8NzdbmW0DvoPZ2exGrodZBlpBvp85EHTIKX/N
YYF5cWekOSbvlznefJz8FL03W6DF+J4coh4FtTGq0nJfVZWgrTiHeMzwdwLP
JJV9g224C5czvMZiY0JtvxLLyWyLJnOXkJdRspQSmQU+KSa1r4hdraXxAPkM
92m8zLGxlf96tL8lYbCfQz+IOXdI32ydlHkKcy9n8d6Q2R/rWs5AabKfl1tRy
O0QuZ244IfkGNl7O4WvWeFNmPYwDMvcK3V3Q/VCgK7Ox8yWE9mtCYWaHyCVU
ZnHuKtLXRSJfy2axzEuC7pZvbP33cGeozKuqn+qFcKGz3pq6CI/9IOyQtF8T
ar0oe8zst4yj5JfT96P0fYfMRklqWElJMZh+lZIySpYKlRQLfVpSA+OSjwuV
1Aht40ilhaSGvURSI3SSFpIa9XXy3uklqWWlN3E3fefkrhqhn0l8zX9KalgduTvo
Wok7dHdRvle+3sXXf0Eb66fi1T8ll5JB2u/pAOouHmvpIO1X9IB1E++HEowhnpF0
sEaJSfVTrQHcaSupYYSVlViU0RdlhzFEofEQKhP5HUgCpt0jiIjzCsIO9fDfe
t9Eu6BFnBLeXlCvFG0uaeWvxbdAusyHzW3VTZmdmp7qZXxPTveXoTX6JfkR2
WOqZ3pn72cOORw8r+2KH13HvAs6vvoCQtFcV/x973wEXxfE9P7O9B4io517b
WyzYVCBrEExs2bGgjsIpbpbYHesBE+1xlqJO2GLsvhRJU7DX2Fuw+2Fixdhdhb
1Njh/m/e3h0nHSP5fr+/24+8+8+1gz5sb2Z2sZ0z0Zwr9xrvFmnWXp0B602Cc
9EknfZGEg66mE2g7g7nMySyjqmyb0+zTEmw7FM7GPZQb7HeR/u3cH9+9+ZHqyS
bZZmnKpwXXWUG/XwvmD9CWMbaJ3l3CC0DarPgcSkQWlY+tn+4P8RmdO65N0w1+l7+L/Pqwrp+S+/An
KoFA2V5kFzPPDCWqD2YzCJ5DEVwbrzJ8rvO79ELkGTXOkzY9l8RRhhgwzKTeYP3P3Nz
AexlxOIxhQ1oLpIX+H+Dz9XIPDC3wK4F+wCfdoDrWDCWxa8DmPy/aB60UY
UbgZBfYAYpPB9SSjJ0Dm4i4YYM7M7O///fwmQeMRJGZZHpVi0xibiGOQEqsmbbONrLMwb
9z4cssJ4EF5R7IIX52ssWvuptvYe7QqahL74PI5HcXTiL50QF8bjjCPo6TSP6e
AMI3xBVt/l5t5r5Xi+Sr26jxuhJ/OsGm8t8Azp8lbya+8lbg/4ao8TbFXsDv
YSKkBXDUnHQty8A/PStkKtwCsEvBrga7lqPwlG1L04rp+L0PqwHr4nje5XBP
XkZ3kLtlQTL2J1OAk46SW8DD/p/H63lrQd2FDag4bRcDqMjqqLjAJtsW6Mhasx
wQCDwajrMMF8vQZXduZArAXUH6A/mKUY2x9jzFDXdyCEHqaAcDM8nfP4xH3vK
5BkdR54BDKCDNKAj/f60PqLcHXXpJh+5Akmdg06o6N0w1v1/E0FEkBiDPxw+3/5/An
TDkUfKKNoKIkCqMaOpgGpTyRF38BMQdAXAy5Mb/23EIvu14zqQjlLAjQH8Ixf8D
OcywD9r7HfQyMYC/+Ra7Wm/iF8UcH8O1O5O5tmuBVkbD2W+Aj/nZ2x3uM6pP5zkCv
MVr5+WmhPAUm8BvnXHLLj+9pL/A4azSWhFrFrHsqu4qslPZPLl1+g97YOVn5jTm
b9/pQ/6dOcSaiOGLYfjT4DKOvxF0mcfL49KDDv7EGl8Po8ie68PWUlljOplhmm
hX8FLcYgXISlrc9L6yljea5hea7ZyrMOa1cfvmvvscC9M3L15Kw
DAuxDH15GcB3JbrbkrB8iS79MMWRMWa8Rm2MfuQu6Y8bfycZCS
BMbU7LI0U+FgGAV9g04dCCOy0tU4EnoVHp2MUZ+L8Pu5II+L/OyW0L2JiUNMBb
AdtAD+hG+oAOORR6ytthM9IbYtOJMMqoeBf+npq/XdXcRViHfw2iaD8nE6B

PbD3GOaN76MlXH33IIVxPJnDV0lQhyLIF82QL1qgfnVCfgCu3mZvCNuaEE1s
tlmWqXAnwZ4FexHsVSLAbIRbu7+YLLyGn2mmeZyOfZGB//uwicQF/rml/LQx
u7sL9H0XbYo6FgGdvhvwxWLQby7jF1ABIPPDQTZvoCfpPebOfFgd1oVFsGi2
h11irwRZKC80FwYK04R1wnHhjugmeotBhIk9xDAxXByGZpQ4TpwszkB8jjgM
fFWXdmhmgNsCcSniq8V24BuKsQPRzLDF5/hkMRB8+bOXw6gpcyxM9LL5ModR
fTk2R2RqvkK83Yj1uS9i/kK8Glc4YjdqXMTmCEdscVfajZhb1IstEX8mrARf
qK0wyW4g5WDw5Vg7YRL4thNDhT52A7XzF8MQjxH6gG9LMUhobDeYcjBi7YTG
4Bsk1hcsDhMpRIEvx0YIFvANEAMFyW7E3EIMpMUxL0ECX1/Rnz21G8HCQyNW
kz0FX2/Rl8XZDabsj9hKFge+ivCM7WA7RC8OhQIYmmMuDDRiUS9cYPPYPFHh
UOAfzeXmGLvF5hEmXBYZG86Gi24csutQrkccEyYxvtp4QYhn7Vl7SB8gOyQ8
Es7gcx/WnscVRrDqEKI6muHCWCEKsSmsOvgeFzqywhC+MJr2QjcIzbH+rDD4
xgj7mCgcsTV/deDL44iFMJHfWiUspjeEGHqDG0ilubAOsbL0Br+HTFhJY+2G
+bGy4MsxIwX5wKkD+pLNCItZCITm+Av+XkyYBjqIw7AJEDcS8YugHTFhBGhL
DgP1mQThORZJw9A3OMmwhswojEUcdDTw7YNamc0wP/pCqII46GjgWxO1Mpth
WnpRqIs46GjgW55rZXYjeABfyIgVAMicdDEw9CxdAO4c8+baGWphDkO30VEs
GjE3rp2hFuYw7BYNZRGI3+HaGWphSSYe5MYhxI7jG4JMzIGsWzI77gjt+Bc4
4ki+P168LK6xjzWaglyLBprwne5L8bTOXfg9SR7U3TxwpaqjtSnA1bhKFE6s
GJ6fVXmAnyUpnMJVQDOmFg5aGtWMEIuC1KyBu7L07HMMyU907sM2oe8E8PXh
azTgux19P0bfF5gvaI4ug3BlazLO2w7g+aaTeDldlgnDAG7BtUM9C0VfD/Tl
+3HNXNtyzcFncq6VOcVcc/D1RcDzACzMd8+77ME3X3rWB3fmTUL34hiXryb+
zvcgQtm+wDRb8TdxuENuDX7t04qvewnqF1Yj+Q5IoBjfAX8A98YVxTH9EIZ8
wOMKt/m3N+KPOINcyilAp7GV/Ds3fkK2OIKXDdIZyb9ns4WBmoqz0b2Y5hXA
RriSWgy/DGzENQRNTvw2ryNf/xPf4CzWi+cF7nw33hseRjyM309+xPUHtgt9
G+K66TP8DkrPv6SCunN3P/wi6wGng6YhLxXVCwypupG78/SB1oOQSvxM4lsY
K4rzkiaKr1CKDFd29dzd9rbHn856a+77PfF9S5Plc9+H5mLQDqDNuvbINssy
FS4MbDjYYWBHEcF1HFq7v5gsPHWdnI6dkYH/+7BziAb+NYgvcHKHuYXr6hT1
qwAz4ElkKdkDsuox9aDetDptA3rKFLqSHqCX6DOmZSVYEIwqQ9kMtpYdYVdB
V9ELfkJdIVQYDtJ8g3AURv5EUYaxuKHYDUb3eeIW8aR4S8M0+TTlNcGaXpqx
mgWaHZozoMcxzWVNPP9+H8wzzRv8RwM+tzQPNE81cWBeuRD8RwM+9zSPNbts
5oUD2wU+PK3FNvPIgcGMQXNJc10zwWZuObAJ4HNWc1ETZjMnHRiMIJojmuOa
5jazxYEBR2rWajZpKtnMPAdWCVwWaJZqvGxmtQMDDUoTqZmkcbGZKAfmAj4T
NFPEe6rRzLJjIqfOKPGOeEY1mmF2TDwDPn00A8UdqtEMtWMiaBCaLppeoPeh
0bS3Y+IC8GkpRoljxbGadmBDOaYa8GksRoi9xF6a5mDrckw14FNYfAw6V7DG
B6wfx1QDPop4QSwvltd4gdVzTDXg4yFqxXwavpcun0bmUDXgIwrPRKZxRzUi
MUmfBL3nmbhFuAUS6hbAeA5VAz63xHnCSfGBcBLgUQ5VAz4XQdvbYjOPHBjM
08Qj4nFhnmrEonZMAA1K3CGMshtxTxIOPqtB57EZcWkSDj6RQkO7EScl4aAJ
+IsRgr9qxAI2TOAahJxkQGN14ISxxCQjVknCwecMvuuMZ/FidfaI/6uG65ug
6/mzo+yoGAB65lG7gThX2Q22wWbuObAN4HMH0oi0mVcODGbXIL+fov7IzSUH
NtyWWqjN3HNgoeATD+nVtZlHDqwu+FyCmYufzcQ5MD/wiWUnmd5mzjow0KDY
PnaEvIINi7Fj9BXQrTlofIfpVaENvcr2cEw14FOHXqZH6BGhIT3ClnJMNeDj
xRrTtXSt4E3XskkcUw34SKCDzqAzBJnOYP05phooQQ/ahw4VRDqUDmXhHKoG
fDrSENqePaLtAbbhUDVYUy0NYtdpEMDqHKoGfE7SZ7QEO0tLAPTmUDXgU54e
pVqbaejAtOBTmPnYdUg6ykmjZEChS3bDlCQcfFzIAbthJAknjD4mK+0GtG4H
DqPnFHqZTFENjbdjYBgJTzJ0k9PT33rL66xF0oNcc2Sb+RdJ7DR/E2lbsdhM
awO+gfJT3T8UIB3BDb9aUgTIF2YA/GzxOiwf4Lu4JiJ8yX1JV7oKwoTwr9dF
T3T5Eb/ofyPwEwd+5y50OuNnENTEt5IG7qKZIfzCNTJMfwXX6cR2GPc1xl2B
2txryu9XSOSlFSrZ8hoCLi9FrhPNw50xceg+gpdByMV1UvYQ69Wcf3kN88pb
GIvfVPGIa0aCG+poq7hexnbz1UAoLb8dZLt6VwTXoVgixnXlvkJeTU/E+Xnr
V4X7gLfCuvfBEzfK8X0pgGLrAP9O7Md1bU0N/nU/1wGh1uUAN/HdUUIzTk+x
IVLyNKck24G5rMTyNMey9cGUC2G+pbAkcfybcaE3rlrexlsEevOS4N3eLiSA
9xmiSflFDmpqwaiphXBNDU83IKQlIUCz7LJCpsIpYL3AeoP1hbHHHy1NFk7U
BKRjAzPwfx82iGjgX4N4fSf3YLAp6ViY1CEdyTAyi6yDudx18oYaqYXWp13o
CDqHbqLHYd5NmMLKssasB4tgUWwbO83uCKJQQAgQQqDlxwnRIBl3CQfAxMJI
ela4iPgB4arA5+tncPXlgnAZ9Lg7iD9S12KE68IUMLeEB8JT4RXHRSK6CCBJ
IJ1wMCeFx8ILSIXjN4R7Qjj4xAtt0NwBewSxR5AD4v4f7kIAdzXWwEYjdgjT5
WsRZwRvNRbBXEeOpeeMKhweay2CHIsbL6AE+cewxN8IlsGsR2yTsYI952WBU
BSOcBBuE2AZhG7vAVzXYHm6EfWBLIHZEiGJ7wGcTW8qNsBysFrG1QgRbCj4L

+NyRTRKWAnyG2GqBQQ9iQiTrzw2k0B9GCo4tFhqz/uAzhbXkRpgFVovYPCEf
awk+41gVboTJAFciNkNQWBW+eiGM5esvwiSAlxCbxm7hWsxwKIkbcxP6AwxH
bDCM2m7gU18Iow/oAyGcPmArERvGttAH4FNX6EbP0rMwqp5lUxDryOZR/q1s
DI0RQsAWpjEwDvKnVmwUjYE4QTRaqA/WjUbDOBgNWCDrRoF36Dg6TigPtgod
B+MgPEEJG9JxEMeH9hH8wJalfWAc7APwAPOnffgYDaMqGBijQ+gexHxhZAzh
mhIN4EYoAHApYkWZkQaAj5YWcJhJHApG+oYWAB/GP+dRDZSPw9yCnvK1KELu
2A1tyaHgQmPhnwEvnLYbWoVDFgvS9DT4HCfb7IYW5pCdgTnpNvA55LQaE41w
OVuLazERTuYBh6BzvSL8jP8eTuYshyyKXCU93uOoWlsc4RhJ83GctudvBugq
/mbgzTS+uvDmKX8n8GYdn9Mn7uTzb+LPRzfrTb6iQ77gYV624ys3CRfVPUx8
B491K87O2/N5PC3MV3GoL1+/gZCr+O4ida8VnoSoU335+g2J5es3dBpfv0n4
hIck1/j4CC7B/Kwl/uUTy4ejTzVefkgNckz04OOOuqeKteLrNGwAX6cB91aY
C98NtouvzbBznFbsHF/nAJyfq9UKTzb8lVMgcTEPz6qpqzJ4JlR7vh6TsB93
UBE85+4VX8lIWMnrm3iWr8dYT/L1mAQJ9ZAvklY6HiYxkMeyBuAuKDMvM1Bs
JtZrCO67isVdZXxXlr/NdySvI/e13uTu1ihOpYSLmM4YdUcXvqtpgKsj63HP
WRc8Ha8BukeiixnvvYjE9vLAkkfy9NVdYlBH7vIFX31JeKLu3+IIedmO1x3C
q/u0kIZ83cUagOFfYbu/4usuUCovznsABXDjPMC/oYpCPprNz0hyfAWUh2ik
vJJEckh6yUBySiZJIbmk/FIhklcqIhWFkN6SN5GlklJpYpbKSOVIAamCFEAK
SZWlKqSIFChVI8X418fkA6mB1JAUlxpLTciHUogUSkqCBvEFCZRHggbRwvzC
/lb0NCcqGhKGGsRgfGs5AuFJLCf/eiwYT3C64Chp2t8rjZZHkxD5S/lL0gy1
k+aonQwzv4Achv+31pHyXl8JsANEpsGOWmrSqiXWJuS/pjaMmP6hcvDWDcTW
rYatWx1btxuWqQeWqW8K2nLpJAMWTfNR438ZrzOi+2fKgXkHYt61bBRSv8Sz
vxv2dlCMkaWEn3nIabXgv1I2pFVygSwHsw3bm9pOgPhfKTslS5HmjKz+L6U6
QDOHzLzYvBL55Abhp55yOSSTi//3ZPPbtaXtKX9fUQXwQ0ShIf9K6fcjpZNR
me8LpEQBfDFo+/K/8jo9ef0W7bj02/W/J/3eqoOI65V7yA7kAVVH/V+rhXpe
qUB8CT+12lXuJYfLQ6BPjIEewU/t5Sto/eQB8nh5AuGra4E2GwQ1DQTL93gH
QR6BRAPzvQAwgU4wgO9ZBRhMWtpnkwBVOvG2J/Q+cXzPTPksZwyel9SFvy+3
9qL8nkd/vPvPg0gA+amovFb8O3tB/kaeLy/F+LmhBrlhfqAQ+3zUbK2D8GuE
6pjV0TZmBRGjI5xB0ko6ySh5SvmkwlIxyV8qL1WUKklYpepSPam+1EgKlppK
naUuZn46tQfuLOwl9ZH6SmH6UH1nfRd9V313fQ/+PljdW6A/rL+BewuOkTq4
tyAYR5+apD3OYNQvt+dmMWdlHXLuBRzVRwojgiHE0Jq44C6D3LacgzDnc0TC
nItAzrGkJPYzXlu15v903lBr/q2po9bzskzvDtJLuZao20XZohzZQipTlSNO7h
NOk8dfl1BXQFdV66c7o43S+6X3UvdC91r3Sv9Z76fPr8+oL6Qvoi+qL6Ynpv
vY++uL6E/kO9n3N76T/XD9eP0E/Tz9DP1M/Sz9bP0c/Vz9Vv0C/UL9Iv1i/RL
ysYqGGGQVOAJ9jkGGsYmxMTHE2NL4sbGj8d1RNjB6PVREzUJJg0fSfxE8TmymH
yd3k7Ycplym3KY5LM+8znzd/bb8pvBS8QU9IHIKcOe1HSizLdZb5M06Q79w1AR
8+j1Vh5RWc7DReoudYd2HyANIBTzy5ffHvMrhvnx0+A1+iH6ofrP9PMkPkeZZe
7+iU7/wst3ou6ap0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou0Tbou
XW3s4XHQwyXzj9C3i6Taw/6JXJP3rYX/X/at1CnT6i2+j85ya6SWblKvejv1
Re8p9fT70OL33IdSpxlew5lHaKutBGyhL8fk05IlwEHaeDc7wyjDYtEex9
tbH3NcEddHw1yCB7yHIkSTbJslxALiT7yf5yObm8XFGuIleXa8hB8kdyXbmN
3FbJiXnqbXmqX5kvzXROUDbdGt0mpFDW8uTUbehE3WVZbkMq9ZOGIlU8pSnS
FOi5s6RvwHW2NJsI0lxpHvToKGkhSNBF0hLiLq2SVkOLrJXWkjzSOmkL0Urb
pO3EpJ+un07M+ln6SKL05+nnkf6+fqFFKaR/pX9OCusT9YYmkmIEY
chBvQ05DLmIx5DHklWMUMeQ1mUtZQxlCeVDU8NwaQGua95n1kjPmA+SD50nze
flGMN18yx5OJDhnV2ElG/d+vMyO33uqpy7Nc4//FekK76Hvq+xGCrXwH2jfI
qZX/79eZ2tqYonZJyIosS8oSUON50rfSAmmxtEaEaRol8UbIbf+jf6RCgvNYGY
+jf6RCgvNYGjcHV4Aal9jDkglLnNUgGg8FokA1mKHdHZo7F9B9/j4DH9
gg54T3dQdxTmLs4blYbIWlXznlkorSN9JqqO78dfMpxdxLRXZ1n13Hh2/77AbP
TxkohUuDpSES3zWUQ34ov5Rfy4lmatZU6fxXxc/HS1/x4m65/eKouQb1+
t7SQgmptExaLq2QVQprpprpppppXMeyGyEYEB6LD2O03o6b8XGKutN1WT O3y
Y3A35H5Li1F1GLsG08fY1xhm7Gfsbxxk/MI4yhhhHG+cYJ2jXqysjr+mWXS
mTxN+Uz5TQMhUwfmEqZLKSJn9TOVlUly1TkKm2q4Y6pnqmJ6N6nqmJ6X4WNKfkT
J6bOpt6mPqYDpTDkmRNcy6K9vEKgOjcK7dyPNiNvAKagOEnoxD+Faf/g/jqqfkT
R02+A5ia8zvzCB2GPLL639b6R1qL951H8iv/5jww1E7NgdjHneLs9+G7Rd2oP
d5vOnh/0dX6ykbfOV8dXJF1sfTWB91XXH2o5eluXz5TLUNgEzYyht8E9FCsD8

BeYszQgxtDB8TJihNcxfNDh/cUEJYUSZxNdcgv7x3Cme/MVrrt6mw/eFuPG1
OH7KlKyV8/KTpMCNSaVlPncW7SdsYly+npTbtj4lQmnbgo7J19KZfrt+H4Qg
quRDvVld3XorlFRRLofrhPlw5YrT3h/Km49UwvD8DkGal/OHC5SoNcTTQmnU
mN5SBcynp4Gfa8WAF3VYlhlzVEd3fvMflfiKngs/x1M+l/8sn5XP2c4VK4rl
SgopqHnY4vA9CmcgLEmR6npHCA1PFeha0OCFezB/IqIcJ/8K3HxVvknypJLP
+lTyETAmwZgajJkzRZ4bHDWh+lspfDcm+Ro8bbl6Yeuo/puQjmGOUKK+FPTX
yqbOqBPxu5T4St+MZKH/Y6vjKcooQm1loKEFuVQt5WYHbyTR084VbihVuTSd
qJukm6qblkYaW9JJox1oPaosX2KT4ldQfv/JZTdKZy6bnSXzeZTM15JJ5llg
hXvapO9ckLib9Vtxlp/IpS7oSHGGu6DNeRhlY0ljJZsUboJyt72xt032jkJp
O9UYZdxovGx8wnkdZGxlkKedTQtNK0wbTNtN10y3TS9Nr+QOKbhjq4OmeaVu
yc/PNVTkp9bCOHhQPiQflo9gbM6x+Yh9lrsNqWKUJfz3lE3YOgkwZnxinOLU
x/GWTLIde2teaOtP5FxyoIz71qWBKcLtSC2coUeKcN+nml5/LGcJWxmLYsiY
NEKCK7TSORg5X/BVmlRi7kyjzHw9m/MAtD+23kuDO7YItAem4pdhKgLXGA38
Pj6RU11/RH8eY/pmGJPxmPzfEScxZVZjHNbHpRJjV5q1dHOmj0OSvh17d5rU
dYXYV3TXQSdJAI4nqcTdk2bOGoiZFI9BeJWmKufuTZeiuYGXiwIfAxfbziKs
mIyP326f9FJTT2M5QuylKOFUin1pUloDfamYrqyN3jyer1O8/am3KpZdPcca
46ZS7wOplhRmGwaeayBIJi6V3pZIXOJ1Q5k3wC71QDpx2cQI00WUTPEgmRJR
FnE5xGUQl0CbDFuSSaGqNukT5pA6u41nuORB6ZK8ngdSrWd/LGt6/Sd5rQ+m
W2vRLnNTaaFDafKXCFz9u+61g7t8M4jFbLkJoNMWMLVJJa/Daeblir3oAu9F
0IeaZCmuCP0AegH2vOTlPJw6fTFe2uU8Qt5FpiVP5Yc0e31ymdEkS7FdnSWG
rdYB2E/tcWNTiZsyT/uYwUj5DGMnz1ONy9+c8tGyOp6iJkIcHoPvUXVJRWs+
IV+FucN1+TpR5Hj5FvEEvQJUsresF+ixdUlj0jzFGSLJT6uOAdlyhBwnZ8gF
cpnEkzvkEXlG3kDe/OQtBr77HBDP+oE4WwCuA/NPwcVgmG3fUWah7Qtn2808
eAOPMIufYChqhU/xVpZP+c5jsRLCYLxl5TLCYY7bVNz47R8uf4i7EM7Cfdi/
YVy+jyaEn8wl3hfn2+9FUW9Ecb4LRbzAb+MW6/L7KDQBuKN6Oe7b3stvz3DZ
LA5JoWv8mKbETh7yaBpjQsreeywdKSNKU3W7oBe+zHQ8Vaoy3e/61Eaq1OKo
PO4CvcUdtMYCoDO2yXRu6lhFdcbM5oWjopDmiHg8HVpQaVoqmsPxNCUIlZam
MoakFj5pDBFAeoDsyHTJVBnLQOK8znQcO82KpUKz42nSTA2fXC9MPYcethzK
ZJpeznokgzycJeWJ1PLAGifJ1rdpfCJdGjMYpVMbo0+QtMajtMewE+nQy5hK
7VMP3w1LZUiVXunkgG8zk+uQJ9PnLz6y6qel0pIn0+X8ZanU/VQm6JU8l9Pp
cWSq9TlN0tOwqa52FnNJ4rK3eeandOmmQY1kmZMkLJFBXLWNXFQdGvR/u7zx
f4u3U4vprLNzqnTPdI6cjwQeO1Wd/adM94qsxPol1flq6uVDqWhQ3zk8xvvx
+G0D/H1ksX/oazt+umyg7CbnJLWgXLnJR3z9kNSTdbKRNJDNcn7SRC4oe5Hm
cmG5MGkpF5dLkc/lUnJp0k4uI5clHeQKcgDpJFeSK5PO/CR70lWuKdci3eXa
ch3SU64ntya9cbVouDlRcSejFQ9Fh/ueRccJs1/ATG6kPJPI+I0fX7GUzc3N
LcwtzR+bW5vbmtuZPzGHmjubu5q7mXuae5l7m/uYw8z9z9QPMA81DzEPx5Hm+
KvaUPKVaoq6i/EtDN6QdpxmnlUojYuMwzpFn/j+gEOeKcUQ9nVblCv5uNJOr
9Jn9/sKcoORMty1Sfq0qIn8DL2PP70GGOnp+9pUvvTI488XP2VYGPm97SiiN
4zfAEu/3zHs1pFrAe5wDSyAH+ilH+iEHWpADayAH1kEOrl8c2BA5sDFyyAAhy
4MfIga2RA9sgB3ZZGxxgK2aQ1rXY7gxXFyEjkDCBYdCvyVEg/HmTjPI7rDn+D5OL3FjrNHdC24P2NvBCa4QXnFYwg5JWDwnc5MXALwuA+M/+g
j82Fac0sm50HNtr2/77sctv/Wie3TU34jvecn93aAXxZ6AXxr6+hs
psG8NGgQ9x+sd2btpXcoSxIdI+lwGgFmAp1CZ6n3cNHl4DYP7Fq6ie6ge+gh
wObRo+B+Gv3iwF29qQ2+H/bY+uoO5MA4mgf8r8f.8ر/8ELuB8MNZAVYUYVAlmYeVZ
FTqB1WR1WWN45nev8N33PHZH1g3KMAVc+kAKHOM3sYwAv7GAT+IYXY43r0xi
kSwKfBezlTSOrWMDwX0LiwFXmU2DsJEsEsqxHOAmSG0flDAa7Cao4ysoz1N2
hB2HMtjPI7rDn+D5OL3FjrNHdC24P2NvBCa4QXnhfMwi5AZsoJDWnc5ZuseZ
4N3NBO9rxtPGOdyFEM+8pVwXJ/yMZMAHonsrhG7o8hRxfCdMl0LKF7gvQDWd
flhvQnwwQvx+iOG7dNwjjTulAWfofpqXTU2N71eHuNXQF8/45acCAo57L/iJ
M8ir3H0J4riTn99WDHAKh/xGUYBaDCMhxD3qann42TEA8ZYVOo3nRe9gjmpd
qiNch/AAwjsYdxQvs63Woby0nD4QC6nB1NtOcYeGUBYh7l4T5qPvOdzzz9eM
/YVOuIP9MKkb8K/pW476MfzHgz75DX6QM645hNuOo2gvgAfxmqWQ6I3eQVFuq
87fG7+zRC0pCPTySWSkVt6xaGWyB95COc3pFwZZAW4IMI6PAjoMeNQPgODKH
LAC7lKwG9w3wzM+yWEB2kQPQ/w6Qk+QsuUiu4k0M98hjiPkCwiWCeyyJpSJZ
QN1tp0447l53vkv97VvU+Y0HAAMQcn724TfHkTyqC54uQfCkJII36Pmgu4/N
HfcnqTfw4p3pxNoLYTiGbInpHEIXPOHCit/XYPrEqmCYhghxZ1LiY4QeRL0/
RCDV8csfF9BlSksVQdcoKZeDZy1+n2K03YPWXuqM36lItjvPWshtCK/FcKg3
34ca4YRPAM00HGnNKT0KzQygFMcXALVVl9VA8W02XKX4KKS4PTyn/Cikvery

GKhvD59IkiSlSnuQl4m/q1/AqLKN68bgMtkuCxO3cdmQ+JzvbU/8HXe4o9RJ
3MZ7Krhz34pcr09sx/c0QFxilyuAB9ulY+Jz8sguO8F9i13mJb5htzEdmacA
7im/EOHtQSU9sX8pkNPxfUDyrwMEKLfxre9Fzv4HvxTJTImTf4MDEjLZNziU
mFJ+GeG44a6i/V7fZG+XubSXbWniWlLe0fxrnrw381phZlTb3IiYzdvN20lh
Yv+KX7FZQs5nEJ5BOL1T+1zIMH0+HuTDb6fyYYxfMswhny0OtcW4mEEMAdNW
46il+jXDUvmQpO9QLqURDtJQ5BQU/Q3T/gTjnMx7A+JUMQdBnG3mbba0nUNf
xtAdMxn6CobulE7ot1vraoZleTv8tQxL83b46xmUJzk3/J5BeZKHj8+gPMnD
/5EhfZJz240MKZQ8xs0MaZQ8xq0MqZSco29nSKfkMe5kSKnkMe5mUKqUveZe
BqVKGeN+BqVKGeNBhi3I33nzfc0F0PA4DzNsw5RxHmXYiinj/JlhOxawxWKO
OI8zbMmUcZ5k2JYp4zzNsDULOGLZv2r9K8P2TBnnWYYtmjLO8wzKJtporMZS
+eBFBmVLLc7LDMqWWpxX6ZaNiWP5dxLiJU0cxNCRzP78kztY/7BeAXgq/WiJ
+RNGgk4ammGolRBqZvqhrMesh1HvzdIPNOpMxAFNGebR1o5WF+tSay/IKcpa
wTo6RbAuNpv+L+MQJK0yWXelrCOvQQZpncxMKAwZkJkQmaNxyhyt563nnWNn
WKbgzOTDzztN8aucwqVc2gkAf+0C/lr5lmNkmsG/IvysiHJppQVzIj4vcvpl
gr+i0s1xHth2thzTD1Wfz6rT/H2W7NmfZPDDFkqbX4Oc8PTL1ZIUcqT31i8V
CUBJCcVTKagUUgorRZSiSjHFW/FV/BR/pYxSQQlQKilVlKpKNaWWEqTUUeoq
9ZUGSkOlkdJYaaI0VUKUZkoLpbXSVmmvdFA6KqFKV6Wn0kfhX8kXh3Q9QYct
qBQkDNIvRATIozARIZ8iRAN5FSUukF8x8PVWvIkr5OtL3CBvP5ID8vcn7lCG
MiQnlKMC8YCyBIBvJaUSyQVlqgKwqlKV5IayVSN5oHy1iBbKGETyQjnrEAnK
WhdShvJCrIZKQ6KDUjcieih5Y2KA0jcB36ZKU2KEWoSAbzOlGTFBbVpAjq2V
1kSGWrUlZqhZe6JA7TpA+I5KR+IJtQyF8ndVupJ8UNuekH4fpQ/Jr4RBvd34
vEpoIbSAmudX8kOcAgqM80pxpTjUvIRSAmLyegqKRbFA/XkNXZWySllHdcw
B9bKFevjjvXJqdRWakP9ea1yKe2UdlDnT5RPoM68ZFosU15lqDIUdHlWcCkf
UbwCCocAF5Qi/8jPGpeI0HsyHbQLjAJx1kjrcojF7T3rSesejvHxB2GU/Rmf
eJhDWUx9uZo6mHsgMU/j0ylrrC3F75Klnvmy22PFk2z4AR1OQtlj7albYxKf
O/zC30sOd4G2UUjhKEj9B+sBNR+rg6esE6w/2jCUuEmUyiDlk+9QHH3WggNl
YrC0Mdb9DrcoawcHHuOMZa2NrL9Z1zpSj0l8ZE/HqjhCzHg7H+vaTKZ88h1o
U4hk48/6R6aD8t50F+hu00GddVHrZvl3f6hT3QMaX7DeAHvBGpX4EFwuIN0d
/A44SAXrGZAYF6xLuD/ojjeskZnKId4abp3t4Pe9Klcnte9bmpTK78tItv2s
9zIdNJJEAkeOsU63xdxP3uMPNfFs+yVP3alXLkuzz9TKUg53rTOcpNivwJ8L
kE9U/SiO91XrbyoOIU5Zr2eVV4H28ZmhufVMVnpTSkmQJKMcWE+Hy12wL/kt
8aqUzjD1XhnPPFLEuZHlGPHZNfpl9Wc9mqXQnBNikAdjkGfibNJe5ZlTjv4f
C+MAhMxc+2OMXik4vrUDO21DHLq5dQvKgSoAYZy17sww9XTGjqxpaKmmEJWe
LHCmwNs9yBqRqdTT5Uhnjcba Ny2fDPO4+9ZTPMiGu3bcif52/wPkH/lZB1sX
Wr9JN8TJv5H6QWu/dAP4k7/xs8K821oi3RB/p+xnrC1Jtv24PE739/co83MG
/ifJ3/pZO5Ns+wHdZ2Zr6uPTDfD36H6NZOPPei0jyvytdvXJoK/+zE81NBsT
z2MNy77EgWc+z8bUt1hbWg9mY/qHsi9tUjWjAH+LI/1QzriTbPlBq04g2faz
DiHZ+fPDsSlNyvxt+b6WZN/Pz7qDZF+rHsxgbKrzt5Jva91Osu/nl60SuGR2
pg50v0Sy8WflTtf3b/E7SILs1Ge2ZCdlrD8nnzm85/TTHfn+tpwJzL7UgSM/
Jv/Aj+va1p+ysGKW9dRjszX1vdmTOh9drR1tOL53T1qXfm95ZOM4xVd3bdi9
7Es7O364XvRj0mrme079QnaWn9Pa+mu28fvN7ON3p1zeXmft8vmflBn9/q4M
TjftqGxLekRq65Hv7fd19tLl3daws5R+9lGeEVkZrowkRBmtjCGi8qUykbgq
k5XpxEP5RplLJOVbZQExKdHKIuKpLFE2kfzKFiWGlFR2KUdlWeVH5SSppvyk
nCe1lYvKRdJQuaxcJo2UeOUUGaazc+6Tpspj5TEJJURKUBNLMU/DUkOaeuTxz
kY89TZ4m0sqzkGch0tqziGcR0sbTx9OHtIUytYYyDsdU+UL5gjBlhDKCCMpI
KKUIpRxNNEqEEkFFcfclDFQYlco8fZfETRmnjCM5lPHKeOKuTFAmkJzkRKiJB9Rk
MsmlfK18TXIrU5QpJl8yVZlKtMo0ZRrJq0yHekpQz2+ITolUIolema3MJgZl
jjKHGJW5UH8T1P9boFGUEkXMynxlPlGUBUART6BlNMmnLAK65Ae6LCEFlKXK
UlJQWaYsl17KcmU5KaSSUUFaaQwspKZSUpoqxVSSmmmplNSmmrrFHWEG9lrbKW
fKB8p3xHfJR1yjpSXFRmvrCcllA3Ks8hr3Hl6bgOK+QPEtQPGtylbip2xT
tpFSynZlB6T5vfI9sSgx0B7e0O67SGllt7Kb+Ct7lD2kjLJX2QsttE/ZR8op
+5X9pLxyQDlAKilYMQDmkfHlClvecPKYVVJJOQJtWRna8kdSRTmqHCVVlWPK
cUj/hHKCBConbW38E6munFHOkBrKz8rPpKZyVjlLainnlHMkSlIT4o4ADzgMf
1EE++Aj5oC7wQTypp/yh/EHqKzeAJxogTzREnmiEPNEYeEIkTTw1wBnByBlN
kTNCkDOaIWc0R85oAZxhUb9mEVoJrYAzOJcIyCUicokGucRFGaWMAs7gvOKG
vJJDGauMBc7gvJITecUD+SOXMkmZBJzxlfIVcAbnFS3yR17kDwn5Q6fMVGYC
Z8xSZgFncC7Ji1ySGn9wzlCUhcrCZPyxWFkM/MG5pCBygBe2eiFoxe3AH7yF

iiA1iyLtiim/Kb9Bi15XrgO8qdwEPril3AIuua3cBi75U/kTuOSp8hS45Lny
HPjjhfKClPR093THcys88AvQcXgKlaCtpW1AiLaxtjHJoe2g7UD4WbNaTQ5N
DnDtqO1IqDZU25UwbXdtL+Ki7aPtS9y1/bQDiId2kHYQyaP9VPsZ0Wo/135O
DNovtCOJUTtaG0HM2rHascRTO047geTTfq2NJAW187RLSXHtcu1+UpbkBNHC
b9tPsvyZJrPM9h9Mb9n3a6q7NZnMd2ba92XadmXyPZkdWTfWR91/ycaySWwa
i7S5R/Fdl2wd7rfcx3dSOu2jfGTfN8nvKxYUwUvwFnwFfyFACBSChPpCsNBS
aCeECj2EMCFcGMb6CKOEcWAmIz5DmCMsEJYKq/kN1niDd0qopma/1/sq3pzN
b+VOFEXRXdSKRsFbzCcWpg9EH9GPPhXLipXE6mIdsaEYYquvc62d645QbCW2
F7uodBB7if3FwWqtxeFihDhBpZvNXaUDQnGKOEucZ6OJE2XEaHG5uNYGN4k7
xD3OlBEPiUfF02KceEm8bqNMCpqIt8QH4IMbZRCqLjb4SkNYAZViGheNhwb3
XMKPCnimP/uSQ2pF/ALCj9BlP+JzELqiy2jE8yA+gkPyAl1+QpdHCHuhy0OE
7dEF06TLEKqnuExB/AbCDuiC+7NYIsK+6H4T8eMIK6PLVoTqPQS5OLSK6NsA
3WMQlkWXYogfQVgea+qC7p+ii1q2PxF2RJeLmNoXHCby94Y0oTe630L4MeaI
dRQoxuqP7ncQX4EQS0WnITyE4XdimniXCPsOIe40oJHoi/tqrEjJRLVsg9H3
D8wF4wrzETKETTDMHoQB6lJ7hBi2CH2NOFKYIYUpUlgIQ5ffEGIthATE1yFU
eQBbnz1FqIa/hjAY0zmKYZqiy2LEoxDm5FD0Q/cn6LISoQldpiNUW7AlpnMa
fTFH1g9dbiPujfg3CJEarCbiSAFaDSFyI94MR63lMEwnhEgZOhBxlQLIezQe
4V8Y6x7GUrlL5WcL+q7G8iBNGPIJq44uWB6G5WETMORzhAMwNQ/c8zMU90cy
kOUf/SPSm9dzLdrgVE9BPJ50DiJl1I3mpnqqUC/qTX2pPw2ggTSI1rcZPQ2m
LWk7Gkp70DCykobTYXhCYgymuY+OIkfoOHKcTibr4D+exNMZeI/8IzoHzAJM
fSldDamraW+A1AMBbqDblJdddskiYlsKap9BbhDcEI5FiP2KLUCIHCkglYXD
SGvsS0IQwjYIUTYJ2N/UXqryqPAKYTRx9DpBvS8Ce5eAfKY5iPhnWKq6CJF3
Bcxd7I4Qd3GJKNEElAUiShYR+UBchO5XEb5EWBBh6yTuFLBXC0+TOE9AeSRi
LxLV8KNtPMTl72AynO//0Db8RziIt8pK5J7/bmPjHqvXfwGlUutn+7CnXYC+
dhxPHX0E+AW1z4HfZex3qoHeBy4XbOH3wbgH6VFfEkP94SkA3LbQQLKYBkGs
QDyvFNKm9ckd6J/BtjNNIW1yxp42hGvJLeShxz13SCmCow85hRClOtmLEEcx
gjxLsPcQHPsI9huCvElwbLIOQjwWIUpFovLpbIQ4opFzCGeqqVmtAH9E/CRC
7K/4/TMl9bAHjEIcez/BtrRusr4BuN2pXf2Q2rxdwUXbGdqxB7Tip9rB2vna
Bdol0B4rtXgiBKTgAdab+IL1Jv6A87tAg8D6O+hQCXNBKYI7Lyju0qBW1EnI
UIQTbbnz+zqHkQmAC9pi2iraGv8IZ8HgBy3LLQUbTOvSxrQ5bUM70m60Dx1I
h9IRdCydRKfRSBpFF9OVdB3dQmPoPnjmfkfocXqGXkD3yzQe3e/QR/QZfYPP
KxkD68ZyMz1TmBfzZr4YD9Jg/iyABdLlt2wQq8+CWUsMw9N0Th/ceBx7+Vg7
Wxnt5bTHActCWQ8WxsLZMDYK84JnRxhbudk4NW02mc3gFstrL7ut3DQKyp6s
3JjeHLbA/o/14OWCtBwtvxLPnFtJ+QkIpxA/hfg6xNchvhfxzxAPRzwc8auI
X0X8M8StiH+KeCPEryF+DfEYvGAQMJH4b4Jhv04D2J4wC5byy6xyK+GvEuiI9G
fDTiyxB+j3A2us9fBri0xA/h/g5xGciPhNxK+1/2iB3OYn4ScSNiL/mkI5C
l88RJ4j/hL6rEPfCMm+yQe6yHX23U/VECWd9B/rKf5m+w+VwKjoPeQaaiWrc
bNqPXetpR3uA5A2DNgwHOTwMqDOOTqYzULeZjPrOUpDBq0HfQZ0GU99FD9BY
SPsk6jw2Axx3Vj07AvURnBGoOiRFvZ2qeixKSFYmSQ5TVYNVNU9/dOmGUJ1H
4FyGtUOXqoijBqTqySwHuqPWQ1ECU3XG9AHiQxC/hLg6m4tD2AUhhmdqmo0R
PkaIMynWx1byR1jyR1hygKyWrfyPHFIdOY+qGr6qn4+0lZ+HH4/uLRAWRqi1
lZn7lrLV7pGDtyx4b43KW+mNA5wniqLNcCyg+xCinkg3l1RnE7WwFirF8pCU
GkaZ/wINI+lE8+Op6fLA2YE2k9vO18Cr78DZmLrK2d7A2f6OHhOQTZzdMomz
bTP27OPvd+RsxNPi7BlZ4Gxn/abM+9BvssTTfNWxPuo3ebTe2g+0PtoS2g+1
pbSltWW1lbWB2mramtp22k+0k9MtGU+t1TvbjGuEKzsUdTKKOiv9IalGzB1r
5GmrkfMo1Ezb9n971s3n3MBxzrPucTDnvngW7fgboK2pfnWObdS8AsxRTXw29
1j7r3oYSYBuYXZDLAUdfVVdBdiNUeUVd17mM8Cy6TEKorr6o6yIb0QV1ZNvq
yDPE7yb1MX6GALifQBdct2OTnfqteq7RMMTbcihUQFgEobomh7o5w9yFZhyK
2MaCul6IazAC9it1niziipfwNfqqq4C4NsZw9s5qY3lWEYesYTjXsUkfXAUQ
qiBUw/f9l5OywkkCSj6hBkJ1zRP5Q0D+EFqhS26EajvhOoqAI4BNTm9BiDyh
rsSoazlWlRebJrW9gHJUXbNVV6RxfzxlyHMiSmJ1pY6fNQrwc4SYu3Aew+AY
JTxAWB8hcoCoQTgGYTV50x/UYoSemPxXhGiwzrl6ybeirjic4XgklEKL0FdTw
f/7LSVnhJHUlTVD79zikoLrip8oJdW0aVxZU+STgiq26eqZyklARIfZ4dYVN
uOLESSifBFzTF75x4qRvkzhJbVFN2SQOEFFPEFVex9xF1ExElFgirokIuKoi
oNQRUW6JPRCqa33nnHhOn9Q3VE5SZZhw24mT1mNcrIWohh9s4yR+4tdkvPHL
Q1tUW1zrpy2nLa+toA3QVr3ViRWW0lb9x7iLn5VxNkv2f0eeqXyA75Fso6T63gBX
e4UQxHGFmn2CLviGQUCtqjjjnfrOJCZJfgjNkQsboXuDJD4TcFyjs4hDtlnV

9e5fsO3x/QlT3+3gCpyAK3O29XF1xdxpldy2Dq7KLXUdHDVd2yq2Ku06Y5qo
S7HvMXf1PQyO44L6Fg7X1oWiSb1LUMPfJSTFbKyktnoG3Pj2bMwboC/odt6o
53mBplffoZPgiiBDOcoKYUnU928oU23vFVXN74/3UhJejgD45/qmL5Qj2MED
ahv5OtENe7sq0YUDCHXoor65apy9lBGR00R8ryXiyCniSfAiykFRlWLq+8CX
tpLwGcUcPPtOSqbZ+2vLoHZf5S39/p+QGvw95L33Yv9n5sSCqgvh2yTbW1fk
J9tYVDmJs9X5qIDvuAVco7a9Y1VHA5QgNqmBOrGq1wqhCPHtqqDqLfiuU33P
rr7LVmUTU/U0fOMpYI4CjooCznpt0kRNU31XZkAYbiv5Iyz5Iyz5I0cPqYwu
E9Ra8NUeNhfd8U2XbYVnPQ8j4tsBQZWYqqYk20rLU6tgq92jFCstH/371ivl
W69E/pUAEzyIhuxPHKYaa0swMRmYzlTh5uR/yPT616DJTDskb7P/lrK/7/aP
SsUkCwsyIm/eqXlBxkhdpd6ESX2loSSHzqCrSQy6IF1zUkvXUteSNNcf1p8l
LfRx+j9IV0OwIYR8amhuaE2GGrobupMRhp6G3mSkYbRhFYmQY+RjZI15s3kz
2W2ONf9I9pgvmi/iXZFehM8Vq5Au/KYW4vx7hSc1ekjdpR5Sb2mANFD6VBoM
+TSFlHtB2oy4cD9Cwbc3wAH8xjEehlAeCiAvAUg9md+cBjoE4V9UiSSabAC8
MHk/vxtQ9ldkMoyAvrQwLYylvkFewfj3Cnwm4zMY6mvHHOYGQn5DgXqPN8N/
b6hDBfW+eNIB6N+ViFI3qSfRSJ9Jn0ONp0jTiKt0QjoFILkiXSO5+FnQxI2f
BE2Muo91rYiZ369LFN0Y3Vhi4vfrEpnfg088+a20JJ9ujW4tYfw2cCLojumO
Qcue050j7ronuieAv9C9IO56V70rya331HuSPPq2+rYkrz5UH0ok/RD9EKLT
f67/nOj14/XjiUHP75Bz1a/RryH59ev16wHu1O8kOfV79XsBHtYflQX0t/S3
SEG8f76g/qX+JYRP0CcSV0NFQ0VopRBDC+KFPKMx9IYW0xgGGAYQvSHOEAdh
7hruAnxueE5cjR5GD4CVjFUANjE2Adja2BrgJ8b2AKOMUQA3GjcC3G3cDfCM
8QxAq9FK8pg+MH1AtKYmpiYAvzV9SzSmhaaFxNW0wrQC4D7TPoCxpliA10xA
VXmnvJN4yQflg0SRD8uHiSyfAD4qJJ+WT4PvGfkMuJ+Vz4J7nBxH8skX5AtE
kC/KFyHMJfkSySP/Jv9GtPJV+Sq4xMvxRC/fkG+Q/PJ9+T4pZG5sbkxczMHm
YGI2h5hDiMnc3Nyc5DC3NLcE2MrciuQ2tzO3I3nN7c3ticHc0dyRFDR3N3eH
WD3NPSFMb3NvgH3NfSHkAPMACDnIPAhCfmr+lBTMHm6nMqkCnKxye3MwvmBk
sCq37+F8nobhoXyxR//L7f9y+/vn9h3I7fdoMEBDVng6QUgskXg2cW7CyoSV
idsIsW4At2OJda1+1jnWEWCirBusAXzvyZuFCUcS+yeWSwyCkCHg3tAaldA9
IT7xqLUsP2kOwjVMPMv3wNjTTOwPvinSJFWsF2xpMuIGXN8NRtoeEoy7Uh+p
P/D+QCmcuEuDYdTNhSOZFvilD5GgJRcQmWvw2FP4rfvdiAAx+RjYE+ILEL8P
4H2lMMD7Sf3wXtj+gA/EsXEQpCtAujBCSkMgdcE2Tnbnd6fCaAlxMQ/eGz0N
JQ1+4Ffa4A+uM02RxEN+KD8EEfCn/CdxlZ/IT4ib/Jf8F3GXn8vPSQ75pfyS
MPm1/BrCJMgJRCMnyonQftTMCDVrzBqS0+xqdiOi2d3sTgRzTnNO4m7OZc5F
dOY85jxEMuvMOpLLbDAbwMVkNhGtWTbL0NKe5nzgUtBckOjNhcyFSR5zUXNR
khtKGYytHgazV5G4pWxboPI9PKHyurq/zdrROgHMBb7vEs8gQ3/4V/0pycVb
AygK1ARaAh1B2+hu6A1U4W3lnhm6QwyVpt0B5z2cYmxO01xIR4p1FrDOzKw1
S8QVay5gzQWsuYg112DNBay5C9acYc2ZuZi5GHHNRP39oIbhyMO4dypxMedQ
rDdyNPjPsBbFkOH/k/VXtUdv4pdce6Q9KN5Xi+e6Czb9D2+LhXL2gnKqJaTp
pQF0DUuRBoOxoTOh+u56vHUWqC7i/VJMfgi1gr4Jz9ylARjuLsqJvAeYeb/1
BR+Jn8poM+fJejBd3jLnEVIiQQ/7C3rWS+hRagoa6Ddac14z7ycGoE9BTglH
flVQh3bOj+K5t/xmFRfZVS4iF5WLyd7yB6o7UielO7V+RtQbE7cQIm+XvyeF
VHe6ENyN/9CNfvwmyUB5pDyDtMBbVHriLSpheKskvzWL3xvbAO/3MWT2XiZz
glrvxMB3iYU3DWU9VsF3ivX1O8Si7xSL4V1IWafh4n8ulrVtlmMBd1i/xnui
shyPDLJu5fEye4sX3g3G40XiTVJZi8dp0v+darf1HWr3rpzFQI69S2v3/4f6
mUr9DTw+3rTVWmqDN2wFy01tafLbvURIry20TIiNggVRDqgzEbW86q1S3rYU
u2BJHM+0fcKTt55XJex3PPPe18vZF0bbMU6pc5e2yV1AMwxySoGpY4jkKZuI
ep8YJVGE3+yX/O7sQJgTTZeWSMthPnRVuib9KT2WnvA5kK6brq8uTDeAz4F0
U3XTYM6zU7dLF6c7r7uou6q7povXvdQlwmxmJMxcNvM5iSG3IY9hk2ELzD3u
Gp7DfEM2loT5RIU+wzD2NoYZpxinwjxjI8wvzhgvG5/IHQhfAZ+Tqg0kY/+D
xn6P2VAx5l/6vTv9qK9G/y/93p1+JBbpxyXCoVRox92jUnHnEqIr3kiYmk/H
NH1oqj5q63mT6iS1+/pBAwa9l9OxcKpWgHmV3nbXVyT/bkyzGmAQ71csXlPH
kX5hUoWkdrN/D0y7QKqWl9qebpDG3ZFWURKYSlowz7CV1CtVy2zvtpzLGa+Z
nCEF+ksDDT3sqjKQKChxMF/k763NjSFzegzOI6dvPU25k2t15Iw2cl3kiZms9x
1LdS8WGtrNoscQ3M3uUDMv+OiNcpKFWrwbaQoY35nKQowgJ4W5WMKxYSvwcD
wng4tf/k/0Cu+TRVbONtlVT7J8NenJr7ltTdUfNILfz41N35vZaphg9LtU0e
AFe4C/zdyP/129QZzFypDO0Es78J0PZFyTNJEZzx+fKbddgumz0ANtb2/7s
Sdv/WSe3i0741feY1w2w95yeHzv9v0hm7XWNzeZ6H0ij3on/wXpn0griO5Ql
iY4WvD13m+3mXH5vbizemMvdbuBtxTflC4CJVKTuVEuNYPLRwoBx60P9aFla

iVandcD44LMPmoY0hLai7al68/h7vZEc7+b+kxVBeJffj0x/BnhSxRGeZD0R
1yD+Pb9PmZ3g0BbyBMIKmNrP6DseXTTcBVM+iS43OQSXnghPIEQX4RuMuxfv
/l7E9R4XvCtZaIJhriBMQPgEYTxKM17rcMr1gOy5T1tdufqeELOPuTiMKvzL
mDdvWzx84U3WLXUj/Abqd4qbZnp6sApaHzIYv9GJIBPgfwrYWWQeiSbLyVqy
iewAu4ccIkfJaRIHXHCd3IKR4RZ5Sl6ByuVCPfANswRjyytagBalJagF+SXj
+7TzWPMDNCe24DjCIgj1Nnw8hmmCYaZjmOnojri1NYZU8a8Q/wvD/IXh/0KX
8+jCodnK1xgJ5kisqxAO4TDxe8RzIN4AYQ2EPJZ/An6nk3gQw/RF/DjiFlWf
SQxM4FqgY/adGPhmuNOz5uXshHkkrdt8QetKPJGmL8R+dfSdY2eY9uuEdNL2
IK6vvRMuphOC1y0+YVoa91ii//NRGfhvSseflz82W3x53fOlX7IXOzLwv5O+
/5vmGfi7/z3/xNgM/If9Tf9Y1j/d8nXMwH9QOv7Z17L/i77Zy438R9Hwf5J/
IXHcnJZ/tiUi/0yXHCXG1R33PBd1ZdER+ceC0yhGaemclhwumg9zC0zREEsn
F/cPXUAFiajAqBjdzNLU4uvkkm9xgVH58AVQFdKEhJJBpB/pQ7qScLCB3FgK
OSUm6ocmTh74Sffv2y7tdOHLM+3b/fkgZ7Gd0RFyC0uEeNASIayJFhhlTMd3
mO6Qq6w8L3z+hXpjzA5LLkdpqQbKNQSLKbQQXXSsRbPSOkte/uCmc/+406Ae
PcO6h/cLK6215OaOrjrXkK5d+vYL61K6gCUfd3HXGRr17Dyw36B+3cK9avUb
2L/fwE7hPSFGIUtB7i/o5CT/5j37di3ZLLxT3/5ewbVqWAqYcpUub6loqVC6
QrmAsuXawGOA06Nl9OZsKVkuS07un1MnNmoSHFL6A0sx9bFAWK2e/Xt0HegV
1Ky2V+1mjStVCPKvXbJMhQD/kjUtdSqULmYpotYoX6o1atZ14OCenbtaImhh
ZwpTDREiaB4C7u4sglIyf/GR001+3nlywxKx0S23ZVuHXZq74szc7V0fIHhzT
enrxqL8Gf9fh029blD5Uu/u93R23P99YpGikj+z/s79ruy/3z289pfLOKjdP
uSS4bxkZ0+B46yuGATWOW7q21Hw0p8C+mU+n3V3s+0fpEkOCHpvOX1ESVi76
+GLr+2OuGc6s+L5TjUefR48ocLHC+pj1n9V1bSS3LlNJ6vWt5zzjN1W/6//j
yiV/1qi0fu/RhfMXz9U8/fDzYwWXLWpb9E6bbh7hJ7qzUmMmbZen9ygZsu/l
66r1dbeXHYxrefpCrjbt+zYd1rJWuxvXR7RpXvf7M11qrr2yqZ+0q0x0RJk4
S/lc1fTDa9PhD7eU3dIjIsL6ZOuYe54vv2AC9KMlETQHUERjyQ8kzZ9bNIr6
6XuHfXn1o3nTT9yROlb94Ouck0o3o3jkAeyl9ElC3GUfoiZV/8ElKnv/v96q8H
v9784YaD5TbnsTTnAQqKjSwNLPWiP4quPa5Wj/Dw/pVKleo8sI9fX3s7+XXu
17dU/949uWup/gP7dfm0c/iguo5m5K2IjQhc6QdBLK1c3KBjajSuIIoNLfut
de3PFjauii2DIUOGpJZB14HppBxu0fHyFhM9LO72JAW3ZB1S4FxSpPMiv9lF
F/3YNcZ71pUzoWTWyvBWU3sFXeo2/2rDLaXm9rj4tWXZZl0Jv74aGN//6tAj
1W+uu3kmz/huPt7Hb4QVkYeGVh7usuL5N/67Fx845z+87y+dj809vJWsO9zs
ae0XjdYtrNXx1/J9l9N7IQWelq0wovzzSnfEjuOL6HMML1rbOntartaHti48
+3XxleTTUgnLvb8de85ve7Ghh/d89L1m/8TBrecMv1Dy/Io18UvzT2xw/pnf
heHD8uSf/8ZrUfJSmK5aFu/sGrOiyq8Gdmq/jf336aPjoyOLdl5Pjlb/weXTq
QfgPlwpXo5o5sr+VoWBgyoElijwP4Ir7anQuNnfuo34njHej5eg3x6Fh3pMdvN
x2+0JcKFghi77STGDt2e+GLY6ODbVhRjh5yplhPE2IhsERY+Fm+10xd09u/S
1atZz+5hkCoXZF7+ltKlUZpVsASULu1vAVNwIWlWZZj5bwbCmfzV9Iwz9DaTRh
0o6iB12nzhv1meGNd8c3Ayf4vnq6ZPaEyDrblxzrMLFUpTJ+BaYPfTV8VcEI
unXYMWWXcLTO3cNzn78W8z/+0t1aOGzR4+5VD38g//FT8C9xVo3O936PMUy+
r5tX7nJA/+b9Kt/7rnYOS739e6Za2Zsno0iG/zzj80Hzff14+ABdJZ+ZiK/1e+6I
cn8OOHA1nDSYdObS9LtxQxO/fvVdxwlvd139fcF3F3E3cti5u/Yc/N39d
7uKJATNuFLDeG9T9D72Ei3eFXtU3rnv2TxNZtuMS113B+tcyUMj4q4GYbbSL3L+/K
m5en4JTl8WNN++OOLsxPf0iouOl38zsQnX9Xxwouphs2tPs6Jiw4m1fHPww1
G/Vk2z1dzrt2aTQKKKDJcFTfFuLhxjMwN3aijpwpO0upYXQ/YXUu03r3rF2P9Du
TOzONdsP6uZYQrh3XhFk0dKPLLWTjzRILf78UaP70L+MxVLa/8POAZaayoeW6
dipZtmJo2ZJ/csElAwoU96/ZJeAcqW7dfL3L3I1e2W+e3RGDdsC5/BGt+jlht
qlCh8Na+K49+yr5JWwSmKqH69R+EUhDYBfgYuBgYmPNvBw5KWqUtASgCOzk
JAJbWEBbcRKBtTPMwC4F08ki3OLBC66j1CoyC0nWnYUIRomLseCvHx8IJi3S
ZHHToefvv0g4sfvcvj9fera83yy250eac4eO3bv+Zm7bbzkrkDfDZp6mtuzrv
swm7uq35dedd1qLI9qqpFhtbou+7Fn6TNrLmT8h3P8c3pefmCLKuWGX+I+ajt
Xx+W/Wrh1FYFDjbOt77wwUe2JCxHaVeUerSscO7Xo8tfFXfgKX3y3y3/BMD/awf
C432h42J9+r7ZZ7XOXUp4faiuGw0fTl7N33n7n7II//d44447455yk5RWXAi7rUP6w0p
MjFxo/aHSX+4GZoe/rBN6byVYOfe0/e9WuaZTd8mrjn+ApKtG+3FJ3jGox/rmWC0V
mbOs776wD468+KBg7JH2VTk3+rqky57r7yZrJ23lzlmUlfnzfzb0SvzznPbhjdvke
iVX1++foV+0bd/xhxP41LYrWkwrfW/XLouNNvz8yvZvZsP5JP/Hm1wt7FJ3Qo/Kq
H0Y1r9p7pVqqhh54SomYGZDay27NjkfJP3vNvA6ZY/XY7b2CEfprd4/Dj21cWfvqqW9
jB+4+y+s6y1wt/U+IqvunyyY99Atz+Gj9n43n43a4lMZ+fimy5dFirY9JHoWcKPXxxT

5VDpnM9LBXZZVqFfx+Bq24OmNYnO+dWeEa2e/dB9fKdfF8w5FDv5WL+Pru3z
m3V/47MNlr73etVbeTtycOxut0OJlf9aN6iCy6aWp8xnd/416+j4fI9H9aJN
tnmOHrT557aFq1VqJV+Z8KD7oXorSl0q9lXV9qfvlQ2ann/XdI/BEYEPD10o
uUhkU+q+fPgbOyUshkHAFQaBh+og4N7J2KMsyv58yVXYDihO3XPM8J4487Fv
F2o2CsCNpc0W01uOORzMCmz4oSo3iybJzZB+/UB4Auv27Nazc6fwrl41Pg3v
0W9gz/DPuHC3VLCUtZQp7V+ujKUiCHf/0vhYxsIf/3M6dEbyfeGiPhuv/Fp3
Ronhvf3M13Zf//3w3KZFgr87+ZvcuGieBz+t+Knhd+EWr7x3Xc81/8ZQb5Zn
zRnr5rSzeF8kvW99vvveRNc8z3OLcx5NPF7wWJmi4+c/fto9n++bz29OyH/n
ZuMli/YXaXb061e1T+U43X796Q01xcUvl/eZ2f28z6U6zTaMO/2HTx2/D9aO
a9IixCNe8H3da9o0NS9j4J60t81+NiJu9+Vah2SNenNE9cdverG/IltrTFtYl
9T/qlveD4t1Wzo7/2WV0/cUvx67I+5E+R8TCsfdbDE2k8/IHu31JtJY697df
LlJn56GSzReuLzC0Rukhx7+9UnnMzEWd2Nb8uTa+ef7tJnqycIPm1peagwe8
ctrl+xqgyApLHofE0VgE+HOS56lqI1x8588jisB/4yxalxy2McFAuQuxjJ6j
yubR0yyjvx6lz702omP1lh/M/qOY7k2Ja+7Nvmkdv3RR56Wdsp09I7SffWdc
VD962XcNB7V66qrz62oJVgeFehYYh6JrRdcYVy3zerHDeyDkyEU5DgjNnQaE
upY6liCnASEgKzoxr0ctNdVM6sNAa+3sSQfbCUHlf7u95bshv578rGkjutEv
fEDbvh66NSf3fD51h99ZafHkvqE7PmbHGnvpguf+Nqz69Y93rm81L9+1/HTc
2p1DH391+l5l+uD6nqnumtiv615/1MzwW5M1M+Jvft3r3Kj9N2Y9din1pXB7
eomihfu/fvYmfuhcv1zPXa/33yU3nj+lt/vAb3YsqhjVveThprnvhLarZpzz
lVe1666K/8vjpesPLl31w4E5Y+/0r2r90l135YB7pymPzu8w3W381cjD5T5s
v2Tv3V1f5Kz5+dlmAws9sBzdObRru7bU5K7Pfeaifs5fVb7v1mpzyVI3X345
7njTlrfm95/VZ23FhmeffbZ3tTwstPjDxd8WL+syRAn9sWqBvgUjHuX8wXn
qVqb/3h574utvy9dGV5uR+PDA4pI3oNzVgmZPKBNnVr6XZs3b2jUPXZhTeuo
zwqNWmCwdLtVU2qvxC4oXOh0rdsf3t75tO5x37MX/Ec19C5Rt2iHNndaPlx+
ee78o5X67R79QbhL3geDC+39NmL/B823bexVdeKiwZ22hC3SLd+7+qNHUr+E
Sf59NiVeaRo7uciP3XbPzz9e6sKqllzfeuqO+EJ/bN1wtPOWoc01Z2v4Ba+d
tWHZ0DWboyM/VX6ZMV73aeFS/ivdwqLbTi62N/rh2KOF4u4WaPLjvAf1rj6n
XftNzPlFbM/YG2F3Vsw+Wbq4Nffhtu0uNPJcdOFVqQXXV/FoYe/+oW5JgiXAd
ZonQhNqHgtzT1HtGheTTgNETskUU+1ssaocsnpkOmTQjKA3DRoC/pVxFddAo
j4+lLfzxPz5jiWApxw7Gxw4GYwf0uTWPXg3U5vP77kLY6ghto7Ixj7e1KrSw
pmeJ3rfbBK/e4RKgiPViRh70KPBbhd5HpAs5HwUcmOuyIbbiOaovXfPnibk+
6zJ+xKyORfusX1Av6naP9meufNtsk7vvwfW/rPpw3b3Ac689Htj7aUdHc7jb4
ln+It1Tq5hq34FObg7Z/cuGQn/Dpmh5PjvV9UqndIuPTOjFXA7qsDetSbujy
6M55Sv5cfeaL3y+75jrX7rNl9YrfzLUnWjdkz6yqD1///mEbbcFGLX0WDxt4
Vaq0vV77C/fv15o+5pfPN30+zvOXwI2TP7k1sclY5fGiUq3jp1Uuua5Mq8Pb
AxP9f94sVN24af2MgBFn5o/y/atxy+mFyhU7WDGsy8hmMVF5vjMXGXvsaYww
7uvnHR6dDtk7edb4XfsKnAfrfPsO/6BT0CxORXrlz81fOOMdfmKrFjV7V6n
gr2u+dSb32HC9WKf/FyoQWDIoa0fVysqPPppWNtS54r83v+TPE3rDNn8glzb
tZZFdPh1n2Hzbs+zLRrcrLgoz+0i9XbJO4KG1147ff3DgsKsDbxa9srfO3MMP
D+T7+NcxX99rVM+yYs2UK/faLlz/5rcN3a7vnnz368/tx9xvcrrFd8hc5n+Yov
uo+6MSl0aIdNpcae/ziq3d4hPj5/3u97OGeq79TqFZrsv/Zl0MRDOoePrus
Vqnwb56HvRjq1cpX90nHb+YFNikz9uK9LCxo/jdywq050nzlnrsZNmOwY
O+/D2Hk7leEvafBMdV5idkTQM9Gjgg7DtpRj4loaQWqfH2uJpiUHae8QwsWYmV
nlbre72m8bU7K34o/VORiWUtbdTBjS+hNoluFN1gXL0sLfpAv4VeC53VMSnp
YCnTwd8fh7n2TsNciCXY0thpmKuZuWEunfTDLaMX8sJ7iaNnW0bPsoye7iCS
n2AZPcZSzZ4o8YyGU2zuvTrPAhq1rNvp4Gfde4/yK9HeF9LdUcCzFK2gL9X
ftKQdCXdSSfSh3Qg/XFVuSfpTD6DpOEkHNz5CnNfsGGA+XnlT20i1v3xuGVz
rjb/TPH7+UJ498Lf5ozMe63zjLk1l78485nHtP1dO/j5Br44OPCnvmMMS91S7
5X608t6PVi150vPXZxnsLl1s2+5OuY6d98WV8d4BYXPGYMP6M0yPekSs2vQk5v
SOji9e6CrX/Fvb1T1XHZZ2a/4hsypevv93lx6CqQ4VeAL7Yvm08DFFfPz3mzeqU
ODBJu3PpKo3Ht/d7vOrh9010iWolereq17lgjp5hbeZEEXo95um/qkzofXn5T
+fTucg/Diq37Y/0H90//9iT3+rk+s+c0yl0152O3i3XEFD/r/v0k8+nBU91z0
vC2ellzHuA4dW7vu6aabt0U7Al0jLIwK1aXqN35R/3FPx0ohc8amyM6MvPzl
20sOO7CyLWPU0rBrshf2TeM+sNn368P+epl80VrX5WVPHbRSFx+ODUpqOyyyb
bDa97f6tzz8+iS2cpf7w7NLpF97FJs+jmaf027Hvx52tz2k+1jqbzIvsTErR/u
HJNm2Xff8Tifxrt7qfpvpn9pbGDPtBsO1hW57Iz9PX8rp7SEws0H+AoPm0Y2z
l9q7lsuZHru0aNH8qiqlXx5T5Vf/dldu+Drvx/7s7d7TTH70urZB688p8ZqWE

9/9rm5UzSp+t//Wn+zV3w6tM6/V/DN6y+PTdv1+amzzR9uLcMD///Q3hSgsr
BI0Uq947cm20/73izJLYgws7ZocXhvl5uB5wOjm7LJqrwSP7b+X8g3tzc7NO
BhUL81YFnDVsYtlg0MSyhomR0aBx6kBXXNiHAxGTIwsaj4AKH2gi5mQ25EGe
eQG6AsHjNuQzQJYVNVBGaGQxBBZtM86kZc7Idv39XW3+u3W2Xd4uTEeEDVKQ
tPAYhhmELNBq0GDwBWesImAWA03epAGzkwJDCDCjgTJdOlA8EcjKYKhcqNag
gjNnh1QW5KcXJRZkVCqg1c0sTYwMYks3zi9hrK9c8Ph4edL82qUC/0T6ju/W
PLF/yZrjz42vpL/ZbcSjdXjn2lMc5jLKh+z6puw8oLMj1mP1IkH3oxauS/Wz
u6U+79tkI7NKNNTOsPfKSkO2I8YTuhMrqpU5FFa2mBgyr1QK39F2dGt/cvuk
19F3b7W6fOYOmTqxXMd45+UA+4WBk5s+79O+s8/ojv/7om0n38erF0frxK18
4zrz03sxGx9H+dKKYtNvRyeHVh97ke2aHNJk/irQx+qDfphM9BuTrOcpOT/r
NEsmqkUV2ZcsXvnkuFHTozizVvOvk34k1q/ZuGTf8/Tyq7tCj/7oT1lXcPMM
l3SHwULny1usNaWfzPxwOuH7ysy/C5uYNIDNExVEHLEZNjGJAoUEwUmzb8A6
4thn2pDSZKyBBHKS5EbMGDICLYfLsBrygweOzQxNjQxBIAojRdqGKlT7TeGd
IahW/dZhdV2myx0LVrQuEyitiF5KObZp+26TGfNWlF9KP2UQ+8CtvO7Cudrd
e2pWnNhrYMSYW++f+7p3VTmv0Yr0S9fyPxs6JJ8uctfqW3lK8aiFfO96obyJ
Di3Pwuc4G0wOf7AjuP+r51adb2e8fvps1Jnl7lPZcdd905KT2z59Odqpdt+Q
Oy/M0kXsYMnzH64bzIIcniz7lSf1vOh8eDjTyQvBEmFrlrC69FoxTo8odCjm
PnOrrS1ZdH2P0NzmqqCQw9LTHtk/rSz452L8e/ai9ywuF07PjbmTvJvncbG6
toy3Q1H0m0BFp7DTQfl7cxfeYLuq8erK7zN2+9I4Fmi9f6TVGOE5f/ZjjVme
Jodam3jz6t4YePWvZPqe8HguAwD/q4d2CmVuZHN0cmVhbQplbmRvYmoKMTEg
MCBvYmoKPDwKL0Jhc2VVGb250IC9DSURGb250K0YxCi9EZXNjNjZW5kYW50Rm9u
dHMgWyA8PAovQmFzZUZvbnQgL0NJREZvbnRRrRjEKL0NJRFN5c3RlbUluZo8g
PDwKL09yZGVyaW5nIDQgMCBSCi9SZWdpc3RyeSA1IDAgRUgovU3VwcGxlbWVu
dCAwCj4+Ci9DSURRUWb0dJRE1hcCAvSWRlbnRpdHkKL0zvbnREZZXNjcmlwdG9y
IDw8Ci9Bc2NlbnQgQOTUyci9DYXBIZWlnaHQgNjMxCi9EZXNjZW50IC0yNjg4K
L0ZsYWdzIDYKL0ZvbnRCQm94IDY8WNBbmdsZSAwCi9TdGVtViA3IDAAg
UgovVHlwZSAvRm9udERlc2NyaXB0b3IIKPj4KL1N1YnR5cGUgL0JNREZvbnRRU
eXBlMgovVHlwZSAvRm9udAovVyA5IDAgUgo+PiBdCi9FbmNvZGluZyAvSWRl
bnRpdHkH0Sc0vU3VidHlwZSAvVHlwZTAKL1RvVW5pY29kZSAxMCAwIFI1R5
cGUgL0FvbnQKPj4KZW5kb2JqCjEyIDAgb2JqCjw8Ci9GaWx0ZXIgL0ZsYXRl
RGVjb2RlIC9MZW5ndGggNnQOTU1NTQKL0xlbmd0aDEgMEgzMzgwwMTIwiCi9U
eXBlIC9TdHJlYW0KPj4Kc3RyZWFtCkiJ9YTFv2fZ77r2zb3dmMvtMZssk
IZNlSAiQEMhkZQllZE0QJGEXouwoVktcEI0LtLUu1QpWcaV1kggG9FPsp1XE
Bfe1ggoKKta2aLVC5n/PSQio9PtLRUnhPHfOc/a7nOU957z33rlAAMCFJMGa
yrHDh865vL4YFA+kAfgeHFpZVW1eY38WxNImALF4aO3osWJ8480glt8DZP+H
Q8eOL7/PfWgmKGJrAH6eMmLsuOpzs85RguIPd+JeU0eOGzvM+IedewAqdgBY
zhw9Ni/fMX/szwEEJ8Y31FaMHFf/8iUf4P77ob//hMpRdWeE51wKMAGPb75+
+rmNC9x/uLMMBH8c83a4fdmSgG+G8DoIJZhfvnzlvfVGQtCKBNAW2+7
cfECcEEQ94f5QZ7ZZ7dtHxW28TlARBG3gpwW8ucGedeMK/ipbsBZncAejKOTMb
Z3zaFD8EQG6lx5+DAdZR9vPR/wr60+acu+SCtRdav8FjXwBQVjdv5qLzDr3f
+SqIpicwjbpp/vTGqwsTr4LwCR4/7dZzGy9v9YT4Hxf/kug8Pz3z3dsnCSHBwfHyQSB5SBY1
Ghm43OTg4DOg4ODg4ODg4ODg4ODg4ODg4ODg4OA4C4zAeh1nAwcFxCCC/AQ4O
Dg4Ojn8J4W04T/wjlB8dRt+ZEj++CCvF1mNuT7nGoPda7VWIIhhA6/W0XfZFFe
hT7Kp9DcA3160oVAKz4DdmkoDJfuBLd4PRSKU99PIhfzvvxOwYVO9OwW35s/i
vBOsUjMMF+8BrTQYMqn9QcHBwcHBwcpxIso1SEEJhzJGSKGGiA1FSildgcV
XhAmwHI0lu+EBdGE0Qw43nQcHBwcHBwcpxIso1SEEJhzJGSKGGiA1FSildgcV

VIEx7gQYQj1o18ejRQAVr/TkyT+7dFjN7hnjBgEM/fu4s8+GvFDBOIDpT8GP
jpkzjxU6iEUBB8d3QX6UpBz/H1Apw8HBwcHB0ftwao1PfLTtLUijVZFKpz+E
LauQB7kiEoAf50QppA/pC+DAeELChATID5oo9YWTCnbq7AKOuDg4OE4riCBS
MUYUokgElAFOxae6rfCVOglqUCc7QQNaZC1jHeiSh0APemQDYyMYkE3IB0EG
E7KZsQVkZCvyN5ACZmQbWJDtkILsQP4nOMGG7AIHspuxB5zJr8ELbmQf41Tw
IPvBixxA/gqC4EMOgR85DAHkNOR/QASCyOkQQs5gnAlpyS+hD0SQsyAdOQoZ
yNmQmfwCcqAPci5kIecxjkE0eQClcjZyPuQgFzDuB3nJv0MhxJD7Mx4AfZEH
Qn7yb1AEBcjFUIg8iHEJ9EcejPxXGAIDkEthIHIcipHLkD+HchiEXAElyJUw
GLkK+S9QDaXIQyGOPIzxcChLfgYjoBy5BiqQR0Il8iioSu6HM6AaeTQMRa5l
fCYMS34KY2AE8ljG46AGeTyMTH4CE2AU8kTGdTAauR5qkSfBmcmP4SzGk2EM
8hQYi3w2jEvug6kwHrkBJiA3wkTkach7YTrUIc+AScgz4SzkWcgfwWyYjDwH
piCfw3guTE1+CPOgAbkJGpHPZXweTEvugfkwHXkBzEBeCDORF8Gs5G5YDLOR
lzBeCnOQl8E5yOfDvOQHcAHj5dCEfCGci/wzOC/5PlzE+GJYgPxzWIi8Avk9
aIZFyJfAYuRLYQnyZbA0uQsuh2XIK+F85CvgAuRVyDvhSliOfBX8DLmF8dVw
UfJduAYuRr4Wfo58HePV0Jz8M6yBS5B/AZci/5Lxr+Ay5Ovh8uQ78GtYiXwD
XIF8I6zCXDfBlRh7M+PfwFXIt8DVyLfCNZjmt4xvg2uR18J1yOuQ34bbYQ3y
7+AXyHfAL5HvRH4L1sOvkO+C65HvhhuQ70F+E+6FG5Hvg5uQ74ebMXwD49/D
LRjyB7gV+QHGCfgtcivlnwD2mAtcjusQ34QbkfeCL9Lvg6b4A7khxh3wJ3I
m+Gu5GuwhfHDcDyI3AP8v/AvclX4VHGj8H9yFthA/Lj8PvkK/BHxv8Lf0B+
AhLITyK/DH+CVuSnoB35aXgQeRvjZ2B8iXYDpuQn4WHkJ+DDuTnYXYPyRXgB
tiDvYPwiPIz8EjyS3AEvwe6PIrzDGs0B+DbYmX4DX4XHkNxi/Cf+L/BY8kXwe
3mb8DjyJ/Gf4E/K78TyOdgJTyPvgm3I78Ezy0/D9uSz8AHj3fAs8h54HvlD
xh/BC8ntsBd2IO+DF5E/ZvwJvJx8Bj6FV5D3w6vInzH+C7yG/Dm8jvxSxeAP5
b/Am8t/hreQ2OABvI3/B+Et4B/kf5B/f7yafgKdiJ/zfifsAv5G3gv+RQcZHwI
PkDuhN3I3SdiT/BOX6ae5TP+EyfRPmEz/mMn0j5lM/5jJ9I+ZTN/HZPo+JtP3
MZm+j8n0flUym72MyfR+T6fuYTN3pMm+l8n0j5hM/4jP1+I+TTN/LZPnMhF+N
yfQPmUz/kMn0D5lM/5DJ9A+ZTN/ZTN/DZPoeJtP3MJm/n8h03Uym72YyftT6buZ
TP+AyfQPmEz/gMn0D5hMf5/J9PePyT6mN+zb8q/i8mM/k7tMeYTN/LJ+PeYTN
ZPouNA+r+itMHj0U85k5+itMhrZ8+i5n09Mhf5DVi5YPxsS8wR3Zy
ZPouItN3MZm+i8n0nUym72QyfSeT6TuTZJQf/TKIWuZbgRpt/ULdPf
/l9k+htMpr/BZPobTKa//wT6G0ymv8Fk+htMpr/OZPobvF/r8RyN1f+9QE2E
+mMpr/s0/SKa/0+s8+YBk0S7cXVT+yDYJ4fTAMqJjs/6JXw+Iv4vftrjrpf
cJwoEJ0dODg4ODg4eh9OrdFeAI7eAboSAqUCWWLLKoUSRJVGw1wYrKSrJoVK
SX24hFJqfsiq6SQveUSRkXi0i4D43dSB3vlv6JN0GlBrVN3f+9XjyKtRY5T6
KH0SCsOj9EkqlKFUdip+giH6/9AnScDB8V0cx0RLDRwnCoLeCRwcHBwcHL0P
XJ/E8WNA6llM9bhElVbLXCqFQqqWiCy61SkX1SUrVf7U+SZIYSUe7ODg4ThcY
3FqqTzpKhB1Dn6TXfk+fRJ9WMvvTkQTGoUkpMMooalUqFklNS/TT6JNUxj8H1
SRz/Ascx5HJ90omDYHDYADBwcHBwdH8TTHOpNdrzJON6CxTH0OcpdTpcuihVaqVC
rWb6JDX6VAo0WtUPDWYxfRIHB8dGgdjVT/v+Uc8nKaRuJY7qqR7AZdaDVaQDY
A0kGAI1Oi4OvztiTR0XRpWkXdTSfgumTVD+BPkmtOVY1o1ydx/Sxc5B72nwJ
6SeAYYEoFDg4OD5gG6DgO3c3gcNnErg+qTeAkX6PKqYP0QPqYY9FEtgcHbx0mtb9
aiUavfoHKDZP8pKH65SM4OE5nyIH6p6OUKAAOYYSFP3CDaTDnQ9+iQjjrx6KLfWZ
evKoUBiqpMP6JMz30+mT/o/nkxTAwfFdcH3SSSYgBrCDq4OD4GP34dQa7bk7+
qbdA2bOYnF6CBq9YaptGoVEyfPif7RT9MXS0JMBDAYyde9UNQKZ2uvjGfpsSfb0
oFlrd
VRgwo8O/TGnAUyO8c+9c3wfxzHRMgDMhiYJoywIODg4Oo7eh1Pr7hHX

J/UWqKl+SEe1RCq2rNLqQGmwmJlLr9Ho9bjg0hr0eq1Op9bqdWbdD1Bscn0S
BwfHSYMzZqV9/yiVuBplgJ6OrXr94RHWbgbZbAIwU48NwGiWMUp29OTR6XFT
6/RUkFhoPrVGpe/ezY8MwzEX/VyfxPEvcBxDrgk4ThREZww4ODg4ODh6H4xw
KoG/adRboKH6IbaYUrNllU4PSlNKCnUZjDqt0aik/0VrNOoMeo3eqLcafsCq
6STrb458x+k7X3Ti4OA4DeDpb6N9/yh9kgZlAH27F+nwCOuygsVqBmAPJDnp
k0kWXGpbXT15UAwa9Wq9EbOqU2g+jVZt/Fe6nhML0zEX/UyO8c+9c3wfxzHk
moHjREH09AcODg4ODo7eBxlOJXB9Um+Blq6CjHQtpGHLKoMRVLLDzlyyXifL
uFgxmGWT3mjUGkxGm/EHKDZPsv7myHecvvNFJw4OjtMAvmLH/1+f5EkBq80C
kEI9bhx5U6w4+No8PXmoPsmgMRipILEzfZKO6pOMP4E+ST7mNIDJsVPrA7Ac
JwbHoU+yAseJguQrBg4ODg4Ojt6HU+vuEX/TqLdA27OY0h7WJ6ktLnpb3iib
DXqzGRcrRqtZNphMOqNscph+wGPxJ1l/w/VJHBynMwJxF+37Ryl+tOpuJY3c
o6rx2cHmSAFgL7h5ASwOql1y+HryGGXctCYT/Q9uhwnz6XQa0796dujEwnzM
aQBTJfHPvXN8H8dxCycFOE4UpEAcODg4ODg4eh9OrbtHXJ/UW6CjqyBZNnV/
EVs2yaCxejy4dDGZrUaD1YoLLlOK1WIyy3qTRXaZf8CDcidZf3PkO07f+aIT
BwfHaYBgufsY+iSmpDH3qGpSHWB3prBX3QB8ABanneqT/D15TEyfJMtUkLio
Hkqn15j/1bNDJxYWy7FCuT6J41/gOPRJNuA4UZCC5cDBwcHBwdH7cGrdPeL/
XNNboKerIDNdC+nYsspkBk2Kl+qTZIvVZLRacbEi26xWk9msl61mt/kHPCh3
kvU37NN0WspHXBwcHKcLIiN8VJd81INEOpRJVnqvxmo9fMcm5AKXxwHAXnAL
0jfdXDj4ekI9eWQLbnoLlYwan9ViAb1Ri5ktP8EjxCnHnAYwuXpqfQCW48Tg
OG7hOIHjREERGQEcHBwcHBy9D3Y4lcD1Sb0FBroKoosiMLBlldkKGrvfT8NS
bGbZbtPSO/Q2mznFarTYrL6UH/Cg3EnW3xz5Lvh3vhDOwcFxGiBrXJD2/aMU
P0aUATb6ZIbNdvj5jIxU8Ka62aNJABEARyrVLqVm9OSxplhsFoPNTr/pFrSn
2MAk6zGz7Sd4hNjhOFYo+0QC/9w7x/dxHLdwPMBxoqDIGgccHBwcHBy9Dy44
lcD/uaa3wETveNvofW8jW1bh8kjvSgsD2FPsTqvF5cQFV4rH6bTa7XKK0xa0
/4DH4k+y/ubId8G/84VwDg6O0wC5k9No3z/qpTGTvItJ4+hR1WQFwB/0skeT
APoAuIN+N0Ag2pPH5kixW012pk8K2e0OkC0GzOz4CW75OI/5EAmTY6fWB2A5
TgyO4xaODzhOFJS5k4GDg4ODg6P34dS6e8T/uaa3QKarIIcdWWbLKpsD9N6M
dFy62F0em9XjwcWK3edx25xOs93tSHM6/vNjnWT9Dfugt4HyERcHB8fpgvwZ
GbTvH/XSmBllgIveq3G5Dt+xyQlDMM0PkEY92QDeNKpdSsvtyWNH0Wg3uZxU
nxRxul1gtpow8w+RjP8uPMecBjC5+hP8GzjHfx2OQ58UAI4TBWX+DODg4ODg
4Oh9SIVTCfyfa3oLLHQV5KL3vc1sWeVwgT41KwvA7fT47DafDxdczoDP63C7
LU6vK9P9Ax6UO8UO8n6G/YBJpPJdLSLg4PjdEIw9+d9xi7FbSeHpUNfnp
kJYRBGAvuMXom25pPvQV9ORxenCzuD1UkPSh+Sw2k+df6XpOLHzHfIiEybFT
6wOwHCcGx/FIcAg4ThRU/ZuAg4ODg4Oj9+HUuvvE/7mmt8BK9UMetxtdbFnl
8oApmJsD4HX7/E5Hi4ILLnfIn+ryeVPcqZ6o7wesmk7yKxlHvgv+nS+Ec3Bw
nAYoXpJDclHPUhkNXUraXw9qprCPpCRFWavugH0w5E3KwMH36wBPXncPtws
Xi/VJ0W9mM/qkL0oML3woyNwzGkA0ydZgIPjuziOR4IjwHGioCpeAhwcHBwc
HL0Pp9bdI/7PNb0FNqof8tG1UApbVnl8Yr3pbfIPf6Q2xkK4WLFGwkFFPf5U
mzfoy/X/gAfITvLzQEe+C/6dL4RzcHCcBqi4oh/t+0epxO0oA0J0bA2FDo+w
Q/Ig9aHPZoEUILr7FgOLrVjQ3rypIZSQz57MES/6dYvFAyB3W3FzMGf4JZP
5JiLfvZH4Pxz7xzfx3HcwokCx4m4CuuIK4ODg4ODg6H3IhFMJ/J9regucfqQQ
XQs52LLKHwJrZtFAgHAgLSPVm5Fhpv9Fm5HuTwu5AumhwrQfoNg8yfob9rHt
FMpHXBwcHKcLam4oBqv16HHfHXVaA9HlSbN3dVFUI+f1zAfpTTwWus/vnZwEM
qO7JE0zHzRlJp990K6L5XD4bZo6kwY+OPn2OFcpUSafWBzs4TgyO4xHcGCc
KGhqbgAODg4ODo7ehxw4lcD/uaa3wBNGSqdrITdbVoXTwYTHwKQkZaZHQpk
Z6cApMWys0KZGd60rPRBnen/+bFOsv6G/uk4kv1oFwcHx+mCsSVgc0G4SMh
HhsA/bc4pKzuoJGDYEBJAXs0CWAEQF7JgFz20je7JE8nCzdOnD/2mW2kfzOcN
OPoA9PkJbvnkHHMawN7f+wnetuP4r8Nx3MIpBI4TBe3Yu4CDg4ODg6PO3S+c
SuBvGvUWpNK/nc3KxLWQjy2rMrLAkV0dBRDNyI5Fwn1jdoDMwlheenbUn5mX
VZ6d9ZZf8f6yTrb9jHtp2Uj7g4ODhOF7uzuGAYObxylEvc5AHLpp9tycw9/wG1c
OQwuHwhQTj1jAArKBxcAVEzsydMnFzd/Tq4bwF1N8/nT3Jg59ye45ZOff6xQ
NyU/cHB8F9Z/P/+kg4DhR0E/uAA4ODg4Ojt6HHAXAqgf95a9G9BkP5tycw9D4GD
LauiueAeeMYog4Fh238I+Gf0LnQDZgwr7ZfXNC2X3a3xyveN+8+P9ZZJ1t8c+Y7T
d77oxMHBcRpcRpgxtNngtMt19LvjQVe3kia/R1UzeRhUDBsMMlx66gEGDqsYiL6p
PXmy83SEL9s2n/8F9Bs0XzzPBi5o8I8+1NHRv/+xQtmjSfzzXXzf+1YcOE4vU4
DDOeBg4ODg4Ojt6HU+vuEf/nmt6CNLoKyqyd/wB1iy6rcfPCWjBB2B8L0C+vsDgn
a1CxGyAWLx6YW1/giQiQOsGF1Y8J8fyw0nFUe/4+4/SdLzpxcHCcHHc7jjRcI83ei

D12CBBK8j/58CKDLghyCXPQNhDKogmEwCsbCRDgHFsBSWA7r4Pekr/CmMh7Q
BPIiz34jJZMALE8O9IX+uDavYHlqYQI0QhMsggu+lweSyeQH//+c2Hbc7O8nB
xCfPf3LPnsF4BHKcVyvh0nYpPAZbDcsM52N25ZFdEEHAy/5OekILR3HEL5tx
rKY6CZf7sPI9nAbpGZndf9+Mw0ZBv8L+AEXFPXkqq6qHDhs+omYkwOjaM8eM
hfETJtYBnDUZTjDEY4Q9tvWYSV+l9FaX+zSo5/jElUsWL1q4YP555zbNm3vO
nNmzZk6bMn7c6DPipUMGlwwqLho4oH9hvwIc9vNyc7KjWX0yM9IjaeFQMOBP
9Xk9bpfTYU+xWsyyyWjQ67QatUqpkESBQHZVuLohkEhvSEjp4WHDcqg/3IgB
jUcFNCQCGFT97TSJQANLFvh2yjimnPWdlPGulPGelEQOlEBJTnagKhxIPFcZ
DnSQSWfWofvaynB9ILGfuUcx9xrmNqA7GMQMgSrnnMpAgjQEqhLVy+a0VDVU
4u5addqKcMVMbU42tGp16NShK+EIL2gljiGEOQRHVXGrAGoDnlTCHa6sSrjC
lfQMEmKkqnFGovbMuqpKTzBYn5OdIBXTw9MSEC5PmKIsCVSwwySUFQkVO0zg
HHo1cHWgNXtryzUdMkxriOpnhGc0Tq5LiI319BjmKB63MuG4cLfziBd3bqmo
W3V0rEdsqXKeE6DelpZVgcS6M+uOjg1Srq/HfSSESHVDSzUe+BoswpqxATyW
sLK+LkFW4gED9DroNXVd3cxwFQ1pmBtIaML14TktcxuwYtwtCRizPNjmdsc3
J3eBuyrQMq4uHEyUesL1jZXe1hRoGbO83RUPuL4dk5PdKpu7irXVaOp26A1H
O2b2xDEXS05dNWN6ypXQMwoPx+aQCEwP4JnUhfGaBlKaORBapg/EZIh6grkS
M7A+zkloKhpa5GIMl2n+hCIihwMtXwDWf3j/p98OaewOUUbkL4A6aSvpaWgY
f9idiEYTWVm0gagqsEbxHIcwf2FO9rIOIRFeIAfQwuKDWizbxvriPCz8YJBW
79UdcZiGnkTzmXVd/gBM87RBPC9anxAaaMzWwzG28TSm+XBMT/aGMLbjB5lA
sCXU6T0/k2y3Vs0pThD7/xE9syu+Zmy45sxJdYGqlobusq0Z9y1fV/zAnrhu
F+mKwAJPSBEsqeFhbHpjJtXRAPwpItXhqnMahmFXw3NMWCvqRI9Q3+USPCLb
FbbfyT17pp46Pd2XFFGy9j+jQ6XGBsxCSKA6lTcM6+J6bTD4b2bqSH5OczHr
SLbua0oUR7/tH/Qt/7dOT98i4glL6ULNuEktLdpvxVWjsGppqQ4HqlsaWho7
ks3TwgE53LJZrBPrWhZUNRyu/o7klqs9iepr6vEi5pDinOwwjWlpmdEKYmRc
XSLuaSXMMaDi6vrE6Gh9ODEtGg6G62biQVuLQLQR8c11CBLgHKW8PkyjNb4+TK
sZPqNss46lw5rq5NIEJFQ3l9axrG1W0OoKhnoQINpYHUE6AeqCHYl9oENUvv
2RwHaGaxEgtg/ukdBFiY+nAYgekdQleY3HWgdHagOM4UpndIXTHxw6klDFN3
hTV3pc7sTq3GGJnGbAGBzq5oZBda0TOuLq4dEC+OD4oPEUoFLBEa1IYhWzDt
IALtQ0gp8bTiPisew4A7S3Doo7tnM9jSmO2UzpqRhzT1heOY02VE7wuN1Xfj4
I1cwfIJd+xDA/TPGFOUUVF7iSRzdE5h4ob2AydLpOIDNQpt24YYw9urwiFbh
jCizCbNbRoSrZmAKanCEKMSzCgZm1NNUYdo6aA3/y0TkqERU7rGdt8iDDvtI
tw89+GtJzP62d06Pt5oaHFAjuV0dBNsza5vBxFxPoqk+2pOkMdE8LdCCjbiY
tuRilnkoNQ3YsYcmmqc30j6OnX56GANGYECgbponWI87pONKCx3mpzdiNim9
50iJ86Lf2iU2fjIODy1E6O0UkmmsDDfWBBuws5Mw67KiBhALtwCwc68ONtIPU
dl1PLeoqtBpbxmJewIqo9yRUKLFmNc4M0+6doBXbVfpdsmlEAsbWJcDT0hJu
SRA8xUg1JsbdpyeU6cOphb8F0XDjTDoNmUVnITO7Rkg8XVY6dG+eqnCwHpMI
EVaWWHDYoqZRmt5CJzlTGqJYEuYWS0ugqAVb9hTslFL69AkN2lEDcqA6wKq6
0YM+LITh1FePO+pKqInQhJif/dIT50Zbp6giR0LYb360K7Ga7ZWNeYnaw0lU
7IeOhdGE4BiIkfTiCZXHXdKZFp4iMhyLN46tykNzBxLCuG5J2ZV/OM3qOVxh
XdkwhHVNNpyi7ImQK2uP7vKTE9aaMWd5sGDpGxhlWhgn/kX4PfjAL34m7ocS
tPe3KX3+DvHTdjHLX1pmE3dDg7gP1op7YCcaCWQMkdFVimYBupNoFMmt4nvt
VVX58Q60o7nMbsvsk7+ZRrS5vfn/l74nbIAM8GPAzja7h8W821Ze3u3o3P7DL
0Z6Vk7+zTCu+C39BI4jvijshsytXe2Zu/udlBgwg4s/BRAj4YZ34Z0igESAu
vtWelp6/9jHxWYx/RtwGM1i2bW0Gcz7u8CnxIVwi+MVN4sbumI3tRnM+lC0W
r0VZuRV5B5pdaD5HI8F88W5YgWY1mgfQSGBC9qPJQzOahoj3i/fjea7H/Cbk
PDTz0axGI2HJ3ofh8yiL94hzcZ3hF68Rrwcb2leLv2L2nWi70f4dhqeifTv6
qb22238L2jT+N93hN6PfjvZN3faNGO5B+wb0U/vX3Xf3Sf14l4KWb0m3vU5c3Jbq
l8tSMT6AJoZGRNf16Loei+56ugBDJuJIYhM7Uiva+Wif22VjcV3cFgyzOrq4
3eHKX4dFejEW/cVYchdjyV0MEkZddDjNRV1pcsSLMM1FmOYiTHMRIkpMXIzH
W0xXq8gymgAaEct9MZY7DU8gb0Wzg4VfjrwGzTrqE8/HcuyDZ3WVOLct04+N
bHZ7UTy/9GFxFhZ1XJzV7vLlrz7i02hpQ0Tb2G2baNqZLLHZmu0ZPQ2e2u31d
NqaaV2YUp8PP0AiQgpyGph+aSjSSOL0tLc+/RTwDzlVD3OhflawQV0grFFKs
klgeE/OhVk1fLbKIOVCihk3+qSVkwMp1ZSvFaWwtPg2vdhr2mGl4PdOwJD4X
p2J4QDwbzVQsI6l4UmfT1R8yoE9GsswPdu9BWoM+E6UyYzoShJgw10cU9Mo2p
RdOAZkF3rLIn5nAemv5zGoMmA2ONGGrEq9yF/Dl1oRmBPgP6DOgzYKodwkE8
Qxk5gKYWjcjCdqGhCoeDPXGx7vgGNEoW/zlLczguTvMKB+PZGVv7kEQfsq4P
WdOHxEtKy/LjISSLxbJy9cgHRj428oWR0tSR80euGCkO6EhubW+LxvKZHYpQ

e2Oby50/wFQ2SHgAz2wq8lo0O9GI4EfOQ1OKZj4aSXgA2Y/SLQ9NKZrRaKai
UWCO39M+i+zvjqPha1kcddF44VvxIl7DhrbigtFlo1COTUWzFo2I+96A8RtY
6i7XAyw8gbyLhY/uTr+OhfuRD+cRWR4qOyZ1sx9NKZqpaBagUcAL4kSUuxPp
/pH9aBageQCNJE7CbaI4Ufg9bhuEDWJ23NDX5u/6BziLWS2XyYIeK9VA7m4F8
E+OrGJcyTosbRxi+HGF4dIThihGGDHQImVCGEdczDsZ1ZYYHywyjywx9ygy4
NwcEwSDYGCspk08Yn8E4O54SNHwdNPw9aPhr0PDboGFh0DA4SPN5sVsYhBTG
OsrkBsYjGKfHdX7Dn/yGiX7DAL+hzEBuI3h0KGecythDmfzttQVOlCTQPk79B
Je6JtJX08eOIziySbCspQ6uzrWQoWofaSm5D659tJb/yP0K+Jmy0IF+2pe32
l9nIATJcov6/d9t/JcPhfrQ/R3s22ndBCYmgfWdbySU0/R2Y/zfo/x2E1DT9
7VDL8q0lw1n4b7vz3dqWPQ2Pektb9nI86m8gmx31xrbs3Rj6q7bsq9D6ZVt2
E1qr2yL0BOe2lWT5y8xkNqQJNO10iAj0TEZ2H3EY7rkJ7aFdmavasmmuSnqA
DlLRFu6LVgY9y0dIGGrZ4fxtYXaRPgizXXghzE7aAxFmG4mJnbwBQsxWt4Uv
wb0oH4zs9v+j5GF64fAFMbXd5v/gEby+Ceh9nwxvu9//4mZaXG3+F7l7SGST
//nww/4n0zrIhDb/1uwONUY8lt0hkI3+VizkBKYVyCb/A9mz/b8Ps9j1YYzF
ql5bkuO/JTzJf3ME/W3+S7IfoacB5+IVT8Do+uwh/pEI9/urIx0Eo+MIeLC4
1l8cXuQvwuCBHWR4+/3+vmkd9FRiuI/7N/mz8IjpYTyVB/2F48cP2CIUgoos
jWerlqimqSaozlQNUhWoclQBlU/lVaWoLWpZbVTr1Vq1Wq1US2pBDeqUjuSu
eJRq61KUMrWUEmWJuWWBstClzBOIWsDek7CKNULN2HKSsNRAzbjyxIBoTYcq
OSYxMFqTUNeeVddKyHX16EsIV+LabFwdNIEatNJD9UCbgZC8ldd6qH3Rymvr
60lNYut0qJkWSHw5Fq9Ei+tZRbjcCfZlpc5SyxBzUXXlMaihm6NH4IweDaev
PHFDzdi6tsL77vOV1yfymTuZRHdNYihVJG0WFgrzqyo3CwuoVV+3mVwoLKwa
Q8PJhZX1PckgJCzAZFBCLZqsHUI0GYRIO0s2kiXD9hqqqmwNhboS/ZEMp4mw
Hf2RJZrdta80PATuq5ZamExIhTS2rzQhlSbDhtG1M9PRO9MDMbGdmfTAdual
iVojEUySHaFJWgdEMEFrZACLvv9IdDjSdTr1EGHHiZB6dhxCjqTJ7EqDjaE7
jaDGNNETiZnlx5GYtDe+M2M6Vec1hKtmomlIXL1sjpMu9QKtM97p1vOlN0yb
PofauNh5JzyzMjEjXBlobZx+jOjpNLoxXNkK06vG1bVOj8+sbGuMN1aFGyvr
2+9aUVHzrWNd1XOsihXH2NkKurMKeqy7ao4RXUOj76LHqqHHqqHHuit+FztW
zZhyUlNb16qG8vqKyV12u6DTYrdowPVhuV1eMIT1kUFB5889WyTA8UsXrU/o
w+UJAxoalVOWU0ajsJPSKCNV2HZHOX8+KOjZQu7pjpIx2Bwuhyg4q86p7Pkt
Xrx4yWJKS5dGkZcsdbLAJdh5g2NrEtVUv1SSKKlKxBsq6wmtD0xYF+8/NTw1
MjVz6nppfnh+ZH7m/PXS6PDoyOjM0eul0nBppDSzdL2UF86L5GXmrZf8XZ/E
n+lfLy11qK+oi8uPlbxQIswvWVGyumRtyQMliq5gy2OhF0LC1ND80IrQ6tDa
0AMhJY2YXLcpXrl29JeQuBRbIlmCqKpkp7sUbfxR75Kl9EIW49mlNWgWaJo1
oqwJaGKauKZWo5gvrhBXi6JfzBNLxdHiHVFGB06g2VXEBWvFqZXHBGGt06XUK3
VbdDp0gotyp3KHcpP1cqAsqYMq6sVTYoFyibIWuU65SaNco1KqFBt0DXrBNl
XUAX08V1tTqFX0UAr20xGlpGS5d64rJKWenXaSv9olDp16gr/bT46qNLoxV1
ZSGYjvNjgnP5HLCiCaMpQDMWjQL+F/llNB+g+TsaCS5D/hWaO9C00xAxR8yp
cp5TScugPkolqVPMb48V5g/sQLtxVpc9dlKXXXVGl11Slu9Eu620QFtmwqk6
gS3Iz6B5C83HaP6JRiHmi/ls50u7+mD9YlgcJXhZgJ4lIBZHl5AoOghtO0sW
R6NADe2u2J4waZR8uxcDWbwUFi8GbF1oYSIWuphmW0rtw8AIYOkV1wEoRoIf
jZet6iD5HprdaPZ2jkgeVMyDcOfc5C6Rvq7++24DEIEbYC2kweekL/wRtuIA
dRfO4WrhehgKL8ADYITlZDuWZxinTveg/PPjcFYNDqKAm+FNmAyLYA/swpV2
DbxLLLifKliAK8yi5D7kGrgyuRlTaaEC/gBbSBMZC3n0bpmQjWURgdXJreCA
zORzyTfQ91vYQ9KSrTAMXR+CGdcRK+AXuPSeC88kD+KZpsE0uJtcRPbhpLEB
rpb6SS3JeTAINsKrpAZdo2C54g3NRpz2/ALuIA6yNbkz+RE8ipOEmbinS+FK
POM22CrkihWKdRCAdBgMZ0Ajxv4M3iRW0leMJzOS5cmbMfRu+JsQFf4kquA8
ojAcpsK1cDuWxmuwG+c4OlKIU7f7cXuRfKZ4A8+tBpbChdCMZ34X5t0Am0lf
0ldw4MRXwCvsA+MxbjWsx+O3ww5SQ+rJVvK4uF4R6yxNpiRtyY+SSciCOjzD
tfA4HuMAiWEaPIIYEpdIqdISRf6hS/AKZ8CtsANexPN4F8v9C/iKZOH2nvBz
YUVyYvKe5B48FzVOigbCmTAJ5sMyOB9+h7X6R3gC/kq+ETSY8gXpScWFis+T
v8SyTYdyPPfRmHos7vtqrKU26MDtNbxKMwngVQwkZ5AxZDZZTW4gHeRN8qag
FII49H8sJsTt4jtSf4UiWYx7stPVP7aSiTAHa+DnWNq/xOu9B56EbcRG0kkO
XtFrmP9LYZBQidsdwgvCu+JKcbV0UHFF567OTzq/SbaAClvZUCyHpXAflsJf
iB3PoQ+ZSxaTD/DM1wgPikZRFsNioVgmjhPrxSvF68WnxeelRdL90luK4YpG
xf2qxs7zOl9M1iGQ29MuJZ5XBmRDPxiA7WcWtqZ5eH4LcFsEF8El0ALXYXv5
JazDiXwHPAbb4FX4M3yKNQAkiOd8Dh79XGx1K8l1uN1MNpDHyZNkG3mPfEk3
IYRbptBfKBUqhGphtrASt+uFHcJrwl7RK05HKdqM223iJvFNHHUkKanIx22Y

4mrF3crtqkzVMNU09bMH9x/KOlR/6N1O6HR3ntV5Q+fjnR8lJySX4/lHIAdy
8UxX4VnejG1wPW73YUvcBH+CZ+F1dq5/IwJRYIt3kjC2hmystVIyFKdOw8ko
ciZu43GbSCbh1kimkTm4rSDN5FJyGbmcXEt+zbab8NrWk3vJJtweIltwe5Xs
JB+Sj8nfBGzEgoitOSJkCHlCEV5phTBUGC2MwW22MB+3BcIiYRnW0N1Cu7BZ
eE20ihGUt43iQvFm8Q/iH8VXxK8lQcqW8qQSaYI0W7pMekF6UXpD+kbhV1Qp
5ihuU/xR6VH2U45XzlXepHxAuVd5UKVU1eIs/CLVK6qkOoLS6im87o3fuuOd
p3yBLFakSBcIO7FfOMUFilVkPJaYUhgnNonXiS8pZpHPxQB5i7SI54jzkneI
1cJX4nwyQXiMhES/olicBddAktwvvCccED6SbGScsI9kSr8gDwnzxQpcqiIU
L0s26TLFXpzAvw7FwsVkq/CkeJl4WfJ/oFhxG9mpuE14EQLSLsEKO7FXrxJu
xEzPC+cIV0Od1E/xDZyD5X6v4gIs7yHClSRLfEW6DfaIYeHvuGy8AaXGc2SE
lCacLRSR+1HiHiKpsJ8shAXk1xAnD5M/kw6c6t8j3k1GCnqsrYRgIANwNfGc
GCSviFr6shM283TBRmqFz4Xx4iPKHWIhrud2wEtwIRFJDNvOYXTCedgDrhcy
UKZVoTR5meSDE25EeX+g8xEqsRVvKK7Gdna7mA1jIAZThO1QjH1jD251cAXk
wxZsg1dCTLgJLko2kxko90eh/BQAF6SQR3QoLR14bitwvLALIZSF9AWsr1D+
P4NSv4Z8BueTAPasrZAp0ZhrpCqUTA0of6/GbQZMQd+t8EvIRsXLMJo4AKRA
523Yyt+Bs3HM+QCP74YSPL9JcLuUjWcdQMm8EHPc2jkM4rhdAduJABfjOQ/B
fl4rDUPJe0NyLl7hOThGjcQxcRuck7wRKrDuxiQvS14NU5O3JyfjEnxs8h6U
v8uSbdAfVinqhQmKqNQPZew28gSOR2+Tq1FuD4O3UB5FiBM+xu0PeP5DFA9D
i/Q6ys7S5DXJV8GG5RHCEpqGo+huOBc+w3IbJm6Fgs4zhNZktbgAR6idcGby
7qSfaGFOsgkl7yOwXqVA2dMMqYr12HavlmYJMTzfPmAneRg6WbFWfF38q7QA
ODg4ODg4OP77YMfNgfMtJ85iPLiG7YMzjixcmdD5fR7Obfrh3GMArtyKcP4y
COc5g3EWU47znmqcTYzEedZo3MbiNh7XWPW48p6M86UpODOaimvYGTgLm40r
r3Nwm4ezvPk4L1rGVn/n43zo5zgja8a1zqU4Q1qFWwuuZq/Ddf8NODO6EedP
63CNeAfO1jbgLKcdVxYdsBkexbXQ42zd+CSuNJ7CGdwzsB3nYs/C87j+fAle
xrXHW/A2zs3ehZ04u9qF87MPQSBenDF76Q1GXMs1JVZG61oF8rDwKK7DVMJj
baCQOoRHHxRBq6KOjQRcaqXiMYwXQCR9QEPmkbPBGZW/LDlUcoZ8oGTUoRIo
Rbd8EKlvzNMKUofq9fYmICq0W5sIOPOiedFY3/qgOWiOIBGvBAcD4taDcQV8
gxPzrfQJ55U4335EMQ8MWPZt9Kwe6nA97fqHXtR3JL9qD0f6MTsn1o90JPe2
ZxX2g47k03EfOlxOJPdApH/oiUrv0Ata70rj7P4GnPOOa1eJbiPabSkidIiF
DxoMWsmIjrjd7XaYtedK/+s4F8zEvNLjvT4490JnNPrllENf7jdbivK6CEoP
lZTSC4uShVO61beLPBvBGFfhLp2lBe7n8vHaiJiRXtivf0G+3ZaIEoPiUR4h
3t8uDMyNFlmLOqcNsBfmZBe7+4thkrbc5SotLu47fnrn2yTzwux48aC+Gdd1
vknXxGNJs1AnOLCOxtGyiAcERbNvRv8VCkLYfXQRBJnUkgayhqwjO4gSF/79
NkKzNG4SrZlDU0rkEsjbj9w3RqZEsU7EDrW7tQloXeDZWoO24FhBcegbwXEj
Hu0Xyd1kPrYkHQxiR/NCXKkT45p4caEmXlo4VUPWah7QCJqVelpC8pcLF0Wj
WDD7sbbbQKmjpYA7jdDLVYZD9NIJ5MXLcnPLyv7IODcvTq/qc2x0SsUc7GWs
huMpcWeDc51zl1MCZ9wpLMPGLxjLrLiiL8N2tg5n6iJzq9Edxh18BSZyDs66
y9D9t7iRmEyCBtfVGrVeEGEL+QcmHx63GI2muLkwZlphWmNaZ5JMLscWIY3s
xjaLzXVKtGSUvH+3TNtsaQnWMDEXwRf7D5IvotG+uJ7CSvY8SBQqjbZDfL+t
SaPHi4vml9IyixSYU+x2hy1YOEQoNPfLSE8Ph1SfkxFBa8nkTqFhoF2rirgj
5dJTt3+zatHAVCESEXx9LxTeuT4rkOrHq8/Gq78frz6V/Jpd/aUqp67I4fQO
7ueMI7komVLt9j6qEtVw1b0qZTxwljRfZZjknOeeol5ieVW3W+NN5s36DYY
tym2OZ52vul407kr8LX0tcNmIz7JpfDYXHaXw+dUaRw6p87XzzXUdZVjdUDl
dAmCw+3Su5QG0SUolE4HbZhWydBB5sQ1mniKvrRZQzQdYkFcLyvcq11kresB
l+DaIhZgkV7bTgR9age5Nm4A5fujrVOt860rrJK1g6jiVvowohsC8UBzQGwI
rAsIAdfD5GtstwYSj6dMFeYLK4TVvwmPCC8JO4S+CWnD5t5DrsBF3Vcao3SX7
z5CnLPxyyqgDU/bL2KZK9h+ashA73MJWJX3S76HVGvKY5gWNAFMW1kd3my2O
IlZnlqIiQe5K8uDFrmtdGF9vLFklKy5+wvgEtvmFi1DyUn0tRD0PGQxyaqog
a7ALPNgkKwQXOtqaBFa1pVHs5OaiPNaFg4UAhf2wWpWqcP/u7qtUCapgfv/+
A8T7px7cRRpJ4LbzZqxNj7heuGX9n2Mj7vp6CJnWNLHaTRSd30RIObnp3kvu
Wrpw859eWTN79u82dn4+UO6bQ+VbXXKv21q174RMEmX1n7VUs0x7vvFSzZuR
fRGlUiQXixdKF9pXOqQSdaZSIYZdmS6lGJiqJuoOUrEpkE7S003Y0a9td4Ii
0EGU7SYDwWYfhzAxxS06N2TFs4R4VkPWuqxdWVKWawsZAh4aBVbZGrDGrHHr
Gus6q8rq6rOFpHZXwsEpow7tZnUwav8B7BX7sQqwSKbsX4RlTWiBdxezTulR
0mLuG6tYHs/2RjQWnzfVKyjNEUN6RBOeRvyyZxoEjehK06ZPI15LYBqE9EhM
h84kZ9Yll3R1sVZ1eofqi41NarXJSTpUbzzY5FSYAh2qD9qaTIaeeqGiitiM
oupwXYRDGenmfpa0/gVEaUuxO+wF+f27Kky84fK775iXtuYXVz87+6Jnr258

9JfE9NW8Q89ahlYXDJ941ZUXp09UzIkYRv/uqaum70rcd819k9uJbxMZ1ll3
qHLV2Ib3yvPuvOn+fwaolBqZ3C2uV4xEabiL1tNmkJK72q2eIQp2HxkdLjVR
iFmacogbGgzrDM+QbcIb5A1hlwGrgOgIGOIGUVBIUgf5VdwtCimiKEiiQREf
Wqh4nyjRUr5PQMLR6eZN63RE59Irtgh7QRQ+iutBkqW4VCutkxTSI8KHoO+u
J/nLKft3sx5zgPaRqLw/WlqySpEbXWW8+ImuCoprliiWKC9XXK6UWC2xPrAI
y92zSasFCftuh9rf1oQHpsVrYU0exwESJsEQtvKM54XXO0sWkF93Xr0wNq7A
pxiZ/s9HpSc9uQ067M0XYettwdbrgnQoIHey9rulnhBNgb8gK2N+wYWhZl2z
vtnd7Lk00pzeUnCvc7377ki7/kH3Q+kPZzypfVL3usGuAi1RGgS3JsNucLgj
hoixhlxDLjOsNN4LxkFQTGqghgzPnErOyphcMBfmknOE2elzM+YU/IxclLEs
+6KC1dJqRbOqWX2p+VLL6pTV9pukG9TXm2+w3GK/K/33Gb8v6JA2qffpPtbv
M+7L2JffR2XQZBRDERmYr6hUg96dITGSHbTztCkVOdSyGnxlGmLC8SbOTAzd
MpkVl6EwXijECxsK1xXuKpQKw49ghIg9Kgt7lDbmiDvWOESHq98W8hnZd1ic
7T+wn/ak/bsP0OGxdD/tPsRRxLpMfjQvNWS2S2pbJKgITwO/yjeNZkdKhNvc
S2waCUmBaSRVjRS150yDPHNOV8fp7jmXILDjAP4WeR5y6yFDsiqxw+x5sEmp
sOZ0qN5ra7Ie7jmOItpx0nvmIEqV3dE1NrNJSqR/d6ehXciqpBbrRxnp5Krb
pzx7751PN92fKBr5VuvjTROWk74XxJfNmtVc2Lf/2Nprz226NH2ocP/l6yZc
/ljbopG3zbvyjFkLV29f3rh4UutrTRePPuf8ZaP7zcnr/Kh6fcMlt1w4cVjR
XJR9jZ3VqmzFdThXHid0yb65d8FdZZ+WidigvLLL5q11jfcus6uIDJl74eOy
XRO+rJLqau+y3WXfMUEK1AbODIyZ6pSCECA4woyW5sBMYbZvFUjLcab8TZnY
qi4rLy8oh9Fj+paXCSDpJHfW6LICQarw4KyvPK6Rh5Ahc6CCVKDvoXJTdTqU
q7wPi+V4fI84dOPIS/qnVjs6xDPj/VXVuf36a8fMlgb27Tt+gq46q9T9+4An
5ol7RI97QtFA0/Dm4cLwe6zFgVAsFA/VhqSQa/yEDvJme/DWs50dZMDKaPQM
2hQOTcGh7UvWJuhE8tAeKD1wCNvHoQ/lPaWl++Uvphyasoc1EEtR97gmb1sl
G0tYaxlUWTNgsCI2dFj1sKphonJQcUmxoMxO10Rs6YGIOZKWnolit3Lw8CVQ
M2C4D5R5kg/UObolxO7HgXlpOzh9brQfIl6Pyy1HaFjcB8YMTDGsuGIJGTFw
pA8UMZUPtFHVEkgJOlgul7fLtoRNaG8k+j6mJQR6nlulRmWcU377NmhWVlfT
pBg4EMdpT2suzvw/aWvqP7JDrW1rGlLRoXo3bmry5PaHIUOgf65HkZ7q6FDt
fbAp1ZRu6lDtbGtKh56mm0eB+2Uj8uHGaSnsJ6SFQ5JgS7FIBQGwFggQDKUJ
hbIFCvIIiy1F6Jp5DlB22ZYBtOk7BqiobOveSX/6Ol26onlpmTcaGP7cL9d3
vrzpo84lH20nC14hKnLvkuJJnemdL37WOef9r8hj37xARv3hjoNXjRxlub6t
cuh5/3Pr4rMq6uXgH2tGLawdNDS7uPmawMDh4qOdC3ddkBbl/iUZ1nY/Cd3y
RWe/rz7svPJx4iamzs86N7xHfvsVUZNthNzf+dDmhzpvvnNY2cCz2ueumPsL
Mmfh2Kqq86yjlzy5pq50dN1Dk9fOKD8D+4uMK7QEroW84BfGda3QmIS3EH+q
kOoDHHfB5yc4+qY8Kr4PDjQqNFrx/bhDLXhTRZPaa/eBfwFpJgIhapOghjwq
8qc8t+O5vDza2uT9+z/7lOR1Qb541RNPyGj60nauNppMBlmbqvHXBpU2k1V2
m90ej9fpUwbpAwaRQmq1x+r6MTuay+y2Pl3BgfSuYHdqV7CDBbfZmBW/Ubb2
M5h0uPMi0whTtTw8dXSw3jRRHp9SlzrXNFuek7pMbpZWGVtMq+RVlqtSr/Tf
YrpFvtl8S+pm02b5f9ybU7ebnpGf9j2T+rbpDfkT0155b+rXpq/kr31fp2Zr
TDUewY/jJRYS+FJTvRqj1qOxex0eu1pQedQ2c4rHdkGqSQ7IqV5vyCynmBfg
yk82GY0dwra4WUhNEYRUv289QFfBdZCNcb1aNok2u12t1qi9HeSfcY0J8wjr
jXFzhxBrH51KUjuET+PGQNxYa/zcKBrvDsxrYeO1y40SwOmWcUSg81racZAP
4NLsUMkqY25UcbH8xKopxlxndBXOWqNOkPcTeev3eZV88RMlqhL80TF9ypGH
iBZNqfc8lGry+TQmP86h9sf1TX6/xiSqHCkiW760N9k1aro4izryae1HzWyu
SztWkPUJupbBTjGAFJCuhQ0dGDJ0gnjvob9PDg2a1jl+vKtgCPlzmLxRNGXs
oX1nFmWe9+Gn5E+vjc7w56kiEZMz9itp8jc3XXmmlhKRcoPZU4lBSDv0Dp1F
jUi+pzBhG04jXWvKck1qHskT8sQ8/w2mm1PvMN1h2WR6yKJTpxK7A6e+P7Nd
YL9WbLH/VrzBvUF8WNToRaMk+IaJ9aIiTy2b01CSE8VGwUPIFpTpNZsCv1Fk
ekXSIezcaI4mZCJ3iGUbVxvWGgRDh5gXz0vR0CdwCcmXNzxgJn5zqVkwu+M4
idaUBJzE5PQ7BafeYBDGO4dHZkxnA3h0yqJRdD3y5aKFKLYX0rX/wgNTDnxY
uv/TA1gVdHTfxqRzwOZR6nG1l65Lt0eUHk0O6G11apcih2gdhhw6cnc/LdI1
bC/COS82koBXlr2CkOJNE70KIJEPNnnFFAPOhNuaUjRdErC0q5IOr0msYbrM
VFK5R0XYAIdSCgfoKG5JK8in81+sPulFv3/lh7eveuviZftvuvyZ5f5ZnZ8/
3PnA5pZNpPR/frU6y+JJcesU8zoLXth0VecrOzs6/7Zm4T0pG+/555aD28m4
h4fZrZ4YSh1c1YSuW47zXDkFSyeqsXufR+a6Qfy2/KiuWyctSVsk3WW+2bfNs
870iq51mS4ovVVTZyCr3lalCplrp96BMVvk9hmDYEXT5M41Gg+DKtNtB7S0Z
bSFgkS0BS8wStygsHcl3N9GytwwPU7kwpLQwHiaBMFkQXhfeFRbDQYfSahXG
O/S4xEemSR0oyfWyLIxXskClmwYqbws1dtddFFf2hxjjFGxR9EtWmbTj7afG

XFREF/hYd153qskmR1LSU03eCcRtQ/KZ/ROIx+qacLja6DJlIXYwHMsMwQ61
0NZk8HeoPkNLj/3qwSaDADiAHcLZtKtD9SlahGkLgPY2zF7aNXwVFNLqYaqC
cLgwGMBhSlYpgxlYa2CWIRxShQsmpNm9GaMKhEwSI4Mf3/B459K3V0zYS/I7
n/980uLIgOBisWlFIDvS0vnoy517Hn1lmpdUEwdxkUof9rEsAOIBrLECsobV
V2m8cLb3fO8tsXudG2IPx3YVqie4FigXqFaoV2ialc2q1erVGk2a3+MLhiJ+
TzQYVsdpgaqDRqNf41GraFUEaYgqKAh+pUflIT0CCeN44CuA9dFcyJFzhJwO
4eV4MDs7im1yvc+z1+v1qTUb1GrlhILVCpUAKlk1WiXivj6M17J9LcvdkB31
5+Rh1ib3hgCOMDtxLjW2tnABTq3FQpBZVcusVmVW1XIoksaqOo0FprGqTrut
367NZBVbDNFqZnWNfXXK/gNTdh/C6p6yv4RpEORPUcKi1clELfamkkMlVGMg
7/8U5C+ipNvu1vdgvzTl5kaVyqhGE3W7fVGCM5L9G5sI8UUBXW1N0SxW51HB
l8L8vlRW2b6uysbfEdF6VMc1B2nXLDCH06miKEhVRwW0A2OYGGQN40jLoJ0c
XWQDyVqS0U8ZiRiNljHjO1+TMwd+uHhObEhZ5tJvPonFogGHO21cTLKZMmwF
+ZkzFcKhveHcJZ2Z073hzM6ySRmOQN6Qizs3RBxyfLq48JLUzEjn6/NqbSYq
j2nv/i22ISqy5ciM4qGhcVq0EOlIfrmR1kKkX0fyYNxCnf1YqfdjNdDPigni
VhpsJSE9tUOspkIdyb1xVlUhljDkLpNxJuJDk40mD00u6JE1aErRlOAcRTcY
0tJyBwu5Xq0ApXlsZvIcTkg+/ZQRobO/NbnotT+c3Rr31jUE1+4YOi6oTuG
7hoqWYfe5o33r0WnYPF7dMFQyO/xBkP9/J7cYKjK7xkSDAl+jzYYtvo9nmAY
G3pOMFzo9wwOhrEUwmlpniGDB+t0WiE3J8fr9agt1pAQD5GdIUJn9AtC60I7
QrtCylCHEIi75aENQ7cOFQNDydCqSKiwtl9DP6HfbdWN7zijo+QDi6jyW164
6AAKnBKmBu8e5XHraneHB2umhiU4YG8sxYFtSAm2oE1Nvuw8XFOwxpRGm1rc
0IRnpx0iaIUctUcNpQjarqI4fuOPjdu0yXQ1GhvKD5wem1McVA9SYAt2S5vg
90K+m4WsF5YZtIFoLCZUslZl0PqzY7FDj8TGprsOtbCovocejo1Ld3bFCFVY
Bzhevk4unxN0WZwRbGFlMw7+enaXp2/gQvLbzulHfOK8o5Jh2wsBKP+GbS8m
SExO7TU5iRHUDqPLkGnqY8qSYirLYDI4r945n8xxnpu33Hkj+U3edudbzr3k
E6fB4MRBVRmrjon9nf1jQ52iPZbhTI+JSqci5nCIUeiDvkFQ7ChyFroKY6X5
o/PnwIWwzLnctSTWAlc5V8Zuhhtj98JdsXX5ifxnHducW/Pfcbzp3JG/3/Gx
82PXrvwv4Z+Of8Qiw8hwR3XeJFLvmJA313GB60/OJ2OvOV+L7XHuiRlNfo8m
GAr4Pe5gKNfvyWTtTB0My36PPRgO+j0ZOO45nSEgKeB0AXE5nXReOSSWlxJz
OmJ5Tpz/4Lk73C6XQ9Co1QCxWEamOnYWgODKyw0FAsF1wURwa3BHcFdQGbwt
nk/yiUB3YZBNAZNZGG+6rS9teXS0oy1vFJV+1FGCMqcTWx9reIcbINXeFa1S
d0801TjPpA7nkfY4ZSECFk6pmFwX9+TJKfpS0kVykdNpLnLKliJQO4scHckd
Gx1FjlhKUZdClZl6MgVQdOqJM0/UuOwCzn282JLjmiaXoIz0OTwBzTwyAY3S
xsw0E0FCm+i3G2g6Nk9Culqo7TvRRKw+dMATqY11ZsZwvEwx1ozF+fmnZZdp
zpuI42ekNu/Q1tjEsP3QF9LSg8su9mdFIv0Ci8RIkzJ9GZFv3paY92BLT0TL
N1fjfAdbpRSlz+NCNmnt0vTl4gD4q+LCvNylziWeJd6LMhfk/tqrWu58KG1L
5tuet71vpSldGXJuZnpRpChjUGYsd1LGORkLcptzdX8C4vb28dZ4X3e97VHc
k0meSXvT8VbamxlvZH6SpvTGw75MtZE2lxDxe1TBMDYmWzAMvkB2li+zNDw6
LITDKlsWzpZsglqltoBbdsfccfcCt8I9PLd7jgS5JJ6byBXW5m7N3ZEr5mYT
NnQSJnoJE8gkZDIyeWxkgUYmxI235eR2kPPbg3SuFD3j+3OIKaPo09bpYs4+
D7P217PbIzLTXEzZbykqshRFD8+f0vo4vM5IZnofR3oBSfMiZbiyCkjEEy44
av40fNzyuJwaCvrDg6RQamAQBAN+IEx9ANEuVdYisogOwFFPqy/cofp4Y5PP
p7Zldaj+2tZkS8Hms7HJJijUGiYg1equGzHRHr3w99sQFXH59u6bUBn2buUw
vUtD7vSmj+p36OGCCZEUD063yF83vbTm7af7LiorHOObc+Owy8cV1Ao/61za
7M+ORAb6l4hN1FXTduFdO4xDtdrbm+turLFSLf6wzvk4R54HNkgn2UyW9aki
dapfE1FpJBPRNYssI1eQNXCD+inTHtBIpjiUE3GCWrxR6hB2xPPU9kxZhFSc
LwUgBgugGSQYo1YbxGioxG/NswpHdPUK6/BMWvHu0sJAZjxTyHSXyIaAQTAZ
/LjGGZ7RvWih09xR8kKsRHTsprcsp0Dp/pLS/fKB/azC4pr0QMSbrtNr9YLS
GUkLR8KC0m8L5RCfxp0DDhNSuhm9wZTUHLwyjx4tjdpltOeQsAWJan3oj1Vt
Fm7d9TfF0yqJHarXH2ySAFI7VLs2NqlBI9s7VH9pa5JFtp4piMpP0OpS0AVm
eloaHYqEQhlbA5hTgGBvN8tdyxgmBcQrZu2/saXzT50fzVoz7sJVpIWg7Ccr
Oz/pvHDT/GuuO2/jI4tXjfh/jH0JYNzUnbeepBlpNJoZza25NR5p7vuyx3Y8
cuLYiZ3EJjiJneDEJQECDcRxIZwhbjnSAG1caGlptw2724NCtwkhh4GypK1L
L1yyu116fEuh35e2tGCa7fKxbcH2997T2HHo9tuNI72np2Mkvf/x+x/vqfac
5fiXeUl31VNXtXZ+APi+CbHzg/PXz8/8af6j9O8+8+8+8+8+8/vfzx+fPnDh8f+O9A+398
eeLWhmWzG3J3Jm6Ct63C3VGvnZBFxB4KZpJDTcB2T/Q7ke9kqLXyYVqKNJnr5Yp
AzAoUaWHGAJ7yb3y7eB28kOhD0n7m25R7gOHpM9kngBPKGei38gsyE69dDd4
QL479ln5S+CL5JflY5nnMz/N/z6zkDHZCBfwkrY45OZCa7Y1f7V8bY5LsqTf

D5whnyXcRChxH8GGfOZwxIWQTEQl04osN5HAQZJA/hopkUwy8SUMzt3odiHA
HmBGGWqSeZQhGcL3NX95CnxCtRTjgYCftJjNABCsDbtdhjS3y+r+ChE+Fib7
oYIhw6eEKlCrY9VzVapaZrEEYfF7YLEEYZtcTixBnLjRiSWI8wuVDzwNPMT7
TC1hBGGfB6rkdOkR64hPRqKaHZWgOJjZDyXgkip3eMVZg8hlwfURMBW80Jp
hH0cKRy5K+RFJF8yhWAkpGQiuRIoBOEq25QuERE5LxVLgFikQ2hWj2t29So0
6kxZeO0EXwNTCxdOOGqQa1477aiRggdVL5wSannBUiM0+iWQ6kqlfCfkND3F
/BYqrHTa4gcsfInMeyf2+IvYzvP7MELzk3HeImABZNEEUBHbdxiVIUAWDgMs
bP5/wohBzhVQXIpVMbrd8w/PV0qSKSj4o+sqWCw5kRUI3vrpzJG/fwKIo/ft
fW+F3W/41neO3tW6k7yNBGB+/6XCqf7Vmw5MRedvv3eIJz8JHvvIwaN2iLQm
Fn5J66B8aiEfwXTusX0qDSzAQhopwkLHiYQu1Q/6SYO1dQp0q+eqLVUv5aN3
iDs8O7w7fHqdSWcmkmdb6RuNN5puNO+3jAXHQmO5sfxh9l7jIdMh892WQ6nH
6MdKgs1UMpVNlUApUA5UkGMnQ0tBKZRIZEodoIOs03lPPpgP5cMryisqa0xr
koPGzaYtwubE5lQgBEKkrxSq+KqD4qBn0DtcvKJ0RfmKyhXVrc1mymhM2I2+
RMQotbYl8q3jtnH7YfkzzGdyj+Qfy52NfzP5Qups64VWxwa2xUfsJX3HwEuA
BAdBwy+kmiqfLfh9gb0hXzD4TAC1lD2fdUCh1c6bHTxvTvFJMx014ElfAXMQ
m8YLVCSO/EVADTaVAQhFQXQKRFQhZ33eSr5qBZL1mPVVK2WdIg+dCX0tmBJQ
tBweEDqaBc9nf59dgMpY7amo2ZfgBkVkpWweqmg6+w3QTdSgxS42AkQjqX1Q
SI+/jYLc43PjkIi0OBHWtI1wK/INmhFSI4RFrxOujQBh32xDpFfIPGOPR41p
Q4IIWJAatsMVk4ebXIYvEUY+nYoJUClbzImkYoOKmc3pEfdo/nu8WowrQSA3
PrJqSDXsNF5tukbYmaJHhkcARAXEPgJjQ94oWmp03lIr5REXQeznU+2VSsHj
KZBkIRh0FFqogKGgh4r75J4C5Yhg+b/kz6r/pWkcyZI4+gTtICDZiEtpUXdr
KUhqfBKLyo0AFo7yNlNPKLaRr12x+6Opjt/+4/19v/9GWzn0ba8nwCiKd+jU
ngOfaG6NzX/xoXWv/cOeW1vc3jCn++B86tCj2w9e1lHqO3D19Z+87LOvGnT1
YA7804OfGL17a/HqdPDbNz4w+OC/VDyhHLKQbQu/1H0d4UGyGfHOSc6iD5Ga
nXzSBYKCCcqBM+YQ6WLMUOwiq7UuzJ07dxbkkNuctwlh4GKNta+6AJa9ouYQ
L1U0h3g6h0v1LilS/g/bu6ELYeoZ99Pis97j4T8xuq96vub9hu60/mlG97ju
K/qvMo87v+LSfY6ZtEzaPuuaDOuude5y30jfyk2EdVtdW9wD4av01zK6bcww
u43bbh526tTwADFIbdFdrtdJ4TLd4uwm1pp1ij7BxNm4M+7SQZUbzodHoXWh
awSM/YQ5LHEuryvpolyMCT2izwzFFcOGzCQCgCPC3He+8x3YfyM448KnOggd
8BEWp+CzmFl4cMgd9IWmFg6pVhejl1iGgbrDAYWeTq9HdkvF5UYZMyELVEoE
yegN77qB+zd5l+qadF1w0a7X807VOeA87rzg1EnOUeeYc8JJO6fIN05L4YfD
yI+egjzjeXvk/AgkpoZdg6LeiD9gKeLKX3ed4yj4yMV/WP5DO3wckbWBE201
i2qr0VMLr58Waixrr0El+9PT9hoXt6PWnz5pqS2O+RuGWsN3xsUIQUCZTRic
wpfEICLH5o0Nu9Wdega+vwhAPp8YtLdR+MoNgEbPsYru62uUSml+pszTMcGz
toNMbm/JgmGg5lpX63jdOsUULlz17p30J7Y6QhGdohiycvG6935FWW/MBCpG
QCqQSn0Lv2QOQCqtURsv+nFOG0BLIuqwIgvMYquRMdJvyPtoo400sgRysLhr
dUysS+TqMehNDM9yBobj8voaYzOL9hoPFx8iVtZQhuUEKv2wVF+Hlaqhkus1
DNNDhq8Y9FF9ik0b43zcHvcmfMl4rFDV17zlfl++i+kzrvEN6oeYIXaYG+KH
vEP5wcK1+l3MHuNu727fB0v76f36/cx+7hbj7fzt3lt8B/y3SDfl7qEfYO/z
fzT30fzhwoPMI8aH7A+Jj3g/4/tk/FO5T+YfYfYx83G3P583q5wPxwrUyrl6+
PMWe4aa8J/Pfzf+t8mo96c4O7A5bi8Tjc+Ldbj0bj2
PMWe4aa8J/Pfzf+J/ZPxvcC fpN7duavyuwuHDXSLb09wb+iGDH0VcxW720D1
GdaF1sT7cvSwb0vusjw1wAywW40UzRAcVDd+Vy7pT4QKTM1oaHBGgLC1tfry
Bj9ttGpv1mdjGSMwsrWYDbEG5I12zByIPdy1BnukDX4/azBwfqh/gkGW0ENm
sXsdPns8l/DFbTy8SiwY9cVqhRZfbWph7CmfkZOmFvaqjjzLSLzR2OSDR/u8
fn/QwHGIg5w+P2zw5wIs24T8CPlcQc8waI8/X4CbBbstFo9D84wgjRzHsoyh
7Qv6LxVgn51QKwUkhlpxoUYz+XK+MFGYLFD9hR2F0cIY3nitcKHAFl5nf2PY
aPSd8hqfISXCC/6sGlV+gD/HU/xXWtumyOue0pgRJaF4hPOiMPc2hn2puV8v
Ib2G72ExJwVz58UKe2AZv/51hl2+ZgRzOwv/GKF9GLsrtH/ECDYyIV8iJnbE
4y5TPYhWUh6uQqLNWNes0GHkblMdBj9mhBrJGg1Ja7QF6GxO7JpAHdlwTZQW
PRPA2dTg4AYTa04zzMX2GLJdsCvtYmODtSMV5kBlZdCRmr83Pv/D+Rl5/voM
71jdBt4RKy1pYPxlXII42u7x2BOkILeUM4AGZDrgiq6ATB8tR+5+91lq53uf
p6++0x1VFCXffFLlzjiEPjW8rRu0mG6uHTYnSwbkQ+cYdeXecNSvIFl27MEsd
po4RRWIFdf+yKLFUx07duoqQvdPHZBXWaES2DmpVCL4EMbFqtNnITSUXOgRu
/+IkAvyw8rbqRKC/hI8t1RhcMhnsgJAM8JRsiQjSiXS+zKsGeFFeDQTQ2gp3
8VMLP1aD6CCepw+KQMStIj5CFJQg056miRxEO5ACRrBbM5Wayc0h1vlxagbk
4AYWtWfPvpJKTQs/ninkIU5X9xr995VI2+VVYJNCtYn6Y4bTHGVL2Q4QB0r3
Evcb76/oAzZXq1CfqNMG/zrdOv1qaXXTula1fjjAcmZGIprWgj5urXFtpa95

VevaFVuM1xjvMdzN3W20DLrucpGh+o46OcqWiHJ7NpEpPwuZlif4hbOnDTU+
bqzx2AZvrQiQI0jEFqM8JeFiP0/z7SLUE2rCWOsXd4h7RSonHhRJ8c6QANAT
59vVdhI+9lhmIkNmKvC9TVHdqpU2Zs9mQGZUIUomni+X4Yt/D/aAflPpWTRd
DLRm4C+aa4QSUiaUSYVWlQsKOaEARUAHKc+SqwiGcELmDtWcU+AaNejL1QqM
aq5J0DKcYCiBARcYMAA1+aqOVTdo0HPf+HgK5aKkhLkU8vm0z6UaLCu8M9KO
clPOjwiz++qz4xCbpqw1dEwqldME4gmKB8TIMHIHoe7CGLSn0uaP6OzNLdUW
Um9gOZbUh5ukJlJfMdagcR+w+wmb3RIy+UFTpE1X8xMtbFkClbLR5hf8wNwE
V636dj+B7UgERzUnQyqpJZSMg33EPghDIQYdOlG3QWaGZhuBNPfJAnxSSJGv
nRBwcdpca5bgs0M1Dm1ACWXpgY01UTLW3HDxI2r3GqFON9aa46jkYMnB0gBL
Q424NJslNUwgL70o0kEeWoSvn9rD8/mgoGWrMPnEFGs6uSdvpNunWMOJPbSx
AXKXYkAoD1rPNHJRqtVmzeLTO92LmdEIz7pdThwPQhEip2Y/6plGqgvZ8zG5
umLH7cHED9/ccnldiZK5qJI7fvS2DW1+G+e2CLyzfezqQiv4dLq/a3PLuruv
t3o+ct2qQtctm+XDVzc1pVuzxXJm82QitDJ1z/z372pzMKb2loe7HgIj7Z70
aA19cY9ceHfhPPW07uOEi5DBOxdlx5NBHZIBApIGOgdPiBwOkEMW+PVJJCp4
RKioCVeQpODR8SZ0PM+LboImDXYEQqwO1QAPczgJn2IwhochYEZ2Tv2VlGbo
YE5/JXVWeAGyPRo0oOndKLwEBS8Bz0PnoHODOl1UIVCkXr9JJBH9o9v540m0
DStvnUFNPB9VtEgJFB1nUW2m8Xsz6OcQ4LlViIIv6k/rTzG/C9G66CrTSFWK
3kTtp++lDtFfpp5gmR4GtLKOmKnTHnR0iW6eoH0uAoL6pTsphHSTOnJUN6E7
pqN0b/AughBlnhdMA6Yx06SJnoCr4yaKMCE3XR5Wz5rOmRgTlB9n2iumUeVb
fY0sg33j7esF5A8R5kbGNQtwvG5113AeOmauuEeijExUooIS8HKin/CIRt7P
wq0QHZaAx+jzEwG9T2rk1jaysj78YcgykEtGwPjwsO8pJ0GGp1j3yT0Qp/pw
6NKwSK9I111MqoX0p/lJY0rJanVd9FToQds9n/3YP//d/U8MfGmzRRL9STOw
Z0rX17Z9/vO7KpU4+c7T//5Pb39qorWVOvU3a7xCZGwuPvdvxdL3nj/+nM8B
0Wo3pLNeqKPCZBOishMsDRa1FOm9JJyPNY3epVgMzGh4LEwiYwmHJMMBqFdO
2h3kJlj5wWmktwIFCioSqCRSI/XpWUxMMyh36Ukbzib4UDJTJiKoh92mLTrS
bx+kL4d20SAz5BvyM9fo9usmiInwSd93pHPSa8SvdIZm0AM2i5v8OyKj4qh/
vzjuv8/2cfukdVL8MvgieSzyFPgm+C7zXc9v2fP+30lvA1FP9tq22O4P3S9N
RC5EGKsEvrHwGiHBJQTFEhEgkJjPQ9oZDU+ESSIsQNtrIIyea3JZjOdC2BS+
OvCqBVi+61IMDHy8n55w1FChtthq8CGN4RdDPOjnj/AknxOIPKESo8QYMUkc
J84SrxEG1EASj3/Ie5eXHPCCo17gnQK8arugB4Re0Gszvej0q5pWPU1+QnNB
oMyWkfF9c/tGzu/DpJdK1Wdn92EFcd7WYEPu8sDOwIcC1EMBgPLuIf+0tLSA
FuT0haRFjGPsdZIQRGQtXIAGk04QkPPtLJTIUP6efVKoNVJXodm0z3fGYjGE
w5TBNcX87uQeA0MFplj/iT2U8f0J+Ch3j6yUiVJxMVsVYaumRv4eFJZUr/LT
u/7mdQBOHvp61d0WtBojkY5dKy7728NXbmguguytOfRvoX/0pMB9ZH81FnftD
wd4r//aL767K3orwUtfCeVoHZV6IyJDjy/BSNIezIBJ6EZMgq5EjJk1CCriw
CHQZJSTorIj6JBz/lvDRsPWPKiZgSURnSP5nUPgbgQe4FQjZkDAU7KrBTG6y
Owho0jHpNIVREJKFObiABup5BWKes5iUUcC70RMbbfAsQjJSFDrVPxYAamA0
QAZCRngZowtLRReNRCC8QwcqJdpigWsS7ZGkXDaBj8EPp9+k1+eyWE7OpDRx
icLsKSSAXhkZmanPIjvxFSSPnyZy0Azs6SnnEEOtTGXLo7k76Dt099ETuWO5
szIGzU3kSCLnSjpTm3Sb2MHUwwyzhgFSrpnr4TZzn6G/knw0x5zNXUiRkkRI
4WcgbxihZl7dLvVL26WruT3SbdJR4qj0OPM080LSGGXtMb7TFrR3OQMxV6c/
GOgKwdOMdNqJ31ooDdLpEGUMEcYwLyHQY3OOuiZcx1xUyDXpII1vJAb0yHSN
Z8uoPNNT0a/KrjrYcFivn50bH2mfa0f/UAL9OHxkKHAFLHEJ4aLg9UZTNBtT
omxCIIIOXMUZRQJJXVpazOlCuUEtiB9QCAQ5oZFzwHfKQYSMBmWK+S2m8PQU
q7tI4fU6hgWNzFSIACoXxa2GA9y6SMWKvGINWie/u2qi9+HX/vjtW/uh2PWm
TMCasYRdvoxx/kJW374zN7R62/E9267pXvHud74DetZ/9fNY+rr77pyt/2+K2R
fd8HP+0aq/Xv/t4PfoIoH41ouJw6TjiIAHVyGeXHWRfUtLwFkphxoUZi2Gz
M68SAAWoSIIQ0OOQRC2exBEYV1Wq1whph9ClWBmX7kCg0cRKdzWCZDY9j6KmF
l/EZsPKDDM4hr6ILRiMUNqv/1WUx90JzD5A+BQG7m7EUYEHBOEI9CIUdJWOZR
2k1ov6hlKcmI1AVGYo4zFMGMQtD7KEMzD9J/R5+gKfRTDHw0xLFRRPYORygI
nxNV4dNC9kBPCwuzCzWZzaHgpeAhNXMO4YeR6ZGRVBHfK7zTGew2se0QRzyj
xKjjZUrnkfwQYvprLtVfC6G74lb1ltkQUjwhTIrxMm6+PJkt+/Qew5B9u2uH
e6u4zcsAyqBnDCyvc67VHyYf0B/i7xPuCfw9+YR4yv5j8meWnwtvk/9B2W2j
zCg7Bp/usOGbzPcsFxioPxnT3SRlQPykh/zUWzV0kz2G/tAgOWi4khwnD9sP
ex6xf9HwRW6KPWU4zn2X/A//SG/k/VRJ8/JfUm/+yL+qK2R
fd8HP+0aq/Xv/t4QVyGeXHWRfletvhmGBBnp1kyTx7hH2VpQRWZeGTsMfZ11g9+7jZ

SROHEV1RadWWN6PcWYowC2bJTF0wAzO6EwN8l+ZVwVUNzATNl/Vz+xBg2jcC
i1loo6BkL8TIkCfHoQJBdsJeJ7QTUmgw6tsjUKHVkN+AaGkh9o2AVUMn9ehr
OvuGsWGDXYHjOHbEwF8zRmq8mqmZ4MIiPRZHrkBUlFlywqdt+bR9jS1O2+K0
LQPeUs2GmlPw1DyStWaCCxYZl1gYw0hWMIzR6iSmmF+d2uN0Gq0+nAlqZYw0
HqFjvKgXF00Ku97dyP7UNKQNaUglHNXc5j8Hu3Yd2npPJuT8wWe+9Ma/n/7s
C3OHwGM6wbOzevldZNuLN9648xbH4V8C8LM3APPDx1uH5Bb1w8jj3U8Q1G26
B4gU2blMKigZrA8zKlJrGexL8KWAYNYD1pwALM4ysME++p1qQ4xttmGRoaUb
6J/Rcr1UjpWVoJsgLAnLFPCdsOlRBvrsWeFsfWZWmNWU3llkAEwLL6C/aWTs
L6q9pwkLPoeAp6qBhF6GV2lTADMw0CPOBdgSwLfxU9WIuRi3w+2fY4vAbM6k
F1XcK2gFf35mBiFtxMYd90uPOB+JUl1UF7/Gcw91D6/7LA1ymYNhNBXeUfao
4QvCF6zHMwZBD+XbjuSOFOlnzSeD7INN4GSQmaJYNRQJHg0+HySDVllxg9QA
NPjzyYTNqmcZToCMMQU2PnUEGvlT5DsnQDI1BQTVFE8Am8UqPGixABkR+VOj
o2VctrZqZb2ulXIBl6rLHy5PmgFijR3mMfNZ8zmz3uxJP0PpKaYRUtKIef0s
JHlszbfD4tcj58dxAkd7+9x4e30OWvO5RvaGTYk5XFHFGVVccT8Rc8h+8L54
KiTQJ93yFPOmatgTDFphH1qh+fvG6T0Jq34pG4PTsjFKKS2x/H35GCi1MVIp
QWsXm7taQgaGctDIdZac4Mt+pePyuVcS8ZWeEyeGTu27dqi1HHSXekOhaFb1
v0mtm/vyRFNaluNdV5Jb17Qf/sebujItwUr4eru9cM3LK9dAlbBivpv6X9Cy
aCPWEsPUnDai1uYa+HT0kSpFZIRt5P7k/stJIqnP6jfeL9H15v5te5tvio5t
Q6PI7nLfLR6p3Ndx1+ojfff2f8r9KfGR/in6ad1J90nx++Xv953ddm7ba9su
bPN5JWdJqDiqoW26r7C91bqPcFHVcK+P8Ky6+OElg93uMLATCrApyJdmg3pP
Qd3o4OuoVI02Y/2ockx5XqGUKfCFU0OpiTAKEv1CNaFjbUfDx8LPh6lw4xxc
wlPC8FhVnOwFvWiEbq8Km3rTiOV6BxzAMQVY1b6XBQdZWLHCy7AV/SN4hFNB
5T29XM4DBjwTHtLzHPnPhB4y5XqiHe7i9IznMnBZOm1Z/49UHurXIFzXiPVU
Xg0JebA3fyR/NE/lRaTP8zxipXyllqUmBsEgejYT5HJY+cFJwYErv8B+q0Hk
ZOFMkAEHlVAc4LQVl9tbPhIH/fGx+Nn4uTgdN6Mj4a63seMAVt5SbUjQxG+S
tuW3qdsehe9ctw2d6jfy5W3mIw93g27s8eouSC5gcY25XoLKZWrhD6oVnefi
ERBx4Xt0TZHPqfZH6qBeyFMDFDlAAYISKJJCr9ITKOMSXpVCP4/gO6qcQc9I
Xbt12zPgFilMuCePIx83YieoO2bH53BlNjV+XkjtewdvpMaRtkntE85DTAlN
d2G2oYTmfo1UUl2YHUf2/Qgs0PHwYKiVTr4UfjVMQr00/vYsCkGhFuVVBbaM
I4ZtjP1aGte86F+7rW9L62q54g+4RaCLKsVCqVAuUPrOaH80qySjm5VBP/C3
Bf1EX2W9RKwEdYlYoav7iYHMej+xMTUogS6x2w82xbb4weYtgVYfPNzXRqwr
9Eqgr7dSVclVEtQBHXS7H2zIXeYnLk9cJhGr3av82rjDxThxY3Xp7JdJPCAR
CQ2UBwT2YVWqclkB0mhFsCG/3IUnbY1o8ZOsY4p5R1X2QFKFBLuDBf0sqLMg
x4IQCywssFGsXq32pgmfZ9UU8+qpPR5Pr74d1/TMZWkL8tNr+hC/Hq8ws2P7
Ukxv2VBHNxryhX0a+kikYULqtYHC6G9pCDFyzcE/fBbQAtGLAyD1y7fgdmVw
68yjd41+K2Wm9DrKkrq5ZfpLXT3pUDjvH/vRipG91/3Nu9+8p89orTA7yqka
cPbu6ioPrLtydWn+j7l8667nTj5RKn/2l2BD4qHhj06nOr3B7eV0+jVjE6cd
0ZrDKjE0pTOYxjbu2/nglmJVFJWVhp2hQiiynTy0/7YvbFk5ftvRrSvf+3Bp
SMnLHQfXlF0uGsIYwgQ1939AW7ZKPrdMcwdaVCQeBM7KYTXNiTLaFnEKj4i8
ZojzROQhxfataEaslEaRLg+hhmi4XIllQJjmeXJTGF8jnBHRNTJTC38+iVph
5R3sAswscjKsvKlaMGTA18sAaIN2chAI2OCiwCUOlxhRRsHJCvYLVqpEzBpI
08grmMshSxhnfsO+bVjDGIoL0y8UhemU1jIDzePpZZbxUNmGGL+C1/AXY+gD
h+iS1hiHwQGHAQGHQQPX8BzipoYvUWxpBmHcHMbNYdwchk9zAcs0WPnDSbQD
Vt47g/ZlMi3NDUyBIUWjPoOgJHwKzduIuBcNulZzLWqywrWMQmvAoIiiEy2T
LfTxlrMt51qolB4MtIy2jKEmtQVIrJgIWqcoi2ptyiSCsd4mLhEUeiPhRDA6
RZnVbKQSy3aWg5UuIMWqBH5KiPysVoHziLJhkgPHOWDhxrij3EsczSFRqGSI
sJwNZQYyo5mxDD2RmcyQxzMADeA4mzmXoTOjzV8+iIepaanrCFcvT2Gfrbdb
a7XGvBgN6ODw+nWsXvFF/TqPHzClwkg8NDwPGJXPUBRQYRwYf9ydGCK5SCI
oBmLEqesNowcrBg5aOnAGDXgeRawQxwyaAM+4BQqLSME28ewtTFeomE2g/V7
P9K5YcxnN3N5db7DqRY5KtSVL1zX66x1z7euiDhES8jrzJmBTffxuStvW735
CvXx+W9skUQ/SkEUNoCuh7fnyv3z/u3ZkCzbuZbN1ArNhEb2cjtcMZC7jEQT
ufcifz1NyFA5BfC4JRNmDlMYe33COJkwbBcpA9RqWL/AymuYTQzIEka7YeVH
p9HRBpO4qIVg5X+fbDDna4vM+fIpzJsSch25+8N7wwchNGjaC7l+VA/0GJVj
Dwe6gL5Jb4fI9mWoaGZGhFdGGt4kLZI2AxkIyvEUmhBjiW9MEuaYMF6j65zs
62tUOju1iupptZvUpET8VE9iX6UIKRwE2NHj/eO6kdnGgxyxIS5x0QiLjFh
7kFPpnGPiMQE5jbYckZjODmyjGM0Oxve+ysz9Rkt2NRgHM+kDEblMXlSflS+
IOskeUAmVbSSkRIvFsu4bGnVykxeKyMKLtWsx1uG7GTvbTIlgjbIRDFPpxQM

d/Ee3j4JH6VGEE08Y7dxkwZgqCFccGJVBRWqpV6hPsjzJo9JFtVUTcRxv2pr
eVIEAyIYFcfESfFR8YKoE09ETvw9Zh48EQ7iGAgHZjXIDdEAGmu0NKWMpjYh
Y2hO+acJPVs4o8KbYKx2B2YJewNM172ziCOWzaJjX6L+anVpxhlI/YlkW1sy
2d52p6fQOb9qVdZnYIJef9wMHLqPox3tyWTbfHhO2lyD5O5t3wQ+8Km05LHI
Y5CGVkDatkDadoKvLadsN+xYTNkOXg+YhpVH47xyPRL7gEfisBED+h3WBPwi
8fKIxHEICOLBUzgqpHsOinwWjUsm7GjEj30pHoQyp15JFZeMQI0appEduEy6
x+yYPh3YpWnH37ZlGvafZvlhLye6KY3ceE0Z4YpGbjzvdl0ioOvYs4ko7Myk
+6z7gptyY5Oru4xKtbXWVgbuE6Zd1QE3UN0D7lH3mHvS/Sg8kOETQaa3CSSC
+lhkMUAEb4nRcwSQTXzjMlqguNJWnuTBAA9G+TF+kn+Uv8Dr+BOuZQSjidl6
+0USgQAKW2GYQk46CR3DYspguKXZh8ClpLBICbd7yj3z9XrWaw6J3rgVWHUf
f7dzc0sAdzulfq4HizRAWAlCn4fW0haaXYYX3MMYLwxjG99txZ1u3bQuv6jZ
86irUceiFtWCej+fwkelCs3di0d1Lx6FWtQwOqq7s6cTH9eJSagTk1DnOgf6
tXWL561bRBLrFi8AK39WPejYdRy6zLoUPj2FT08147wF1NAsoNOaUb6BEZ3X
7EcXbsYwBh3aTOL9JLpGsxVfw4qvYUVBYu0aUr7hv/+Wdg0piX37Uws/V43o
UIls7H8PUi/y97s8ueLqNUgoSz2Dm1R0TG4T6N+0d9PBTdSmzfqegqikjUx7
WqfFOnMl2EB8OiPMnUX/FpENIse/rDaYAOHuaSGFyxew5F5yiqjt8PLw6kZG
xwxu2syIhR4r5gWrhAMAUgrDmBRuSzV34q1OvNW5Dj7H785oIYGhZgQEUXOz
hghx5Q94b3Pz0DqkwVDjukXegpU/4r3r1g0PNVjKurQW4J3jBT4CgZ95pl5H
dhGk6+OmvsGh54nuhdeJ1XDJwSW/8Popr+gRIfzS/g37VH+ZOTf8exc1Aal8
GOGllAlMDkNYJCWC4hT53smm5kSwACuqsWldItjT22RNBN0QGZ2MpBLB/BRl
OhnpTAS7YUXtiGyKre8cDG7qYhPN69VaIs4SjNKzeQvqGCXNc0ZGT+uYnu5C
XnRzw263V7DK4bwExqTjEilNgYpqaU5kU3JLvhmMNR9vJptRm2v9lk553brQ
+oH15MT6yfUksV5YT66HHH/a4SqvHx0aniK3PhWGmGoK7MIzgFyM8r6NkNV5
rWjfsPqqLpQ0hf7V8f/1s2iE8mIWGbGEuRZRV5PMW0xKJCrzYT8wW5rMynLU
NY7yGbHTRuU2M6uLOY9L14Oo9MyegtjDKbp2CMKe2mOERClid00JZzzh+G+z
hr3+CwTWXF3MYocQjHFflD1LzcwyaHaJciqBgV22zO7S5juc13y8b+2+sMvE
VVfMt9vbwm6O9sU2Vz64jiSdrd3zhXU1oy6c7q9WLs94Cn3zbfWiFyuymAU4
UuSbuyzR5K4dt/T1bWq9Y37/ZskFkZpbiFgHwH1jWbWyxpia78PwTZatG2Fb
QQ2km+edW6s+Wfa1bQLbP50OY6UH5R8P7aX/hPKvRNHL5V8Fy788NoYK2rAp
1uKKIEGSRVuRgJxgsSBjsRRhsRRhXdiscmGzyoWjga5FoeZaTKZyIf9GFB3u
IgL45AC+UABflpDAVlUCG0wJxHI4BlIYDh2aWBSNCSQROXRGgvCTch4PsSuo
KLhYKJrQ5B9ouG2TZmepBtkiFxlvWsu2yOW0MbU45+ISyyp1dpnUEZDYETTj
6qKw2Z5zYd8P9q4UcB3fQEG7vkVmsTZmsXxhsaxhXTjo6MJNLhY1uVyVMhHA
RwZwQwDvDOAHxXHJRSGTQCIIHZFIVMr/UyMLgsXWCrSy2AqSGvnKQGW0MlaZ
rOgyNFBxfQJuHa/oj1fOVcjjFTAKG85WqADrSgQtmsGVSATl3iY2ETT3RgKJ
YEQzuAqxZGc+WOjyE5FiCT+xHIIYLGbO7ZKZSRYcR36LMfYo+xJLs8jg8iVK
ATkZSgwkRhNjCXoniMZk4nqCIhJAgEzicAcVEYrSsGV2p/7nRZRM9lJ5WPJTb
D3R6UeddZH6UuL8P/kcRec3mKjIWjvROsTy0uUimSTBRsoJHrls4GQGJ5WbX
XzW6IA8vb7wINUqg728f7NsjuczGwsr5Nrta4ujO9TfvN5oR6zq6C9DganDu
7Lf6NrffMX/rlpAHm1uWfnDzgX0fimQ+MuAKQN3t2gcEvrfFiziShYjhPPQ05
00IEyMwy3vRDIKqlFWFAieOSvIASGXkvjbgN7UQV1Y4aaXwY7VZYo6AQmgbW
EkM0U+hicNGA9qPjvOhkH6JCL+3ANOrgBYwhBQwgaYw3UJWmgzyvBQmxykPk
CHUesRhOWG2bcIKvuE67vgO+b5gO/Mygt/2GA2sMq11bnPeABwyHLT/zMSG1
WKFxcPBoCLzg/L6XVENgLbt4NzYakUnKZqz3Q+KlwTm0HqBH6TF6kj5O6+k3
eeQAVvmjPMkvxcVQTh8y4VN9x+OX9x0fuGzrk3xw7ZMheu3GrUPPoSxG9PFO
9JFPpGpXDX2D8FJFgiYcVPG3wm99yzahFhpuPBAaYAICNsUcJRV/lFP0UavF
IREB4JWAywBrIgNrdpMgAR8FV06jWyI8OrjCps5FLyHO4oPUCekUrBpSrTeR
N+lv424z32a7xXWTeJOfHRke0caYGPyCteaDixM5Do2a4xBFIggBJ40QDOvG
c0qxjeAYtpRwaGFxVrOqG0UXHLaG744kzt35wf0vHXzptmsOvHh55YMrj37k
A3de20Md+8KhY7e/N/Gl+//hzj/d3Fn/wh3fm//Fo99++4FRglz403wv9Qyk
xRhRIy9fRouJNpxLW+SSqECOJeRbs3sIiUrYsVS3SziVVkJeskXciCW5tJQf
J1HxlI02673PaFM2qUYIg7KKuTqsZ2JYrhNYrhMAUi+U2RBBzmIRfknC3Fnh
BSiqc5dkiTxNFBfeO4UItcghmsWpHhzX1grvDtO1HUtdu6RpFT26qbdUHwaN
EjwqrjfHCOAxw5sxortBN4Cz5wRN1oKI6Pi5Rng8haj+Tq4NUXNNWCtsEw5b
6XvToC1db+tLb0tfZ70u/SH2Vuut6bvZLzG/2f/9kMOXbhkrD5T1lWm0DOZaK
J2x2CO889zbZIciLRYhYuD8WJLpIWyp0O0VmhCtCdkAy6J49oLhZC3CRHjnIT
3DGO4t6QSDvKAfFJ0gBKFpsIA5RkpSVW6cKjrSjVDptbaAqQRpYdErDIOncv

WeeUWUA4TJvSJ1dhTKxSjvLRvFJhihLImeCqZKhKoGDMSu+b0gf7vZHYfQow
+irOstMz5uwU85tTe8xGt0eb1sFjboxa1lLuKKXkXAyJaZ7o2CKIKrmWObh0
mghGQwkbYIsE3mjPkf77rtj30bHHe6vxorvWNy95mmN2pxAJigooG8zXX76r
47Ir1KF8TqZq4y/f+oE9d/949nMHnZbM/G+3l4KKAlzGwi7qyuG8aD44//je
SOvQhquf/ud9G0Sb5lEmz0Daj4OfL88QSWLK14fc1hgGMTExBBqG4nK7KrSI
f0KLyCWEaAzHaULY7AthqBPC9hQ+EAiU6PI8C5lBJKKQ/M39sb2xgzEqFmdE
noIkOIPsp1loPf0FekF+LeFSd3AEXS4Kz91rOGggDfACoh7eKSZ/K7aP0D3+
GZN/CNmbSNCjCo4Wh0LJxEXQAa+Po8UjS1jDp+6FxoGlSBYtKqlaPkIzahLs
SIIQol1sjdwbicWkzmgw1kVwxqTVIQmAFtGkujWBB/wwRREMtDd26IGqB/ps
KAmShFUOhUISmJAmJZKQBGh/nJXOSTppNPHlpZxtzYIYP79vvDEgf3x2xNoY
b0IsczKNQxwAifGES/RglS9ycX6KtT/1QSquAf86Hq4KnNXF3LpFDO9e8q82
L3csrPvQrc1rynJki9PmzOTtppUd86nuJg+nM0W8oRgHnNSxH/1oVTpWXe1I
bJ9fuy4GFbvswuh856Mr/JqvadfCefJflU0V6OuW0VSshGmqpCK9TQLsQQXY
gwosPi8b41F7LGxBLlG0z4JEaBHttxQYNmYJ07aUDtyqA3t0QKfkAABJxnNz
EOwMgqAiecGod8xLem1Goj49MgK1Yw6WsBhByW2IjCAimPnxjPBjTYYuUVAx
bImxdNIVtGV1ZLLAaJfx2Pp04IO623WkTkkyXUGwK3hjkAwqNiNAd/gH1Yso
ymIpFb2sGSPimA0VsVip2JCV01o5jTKKRtAiTE+P1IVpnEvfyE5OGNKeNGmz
ZVVjLR031kTHML81+jnhk7KOY7g4lxgtjZUmSnpLaQpI6iEodn9o+qF5Wp5W
fhJ5Wf5Z+tf0ryO/ln+bNtrq6ZH0DZkD6SPgCHmEmnCiOVkn/IczR7ImNA6Y
owy83s+lv9f0/Qjrp1wOm98V8CR86UcMj3Cfkx6KPCQbbSlTPN2b7i/tKN2S
uCV9r/mxyLHS69Sv/XyCLQSJ58ggCIEcniAvdYJ4LjsFvKo1KQY9z/mC3pAX
CF4Jvjm00/OcC+1sstnkiMllW2K40AXBd4lsLlkgCPRSvXd6PCJKmHW4cujF
ki/aALChoOnvUUyccqjGMQsYtYxZJi2UZQpUVU/M68mGWMCmj8bAaGwsNhGj
pFg+RsaeARJRBNKTfYsMhEbbYqA9h/KDFsJgZLiWg4jjxAKAVRS8Pf82miIM
e3HPLxuGC/EKBzG/bDI6TCbj4qDcYW1U7sj4JeNyYbUxSXJWMpjKREqbJNkf
T4QkwapnQlZouusTrJ9AUw8STFznB5o6wTfUPPr2XeYd4R3ru3F6ZBga9Wjo
7ZDqOQqOkkepo8bPmiadk95J36T/kaZPR45meAicUijqiqLJqjEXycn3pz8n
fy6t0Ff0lSteclTM8Q9NaByNRIuPi1VyYu9+1wtC5vSeDHUeCFoq5sltELD
5301XHhqspbwFdEKHg2StNfSjRGCJ2zatSw2+BM2+BO2WlqyoXMuqBYLPMxS
owQT/B0TusAF1WaCv2OCx8BFtOLl/QMvLv0HtJEYwz7VRJJZr9eVLTAeLqmb
Yn59ck+SsQVh5cQem/F9g4y14cXR6OLw4qVpb9Fka9bSYmq7HFs+tJicDEdv
vqJ7sxTa8eAPn7tpcE/Y6TaFw/4vXLl6ywfmf5HJfO726vqSVbDx1LH57z10
XW+mJZ7I9uz8uwOPBDkv6Hng45fVVm+fbK1t2fcZt8Usoi8NL/w72U5/k/CR
8eWZVQHVBiVFAOdXGXnsAuCddqCz46odq0j7YpzWjnQqBpfoDWLvhN3Ipi0u
B41Sqgighzpy7txMbna6oR1fWRxPcVGqedxafgReO5fVYS++ji1v72LFg3yj
2OE+ZgRGiw84r3WAtQ6Af06FBAx/2+gDOgwmddic12H9qrNrDgw9vlOsWWHl
z9hnaLcH/MvMeZxXWZ87NzJyVpgRpbKcW4yOQGHxPEyZ4A518bQfYQZL1wCPW
RzzPO593TXle9zBHA+CwF/Tz/aYd/A7T/xWhLewUYyLlcooeLwXQyuF7FFDO
fONuqTxJAj1fQTftesn5qvP3Tsp5lcP3ImGcAm+qaQmq5WwucDxABggAaFon
OwbsYMIO0AQsx+1n7efsr9n19lH/E4cXoeScNlxqBE9VJ2jboz55FSFmbh
rvMAKmYCLjYo0XFSBJp/G0HE0z4AZRugp5g3T+4BeguLxw5ZGrSL8xkw3Zac
ESueqLa5hHOFoyiLqoon6Ox9+eVSPNxhjUUmurJDyU80fyjjTtDfnP+X7rmv
D3ck4lfuLO3YSe4Ou65dE70KfdAaWtVz1CcJhRxaRn+uGPZ3sY3wjlGKN3ze
DUwmBRu2y3nVjk0WLz7Qa8P+ddsiYdoWrRxYeRsHK23yolFjFhW9UTKL+kDa
bGRQTuQpZNSwHJF7JYXy7yBwqQuzjUnetDnecO77Miy3hdGSRSmWM0pG0Swr
bnhV7ZJGwOL4D6fFf3BESPLiaJAXwzwvhy16G8tGJUyjkl7ze0dtKIKFDrEt
xiZRBVOpzRaLLvdsw5WAfWNodRaRbB2SKwaDEJPiTOAKiCGnkxRD+ud4jC4b
m0Ot0prQGknnZe39yKYJ9weVWISNgU4myHZJRiXAToHVqp0jFAWqPPQ8Zs7I
GY1hnNBuJo4DYFAFj4Ch4CdAAh/FtHq9ssw3YJ+3kBFwdt1Pa/EAagULyjH7r
4KVYEX0+YQ6Nxl2c+hL9YQfgElqEqknw+S1Wv8XrJwSrTwj4CexUwrPzY6vm
hCy6sRNZEfWc0RyYYvkT0K7BFIvcyEsRKS11fZFcIXxkKuEGEcOtWIXaaQm7
QjHz/FuZ/XesXr8v7W9eAzqH66nr+2pbqU/O/etRnLD+rYmVww9MgEc6iz6g
zH1uYqC6jmQ2NGsj3gmC+g2k5RZaXUbLfJQTy1E6Q/hD6RzCvBm7QLagWVuI
TNCqJ6BwRB5QNEEDXmlWNOq5Q7bVHDhiOmI+Yj0UPVR+2fiy++exn5cMlmyU
U4wyP87dZPx1kfG3Zi1bq3S2rqsLdWtLtB6vlfOta439Qr+1O7g2ui7V15Db
N3s2KwOtNzEHjQeFg9aDroPuTzFHhaPWr4jPRoNmnUWwWC3pkBCyhtIJLuHO
tXJC6ybD1upAK92gdhne960toAU9yP4cyGWjZZGjiSx6hmA2EKhls621hnpD

HlA8Vll4ZQQ9GF6jZ/pwVBQ9EMrHyuUKZ+T5ksgZGMYTLVfKpYpiO+LKWYG1
AtnFxQcOeAYgUs4peyMHI2TkSAREPEo2Wytl/pBIxEoD8I0fqICKTscoHoaR
K4qjUlF4VyyWL/GOUomH6lM08O5STPEYW3JRkaP4MlPxIzSQNhhWbrL4gT8E
+ySXRR0SJGxWKwCEPpuR0F46AzKZYDDA8ZAVTu11AVdWmQLmpyQP8KBL8EJF
9Rz3vOa54KFRw1MWW9nzLFklSgQDrjlRycamAPsUUQKlZ8lvog8xkeufCs8c
1gano9nVUyOpfbNvL065PJJqzBohoLEfAmYMiJzQOFYkrBvTreBx6ubGgHUg
2moHcuKbwvkR9NbP41dvq43kRmCLgDeFO96ENYYV2s3th8xC+4HpaVRMs9MM
LFjYikasj4/goXj7iH04zdwIURVXM6JgmqHmRnjLiL5kBEsnUrwGv7VuUn1C
XUStcAOVqt1truuQ349BA9urqNaKcj9gmYhb0NUunLbUFMlS49DoMQtKRn8N
FkU0LtYEd5hwC8JpUQktVthmRef99IQRnfMaRHK4sOJC9ZlqAnwBVri4IagT
BEvNCpe06qwh5X7CWXNphQ1P641Q4AXV7qxVWWctnnfUEnCxsq6aAV/MVUuo
Vrg4a0W0wF92o1+HCzr9SWsN/Nfoj/hLNLhsB0KFPCdGy3SWFKBERFyvcnus
hD4d8lPZHB7eH8xyS8P70fwceHy/PexcBIZ4Lng0kh8N+Gfs2vzXmscldsnk
2M0osuUDxxLhiNHV2bemKQqqBbmw6cD5wTW1+YGMx67e+1BXJjP/r7IvuvXs
13svW0F9UvG7xaLQtHv3Tq8zoCiU2DT+lfmpWwuULDvMbvfI9PQ2qxgjZVnn
CNy88N6eZhSjmu+m3oZyrkhuWibnHAZDKkkRt8RALGDTO7C1jPJGTltxFU35
cZrEVRJVi7hahNUnkQicTc2m3oR/9dzMyKIAbMidoCFFBBxW8rYiKBI2KGwi
t6HfsDgcJYIolxYlDtR301D7YUmjOUOOC32DQ88RvoU/Ep6FC4R34cKTnNAI
5T5hQBmg5tSnEqS9nHXtqt6lu0dPGgw6G+thvYaUwxs1yDbZG021gKqt4uux
7Tbs5q71XO3d6dudvoW9lbvVc7P3Rt8t6cPcYc9niM8YPu19OPUsca78K33E
YGBTqXQyyQEWmqB2jyNoJ9JFKGE4a9AWZSWP15tPcg54QDqVkg2sA745eErS
a6A5Ng1LD2dg2YjdZkMCKYbHa8C7jeUitYCl7HZ7PSin2neEA69yF5CzcYz7
PUdxB+qGfsMOA2U4ANW3WQ2kXrZIwCIdlUjpyl40yKXraTLtKZW/isK/+OMP
4+vPj+w7P/f2CBqFMtcI+a6fO59qTA27ONMT25jIZnFGNPh+xb8+HQaaDENL
FkFiReOClCEA+65odVAEhR0/hD4Qm2KlE3sCFg1eQvpH3aYRv2YW2e3Yr6hR
P57vQr9scDpS3c1Am+qCB084M5nwqzNWhm1KgaQSFw2e+furxy5rW9ecD9fi
XLBH7pw/Ywl7BHcJkn0sEFs9XwR/TsRtBqNJUWgxbK6/d8M9H+1KJ0suS8fw
UfKpUDbCCzyKynoIgl6h+zihgn/HFN/wZkehdZPQuxCONxH6tnKG4CQuZHFb
phbmMYDDHiGM/Sw6nI2mQ7NNy9giwUO6dLqVnYQbH+HGsUk3NlrcCQUZO6gZ
Vn6JMSCsvIF9gIqysvOSESMXI4/Y25ZrXzaAZNNYbqxM9ubU6n25+6pfzX21
+ujKU9UXquer3O7m0ZVjK39X/V3zn6rvNjMDKwHEoYkgF2tSTgale5t0iaAh
FnGfDIbujSSUaoubKliqLW39ZVCeorpUU5uSIZwDkBXzcYpGbpFMPBEn9FKI
M3CFnE6wyPRR3TEdqfOOrXxpJblSdcvRvcoRhVQejHk6V06BbU+Fn/h7TIjr
3x7BH+lrTBMrnMeJB2iuFuQTGW9HI3+tmn8dTaCjKT41eOhqryfTHfUVdVKf
iranVYmoJ9sknKOUxEnfyN3oO1MuExmOy7ThyTszhCseQ7MYc3uIuD5gZCkp
jJ3g0mLKZwl7whtDmkC42IxGPy6KXS2DIHLJ5MXaMBI8imRpWk9tGAmU0GAv
ODgWTldG5luu9Ds4NnPbq7zBn5aS87zc3fHkk1e9cGDzA6syoaZ8Laz4k6Wr
7F7qk/q51r11KHZTwWvAr0bsFuvc1/ZIotUvy+vvJgf7zszsrw3HmrKRy3JO
y8bKmpMoQom+cl2HVBolyuBfEJ1OgeI9Gq2ecidFkTAjc9yKvsHnU81lfSbp
JCRWYqJkLLpIsdElio16/Q2r+w8axXoxxXq9kCdJfASJEypJTLGk1TS18Cam
WFj5CaZY0yLFmkzwBf0XFNsYxriMZNFLR2RbNuYGquSjVTBWBU2s6WSQvbcp
mghKsSbyZJC5N+JNBEOxiNWUTrkpUvRG40l3JjkFYmop8yPRSRADFmDJl2NW
AZIjy3DxqOw56j3mJb1eeMFqiZTNe0l1HTKTpQYunUv3/UOIiHeLhSe2zsxBw
aFToXk6FYrZocxSK+WKuSOnt0ayj5CeKtox/iQ6h0YPyXpLJslMkJM6ZmWLe
OrXHSQDBAmuQEMuCXh8OUpeMWloixIuUiCyZ5mUU10FCQdi89Lm/Kg7NWJec
5nqnkzLMXxVc3TNviNe6n3ySGTy59eorPxZ31lbN11ZGHKKkZG9sbXIrAk+t
mTu2Z1UUkpz6ADm07vvPj/f2vtu9tTkIZBnYueoV5FkoVr/qCLYkz25FMhHn
HlPHCJf23YyGsi44cD6kE69dDqeL0bGsyAb0m1hGdDdyIsllNvHyzMh33p8Z
KbovScQlcqWUtVR/ZUbQ8iOfmhQBzn7IFlvlMfGYeEGkJHFAJFW4GhUnRVps
ZOCKjQxcsZGBi89SPN7yxYzJ3ogzZup0BJ1dJsZFMDhn0gRknCzpQdm1OFly
kr/AkyhjkuRPuBu5kiisPdve+FKjrXZpRi1KqEX5kr6T8FX8t+mSS5mzt3vf
nzFLHfuv82R/S+A3A39bVCCPRjseWWQ7CRup6g4c3/Wf4V69oVD1L5Ea0Hjqu
n0G5vdSG2WH8DVQ9IeZK70vnBZszqprJqHVdDRVogT2+8AxQwGPgXwiKEJ8j
SOoMAainoMk79aQO5JDIRpl04UoYPDZvA28B5euNc3S+//4cne/PR3UfuHgO
IP7aOb+6+DvE/DOg++I57P/gHJb4z2fYZecI/4NzBOL3zwjaOQJxNbGV3kZv
IBjCAuVtiIgROaKZqBM9RD+xhdhBXEPsJW4mDhLfU3f3u3jMwOHjF0C13tLSP
3RhPj+6S163h2S6VJlj455fk9rQsp9upIX857xAE0b+hd//4+JVXd6+887Zq

8YbrbK6Nm0l9a8dm+Ne0fWvQu/W267Zuve426uomzpzMZqNNVxO5X8zUcjPn
8OQx6PtI55DzpwarwgyqLl/wcSCnlcKPtOPfd/BfHA/fgCPSBG3zYqxR2hul
u1Eu7mfetw3+m/2M69Jt5X3XX/w96sf5cjn/SbT6z1KhVJBRbb65CP/9Q6lQ
KJEb0XrOixrIu5aOnft6vlwsyqBQLhfAd9HO+SvQ+j/R0Z9ENephuMrDrfmf
lEqFV+EG+DSsbEZXux2uwHPFXGVuDax9Kp8vk1LjoHkGVl5Hp/2snC9nYQWy
27J/BSQbb4Cy8TrqZcJHFE55LQ4e6KfAWpWTHHkH6fACn2+Kmj3JW3wmjqjP
TcP/IDcy94sXhF+8AF+4s8lMOq2OIInFAv6Ea5aMVMjrEp0Z0ZfriMyz8XpG
dKfrcepl2RTtqc39Y63u18kyK62okh8otAYNMrqLlZCYP0T9nkgTo2pYhLqI
ieoomo7+b57JW4HV6s0yjEfy5pFa9LjQN1TD1FuqgULfdiTpFDFFlU4gMVif
mSu+OFKsz/2oCO9zppTDk63barPF3Awyv0YKeQVhcSZc6aCaO6hKGU+bysQ6
dKUimjfVTDJO8oqeiWzTtrlk7oYbrlLStTAfbhvIDe5PhRh3tNr3gfrAWE+4
dsszHz5SrZDvNSU+cOUVcqpXbfamN7RFtvQarS0d9ZJUHdyVXXnr3X9zFb2w
sPilUlKP8Dl83lXzH6ROw7fOEytVfw95iPw0eYakyc/Qj8HHART8M/Oc0cjR
z1Ko03jqrScpEuqUegk/2UzJhpgBPs8Mcvc7QQyEYVcwMTt1ej55LfjCfEes
e0XJLu2nXjb9+e9C9NdgZzQJoJWA93IdvJdbdLuhOPW9hbYHIAVcDbcZwrEw
SqCWxld14d068fYldw+3mxbOU7fr1sEreF9G240vWcL9Pry/MdYHbq8jENpL
EIRul+5+YgNxFfEJtXVn8v6NYOMVu3pv7CV7e5ORSCEZ9ooHLUcspEXnE+WR
ZLL1mkLqCrm13L6itdWXzK8Qr9AX5HAZOSVsTUWut3+z0tVF7Ozv52wK/In6
3IvFXMlaykHUU5+em56erk+jAuSmX3lBmJt+EZEBbPg3NKDnBWyGlxBZjCAI
BxodH2nKklipQZp24rjBMroOX7KFEHQHjSnG2UHpmrK0dla4Uu4gm/V6+vbM
JjVmcnp4p+T3WbwtgXzVq/va19zZNcW5ufSKqHX+KkukLT0fTq2I2u66iw+3
bLl9Y3Fbd8Je69s+f8oTbQrLaX+lI2QAnyNZE2+RdPeLqRWyLeA08mLErTSl
14wUHls790jPelmvKMZYXyd5zdwj7b0Ji6Lw8b46ec3a3PV7dq3LumLNEh1Y
UQi94W6KNbmz/btrH90WLqdiTgPQ+kZ/QPcx2DO3EV9Wu27u/vi14NqdO7vr
9Q3diURuRcUn39h9hAe8ThcLy7n+HMjnQHeuO7f5jg09H5l3DwwNb97cXckP
S74b9QPr2xPROu6lDfEV3PXK9u3EzTuvvprVeml2BvYS7iate3a/ld7fUZCw
R0aEuRdLOdhb06gNOwtRl80s6zA97q8shd48mujNGUZBHtRN7iVh1DB/YM9p
xs9f6UkS9aS7Wl3WkeVqs5mkv7l6d3ckE7J5/ErlEgjHPN5KRubMJnCw1mNN
GUOtULynamFT2NHd8apBqle5eT4il0KWS7s3MfLw9aUtq9JMyzPzJy/pW5+X
dbp0H4vV6p5Ihnbl0s6gk3NF877InduqNDXX1tolm4CiGOTuFeD/3Ghhmbmv
rdqYgX0sZDd2koPv6/Htxw9dZo91JLcPzV7s7KHJGgslJcQOqK8PQT60EXFi
nHhULWzYcIV90JNIDHZ0dK1bbZPlwXJFLjFEV74LDHYNdu26cfvVu67YFJGv
2bV9W19H2wbUtaErVqzjAsoNN2QTdpcL0NlKpcQrWWLX4Or8NTZZT2idW58t
laC6Lv5FlwPEiS9qfIj6Wph+sTRbXOpp2MvIdMnBfrZiH0qjj6GBgDYv9hDk
tA4K99zFbocSXevgSzb+C77VdbOS1yObHIFAyFVs9un28opNTEQiSsqndQ1n
sft9GzZviugTlZr740FrtD01H463x+zzu3l5ZXWeL69UTJd2tEVu23LzetTV
1EMgxtrcDintM9Z2HFg9AMI8e7fPWoZWV2u5rrSTMgd8a9/d3LE2hroZcNHe
TvLauU/Xe2NGtM2nNvb8RS8337hnR08C9jOSrRy0pEXq3wkF9umL6o0QnMW8
HjFuZrezN7DUPAveYMF6FiTZVpb0scDAgh+wYIoFIsuxclx0xOOi2cxxcUWJ
+vyBeEBmygzJwEpexzh0OgaAvE7VkbIO6HTxaEzxxn0+VrRyZh0IyEFF4JCh
8Bbs8/r0fHEa/0FercHeBJ5cSYSsXModElKHDkyDfclh87QOEgBsht281K59
NWffvnFttxXtL+RLSEODEghSi91XjsZiYTynI+pSa5jiHNF42gfWCGCPIxpL
uOev4aSgy2Junn+0YmCdwaABFD8vA6apW6UC753IljwQeVCc02ZNBg8edIcF
h8/CyGAP2IO4wwVXD1A/gdqvk9hIjJ766Hrg3eh8lipC1NxEFVW5txn+6Qc7
N8p6CJN83kxe2djf37FytQKCaa6zQ+GDZoiWoJybLaIFvgdI2CjP7hfTULZp
5I4i21YoxEZKywBTuBikNewR1OHSTEUoFAnsoCFCofGgXbxJLgIWV00N6Q3h
jir4/I77RtvCxmJXt10oNLek/VIyyfla1uxYOW5pDTCxfDnt96WqlaxZjDnc
ffHWwWavtfbBYV/BIntyK5NkrNCVdkQCufb2ZnvbuqybpimzGK30ZHM9hYDO
Yud1pB1iE6OY6swXenJ+C01R7/2tXq+0rok41/U1kyRCNGsXztMkpMM6MaZG
hnKg2d5jJ6/JgY56nQhJEghDuNm5NO1UpzAF36izPw3SUgjAP7dRKdTrm2ug
VoDk9JRbiaGZreolSD34Q4M5SDEAfzYHUhTEdUikzGgfmxsBkSy1KCQcQRo5
WyHpuM06pCEqWLy73JCM4OtrLlH/V2YsrpDT19nTK/cd2FqM1HoH+pta72gV
I363OcL6c6tGblu/6+mPbdp4/7PXrr+qSQzaOB1ttVroCPmwPZlOu3ypoFDf
/9i1Oz521cqoJV5yxuJpj0NoXd3dKvfe88zefd8+sjFs4XiGpC2SH3GpF3Lp
NkhbAaJMXKn67s+A1gyopQ+nydYYuNclejQTYHVJNCh9xISklJyMvlokk4m
XdWAtSy7ghHFGrRw5ZziDxLLiQzkZn8xrX1SCBJV498ipEF0tByYA/wWaI2I
4G7S/vC/TXYLyZ7qiltuvb0+vz3dEuKFSDUKWjk5lXP7B0e29+VW3fTodks8

rnDUT/rvemIkeuXuq5KQtWnZLJWi5K2ZFskYee8GitFRlmh99J6h3V++sQNQ
FDSMiQrkqWvgc5eJPWo1qsgWi81qldGcUZIMZDlTLcUzBlHOyDbZJgaVqAVY
AMsposjGg1GOVUpLD4unDNMooUEQIDc3LTSeHRJDEVFEEWkcqDnckCSg5kdd
HitZtQ0MAzANMMvfCVXkZF1+1fqmf/pWqxqgkdRlwytrZyhnJrGxONjT7pXb
5gx5+LyMt5SifvJ619om/fxtvnRLYP5huZZwzZ8Jpny8KTXQtSCHcjUveTlq
jcCnRxJlFXz6DLFVjZnNVkHIEBKA/5RcSlKCrFtWzISZYAyKW3ALQUZJBTPI
3ApIwaBmbs1qj3rxgV/8f+x9C2BUxdXwzOwjm+zeu49s3slmk2weJCEJeZKE
R94kEAKG8BSQhAQSDEmahGepKCIioFKk1I9SSi2l1vpR5KOIlFqrlPJboBb5
1PqgatFai1b50FqF3f/MubOb3QUUEBQkMzkzZ94zZ84587g3d90jPpyNw4Wx
9g21wHuoPieyOFV5stqaWpXv/GFKYXKI2uFgclJFwb3a6KH5zrjBw+0BWltJ
kcrO3suqHBjivF1nG5rnXJc2JNHkPAN71kiHI3RgOWy3UsqzIhOEtG/0kvai
TDo4gxam0iqZtqq40MNJM8bhiCoJp+HhpXrO1RYu7VE2G4mOtmi5tKOo/yrM
kujgwg6qcniOIu2ZR/CYicJ+BDeCKOyCtxO8RR0Gje9ExIXIqpAQ3CCcI/Lq
yISQYRN7R7Y8MH1g4vD6yTenOIblpppgR/XLqMyE4EnPdK94ccNNtd/98135
nTnB4Sa9zhIqaVki+0XezNqMhhU/a6i/s6UmM9RgDtZRdeVQBtQzxA0Z9J+s
gnGrdzW1/O77U60hgXotM4aEB3JdGA7SzleSYtbUqwNDXXEBFqNDhITkz40
Ozk9z1Fsc6STRKMt1pZpG2O73/Yjm3a4QP5k09hsiXnZgVpbABx33nvcEWZN
toUmAjuIc40TXE6Yb73H+eG4WwT2nxU+cESeMufnns7jQs7ljBBlb1WutQ3N
p6/nDbMHGeKHZjvtUXnpUc6YAPvwQmdEwfDYgADb8MH07/kl9kAW8n5yWUZk
QkJwWlXO2VfyKgeYHQ5tdHEejT07oCwTmCUys2wAS+SslJAQmlGZ8Q6nSjI4
7wFVokhKiSHKGOLgv/lhkvg/jb23K4rZSN8NA18vX4WRxJ3bUxwPfc9ZlDk4
JlAdVZhHD+QVRqkDYwZnOkJSh6WwcvuQzJgEvp7Zz/4mZVhqiGhbtQPajid5
JeZgs8US6bCHRMZrHJF2YouDDuy26BNDbMHQhffOHsI+nHWL2uEcIKmnabGK
+HSMBQ6tsGsZbOWOhg+vrk10TDxzhHcKu/emaldIWkXm2QfC4qyBASkT6pzv
O2yZxTGsPG5oZlQCUX7LUf0p9C6bPFLSOiWKrqB0AWiJyChVQoaZGs2xZmYO
N6oDHREsPDwtd1BSGv7upimBJURvJbSbLCNsJqEVpIHwt3u0oHgYickiaaY0
lpZkMSbYzJE0ymEOiomOHhQeEaEeZGOKXgWeAr3J7fD9x7L3m87g/nza2WxF
1rKPwElMoUJODjCY6dA0/qo8pAzKEpuQ1jZgEvp7Zz/4mZVhqiGhbtQPajid5
HewcMigvQq127oxz7lSbkkuynHcXFEdpVJFDClUvnk1nxxKisytTzv4tuTw7
2uGIK6gZwCae+bUq+uwvcksSDA5HTEZBFAsaMqkwGukXDPS7F+iXTDaVNAYa
s75P6LfJasImE5pipsRsMTsosVISsJbSUkpN1E6zqIpSy4DkqLgsUwSNMFqo
zhIeZYsw36XQ3hQRFBRgC4ybY1lsYTdbaLWFFlqoJclGApFwx95DEmXDvm74
MUD5Bo9mTp92aNrZI3jbAIlH7hbb22nTws8eAiaiPoycQH0IBVotjyawjVL8
8EG0056fFJJwtkAfX5rnXFk4JFodlzVgQCQQp5C+p8iVLqYg48wLqoCzf+bn
CFC1g0aks9kJqaEBCcovGZxQF4CGDoF9V2dJZkHGiAxWnUILU+hge7WdFUSN
iGKTgluD2RTLHAubIM3iP0rQEsCmqOaoWBDX12biMDns+MmQHQ6tw5ETCrGP
k5hEoz4tUYObfvyHwPf8Nh/TpgWLLl7W4VEXKKpa7GVldc3Iu/Z0dO29a+So
u/bMze7umj0m8xmVObFizujRcyoTSqNNaViVnVZY2V6RCA927p7Zd2YNU92
tf9m9diQQTcteOhm6/i2zpuLi2/ubG2wxs+Y3TI2O7V62uw25TSk6gFOcMCe
fdQTJACGkWDKtGeyzMyYwhBjoiMmITwmMTXRaDDkhoTbQoMKchMTvDZUZ/cr
m3axZT/k3lhRsUFXfpfMxgpCzt1Wefbm9ImwhqZZ43KHTu/OG96UFZhQOeTs
2fhhmVFB8RVFFdIIuNinNmlaTE5M8dGR84gir6kWVMWF404jq2aU2o975WeKQ
ASH8LZaY4UVsZEbpgOAEZ5o6SKeNK64fNHx8dkhAAJ/fZOcZtR3mN44MJe+W
1I4ootV5tCadzklbnMZakucls6pkmpdMK2NpQSydaKMjYmh+6IRQlm+hE8yz
zPPNcDqmhdJkqU1aJKmLDHSylq5ksGxb+eQXZN0RTXuiaVM0HRtNS6NpVjTV
RodGJ0Wr7lfBEr9QxaJV0ar4H2c9lsVMWfastVmqrKzh8bys9ckg+ssgujmI
dgYtDbo/SBVUkAhK/v3HByRGq/RxNsK/1ZyDvMO5RdnTi3sfYUzv8a3NtHMN
TXIkZ2jyPAymhS1ugE0VRv1YTG3f7tx779SlDRmhmtoVe+Z+a+/ymonVkZlZ
2bb8GVMmpJ95VjDcrchwIcmVboZznmHf/k7ITS2dTbXmrt+sHH3Tml/PWXig
MjwhKiSwdGxGiJr96cL8Bzs+tQ01eSX5bon1niJ6TyFNAxXlGJhmHTgwjeY4
OIUyhw4aNHDZQDp/IJ0xkJYOpAOzhw61ZksBOQ44klpz8hJT0miallKpsiwx
0hYN/FkSNHCQTTIYbURS9gKmk7j/N3PVPK2PYzOBmhauoaeZ+WbKUqgcsvHX
XuKoVisY2G8TwG9R+OsAsjoAmDkshIaG5ud73Y+rop3fk4PNwQZb2qBg54Cc
4XH6oLjhufRR++ib6hNT8qLS8/MzZUrDUtOOyYs6WWVKz8mJsadFyTP7ozOh8
Ez3Id73OjwqHxcAJ3JpekcWSMyvTQxLUxtiomKnFGVW5jnBZZ7XwmOs1m1Tro
Z3AQkmVjWk5BRHptQWwAnjBHu06wY8DxteTpx82G0FHAqqH8P1mMhaZcey7L
zR1Wl5KYnGzgcQ3D/pv8hrDbyH2E3UI6Ccsg1Ehi+dHTHLDcTOvNTeZusyrX

XAFLa2b5HSl0bAqNS6EkxZTCUllKM1cX0mmFtLhwVCErjApILK+trS7nLJyZ
GJWUZI/i+1VOxveOlZNbUfrc9wpNA/0Im9fDGMbHEIfxvQGKP0+eJDayDPaq
7itoPJjxH23TuHUKnG3dDI8vsrPvOoKSUhOmpsZnx5sTSqcWZk6pTE2onV+f
VDo402qJMOvVCQnG7KLinESNozLXHltYn5vdWJeVUDm7lmVYVpI5LFyfxLan
3ZyTNiAkISMiuaSoKC6qZMwtxelN4wpMFpPeaA6gteXThsTJquCk4gHxQ4qL
YmOGjZo2NHvaiFTZLIeHwHxkgq7dBrweS24pKY61bY6hS2Puj2HDYupiWGxM
ZgyLCSX0u4x2sdsZG8RKGTMxO2PMqHOYQmV+mo2hYbpERfme3f+qsvU7dPbQ
cU63w9km4fcd53x2GkimAtWDcoLWllEcv15vL8p0DswptunW5ZSmmFUOSfXi
uwVlDsPZwYnDB0Y4HBEDhyeyg6Fpwwe8C73Xwfq4BHpfSBpL8hal00nprels
tZneY6J3GeidQXTw4Mhsos0qzaambHt2VrYqO9tSHGl3hFuiwulgW2Ek9Pt/
UmAx5Msg7sopnFvE2q/4niOL2ChxZcUfW/vtZ5VjDL+txHj1kqKSWK0lLG5q
88yUo38COcuDffdwu44Z7cU3l8fXjhgeYgnVgyYtylK9mBA1qDzFubh40YDC
ESnyE4/Tnyvbg5D0ykHOiVJBWWVhohSVbo/KLyiIodvs+cmhuGcKgvGrcUe8
vKSqIpqo0KjkqJUYboCHQiJVqdzRMVYo3RBUTFxcTExUZFmsy4oPFIXGZQV
HmkNB+BOVKQ+Ji7cqqVBZluw2FG6bwGHAz34LQ3oHxP53d38h7KViz+M1Jnw
p7NpdrhCJRqShC+IBgdzpZMkqMN/NQr3RT/IyJD1zj8GyTp1WhI1xWcmJYQ4
30h0bgxJdPBtUQINjrQmh53dzczRKbHh+ojwhARb8fj8s1ZVVc7gKDU/s0a6
Tmhhe0mGkT+V3LlQoqmp9uBgm8NgNhNDenp2ln1bwe4CVltACwtocf6ofKbL
pyuCaE8Q1QbRoPwC1eBtubtz2fdz6eJcWpNLB+fStpxFOffkqIpz6PxYGpuT
m6fX2FfaKf/PU2awG+yDSwgJdAweNmxwUGyeXm3NzdcPHZhqhsUqjVgUcnme
g+CrpFybZGe6H4JYcKuNxgsVOTCnwmQKfyH1+D2Y4CyuVhRyggrBA7L4ES6k
6I/MMaGSwfD2b1MiUxMdVrpUHxVu0kmy9vj/U8HW1xxll2k2qPP0COfzSc7P
nKcSnU+FJyUmRwCxVYZQizXBdvZJ+rumkiq7JiGBBYWG6GPj4+Wz/0fPBkTH
xcuhMeZAlpCgMaeOLjlzls09+4Aqtbg8LoDPRDSskvEwE6OpruT7KSlZw4bl
hoURuUquyKrOtuVmVdttufFBObG2XFulJFflBrkiPqgld17uXbmqBqC9THMh
NsuWa7XZcciMibDY4QAWNGJRVnaWPiw+KvyeLfjuLT928IDoriGYFxQc5qrOs
1dVZoLrjaXx8xZjRo6urK0pKsipoRUVJ7tD4pKwBtpRhQdW1tsggKofZws9h
Zo7BCYk/Vs5Rbq/FxZPnEptPzd3y/v3omBVeN3unU/uSjUajGU4UeA+Oc0g9
UxZW0DdlXAQCgvmC3HcDDjokxPOAo6BAhbP5kTXJFqyWYyJa75VCpAA5NCKI
jowcWj0+e8mRjBGFWeHO/IC4uAhT6I9WB4UFS+bwyEDnz8Lzyxvyf7A/LLu4
IhVmlelDrTpzdEbSpgPB0WFWvdGiV9OEBGvOpMrtzoMj6pICGb895/8rY3//
dwZ7fLzJaAlS85euApPrR71A0xIqC+L5/PJnEjrcBd1RUhocbIDZ0QUZdGIP
lJ2dBhuetCBDZHRQtCErMtoaGRkdEhKZEO1ITEuLDk6MtzlgsxMZqqOGYJvV
fyb4Fr0QVe3hbB/lEm46Mg1jdELVeBOWy0Z+vtfFSIDK+y4kTxGKx4Pi4yNC
jAcfi4k2RsRZ6NDwlNQs+0l1TOlQZ/igYQkG5wdhsfaUWK5wAq2WsJQw5x9o
6MA8OD8GqfiRrGiQc+PbCaXZNofDklqZ8we6OSEjSp/gcim3H5oVLElaRvgR
/eVfjSbWkkBKEmN1ISUUNs7/IqDo0/KAfovYdvq8ZgMJI7CZDg0LCzLqCLvD
GBYcSgOCiI7q9tBJj1ENGX5m2mv7+SM2mnk2+5DpSHYmv6rI8d3f4audybQ6
UYpIinTujB0QHqgLA3Vt1Ww4e3dMnFEVG6sx2yPproxcfWA0/81Wtp2NhNbT
yM0llgCNVptwhyxHDEwNDAyPiIgI3kMrdtIStfxD8hUlljmBtDCwJnByoEof
SANJAA3gfbNh3/gJGXRUNldU/J2FTHwBHl/F4CcqcRPr3mTy5Vx5nofb0BB6
f0pGtCkos8wZdNt/NUTFZQ8OS8pPCtVmasPyplSXTiuO1oZnjF00XhWkkUJN
66Ma7+8Yn5QyOMEUkZAshY0oz0oproi2DiyomDi3Us1PTHHsIZYH47KRHFJY
EkaIdEd6el6sJv6OsNhBGp0OpghO+ND9nYT3//CZaYf55vowv2LPzlZ6Dv0G
Ncpfnu17ZyCPP1Kk4rFU3zGQJZTNnVQeHlOZk37T0MSUqlsKipurB0QXTui+
f4LzfpXGGF84wJqWEGaILUhLLNTMY+mjWofJEdH5Y/Pypo9IzRzXWZI9p2Vy
eZLzblNqZMLE0XnmpGEDI0ZWZEXx9TsBRlOguYfoSU6JTFUwPkYkfWBQUKAK
JuZ/COy3+UwQDf8XeXxpJMf90gh/VYomBCPJkwtYgfPU9I/fMcQ6UkIHjNXc
czaCrVZZEuMNjxIVKYBWYoBmyWQwGUVuKkk00oEDq1KseRGUFGqqqhJG51GN
ZhhNKCS27CBrSlA5sVEbbzgIWYC/tIVvbuE2mP/LHLRfyK+z+SPhQVnBfVtb
fF7Rtw3OU57vCmJyARaKD//bGNTji5G56VFxQ8bl5DQMi0/IGRzK76aTyiYO
yp1SlmR0DHsgdkBoYTFRyqjG/cnCWVW+LDjbF5yXlVeui8gaqE8xJmUWO+OGD
YqIzimz2/PR4Q0xOflF86oicaFt2GewVs/JuCUl2JJhTMsK1hQMTy+yLdJHJ
uQkR+enRQ3Ok2OTsoP6myyKg8/PsH6oAuZaQs+NlwE6ig+NZHk+zEMpGYtro
c9LiXB+xPEy7cdMC/wfkDnaSeZiaAKkF7FVIrXeXZHpRsgDSYrDkOEzT74Iz
uw2L5imvdY3y2KPnszSQDkW7j/1asaq16khNoa/V/lmXo8sJNAS+FfQZt4ZC
t5WWcytvNi4yvW9Zw23wX0NOnGvDWUR+5JKo/9g0sTPj3kz4rsPFbeKnKYtT

R6TdO1A/UJ+Rl7Vz0KmcSdzmHSqo/CbYwQ8W/ulibdEDHnuw3/bbfttvL8K+
eVXsmX7bb689WxxanFU8st/2237bb/ttv+23/bbf9tt+22/77cXYIeP77TVr
p/XbfttvfeyWoSZhw4dOGDod7eyhncIuGLp06N1g7x82bfi4kqFo3yy9o8xU
tqZcX76wIqBiXcVz3FbGVv62qqZq/4jCanX1zprFNX8ZOXnk0VHfr717tPlr
sck3tJ01+qhi6wrr2uvOcDsmaEy4sMlj8sZU9tt+22/7bb/tt/32m2bxy0eE
qsEdQJ4iGpJPVMThuh/cQtcr4BaBayVW1y7iICqId5BC5yfgFrmmgjvVVUFy
IH4XuGZXDLgOiMmDslPBLYL8eZBnOymEPK+Aa4LUQmKGGgqJA90KKFVIqtGt
dd0Fbj3Gj0d8ErpTIbUIayiCGu4H1wz1FEFbPL4C2iqCGrhbC20VkXrExyM+
Cd2pUE8NqYEaxkMNL4JrhnrGk5EQMxXwbwMditiThH9zgn8eKRLf2lIhdWwY
UuFXk2T2tMBVZBJbK3C1Vx4NCWfvCFxL4lXuegLIfE8eHclSZQk8kKzQlAhc
ktWaA+7vgVEp+FmBU2K0vihwRgJC0gSuIukhFoGrvfJoiCFkmMC1xBwyUuAB
pNiTR0fCg/8s8EBSHnKzwKUAFrIZaqZq/v6iIXoL4hrATdE7ENdi/FOIB2D8
IcR1iL+KeCB01KaKF7hCQwVXaKjgCg0VXO2VR6Ghgis0VHCFhgqu0FDBFRoq
uCRbo08iHuTVfz3vW5pSj8ErXuZ4mglx/hEMOc2OeDDglrQMxK1e+UNwjAoe
6hUfgWWVPkRhW0qdMV55Yr1wB+avQzwV8amID0R8Dsd1Xv3XebVl8Io3uMfy
c2In2SSLDCIFgDWQVtIC/mjSSToAeski0oUx5RDqBpy7jRDfhjkyIKWUtIO1
k3qImw3le0kPhlrAb4Hc88FtxpwS2GoINUFsC1kAMWOw9g5o191OLdS+COqe
B/XYod5OqLONzAR8JuBdkNbtacfu6X0W6A87SfKECkg69qERauiCvHZotxHa
4XXMJLeKvCMh1AqxPHUe9LHHMyZOhzYcR/sF+zMLaWEnZRBughQe24iU8B2j
Uk+nGKkdW5kHqTNxvDw0C+peAGW7MWYe5GpGytkh3j0fNdAnTp02LNeBtC3G
8i2Yo4XMhTY5pZvRtYseufPaMb4HYjj9ujwz2DcOnt4LvWiDkj1AhQbA5mIZ
O37rbQFStBPiGrGcMq5G7CXniWbsAx/FrTjeWZfFT/45i76wH5zTZgPV2rFt
O0mBOtpwnJ0e6g4gE5CiPZ5RF0BbnFP6alfq7qt5LBkHNTV8xRIShNAvJdeL
lJzLB32zVIGcsADydgA9+DzOAtsmxjQQYBzW1QF1tUAphau6kRa8Vj47EzB/
r2i9FsffjP3llB4Ee5wcmM1zOZ6PeR70owtHqIx1Ftbai3M3GelrR15fhPRU
xt/rmVN3bju2bsf6W5CzW7BnzZivS8x9OuqCDmynC8eglJ0panH3uBHr7sKZ
mwu5ejGNl2rCfrjn0n9eekUJhUu6z4mZ5RIDuifcxxfnUqcLw81QhlM3XfAI
l0Wl3XRPO/4jaEN+WIB0molScz6aLRAjbUN5akfJcUu5P+07kQMWoe5qA13l
zafnr13pw+XS1lsK3LzZjXzfizM308P35xuBu/Vz+1XsxQN8JMpYerE9t17s
RslZhPzDv1jcgdqi8YIjVXiv0YerFKnvFK4yKgXn+qdLaCHe2/keaVPq4Tm5
rvs8HlIU0doeYmb7a3RLSJqjcjXqRa7U2QecM3OG4Vwg+hnYcXZ8G8OXqdJyZ
RsSbBR+cq838JSEFtTofZxHJBNuC2pi3cSvqrBac1UaI4xSaDTncaZmizlv8
NOQAIb192qLHQzF3by5IDbpInW+P9quj1l2HPcbDzXMgTpknN9e04HrZLtaK
Pu7+vHXMzZUXXsv4zI31SE6P105BmW+FC1pEW7ORlzvEvKfjmLvFGqPoHq4Z
GpH+yjy7+Vjhqy6xG1Fa6IRalTWlw8MpjaRvLffXZ1dhLjwUasSxc7q1CV3f
LGR1JtQ+V8hIo8/K2IbrVw/ypujheeW8FXPZzWH2R7gRaNmXGXaffTMuWP8
nPqIHTmel3PnPr92S/fTbm7a+5duxz1im9+43f3q9qtnVVKWPoW4ncc8jxubji
tEEf3eEWLw7hekuZoR6orW+FVXrdhH1pESvVPM9ceusSZQ42xYz3oJS0e/rg
lmtfXrp4qnqv8MoovVcaX57uo8QCpOPcy5xH92rAd4IdgjltXj1oRpe32UeX
OZBjptfa0fs5+ljR/M04AveKV+SjxRuhxk7UOOffWyt7P/cq00efVs86cT6d
4luqB3WFMldNYtznX3MbLzCj3Z7R95BeoZnahBQpK6/3in65HOBe36pJJaaO
IVUQmohfWOUxNRBnBy1aDykTIFQBsRUQkww5xon0ZJypibgOVUO+8bjGKXXU
g1sH4cmo46qIHcM8NAry10FdvGwlmY8TYtVEJt4zBnPdY9GmJrwa8U+XiJcogZ
D2GOj0AtqLRXB6WUk0KNWBOVnjZAvN0zQt9e1WCL7p6NhlA91F8tUkuh7hqs
j/eft1+FeJ2nn1Wip6VII14zr7McelSLIR47HvyxkG8ctl+KY1Z6W4djqIJ0
ZSyV2APecoYYq5KP02eCSOFzxPtXC7ZvVKVIg2rsTR/9ysEfC2x3n9Y+AVF6a
56nFWVRylmF5PkY+2loM9Y1KmalyHA2nKqdBBeCjAUZ4aFePrtKXeq/afGk3
EdP7cinjKxVuOVJuDIaU2SjHUAPOFU9NF3NZj+Pwb3UicmIl5irFEY/zcEgV
cq/Sezd3Km2M8eqJ0h6fW+++uLna/jkyotTiTh8vZvpcunCqlyJNeL/GeVq+
UM0ZP7dnZw0qsDe0tthHd3Z09i7qarGXd3Z3dXXY39qr1dmTYS9vb7fVfVs1t7
e+z1LT0t3fNbmjPsklTd0t0TdssA+pqulo4GXqWb1c1Dmv197botn1mZ29e
bl7GzayPyrEnca8g3V7f2N7aqjJ2ZfOfWN7znb3an4VviB32dphr57MG3G7G3G3
e9yczq7PbXtbWl1N42zHdLlqEPJ3QQL2nc173z2BbwZvUaaOxusc/raG7ptvfy
cdQ02GvbZr209Z0LQU23taWuwtc7amyit3Sqy9uaVnZdbFFx8gttHc0tvY
1t6TdA2t6XHXqO2+X4rIHfObezgbTXae7sbm1Nt+Nnbfau3nbfauV7Oub5k9
r72x254mdyfv7oAJLd09vOmCZkwsz2A65MfPYcaMbbPLUjWSu6Gxe0dcy2
j5k1C/puH2gf19vY0d6yCDrR3QZUS7dPaJvZC0OobexubunotQ8qzMn2tGTv

mdfV1d4GI5/V2dGbYZ/cOc8+t3GRfR7QoJdTm0fbezvtM7tbGntb0u3NbT1d
MAPp9saOZntXdxukzoQsvOLGHntXS/fctt5eqK5pEVLaTc9eSIBp6XYjs3gL
6dzH+fB0p6u7s3nezN50O+cjKJvOy7gbaOuwL2htm9nq1bMF0Ghbx8z2ec2c
6dy97+xoX2RPaRugzKtXdqjh83qrsAGnZndLT2830A0moa8BXtxTVzFSIKUN
WultmctnubsNWm3uXNDR3tnY7Eu9RoVUwH4wnE5oCtx5vV3Axs0tfJg8T2tL
e5cvRUG0OhaJ7HxCoEKgT2tbUxv0OUOSOKvN6mxv70QGEKROtzc19kBfOzs8
rO6ehJTW3t6uoszMlo6MBW23tnW1NLc1ZnR2z87koUzIeYsQigEwvcgWPbxj
vJrzS/H5pO+oyFHLczzPyTynE8bESdMyv6UdJBPJ7SvnnJQ+ki5JY/nk9KAU
wLiBBC1QanZ3I1CmOd0+qxukFrhnZmtj92wYM6cx0ApmFIrbO5tAWjs4URpR
07j57OJHwTvU2NPTObOtkfNHc+fMeXNhRhoVhdDWDpRJ4TX6jNY+Tqia5wdg
j5pboMI2ZR7Om8++oK23lUd7sVu6YDfee3dyexvwqdI2r6tbUbbQAgoRH2G6
fW5nc9ss7rcgQbrmwYB6WlFgoeqmeVx4e3ik4BIYYSYMvKcFtDfUwOdaUOm8
XVUEHppUhEZQGjuxoLVz7ueMkYvBvO4O6EwLVtDcCSoZ+zKnZWavm8H6+BiY
v7kNBa9IYfHGps75LV4rBmg/LjLYHy5kXX2cIpJ6WhthVE0tPpLb6DXQbt58
DyjK3jaYIhBeRdA/jwBc3qor7ePGVDVMLK2vtNeMs4+tHzOhpqKywp5cOg7C
yen2iTUN1WPGN9ghR31pXcNk+5gqe2ndZPuomrqKdHvlpLH1lePG2cfU22tG
j62tqYS4mrry2vEVNXUj7GVQrm4MLEw1IIlQacMYO29QVFVTOY5XNrqyvrwa
gqVlNbU1DZPT7VU1DXW8ziqotNQ+trS+oaZ8fG1pvX3s+PqxY8ZVQvMVUG1d
TV1VPbRSObqyriEDWoU4e+UECNjHVZfW1mJTpeOh9/XYv/IxYyfX14yobrBX
j6mtqITIskroWWlZbaXSFAyqvLa0ZnS6vaJ0dOmISiw1Bmqpx2yidxOrKzEK
2iuFv/KGmjF1fBjlY+oa6iGYDqQOsb/AUnVgzrjLdXlpfM44TpKp+DFTPyQkl
xmAlUK6uUqmFk9ruMyOQhYfHj6vs60tFZWkt1DWOF/bOnAF7nk48P/GzTAee
U5rIIirBaWQOhP+BJyl3uvs2vVm5JVdtVD2m+o3qtwBPqPaqHu2/Je+/JSf9
t+TXwi258pSz/6b8+rwpV2av/7a8/7a8/7a8/7bcX5v335j73pi7qdN/a95/
a95/a36N3Zp7nS8bcY1wh9/A82aLz/mzxeeEiWdMtU09SD1KPUI9FNxCyN0I
mo/v0xV91Up30B+rCOrPUsjfje+t8TrE++KEuOIg9/kMhRw60BxmonG5iJG/
ZT2avZ3NiGo9IWUaTS2E7coltdu4wJDhLmfD6Lr6rCxCVij1EGIghLWyLsJ4
W2wNoexe9l9ExTayjYD/gP0A8E1sE+A/ZJsB/xH7APAP2SeA/0dlJlRlUVmI
ShWsqgJ8hGoU4LWq2wBfqlpKmOp21WnAP1KdAfysuodQda+6l6jU89SLAF+s
Xgz4t9XfBXyd+gHA16vXXA/499fcABJJ1QzUFNVJoh2+gpCtZVaqqF9bqx0N
eJ12IuCTtJMAn6y9GfCpCp2l7A2nnAT5fuwDwfhdqCNOu0N4N+ErtPYCcthC
aMBPA35KVAHbAn4F+G5dKWG6Mt0motL9UPc+obp/6U4D/lEg1Bw4OXABUQUu
1AcSqg/SS0Sll/UpgA/Q5wCeq/8Z4X4/AtrdwG+d+mP53s/47/V/BPyo/jBh
+iP6dwD/h/4xLL/4kxL+nPwX4/+k/Avxj+0/t3t8tE/1Lqt0yBNThBqBgqe
MRwA/A+GDwE/Zfg/wgynJJZhpySSFE5UUlY0HfFI0DfDp8gxC5Ua5kTC5SQaq
yovl7xC1fJv8OOB75Kcg/nfy74ILKPiC/BjHH5eOA/9V4iFDjYePficr4jvEf
hBnfNb4L+D+NQAHjv4wfAP6hCXjEJBEJaoTMzEAFeZVISZ1KYIwCNNkRAfZZoF
+GzTbMBBbLcWEWoZYaojKMtIyEvBRIllrgLLXgNUbicPaVeVdmXMMw10L8eKN+g
gznVTdIB5XVTdNMBb9b9TNBBHeWrgvc+bpF4C7WLYHUpbo7wF2mWwYxd+ruBHy5
bgXgd+vuaXxyVbjXga2FO+WyeEnPHYNbSAE/XZ2cwLNs/RZOC8wav0/9f9Emu8H
9/cGoJXhANCfUzsE3E3ApFOgcJoUXbHs7pL8YTRE6q9hJNY9djE7HPXNTdThbO
7m65laxqbWnqJpvaG3s7s7yMMkmqirSuthTz+6drKd5I6rq7CTkvH1Fvx8y/9
qogGZZDhS4FpiEr+urSIBIOHRAtcRC4k8RecCAJJjakKg+rsSdWEusVQ4mehIBW
c8fw3yg0EVbbUG0ntob6UXb+2+Yk4EGCCNxIqSCHUk4/50yDKmJTCJIAnHM
7OrpIi+jewLd99H9hLuU0dr3SUEN6DrQHYJuA7rt7bt6C5HdxW6a9HdHg0m4M/tcN
PoTuDnSfRfCqui+j+w6673XmXfR7v0Mtt6YG0Dl2d6gpZ0pw86pG9zpm00H3N
7nZ0O6P7JLoHUNdagJrWS8CCgLKQhQLNwoE0kzFU0o+o0zIvtK4k3Kh4y3/O/N0
rYI503jJEAXe4v/HowM/CHjLIPwPgA3cJOE6SEsEFMc8AbwA0kkSbKaVPfUbNYJizP
A14aCOtlJr4Jn01ySC7JJJ/mkg9qwmhAwmhXAKKXXa+5HEUkJf+ySL/SL/SL/
Tqqj4TSFDqb1tlI202V0HX2AI7Q7qdRP06P76TXTP6q1Wi0qs5tP1t+1/sr6/Of
j5/r9j+8/3j+6/b+p/wh+8SfE+qP77//q2+6/6N3f8f/9m9/+3f/j9/+3f/z7/
+jr9dH2Hfp3+If0Bg8b6gb6gytQTDAsv6x9+3Yuf/sp80uwmx3f3p+07cAH/+mx
qVnqIZZL66Wt9i0i5p3v3RMOiGdltWyWbXbII+hJ1+tzN3VuDcwGuRmuVd1eLq7b+V
fNqoNlqqNDmOuscLYYGcGw29hqaXG29hqX1+hv3XG1+4cABa5+Wy1wCw4UWdvdRbnN
6jUtN603WO0x5T+xOH4/HO/V0/f1+ri+aU/0+vxL+uf/ebvG4u/bv4+r+0n+q+/
+80/V3FF++Gr9eJJm9Vdpq0f7vTdzA3+f/j9uT/j9m8v+j7+l+n+9/fTHg/+e4f4
/+9v/9nj7u/37dB5wBhb9bC60f3A+lcwf9Y3i8/l/iQ/z//r/8/9g//f/zP/9/
+3r+o/9l/+T+9X/9v/XT+m/////////v////f/////////v//7+5////n//
J03wDac0+YYH+YYHzCGzCtc+c8/AgJpMTTH1ptIPxrX1D3hUUe8yoMdfdI3I3PGa+b3js

OgxrgU6RIC2pIBFFSuqEeuG3C3+F8LcIf6/wj2ENGuDWcMLvgrJE/HHhf6r4
E0OFny38uvOXmzhF+POFv07424X/7AXKvSD804o/ySJ8kT7pAu1Nmir8xcJ/
UPi7hX+B8U16U/EnC2pOtgl/iPCnYDm+KoWCPkoSsXOEv0r4jwj/2fPmflX4
ZxR/SrTwh5wv95Q64XcI/z7hbz9v7qeE/7ri3yzGcbPdR5bozYP9ws/5SAyd
UYJhFWhAKxH9m9ElfDFnM0751tGoyKdfj5oEZZuqhC9mvul1zB0OWnoYnHrq
4IQ7ncyC88d8chscDe4jG8hmso1sJ7vJk+QAOUJeIMfJ2+R9UVrw38x44ZcI
f73wdyp+s1b4YgzNgh+aX1b8FjGvLWuF/7bizxLxs0R9s04q/mwxitkbhf+B
4reK+NbNwv9Y8dvGCn+T8N/FUceTkXDCm4I3XN1kMVlGVpF1ZCN5iDxCdpK9
5GnyLDlKXiZvknfJKflpZTSIWmgkjaepNJsW0TI6kgpJbhM9mNOs+LfKwheS
3C4o0L5S8ecahC96PFdIREeK8AUvdwhJ6BSS1ClG1iUkvktQ7FtCs3xLUK5b
UKxH5OsRlOq1C1+Um8eELzTCPDGO+UIzzX9X8Rc0CV9IzcJJwn9O8ReNFP4B
X25cdMyXo2/fhWEDcmbGebhOySXk5g7R2zs2KP4yQdVlgquX9Qp/v/BF7+5M
Fb7gszsFt9/5+rnytNwh/NuEvwPz6CHdAfuZXNizVMD+vIFMhXOxoMryA4p/
l5jVu4Q2WBEufDFLd4t+3r1D+IIfVy5X/Huswp9yPpm9R/T6HiElqwRPrDqD
uYvJErKcrCHrySayITxKdpF9ZD85RI6RV8kJcpKcJmeomhqolUZTB02nuXQI
raC1tIFOpc20nfbSJXQ5XUPX0010K32U7qL76H56iB6jr9IT9CQ9Tc8wNTMw
K4tmDpbOctkQVsFqlT6sFj1fvUfx18xS/HuFBrgvUvhixPcfVfy1ghLfFfy5
bqHiPzBd8ddXKP730oX/sOJvyBC+4IzvC9o8KOTnQaGJ/kvUv1HM1A+EPP1A
yMWmrYr/QyGnPxQr2+Zq4QtO+pEYx4/eUfwtQl5+LOTsxycU/yER/5PBwhf9
2yrWoJ/mCl/EbxP9/pkY588EfR4Wa9XPxUr3cyFXjyxT/F/kC1/I46MNwj+o
+P/dqvjbhZxtF/X9UszXL4Vc7xB64DHR/mMifucmX7n9nzJfud2d4Rcu8QtP
8tnL0d0dvuHHt50reXu2Cf+Y4j/BfMs8kXJumScEHfcKvbZ3PuY5zx5rrxjp
XkHJXwtZ/bVYU37dLfyHzyd7vxal9olS+0Spfd2+49630bfP+/afr7bfCK58
UuivJ8Uu4snnfKn+23SvvMNjfjr2IsNeO87eT/MJT/cJNfuFWv3CHX7jjXL7zY
L7zEL3ybX/h2v/Ayv/Bv/kkv/Av/B9fuH1fuGNfuhGl/MIP+4W3+4V3+4V3+YX3+4X3+YX3
+oX3+YWfgsf8Av7nRh+8wvv/JJf+0Ay/+0CRLF8xnbf2+vfFnRh+8XHfI
hT/1C5/xCzt9w08RvzC6v6C9wlq/SM6tbvVrbCf6Qb+YXX3wwOhAZwJc3rifJ
DWNc33F9h7sXlfcV73J9J9/sWV/uaaa/VORjEXdca5ojs/0Fcj+8/Ol2Zcr5F+
cxHGtdu1G905F0jfoeTiGOS62/V7EdrlLq/AjWBc77ueBE/f5Sz1PLdK+Usv
/U01SItXPNjf0f2LT45v3I7/QuZ89wznz+df6uu8a/h6jCJLly5FHh18vl8G
ryfjeksgEf4pzrcUuOQal7oOo3+YfIMMnuFrgSL/Av9PIi6X9JtzjMJRro2u
t9xnDNcfv1m8cPWM662rUOc1/UTr4g0+Hkd/0/FcD7vEe1eula4HSL85s7h+
qzypcD2G7mH+TOVq8NY3z3w7gaAGD9cyE4Cf7Xy5NIvcUUV5buEr/NyFW2o1ga8Eu
VZ4F8VjQvg965/Ep9aASj+V2X1J7tYoo2UcZzvWh1oMVOpAmHU2Dfcu1xvYHj
h9G79nnyYHfYYt5VfJ/4W4W2jjyF7tf+XtIlGNi9KbQSfAG0miJ45QHvteTzqcFp
ByUvmmJiz3Cnawu0r+CHoR99rUUVcnkRe3b2oKw7lIMc1i4/1HH6Z5aYjYPhV
dIWmENoJln9JeWlfrCizlMcBrT/3LbDreC/qfUMacd5YJf4K36S6jpDrz0R8
HSv2hc+D17JxSznY11x/E3EnRZz7FPLgOaU3MZf6dPh63V+BhuWa2f0GjaDb
zj63L9YT+pLj+iLdfu0bzlfgvuiZ5QhvqqCG96GR2CPxUfrp8S+i5+i5Tdn3+5h
ERHiOyK/flfPxa5Ei9eTOX/Pz431p9WI7d2/uMVrzeD55LBn18ml7l5YFweI

0c/15LvSo4nAtl9SWidBrpNwWviupzUB+JtKl2au4vNh56ewr9wD1OEaJ4Jb
XAs7lVSX5//UQCd9Dl+dY3K+iMv4zkrZ6ZLrZs/A+Qr9Pnniq+IfvfbwEX6+
v4lwn268qPkFo/+ie9G+73tcmoEar+jbpufUvlT4b3m0uOf5jjgrKtRUdhGH
lT0X+spJZyfxvHGi4OKM8/l8tcCba/2Nc6cCSu0Xb5Q7EnKVzoPORfg+21t4
WnXPsfs9eCV2qSvCVet8wxWE9zW1eG8TgZjiiv9dQ17waBee+nntXv37qytv
gBLKHZKirzjPKGdkZX4uoFm/7K4R5p23tdL1JrnujNA3Dwo5ExT6wh1ln+a/
5DtIn5uJ6/AJzqXuC778PuK6vGf4suYyNc3VpJXrK/6//Kv1v9pfxTOvK08r
6OscvEfeDpbfyeAp2DWXv10J6+BVemJ3vT4fdDXwVQl77JakIM+zm75TxxW9
kyFfcMa5Ng2/T8GvTvJdQIRnRazy3wNivEcr3ZiOukxjUTxxVvmjeFJ4nX8L
9UoZfj70voNRbpg9Yc955MrdaV1/xn1KBOqc5u8ye2Jfl+L2D+IPu/biiduX
Vl9CTi/3+eC1YfjZ2iv0INLm85+v3ujvU13sXF/N/8i4dvlN9Exw1fn6maOc
hS/lGf031XhutcSTHa8UZX/xine4/y0qhSIAfTusv3Gt7gn9L7738iL5mv9H
6Grein6x4e8XCewcrvG8f/WW62+YusOTckNy17lPBS/KXLfr/ZUwsLeK8N47
ef1vTw5/3w35q08C+P7oL+QGNb7rIFDnDe80937VE3Wdf039Mk2EzzOvC9AA
aMX3DC96lfpS5lr94tkXGO/9lYduXs8DI3zfEBEm50ueccTzwb7ncBdtvkaO
9sjXUu9+u7b5n3HO85byDbsz9bvrO+yfyvdaLp9v/tx4+wZljUPs3P2V8oTs
9/gGlvvpsxLXv3u/wfdNV8J4OK+Z9Bswrg3E+6tsr/D/NfdJP913whExN6wc
8rOfzx2y983fWwqtLv+9vnNau8x3isgNqCVceQIOX9rOw1Xb9+bTjWGuzO8J
XKe/ATr1Ur9h7/0boJfc4mWW+3rN5f6SyJX5dYBv+m+AekrFXL4MXZ+//CHJj
/3rEpZtL+70JTyn3b4AeufQ3tM79pefrwVz+7014fgP0MmjFy15/tLq83wDl
xvMboC9d+m9/Ydmv5FvdV9Jcvpb1/Abo5fFVzPzPW4t7rMclfkq9FX69vVTX4Vx
beZfl8fvbGd/Yd4v8fs4V+l3db5C40on/eYiTd+v95BvzBeErp5x/fQS8n6J
b91fz3pKMZf2rXvP99svZ8/Q+uW/ZP71mov/fjvmYeL77ZdDK172uuYtV7bn
P+76tdUXGJ/f81pM+s0XmotdB/lvKDg/vcx9+6ffFBl0fbtfBi/HuP51oRTn
W67Dl/stVl5WvJuy9JvxjALfnLwN/DgIhli46+8toq/AiHdvDp3/mwNX5j//
XN+Q30DmX7FwbcfvWTzs+VLRaNfjpN+cY1wnhUZRvrUV4f+dIudO0DuX932Gg
k7ysqL3W9z+srleD7x/NBKr8glPJ9/sMV+bLoFfr+6Jftbk+vy/69RjxfdET
19f3Rb8el7T5Cf51Nc///Zezs36V+rlE01I35NvxFGvE9myT9ue8H9CX51ax0h
534rDNbLS13Jclw+IXL9G+Wt+At+K+zLfP+qr9zV/RrWV2fwXcB+//XQRRsjg
jv63cS/GeH8F9zz/c5EHe+//LewfyOSzr3rc/R77JhpLjEREWsxEEGkEzQzXmk
gBSSIjKE1JDxZDKZQQaSJjKT/lg8Sv6b/IrsJnvJM2Q/OUAOkn9QRtVU0kYa
QaNoLI2jaTSdDqQp6BP0GfoH+mf6PH2Bvkb/St+gf6Mf10o/ox/Tf9D/0M0YY
ZRoWwHQskAUxPTMwiRlZKAtjUSyaxTIHS2cJZ2LJMNYtksl+WxAjaYFbIi/aw
sKFsGBvOSlpGK2PlrlJvio/gIWzGaSjWejeJ9rsPRY1PYWHYTq2fjYWMbzyaw
iWwSm8fymsJvzZVDaN1TWe3sfsms4TWzWayWawy+2l3mWtbtb5r5r5FMbCFbwwVZK
i6Wl0l3SPdJq6V7pfmmttY77+qO0WfgRtEXaJfl/1K2i0/9Lv1ZOiq7Kr0m
HZdOSG9Jb0r/76I90ZL6v/iV9I9x+x/1xsm3NxxJ9nJ2JbuSlSlG2
yMFymBwur8R8R8rRcrkhk2lh5sv5sx89peadJqfJqfLLb1VUMQVPOKgrfJufJugulofI
ec0jATC3BUQH81tIAmGOi0gQzPMQooe5riEGmO/xRMl5l2HWp4LLZ94Ic/8j
YsL5NwIHI/IqYgQt2Ewtwwl4SjNxgBX44AKKHwRrJP8AGA28wYgT+UIMrUYmE
AJ8YwY2gESQU+CUK3FgaS8KAb+LATaNpJBz4J5J5EAA8NJJHARxug7BP0CSj
DH0G8v+B/gFy/pn+Gep/nj4P7gv0lEg2nnON8L/Sv4H7H5f7fQ
RAHffQR1fkw/JtHAf/8mMcCcD/yE2+hn9jMQCCLxJih8Sk+8qsSERw.JcBJB54
U0cSgD8DiQN4N1gkAp/q/qSRLwqoEkA79KJAV41kgGAN+Gk1Tg3E3TCSB/vbRdKB
h6PJQODjWJI8vOwgmcDP6SQLeL2qDqDDAK+zzTZnLdJDuduky+XUODJyg9McHk3kk3g7z
80KIL2JFpAD4v4vZgvMBp4f4QgqqB74eSIuD0+9YaQY+H84CQJIyy4UEKKGhFcFqqBU
Basgw0EiKkkJSEUvKQXJGAGHx1ayalIGE1AA+ko0k5SApo0vf5SEstqQSJGU2q
QGgqyAiQnDGkGxQgGgRnLKKnhETg7I7/5x7FxKZCCTIUQMMZZBbl0HmImsAmFFm6RqJ/KeWJW
1IFsTYTYb4KKWwGKQGMyydjMJZC3I2I/dldvwEsjaN11O87TSfj0Oza1Q0q0gdzzPIeJC9RjlB
5K+ZTAQZnEUmgRy2kskgi3i3PfFJDHW8fNJNZPtCI55VwyDWSzg0wH+ewkt4t4CM
dpEZJKfzSSPl6gLSBPPK6kMwfEvxvEm1BmtlKtpK0g0uwrwJrNAfpeS2SSDDd5fFWk0ON7w
SBvI8moyB+T5XnrY7fP7p9B3ke/3wwkk8vfuKC7F9Jq6SN/UU4f3oT9wfokL+QN1N
ukHMnNRARKAdCjF7Wkx6QFf4n0b8gQyTxzN0xxxOYE05mPSPI4kgvOIQ6wOWhq/NN/
TlQcQRaCfogCN1qOJotAT9jlYtAVvseTbXF++QJaAxxsl3wQGkkktNAc6SSSpppxA9A9QQ
0sjtoEHSySR2gRQZC/gw5gywDbZ1JNWTJWZB/kDwlUnPlXMAH2yfx4Pnaa1Bishy

0DLFUPMQeQi5C7TNUKhzmDyMrACtM5zcDZqnBOopl8vBrZAroPUquQpc0ERQ
w0jQRitBmA4LfaQBy0DDBIFrBKsCHWICrWQGq0FtpSUxYAOIDawONVcgyQYb
hHpKj3rKgHpKQj0lkwqwRllF1kSqwZpRc1nISLDB+BVjK6kHG0LGgQ0lDWDD
UK+FkwlgI8hEsJFkEtgo0HSTSTRouynQC67vbOTnYGPJI2Dt5Bdg48hjYOPJ
TrAJZBdYhhrQgRowkfwGbBJ5Emwyaq4U1FwDaAbNIKk0k2aSNJpFs0g6HUQH
kYE0m2aTDJpDcyCV66ZM+gn9hGShPhqE+igbNVEOaqJc1D55qH3yUeMUoMYZ
zEzMBBrHzMygFyzMAnohmAWDXrAyK+gFro+Goj4axsJZOGiECBYBGiGSRYJG
4BqqjMWwGNACNmYDLcD1VCWzMztogXgWD1oggSVAPVxzVbNElgi6IIklgRZI
ZsnQSgpLAV0wgA0ALZDKUgFPY2mQOpANBI2Qz/LB5fqrDrXVGNRTY1FP3YS6
qR510zjUSg2oicajJpqAmmgiaqJJqIkmgw66CTQC1z43o8aZirpmGuqa6ahr
bkFdMwN1TSPqmibUNTNR1zSjrmlhTayJzGIz2UwyG/VOK2thLaQNtc8cNpvN
JreiDmpnbayNzEVN1IGaqBM1URdqom+hJupGTdSDmqiRfYt9i/SybtYNeA/r
IfNYL+sl89k8No8sQD21EPXUItRTi9kitoh8GzXUEgks+Y50u3Q7uCulleCu
klaByzXUbaihlqKGuh011B3S96TvQSrXU0ukH0s/BvwX0i/B5TrrDtRZS6Q9
0q8h5hnpALh/kV4BI2uu21Bz3Y6a6w7UXEtQcy1DnbUMddadqK2Woba6E/XU
ctRTd6GeWoF66m7UU8tQT92Jeupu1FMrUU+tlGPkGHIPaqhVcpwcT1aDnnKQ
NbC3SQQ8SU6CVK6t7pUHyAMghuus+0BnDQSc66k1qKdWo566H/XUWjlbzoYY
rq1Wy3lyHuTJlwsA55prIVwImms1aq5VqLnuQc11L2qu76LmWoeaa7VcKpeS
B+Qy0F+rUX/dI1eC/loN+msEtFINWmy1XCPXkPWoy1bLM+QZ5HugyQxcr9FQ
tg+k38o+ZJ8QorKoLESnGqEaRQI1OZpcImsGa4qJSVupHUWs3jrtOBKlnaCd
SOK0k7U3kwT9w/odJEn/qd5FMqUJ0jSSJ/9O/j0ZKh+Xj5My42HjUVJu/Ivx
76TGRE2UTDJFmiLJZNNs02wyxTLEUkNuhrbD2L/YB9B2rCqeMFWyKotoVTmq
fGJS3aE6TayaFE06WakZoi0m92qHacvpvdqp2tn0AW2bto3+SHurtp1u0XZr
e+hD+sf0e+hWAzV00Efl2+THWaR8QH6NNRh/YjzE2o1njGfYBlOAKYh932Qw
RbAfmG4xzWI1/t0RZBrPHLCMtI9mfSBshhncA3ifUcBr8TwkoaUIlLfgGAIvw
OYR74TYAB0AqQBZAPpQZAn4ZQLWAOuE3CJgCMEMAx2dBmXav8BQIdwt/Ifi3
ASwHWAWwFmADxG8C/yGAh0UZ7m9HoCA7Stp2HA/vkz/wPir93AvwFMABgEMQ
dxTgJcC7EajwFfy4wE8A/i74H1wgn2/YXYZIHwOcUdJAOolfHirrzonzA/ac
odXQYeg1LDbcbliBsMawDuFBw2bDVoBHDDsQdhv2ITxtOGg4AnDM8DLC6wLe
Npw0nDJ8YnBKailIMkmh4EeDHy+llGRIuVKRVCJVGU5KtYZPpHppEkIG5CuS
TIbbpekIa6RmDtIcqUuaD/pvGeg9DvdBXg7rAeewEXCAvn5KWxD6wts4SI8a
NiPsBJzDHuIJhP0CnjXsQ3hOwAuwm+PwpuFl6U3pHU/4fQi/D+HTgHP4VCYI
IixrZYJgAC34eRAOezQHaLUsw8tyPsAQCJdBuBrwOoAGeQrCDGmSPEtul7vl
hQi3QXg5hFfJaxE2QF4Om+SHEB6GNA7b5V0Ie+WnEA7bzbCOQnkOL4FGOSEt
kd+VP5A/ls8YmZTCwTN/bxt1hlNG2T0PMCcrwZ9ktAJEyu1Gu7zQmCSpjemS
yZgN/mCY4wzjMKnIWOGeS+NIqJPDWAETDCeNUw2fGJuklQitUBeHDsA59AIO
YLjduBhhjfF2DtIy4wqE+4xrOHjyr4P867zKizCUfRBhjXEzByPwAQLwAcIO
wDnsBhygj1eM+xD6kw9zMB6EvAfPm/8IB+Mx48scpD3G1wW8zQHiTiKckp7k
AHGfcDA6IQxgUpuCEEymUIRowz6EeAWkZ00pAjIE5ArAsKkI8nEoUcDNo6Yq
Uy2HPh421SO40yeZ6jn08bBpOoIIm5plwsHNq6Y5ss3UJaea5hteNi3x4kHA
o9W0zBhpWuYOm1aalnHwhEFWTfcBP/blXw/5N3rSt0D6FrndtE1eiPCogJ2m
PQhPmvZzcOsbN7+bnpXXIjwHOIcXAOfwKuAA8irTmwgbTO9wML1vOGg6DXUI
PWX61HDQTAC0hpc5mN43G0ynzQbD62YLQDiEbRC2Ae4ASDVnQd58w0FjkoFl
Dm55Mw+R2zl4wmUQLjtf2FyN8LBpPcIBcx3CUamZg7lBPoQwRQFIm4Fw1LiG
g3kWxAP06THDDg7mdnO3eaG0xHybebl5FcBa83K3LLvBvEHAJgEPCXhYwHYB
uxTgOsC81/yU+QD4hwyfmHn/OLwE6RyOm08YYTpnfBf8D9D82n4HDhc4ig2+1
6Lz4rJZDn260RHKw2GWb9CjXdZYkuc6SLm+3ZFsGW4ZZKmDPMNNZw0DIBYKr0
JAe3LFia5A8srflZt2+43dKBsMbSywHWgukIG2HN2Mj1lXsdsyzmIC0zrEC4
D3AAy+2WFRzko5ZeDlDXGoQolnUcLA9WKKznAuCdxsGw2bEbYYkm3v+Am3Ug9Z
HuEg7bHsQHCvJx5aAI9Nkt6x7JZtln1yquVpw8uWgwBHfGXLLWuWY76yZrRa
XjZGmsO95GgjyNF6y+tAq7eBt4UceOh3EnAAw9OWU4Y4jllPyBssnAM5gtbwL
IUh+ioO8PdiEsDc4FOFAcDScoEtwvHwIIUWahJABOIdcwAH8l51g0EfBbr1l
1Df+4BLDy8El0jt9dAuuQugL13Lw5K+H/BwmQX0cphs2IzRL2xDmSOrgruD5
wUvAXxY833zcc/DJ4pecGT4PukZg4YXg9h4AUO5uPBWwynycZ21gQ/yiF4p5SC
sEfAk+YzwfstuuBnwX/OovPq1wscPP0C3cLBF2WB+EEbYKNfwFOA36a74CO9C
PzWcshLDGquWg3uePOlPWw2GI1aL4Zg13HDM9I7VZjhpdRg+saZKzQhZEM6H
/RGMhYN1CITLIOzhb999khd/buFwzn7Do49BPwPI3dZqhNsAXw7gN4/WOnkX

QoP8FAfjBOsU41SjDHu1Zg7usFt/Sc9aZ3Bw6xzrLGs7B75PADmazsFd1tpt
XchBOm29DeFT63IO/ntK6yrrWoQNhn0c+vZM1k1yvvUheZX1YQ5Aw+0crLuk
6Qh7oQ0OuwwrEPYa1iE8Ja1EOCBNQjgE9XI4CrR9yXrcegLKAPivbbjXAXDv
xdy62r2Xsr6rhx0+cWmshFJZ/RngH5AEcD/VrOExPB5ibuF51CfBfUb9Eo/B
+I+wVIw6EvCj2mTuapaB+4bmU56TwJmE2NQt4A5RDwY3BV0rukS4GehCHteb
ZBTH8XkNIbu4q01HN5y7GkzFHhLNFsyzAWNOYowV8Tehng+hZeragjV/po7H
sSyEfqoxz6c4lh/wsvirMryegdyFchzHVlTHwV0I5z8efwTj/xdqaFMDZegb
WGqX6n+466oklEWqd0B8quseThn1Ue464yBms/rHgL/rtCAOp2y6Vf19yD/J
OQ3cVK0G3PWuFIhfoobaWLvrP4Dv4ThN1/yE58eYdO0qcDeqdoL7gisT3DWq
ueAedP6M90H7F5yjdbzPHKfp5Fs8PiCFx3CXvqD+B6/B+U/Mz+M/cKkxfwqO
Qs1TNYm8ZvVDPEbzZ8zzHxzXjxGPxfgHEef0+bv2h5B6C8/DIjVlgD9E8jDP
EYz5CNu6g4/XVYEur22zZjIfl4bfObyosQG+Gku9qB3DaaKewV2eyjaoRxCq
LnI9zEek5m1t5TmBMt/B1DsBb1XPIVRV7boD8SeQVpzOr2NbkWrOh8fPvoD0
5/z5LuLp6sdxpqp5Hu007NX3sObvIW/z1peqR4IbwOshH2j1GP83ngdrflez
ANxu578wFempNUB+SVPOXWXWNH8F95c8hv7SNQXz3Av4GNUfIY/KtZjTXF2I
c8rz/0Mzi7vO09jWfby36kaISSJcvv6u4RwVrwH600nExF3kxo2uIKitTo2z
yXGy0HkAa7gb3VjeW/VS5IfhyA/DER+C+BCczXDkgXCs5wB3NS3Iby8gp63g
s6ndgrP5KuJqxJcgb2xCbs/ls+86iLWtwdQSTNVgaghSeDfOO3c3Y+pW7oIs
HEO3C+PjEYf85O2AaThSPuOreZ3gDuAx3AVu4TX8gZclLwbowN2hBT1Gm5GX
fof4PCz7PvY5VbOay5rzt+iCjLBo598x/j6UxNHIFaBb2HPO99CNwxlcw7nr
LOfAVs1YzkvY1rtIgQ+0regijr36QPMMjjp23ns5lnLZyF6RsD/JMKbjbeZ1A
5xeBtzNw3rdqgqEVA8qRpO3EOqGf9M8BFYhzHnvDyfXPVuzVEk0t1xLoLtH0
IN6DcxoGeIlrP+oNE/KqCWNewrJd2KsuLPUdLPUdXn/AVHR5bwuwt3e4tJwP
ufTRf2j5bN7hdCFewsfOKUaThAaYAHgQ52da5XqNu5x/wD2JXJSM7r3c1Q7A
Uf8TY0DzMwtfL4DHuB57gesxkIWflr+9hpScizkHYJ73kcIlyEvI2y4774/q
l+D+txO0E2tkd3P87E+w5008RhWPc3cWZTwOZ/w9pAOfX5VzFZ8X1NW7nItw
9sNxvuxIn58ifbg7RsPnKF7LeWk65yLg6pHYk3+jOw51XRXGr0T3p9jDgRg/
CDl/C87yq3wsKCl/cH6IvRqPqTchp/0KR30T5zHtuzyGcxdtxRIconkA+/MA
cte/cE5/jyOahiPibrD6V7x+TQHqlmGoVThPVmIN/whIRw6ZhPM4DfnqJ8j5
amz9IOpnLUpfKLZex1MDGErlkyitr2Lr9yA/40qnrDLa1RizGufuMOr/4Yj/
CfFSpNKj6C5HNxQ5AedX3YnzVYzzFYH4UMSjsCfv4Lz8L7r/ROkAOWI13IX+
o8tXQ6jzZ4jzla5b8D+4TIfysIFTif35ECk8BjntOI9RqzB1G+Kch/O5PqfB
WozXLkWNGosag6/vr6Mufd3F+1yMK9dp50RcoXo5pzmdkP9NNdKTr7OsGvXb
t50P8VLOxyDVhX1b6xqMvPEI0ucJ3D+8ifh3cUbysVfPYK+gXRaujE4bg+sL
18MGsowwspJVgRt8le7q/07K8ZZ+Ot7S34K39DPwlh7WJEL1gaQTtkH7AZ6F
nj4H/gsAnMdhV0XfAXhf+BxOe+GfEv42AmFaAAOAhY8RfBuAQ0Cq8LME5AMM
EcDxMk5fr3A+5ybhN4A/BWAGwCyAdoBuiF8I/m0Ay0UZ7q9CoGytSFuF4+F9
8gfeR6WfGwA2ATwEACsD2w6wC/A6BCp8Bd/rwd1pCjwl4vhqewj8oxco7xt2
lyHsJYDjIu2EXzov8+45xefkodmU78Bv5J2/7dL2/+xbGtCrrMk1B5/9875Z
RA1DuUyAvFESJK+Xvyc/KP+XfFR+Xn5BfIF+WX4F8wMPkSaRH+ohSao8Vb7q
HtUq1b9UH6g+VJ3SVGtqtNnaHG2uNk9bpC3VDtMM99S8Sf6hfED+g3etxt8a
nzI+Y9xvxGWBJ9bSPz/HIEdb7NT/H06uWpQpZC2x+pzhCqXaj/qaAgCc
pVoJ/n0A6wHfCP4WgG3gC3/CoF74TYA/AkwCgoSGvSgoSGvSGoSGvSGvSGo+O8I
AG2lOi2A48DHauIVhj2lWit80FpqmHnYMRA18JAaNJUaZkANmkoNmkU9RCnD
fXUZAoWzhpJWhuPhffIH3kfspxokVA1aTA1ajJ+H1HAuUIMW4+0DUOEreLfA
gc/VoMHUyy+QzzfsLkPUoPHUa0XaBr90XmbTOXH+kECqyQQyg8whveQ24L51
ZBPZRnaQvWQ/OUJeIm+Sk+RjYM8gaqU2mkXLaC2dQJtpB11Il9E1dAPdQnfC
SqJiu9he9hQ7wAR8BPmTsWfYce4G9CthT7CWIOw7YbraPvcwOAvYvo2w/pzwL2
EHtYllHiQ7WBPsyOA3cfWsz2YupxtYttBVzO2mN0pXcD1sVWsp1j0Bv
+XieJowepyeYjn4A2DF6krpKaKi2+ij7C7G6hz4JtJG0F0H3D6d5qQD2gZw
rLiMPky3sxV0L2Cb6W62hnO4DbD3dCCV46ir6EN1FH4b2gpiJNbNoGFc87aWL
lWYSjKGZzcF3QZmvZRBTBeOar4ycx5P+O6GLWhPUMzQbuJTwczB7n+9J4STH
z8Rvq9HluKqL91nVhTW/jafDp5V4MoSfKlx897csIBpT03G3eIbHo/s0ph4M
yMKdo4PvLrmr6uJ7eZWdx6tSucv28fMiO8BdVZfzQcwJragHIz6d45qD2gZw

**Ford Emails 235**

n+Q9UQ/WfMBd7PnD3NW9w/uss/Mdq3athnCX4+o3sVQVnguf1uAocA+7T5OC
fX4aa2vm+flNifY0AT5Rb+P1a4I4rgrVvsApw3HyqeoY0lzJg6kwR3yFjPRa
UfktBWP/luCESVRyo0kFKwJf3Z6CPnQw0JRkEqxup9hp9hH7N/sE1rgRqmpV
jWqkahRf42CFK9QUwwpXpR2hrdbWaEdqR8FKN0Y7VnuTdhxf7bRTYJ37uf4R
/S/0j+q363+p3wEr3mf6M3qn3gWr3kRpkjRZmiLdDGvf0/Iz8n5Y944YnzP+
2fi88Zjxf2H9e9n4qvE143Hj68Y3jCeMbxnfNv4d1sNIWAGHWoZZhltKLGWW
ckuFpdJSZRlhqYZ1kZLxX1OfL6e3k2CfKANYASIB7ABJAOnC55DthQ8GGAZQ
ATASYCzABICpApqE3yqgA6BXAMcXe+FuuB1gBcAagHUADwJsBtgq0rn/iIDN
wreKtv1hB8BugH0ATwMc/AI4AnDsIvK8DPA6wNsXUacvjAcdvRZgA90Euhq0
OejrvfQpCB8A9xDAUfoSWFgdwL5LP+DrB2P0KNMxGVYMhqncnmBWFgmunSVR
/n8F2bAiDYM1ayQbyybA2tYEq1cHrHB8DVzhXpHEKqRYsRaBf5AdYcdglX3d
YzfD2HzXA++V4FLXgIvW/l+k68/R8lv+P3tvAx/lUe2Pz/Oyb9nNC5vNZrPZ
vL+U0ohpSpEiIsaIkaaY0jSmNE1pSlNKKVJKU4pIEbktIkVERIrIRf5cjIgp
P0QuIiKlNCIXEVOKEREp5Ue5lJsflIKMNNPzP+c7s7rN5oaGFvnjd/cyZec6c
OXPmzJyZeZ5nZp5e+ndh7dN76c078DSvw74IcCeXC5Lvttdxibi3FR2O2YDF
oGIGuAZPS35I4TfsoyDtGoagF9TTMuYcwgsQnoDwWMDxgJchfxtiTcCDgFWI
/RnC1wH+HXAq8h2NUYGfhu12NgDWAo4h+LyznLSxADK8yk+TxGHIdsa+HBrg
WhDaIkAuhdAhrQZt870urJgxdYAokbYFUJZlJGtP/xw0qQM6kKod4TEIbwQc
jVQj0HfzXc9EwG5EwU+JU/W/6udtQ+1j+17D/WP3W/G18fckvJRwJPG3ia2JBxN/
n9iW+MfEPyceS3wt6UEvP0PyXTaFITaVSkh3C4LuFsQScrwrj+4KaE4qBN0l
il0IKz473Ym9X8buUz45m5GK/5TrsDgofzXHnivliEc0WltJMd7VoEs00M9IK
I9NS0SL2ilaa8x4Rx0V41iRnSi+q2UW3+QzwmJ/0foeq5iGvcEvEM+8Tco7B
o7A4AYzgJ7sEh4P+buB3AA5iGS5tIPizSxWITQKITLUesBywFhD1ebEZNTaF
56FGDd3PJZnTTOqdzRnmDBq3F5vfErr5bfPbwnSWOmuEzTnWWSdCzvuc94sc
Z4Nzish3Njpnio86n3J+XQx2LnKuLJ92/j/nWVVHpvt5dLKrc/+1+Q9R6XvS0
iHvjk+ID4n7K4yaRT3fSQpSJe2guUC++IgaJr9G/irT9TXEn1cD3xReoHteK
u6gmN4ix4mek93tJ66+I+8RR8X/Fo+J1utt4Qpw4Xl8SXNV0biJ6h/nWB2EB9
6iviJ9qfOPir+ZE8xHqJdaYP6C+a5v5gmaYe82XZNZ2XNd/60nxND62eetxlaii3f
VqDl2efbt2kF9rh32F7Qa+4v2F7Wx9t32332323323/vsGsPOFyOVO3O3bjgxHprbG
keN4Slvresr1tG5zfc21WJ93fce21WJ93fc+1Xk93Pe/ao9/+1Xk93Pe/ao9/
8/rnXf+I8++kPuV1ul/5V5d4I7UZ/r9p2rpT9adfB9R9yv6v6s8X8X0/qqOORev6S/F
B+OD+svxofhc/UD89rfHX63a+rFX54s/Bq4v6ns8I6v/ufhX+l1es/Bg4x6/E6N
1ZZlJjci0lf5fZLz1KcGUbIKFKKUXJy2NySpgQCC5xkqV5KVGYW1+pxGnJ5UJP
Hq1cFTm6H00eR36DBd+bm0Ruah/oppObRW4urqVc7OYr2r2iWRRRRH96bJK2LS
SrrV5JroulnhNr0DtxW8oy7MdwfxbcGG3C3N1Jm1ms0/1ZybXDy+kivTsZZVZ8/
Yl0x5K321nrrvRO8k73T1MoerOAh/ErCV3v3XeXd5eXd7N5N3e3s/ad5+M/dD3gP
eY96T3hPe896896L/CamOS45mjrE/Cr5eq6yyl7u89ojDAR++i1L7u89mjwweVUAqP
8FYymj0yu8NYnj0muSa5iiSa5bFfW88pJfJ6ZM8fHx88XaX3z01Nsp9PDmUO
eS2vM0nekrw9eVfynuT9TDyc8q+vcef5Jlbk8+N+izwx8bf++7+gK+gg/x++gg/+x+
b4Cv2DfYfrrN8X8x8XjrPfqsH9+sB3Y3jh9B57XkF-qaxNS+Nh8+DifeNsu0SXxX/
wrci+S0Dhj1Hsau/LZ9Gt6O09vs2+bb6dvhafH9r9X4LtyQxIXo0+4/q+6+wk0bh/
WIqe4kz2pySk+Lz1KcGUbIKIKFKKUXJyQCp 2m9Scqq9QCCxkyyrvKVLVV5oKGrr4+++f
Tqn1ZRKS6BxNmZAGyGZZhp KTNSpMmzU2Ykb4+BT6csAFxsFqbFrS/1GUR2Vb
KetSNqRsTtnmrYa0O1N2p+xLbgeHAymHUo6mnEg5R2R2ecpOLqEpqEp0IaXb/rK
/XH+JL/fH/K1Ej7buy7lBLRxx0Z9/LGdY398/Pu0xPgH+Yd6tyk4+QoVHEqzw
j/HWx8Aaf10XON4/0Zcp25isTf8Uf2PyUP9M+L/nVMv8S/3S/SdIXhttal0XON4/0Zcp
ZbmIW513nX3VS+hf61/v35iy0r+Fz2w7Cc2AzN+cnpyEK1Cb+4rABmtbIbwvcCDF
FzgUOMr613UROMFh7tmIG/UhgdOBs6z/wAXYf8JWf88/y8y1BNWsSG6ay1bCZu
z6nN/nmpm7yqVqVTd/hWpLawVlP3PEr9+chvoo833833bmLk3X0p08MTeX3bqL1uU0fJu7Tv1
ED6eeir1TOr51IsBPea2DrDNxJGNggh UQmnNLSEvbA0UcDpQgPIRrP6Uk
MDz5GGmAw4WsAX9/2EgJtCH8ezh3rouUBIQrOcy9je98oCwwiuqolIDpXReo
DtT6PIH6wITA5MA0/5bADNmKfF62gsBsDkuLkO2K8GQp3FMFnuY2E1gQWBxY
5t0XWBlY4yvmXiuwjvwIbA5s5C2wAzWf2CnpOQeLLCb+4rABtmbIbwvcCDF
FzgUOMr6l3UROMFh7tmIG/UhgdOBs6z/wAXYf8J6Azz UyLS0tK86eFYCP10u7S
ci3h/lH9c/oO889T9AtEFpQ5OnpI1IG5nsj7bktIq0MWk1aXVp4xzkwPT

piDciPBMhOdYU6XN87V6q9MWUk/bnraE+r2RacspfDBtVfIxbsNpa7kNp61X
lo7eSbbetI3Jh9O2pG3356btkn2RtOiUSq5Tqee0PWE9p+1n7aUdTDvsnZzG
PefYtJPSomWL5dIRHqVLOcEtUJaae/u0dtmvWmWWvYrqYSAbWRDJJvsQWe9p
56L80zqYZ1Awz6A96Al6g4FgZjA/ZWVwQMq6YHFwcHBYsDRYHhwdrAqOJUxp
cFxwtIptCE5K2RecGpwenBWcG5wfXBSoDy71TguuCK4ONhFlM1JtIsqtwR3B
luBertlga7AteMS/Nng8eCp4Jng+eDFdT3emJ6T70oPp2T5veqEvM70ovSR9
SNCePjwwOb0sfVRgRnplenV6bXp9+oT0yenT0mekzw7UU6qn0xekL/Zvl5Kn
L0tfmb4mfV36hvTN6dvSd6bvprT7qO+ifiz9QPqh5EHpR+VolX4i/XT62fQL
6Z0hMxSX5g8lBfcGm9PiQv5QKC3E4VBuqH9oIGnGHhoU9IaGhkaERoYqQmNC
NXKElWNZqC40PjRRwmBVaErKulBjaGYwn6UKzQnNCy0MLQktD60KrQ2tD20M
bQltD+0K7QntDx0MHQ4dC50MtYfOhToyRIY9tCvDk+HNCGRkyjE6Iz9jQEZx
xuCMYSn75CxCjtcZpf49GeVBwfbuu5gx2ns0oyqDRmeeLaS1y/ZDIuJLa6dR
bEbayYxxyXMyGvxLfEcyJmVMZSvOmJ4xK2NuxvyMRaG1GUszVmSsZp7cHphn
RlPyxOCwjOaMTRlb07ZHe1Q5NmXswCiMsGzzso/KaOF2Tm1+YKTNW/oTa5vP
2BvtAaw9c0Yr98YZbeiN0UtnHOGw6mkL0dNOjVq9tZfOOJ5xKuNMxvmMi5m6
td/LdGYmZPoyg5nZmYXpZZIFKZgdZZZw3WUO8Z1i6wiUpBRlDmfLzSyT4w71
qGPQz8ygsd5iTZmjMiuD+ZnVmbWZ9QQnZNZz60pZp/CAKSszJ/u3Z07LnEFt
HnaUOTvz6eCRzAWZizOXKbgyc03muswNmZszt2XuzNwdPMX0PKfi+s3cl3kg
81Dm0cwTmadDjZlng/mBzZkX/NvTy3iexpD4d2aZ6bVZcVIJ3m1Z/qwQ2UVl
Vq4VhpKy+mcNzBqUNTRrRNZIwAqeyxFEnyxh1pismqy69AVZ41PWZU3MmpLV
mDUza07WvKyFWUsyGrKWZ+7OWpW1Nms9weVZG7O2ZG3P2pW1JwL3Zx3MOpx1
LOtkVnvWuayOrPZskdXB9pVtz/Zke7MDCmZm52cPUOHi7MHptbLWApuzh5H2
jmaXZpdnj86uyh6bPS67ITAje1L21MDk7OnZsyg8N3s+zR7buPUyzF4UDWdM
yl6avSJ7NcEmwGauhexN2VvlLDp7R3ZL9l6p5+zW7LbsI9nHs09ln8k+n30x
RyetnvBvz3HmJOT4QhU5Qf/2CB+COdk5hTlFOSU5Q3KGU7gsZ1ROZU51Tm1O
fc6EnMk503Jm5MzOeTpnQc7inGU5K3PW5KzL2ZCzOWdbzs6c3c3Tn7cg7kHOIx
IqDzGJFzNOdEzmlvpW8wzcb355z1jsq5wDPztC1875DTyeFcMzeO50K5STxf
onF2cq4/N5S8JzeX50W5/XkelTswdxCFh3I4sC93BIVHUto9uRXcenPH5NYk
H86ts7bk1Lbc8d5IuRNzp5D15eY2Uqt+Ws4Z2EZyZ7KN8L0JjSN0F5A7R+Hn
5S6UeJqZM34Jh3OXc5jmGJa5Qe4q7n9y16L/obkBybzeNyxtIMIbOZy7hWcI
udvlGJe7K3dP7vbc/bkH0w4cT4f5jxuccQPolwe+653I5kM0/k2ZPr8jwIeznM
d0l5gbxM3+i8/LwBuFPAHJ5nGnnF3J7zBiM8jMO5AxEule3cPy+v3LssZXbe
6OSO1DaEn+ZwzgnuZ/KquJ/h2Uiun2cjeWMR3ojwuLyGvEk8M8mb6pvPM948
3O/kzcqbmzc/eWjeorylvvmpKxBewWGmz5vO9Hmzck7w/Vre6rwm3wrur/Ka
ueXnbeJwTifCW639GMb6djnWR2c1qcM4nLucw3k78lry9ibXkfytPg/fA+a1
8d1W7py8I9E5DN8V5h3n+6+84pSEvFPedXln8s77dqjwxXw930m9HM8Z/Dxn
yE+IzmC5h8z3sX3lBxHORriQaz+/KL8kf4hvRVpj/nDS/2zMMTAK5Jflj0qr
y6/Mr86vza/JqGc/gaGvOGVlPvWH6ZX500JJ6QvyZ/i358/Ofzp/Qf7i/GX5
K/PX5SK/L35C/OX9b/s783k+78J94S/IP5/SF/Ov9s/oX8zrST6H65rRMAs
iGPNFySxPAX+gl8BbbkF/dYcr721xV9vljnVc+C61YGDBoNh7VTmCy/lDwdCC
EQUjCyoKxgRbCmoK6grGy37VP76A7qEkn8yjBVOyywsaC2YWzIHNVkhL5HwL
5qm7aZ4b75MtmSUpWChbYFSSgiXWHpLrjvB0j1ywXPZp3GMUrJL317JfYlvO
28FjR8FaCSVG5lKwPnlL9taCjQVbCnbJkBmF2Fewp2C+fTsgnBgUHvUMK
DsunEwXHCk6SneJZhLzrL2gvOFfQUSgKaXyRzxyk3uRTBTnPLPQUegsD1jtK
VTvyeQWlKswszC8ckJpfWFw4uHBYYYWlhefbewtGFVYYVjuT0UjhNa50l+h9B5
Cz/7p/AmoV08yk9HL/3FOMuQ311e+otNvv9NAoafjiYqyJh9xkk8nz4LGn47
MUxhDlDsLl7vIJ/NXnodz13T5NNXcx5zEJmILaHY8zJflXlBY4vGegXO/dBry
rFVp+TltosyR86JUwOtOxNoRexF88E5AcjPxnJbxFOY1gBf4LYHxLX6noV/g
p8F6I2PMCmAagWkH5jww7Zdex/tZxuwDZhto5gOzApj5wNQDUw1MPWNsmRy2
LVV8/oJ1r4dBOR3vkRlzCph2YBaBTwtjbCVl1QLMRnAOArORUYDY+ydjDEa
gNGRah0wOjAnZb6dpDEzCWEvyn4A4aFcLvMY6P1IuwBhD8JzZBh8DjDGMRqY
AyjXZHBYCal2IVyDshw0Z3GO3B60g8yfStdBqRx4i3UKmJ1MYwwHTScwR5nG
tIOPE5hzoMkGzTnov5FpdC/wJxmve/lJO5WI+Zczf90LGQKSEvoMAFMETCFj
xHSkciLVXKRyoowe5mybDs5O5DKGw8ZcwNWQpBmI24bW/gY4zwRmP2IXQfJR
yPcoyjsKGg6Cgw7+HbLU4H9RaYDrdyhjzCHIfShLqB0FzXrQ7ATNBV4vb06z
J6BOp3Crc9xM8BDjbeskHuHhHDb8CF/ksHaQV8gat2BvzUHbvSgXhzuxhv0c
Yh8G5hzHkg6f55UM2GFzD0NtsNLteGiPOXwP1uTltAQZ838YY/wc8H8QK+z5

vPYLOwMEa8NYiHa7CW1pIcr1I2imGmX/Eep6L9qDsD1MOd6E+rrAJTWvRxlb
uFzGEfA5Cj5HOJXtV9CzBxyGsjzmV1kG83Wkmg9teKCNOuZmfFqFncxfaY/w
tjSlPQ7/HjQBk3cmeXkdm25Akizgvw69paOk9aBPBH4n8G8CPxT6ucV2jFI9
Zm7mMJfaFOYF1gmXzhiAtA8h3wFoMzehLur43an+N3sqr05FTW1haPsUcjkK
zvs5rfZH5Pg15NgCTDNiL2DF9EGG+jcg+T7g5wN/Djx/xRjtd0gVwLqXe5i/
+Rp0O0Jat7RN5KKD8hT4NILn3ZDcIcuL2CrZKhD+oaREqx7F0DwG+UdB538F
Tw8oz/E7Xn0laqSeIZWR63Eea8/2I4bU/3ArGmQvIPxHbYeYHjq8j1uL+Qpa
0QlpL/ZfsMaYg/4CLGU/eO4EZj7HGotkG+Y9Deat/D7c9iqk8joKMUaw5K8h
95k2toXXwFnY/oD2zBZRhVzqoMkA4Cm0rjqUsQh9+6P8Rl1vgc06AeUaR0B9
I2MMXcVyaz/OPPXj6E86YY+dWOH+BmiKoauZkO1Rlso2ELI9CnlCNt47dYv5
AodhC+2Sm9Qw17vxAw47npNtnvlQv4S6g/w70Tc+YPs9r0pA3zgD2mtBTR1A
6XQVdiJ8L/quDWyDaDkf51qw/xfC30eN/BjtbTngKbZ37RTaZBM4N6m+5TA0
uRqa5Njj0N5xYDqBaQd8CzI4kNaQdWTXUEfZqCPWW4s5kmhKDd591YI281O2
OCMOtflrm8Zh1GYFbHMZ7wHSK6AxAYxgjHkbbPZH4O9m/sZNdpLf/hhD4ybQ
55i8amudLZ7D6Itmgv83mI99qAzD6l/jmiLO3KMe417FmGGM5zDq/VGm1zXO
y9S5PesaeoPHQH8n2vkTyP0e5P4EyvUJ5OJIGuMToPFxr2s7gvL6oI1t3GK1
O8F/neSGcXwm7yGjXjqXpWKohTit1g76EOrlDFuHcav5Nw6jPZQhx5eRYxlk
eELaBZflFLyXyPgJl8K+n/kbP0HpdnGs7RPoRXcB8xz0fBKafw6cf2qeRw95
N/ocrv0aaLgKlPegnVdBqjTsb3sc+8DWom8J2b7AUIYRe5HbsP4o8mpHvZ+F
vdwIqWpRivkoRS3kb+B1Jbaj2FXWgFQ3YIaTL/tA6PannIpaF1mu8SmG2mDG
Oydya4zDKOycyNwcG7lluqrYLhyYs9n+xBjHs7CUPzHGfoC5OQXztz/MJbUn
cM/mCGHe+CJyHIm+bipkOM0YxxakOs4Yxwikeo1p7D/gWFs8wrdwrPk79Ld3
cA9gb4U93iHHXLZZmxsjdTqsKR3t9svoE5zo/X4LyyqDlZVBqzsBE7h/cM7j
tTNxmG0656ny+lBesnfbaQ5TSRFGzcahNj+Btv0ljOxzwG05Rp8tyOsQ8qpB
T3U/8FOBH4FUX4F1j0CqJbCd62E7S2RbAs1JWM1zwEy088rMr9kmclj2AKjZ
R9GftADuROuaj36vBTxLmaeeit7juMG7GFOR9rixARwwk2E+ZMXcujSmNPPQ
zzSDQz9I1Qy7+w9gXgbmP4B5CZgRwLwEzJ0YBdYZvMO1HbF3YjeevO8olCMF
x+qFaA/Pcti8FfQh2Gk79sWanFY7zPalhcDzFqS6hWMNzMHMff8ccSc46QGMH
jYGRwpC28xbadgf4vyWtEjr5s1nCa1ANlurPkG017P3viF0NTBnme7nc82gb
YB13oowbGE89D4+b94JzFfK6EzOrdSyzOINa+xvCHdLGVSxrYw0wf4VsK4zP
cRiyvQ5ui8DtOVj9OoxcScBcD8wK9BLPQ5KQbRTGx4dQLtbk81K3iH0V+n8C
OnxVjgVoCRPREl7jsO1GhIXtONoA72/rhFR/gST/4L5La+F8jWeRL+7gjFIO
G6Xcv1ENdqAFsoSvIe1MlEjOLoowmgxmqBdBhny0gXLImQ89DGEbp3rnlWWH
wGcL+EwBny1yhok1yb+27eG+hevd/DV6ITswO2Gbdk5r/4SKvZttynyLwv+G
dnI95PkW69NoRmv/FlrOapuDaE6YN3AYI9RDtlbio3PpzIdAcwPnYj4DPjeg
deUCMwOYXHBOQK8+Af0/ZhraaWDysR8X/QbNGbhVNOLepwK9UxN6kibMBBp5
5RXNJXjf8zbM7r6Nez1p3biP0PaCchtonICHwAF60/8b4f+GDk8BMx/hX2GW
8iv0n99Hvo32P/LdHIdtC4G5hzF0H8r8vRw2XpLzXszT2sHtr+jTbuYelea3
UrYDmImxJBuRdiP3z+YGea/Bqyb1beC/BJQBRVmOMOv2W8zT3olZdznmb9PR
kzdgPubB3KwBMz0/7iL9COtytoYcnRLDnAlyGW8Ct9/ivqMZc84EpqE5J+fu
RdoDkGq/miuuht0xt0nqnmgNlwvr9tNRlpnYqz2K8TSSyrsATjUVcJTSA2vp
z7g7O4sR6gGUxQMJl8l8OWz7GXh28k5runeW96oUNj8rw2hRK+UIIvt2yIY9
8RRGKRAusvMu/EqWx/4ZlCWE8e6zvDpVH2eyXTeavPNvHPqEIvSrRdKmMDv6
FUPjOeDLMOto4Vm3hrmQ/hTmOaMwz3kKpfspMEOA+SlqEM8obIt5lDQCsI5U
3AV/A9aRKmuZ963qFy6t5bbEq1Zp/smYdl6vSLN0H8ajgXiGw/hGpqQaqUV5
Ceq5sNznMerB4rTn8LxiHZ4q3Gr+UPDZD3UcRuwx9CEvoVccZWeZ8YTEHAXd
etHba+iFStAjjZdhaKkOMnuw+vENtNVOwIOAzYAtyP0+9I1T0Uu3Af8d9POv
oZ//DvJ6AVb5AqQ6Z3uS+0xexaz/FvPwOzBr/S10K9DCf4oedR3kx3iqrZNP
0qQM4BBiDtooDlPPeS9a4Gr0wMyhBfcpen0cZnTIsax8l8mCHYqWoJ2jyik3n
p528CjioF+lD9KH6J3G2flI+m35n5O2e4e/V6/X59gv6l/jjOiH9Sn6E/bcu3
/07wZrhy5UaTqxJBCo8mf6wYJxrEJDFVTLesjY1dGSvXxU7ila2dJ3m3+aW/
cCuWT0D1R+1vEnzFcaNQd0XqruI1CR1e4Hkm9QrHGl8Gfg1jzBDwP11z3BrA
+vD4o+djJiX4HA2CFKvLEf4/gXkL52v8XqayjcAI2QDN8Rro5YJXmWuO/xC6
8MesTH1ITBaDxBTxhBgqnhRfEaVYmXqr2ED/28TP6D9avEL/z4tT9K+0/470
d7sjz1Egxjiuc1wn7nTc4LhBVDs+4hgovuAodhSLuxyDHYPFWMdQx1Bzt2OY
Y5iodXzWUS7ucdztqBX3Ouocddh3LUiP9ZY1xqfEGXFeXKKQpnVNL0HxaUBzR
srVCrYh392rDtTJtlFapVWu1Wr02QZvMu7+02drT2gJtsbZMW6mt0dZpG7TN

vLtM263t0w5oh7Sj2gnttHZWu0Bpov8Z6r9Y/TdH/ofUv1OXO8385EJ6rt5f
H6gPonY2AnvLxvCeM22zPl47pPaXpfHuZyMLz0DmYlXxt/jkANvnTZ3vYXEn
mwb4e+BvxJjrA1zKO3FtMpxqozme/UUO2+p4ZbqZbZK92Pqbt1H4FnMZ5fJ9
2+jw/bLt6xymu8hyPB8mGtsjts8SXG6r5rEePA8Z3DN8R/9PgsnGHQTvRh8+
yOC76Zk2G8FdxjiCnzD49IWpBu9L+v+MNZh3fZfCD9qeIp6PGnImxnAG0s4D
nGjwzu/vGnxawzPGSoLpxkIeAY1l6Bl4r9YPje+zDMb3CO4xvkbwdt79ap4E
h9WsPdv9CK/nVNqDuIfNh8z5xgSC9xj8vKjJ4HM43gRsZ0izfX4612LwCPJR
wFqD7yYajR+gFJzL95mnmWjwuSmJxi9hFZlC1zwa7zV2OJ91LnR+w32ju8R9
k/s0Wch17+3abZrDXsIa7XuxRvs++w77i9oSrM5ehtXZq7E6uxWrs1918Ors
11xPxfn0Uqy5bsOa6z9gzfUfseb6Vay5foPXXBtBXnNt9Oc118b1vObaKOY1
18aNvObaKBEOITynyZ0VmucC+Z1CxJtCi48jl2TcFDlBlhzCfJIs8eIwrtVJ
spE4PlE2HKfokJ7CHB+Jq4gfEwlzupr4Opwya/WZN4fDp8+ys55EG44Lu/Cp
tmE6cuAfjmee8+h6nuVU3PA1O47vqwvLY5Wrr07pCDKEcVY5wvFh+Rm3UMnK
PrslVFars6a3OpaNy8n+cqoD1s9Cqe+IbuYpn+vIes36DKk0LCuXe5Xyw7KF
+YR1yyf8Wut0ocUPy7Ixfgt8PvF3XhcZwj7nw/mH/bDs4bIwvz3x+7ulW9gl
X5y7Gn8yvj3+XETOVV3K0pOs4fJYeMfoq8NyzfKxTGF/SZdr1SZj2qIqRxiH
04o9Cd6Yemc6s5fy9yST9VrZV6QMlCYhIHFdfWva8Ml+CYMThsXU69v4CaV9
i4+hW9iL3i/jI334uoueu7Xny/kdsddc7t78sF668k8ol3p6O/+yclnL0VN7
U7aWMFqdQs1h5Yf75bAN4nzqMM3UhOncVhJmJcy19tfyrOqEFayziFzcNvjE
yeaETdb2FzmvujWhLdI/qP4Ap1az/Vr7F87vVMIZpD2fcDHSzkm+RD3RyY5x
NPL4EoOJ2QgXJhY1liQO4faaODyxLHFUYmVidWJtYn3iBL5GP8/pJ8ePjIxB
PdRlV3ziNMpL9dOJM6J5ROJnJz6duCBxcbe66K1tLuli22/XX3WNVzpKXMbn
YCeuC8vNuk3ckLjZqquIDEk990PQx7bEnewi41p43AzH746eh514NPEETr+2
jKc4/do63lrGWT4Lu+v4xudioy7CTtEnhZIwZiT1TxqYNChpaNKIpJHIpxeX
VJE0hh36sjCuJqku0leqsTRpfNLEpClJjdY+LWlmEtpC0jw+zbrncZlpk5Yk
LefychmTViWtjfBcn7TRqi91qvWepP1JB5MOJx3j06mTziV19BP97P08/bz9
Av0y++XzmdP9BseMHWHbs/rhsaRLP9yb3619JXXxw3ju95d0b0+9jUXdxiRK
22+Yaq890VnGU9BZbBntle2O6jvs89xEfgXgbcp3mb4W/nI11wj7Ybsxu9hR
1/EvPB+h636IsX5kbjOlezm6jrd9lTcyPofHyq7jam/zj671qWwrkh/hWN/9
yvuN7ja3Jb9fVb+x/cb1a5DnistTxWPmjMyXHZeZeS3qtzRiw6wv6/w4bH/h
ubGSp9+Kfqt5nOjX1K85YveM39RvK9ufNT2fQh6Rrytv4ttvL59MTmnbovZl
7Z8iZ/OH584s85F+xyO6ONXvTLh/53PMI3pTMvO55hF7s4xd3gSvL6aOuX2E
56qcLujN9hZ6izhMd3/1eAJWw6vgtM/z6jUKD+SnqXgO6ZQYhrZf8VNT26/4
OZ6tGuFqDpuvcdh8DeHHEH4Mz/rW4SnrOg4bGRw2MjjsQNgnhw88/CxoEDYQ
NrHP3sSeZf0W8LmFw3aE7QjbfuWYxPky1Nch/BhDWzVgESQsAucR4DwC3HaA
2w7gHwb+YXD7Eeh/hNyBN4E3X0H4FSkVOH8PlN8Dh7+Bw99kWSDDx0H/cUh7
M6S9GWmhMbNalpQp7TcD+kDjA80y0CxD2n8D/t9A/xJyeQk0Omh00FwPmutR
LgfK5QD9q6B/FTTzQDMPEjZA2w0oL/A24G03IXwT+DeBfxPwzE+E/Cz6fBJ9P9P
gqYSNJXJIawHyWoDwOITHcTgONRKH2ndVMd5VxWEnataJmnWEIE8IPKeC51TQ
HAfNcdlaoNVKyQ30z0mIVF9Cqi8h/BRVvwJJoBkDmjEPAH8A4Y8i/FGUzkTp
TNDXgr4WNJtAswn4rwP/dYRIbwK2r4O2r4O9P8O+n8HTQdoOsA/DvzjEC5D
uAz0j4D+EdC/DvrXEf4wl4GzGyQjOjA+J/B4fm78BeG/IPwmwm8iDNs8NYJtm
OdKWAz8F+CmoQbRqO1q1HTzt4Gl/GeGXJKatzpSrhlpmyH/jZD/RtDfBtv9c
QP8M6J9JBeAbCMxCxCGMP4PMHactcj4asxxdA8wLwLwX4M+M+4+v4a0l4C/hPD/
IPw/yBcy2KUMAxEeCJcJrJqGOYz8T4wLMLcJcg/OaCpAaD0/OaFue6I0t0C0B2yDbA8D/
1cXvJuYTCMmexyMVALrbfQAO/QXglwitBcydo7kQYnA1wNkFFjgkKY9oa4RfN6G
5ryLz8+LeZ72pJghBokvi6fEYNFM/1vEb+k/VPxOtIqPiwP0/4T2a22PGG7u
N18WI/gkA4ETPMQyUU5upVgj1okNYrPYJnaK3WIfpTgkooooT4rQ4S8+6C6NRM
LU5L0vwUv1MLablaf22gNkgbqo3QRmoV7nRqVo7TmxsTxmsnsPm6PNt9N0xbi
tLFVfFKZtIlHbQnj+L9eWE0f6Ez/+05XWyI7DuNaEj9dkGlk2furbYL5CcIdt
vuD3s5vxDHYiwf62u/Hs9x7Ls19eY/OMDBaJJ/uFjLG/yGFbna2e3yuZZvybO
v7QIEfwH4AZ2x3gyax2wP4Unvw9Q/3I4nz8vA5vA53A5vA+2nb+Vb9J6y5hqv5hw
8RWCJ+A9+C7jvcYYbfBb7XOM+wSXG28ZtSw/5WlkFtjgkY9AK4RfN6G
uls9752D57181myNyW/QHufnsxsZP+fmqbTlWa3Wa3yHT3k8m3kF3RKkmfSHI+aJ
bYPPjMIntlIEo+osBokgbMFBN8VN4oScTO1jI+JIV7n6nGR4kKMVVp8Xtwuxog7
RbX4ArwtaaJRz8zBkzf8fbgZ2S0SObaOCeFUQDbe88RSqlVcnJoopwDSKmfSfI+aJ
hXBL8E5krVhPVxsJrqc0dfSfF143r7/GZ+noP8J7rEcVht+H3YnwjxB7i1xT

zhi5zkBHX6+FQIPTeOQ6RXEaNFhxqz2IcDPCQ7GGXuqlg4+XIb08QDZT+L/h
GTTr2j7JKLFPsk+1T7fPss+l3BfZl9pX0H+1vcneTDGbCLeV5Gmx76Vwq72N
cEfsx+2n7Gfs5wl70aE7nPapjgSHj2DQkU2w0FHkKHEMcQx3lNlbHaMclY5q
R62jnlJOckygXJjrJuIQ+Tsm2y/KP/FJcExzzAAX9adc1d8x277J8TThFjAv
4tHsWOyoJXkmgetc+q9Q/03RvyPB3uSYZm9xDLcfJylmOZbZj1Cq+Y6V9kUk
+wrHGsc6Kv95uBbic8qxwbGZ9NFCtNscO4nrReIQJJcAx/pit4lk2+EYAkfc
Hbsd++x7qcysJ3acGznHAYfTcYj5RnJhjmHHMpBzHCV/KXFlt4JyWUE5ku84
4ThNvs++2nHWccHR6TTtk5xxjkPOJOQPGZx+lG6vMxTJm5wz19nf3uao5NI6
ByIUdlx+pCbKSc5BkK2b6wnvHOQc6hwRI7/FIY5kdo50VjjHOGsiElpcT3jG
Oeuc463SR0pBeGcd17JyLAfrRsnvnOicQm1xrrPRfgZupnMOaXiWc55zof2U
c4lzuXOVc619kXO9c6NzC1o2tVPnducuao0l9k3OPc79zoOOIudh6HCu85jz
JGvS2e485+xwTqQcqQ5dwmV3eVxeV8CV6cp3DXAVuwa7hrlKXeWu0a4q11jX
OFdDuCY5B2euaxI711TXdIdPpuA41yzXXNV+pEbD2pM1nhCtU9WulBa4bbnm
u9g6p7qWulY4ljmqXauZg3OoqwkpWDd77XNdzfYzrk2urS6yWVeL/bxrr6uV
/m2OBa4j9D9OGpniOkVczjgSXOepfQXJvxinxznjEuLIhuOCcdmOwrjCuKK4
krgh9B8eVxY3yjEkrjKuOq42rt6xwLEgbkLc5LhpcTPsrXGz456OWxC3OG6B
Y3jcsriVcWvoXxm3zjkljnQbtyFuc9y2uJ1xu12n4vbFHeCYuENxR+NOxJ2O
O+s4EHchrtNtuuPI1ri1TbWfcSc5R7j97pA7l/oEskB3f/dA9yD3UPcI90CX
cI8M68td4R7jrnHXofTzHTr0Dutxjw9bkXuie4q70T0TeqU6sa92z3HPcy90
L3Evh1vlXuteT7bTTL1W2KFunDXuje4t7u3uXd1a8HxHERzqx1nBzr3HvZ/b
jvugW7ahcJj6Avcx90l3u/ucu8MjWH6P3eNBOcItnPpHj9cTYKv0ZDrHUJus
hjsi250n3zPAU+wZ7F7oKKN+tNZ+yjPMU8q9rafcM9pT5RnrGedp8Ezyclua
7plOvfZezyzPXM98sokWh+5ZRK29iPpi9MbUFzk9Sz0rPKuJQ5mjyNMUN9vT
7Nnk2Ur4TZ4dnhbPXsK2eto8RzzHPadcpXHLPGc85z0X4/V4p/1ifEK8j0aT
7PjC+CLu/9Dnctv1xZfEy/ZKcscPl70ljRw7qC8tiy+L59Ui03FWKE4jM8YA
HsHawIUIX8SovAg0SVhttAuYNcBgn5zJcwPNXgT61Ug7l88hM38CTDZG/RaE
/XiKgF13xgCkvR7hQaBpAlwCuBK5LEesBythMZ8QZxCeAD5zQLkRIDdipc8Y
rKwZDDzmENophAuRlx3cyoH/ilwNh9i35H4jwKmIvQslGoFU44DBqhzzT6Df
CwzW4Oj10R0w5rHOGVwWwIsM9ZWA+zH7eRT3BEPAcyDkt/FeQ20N02h1SHUE
EkKTZoXKl/dhvKbWDTGfwcjxqNQ2UvnBoQqYGYLXR5RCzmKsJFoDiB0MJBuv
PhuN8ADAPXxCrbEa9LWAsiV8CvX4e9R4HjDfROwh5P5HYD4CCZ2479kDDfxf
OedD7HqU8WvQ5INYzbcXGhuN0v2Evxhk4CmO3AlkDgGfQ8j3SZT3NZQdzwz0
W5H7KsBvKv1/W2iu4xx2bkAuZwC/jnxfQdoQQ8cC4A9Cwg7U+x3ADIMks2Qr
giZdiMXaefu9ql3xt4K+Dh3+GXKOQ0s7jlFTxgHL3zAWEGwF/AM5tkPwrwDwE
+A3A/wJ8Aam+BV1lgfJV2Q4Rux/yL8TOKvnsrQb3nT6UYh9iUV98Zh/B+5EK
Tz60l8DzAXAbDM7rEH4D+NtB+TUpLfiUoKRxljn6D4FPRvgJpCqDDDcir58h
9haVI5dCpnoS8G7A/4NUc8E5ATQ7gMHzFdsWcPsJ4+3FwP8SqXJR3hLwhyaN
PwOPWpb7xsjGedVkEyB2HKpVmZt5Z63xEPCvMDQ38Go0HecmEv0UtDSp1T1I
yyeyb+bTl43NsItDgI8itgyxOyFnA3L/uVqXGlkrajyMlZsT5DpfcN6F8Kug
lK0CLdDsvHQedcGxS8DhD8hLrgjeosLMbSNoZsseDzwvQhI/4B1yZSvaYRAQ
1qT3gzwOpK0Fn1GoqRugw4eRy7OgeQLhKj6l0sxEXexGv3RO1Q5b6CHZSpE7
ZNA/Cz0sBT6k88nQ30NNoX4NByD0bOwAfaHcwwcaWUc/BWYVYp9RLZPl+Qxi
14PybuiqDXAWYCkom0EzSO6HAHwC9P0RXgR4UvbYKMs+tHm0KO01yPZxhnQ/
6Rc6DVcEheaOc7P1/u9a12QK4TkqNM8JrG/SPGeNm9Q3laXj8AVynSpMLt4k
FxeNi0+KxkXozqrwBUs6v4WO04XI5XbxTRVm11+5cHigJS7slCwRulyVV26U
ZyTPs7HygC50Ba5/F5d7BS4pKoNVzogcSVG5rTqK+BdUWS3Omj6GV39F31/W
AerqQlQXVh0h3qoz05LmrEpzNlpHYZ3F+INi6zTGD8syVPkjepAh7J9V+Z/t
IoeVz8ge0nXJN76C3BhyNRY5u5SlR1lDl5HtRHc9oQ305qs2aW2LkXKEcXXk
xl9GD13L/3YyWewrYjP+WNvrSgN/Irkp5Bp7qd+r6V94d35XPfe1vnr0J/bR
t+pY6ent/MvmG3ob+cP94Uxyc1R4TrRtRNow086z0CxUelriie2vl5Nb5Yn0
GZG2sZbc+i55byS3hdx2T6R/CLfD+F0e2G9M/8L+HpV2vyfGHuMPKksf5HSZ3
TlVPkmv3oC3GnyPX4TmdQKNPgI1dE2+1nL1zkRF2xM85Lzdd
dd1b23zbtta1v+qpX6J0CQFymRY5SbcJ+bG66iZD17IRLmGAdJGxMtxOwvHF
5AYrN4xcqSdmPE0o98SOt5ZxNmG0p9v4llCl6iLswnzGKn8cuQZykzzdxiar
S5gqHdpQGDfdol81libMIjc3ttwJ81XZFnl6HZecZNmGpLC+XMWGFhefqWH0l
NJFrJreJ3FZyO8i1kNtLrpVcG7kj5I57YseO3F78Kxgz+tzXdfbSnq5wTLqs
HP1799nuUN9d/HfV16q+JMbvaj+9jf9v579Ned6pvJcdM/tQr2Hbstow7OqU

p/vcltvqGXLnyV30nE7UyTlVvmej+YB3nOSVmOCJ2rDpiZ0fh+0vPDdW8iT6
PBgnEoOeqN0zPlvanzV9YqFFvq68iW9ikSem/wn3UZH+SPVFkT6ZZS6JxicO
ifbvicMtelMyJ5Z1aSdKj4mjYusYY9TZaD6JleSqZZifLuE7Icdwtkm9uRin
fi3GSqGV/F6Noa2aofka4GMM9XUMjQyGDgmfBQbQRCr9FoZ2QFsRYkcAvwPh
h4H/EegRNl8B5nuI/RswHweHmxGGDHYfwssQ/jdQvgSMDsz14O8A/lVg5kG2
BnBG2HYT6JsQPguaTwJTiVQLAMcxjEMZXVUMnSiRIwTKqcAcB+Y5YL4E+BWk
hQzmAcCPIhcT+FpgNiH8dcBVkPY64P8dmA7QxwGWAf8I8K8DfhmY8QjvBPwL
4JuAqC+zHOEpKBe0agel/WXESo01g/+NwN8G/DOAMwBRm8YfEH4BEn4N4UuA
/4NUMu1AYD4DmqXA5ABTAdgCPg8AzgUEve03gCuBuRMQlCYwwiNm8lturV3o
wtv9+xrOUucYYTprnDUixTnDOVP4nU85vyLSnF91flWEnM84vyYy8GWNbHxZ
4yPu6903iBvdxe5iMcj9hvsNcbPnRc8uMdjT4mkRQ+KT4lPELfGp8anik+95
fiOE0OaS4++rLlJuKbkV5FaTaxL8JRqhbSK3ldwOci3k9irXqvBM12ZxRxQd
u+OKlvGnyJ1R+PPkLgqh6+/AORWfM7H8+LtYLD9/a4p5g3+wC21suhFappav
DdCKtcHaMK1UK9dG079KG0vX4+g/Vmsg3CT8p2rTtVnaXG0+hcdqi+T3oUS7
aKfyt0tfhkhnDOVXo3ZoLcSvgdxerRVfjjpi+beET03svAUwvAvXHt6Le+kv
OK+Jv2bJmAqcmihhPs5OvBg5sVB+o2mYxMgTFHHOoWAOl04rmg1la4+eZKiH
Iucu4jxG+XVLgltJnou84qvzFv6Geef3OXzps44vgSe+kmNbgnUPdyL8HOBc
wD+KyFeSeHc20ZQifArhlwHzAPGtJ4cLscuAwReZbPgOjh187NNF5ItM+MaR
YC0JnEqhvrwkbK8hjK8nqe87ya82+WHRvD5nmzaRLCwB38cRzirnF6gH5e/j
2PB9nDh8Hyfe2eh8UgScc5xzyLbmOp8m25rv/LrIdhe5Pypy3f/tPiUKPS95
XhL94/3xfnF9fCA+IAZcM7438ANSch7lvOQC5DItuN5cPrkBfaArJjeY3DB1
XdolvrwPPKS7AeuQYv/rxcZIeEsMfnskvLFbqti/OlNU8C/2FNA+nP8pz/yU
J3xePIGTKMJfVtosol9okvgDQtemC5uoFfmi/F/uPXS6sOlF+Kp4iV5C4UH6
XcKuz9PniaKEUMIo8RGqmSSqmdJ/aSuiMVO7QfsINeu/aG8KQ/u7niji4v+R
kC5yhG46hY0a9L/09C/3L/e/1+niNiHflNaLCSKIt6M5NPY+L/LEVvpfJ1rE
AdFfHKX/x8Qx+g8Rx+l/i3id/kPFf9P/4+lN+g8T5+n/CXFB/F0MF/+g/wjx
Fv0/pemaLko1k265P63ZabZSpjk1l/iM5tbc4rNavBYvyrVELVF8Tuun9ROj
tGQtWdyqpWgpokJL1VLFbVqaliZGa+lauvi8lqFliEotS8sSt2s5Wo4Yo+Vp
eeIOrUArEFXaddp14k7teu16UU3z8PniCzQLXypqtGXaMnEX1riPpVn5CnG3
tIJbKWq1VdoqcY+2mubpddoabY24V1urrRXjMFO/T1unrRP12nptvbhfa6ZZ
+3htg7ZBPKBt1DaKBpq/bxIP8IkqYoL2M+1n4iHt59rPxUTtF9ovxMPaL7Vf
iknaC9oL4hHtRe1FFMVl7SXtJfFF7lFfYrMUX7tfZr8aj2a8x2Np7+/ianb7TfiMe0
32q/FdO032m/E49r2svi8tvi8beiHZLq9ot6O4+/+T4/+d+3wi0X0PIis+9Y+/bP3
q9krT9F0p3PIuI+Uk9byh8JrD4NsI6zQcJHD5yPmFdKMm/lbYfT/wN/P+0T9
wvLqVK/oI8jhkC8NEjWqs9YybkdZxSGwDsL6Prw69n+k8NkMWvmzPUpaxFWQ
g8xdaSp6kLkzsW09YNyZoYqyju9VzLZyouXG04mNRCoHmXGKyy+q7JSHOY/O
4k66T7T4Ulbvu69KwVZgfVAQ9j9c+qe6++ca8fA8ml4rUWQ33bf5qHfneC4W
wxQhEf1m86cscUTrHdWNB8/NNff3u/ClwrvHiUfKsvQ1EGijWXkeMzsXIkvA4K
PqE9qJzgdVA9lCaW5rM9ShtLU96jvL4E0n+tR4xaFJ79r9rPrR12O9O6HmxVVKLznJct3a
g8xdaSp6kLkzrW09Oy9NyUZnYXY3+VcLE0N9wJ9rr+r8fZs8a+dn3vpoY7dkfpp7jt
353anb6705V14P0vK+FrdwgF8ZDD8BZZIj+k2rR9U0Dxec2YjE0E0rsd2ushpdj+h7b
RkBR6hG6+3us9+5043Eus+e50D/RY993rsIdJZ993IpyJ
HuqxdrvTTexBPlPpV1Lxd+wBvwD/L1RDepB/16onkB/l66opcB++j4CVGi/gP9x/w9rT+
E+j4CVGi/gP9x/9/rz+kb9b9q9+Xw+l7fube7f/7r+KEW+ijE0G55I5I8FicF/wkFM9aw0i
+cxw7L8ART1eNblKshieC6mnCQLrkcUmhpcqVJi/F4IeV0vAat+izoWE3+ou0+
ZNVGqFgFgFqFqFRXn1Mcvanmk/MLTDvu/ay/Rn9+Tnex39OBll/8F39kttOYyKJ+6NXN6Bmx
X6X/j4CVGi/gP9x9/rz9k/bq6+/bj+kb9b9q9+Xw+l7fube7f/7r+KEW+ijE0G55I5I8FicF/
w1+cxw3b8ART1eNblKshie
+cxw7L8ART1eNblKshieC6mnCQLrkcUmhpcqVJi/F4IeV0vAat+izoWE3+w0M
ZNVGqFgRXn1McvanMlXTDIvuy/Rn9W/Tnex39OBl3une5eIc7/pflPEU5xD
X6X/g9r91r+8Rmfpv9NfDd3n6IE7mrnG5M0Ce
10AyJ4ZXZ+Pr9qqHUSt8sabb2AMod2nwmmsD1F6UgzX/ReppjJheiPufOO6n
9Odcd7nqXPe7Jroedk1yPeKa7HrU/Vf3f6/3a5X4bbnwvpxGr

x2vxZXmFR5IR8h5DX3qFfTHn3kRttwk7vbv/N/WC539TDJ2k3ArXdEW8duC/
KYZnmLYFcXsj41pHtK2qr16VRG1HWgHsLtpy5BzhUaUdDTs3ojUQxL1HNF4X
Tv05/Tkh8N5Dsz9uf1zozpHOkcKgGmgUJmn9ryLX/TfSfV7i/0s8I/JjePrV
vLjyqnIN0Bicif+Yq8o3H1Yh7wmnUlinNvgdIdD63L1qLFvRW+MZvmbRQSXp
oDqG7p3LauV9eQlar6EErd3alDX/36jYQvKL6A7Bf1mdvtt64znZQPrXRyS5
NvkMEDbqo/g/Xj1duFY5SbupvCZtRlrPGHI114x7Js41uPrcg1QD2fSvIjf2
GvLPxtnaV59/SNjpXoj/1eRqr0EO16LltF7TltN6TVtO6zVuOa3XuOW0XvOW
09rD+P9uOf+mx/H/anHtOv5fLb6sgbGqZ38swjNO/35k/phB88eDolBv04+J
Yv04zSU/bp9mnyY+iRnICMwoP4UZZSlmlLyLO9H+uOtuV63rHte9rnGu8a4G
10OuL7qmuh5zNUIGq6YWKU099i5K9F5IHKFxaoWPgwy83ykhGYkfiXx5eZ4
feUpZx8TIrOPx676nKCvkoTnJxMj85P3Txa2pewutiRt7cosovoqWMSV5Rtu
1zVXoV1feYn7U5lzu2ktPMZfWRnqImPpY1dpjtHX/MOj4bjIaPheS/B2umx9
n3XZ+r7rsvWKdLkoMop/eMamxZEZwodB5nA9L8Ec8sMiNY9+Eyz33u/36DfR
cnf+/slSRLP1EvpPIteg3ma/f9Kw/VZfFft9JyNpzVWxwivLOWxLY6+KLV15
3uPUfWDwKvbX/9FnCeS9Yj3uFWsjre+9lSFTOChlPtliPs6zzHxfpOAWWGd5
pvD+zIPGWZ4KvNcShJ8bhFvD+yHDtamF1ve9Flo/ALXQNxnkM/rwGj3rbPi7
gt+ZDSdrnSr2UzhV/y5xG2vhdx9xfIB4PuiaAL5TwPlxxZul78P7Nfd593lR
gbnFbSKVTwKCE8rv6uzKN5VvkNMt8dZ0ti5pbzcbzZnmHHLzzIX0X2IuN1eR
W2uup/8SchsRkldbzO3kdqmrmeYepJNX+ym8n/7hq40q3J3yculk3K5IfgfJ
SQkOk7+KrneZx8yTFNdOUreb5xRlB6XrsIkepZZXC+WVzW6ustltnnB+Nm+M
ZKuiudsC5kFykdLaMq2UtvxeSxRzZRtgKyY3mK9sw2yltkxbKeUidb3RVk4u
X6W73FWsXixXttFhvdiqbGNjr7qWj+QYRzwbkG4SS2busQ22TVVx03uLuxYt
xDaLdDHLNgv1crXaRE+toJd6v2xNv+u6tc21zbcJ2yJbwLaU4lbYVpMuV5vz
bEttTbZm2yZzjm0rabCRrjluh62FeDbamrhExO+gba8qUWwr2GUrt7VSXWxR
V22MkbVCuR8hF6U8Tm6wkrPUdioSd5jwZ0hnc1QO84jLPOISTtdA7pS6mmc7
bjsfzgH1MZNKuJDltF0kfV4k2VbYdbuTyjaHy8Dl4ysqkSqtPcHusw22B6lM
pAkRfheP9S1ynYk8XU+fD4xcT4L1IXK9ijrbchIwWOui1odgtYxaAYJVInLt
h1z9wuvCwuteLq1QcyzGy6+A7AeIXGGClSdyTY48rVOe4ilX1xg4M0+eJyrP
RJTnFBqbwRMrYeSpnAZObrs0RHQgx6XIkb9DXMlrMeQpmITPRCmWAi/C59vR
fSHP+EYiNsCp1LqgOKUl3tuJ1Qtqfc4axpAGCBrLILS7udSXzkIb/AXxxZAW
a/bk2ZBqhcxFpW2ZF3O2rB2Sa35Iw7uhn91CrqXmmXm5Gg+nRUbiK1srYtA4
OcX1uBrjRwj5NlyIx6+Yk86cFJ9GyFce4fRO7v3fee7ThVwxPOp9yj9g0SLX
yoou8aPftXZ64lp5FUrdE1+vCO9DeDwSQ3Tu36v4cpSm8l3l2p3rKFWaMVeZ
b2+labsmpWm7RqVpE+FdImMj5WkUV+ttX7j2+V0Tr8bSI2+bGt/mbdO7T8na
53KVqn7tiSu2RM01Qcg9A7W4S5lv4eQmCUjr+nfpniEeuk+A7hOh+yTS/ROi
H3RfDN3fCFlLEk8lnhI3oR4GvUN55CryOnyhZcEHQiJ+T8yanveBkEbWl/8D
V1+BD1B9yR1W5RFpZG/9zvVdD/tYdJVL926kklofDytZ/AGSKzxev7teKTwO
XT1ubaom5V65UYrfdPHO5oLhOuBv+QRwEsniCMerVwfvVC5+It1ANhAkqIkl
HyDJ7NinE8Kf62XpB0g2Ha2De1VNzQyffEf83ot3cbwTLBMzB15tXxUjLc0Q
9GWkww+e1Lyrjud1OyiUKWZ30fG1vvN4b+olM1JG7Z+yhCbetAXR5nYKftLx
z1iL0RLyuqY5/5T1yG8o5C6BXZRjrpj7T1mTvF+C5257KL/+6Nt76in/OWq0
v6W02j91WW3Yz8brvXj+uxd3Hv/MNWstK+9aWvBPXbdF9M8k82fjMwn14MrLw
n7i83C/xzJVPQhio1lU9edInQFc6v+1LPzlAFIvhRMv7/4eo52S9SyH1f62k
4RY+kSiXUTi6vqs3ad75G/VrocfiiOz6h0pyEyvYiqj+NbGc+IfXsX04tB6V
3LCswftw6H0Q/QeKyUS9gq4H0X1x5odI83weB79RW03hoVSKUJ96jg9WDQy1
lEL/UJbBJobRfyC1Hn63wWdJTXmbVvTBrAlrGQy6+jCWwkbj6HAaBwbj6eJa
wgwXU9Wu7Q9TOfhpDXOvwdOaMV1mYO8kz76uIrwWObeKvt8vDlSzsf5q7d6T
V2Xe09fSX1sZWvtYA0G8L12IZyFV6rvzT77nI1DfdZYdkVj/EMgbfvoi3yrp
orrL3foHUcNReQ2sa53/gdcxr0jPVG/IDKxMX/ABl/mDY3etHzK7a/3Q2V3r
h87uWj+EdtdXLLfPzNX6PuwzPQurEYnG1njhd615ugEV2/V+SvyeSy+eT/HZ9
uZBnHi35kMiuY10Ar4YzcP5H+N3xe7E76F9W9t5LHn2aLlur/iFqqx9uO5Or
SXh97LtZTcJpiOubE0Iz8euxpqQvucdXtnxtHg/VnZciY4yf15JqH2A5rass
eE495wOs0aic78daiSvRaXTFw3zxfqx4uBKtht/kLxLv57qFK9Fuf4vM2odA
4tg1BDyeL/gQaNkq8fu5EuBK9Gx9n79EvJ/v8/sqNe+SLhK87p/nGwnqBOL6
2DOIXdPcfArxFZ//zmdIK6dZwj05a3wlvmTJ37EcpzVok8hFv165COFyfL9y
PuFWa01as7aJ3FJtK8XxFyubiHIWvljZRKn5m5VtFHucrvZS2r3aKe2MdI67
SPFLdV136glhB37kdJ/WzA7pmc7qepNtrh7sKhd4sExhecKy9CAHeDBfLg/T

lJMcLFe2Xkh+kV6C6yHaRX04+WXaaH2UXqlX67V6fYwsxEuovZtqDyV2WKp9
k3IPJc72lns6deyeVzss5d5NnNitTiuXJzHjJG+5e1KecS73eqqdnTjVW6u7
9BcKXwBmtojs45R7QHWszZb7ROXuT3nuuNoPqiO8EXAooNwtin0fcmen2m/a
CjxOKJd7PeUuSbkT1FgNWAs4nKGZBDgQmANIix2l2G0ZPkUhvDNvBuzzWf2b
8J9zh8/wzo5Q8NdDbfpi/Vv6Ev3b7je70GVG6PgbvKa+UP+Gvkj/ToSKbW0A
9WwjER/fq62xpfX+FYZ4wWd5a8oZlnDY6V3imT5BTBezaB4wX/mLlL9U+Sss
8avJb1LXPfkcz2d3rxZbcaJ3S4wfplNt8BJ24XaeBcS+VrkWXtahqm20O3mu
vbVNyV3BnaujrUB+2YL0yF8uGYUxmDX1TaoT7r9SKSy1/s1wLZEGezlVnbTJ
J9pPgdOUS6U734l9clNEI9XjHLh51M8voTs3djPJrSLcErGWwuvhNhJuPFbL
iGhJO7OjOnkL7b0TLfct7F7uxJ6et2Afndh3/RZst9ODMCzjLWipc73o6QtR
X46MOZc7o14TxcL6zagvi8ufQ6/pO99RqheF/MqILsrw1vuyZ933GsdlH9+r
03rAecQQfEWlLOLkN1VGERxFV2UqLOMq6UrVkfyaQudwS+14Iq0xuvNqsJD7
OmahlM++Tcl0svZpQu7P4ZUYGs0Uwul7/jbKa+cLKdx7LfHqW8pt9lLJr6qeQ
evG7Sv2td5V6ybtK/e13lfo7fU7tQysqtqR++3SUA9V397xnI++F71Bymfob
7yr1oiso9wBLuWdftkVH0zG1V4RHzq9wqNucNfaMnujMlVeT1vI3lvucpm90
3si40LNrfJv4qPOqrzhxP1NCsATfciqje/Nw7zMcXx8USmuZkX5+uKUXQs9z
EedcdB6I9EjW/d746jmNOldvd9k3AX8swt/fq8WTvvprmg+vCa4ThtrxeS1z
CkJnJt4RyN2D1yYvbqVyXMZuffl7+krYukvwnDcBToNVyBYg59txJON4zCc1
28fD15dWqGtdJMHeSgjzqUtDwPfN+GrQ2TrGUduwfonMIxwX//5WWXdsR5sY
3wN2Xk/YCy09Yd/s7IZ1Ugv9n2uCobL947HuMvzjjZ4k+8d3e8L+/Q89Yvv1
oRREd35yjzowe8Kem9ET9q8b+5bThSU9yjmgJ+z5VT1h/9a9bkl/F5/uob63
9qi/yg9oK3h/MayZ3/Skg4ufeVftzSNyBX/LprdZ4JXN/9xEl0R9QtTxtdbF
6cqv1E5q7do5rUMXul336F49oGfq+foAhSnWB+vDyC/VyxVmNOHsehVhhtH1
WH2c1q430FW+dk4foE9ibvok4tCgT9Wn67OIcq4+n3gW033ZUoojSn2Fvhrh
wXqT3qxv0rcSpx16C/57KYd88pfqrXobwSr9CPhZIfJVUOYroeQv03aDfSkp
uBxXZTzVWxlROi7XcVUua4kuXxaZC3JUPJFKyqZKd4biuaRt+nn9IvlbDZ31
ynyg26UkPVMuNZxGguEzfHoLpeheIuQYHlvkmVnqy23yLht3l/I5kHy+or54
V4VWie9vybO01Ele8lQvPCtSX8Vbahm18B079QzJ8gU7dTYWnjnJJzryK3rq
yQDu7tWX8Nbx1+PUF+Pk0yZ8c06edaW+qIcTEuSdsnryhDMO5FMuA/MleSKY
fNYlnzbJ879IKv463XHE4smDemKE+ZU8h0ueDiafHn2I7bLU0mYFqPpilwPe
xi5bKTW3qSPU7rktt4CfFSJfBWW+Ekr+Mm032Ge7PKXKeKa3Mkbs8pQq14Be
7bJrWS5vl7J052GXLZTiIllkC9mlE3bZZrHLFtglW2XQCOptPdrlcatdyidb
8rmk9Xw8aSvSDpTthqKtW7ZQ9Wz3XLS9K/uus1g2LFU+IZXWabVL9U3GMb3Y
pbT1qbAb+ayu/e31UtqTfLIs7cnE9yXlCXjqFMFGi71OVbJRLsZ64PFE2MTz
P/nc1jYWGHxP07Qr67yW30T8oPzDzwyrAYe8ByX/sH4NMqyXgZHzUfjJxWr9
P/S1+g/15/UN+m/J6l/WX9EPJb4B7tmUIrvHf2Ek96WWXXDz42nsZ1lWET0m8
Mt0bxKYSTiMXftPVd8fvnaquMA27hsvw641n+XsgV9e05VfG11JLHeFzFnuk+
vgPP2OX5nrsx+neI8J14qeVsxivdIy3EejhpO5vQ6rmtNsFvousWaretsIw2
YI8A8v+4OEWx/Ocr6R9Xfyu3MxZerYrPEQuP8+KipouLzEFzak5xSjotAc5H
MRe1YFgvagTAbEzN3jDzU18CP2cZMWRPfzA6wsgeWs3D5DlS8txTnHlqTzaV
45U6ERZnlMoTSZWui/Hl8/AZhb3bIms2H84D25N/aYfSFUVmsYVRyalEu7v2
hq4J76I3lHWwWtXoavRFWxHeC1wrXXG9NFOoBTUja1T2glsJ26b+HB/mdiSG
l6zbrRYeXKunUO9M0cY1TOHz4NKm6ajXhC41Kt/O7o6O9eps2I5o/2id40fO
n3oGqZ4B5TORFgCd0vz9GbzffQY8n+nan+J8sb70p/zteq6/EoRL4CLvVazf
zlatsE5JKHPk/WCjsBasD2sXepUmkXjWvGPnsbS87EiJsvHGRlja386o9uS8
KLaPwVvfd9/H8GjJbWwv2teRSHvh1nieKGSPsEPavxbkP9og9yznue2g/Vi4
adlir1YY4cV8iEuUB+XXTHHnRRPxKiJXog0hDqcoNFwrk1w0X2T+Oihafjm/
VPM/y52jesMvZ5CYcaoZrWW+q97tyxmt5avhcran3vZj1ivPdFZ6H4pZ4wwR
nWVi5mrD3FTOHa9xrbSoemG7Zn3upbo5T+4iaUlZL9UL/YmuleiOiDM91krQ
wmsr+DCXCA/UShv3E8QrWyukmvEp3lQ/qlYSYu8q1J3ExqgGY/Q+3FIfh6La
VzXR2LVepaUafuharqnAXF7O8dVqjc3ROpOnWdvw/XkzeM1rohmzRtZxk6Vt
n5H2EbEOqfe9irJV1gzVTax9RHm10RVb2/koD9REK+yDuXFNlFB4CFsHjZSy
JiJjsNSI0pTHUhPbLPVRFq0t2X5VHexH615msS25Gkbe0+HuyTgb1a9s7/L8
cLXSBW+Y5Z2UqjOsmJHnnNvGR+sJ7+c1UY2+t/c3fldWX1zeA1fkovW6A7Mp
Oe6G63OHrE9xRNYGZjtcI6fIlujP/R7VRyHFB1VPaOV2PsyLKHaE20WUB1rR
EcI0Ea8iciXkguSGRPq9HdqoSL3qUS2ru1mPxZKkxVhnWGuiVqLX8Gop1e+V
iC6jiPWMe3nae8wqp7kWC6611Cvamer39kTtsstcTL5tvlz99jQXs/4jczE1

o7Q8P7xqeRVF5oAx8z5lM+3XOK/2qJVKbat3zfWCv4vQt3fIV2Yn/Kzk9FVx
YftpVquytmJ0b1b3HVGcxGzFf6+a5Ub/cn7ajL40yq3Fwmur6i1bLDyklbKd
NpGdylFQjoRnMEc5gjuWsP1kW2q0Jqp3VdPzoy1Y9lWE7wD9bsTyFxXG8FcU
VM86JmoDxG03uHW7O9C/+Y7vDj7Yf+vKMoGrOG2o0yts9029r15k3//k1Eli
/4NTH3hYnJnwQP1ULWnSfdMmU38ZEubIT43JFkNuq7grW1TfMbosW0y7cwzB
xUJcuiTcwibiRIooEB8lC7hFfE7cQ1bwCOI8wk7xfrKcYnEzWeGnad5eJ+4X
k1Wsg1yquE7cKAaLj4sycau4l+5SvqhinSJeBGjEKREfE8PEZ0j3X48QDvGoC
sS6RINLE9eImunP4BNXdbeI+0SAexYo9KZegkZHX4Q8Qw8VocQfN2ieIqZZ4
TSSJdJEjbhCfFJ8XVeIu8ZB4LBJviH5U9geJRq+oKqf7y6oxt2bzacllq1Ob
yRC51DOMoLq/U4wVE8U0JZkhkukuOE98RHxKfBcTuPI3eJh8biKNalPyqI+
ZiDNccrFGPEFUSsmiUbxxP0lj92v7wU8CHgU8BTgufvvmzRN72RomIBxgEmA
/vvvf2SKEQLsDzgIcARgBWANYB3gRMAVgE2AG8dPeuhBYxvgLsC9gAcADwMe
BzwNeA6w6GpA8aNn/zFR0wvYAAwEzAfcEDDQ5PvM4sBBwMOAywFLG+Yet/9
5mjAGsB6wEmAjQ9NfmiaORvwacAFgIsBlz302BcnmSsB1wCuA9wAuJlEu8/c
BrgHsA3wBOC5SZMff8SmAzoBEwB9gMFJX7x/ki0bsBCwCLAEcAjg8EceGP+Q
rQxwFGAlYDVgLbGZGZqaqsHnAA4GXAa4Iwvci6zAecBLgJcBrhqCsMmwvGbAtYBb
AXdMvX/SNFsL4F7AVsA2wCNTqXi244CnAM8Ange8yNCuP/bI/VPsTkAvYAiw
ELD4sceKb7QPBRwBOBKwAnAMF8BeAzgOcALgFFEB+y8e7dtJF6ApCGvUEvUOT
/k6y+bh3ENZEGTAc0hFOJev7KPVJN1LfchP1WjdT//Mx6kduoT7q49TXfIJ6
jE+SZX+KbPTT3VIbKmwN6dQD+vvkF1J/F/X5i6ndsdHYGy4LPZeBvBsth3qo
voc0rDbqHbovA23UW3qp3/OhIO/0ir9leznoAJTvdhIBbYCyHtIA4y8Lcy8D
deqzC/rgh99q9QZTLwuTLgs/ghrJoPEj6wpCvC6ud6jTaHP92/p30WxtF91d
HRfnNJPudvK1Qdpsbbm2SdulHdCOa+d0U/fp+fogvUyv0rfrbfpZQze8Rq5R
YpQaY4x6Y6oxx1hsrDY2GjuNVuO0cdbUTa+Za5aYpeYYYc7atybbFttvWZjtp
u2B32gP2/vYh9nJ7jX2C2fbpjsmOWY6jyz1jnJOdN5xiVcSa5sV7FrhKuS5sT
XLNdi1yrXBtcO1z7XUddZ+JEXFJcdqlyxcGhcRqdsE665qn3wNdlrnB57ndhg
uaaESWf521rR+KR2yzXF9ztKy1rL9Yku8ccR76C2GyINfIE/MgwrNUmWfkek
77Urf6jypyh/pfLbpJ/sA2+d+iuvwpQrf3K3mKXK3x4rX/X/KRLtfHY69Tq2Ov
07bEXocyLdekj9CIWP1kLIyNz1jXJb4lNj7Tj/g46uFzyX5LqG8tpfnTGJor
1csSZDZIP0tpKatI+Uelnx1Ufqft0cyZIP1elzz0m/bz9XXWUr/SdXwGZrDGGV
yp8WW/r8xbGtI39Dl+v1sdcFSV2u62Kvr6vom0i9r9/9rq9r/ZL6QQMMByTfIN8WHd
L34X12YP10O6D0e+g2tL7Xe7noVrk8YOvv9qLz6Wao/xdyr8/tqRtkW8mgMbec
5tM1NNOfQDP96WK2mCcWiWiFd3d3BbBBb6A5zt9hPd5FHxUm6Y7xAGaTq1JC2g
ZSt+5xQ/lU+RqoWiddL/iLLPj6yQ/sBhyl8t/Y/GKX+I8puVf1D6x5SOVr+z3
RlP53cofJ/0SNU6VaVbqbovqDm6qUrn/K7SZV//OGjl5f5+zTOlPhZ7ZwO0t0v9Y
TWwtfOxrMrNY/drrL9YXXY6yhLtcjLdfE/5bzsfFDy7pcV8Vef666633Vn7PWt
U7pcL43diesAzb+G0z3caLpXqqQO7uMl0PzRLPC0WqqViaVgrmsVmsVms120
iH3ioDgiToh2Ke2tk5TfIv2KauWflP5tSou3qVoc7Vf+bOWnsbfN7n7PpePX/crn
lbYrfcpXraRyvPJ3S3v921epU/xuV//3WmFLlr1G+au13qd13hjR7yd+xPlZL
d+zBtY9mqxX3Ti+SySfp/g4S0/Q9p8GZ/tWQt3bda5dqS0U+ttqpt4JZ+q15n6PN
p0ZpuUaV4i5lQ3cpGxoBuUv4O5SSSSSbvLtC+Xtisvbubp3Q3yhbU3QW9+UraD78Vox
x1xeLkkF6nN+iT9UZ29lv6vkkbfoq/Q1+j/8jrsXpYup75UbUm9qPY1+E3mcuPuV1UG
xaCXa1bn5Lpw++LkO9mbj2a02OYXyRHmc3y0q0/V/wewhNb9bYdd4CLvQXZ9
z3sE3kHdt8HTAH4pdJP30nUfF2q0buPv1TL1QHdjvPs44vK/pSLdlr+Fjv7fvH
LPdcfq06O+pvLdT5nadlSoMUukL2WtY5xTk05v0TBLcluCrfUqzQ6YA9IVsZf1
jF/75KwY9tU/6brY/m6/oXm9y//vF9ke4wfiHvVIvVoJ3w88yqJ0oF2Eag75f6ovx9
eL6jytdPUHc3Tg1V9qduPm+5WCJeNkQp1rHKs9OXT7fFGXrbkbl/ArrtXqpobpp
yQgY2UZ/o5hSXjXMRMw2P4jJCRbwgutfQZQmm2Pov12jeTHOmGBBMyMaYbs42njY XG
UmOlsdZYbz3wythm7yHM0iZCnOug6mo1vpfn4bmO/0WYcNU4uA4eZ4zEZqdpNxNM
v5lp5ptyF5iBzmFlmVtAcfaxZb050bBYG6erHj+E3+zYAv95xs8/gb3ZBsJ/H
FPo5/Bd7ytsFvdvwC/vOO7fA3OH4pdPJ30Ub8vA/8e8OnfbbShS/Cf96xcC/4G
x0tE3exooavnifpX8H/s2A/2/2/f/2/77774CLYufenpbZXXZmgdVgVEroIioKIC
LoiKDTuKFRU7FjqIFBF7A1Rs2BGww70i9q7YETsqdlRsqNh7/5KzI+C9Xu99
79X39f/Bb58z80xJTnImJ8l8MEpEPBrFPZrBkg0xRH8dlrFcfwHo++zjNYoTIFMV

J0GuVZwCmaY4jc9OU2RB/Fcrzsj6nZX1Oyfrly3rdx6fvVpxQdbyoqzdJVm7
y7J2V2S9rsp65ch6XZP1ui7rdQP0ypX1uinrdUvW67as1x1Zr7ugV56s1z1Z
r/uyXg9kvfJlvR6CXo9kvR7Lej2R9Xoq6/VM1us56PVC1uulnHuvZP1ey/q9
kfV7C7n3TtbyvazlB1m7j7J2n2S9Puv1UlJ6vZS0Xi8lo9dLyRK9lJxeLyXS
66Xk9XopFXq9lEq9XkoV0UtpoNdLqdbrpRT0eilFvV5KSa+XUkP0Umr1eimL
6fVSGur1Uhrp9VIa6/VSFid6KU30eilL6PVSmupzT/mbXj9lSb1+yllk95Rm
ei2V5rKWpWUty8jalYP4WsjalZW1s5S1s5K1s5a1Ky/rVUHWy0bWq6KsVyVZ
r8qgl62sl52sl72sVxVZL52slwPo5SjrVVXWy0nWq5qsV3VZrxqgl7OsV01Z
r1qyXrXl3Ksj61cXcs9F1q+erF99Wb8Gev0oGvq+TSgbitR/WNqeKclYYQ/h
imv0XbEvD8X1+RgqDp81GpfKSdRCajWuv6RTmdRZXKvLo57hI7lUPvUKOxYD
2pguTdvgcroO7Uq7C1nYTzRStuWmC2fkrRnCWdhqh7lz8tYMIRtvNYHzzstb
M4QLsEXOuyhvzRAuFdzvcsH9rhTc72rB/XIK7net4H7XC+53o+B+9/FWU2Uj
zD2Qt2YI+bDVBHMP5a0ZQm5BuDcLwr1VEO7tgnDvFIR7tyDcvIJw7xWE+6gg
3McF4T4pCPfpl3BJrUfYAx6b1NLMcG3LFr65qgNvIVriFpcnbnGFUmRO9qdk
jg5UE9XGecfg3CPfVLSEL1rbUWRm264UmQ2GtHR6YR/rDddFwtwYkXh/QMF8
BwwgTU1mDWH8YWeKQTXZprDdlWyL3THWYt2A6QRHm8N2FzjqWXD0BdzhqdgR
M7XhnJdwn2diNzizEzmH3B+f04UcJffXH2XekPswr0hYzHNyB+Y1jhm2VH4s
H8t8JpbKUqwBC7VkEZH6DJPPPNSfo/ms+aSFHkaWUy/VflSRoTZQz6GgluMK
4z7ekjf9cA8DPpYfS4nkLnxLw+b6UZgw6tn4b15ROOqLzAJAVsQgrQaTf3D1
340pUqeoF6oXSwOluxBf578Z36LXfR3rWrCOxN+J9Z/dg4NVHOrAt36m//gu
X6dA0z+9nlYvovRr7TgV0fzPzi86Lo+WBhUZ2f7lymZ/HpIW/Yfn83pLZO/x
5ix5jlm+DG/Bl6UYeh+Vw96HeqIta49rhtXZGHY0rguOYyfg+uBUNh7XCWfj
WuFCXC9ciWuGqWwarg1uxvXB3bhGeIjNZE+wWWw2e4nNYXPZO/he+ewjXD98
hmw0H1BdVA81QI1QE9QUuaEWqA1qjzqhbqgn8kEBKBiFoX5oIBqKRqqJoNAqN
QWPReDQRTUJT0DQ0A81EiWgWmoPmoQUoBS1BK9AatA5tQlvQdrQTpaMDKAMd
Q6dQFjqLzqMr6Dq6hfJQPnqCXqA36ANP8Ryv5AVeyxvyxrwpX5I vzVvx5fgK
fEW+Mm/HV+Ed+Kp8Nb4mX5uvzfgG/HdeS/ej++nXq/eqN4sMAIvGAiSYCiY
CCWF0oKlUF6wESoJtoJOcBKchTpCfaGoG0oxoKbgLHkJnwVPoJfgKgUJvoY80
UholjZUmSpOkadIMaaY0S5onpUiLpCXSMmmmFtEZaJ22SDktHpZPSGem8dFmz
WLNcs1qTptmo2arZqUnXHNBkaDl1x7RKrajVaI20JbS/aXtpfQ3NDC0MrQ1t
DCsZ2hs6Glb7HeZmD6/pl2ApsZdaOdWCrsdHsKHYM05Ydz05ip7Az2JnsLHy
m8IuYVewq9g17Fp2HbuJ3cbuyeqvueyB9kj7HH2NHuOvcheZW++wt9l77AP2IfuY
fYpskC2qg1xQfdQQNUauqBlqjlqjdqgj6op6IG/kj3qjUBSBBqAhaAQKQjFo
NIpF49AEFIcmo6loOopHCSgJzlZzU02l+J8l+Q0+tjej5GSkMb0WacfzvQfrQrQfHUZH
0Ul0Gp3GBuxaccXXUM30V30AD1Gz9Fr9B9B595llewat5DV+MN+JL8L/s5vv88182X2
5234Srwtb8/reEfeiXfma/EufH2+1e/J9+9+Qj1OvUG9RaBFpcCgEkShmFFFc
+E0wF8okoYQKKQkWhslBFFqqCrUEGoG6E/xYRGQIOhhdBGaG790EroJPQUfIlUAIEeKl
EVKMFCtNkOKkqdJJ0KV5KkuZKkydJCabG90V10urZbSpI3SlSlOifISdnSJc0i
zTLNKks1azQbNFs00ZR0fs1hzRHNUa1CK2glraHWRGguqan1MSxlWMbbQyrCC
YUVDO0MHw2r4CazXxtcaKxYTcatMxzqxL9g4djqbxM5lk9hnF7HLcDtuKW2LpuC2W
wR7Dra+zuP11BbfAbuE2WD6bjyqyL1BFVJmdiFqhtqgD6oK6Iy/kh4JQOCoqL
+qPBaDhahJahVWgt2oBFthuqjHajfegQykQn2LNYZqNLKAflojvoPnqEnqFX
6B36xDM8zxvwEpuHWvEmrCVvxvfhqNx12bJ8T96HD1BvFThBKQiCVjAWTAUz
wUKwFuwFR6G6UEtwERoKrkzobXQTugodBV6CN6CvxAqRUtjpPHSFClRmiMt
AFw/rZU2SFukI9Jxb6bR0TrooXdXslr1azUpGrWazrmt2a/ZpmkNtMW00xbXe
Wn/D0oaWhuUNbQ/11hk6GpG91Nti93urHY1svtPS/svAv9v09m/4xFlsG2yex
TrDMb9yrk963xiyXGyTb4t+0PWx6xu0KbK7S4OtQctixbka3CVmWfsxPaWwi
O4ddwC5il7Eb2C3s3DnyPPpNxR9iR7hj3PXmavsTfZ2zuidHmCLe44rhkN2uJbI
HXmgzsgT9UK+KBD1Re1QE2B1mg7Z99lewt6O5ct6sPSgmS2oX3Sk8noPoDrO9sHy
HLqIrqd1Ba6hx6ip+gleos+8jSPeBUvsndRS744trhRNSfdBfR68NHvyN
bqg3CaygENSCRjASSgilhDKClWAnOAjVhJpcPXaGGB0ERwE10JbYUOQhehu+Al
+AkhUpQ0WhonTZYSpNnSfMCVUqq0XtosZUjJHpFPSWemCdEWzRLNCs0az8rnNJ
s02z57NXxc1Cr0mqlx1ovrZ+huVFZzw3KGIQ2rGFYt7/jFFrfbs7/NZvDpeEvXXVU
ScpA81TzTF9j1jzXvODLsPc1b3GaGgC6r7+jjFMrl72PNoiyPt0bbcsOuOW
Q0RuEYyhRuA2QSw1AbHzplMHJ1G/x8hoQt8zr6iEsGgpdZCdJakTt4A57w/znt
lAFujxS2LKLwXtH4SoMiM6kU0th3rStlH4mmO/KGh3x7Sfir60/BvPf6RHvHN
+EfOIT3FpBd4N/uSYnBNCbcCcG3pLcZx7HuMk/lxuC1Rlx+EsR4/BGMDfhjG

RtJWisE1ge0YZ7Cv4No3cO07uPYDXDserh0M1w6Fa4fDtdvg2h3kWn4EnDkS
MAowGjAGcBTgaMAxBIVngM8JavIA7xGUe13Jd/w0OwnnDk8Zqo9RCNcZcIqy
9wu3+TLfOlfLFp5buA3n6tvvZFZV0uKZhEuQa/ClmxnFwHd0ZFXO6vj+XEFI
nP5awxZ46zrhvmxhCxmJ74EZvYT7SzCfjgVlDbVfDoewRg7DBL6ttZbr4KQN
Uh/HjSuIpRyO+jjeeo5rt1cNWxaE2PJLiJKXPkS9xCGSPmmOmktNpRZSCXJ9
G9e99S1c1hC3KpVsU7YFpUJVkRMllWfc5tXyTfgWlDHfmm9PleI78p2osnwX
vhtlpV6uTqPKq9+pP1NVxI64PVlN2isdpOpKOVIO1VBzXJNFNdJc1Nyl3LS0
lqY6a0tqS1JdtAHaAKqrYR1DN6ob5MJiwJWANwFvyfG0hL4TM7lN4PbdsxVY
q4U4Ledi+14ONq//UpzWty7+pxouAMwBvEZapqRUgL0PctwtQU9LeY07vb7N
5dj/nTtoYIzdamwrd/CPfHV8ncrCW5dgjkkyLlj3i6QGg1tlTyDmGwB3AB4F
vA6Y+5V+DwFfQJv0mKxrfaqlvKqnLfTG+ONylcz/Xwt6ZfSp16Ig9f59iMZU
JnUF25UT9QH/TuHtV1Qe3npC7aay5a0DmCX3qfXLpXP0n+h+7T9KAXfsfepQ
1bG/qU51xNvDsCeqjj1ZY+yX9FvNwT/pU7/lN1L/R8TDCL6av4Bz/wn+bYTx
oOnwBX3h3n2KfEPk/Ms8/ZMAYXYzdhFgKuDGItrnyiUZwTvf0Lo+tusesPql
E7awzjh9XWF21MK9cKqHnPatipQb/z5sva80lvt20glqNPIRrRxia/mYnjWh
WJhN3xKOtcHIyb1RX/dF6b/G068IZQ1zvf352WQNCRWpZ2neal5qXmlea95o
3mne47NVpJbFB+Eanzuu83ngmhu82RZtIBVIT60vVUUyk8yl0llZyUIqK1lK
VpK1VE4qL1WQbKSKUiWpsmQr2Un2UhVJzlIjlJVyUmqJIWXakjOUk2pllRb
qiPVIVykelJ9qYHUUGokNZaaSK5SU6mZZCY1T1hz5iW6YLjuY4ZhwuwRmqGVVW
/CgxkkYykoyl4pKJVEL6TTIV34sfxE/iZ4mSaImVOAIJvKSQlJJKMpDUkiCJ
kiRppWKSoVRSKkkX6wOjKtB1OqKf0a7z9ltGQGXRoJRUt9RSHiEPFYeJwcYQ4
UowSo8UYcZQ4WhwjxopxjXHieHGCOFGMEyeJk8Up4lRxmjhdnCEuEJPFFHGR
uFJcK24Q48VEcY44X0wVZ4rPxXniYnGuuERcKC4Tl4srxKXianGNuEpcJ64X
08QEMVd8Lc4SN4pJ4n7xuHhD3CpuEzeLW8Sd4i5xr7hPPC2eEc+K58Tz4mXx
ipgjXhNviXfEB2K++FJ8J2Z4QN4nbxR3ibnGPmC4eEA+JB8XDYoZ4RMwUuJ4rH
xJPiKTFLzBYviBfFS+JV8bp4V8wTT74n3xYfiI/GZ+EZ8K74Tn4iPxafiC/Gm
SGrM0ZQK2005+DbYhqqI/V1l7Afs/vJbZm/KB1uFH/YbAbjEmkpNw55zDa4z
rAUvepjKoI7gEv8oLmmOUyeok7jEP43LljPUWexVc3FZc5e6Rz3APuAN9ZZ6
T32kGZqjeVpJq2g1LdIauhhtRBenS9C/0aVoc7oMXZa2osvRFeiK9AQ6gU6i
Z9Nz6f10Mr2QXkwvpZfTK+nVdVCqdRq+nN9Kb6W30DnoXvYfeS++ngfnD9l
Ufo4fZI+TZ+mX0Nq07FZ+hs+kL9IX6nn4Yr3/50Nt3V3Y2ystu/xzHiw
7+aUJbZlYsnEZgusHFv3R7Bt5nfWTWy7iGXrnwazAzAbF0fZ0V0TKrE2NE8Uxx
pjJuQcUxcRTpz8Wtm39o53OxXc/D1j5ftveF2LaXYLteCpa9Elv2Kmzba7Hl
r8O2v4R4/C7PhaSDPQczvbF1v6btkW///vWzpZkyAGW3pjqqgku55vissUNp38L
8iUJLnnbYM/cFnuH9pQH1QF75k7YH3ShumLf40l1p4KwjwjG9aQQ7KPDsI/o
i1uf/XALsj8ZX0MNogbjtuRQ7MuH4/boSNyqjKbG43g43cm4vbqPOUTeom9Rt
XL+5T+VTr6l3uPbzifpMzSiFQBLdASdnuGtDFtQpvSJJWkzujRtQOVvS5inR5
2oauRE+kE+lZ9Bx62rATqqEX8UvoZfQK8hlWhvShw7Lr6M30voLfR2eie9m06n
99EH6EN9Bp1JH6NP09fkofoS6+mc+jrdC59c59EU9Yu3TrBy8bY3mx8h66PcyWK
+C7DnXgL7CcnNwFswr1A78T0kdkpB5wPi85FzlO/EOrr/efbSD7Yi8kyL//+RXs
9xb7FXXxVBG1GivSbcFIvfLTFV7wbrsVrsZeywCURqcPXEgfgOLpRLcWBINuI
g0G2Esn8N27UHniHmI6xjYhb2OC1efLe7qtYrfgqFjzMn1YklllLDr84viA2s
vMYx2IMyq7/Js8w9fETvgxtTX2YSbkv95/PB0zBWXXn+n6vAep2TBvf5qLvWi
15aEay1+dy05jrFg1uPvn+VN6dfWIuvLkO/j9Ksjk3e0P2KO2v98NZHVECsv
ipXn5yXfH1H5K5wHv8UvHqAcuYEH/q/0Pj9c/XFSuMn3624V7QV0G+rgz85WJY
OJ90STluTDy/mAGTUnBPe3xPbK8r4HJpXTMLXz/2nwkH0nVg1DqQygNIJSG
EErzgvsTeyZ2TL6P9v7B2v/IeOqfNjKTKTfDMff2j4/ml9PqSKqbwFPWG+o/p
Tw9PP882+aaT9NSV//iqnCSYVns8sKRLLkvBVHkj3j2gd7Xv+fFM9vvh66Pg8yWK
hfWVTP8Q5z+Lzb/2Zc9v1fUzU/JWrF9Og+9x57/LzoEh65dfL9/b8ZJ/LwN
lpn8h9B0/0Gq//VSd+5ipQNC+WS8Uf7uh+ZA+RpSSu5+FJdkVTTN54Hxdx/JIH
/dct+8X+l/ZBEI/MqrLrIgdzf8H8Xm4VVhP+LI2JhbV/y3kyerk/7M
u+vX5C0CCg/ZEN0/z7Ydhee/eeYaeb7Oz/TVY/QUTVp/tqXZ4XAy/m/vwMVn8N
ZSEpE0N/yXhykNf+/ydSk/Tm/8qpidu/H2F/1JhxW0TUu6SHg8P8UcbuuOu0OK9/
BG9xS0K9jdW3bboHVX6FFV74N51ffYDHiD43Wu0+GeMryFtaHKVXhh7QyOIxwGv
/rv39wUnUTjowZTKzYoKZ1+1/1j+pbboO3aHyqVB6/Q+TzEEtl/9J9ocm6mV5Kr
HBvannaia9H1aVe6Jd2O7kz7zkdM4SH/aO1JqdZ9+p9Pq9X+6w0m6mwm6V5Kr2YmwVp8
kzHi+GIkcWZISx4bjs1jxcH16aGGaRNCjoJJiIc4W0iGaRNCDt

ImYOzl+Gm0nW2uT74/xllK6qLhSDc7krzFHaDWM3lSdGT1V3jN1VPTD2UPXE
2FPVC2MvnFOMygu3zcl8Uz4YfVS4HqDyVflh9FP5Y/RXBWAMIPOQklmhMAap
cM2e9BdgDFb1wdhHFYIxRBWKMVQVhjGMzEarClf1xdhXFYExQtUPYz9VJMZI
Ms+wqr9qAMYB2CYZ1UBsJ4x+XivouWDUr7FNMtgyH2OE+adgTdIvo7b09ZT2
JCfBr/4Yyy+00zT4+kBQv8KpGkeQuUfRtCEVi/N2BB2Lczbhq5FXJ+hsOoe+
881xVi6MK9Oa6fjVqKrJOFfnM0uZVGYzs5s5xJxgspkc5g7ziHnFfGJ5VmJN
2NJsedaerc66sK5sa7Yj24P1Z0PZAeyIIiOoUtnN7G72EHuCzWZz2Dvso6/G
S5Xn7LnqnAvnyrXmOnI9OH8ulBvAjeBiuclcAjefW8qlcpu53dwh7gSXzeVw
d7hH3CvuE+KRhExQaVQe2aPqyAW5otaoI+qB/FEoGoBGoFg0GSUgUj5oi6Y7
lBUSlBW2UFZUg5xwh5xoC+VGO8iP9pAfHlCG9IMyJBLyZhjkzXDImxE4b55Q
IymW02Ed6mBZi6vPuWLZmGvOuWPZmvPgumLZGWvmi6U3F8iFYtmHi+Bwqw5r
OoyLwTIK6xuH5QRuKpeAZTw3m0vGcj63mFuJ5XKcChuxXM9t5XZjuZPbx2Vg
eYg7xmVheQqnzRUsL3HXuTtY3uLuc9gWcVq94N5h+QanGEexiEFKJGEpIENk
iqUJMkOWWFrgdLTFshLSoepYOqFaqD6WLqgxao5lM5y6Hli2Q51RDyw9kTcK
xNIf9UG4norCcZoPw3IIikKxWI5GE9BULCejeDQbyyQ0Hy3GciFajlKxXI3W
o61YbkY7ES4JUTo6hl5hmYlOoWwsz6JL6DqWOegWuo9lHnqEcO0UPUNv0Ccs
P/AMr6RYnucF3hBLLW/Cm2FZkrfgy2NpzVficWubtydff2HpzLvwjbFsyDfj
W2PZkm/Hd8ayI+/Je2PZi/fn+2DZmw/nB2AZyQ/ho7AcwY/mJ2A5jp/Mx2M5
nU/i52M5l1/IL8dyKb+aX49lGr+Z34nldj6dP4T1aT6TP4XlCf4sfwnLC3wO
fwvLXD6Pf4RlPv+Mf4PlK/6DgozoohS8gozGMlBoFWQklbGipIKMfiqtsFaQ
0Us2CnsFGXnkqHBWkFFDdRQNFc2wdFW0VLTD0l3RUeGJZVdFL4U/lr6K3opw
LEMVkYohWA5SjFCMxjJGMU4xGcs4xXRFEpYJirmKhVgmK5YqVmO5UpEGoxU3
KrbDOMPdigMwQjBDcQJG92UpLsC4vCuKXBhTd0eRD6PhnihewUi2d0qKjEFT
ckoDMn5MKSmNycgvpamyNBmtpbRU2pDxVkpbpSMZK6Wsrqyjb1hllffzMtcSy
udJd2RFLD2VXZS8seyh9lb2xDFSGKiOxjFAOUo7AcpgyRjkOy1hlnHI6llOV
Ccq5WM5WJiuXYrlYuVKZhmWqcqNyO5ZblbuV2MMq9ykzlCewPKbMUl7AMlt5
RZmL5XXlIHWU+lveVT5SvsHyhfKeisPyk4lQGFKtSqiSVMZaGKlNVaSzNVJYq
GyzLq2xVJjqQVNVV+PlX1VLVV5EVpRurmqvw869qrfLAno5VdcY+DT//2IMF
qkKJn1XGgbe9B5hHfC5mJgMzGZgpwEwBZgowU4GZCsxUYKYBM2B2Y6
MNOBmQHMDGBmABMPTDww8cDMBGYmMDOBSQAmAZgEYBKBSQQmEZgkYJKASQJm
FjCzgJkFzBxg5gAzB5hkYJKBSQYmBZgUYFKAWQjMQmAWAr MImEXALAJmMTCL
gVkMzBJglgCzBJilwCwFZikwy4BZBswyYJYDsxyY5cCsAGYFMCuAWQnMSmBW
ArMKmFxArAJmNTCrgVkNzBpg1gCzBphUYFKBSQVmLTBrgVkLTBowacCkAbMO
mHXArANmPTDrgVkPzAZgNgCzAZiNwm4DZBMwmYYDYDsxmZxzBsAWYL
MFuA2QrMVmC2ArMNmG3AbANmOzDbgdkOzA5gdgCzA5idwOwEZicwu4DZBcwu
YPYBsw+YfcDsB2Y/MPuBOQDMAWAOAHMQMQmpIPAHATmEDCHgDkEzGFgDgGjGM
YDKAyQDmCDBHgDkCTCYwmcBkApNxAncmOPAHAfmBDAngDkBzElgTgFzpEhTwJwC
5hQwp4E5DcxpYPoMgPAnYLImC5gywJwvb4E5C8xYZ4M4bcw6Yc8BkkA5MNTDYYw
54E5D8x5YC4AcwGYYC8BcBOYiMBeBuQTMJWAuAXMZmMvAXAbmCjCjyLkLcKzFVg
rgJzFZgcYTHKAyQHmHGjbQDXgLkGzGYNGzZHHzgbmNwNwNwAwNwAFgT+GDgD
E5hbwNwC5hYwt4G5C5i6wTYYO4DcBeYtYO4CcwOYMPdAsfbyLzEkcjPOSgPAfNI+0UZR5C5
B5iH64mEGQgMwMTx3o3cQRZZO4B5pGdfjjKdcYIBMPB/kdsFrsQ5hGQ7+5PDsw3AC
BMTGdE9ugpTHZjuwPPdPwFQwQv8xffnQXdCqfBPyL0PYTRkCpTpZMbj8xmCN
iZkBwAwABuxHBfdYDmEfWJ8XtOfVhdfYbPGd9g9wbBrAoAPJACY8Ff5Bg6E3A
mCBggoDpDUxvYHoDsxwMMMBDrwPQBpg8swfYfYrfAJASYEmBBBgQoELBJ5YyUmDBgwoAJ
AyYcmHBgwoeHpC0xfYPoCewCEwMFBMBhEbwFpUYFpFpUYQFpEwoAJ
iZkBwAwABuxHBfdyYJ8XtGGG/J8WBOhAPUUNKqoaOFZFNDSauGkhYTwTw0lrRpK
WsA8NZS0aihpAfPUUNKqoaQFzC/FPVFpBmY3MLuB2PMHmHmD2AJMOTDoww6c8B8B+Y5
MM+BeQnMS2BeAnMAmMfAfAMmbOPaMMmiHEHmAeW6wUoMaeWWX5O0EMw+AeQBMFpUYPfY
h8A8BOYYRMI+AeQTMY2AeA/MMmCdfAPAAGGJ3m3IISepUlLcqFfaki5Us2p71lQ7
qiPVlepBeVP+lH6VUSr9V9tbcSU1U1GFrQ4xVKTuMuzKz3jwtP4rdFzWxJm
YTQ++eqBzF1FZpUj/eUt/33vCQ6fwbGAngWKzFFu4rArH8suJ94ZiPqZVQ8l1UTN
pZKhLyiVWg+zFJjEUj1u3S53FLdzmugShwuz2vEpg9XGcqmQ24DqDB7fjtVDFK
/9aTvE9k8I98OzIIVtsbQY9Gx8gvFv/lifD/kO4g4fIG0y9C6T6LcC076H+fi
I6Q3ioYfWREat4jighwrXE/BvN3jIJPCKSSVAezwF/mAR5Pgc8YTRLk9hzwgUmQ
z3PA+yWBx0sCL5cEni0Jv8FkSeLAkKKMvngO9KAn+VBDq4QfCfXsEviiJPA/SVDG
zwHPkwTeJgk8TBJ4lSHpa4jcPMxzzI4I4X4Gsaw5Fw9yHtyhtPwzDbyBUw

szVwUIuYBzWH+VBbmAc1hPlf9dCQdysc+CaYYfDVQurLWxbyjVFXeZVi0kvk
Qf2ot+kMsxqniz6EqbB2lhm8yykahpKZRXpEoOeDhp4PBvo8WFUXXDpx0M9h
Cf0cVtDvZP2D4zUdpyl5I6R/Z/MrxSwe5wcnr0Dj8YvFjazqw1C28jtoD/KV
mlxykTJLTX39XrHolYEUbqtS9ri8M/3utf9Ex2+F15uqhFNRh/99C+z754ZI
RnIgnELk319+b/mzw9Sv3G/5lZV8OYPsHZfPc5efws7/2p6+dfd2Bc9S159y
f48iT4TnTwnBUk6fSr9LyaIpTvZu/ofnZ8nnd5ZTqJ38Jt3jh9lB0Vj93FCy
CnzGl9zwkL/m+jna/OxwvujjifMRyaM9Osrv1n+ORj8/pKy/Vy7AG1JynjeO
E/naondBafUjvy75Y3h/Fa/+/+V49Ze/NrHEWDhKswOcCeOOGBh3xJDxxuRd
aNGa1Ur9uy/oJZoEPUMz4W728PQ1xlv+sq/rSH17HWmaUsnfKRd8pQy17u9/
bUxqcBpmIbNIXgNvE7OF2cqcZE7J6+Bdw7VLvVakXUBm7Gktx+Kfh6dgVjJr
cQ1+H7OfycZ1W72eMbKevX6Cnn+lIYnZSVnPrrKezf6Fnr/XsPD+/3s9l/zQ
/Fzyy+Zn1k/Oz6xfRM8VPzQ/V/yy+XnuJ+fnuV9Ez7SfrGfaL6LnpZ+s56Vf
RM+lP/T5XPrLPp9p9u9/+6u9vDHU+V7lu1Yn6J+OzJHxF/HdC189BQr47J2Om
OW4mrhU2xTVC+ktfGUVDn4UJORt6aF01j2GLJpIqHMmdSg3D/5kQ187Uf+PL
nX+SHt9bj7lwpNn/L/p4U4Wj8odQc6EH+L+nzV+lNWkZHPiFY+j9y8dQn4b7
fvk03PfLp+H+Xz4z+Nbi8yYwloqCGYb/ezGkmSmAs74b2/9tDCf/8jGc+jdi+NWb
q2L1izUArE+sxRqQf3yM+Oxzao1GUpP+lKKrSlhTGilACpSCpN5SsNRHCpFC
pTApXOorRUj9pEipP/VnM+viK6lasOormUWpc5E3l4XzV39z9l9pkBQAGAgY
BNgbMBiwD2AIYChgGGA4YF/ACMB+gJGA/f9NnLQ88xbwHeB7wA+AHwE/AX4m
yFKANCADaACoBhQI8rGAY6mi88eR+cc4aSfFsYvZWzAnWeGxBdDDZSLtoRRs
DsWyC9gP7DX2/tf7v5uPbge2SSWuhTWTdlEa9jr7hGLJLDzsUbz9gr2Ptx6y
G/B2rny8+n9ynMz+9uX4N0J1pDyl3ZTxn4QaTeJe5P76M6v/szPlmESD/t+O
0zRI2XTKiN2Ij+ivJbPypbKLcErfKbL34usr8TVIStdoNFpNMY2h/kmRBkgD
pcEaI6ro3EJ/nD2Bh7q2fi4BXn83/SgTNVmNTT+jkv65JLXhL/2gJGQD+JIt
Ab5eS6C+HgFC3iDDFwQUWQdG+FNr/u463Mws9QUy6gKwB6APYG/AYMA/+gCGA
oYB9CeI7XIARDyS2+lkom+FWmQfMWO8P3xEMgm8HJsCcCd9vLTDMJDV5gx8P
OIsgjtV5iNV5iNV5iNV5iNV5iNV5iNV5iNV5iNV5gjEPfxjPQq+n
t9K76QN0Jn2Kzqav0LmwyswL+h1+SHIJYAwZU6Y0Y81UYnSw1kxDphnTmvFg
ujK9GH+mDxPBDGJGMKOZCbg2ncDMxeXtciYV1phJZw4xx3+3CJe4HJYW4x95kn
zCvmA6w0I7HGbEnWgi3P2rKOrDPrwjZmm7PubEfWk/VmA9JQNpIdAivM6Gc3
no+f/ZVsGruZ3Qmrypxgz7KXsD3fYfPZZ+wb9hPHcQacljPhzDhLzoaz55z0
owxgfRkYYV8D15sL1Iwm4cdxkLv6/4ou+5ORkwCmAUwGnAU4U4HnFEkt2cCJgAm
AiYVWgEzBzAZMAVwIeAiwMWAXAXAxAi64AnAl4CrA1YBrAFMB21wKmAad
XA+4AXAJ/cbAzXYbbAlcCbgPfwDwEgBgwwA/AIYCbg
ccATgCcBTwGeBswCPCPAN4FvACgBcBLwBrwCUBwA/Aa4HXAHAA4C5
gDcBbwHeBrwDeJcjgB/nF9wcccSFDpWuR57QrYtDAALTsHuR57gnYYC7S5GYQP3z
7QvoB+gPGAAYCY+P0yIAwwHBDDKKA1UEYD/ASEACIuWoAIMQf2zVByE015KYa
clMNuamG3FTvBtwDmA5Y6WNIw+Ak4T0Z8ATA4zA8d8CPgHDDjEE4ykaZkjDaBk
3Xbyh5gnbCkugAvkgmcCfpvRZ/1bxrdPaIC8bdJPv+2Cf5YNIkbJcbSh5o
Y2vRNMIv2NaipVdkaAN8X1uLPx5r5ucdoT+D0s9gSOVhmzDMZ9PUTAPH/4zT9DF
mE/nVZVim8W+FmkFkxxjPgpTlxmadlDrVDyqjLLFMSUTpvHiDyjzN0TE1GJpL
bq9rq97MtwpgLBI1lJ3si80Ybbzpv9vpPvdRYdgh+FGR+OdC/nVi9ymYb6453viV
+VNfbrxQ5fXx7sfcmN+SY9u9dP9uuMMudZ2ZWiGG4qQ7h80Drvs0tYBZW
vKcTC2JLIxyvgRBNtgPHGzEd2jsY6YqRHaWRQSevfoFBoQGRYeoEGwp1ESIWR
op2fb0hYqK9DaZ2OZyYQyMircK8okI6xfmH2nRKCwiPCZcKzIX1FWV4YcZ41M
C497BIX42bWP9AoJt3Bv1EBXXuoToUF1XU1fDoUY1Z6caXfGuc5FdXfT6nxIz
QWdAjquN2AZtGjlU0JXT75UObRQUHugXYdG4fROLJu1b19I1buJs59i4UTW7
qo0a1HQop7PSK2T2TYXa+0UMCPLx08XXQlkUTmEYU0G0NrKMwbMDE0TW19frvG
s31P61/e6fwwfF49/4o3Hr/9fPjPsgi9P79z92w2fPFm2192Xbwi5g9C94s+OafT+
zDjjY7c8S32c/S1sPLtvc9mbqiCW11/R+29PGv7xprHOxwwsqiq9zrPWm6453xus
ed69Uaevhm9uoejWib/c0BWU0v0vXxZ1/F+tJLLT8abN7S91fN7L6ramVLp4L
r5s050DNgCU9jT8vvDu0/EerFyt9PtefjtguimD82fnnY7uHgrfInfntXXYX/T/
s2EeI9s6Xr3s3OvVdn63V+hiuH9ij1MMq6+JKlhphUdpD5kkUeN5LMVtXU+RtO
NGJw5Z5eFEOrcIognTIOUnMyef4pVJPR+5NNN0769ExEWx+uHAH2N6njUkzI
3Ioz1ZlEGVsv5bvnYzyjXc4GH99wPeb6ictr/aBo3Og5xQhmula6FzS26a3CS2
UWBkZZHit KlV8IvrYh3zJJ3ufsJAq4cFBhK0SHhHm298nsl+VgmwkuQiZiI3S

Ford Emails 248

Hp+i68wr8XOJkIKmuZa65rpmX/Z1TGwdOYCBAwd+KwC/iO/cOVJnROJbjiMm
KN+SVf7ueWSJlYTvq9Oo0dMG3Z76WbwcUbvqVpeZJd5N8XecNeXcxNbVFvnV
XfzK81Dmi4mPPuyqsC0gI91ozbZtSy9FDb9UoYaNOvC3jbeOPLB8oykXs/O1
MMPKetOOXcGLdn4q1vVQ3YWzxtVL2DnSsPPnyV3ixZHze2r32PlPmZ0dfSen
A+VqH9z06pCa6ss33PZpr8wcta/M7PsB++Y2jfCm2/qHtEy2rxSc+PEkf9nF
oMLBlNQ7VnWqJTWICG40Z6iLSdfzp+dPvblmgrL0i4bj6MAu7rN0L99ecw0Z
V3y4RdczG5r0bzXGPPLF6Nl9N/Qd2Nw4dHTn0kG903ufOJla76rF1Zo3h7rU
PpreZUbs/RKWx4InUR+cdTE8jUuxe0VKsQP3xr8ZEu1+7zOUYgeKppoal2Ij
fkpZYaMrr3/oyxQ97utn0T4oIBTflZRjFo46BwcozGronB0cHHX430IfmBXu
6iJ/Svzk4+yfHP/L0mjchK3W+xVTZkcNLv6hfK8PEeNs371YlDguwXXLoqM9
x1epVdW+9LRB74atKBNDbxpytORONtP1wcFZr99z5s/GGHy2DE15FlD3YAXT
2zZlXnLxDXzyb24vHvfQaHa1HOdwj7Da+WuaqHRue3dP0c0Sjg448rrfTJOB
pyfuiD+sHGPxsPTyak/77rseSbWYkHVL2oPsQZ8mvVvTa1zdXdvKpHon7jk4
et3U1Oy1lc94vK926Xjf6XdKf87vG3x0pHJA5HVt22Znn1lZzVouUlS73UX8
OGxuxp2uN8e8zJ6tKTN56a3RJfZmZy4wpw9/bLbMaHrVxLLNHN/ss15Ird/d
PnNUaMVu0Y+dQ6Oe78g3Uj/4UhpF4RQZpi9uypHipsAxt1TSBU8qW6S4Oprt
Pfpkr5r3Pwfs88zK2LFqy36jJF07crgYh8uixU11TRxEnVrvWrhWbdzbOTjp
HMkuMqrsWFWnc3Cs7OOsc/Ku5udl51TT28nOybGqs51z1eqOdr7O1Rz8vRwd
qzn5+3xVBDYL9b3tjs7ErCxRo4blppDlmf2ZmX9eBH6zhAoL7wellDYXbMfY
irEBE/vtScBOV8NO5wxFoFeRIrCDDldWihSBTf4ygC+l4HeCiNQJJOJGNP2Z
Y3TU7x5nNobBrX2TMpc77XPPsGqzsO2g8w/ffDy+61z607elOj5snxHUFJ07
cDQ/98OsbjN7FnO2SUdNjK7PHjxup/+qyzseMB2sttS1GtQgJPXNU6pr/KwJ
ZsdUM0/NNmusW7HE5PD2pt1eVnaauGBK5xr7W5uttczUHr8Qo11R7UmqZcYU
66XRE69VMLvlbz7exf5zJ7bV3tBRyY4PNm6o4t6xO7+ueFyGuc+WfsLN7CHl
NZUSmixzHOWS4NLJbaDV+E/rtIcn3FYWb3uwcleHbjV7JyxfPC44wSbs6YHU
+7ualDjm3Tp6k0fJppOTloSkh1Y49KZCmYyHFivU656eUM+Oz+09L2hUSvXz
IRafxpz7vH9rYnXVp7rGe5OMV6THHnscs3dVB+tGppuajRkUe+pt1rx6v100
Hn930oJA63GBtVccjmpd/q6ybEufj3NnFG9VdVPHXm3ON9/mPPmz/dV1PRc3
Cj4y6OS6HcFTRvUZG7Hy/pL3C66WzK75wfdIiIvy9rBR69bsXLR96MmEjouH
dD5q2NQ7q+zjD3UOOKhfV3HxXVIjrJd7vS2Np7ZJVk/cPaLzq8MBY70uz086
kBF3NKzpjXT7+IfrXqXpQvJ7uy2/lzAgY5fywkfaL1P71eDXdzz529kdL+Mz
x5o9i+pNt9lcKrrfhjPdLOvV6mx6bdyjgANuy6pcKTexbo9T+U6Np5nvnCYM
iHF5fOCCXQrHTG729vFV5iS7EDsBBXYCj/VOwMDLJNAJyn6z39dge0JxaqCa
Xn78jGe2vvRvJsr2RoffdCW+IlUFxorNsLK+3LQuLDfbhYXhwhObbpB/kI9X
pJ9Fg/6RgWERQZGDSeGuq6Fz0lV1cKxWVVcTF+6ODrBbVUd2/3dV6L8q3xek
9Fl37XKz6ZWGBdv/dmNX7s2Ds9paua85cdW0tbXm0ellp1uuidRZFHugOOcx
s7hbfKmG01OTPHXlL1HBeUN35Y9XaF5LXNKT8cfKHK1qPXbesxcBZrYfht4d
Z37/butFKXut2mdOetfkpOpUj7Wn0hpyC98u7TMj4LzNFdf2abGnbtu42ldY
HdumQzvhFmv7vvfUqbrQsc+76Oa9G5GduCGvbOKIN1lGz5Vb2oe029hk6oJm
VPOm/sUqVPRfnnjrDB/dfOHb0cuKNTVWxSwY/bDDoE/0bHN35RhKq3N9uCXH
ynXHATuPBWtLD2rgMPDYnGu1R81I8WI2mYvrPryes54+YdnC4/NbtH+fhfpL
+b4Kp8gynaagxEE6Fosi5fk3a5ek+DbXcBy2v1idllfJPqE4TRhKF52kL5uj
p+qiJ0UZS6tjetXvWCHxdjmjD5VuGLSf2eX4/3TxjtIPXmKQ0T16y
pmW//zi8URvZ+One9U3DTYT+U3Ci5QWy9v18vLjgcgUMkRTk4BI8iDqGZzlXX
uIhDcP5P6sREj0b6u/7N+jBOa23ihP2ebOPqV+9tXDPw8onBbVvR6+wj+3YL
EYxWndg9dMpW+7OGC+NCvLd2Yo62tjByn3V1SP3cTjvWdp5tdsOcjI29Y9Cz
iafya9OPcndPMUAZk5rlPmlf/GqbVdNv3Z3U+1zU3jvxz/gqY9h70ypZW4a/
f/Xh1qBZ9uJrRW74TtPW8yYHG0TM3JpSc26A3cG20n1vz3omSRMt6uUqSjq+
PebQflBD3coR6oz74XU/jzEwurbPwGvyk/NbSzxoPXHkwWqVeyza82DncHXD
oWfbR5R9pMvcMcjPsxtdwsBYyrpknPSyzjb/zhvsqtx9Oyb2WNuOefPC4/us
rtny7KvBe1aaDvGu+HjhnIpO/MCS3kfqlg4pE/NEfdh2x8lGG26/zR++6ebi
5ZHVtrY+2NfKsPwAdZ12cX27ujYy3rlhQ1qrgIwFDT9HDS4bNb+4zj+voWGP
khnzLcueanSv8r0dL5odsz17wTGqZflKzax7dr3f8fHSnFnzMmuF7YquEMkX
ezSg7J45MXsreGxe17vu+JQBXhtDU4yW7lnZ9Ilh2McJjn3Wf7rWNiPO6oj/
rnnmYw19mbp2a7tM2Xqr7O1NaZk+Gwd5oLMN7N1Xx6ctGbRqQ3JC/5IXp481
6m9ZxXG5MjS5W1y5PcmPR2eWzX5Qus2R2Y/crr+m/cLGq4dnBGXcCb2/LPGE
Q8XP0sFunhdalUq58K7K/Hr2HUyCjxgt+qiLUQzRxSDvL65AmpoFroD9fTMg

etxPKYoddTr9A1nx7zyQhS0CB+w2nB111WrqnUZ12HXQkd3/eYslhvmj72CI
72Cw78DP3Kon7yK0ZvZrLoSujNG2ctr+bHPnsgsalqoUfK+r+8qtvHNJzm37
yP1C6as1gg8ZXlA/cd43i0/LqHmONnZoeGa8ONh37Ij4XtZ91s53m3svsEfW
tTnt1xvY7l97cUXl1CGqtecTumT2Konu+Q/Ic2xX3rDK3VVK95MbGm/pfuGA
Pdt/VeDzoyHPa3mmmLxw3X7d2Xd1qG+1QUuTfTR2Z+rPeHMzRyGe8xy8xK3i
XXF3stHA3fF1H7+/WbmrtkyrjjYLh0RcN6y1xa3HhYcPG00bdXHo+qGxpS66
rIvrnje+zeiSz1KqdLk1tbZdatXOB7e4fHI8s4Gtu2792unOI7LmRdm+bN1x
Wtlq5fbXDPUd2X77XM2a36xGH32xnY2d9Lrnk1Pt9sTFj92ZXjayXE9Tm83H
Ktg4l0uq2bz6yWHrpqeaWS1b4Z/vVab3DRu3eT3H5ZbrfqZsC5d2BzZ1qmfN
Pjk9pFuVc1Y3w7tr2roO3PCGurFzNRPT83J68Q27Sp3t0OJuzRTNPSu3naZb
Gw9rcmvv/ogh1yPuWl/b4zrr4ON9Zp0uj5qU38pNt2zV5Gv53Ras/XA1zT93
b2L00IfZD1vcdau4zMhm6bLhAVF3JngP6rm+yujzneZ67hloY/P0Ych+mym2
U+rXaLP3xpjG4w+oWh48u6RRlciZr0PfDLLobGvUvdfM2S5tqo6+lDauRM78
1i8S0na6JvdJyrqePS6uwHc+xL7z3jfcX6Hz/Ga75LeCC4wZTihtQLWn+lPe
VCOqwdd+9Q9OuWiLJ8KuFuMwtdE2Y9T6xv1lhx1OW4130nXVOzfSg9omuVVy
i1i3/6jTBz+3+KnFD2tBo6SnrmpPR0dwcz2KuLl2Ondd6yJuruHfc3PfuX+k
LnoBibwFF52oi47XRU8rSCR7Vhc9SlfvS3AMbVL1r5pZvmE+/bBmQSFeEYN9
wvvZB0aG6OoX3IDROZV2tDCnWlJ+VADlRfWhelLh0KkcRPlQg/EeWX3ACzqY
Q/CPzI5nb2H+rYZYwLPYJUnXPQaXtD9zITLAco46odgNn+mzGiYMzxosTN3r
19Pe1uXN/ojTIaM+7a6XZ5BZe0/TFYueB1322WNZbUlid7/RU4dPdHXvcEGY
PiyrZAuz53UaTmx3Ku1j8E0XhX3FOXfqllpydpP5wPiaufd8jzSuO2iI1XOj
4UunRo6a9OJoeca10r4J2h2LVyBhzsPAd4H2M5Mr1asU3NnNp4wqKLRrUsKt
US/Spzx3rZzzofapXdUeh5ZLvb22wsNTV59La2fZJCa1kuqqnynHZ5fZ72ia
++Sg3Ylu8ze61TQ4ZLDv0JrU2+svXi4+rm2Tzs6OfSuUHLnuRYU3Oba1LIKS
1ncZHxgatmxL5P76iF9KV7Jxialn1Mpfnb6h1csbU0aahRUf3mTZgNv1K/kt
2t+9nXfsfnOf6omx1y49f/PMJGV2hRvHIySeetTdp8HNboq5Y134gfxpfl3/
Msa7vbw2PblyqBS3+1qDw5LNoxy/KvmJr118Ey5Q2Smuu7o8T1yiatFMOyuq
zCmq4sF1c5bUazKwdLVDWQsXLhgyxPJds5llVr1vahX1cv6bPcFbWiTmPug/
qGT+/RqzBpu2+Jy9wSqw/5217z5MfKCOuh9Ue+0H3UOu5eRr1/qH+Eyre3pe
x9Zt9kR1skwZVMyx7JDHDQzW1Xu//Nji7ntTxs3p1Ldj62ZN0hsemTOgm0FU
s+CPgxfs3RUS0vtIu35G4hD34w4xXJouhlvN0LQueub/2nF9uzuw8N1IcvQB
UvjIRqxiHYSiL15wLAr31A6SrujR4jqrwgs5B1y0zV3z6Zn7vKfuA6mY06Xc
2Mz5Jo8+6nyLXCI4dNR5JFeKsqFawYMVgR8x8u7GHz9OZMjfYHjoAjDvhbcC
qcEp5aOs//TJ9hgcHhYQ4RUeONjid76Zi6EpD0/v610m9HSbqN7T1rCa/7vm
LZZfyi9vOybU+pn6w/SLSyjHm1taLjq+G9keOWNp8Da7At0ww66PsLbx+dox
Meb1Or39LemU3fBHs/cVrzt47cBeR82FjZkx/uavPNJv1HJ6tyNi18u423bT
T+cojk/d6WG5P3NHvbRGz7Yun+9Zvotv0u71u4bGnPM8YcAEdyhdK/iF++eq
r55/2Nu6bHZL0/smb2/d3Bo8cNLhRIcJn6rbbRs1/cKti2c+u/R5SiV+LLWs
idbiyOlZJcr1Uzb4MAs125VseXre6hEXXesleU/V3Zvfi19eV33O8WawyfvB
Watbvqp/5Vjf/ceGPvLYYtBj9uHFFGRHqGS231ZxgmxLD2ODqiXVhHvEOMUxx
TBUD05z8P2uIf/tFWxGb7K4zLWqS6sIXhjQOvOAIctBAx7GDQw0HZycnJ1xN
/L1FGp+N2zxwntln3Mo2+IV1wJzei5H575pMxFYqPV/1Kepa/r1LW7ICy3WY
Hx10q2yAo+ZKpXz+UfOQ9INZL8u1zmDqvD/d5+G0pGv2XV+4vjHVjHwT9azp
HDfnR3u6PFrn1ep0TrJdn4gdId/2CrYx2v8+6olf617V7Du6HLqssItp4B9/
M5IuvefO8czpZ7ZWPHf8gtP14ZSv24dRJ/tXcvbZfKZBlZEms+svm+d3dHbt
Ex9dq1awMt2c2neLlN+tNDep5ZUFa9yvHLW0vhtXV+s/ZttmD3pRjdf7Kk8x
/DA772Njkxrrj/fIKs/4L/8wNPvEIdNiHtbbbihdLl2Ysz0ha0jW1pJeTcNV
j08/TbmaGlc9JuDD4fAp62sU9561YNX2GTMWTFp3tOpvFPX/ALSQxZ8KZW5k
c3RyZWFtCmVuZG9iagoxOSAwIG9iago8PAovQmFzZUZvbnQgL0NJREZvbtQr
RjIKL0Rlc2NlbmRhbnRGb250cyBbDw8Ci9CYXNlRm9udCAvQ0lERm9udCG
MgovQ0lEU3lzdGVtSW5mbyA8PAovT3JkZXJpbmcgMTIgMCBSSC9SZWdpc3RyeQ
eSAxMyAwIAwlFIKL1N1cHBsZW1lbnQgMAo+PgovQ0lEVG9HSURNYXAgL0lkZW50
aXR5Ci9Gb250RGVzY3JpcHRvciA4PAovQXNjZW50IDg2MIDg5MQovQ0FwSGVpz2h0
IDY2MgovRGVzY2VudCAtMjE2Ci9GbGFncyA2Ci9Gb250QmJveCBbLTk3IC0yNjOKL
L0ZvbnRGaWxlMiAxNDEgHBsBWxlc2MKL0l0YWxpY0FuZ2xlIDAKL1N0ZW1WIDg5
aWNBbmdsZSAwCi9TdGVtViA4OSAwL0RGPbnRGaWxlMiAxNjUgMAovWTdjmlbdG9y
Cj4+Ci9TdWJ0eXBlIC9DSURGb250VHlwZTIKL1R5cGUgL0ZvbnQKL1Rcgo1cgMTcg

**Ford Emails 250**

MCBSCj4+IF0KL0VuY29kaW5nIC9JZGVudGl0eS1ICi9TdWJ0eXBlIC9UeXBl
MAovVG9Vbmljjb2RlIDE4IDAgUgovVHIlwZSAvRm9udAo+PgplbmRvRvYmoKMjAg
MCBvYmoKKElkZW50aXR5LTEzAvRm9udAoKMjEgMCBvYmoKKEFkb2JlLTEKQplbmRv
YmoKMjQgMCBvYmoKPDwKL0ZpbHRlciAvRmxhdGVGZWNvZGUKL0xlbmd0aCA4C4
NTA5MgovTGVuZ33RoMSAzNjIwMTIKL1R5cGUgL1N0cmVhbQo+PgpzdHJlYW0K
eJzsfQl8lMX5/zPv++7uu/e792aP7JXJXdJtkQ+6EkGwu5AoEQUmQSLgieAAB
RFEroOKBWmm9jyreVm0NG8UAWqi2VqOVrG2l1QpWatUaoS3aVkn2/8y7C4HK
r59SqeQP892dZ+ad6513jmfmed5jgABAbhIB1jVNGXuaf17hLFDMnw/gffq0
pubRpnX214A78DQAX31a66QpxsCb9wOX3Afkg3GnTTmjYcA3RgvCBzUAqx8f
N2Xq6AvyFihBcc6HmGvmhKlTxpylXPMgQONOAPPkSVNixa5Lz3gEgHNieGdr
44Splzmu+gLzvwyPy89sammb8sOFZoAz8wFMt8y5YNbiokWPbQfONwbPb5+z
fJl/2R/++T3gakQAMb9r8TkXVNx7sQRcsBNAWXfOrKWLwQpqzO98zE865/wV
XUs+8o0ErqkUT3fH/LkXXDx9dMc4gHO2AXn22vnzZs39JKttBQC5h55/PnpY
BHsvHv8Kj7PmX7Ds4qte0N2G5b0YoP7s8+YtWUg8UA7cK1g/sO/8RXNmLX3o
hmuAe+g1jH7PBbMuXuyeYx2N6f+B4f4L5i2bxa9X0PoU6fUunHXBvM9evbET
uFfbAEbsX7xo6bJkFryI5Z1A4y9eMm8xN7MzB7ic9QCW+XLbqAAcjZ/kzjTW
fCZm0GwAHni/bDS1f3PVztlfXjcwSwJxCcZVy/Ep0FYFBpthmgRfXveFVoJD
IWkYZlMfcwusAgnygeOfBDE4E2v1bjwvh6E8fy73HChAVNylKMEMwimbXw9d
nJkoOE7kVQoFxwu7oTC5DS4+C7NV07yntjT6AX9fCorzBkeTElWAblkDSSaT
mPpRhXylYFNWYU0iuLShELqhB/4DYPyGw48FgHForkFTjCaQ9mtGM+GIdI/D
U/9XnoqfYQ0Mud1yHu9D4f8VX3Uj5B46//tQesi9FM5VnAnj4BiBZZ1Bbf5G
mIh5TEJ7Epa3Afl b8Hg0VwV5B+OiO6p8HCZQ//Q5s9Npx/NemIzpIuhXl74W
Uzp/EzAMC2DbjERTfrzzPbyPHPJ7HPkLAwMDAwMDA8NxALktuRn+P4Hwwf8/
ZWVgYGA4kSCQ3CyikYDxTQYGBgYGBgYBgYGBgYGBgYGBgYGBobjB+HH
0AUMDAzHBHIXMDAwMDCcEAz+HCDpRfsvaP6W9vsEzYcwTMC/Bw38fJiAdpz/
MXhlv3cg9q/vTAIVcA734+Sf6LtVfB940mm/+m5VFeQJPBEfJefHQu1SY
XiPbTTBReAgy+BfBwN8IBnRPFFP4EVm4qOA6VCcMUK0ASLk3uk48PgFVOex1Y
+ZthDP8GeIUrwUz9lKFUmYURqeNTAYfXFcOpA+4xyESzGE0TmtFpvzo0l/8l
ng9NN5pmNKel/eJoav41T/Enx/6OIgMDAwMDA8Nwh7lFRQgB5SEPFRolAgm6
rCnPMPrB6Sn3VKAuQ+bhuUwA5wTnrZ4JMYCyGyfgYZlLOQH+BnfC/xxnnXU0
3zAlBBgY/hXH0CtygeF4gXIZBgYYGBgaG4YeTa35s+3/3+FoQuaP6TNQ3b3xyHlw4
lCRGSIg2EZGhT62OBKQOQn3/+1Lp4URi6AIPq50iYyGBgOIXAAy8z8NQxNEPw65
gFPxiXYb/ENMggjccQO4S9+4/AwBnlLlIEX0sVwTwFYJ0I30Q1gC
89G9FBYgXSbTC+G85AewHM5H90VwAbovlukKWIj0EliM9FLoTv4RLpPt2AJ
0sthKdKVsAzpKrgwuQGUw3kV8KKkVV8BFSK+U6VVwMdI1cEnyfhhquCW4+ZKY
XgffSv4B1sLlSK+HlUhvgFVFb4TVyffg2zK9Ca5Aug6QvodWJPcDd/V6c1w
dXIX3ALX0OPtWuBpbpX6CXYAdcjvjVOmd6GkYXfbvvgaR8GNyXf+hbg2zu7kkn
hteQvgevJ7fDH2A70vvlugd2IPjvlH0A/n8Nkk4p4oqN8EV0YvWi/nw/n5/w3y/A3a/Rfd+2IXu
z2T6ObyH9O/w6B6T/HT6Bl7E7EfwR5rH0H6QH4GQK/A5W6A/Cn5gzg+h0i8T8BFS
xtMZT2c8/eTj6fcwns54+5+knP0P0nnhP/BP04y8SbPAc/Ys8/WSYGTPXWWAG/w6
2tXA84c97cPD4U/7ClPum3OwTga+YkgIfJw9Y9SUSFELOER/hRdG/jA4/wWG

UEJKuwSlWk2lJqVSoVCqUORSiCgzAT36elITDycSAgLJES7QAQMDw6kBnVPW
Jw3Npf+XPkl9MI5WnnlF8fBcmD6J4f8XMH3SCQGncwIDAwMDA8PwA9MnMfwP
oFQcFKZQQjooVqk0GlmfpFIqVFRqUopUallpICoUtL6G1HRiRZ6j6pNO7Att
DAwM3xz0Ls1X9UkqREpRk+ZP6iP1SeJX9UlKpVJQDemT6BHTJzEMQxzDLRwR
GI4XOL0LGBgYGBgYhh9Ortn+xD6pwnAIqZvzVEpRCaq0SxA18m15lahUiiLV
J6llfZISQzVfR7E5DPVJBmBgYDg1YMzU0XE/NJdSHiAiUhojRcpTS//qdApZ
vSRqDs+FckZRkDmjoBOpIkmlEL8eZ/xPIR51GSBzMgUwMPwrjmGhpQaG4wXO
mAkMDAwMDAzDDyfXbM/0ScMEKiW9OU+lFFEhpl2CWqejCkxRrVKp1SisqDQi
Ckt4JILu6yg2T6w+KfVqn+II19AWpgwMDCc5JL+sTxqaS/8vfZLuYBwp9bjS
EfokkeqTFF/VJ30Dt3yYPonhmHAMCy0NMBwvcJIfGBgYGBgYhh9Ortme6ZOG
CUTVQWFKpG+1iSl9kl5PpSa1WlSpNSiniFo1PVSJ6q+nTzqxIs9R9UlmYGBg
ODVgCuq/qk9SI4B+Me7gC2uyPkmbckvy4b/qk0S1qFCrMbrSgEmRiSrVoP8m
9Enqo95WUh4iDAxHgOmTTgg4UxAYGBgYGBiGH5g+ieF/gJQ+iUopaqU67VJq
DAZ6W16tEUWNrE/S0Zvv9Ailpq/xoNyJ1ScNfXd3yAUWYGBgODVgiRipHll7
yINyJA0C6BfjDvInPX0NNv2hfrP8yX7tEZ9Z0yBnVCtlzqgwauiDSaJSg0m+
gUeINUddBsjlZvokhq/iGB4JZltTHD9wlggwMDAwMDAMP2jhZAL7eOgwgVqk
N+eplKJRadIuhdZopFKTRqsWtTqUU9R6+j0RrajWgvHrKDZPrMhzVH2SDRgY
GE4N2PIkqk8akpypJkaLQAKH9rww0n/6w2oW+RNruiP0SVrkjBqVVkv1SSZM
CqKo+pqc8T+F7quKcv6xPYttzMXwVx7DQYltTHD/wtjxgYGBgYGAYfji57h4x
fdIwgUZNb85TYUqr0qZdCp3JRKUmrU6j1umVGMmgQ2FJp9boQPo6is0Tq08a
2sdpyAUOYGBgODXgLLJQPfKQ5Ew5kg6RUtSkX1gz0b8x5XbI6iW98fBcdKDV
a1U6PTIQlUWPuWnVoh6TfANTtP6oQr/Mydj2XAxfxTE8EmwEhuMF3lkEDAwM
DAwMww8n10ZU7OOhwwQ6jU6bEqb04kGXymCx0NuVeoNWazCisKKV9Cgs0SMw
f53bmCf2FvrQd3eHXMC29WVgOFXgLrdRPfKQ5Ew5kgEB9A3fgy+sIfOzUqUS
RYasXjIe8Zk1A+iMOrXeiAxEtBsxN51WbcRU38ADHsajCv0yJ2PbczF8Fcew
0DIBw/EC7y4HBgYGBgaG4YeTayMqpk8aJtDr9FRxhC6D2pB2iZLdTqUmg6TX
SSYUVvRmIwpLRp3eCLavo9g8sbfQh767O+QCtq0vA8OpAm+1g+qThuZSqk8y
IlKKmvQLa1b6Gmxag+SRP6Ek/Ys+SS/pNUaJ6pOcEuam02okTPUN3PIxHVXo
l/kq+5wyw1dxDI8Es60pjh8EbzUwMDAwMDAMP5xcd4/Yx0OHCQw6enOeClNG
jVGfcokmh/yah9Fk0JvMKKwYrBIKS5LeIIH96zwWf2L1SUPf3R1yAdvWl4Hh
VIE/nkGfSxySnClHkhBI4NA3Ch30b025fbJ6yXzEZ9aQGZoNOsmsBlC7zZib
Qac1Y5Jv4IUhy1H3D5A14yfXBxYZjg+OYaFlBYbjBcEfBwYGBgYGhuGHk2sj
KqZPGiaQDJIRjFSYMmnnRJYtVaovLRRWYJovRYLGisGK0m1GIMhuMZsj4OorN
E/tKxtB3d4dcEAIGBoZTA4EG11f1SSZE6sGfIX2S86B07U/pk+yH5yKB0WzU
mob0SUa91gz2b+IRYqZPYjgmHMMr5kyfdPwgBBqAgYGBgYFh+OHkmu3ZZjTD
BLI+SaLCIElrSrvUFpeb6pPMFsIosWowkoPqkyxGyfL19Ekn9pWMo+qTsoCB
geHUQHicl77nOvS0EdXEWBApRU36g9pu+k9/qD9LVi/ZMg7PxQKXSTdJbbMjO
NF4b5iYZdDZwfRMvDNmOuh+lzFfZdu8MX8UxLLTY1hTHD4rwOGBgYGBgYBh+
sMPJBKZPGiYwS2aqOEKXVW9JuzT2zEyqwLTaTJLNoQUwZdDvidhMZht4vs6D
cif2FvrQPk5DLsgFBgaGUwN5UwnNUjzwkpkVOOOZEOkFDXpDyBl0n9ag5Qjf5Lb
4Tk8FxtYHBaDzYEMRBd0YG4WyWDHJDb4n8NxVKFf5mQn14YdDMcHx/CKOdua
4vhBkTcVGBgYGBgYhh8y4GQC29x4mMBqtlLFEbrsBlvapcsIBqkC0+60Wpwu
FFasXicKS06L1Qn+r6PYPLG30If2cRpyQSEwMDCcGiickUX1yEOSM+VIDkRK
UZP+AFKA/t0pd1R+XMnlOzwXO1gzrAaHk+qTspw4M1vNRicm+QYe8HA6j+Yr
byzHtntn+CqO4RVzDzAcLygLZwADAwMDA8PwgxtOJrDNjYcJ7Xfj7A7HexUEnJK
DlvKpXOHw/QTIhluu9XtQWHF7nOhsOSy2V0QAud/f7JvYEPtf4OhfZyGXFAM
DAwMpwaK52aDXn+Y5Ew5UgYCCRza8yKL/tMbPxbJjyt5AofnkgF2j13K8Bgw
fa4Hc7NZTB5M8g3c8vEcVeiXNeNsu3eGr+IYXjH3AcPxgrJ4LjAwMDAwMAw/
nFwbm7PNjYcJiznuh+Rzcnan2A5uUEnKZMt1ugzcnhz7+7vY76YV6VfSMFRPSgseexOD0S+
zmPxJ/YW+tB3d4dcUAEMDAynBsrPz6PPJQ7NpVQT40YgqUM7pmfTf1qDVCI/
rpR5xGfW3OD0O0k1uL7IzY9QLXmSiZi9yxm/glo/XezRfma+y7d4ZvopjeMU8
AAzHC6ry84GBgYGBgWH44eTa2JxtRjNM4HK4MoB+fhu8FnfaZfRH8/EYvL4M
py8gAWSEM1FY8jldmZD7dR6L/wY2QPo3MCOQHOGCkcDAwHBqoOHpZAX0ucWgu
pZoYYLyKlqEl/Gi6P/tMapEr5cSV/9uG5eMHld1m9PmRnUpEPc3M5LD7kjF74
nyNwVKFf5qsn1wawDMcHx/CKOdua4vhBVb0MDBgYGBgYhh+CcDKBbUYyzTODJ
8LjBQyUhn9WbdknBwhh9/N0XdLuCWSYAD44fhaWAyxOA/K/zoNyJfSVjaB+n
IRfEgYGB4dRA49Wl9LnE8CEPypGCCKBfjDv4abgi+k9/qL9O/mR/uODwXIKQ

Ford Emails 252

Gc50BMPIQCzlYcwt02UPw4hvYooOh4/mK3Oyk2vDDobjg2N4xZxtTXH8IDZe
DQwMDAwMDMMPOXAy4cR+SYfhEPxevw/8VBIKOYJplyW7rByPISvbn5mda8VI
hREIQCTTH4ES9P+vYYUTCbudfirKfoQLxgIDA8OpgfG3VVM9ct4hD6qJiSCQ
wKE9L8rpP/2h/jHyJ/vzjvjMWhgCuYGMSK4NwFaTi3J4wJuRC5UQgf858vKO
5itvLHdybdjBcHxwDK+Ys60pjh/U428DBgYGBgaG4YcCOJnANqMZJsjyZ4Ug
i0pCOa5I2mXLrxIFFZg5+aFAfqEdIFSSh0JUNJiVB9WQ/d+f7MTeQh/67u6Q
C04HBgaGUwNTHqkHm+0wyZlqYvIQKUVN+IXeGvovSblb5U8oFR7xmTVkhoVh
T16hA8DRWIi5hf2eQhgFefA/Ryx2NF95Yzm2PRfDV3EMr5iXAMPxgmbKI8DA
wMDAwDD8MAJOJrDNaIYJckI52ZBDJaF8b17a5RjR0IjHkF+UHS4qcQJkVxVC
LsTCOTGI0x20/1t8ja3hjgM8iNQGSUMuOAsYGBhODczoGwMOx2GSM9XEFCKQ
wKEdrhrovyrlngbUVTLq8FyQGZbk+gtLXACulhLMLTfLVwJN38QDHqWlR/OV
t0hg23MxfBXH8JX2SmA4XtDN6AMGBgYGBobhh5NrIyq2Gc0wQUF2QRTyqSQ0
wl8YhQLqqpWPHUcVmCPKorlllW6AaF0pCkulufmlcBr9ush/i29gA6R/Ax8C
yREumAcMDAynBua+PJE+lzgkOdNnFIsRSODQDldj6L8m5T5bflypsvHwXIoh
vzI/WFzpAfCcXom55WcHKmEsFMP/HBVHXQbImnG2PRfDV3EMr5iPAobjBf3c
l4GBgYGBgWH44eTaiOrEfkmH4RCKokUxKKKSUFmwuDDl8oxsnYzHUFYdy68e
5QWINVWisFRVUFQJLVD635/sG9gA6d8ggEhtkDTkgoXAwMBwyoBPGw8Qekjs
eIQuzgMCfAH0KQ0/upxIg5APJVAO1VAPTTAaWV8rTIVZsACZxmK4EC6CFbCe
jOB+q4z71f5Y+LUvhWQSIJ2yCBno4SmnYMo5cD6mXHKUlJBMJt//j35zkg8N
kgM9f379z4/9kWoAyH9VCwKKvBfCVtimX66/CDNRDmVEOA6r41/iE1ppikOH
9HV1i9VmBydVyKXZehZA9sGPOhfJr0+VH6H9wpo4bczYceMnAEzCCWYKnHHm
tDaYDjPgOIM/it/WbUeN+mtKfpdyn8LtH284Y2q8rnZUzcjqqsqKstKS4hFF
scKC/Ghebk52JJwVCgb8vkyvx+3KcDrsNqvFbJKMBr1Oq1GLKqVC4DkC+c2h
0Z3+nkhnjxAJjRlTQI9Ds9Bj1mEenT1+9Bp9ZJwef6cczX9kzDjG7PqXmPFU
zPihmETy10BNQb6/OeTv+UVTyN9Hpk9uQ/eNTaF2f0+/7G6R3etktx7dgQAm
8Dc75zf5e0inv7ln9PL5a5s7mzC7DVpNY6hxnqYgHzZotOjUoqvHEVq8gThq
iezgHM3VGzgQ9VioHleoqbknI9RES9DDh5tnze1pndzW3OQOBNoL8ntI45zQ
7B4INfQYo3IUaJRP06Ns7FHJp/EvoFcD1/s35G9be0OfBLM7o7q5obmzZrT1
8LPa6TlMUTxvU4/jkj3OoUPM3NzYds3hoW5+bbNzgZ2erl17jb9n/eS2w0MD
lLa3Yx6YlguP7lw7Gk99A1bi+Cl+PBu3pr2th6zBU/rpldCrSl3fvFAz9ek8
19+jDjWE5q89txOnxrW2B05fEUi4XPFNyd3gavavndoWCvTUuUPts5o8G6yw
9vQVvRlxf8aRIQX5GyRTqmI3GIxph05/uGPeoTDZJUenrvGnH6pZQksUGosd
osc/x48laQvhNVVSMq8S1s6pdNNFXqCdYKqeudgiC3rUjZ1rpWrqT9P3KMJS
yL/2M8AeEOr/5EifWWkfZVj6DKiT9pNDXQ3DD7p7otGevDzaRVSN2KZYxlr5
uKwgf3kfd19oseRHC6sPWrFuZ7VXx7D6AwHawNf3xWE2HvSsmtyWOvbDbHeC
4rFoew/XSUO2HQyxnUFDVh0MOZS8M4Q9+WmZB9h6xMihv1GyW5rnV/cQ+78J
npcKHz8lNH7y9DZ/89r0dN2On3rEUSq88lBY2tVjaWzj3Vzaxbl5ORQ75YxD
kelBm65HCONfKXfquX0qEXul7EP8o3ukzjEp2q4JBP7DRH3JfTSVbA0lSxez
pzp65PHII46PKJ5uLY8FFiLc+KnT167VHBE2GjnQ2rWjQ/7RazvXzupLrpod
8kuhtZv4bD577eLmzoMt2pfcfL27Z/QN7XgR80k19lYOGjaEyLWTN8TJtVOm
t22ScEa4dmpbgiNcY2dD+4YsDGvb5EemK/ty1Jd60gM/PYDxBDt6ghPl+O5N
cYBVcqgge8jHc/oIyH7iQT8Cc/q4lJ+UOlFEPlEc5/I5fUIqJH4wtoB+Yspv
VSp2Tjq2iCESDdkMHF0X0cAUKNdonNp2eH+QB1I7AdTrYKpg4+7CpYBPsOHP
KligBt2WXqXX5+8TdL06QzG1ExZHcZ+g7c3x+4z1kmCGVWg4MCKtQzMTDS9T
AnHBnLi4JN6H1pKUtTBlnZuyppbEn8OI46AkuU0w9zqcxdS7V6MrXkVtUU2P
TYnpJf6tWCCM+V4JpyIZTvRWIHt9BcTHBayre3qTmVqiHIXZuOXF3iq8/C
Yz+aOJrFaJ5Csw+NEktvghiadWiSaAT5iMZbieYmNOvR7KZx5dzEEmO9W5Aw
RJKvXcKakjCNhNfeKajx2ntkahRErBURJqG5T1CBIGgScL5vE2bC9zbLJeV7
o4WyncjJLZYDEi5P8fM4I9+JqzEfepCE3S2HQKKhIe0or0w5evMKinfVa3A1
sBcNJ4BAICeVqjensHjfVjwm/CAYCaG+/IFeyYpn4wd6jZbieL3E/xNa0XDQ
w2+AbWg4WMR/BivRcBj9qUTBCHoi/qlejaFYwvh7wY9mFRoe1iMl8nEcDY2/
t9dip9n/KWE0yel2JYpKU45eyVncWm/l38HyvML/EkLg4/+AdibaP0MbOx7/
Ev8y6OVyPtRrlIpX4fkexOgP8itwWerjH+YvgWK0H+Mvp7vVY7TfJgyp8/w2
kZNXXK/hH+Uvk6Ms5buhFO3z+fMSxT7/Fv4h2h/5T3rVWlq+TxKSrfh5/iP+
PLBirD0Yy+EzPs8vhBgaeiV9vWp98bp6Hd+HH3iM1zhmK6N9T6LCu6Zx+EH/fDgzDp6tq/ZRc
931+FdgxbDu/GmxoP85fkbD5tm3h/y5H+5zmgud7AHsMtXr1huJt9rW+AdpD
+L9ijf9VPv+3khMdRH+BugCA2HIfo+ut5Hl8R/iq5PsZk+xab5FJvmUyzF

p9hpge/HkH6ME+PfhcX827AOzX3oFjDLFQmswU2yIyuneBP/Lf4yrAlpC9Yd
Qd/Le9UGWrLLEmaLHO0yOsDrnuffgkloOCz8TjoiF23hvy1fyrpep5sm+FVC
rcOquzTVFpjwEtoGz/Or+Cvkmlgt10DPj/AQ+z9/pZw42aszFa/E1p+Kh4uQ
3oRmB5q9aASMNhWvYSrMRMNj9NZeg7HYuIWfLicemzCU+J7nx+Clj5Fra0zC
FpTLfFraIRgT7sziH1EHFCDPKxYMgjIR803ewo/H/jOJn5iY68OyT05gvjTh
xN7K6uKiLfxEuS4mJnyhlHfCkiE7RifUqX7V2Ksx0Zl0yRGjCdEge0fTQ5LP
67U6in3YT6vlqy2R5awKbL4KbJoKHCclcmMU90pm7P1z+WL5ioqhE816ND1o
BGzjYoxejG1cDLtlHyNfjpdbDkk0PLZtOexDg6yGHwF1aG5CsxXNbjQK2bcT
DYf+RXiGTqTr0HCYYwyPJaRxNJ1oVqFZj2Ybmn1oVLCdL8DzFGDsIqSr0PSg
2YVGwLbKx3LkY5iZ98OASN+iWcndGa8mK2ElWcmt5FcKKxUrpZUmMV4Wzi+O
n0tJISU5SCo61YvVq9R8kTqublXzktqv5vqS2xKq6hK04mZldcnvWj5u+aKF
N1esU65TcdvrdcQEu9DsRcPDdiLhkYRHUvwafnvtrtq9tfz2ll0te1v47e/u
enfvu/z2gl0Fewv4eIu7urhiJllEVpKbiOAjMVJHJhFhJr+IX8nfxAs+PsbX
YV8QOrWLtau0fJE2rm3V8pLWr+XWaddre7TbtDu0ih7lNuUO5W7lPqWiVdmp
XKxcpVynXK9U+lQxVZ0qrhT21Tdyb2Olrkfag4aDVUjXyS5JDtmGdId8vE4+
7kS6WD6OI22VXSGkRdSFJoR5/Q7jrUK6Dg2NR49DSIvoMZoQcvffot9ipOvQ
cNxv455gUVY8i5Oy/FkcZJF9WWRH1u4sridrWxa3rb6a2ymXcieWcqdcyp2Y
cqd87p2YL7rQhLC0b8nx3sJ4b8nx3sJ41HU0v06ki2VXHGmr7AohLaIu7q1E
qMJY7+DuxhxnIr0PzS40PMSQ1qFZJB/5aAzubqRx7q7e7Hyc8Lm7EhHkkWgF
U1ZmyvLIVm+Gq3hmvREXKPeh2YWGB3rkQ1NHj5LbuDsTTTTunYlRKau6ZFd9
Fc6itCh3wlNoOJiE9D7ZFUNaJ7uekuMYDx33IN0tuxYjXX8o3UzZReP50BxM
L3B34e9OdBm5S9D3kriWS33a32wSzX3c5sQCs6+PezqRI6HVm7IS1Kq3cDzW
v558KtMfyvQ+md4i02kyNca1If0/Q/qfhvSPhvT1Gm4cZKH3Ppl+JNNz44Ys
/YdZ+pey9A9m6R/I0m8h70MQAwJxV1D/x6D+90H9s0H940H9zUH9jKB+clA/
IUizygE/6DkvpeRsmXriDr+gF//nl//c7/+Zb/+fr++3a+v9mN08lecU/Xx
HpneLtOyZ0v1vlK9t1S/mcO6IWcljKDewnHkLND2mkRera+PV8sWF0i0hNHy
JFrq0XInWk5Hy5VoWYKWJdFys69ezRnJBIyw+DgD2SBSW5flW43B2pQlJvLO
RkuRyKvy9ZHBRF4IrS8TXV60vkh0ZaL1eaKrFK3PqPUc+Rt04RLYR/6S6LoX
sycfQw7NlvwJItwTaPclWuow9rOps5OnoZaE0RtFOFoK8mQiDwtHHkvk5aD1
aCIvC61HUtaDiTwfWvcnugrRujfRdTNa30t07UHrrkTO+TS/OyFHzucOiMj2
0kSLG4O7Ey00h8WJlhhaixItZWidl6j9BVoLErV7aNJzyAaCvZt0QZ5c0lmJ
rjwMnpm+kA7IkYNnQJmc82mJFlolo2km9XrSnL6QJtJI132kgWyQc4kn8oow
Wm0iL4LWqFTN1SS6omhVJnKwjklFIuderLny9Alyafs8R7KwGDSjUCLvCYzk
S3TlopWZ6GpGy01TYqEs6bOaoVYulCmRR2NJiTy/70dEC11yjhqlkLs2+gYw
3y9r+8iZCd8X8T6RJHx/z0Fro++Tltm+P7f04arX9zEO4yc2+nZh1Hdr0RnX
+t7J2+N7uyvoezUPY8TdvlfyCn0vRlb4+nK2+HpbMn0bsGA9XbN9NT3XJOfww
gskSvsdy+jiCqdd3TfDdkRf13R7po2X4Lka+hp4DM1qTt8J3RWS170LsCsta
rvMtzfP6Fuec7Ts3h57I4VuQd7pvPl7IOZhmXtc5vll5N/s6y+QSn533C9+U
MvkaxnfJVzS2S2Vg4Y03W6bzSWAAPqaACWYCT2y2JMWli2hdYRrlYae3/hO6Pi
OQ5nYrIKzZJ4oep51eWq2aqpqgacc7JVYVVAlamyimZREg2iTtSIoqgUBZET
UdbjrH3J3fEoVSNaIRK1lAKlguyWOEq5lJaRIyKHwlaPhR/PjZ/S0FMRHd+n
Sp7eUxkd3yO2ntW2gZBvt5PxPdvmwPjZ/p7Pp4T6iAYlbkWogfSYx8P4qQ1O
jNzDXYuy69S2PpKkKda4qRprExCSv+ZGN7VHr7mxvR3sy+ucdeZaU9XopqOQ
zjRtbooOwRmNHnHk7blt/JS2nse97T3F1JH0to/vyaWqrk3c+dy5zU2buPOo
1d62icznzm8+nfqT+U3tGG2kHA1qufMwGrRQC6NxM6CWRkP/GYdFIxvQu2lD
bW0q0iSygUbCQTNJjjQ9Fanx8Ej89aRRjtTIXy9Hujd1wjwsB54wTi2Mpjgf
8uQT5inOlO6M5abQNkQjm1BWhUTYURzDChkixHDx5KDgnFfyDVPAPaHAflUPh
ZZFUaXMgIp8hwuVgnOgJxLyG/yIR6R21fGEbVVF2hprnoensuX75fGfPqtl+
/4aFy9O6y0jn7DnzqT1rXs/y0LymnoWhkJv+GUW1HCW6jwaNCTRugrXlq24a2
+LymxKj4qObQrKb23omrK7uPONd1h85Vufooma2mmVXSsc03sPkpwNw2eSM/V
Tc/VTc81MT5RPtf40xvI+Na2DSI0tDfOSNm9nFaDo6XTHWhvsEuLa+WhMzLg
vNy9WQDyGGiJ7T26UEOPHg0NKqgvqKdBOKRpkIGqodNBzstHBtybyWPpIAm9
TaEGWOZsXtCE/6WIZcsuRGAdL12aqmtnKmBZtFkOxwjL0LVMBsZENzVLZd90
+DK4cAjRaCouLI02tm1oaWl2Lmhy40K+I669o+1LIRpNnTAaBTwnXrW82LfL
i32t0l7y65Y/tnzWwm+TV/k70OyWV/nbcIW/A81uXOVn8ttqd9TuruW3texo
2Y1x393x7u53+W0FOwp2F/AV6RLQU7UTLOHQ78Lo0gupd5TIVytfNy0IFhod
9KoPVsNSOWCZXDGIlL+cNIoZRQ8ljw45lqYCL5STpHyXDvVhDKDZL7vwKP07

5YuZY91Ho4pvg08xQTYe/hb6fk7yPTR70Hw4OC55QHEehAbPTe7mLciys1Im
jTBchYu9D+E22Aod8HNcOzaTQmgDgTghA5l7FYzHKnSAAqfYHFw5jodWsCG/
/yPRw1MwAj4mo2E1TtCT4B5cG05EYb0evgPryWnJj2A1vEkWwBOY+jESh2yY
QMYkd8FkaE0+S+gLSiPhdriLGHDCmkA0JJR8F3NYCtfAZvgNJGE63KFYj7m0
wumwMPkszIA3yHRyVtIDY2EhXA53wP3wPOwh15JtgiLZCWUwG5YQFbGQHP6K
5GNQqdipfib5k+QOkDD+/ZjrJ1xUGJ38FOLwoUCS87GLWIB+R2IhPAAb4R3i
JGV8IhnwCToD6+IyeIrPwTKOgevw2jaTS8ITvCH5EF5NBcyBldItLibbuIBi
p2Jf8hIw4/WVYknXwkPwY3gR/oy5jSZT+QsG65ITcZ4UIQrNeKar4Gr4Idbc
C/j7CTGSABmLOf+YvEve4xfyH2DOj0I/fA7/IDlkAbmcq+OuUBQPrE4+AxG8
wjjmMRamwfnwJImQODkL097DXcRdjiLzRv4dIUfYm6xMvghKoJ8MugIex+t6
Hd6Et7C9RpMW8hvucr5XcXXyUixvDObjVVwFD8Mm+IwoiJroiJX4SQmpwCu7
lGwj73FeLsS18bP5pxQ3JFckb4QA9pUOmIcpz4UrYQ08C9vhD/Bn6CcuTBnD
lHWkldyIovJPuO38NH4Gf5sQF24TnhBeEA4oTIoXBt8Y3I21TvMpghb8dUAX
XIJ13Ye/F+F3hCdukok5jSLjMKeZpItcRtaRW8mD5BGykfyM7CAfkb3kn5yT
u4G7hdvC/ZTbzu3gvXwe38Tfx78mBITfCV+qZg14B7cO7k1qk9FkSXJd8p7k
28l+uRU820OProBF713mwCq9+HdwK38M6fxp+Ab/GfrdL/u2BfdgGXxIl9qYM
LFGQhEg2ycerm0bayEVkLbmZPEReIu+RPeQAB5yOC+IvjyvnxnEzuCu4T7gD
vIYP8fX8xfzt/C/5L4QVimL8PaF4RrFPuUcVFl87cPfAu4MwuGDwtsG7k2XY
F5XY8yw45kqAhAfvcOGzludCNvyWwHC7COroEa/we7DlPQQK2wMvwGtb9dngb
3pHLS38fYUvshwEYJBy2p4KI+EuVvQhbphF7SyeZh22b+l1KriDXkTvwdze5
l9yP9fsG+SV5k+wi75PP8JqAK+DqudPwilq5s7gO/M3k5nCrueu5p/H3Ovcb
7m3uD9wXvMSbeB+fzTfz5/DX8mv5Hv5p/lf8r4WIUC+MEc4Tfia8gVc+RjFW
MVMxR3G94n7Fg4oXFK8q9iiSypuVDyj7lB+qNKpyVSsuTa9TfV+1RfWOKilm
Y39qwdIfvhv0zeQsIcatI0muD6/7R9wy/ufcLeSJw29gK9ZiCeaiUN3HP899
77J1/B/4J7krAIQmOXgUcrHX4Dl4TfGmYFN8CD/jXPAp8sNb+Fncj1DcdpJy
fqSwRngNuc4KLOeD3C5OxT2FMf6MrTETziAZ8FfhTNiL9b9dsRbrdDT3LnmC
ewnF5w7YCQ9xWwCFe5hHKrB0c+EZ+AK+QzbxfrIR+91K2AGfwO7DbrfHBhq4
OqWTW66sxhbaRCYnf8bIJv+Mo/49sgbe5r/Avn8mmUhi8Ai8j63+a1JKfMKg
4IY3kPNlwt3Ya/8EvTgGXxWycAR9Bpv4Upgu7MY2jw28MtikWMZfST7n6rE5
HTLnnkS5MfLgO5BXUT5qgKewJyAXkUf0n+EXJIi1+Kbyd3AX3ASbeRuE+Ye5
VVySf1nww3dhNz8Bz/ot5E8eUoo5XQAL8Dr8yQ8GH8IczoVKqCSzyXRowpAx
kJm8AEv+CPKieHJG8k5FuyIKr5MJxAZbkXs5sRZvU6gH+zHm0zgO34Yx5Hro
HZwL23BecZIwKcbe1K9YrlineFzxtOJHiI8oR8DFOGrvxlb8A+zHWcNP5mBd
fAx/x77egKMnH8dPPZZiDM5h53Pt/PPQSFyvwGHlgDvLtBqyD6diSSzGXK+AG
HE8P4xzyOuwjEkq9P4KdOHIcOM7n4PlFzGc8nIGtvhQeQe54JeIFn7mQCXlY
T18QA6nkluH5KJ+9DfnsNizTO/ABco6kXK58MhJF5TMxr7/TsYxnKIdWlAkg
uRGqcKZs4l+DP0IWzq4NOEYfwnSd2DcM4IUqxfuEg/zBiclKbgH/PLHjbGjA
XjUVZ/ZRpBtLYcTrGAAbmQRlg6dhbk8gL2tVPIyzbxRnBhtnE6YpzsBy/w5n
stdhSbKN3KVq4t/i9wmLcU73YAt7FPSBGBU0PM2RF5WqPl6MW0AhvMiDRiW8
SCBDVCpe5PjnSD2osSHOBGdU+rxmoGaitL+mZaAG6tAtHUAyoihgCpjCSlhH
gAN+ftuBuAK+BL+wDWS11xv8Zlx/6LBtZsbdnGi2lnKi21sKRCPoDQ4TEJXS
YDdwhj5ySTzDalUR0zWLHPc5OIfLrbnGLxAhw7VzuzOKJ+5o6Z8ofd7RMoBn
l/q7TVVVxGSuqqJmRBHBJVqIj5SVlpcU222YzREHHSPmW6eNGj3RSVYVz3O2
15423sW9QVaPr6qddlZZwdmDq8mqtqLqtrNHhOZTqbZh8E7yPCmhc33c9E+O
qNQCeQFeM4/VaYTxtj4yOq4lJT4jMdY7f3Aj1sz+jv0D/VDXv7+fmOTCdFjK
ysvLSrMjoaBKGQoeKomya9kClUql1HmjI6fNPe3MS34weGd+8X1TTGpRZZpR
2zB3zbKb3qX1Ni65h39GMZ+2KBkXz1C7lT5lWJ3rUDndNr8t7MxVq0RykehF
YTphVmSj1avUmx19vCYehnhWpBTi0UIkJeVIRo4qjWOPWY8t7iowG4M+nK1o
TMNNeqKPW2yl+oz8z/5C6/jz6JKW/o7GtrgjGM/KLg3STII0kyDNZFGQQdNPV
ZztGlB0t/VRId+BaHSM76Jod48s2JqH2M5iq05fOHRVU1z+iqHFFfDbJ8wd8
AU5pNEgGTpkVCoc4pVan0al1ok5Q2uxWO6fMcLqcbiev5HBRIBBemRfNjXLK
TFNwNkRUSDwWx2ySo0ASMHhnk5AuezY47eiKEnTJUiAleWmshm7STawqA4ft
kY2/stKKctoqDrtCose0qZQmyWG3lxRXIFfwz1QFl373zNn3jsoPRGtLdixb
/ouixsHXBE0kozKaEXZZjZWFxRl5SSu6Rn/ecv3by3I6m7jsf/P2mOx+8/9ot
75C5I68f4XeGNgzsHdw9+7Qif+WFtF9dg4NuDraqA658DgzkB6QMRPLwxuBM
1SIVR+r1so+K/BMX2nbyMBjJ33GQI4Gd4+IGowgKUaVDTx9yqT5eHZcMhlbj
IuNTRl7CrpjhNPyIAxC5l8DJOcguecTuocOmo6ZFGuigY7bOXPVZ/wHyWZR0

RLGXmqx4rSW2QFlJMfZWU2mE1kF2mLvbPrrFN1CeNW2cyzzCXzLWTP6mmP/l
E99qzg+Hc0av4raeHQv4s/bQKyrGK7oHr8gDH8azruV+yD3J89m6W3lOo9Vo
CSjc5vX2p+2c3cNhmTRa0dNHOjeaY44eHOB9JJggZpF2F62+VOzjs542KIiO
7yP7425QSApO8Y75TaOHbPUQjyvT5MhWQkiGdzOuwdYB7a57OrqRIXS37B/o
2AN1df1UOIxbxLhdXyfGHQYkGUYk+iq5/2ElNM5I91eMIfdTjCTbbkm2Ex5T
nRx3j0lmLJTBdJiqzFV4KL1CBzZ0BAJlYC4rletK7kCUwyhJAOuwooRvPfAH
suh7V5x91xnh8nfWnfN457h5g0+S8Pn1ecEsO3mGFK5bcP1d+m19nY+OXXPd
psFnzNFmWo+B5Pv8WqzHKGyP+1RGh3F+dEV0jW2N/W7Lrfbvmx+xb7ZoCzx1
Hs4qkj5ya1xNv1mPzR3Q1qtJJy5sA9xrEOFeBxeIeDl6U6lcr2Yb2tzrG+MG
hUsP1j7O8rSfEIVmM7kVtMS1MTNVzcgMnjW9CblSLpdLGYPJ6CAOV4Exk2RS
9pCZkX9YnUexzruRS+zv75D2D5iqYhmu/hpw1tW5+qNRaWCPtMdcFevoN1el
qouU1XKH1xYyQRWtMggEs1N8UR5xyC0jJLakLb5i+g2zw2PeW3vjs2ecdeGl
g78YHHxyUIVDNOCVXjxj3LnbuMdCgaoLa6ZcdIv+0ceeXDr++rKqRy//1eBb
VTl1hfUG8b4Lp1/3J6zPZuSfvSgPB0lrvNCgJGpNhiYHcnjBqrG5bR6+UjlW
+ayC1yoITjMewSsh9QrEJfDY/WbEJQhaAYLIKwkEJZldqp82o1Qs9JG9G81+
fivPYcRgLwHB1UfuimuMFp+Fs7yj03N93Mu95A0RtnBKFGi95LO4Ky62iutF
XnRISW/cFCRBWqnBjFCK5+5HnrsHq7Rf2iPtx27c39GPsyvtqnErH8cOycex
d/K0P/O0Z8v9c7Bb7soCtjHGENJdWEh3adnGqNROWHVykmh7fwdNFM8M0kyD
NNMgzTRIMw3GMVowbtam4kbbr1EURr8l/QRMZgcdBQ5sTejuIEs6ukmAD6gE
+rynUggdbEPkoo5UK2YFgipcGl06b+DjEtK++c5vDw7e9Uh7bX00u3XWqHxf
9ulLB9cP7neXKyYMDl6jv+/KF7+1d3VtfmW0wd+UJ+kuntrzDtUtT8D2e0Hm
lNk4ItRWnnTZl9s5TV/yH3EbriHy+Czbz2x8nagIOp0+hTpie557FQh2a8AF
y13PRCISKHw4LT4t6YPv6PrIe73gynX2ca88Y3T5XJyLdnOtlTaENSPnYENg
r6ZLjJbP6WSOzDLWL/XvQRaQYgTy1FXoDmssWRGP2+vmlOawIRLWBGeTTJNr
NviN6AppI7OJ2+KbDQE9Ejg4DUXzoqtXQwdy3g5iM3Cq8or0YKDLAxwg5iyi
tFnNqUqU6GzEv/DM2ytD+d76hjt+vvDVpd/61UVvk5sHXxHLCgMFhWMao2Nz
FPM9hd/Zfmem2vr7rVfvvuQ6It69h1z30cDCtfG1g4Ol4fMeItYFTfRmZPJP
5AD/AmixPos3QUZyWzzDbClVjgWVbxqEx+THqvO32ogtw3loqbWfLvLk+Rrn
U7mgqWWM5TA3ObN51qxmNE2jZ82mNv+CfIhmYMnslGs2Xc1IuOLswdZEuZ8U
xW8OSlpzXZe0XLoodI10dehx/bOS6jZ9r54jWSEOgqFQQGPQejWOgNPr0KqJ
mhO9arvJ5rWTLA0E7UtDRskfgoAU4AhLlBgkqwmkxTiQgEux2C0GgxGbrmB
GDSXmEjAJBkFeyhgMnACcYSMwawc5LaE7JHikpFHxqPRqEWjndg3kysgRArj
Ib8moyiyOLIqsj6yI7I7ogxLEX8kHmlFn3WRnojqpguwgrqljv0ZrpaB/g7k
ezUS/upqXHSOHagxVR0aMR04d1RdYyiMijiQ0HZSR8dPonRqqapygtRPpG0p
2nH4gUqqqVHV4MoamWcH1n5AhT0DxxdO1DjFkBJiTx3QZQpdY2Zn8zw/dTBQ
5Sl0nzs4auzZzeSPFvLR6IJg7cBi9yS/Xcl5zn11B7niqoZolVsSw2HtnLuF
6i8fuzfXpwiH7VKm2aJu+Bt5c5A+ruHGtupGzunGlac2PsO1Sq0pDVEiURKl
5BzLfOc54bty+3IU55gW4MHtpjvsD1mUcwwqvxeCQdHvNQRDnkKjgQuWud0g
mgs8Rq/Py3lrxSIVaVUR1bfyRz2T6mndKE/QFQouOiWISBEu0gJWyVpk5a3l
uNj/qMO9MdJSZCXyUX+7vPavq8GpZkTR+CkrNpwt4qAcF4pKLrPFZOGUOdm5
2XnZvHLoiFPabQ6b05ZhE5RZ4agUCZM8SkIuJNkWDyVR9IuGbcEwRKWawxeO
dMziYglRQldJFellUqqsgNOW2WbFkawM8biQcsirRpO8knQXjKwzqu2NVQXc
zL/d8syWGd/dunbUldMli7vk0baLT6/vGhMO+20L+Mvml2aHGyYP9m2/6S/f
m+nSCckv350a0RiX3IWSo+KeS/J9OJMVonz9CLZHPgnEW1SCWpPPB7XjtAql
QqnByuIjQkQT0UZ0k/jRmknaLs1yzdUawyW56wqfEZ7RvCS8pPlA+EDzueJz
jcbg91qDIa/fawsGI5Pz8/u4nPi52d6IUSTiZJ3u52qviltP1WSO+7nSq8r0
e7OCIVGlinC6SXpuEolsDZOwq6eQFALRGw0+lNlqvUbwYZ+pzcz0ZhRYbfk5
WVwOydHp9VlWg7eKeoQhJ5zF2cSCwudQqA2gAKvCZUQUV2s1yFylmv01yFlj
Nf3yAZHFSwkXFtglalDY7Picdo0PpA/kSFEi9X8C0mcd/2LTvkA6unGBbyqR
V2GmEG2jw5a3FYe3HA1FBsuVZE9fMkkXClm+f162AxtrYGTByCyXQUsbTrg4
17D0gpoHhMGBN8tXXTAw7ceXDs6izRW2GYLOrlTTDV563VVul7ZRLoBqPrZR
OZkUX5JJuZs2k6zg3K3kiiqby1srH4WXQRH2lJOL4CLPRd6r4RrPNd47vY95
P/Z+4dUtrtxdyfnMPovPKmVJYYXRbLQYrZAFYXW5UuP3csGgy+81B4OF1d5I
MKj1e03BkK/aGw6GYn5vVTDUl7w23ghej58A5HjcVo/HDeXlAAXeTKvXmwmk
3OvhfcQF5WUc4SJhr8dsEgEqKt2Si7hqNdu1u7Sc1lVJb6ioPZmlcoHwaFVc
bbOXVmb6cmKFNMxEwwp3F3LbCncUcoUZFZV9ZGpvYNRyZx/JXxONTtzfsSRK
1QMTpeiSKG06bMYM2nROHLYUlNKpFLmjeE1hVIGMEW2n7Dh4p5a2ZQeuM6AD

uqOEBGxUMEMW+JXmJCGUYOjikfrZyw9vYn4HWczl5NdkZRi19qaq/IGalHvg
H86BfQr9tI7BlkPBxBwth4FRLo+8zl+ODRtwzjtwxWGN3P9lVHjtQPNcR3Fd
OEx8pTHtWfz0c0qyw3ROK8Vx+TC2uQsbavsm8Cf/kdBV+en6ZIa2alKE3O78
3PG5/59BIU/0ANH5vapgkPi9ymBITxsz5C40Q6HHo7SYkYWIUoAE3u20r7Lf
Z+fta2MREnGnBL0CPegkHdeq69Rxum+FI0eMIlrhafbZQbljB5XxalLrFqxJ
XlLQaQQZZKYvZHU5HRkOThmyBmLE50IStGXFiN+RGaOrFGR5aWZHD+S6xmo9
JBeWBfzyyl3Jm9KL9RCX626eMTDp7Ea3u6kD+UPW4EPrZv0pYLrkqquu5LoG
rl1YFQyHQ5UL+cXUteOeq54LOrk7BjZy37nj9huozHNucreQUJwHVaQgXuUs
mpZ7UYBXGojaqIoqi5xGR7TAGJVyTbGgP5qVX55XHj0n97rc6/K+X9qXt7nU
UuWF6ZyXoDQ0Nm6D6cZyXzlX/v0R2N+n+70+v4/g6u/i+OjM6eCScL33fVtu
1ChGjFqj0aP1GIXlxuW5dxsf1j6j/YlRGc01aoWQomwEHyqzqSeRgw/8Kci0
1JTUR6S4wewaGUdBdaRR9ImciF5P+0YUZlT3kaoNbfJc1rKnvwO7/ufYEHs6
5NWTCVcB3bKWqgqkT6jIhCxrf3/KLTs3KOnT83E/r+WNXDg3Ej1Xu8B4iXaF
8ercNdFbjU9qt2hf1b5q1ENHdztdEXTjksBC2VswtSiQfzarICs10FMVMpUc
lKci2YXcYRJWBf+CNtf7/lVdF9m88djjn045ffDvr8WXnFnkc1Wbw+H8L7+z
eE3J/Ks2PTDt02caamPXuF2ZesV5gzWPb7/gtlJQrDAw9cL5869+/DNXlJUn
l4Od718yuWj65PqzVt0784E9kq7eP4q26jhcP+hwXPjhyU0QRDnE6SoNUu4x
UjKX+oPxYGtwW1AoQgdHfq9SHcA2dPq9UjCo9nuNyNd+73IdyPT6VK4c8HOS
UYTFhDZYXjwoGtU+NaeuzZCcxO9sda5z8k6/5CN+X6tvpW+dT/BtJnng5H7Y
G1jYRrUfdHEhocEBsj+l/8AFWmrOGIimJ5MBZDfdHbTLp2aFr84aMvsJmRS6
LP/EpsjMeY7G6oKBajpVGLWzr6ud5oigKPOdlYsC5i8/HmIegr168m1kEeUU
M5J/49/lX4QRUMPNiNuUklQl+KWq4nhNU+n1ZTer7i7ja2kFzRpftrGKXK56
pODJmmcLXirYGXirYGfZBwXqMlWzapxlnGNsWZujS7wV7i57mGwkG0VdiYqs
qr1TuKvgnhEC1LbWzrF31i5x3GZ7ijxcvZXsrtWI9tbaZSP5MSJnM9u4kfQs
lY6qvSNJcYmoFlXR/Jxofjian1tT8kTJlhJeKBlV0lLyrZIbS+4r+UHJ8yWv
l/y+pL9Eu7iEIIwU+5KvxW9Xq7kzrGJAnCdeKAqcOFKcIF4iXifeJz4iviz+
VlRrRbe4WOStZpF36iO+KOad2xUbOYYrvh06YjHOGc+NlhqdPudM5yLnfc6n
nFudql3OT5wHsC2dcYNU6uR8Kk5rzPflx/Lr8oX8ptxGY9gX5sIfo2DnpKeP
qevUK9Vb1YIfLQ7UEvaJPrIlLsVrV9Vy8drOWq72MRRm6DME8ZzWnLqkm7ij
UCFVcBXFingoXLpIsU/BFSniilZFp0JQZIyqPANnsBFrUutRlAK793dHf9yB
XWd/B53RcDXyOR3QKBFGYxgBF/z76XplYP8eKTXEl0TNlB5USUuviFKNoaaG
yntLUiP8aZ3T6+Sgo13mx8WV1Z6QRuIFY9gbCYS1kaqIIdOUCTq/OpMEQ9V8
RSZIHn0m0QSRVAojM9OSJF2dyliNIEu6OwAN6Y4CVbGG03JZuCylypM5xCFp
LSWlp6bR4gqHLHhmm5SpWCXF3Ngnrm09t4+UOeI59XkuT2TsyLozlry2cM3d
DoPGqne5M4vPa2qdrlkxMjuQUVC89vYFk8574ttnn1uR6zU7bb5ozojmCSVj
rhzd3ZB3++Ct8YAUdo5rHH8rqTptcnIFYchNecNEIOpn4kgIwV/iF3ymJFlq
0q5+JPOn3E9DO8nH5A+cSiOSfC7POs3XpT7Ht1y9XLMk83bLk5YnrX3cZuvG
zM2hn2ZuD5uA2CzAGzw7YDeOrx1kN0Hxzoq2zZcBic2Y495mI6c/OiFYVGCNo
jSgKRglViBRn1FE77labSo2ErCc9mML1VHgv9i6jx+fhPMWqdDxqb8yJlu7A
9bC8KtIZSlUZWZXfTukJOqjqu0NenmK9t+xZIjP7/m6pRpbtOrqrumUJMK0y
pHqT7rBc4xzVOpcclKEPqp1tKfmhnI/7Gn66aMvurkt3fueJ5sqRLWqlw+Er
CpZOHVsxfkTbX5yXrSCul7Z+56nvTq9qmji3LiOjpOW+q/4yMlpI+cyk5B6h
GTlvJhSQS+KhO/SP6Tfpn7ULZnOFCJlSJufwFahF5wO+zJ+GjCocZqo+8unT
5AGlDx1nPStGr9LpRC19IDSe4VgRiFhVmBWAKOFsh3xVcnLOPLkCDVhDRjKJ
cD3Iml0xqmQaX0at3pGjSqkdt2J9tcZ2xLjFsfUxLubD9UxcogE2mlQiRSh/
t0o7JEHKKKxcc7Tw08GidLsGe/HnqqD/FtXGapFKfJOuuO6K8QaJrSdIhD6Wc
YJ7ekhUOhTmlOZKS9wzhocCWSDXl6JGFTIJtkG6PZ6UVONI+uc1DYjC3WL7Ys
Di7O64ItiykXG1aalztWhhbnXlpwtWNtwR362+135z9ifyJ/c75hlfE6E0db
saNd1rrF8EozAnXyFTv9sp1w+OqIfJOjl7UoddgUZbTBsw8NPROK6riQsqRu
NKSbvIL/pVIsqBy88LRFo3vnT53/zPzG+SPVuqKGa8adF3aGY6UFjpy2iYoJ
X752gTXgFwItt5xZu/6K52/fe0lpPXGdZ/d68gau/rbVd8/9Gx6PWNamegHf
gWPMBn5SFrm9TmsdbO6yLrPNt85wrrKqw5lHuJe4VO0xcvG/xO/U7b3/h/6DUr
bSmV5Jl8F78oeBG/Mnglf7XhY/2HNnWemLQTUa2O0m7gF3mxQ+G3Axlt7yM5
T7sjFpWij2T26rRqu/w0FrauPZ4RLLUvADqCaGPjsJc1/IZSasedpjJwxYJ1
wZnBvUEh6M9NLXOLUpLpfTIk+1Mc8qOFJXKvUaH3WmHRKSMQHoEyhE15Lnz30DEY
jdLOEo2mFFb7B6hCZn/HHiK90p1a/JoyveHU4tdj9mWCy2rPJJkmdyZx2JCk
F7/R1Sjn00buJoHUaEzxSNqAZmw/VenBwWrjOwaS6unNs2pmVwYn9K3Ycd6Z

**Ford Emails 257**

A49/+41PQ2FbqDQwkny2+fwpjdPsd69ev3rrx8T20QP3X+wzl7TfHaJ3FgH4
BlzzFpBofEY8RpQWXxZnVILKp5RUQl4UCMk1SXqdzgx6Q1Qy6rJ8qp8GSZZP
iWPW7XPXufmncDorjlxhIwWGK/MxCnJwTYwqco0xX2xXjI85HC7ipNVWlOEu
dWbmBuNoB9flxn63q4AU/AYgN13pebodRmL8zQ7kkL/R6825urT6mNrxWG5x
qV+3Q8fhpKQr0q3SrdOt1ympMNIpO3fo9ulUugx/rCjGFcZeDWwmc4mSCiXd
KJXghIhssUba072nG2dP2fWB9Hl0/4+x9ZrnNX2AVV0nS4MoLSLnpGxUwgmT
ar6onaZ0iMtKMDqkKnBNVsvheqyspCy7dIiJUo6autWqtDlsJTayy+o/c+C3
dWXWa68lbz596UXjRpWOUgo6yeHN5tbyzQMXne0M81lZxF00gbtudnNs3bYZ
lQUN5QG1x2S0aYxFZU9dNJveHW8ZHM2/jSOpCEbBBPJmfFpY0hrr8sPXqK8t
uDn3GWGTOpG7sXBF1mdNGk2JukxZpRzpn6gQcdjmqnN9lb4xvhvENXl3qx8t
eLRRGx+T1RDQ5zol4KtVWdbaXH1MV1tqNnNnyGs/F3b52ri5qjYeyS6tRXkN
ic1ZWlRLauX7OM7S2j5eiNusKZW1t+J2nc4b4/h4bEQp38d74jrsxyNuj6ma
I17jGHnAmeuoHddgmf1jyJgxzuq+5A6ZAeurSXWxc4mKl0t8KhKjcxyvjOfm
N8QxERJjXayBGBt8DVzDmIBEPSXZUyJGySdxUh+viFsjpUWYFVdKjKW+Uq40
HohE8+n5fOibH8/JLc2nSy1j/qL8m/L51vwd+Vz+RS240IpK8qQZ3VNDW13q
78CxnKYDHd0HsKf0y95UR0SHc81AVFYR9dPFV3otZY37AqXR9v5oR2oxlPLe
BLV43WGsP8qQvb5SZMfpBwQOPShgorfy5E6FS6coVS7I4pM80KlEZS+pKHak
JF3sWpR3V6RI6jaHKhWnWO5wfGrmTh9FuO+Rkb0jLM5FW8cplxSMqqj9wS8n
dc8/Y/Vjl++Y3nz2Fecuvfri3T0d46pbJ5XXtBb4L+wKVC1/8Pr7jO4L+HsW
jsgpHzn35imKkblZhVxhfM0Z1wdGjJhWVDg2I76k+YqiEesXXPdK7YV9ty5a
eF9vfdGXfzH5ykqmjGvMMGUiN4bRAEKlrCPctQmUyX0JbZWssImNLytV/D/2
vgUwquJqeObefSX7fia72eze7G52k+wmm2Q3hEAgG/IgQEhiCE8NEvKAQEhC
EkTwgQ+Uam3xSW21rfWz1vr5WUVEPmpba6m1LSi/tWqrtX6ttmrFWmvfZvc/
M3d2s7sEAUUFyUwyc2bu3Hmcc+acM3Pn3m3s_ acM3Pn3m3kuDayXyOXSmUWmVcmgcWkCwWc
ap1LF5AZvqP5gYbLwcjocWr2cS9G9C6fx+lyuz18TrXbbfc48/Zxv450uws8
zoDbjXPIV0xgeSN35eVpNOpMhTMDZxSZjJG82hpjpGFu2BiZVWGM1MF/1QxI
lJZB4CuAwF8MgcsDAXC3MaLTh582Yq0RC8anjZzOiI3EiDc8VoKdJQ+UcMGS
YYKI2RVkIA9BVTSG2mgMFdIYaqJxoITGEQ1MjhIkGnNFBT6aBR17x4eDvsd8
h308yXqockaYxjB3aAydokUzcvPCPmtxi2iQEMYCDqX7KzpmdYNggyUBkW4J
Vy0+WqcPAcBMAQOQZvNEgGHxgXMemcHKmjzahklVoyEP22jKaFFDCkSuhjyp
1pBnchrCvHmmmnj9y4kQxJ0jwLJ+4Fg9e+RMtpzJA4H4phes/PXxhwRinq8C
/2jhZQ3LLiksmBX1llsNBn9OQXNAa5wZ9c606n2zpc3jvz+nrmfHHdGb1lfI
PR55nq0Xf2NsZl5lQ1TZY3UpPB6ZYFnP710XVuSDZVEERqZbOoCUyI5ejFgc
l+mzarR6ZEB2p15n0NllWR6ngZiULrXHqSeAO9vjtH+XvoomI/uH4Wnh78iw
LIKwyi4z6DMzCA7skCuu4iJ8oUqlVTvVnLooOysC1dNn8jMq6CN6wS0eLTFm
0TgSLC4NP5CFd2ZhIKXL4rIuijaHJzTscpxh+MBhyToqHHsBOAxxysOWW7L
YyB4gHB/76TCRyQbrOKYHqo5QiUJRXXq465UPANOvbUrzo1EVqw4WFIXlc92
mErmSAdoRiRybnTmeE53pcTj4VxZ3ZwLwHyYnX7Amwdmpw7BYA0Ea6sM+AED
1kqRDOmcUp1Mp5MpQcVT3IGul1LcgerXARCxuOFOmTQTxZW2kmBGKWKGRA8V
h8NKhiESR9yAogeUeKcSI6VOySkvchruMDxg4IOGGsNOw2OGVwxSAylfFg6T
eG9xSVhPEUQYPAVDFDlxxEA+PgodD02gofk/FyQGzz+5mgweRt+MkGwTaNFG
riXinMthg8EZyXRUKrTkUxCNTiNMnEYZnlZp9Thhkff8Hlexx1kAQMTkqvU4
q90urcdpdLsjPuzyOH37uBceeUdm4kqPcybAkSL3HI+z0e2Wu4qn5cmxxFFd
3idx9GVmSuSoUVY9s8BnMmY2RUAnUWW42OEKo6Y7mh5oeqxJ0gSGkkardWo5
bZHNCmLLSmTU160/sD5t5SPWnVbO+kaeq6ikGC4V00vFPyh+upiPFO8s5orf
QNpKZyVXWTSnlirwXFd4Ve0rtdwdtQ/UPlbLByE4XMvXWuc27eMWPZRHhIpf
tIyoRKFKsHo8HndWtxCzaCPRemynvIY8CdEdYY8TqwgR/OKjKCZbqHHrCZbl
5CrVUlmp1+4tk5Y4sEyeq7Q5sEodlJU7cI7KIZq4umpx84BsHKB5HVsiBqeg
yBAUDp/UmZHnQ0KeQo6JFAMpQxdInlVNrzRxMpVHFVZFmp5TSlulrYqWjFbl
Y03S6VyrrFX1b5mEWGcbR8RlURM5dJBLEf2Qzlwj2xf750Mg6GgM4g+syncS
sV4t5kNM01qlmNay6zp2H8Qk/aCyCk2IXCyus8ziuur4ApFYjWxHRH4UA/90
4ZUtK7bmtd3U1jVa7Jsdza3KMZj8uf5lxfqs2qjdV6w1BXMK8oIVcM1B5Ssb/
rYs66jqWrGhbfs2u6OUDYZCTUl9OF77xkvq8mppoZq8tn8wCd1k7vnFbxGN2
LohmdtfIqDQd4HRUmoo6uxLmhZ+TEJ39+sPKqgwZLqZbdAsq2oqxFPR1voz/
Ffcc/0sbb5ZVgCbnn8O/zeEMWg3KDQ36nRpen839H+wOtAufYTR6nVtTfXtDZ
blcm6HOqvwWiv81u0Op+tztPELRaTaa1T8pL5Dmw1H/oMNlejT0cWZJdgbfA
IlmWSTW62WwiKt0EvK81YcH0tlkzEfVuAtVuIqrdFKmYBgFoZBOZGyai5E1E

v5uIfjcR/a4zYRNR6lpn8QPFXLB4GKYNaPRiptFpDJUUM81ezDR5MdPwxUzD
U5xoQbMX28XHjUU+nzeh2r046H3Me9jLe5lq9zLV7hVVuifstQYmVDrV6Lok
le4nu3wTvEWnIzsuBzdsBJVefURU70fpdUHU60Jcr2uJXhfiel1L12REr2uJ
Xtem63WwQkfIarNzhOzexbl5EkY+mmd/1LS9+dwLTTpgSV9Fls7gty2Z76uI
+hh7bmmZ27ug6s7ozQNUredbu/Edo9V5F0WV/dPlKWwIyPRF50tswIcuFMRj
EashqCDLUaQnC1KdXmYMwrKVrEKJKlKylSjT75Ecd/H2LLneALpclu91KmVy
ja4QF0ZybIYycVeojO0KIdH1KNCwrexwGVdaFilrKxsuk5QZmFJTG2AFU6qK
qNpUj8HSUqqylrZsFNcKFNUqcctFxbZcVGzLheCRCk9x24gWLROLlrGiZUlF
/84ekR0RdT4hZ8pekuANZDus+X5vrteXH8gu9GGvA4IiW7EPF9jzE3tIVIyC
iJzpidTMDbtJsC17m2Obd1tAMmbaZh3Ovdg97Nvmv8p0nXuX6UvZX3Z82XWb
527Tt133evaaHvUY6s2Y7ieRF87y4w/bEvTNM4ung+ILE6/PEj/rAdyAv5NV
2jj+J6pz8efKQvOWrPn2snP/Z93CuvLKJaunucNV3khv7fnRu5rC2fn5XF7W
Kv5FYolc1CQjEY7t+xf/dJHLdtfWqo633l0+80aioRfAYncQOKAQ+2C16FVW
KU0qHTUwiGUM8R8fyoHFFLMYIL5st7OCJnMdYrZWR+OIz2QJ6/x4l/J6P6e0
qvVhbS5yoEJnrs6hK5RhsyUrC7nudDqooZP1hDOXGjpuj7OQcFOuO7NcG3FU
w3yxV9Zo1xARhQpljtxMbSfK3I/PRxJ8/iPXyw/LX5HzwI/7l0pUqM1ygu1X
5HaJ/OaisiRMnzg9ICOIT55MBkv4MRcejh/m+3VRi7gOFS0dYKD33us8ckT3
qmgLVpPTJYQ55JQ56CaEHzOriL51xyZrfBOXPaA2Z4kbf+SYTgXd7SPqpfO6
2ul1tSUVLfJMda6t0CxguSo4PSqf5Vdkevs5bz17w/kNNXXz6yUyi6uma9Pz
06t0OVYeVErVVk7aZrHbpERbnBN7lXsWaFTO3Rs5T1lq1tVIdOpCky63UCIz
WUxP5D/h/ZXuTd2/dPJCXX7RdN20oh3KW9y3eL6t/C/3PuUet1KqkqoVhWbV
XOUClSyijKg4Q7kT3cY5MSZSC5NV/tfpk7aGiBHdZghCRjj4V3+203pbjtNm
I3YiFLnehm378PqIw3qb5a8Gg9TrlxscXoOSzeOIwRzG5xpgbfPKngyTbDEB
IpkZJm6xeFyLbhIqtWEx5SJrncgMMM6cGqyxacM4GG4Nnx8eCm8LfycsCxsU
AqmEhNxi8alrBG4WIZetsCC+x1iAC+K79AXW0PSNorDf6CcPZCEicuFhhQBC
mByKjWTBLYqIKa9GUW12Q2DJhySMjcllkCUb/z5Ctp/jt+YJ4nrtlUgG1JG3
Eu4nI3kIqqAx1EJjqIjEuxN1+Ze/6qdnLq04UpANSLbrIdDlQKDJgkBtYUcz
Uc0R0pDD4dDWOPbFfveQyiTGUILEu6ELUjL/S+SgsI2QFmpAwpKHVBKaooX
0b1FljXx58z0SLQ2GMnU1wQjGVoIxPOgy0khsRRpOb8YugZT/fBDYgxDBcWV
XwwqDFK/iGQAkF8MWi1/X+wvD4E4hfjVR4gktoOsnbDNlqON4kHRTrK9kvSg
WpIQZjBb3HziGbV4Ep8+oyZbrtzNWtesK2sLZ5gE7O1s+eKSumGHMs+Sp3MV
f7WxdFb12i8Xz7nlC81zc/QGSzb/w+gPv7i20pNjLfzJ55e07GorUpbjtu3b
ZxaVNs5dN729e+A7+Vqtm8g4b+yv3C7JOLKiWyOancqdKo4GShWy7sN7gT4S
k4k3X8lhmaAk3/DhlSMZvRolOeSrieRKlXtVthwskSCt1CnlpEVGi3mLyWSM
APaNhKV0YP0HjY8ZDxt5o9VGpIu4SQ2mxnvUmgDzgRwsPQJJVDP+aid5Ek33
qasxfUgkHl4yuxNP56hgIZud5Mjfvpdf1np1tTMc5+xdfpE+c+uID86RjEfv
7R7/wTnB3G7LY92zXLvwv9zLD2whY62JvSop47+FXPjG/0Ue6N3dYE96Dnu4
DFWOqkg1TyWpUn3F/m37Prvkz/K3FZyLnGrIIwGsSI2wHjVKfivHMTkmS1G3
W1x/OcimkFsK61Brb4YyU4lcLkCADMmKmAZ3yIh5KAN7UQYmooyYiDJiHcqI
YSgjhqGM2IkyYh3K6O6PDGtlWJA9NeLOQTCfjZMRUzPQQq9MDVqKHWYKeZ16
mHVI4t1F4mWo2cOMRBJHrGBgPObBTs8DHi7oGfZwHpPTjM1FWiJoHoKKNcxG
1DAbUSNWRuWQEUzFdzQ4qHlMc1jDa6zulsSDKaol6D5Q8t5P2k4QqJEjiZ0g
YjRSi5Ec2KBvJ9FJMZJYQcvE/UVR3zoQT6ukSf5gwazolXVXL2q9qMg3G19i
LMzx5BZMJ5bduIfs1FzSNq/rijvxKDHhxi/vmeEw2lrxe2xdoY+9Kt0N1A9w
S/cYkB4HyJGkbxlMYQjidKizNIhHa+TyIOmoCWYVWOqsdRktZpaLa1Zy6TL
DEscG6R9mT3KtYb1lvVZPY4+5wW6rYZLLBdnjTq2CBf6dpbc6n9B9jr6g+bN
wD/R3zL/pvy75j8BryxTppRpJDqpXuKIILSVrCrJwJgzGPRGI8rUKZ2ZYFY5
syU+7PMXOH3ibo9E4czIMgrQM6PFmeUV8p3eyL7YBQ/peQ5s6NFIvxMFBH8g
0OgUTE6nYEQZSObk0EqnA5IOCZ/BY36lePYX+A9xjXoDwAadhOckGQGH0YCR
TK8U8J+E/wic4Pc5/YLTQT5RLMGZAZ83OyszQxbgOaQsIRZNQNxorJwubigK
eeKGYrbVFi6JkIdXMCbuOyW4JCvL5tskOPfh4r2RVfphPaf/Li5GAsqIP93M
2JYRS3ycLMNaXSLKPW/JQ3g8XTxyS2+i3WYGbbNnjNut4Nl34d4qMRBf/4gYA
W/ZXdW4ESJ9VtWOheJBYSs7LbdQcDRHA77clnyv2px4vTjllvEOnqFZU09Mv
5LkXVSuO2CvkuYFuXyL+JyiOKovCVJUF/6LPu1yKeTdPBDcYqlS4G43U1skz
y8QUles0Kcf8qqH0n/C/pvusIfxCqUe4Znumozilfzvdkbv9Qpu3EptLpvmj
/7Zz94+3c3ffFhQ0+fl2g35x9Ca8IXtBoSI/n7dmWRZAsq3J5vN8vNlFReP
W4mc00cb+SPA6UHc/TDdNVQRvXW/0TybHAaYj+arm2zLbStylpWss63LWVty

Tc6+nCdzNAXGAtN0NN3WiBrVa2Rr5GtUtwbvQffYnreqoVZ1UK0KamQquVNm
tlqcZh15k1riBPVqdJqKzL4Cj18TDDbarCabzapSq7NB96pXImxCag3COC9o
s2rUKiQ3+4LIQ0BYx9s8b/qvd2g9bzrMJlCCUpkNKVeVvVL2ThlP10VqU0G4
DPhKaw6aOfM+zEeypIWFgi/sq/fxvp/m+ZH0MGgda2kZXKOsRNmIvvYEyoUy
kH+EGq9E+CzUkcMIZN9IfPKRVWWo2qEo8VMOoefQNeKbHZTBPuAcukIncghh
kE4pPiaNuaR3HLPYSehK/G70mfraEvyXsoLyOzbMLJuNq0pm1Ef/1lvWsHbR
mrnh8lkYKxTa7JyCaV7u4a82Ad05V7Z3OHojzvnSzPwAl58vnfXg+ILo+9Ud
59fNaI7UeZXK3KJdhPIzEZI0StejGej/RUKZ/gK/P8BfW3BvwaMFPy+QrPP8
zPO6h1d4Cj0zPPM8EljOmmExa5aQVazbZfM4zXT9wYk7rpF2ouFMoOG0tmD4
O7B8fTPsdWG1fV+uIxdECHm5K7O43OsHgVakhlWq6g2tPXeLbQbbOcwJgkls
/Xo1rr5MWTGz+j5xp8/fCQQSVQYYAH8nbwbowB6LT2+d+NRTz3b2xA1WtHEj
HtmI85KX+3kpm/ruilA4/spZ/GxB/C1TWIDgH3COwkjUVmPVRv+pscyJWhrs
2uHhrpdvXH1TXfOcGqu7QG+rieT59Wr+znHP+TUSj0fus6zktozvODcLVvUe
3mfu5rZ03/79ofByf/m8rDxvbqXGojRkCWXeTWS3YBpgvhYw70WV6I2IFsm1
Dp0cpHFQEd8j6HPle5xON90pcLutHqfD7dZhVZY1vzCkzfaHvCbs1ezTFvh8
Op1W5nQ45OT5dX92trWoMJKP89/AGqTVAWZHVJXxzYEgYN369SpcBSieXjUJ
ijvjOD6SUMAkpGh+lTE6w7S40C+dprdU5Bu8Zd6wsdKBys1BB7ZkTdOHHLjU
AoG4YSou9Nnz52QqeMXNmhBR3Oy9DLiQn1eR9DSaEkRrmh21zLdpBgZw50+2
elfNeEFbGIja/f4MWXQc8zlZGmNu1XlFDj4yfk2XjTxykReYu7jNa+58YESr
+88lHaVOzuOR5OWYzoHMR3Jysgoser3KWF96HcwD+kQGJKAOfTli+u0JP1Gw
u5FOlvxEgXy8khOfGIgPElzigwSl0RJmjxDIg4KIGdb3TsOqiWcJvJ49WPH/
vZM+HTv6ocHRjwx2Jx4ZgEEzyfOSH0nK8RvSZUiJhD0y8srsPrx7d4ZVtR/f
hb+IxJO246hmIXk3KeVtpFlLlsyCf+kyGsE/yIrYfpyPd3HkCxvZ30M8/wzU
tx7+n3tQioO69xB9w4m8vb4r6sEvQVmdeI/kD8e/R/KHfz8rDUzcA0bIMe75
20Q7KLofN07coziBexToH/sVSffojnnPeOIeHfrzfp14jw71oRWScyUtSI60
KAs5kQ8FYf7WoLmoFS1F56M1aAhtRtvQk5HutQNtHR3nLbvw4unVw2MFgVU9
nuYmlaI+IkHkw3B2wVMd8HgC1fwye7jUpNNl21vmXzAysrqvce6lW6eVD64z
WNqXcLIZs5eAd61c4bCt2LpuxYp1W/k+V6amqKTE6+pDwZcPVQUPHT5EVFMw
GNQdPqQ7pK8CUHeIgMn/tBwOirHuKbF8WuGjygMGTG4X+b0KH4uNLM5icfy6
PC2Nj3M9PZ2fVn+8Pf7Z0nC49GYS/CNUFirzEChaSX6j+H9CZWUhrp2E4zaS
wV2ZKDt+f2m4vJwWxk+Sa9HzSPgPUvhmAvG7lCiFVPT5UKjst5DAXwJgCans
Igjw98qDFeNNAN1SWhrmBFYoKgfgdXLbr8Kl4RIA0n4hpAwESfTnaBMO8R3A
Izko91GkwN3IAuW69+hMqmwJCh56CShx5GXCYCY5Uz+VdOUupwJPryOKH4eW
dnzuc4uXLVv8uc91LP2NTF+zbFmNXoZfva/n/PN77ruvZ9VW9qnvt2BK+K/jz6
xFUlZIbmou3oj9BuFvLu1iHDPtwdUWo5OZeFtSqNHqPgS78pP6T7zQEcfOqp
8YOhstJK9u6bXpSzvvwQkc+h0B+jc/JaVBlGpd4eMuAyt1zV4Ngu2M1z8Joa
ldzk3DL+ozqDA+HoX9B2rIEWHaj6kSzO6ABcGKHZR+Qcp1bJ+ax93OgjWK3K
XEBOr8G4jxws1x2pwsC35UHdkfJg6BB9HRTLRbHG3m4O0ZMjoInFk+OVWFMS
1d+Vc0F9eHFZUeTxpfULhyovv3W22mmWcXj5Lw335t3QG65vV/8sWLFo1UWz
N0gyfEoeevdXoAPpnQ9d8LDPi71GD0FJZrZM5sg1GnOzEUmW6fXJZitzcHNM/
vfg1L37Oi3/ixbu8d3v3evnN3h1ezhsxthlXJGXmjUZOzQNAoCAFhJPqqYGeo
kzqYRsEQDoaCR3RPVcF0ImPTV3XGyUvnS/ytXt8kA7VgzfDqqw60mLI0s0v9
hRUvL8kuqStpnlG44qGWGQ1dV+Nt2+bXLqvJkBbnzSz8RiDHbPKFiitaNXxy
/fMXhWtgpG/BSHV8I0ik9kgO99/8d3mOdzgFbSmofy15gM85sssGoBruie3e2
w/5d4EhAEDe612l+Tl/1ShhS56GXxl8+Ug6MCWTRPdVZHuws1x3qLKfUkVtE
ioi8yvaYmHY2Yt2c6BPWG4eu37j6sprpbQtLOmYW+mddvfoiS8EtfOMNVZLK
xsu3zq/VZ5fNDnmq/GvDXg4PkHnyOvTaxi+GySGgugdzKMPq+iS4UjJXslTC
S3KzEMokmaqsHKtEJkNODbJogI2pmAPmEXure7m8s/MIsDMG202e4J74vKrk
w+LRYJA2tp0LLtqL53ZCVzWqbO3zJouX37Xrn+6vMeZLzZvOh7OmRi50VM9Ze
VFfd3Hb1bzf3ceNPP6f3f3F0B1tqc2Ov8N/gjyIz85L1fOZ8ZUWnBxsovJmcJ
uRz63r/Lq1JavGifxEQPXEHfOukL/ES7OiTkFUe3i7xHMpvLcmk4s8khoUgs
keAjbZd11ftN09Z/Y93gXQMVlQNfH/FNc2k5hd4ZdM2fzWcaHH7+SPHCvo0X
Vq7af8OKFTfuP7/rf3cuXTRt7JHLLPMXL2kM/PEPnmXLO2p97KQAb+efA+kz
4xGrWmtwGjgD+c6FRQaWkgyUfjFbIkNWZ06mmRulU75MYUc34AfjDwc6Xn4CF
0EtPgGwllYuPe8lrYGay+ag3OTjyQkfzwtU0m6m8Q2LdQyDgvS
UCSPWz1nmsdTUTf+tbxISCAfyEMR6MvdgLlCdH5EXSB3S3mJROt2ujk3eXHc
SpYBqiy/XG4hZ0+ErEhWW5Y0K8ui3897kENi2l0gQeTzFnIwsmpCILRqxp8C

qneGQkE9RS7w6aEQFSL55eSzEXkVs3nAKaBaw8l9s6WhcgdH3y418/Jps1RC
/fsvX/+9jSXOiqYiS1mo1CxkwNq5uae2Zcs5ReGh72x9ozIU/Z+ySx+4orvc
3xTOVWSX5BuyZs6aWWIvmtc1LTKw8colEhSLodzoOv5q/s9Yjiyx96M7UMaD
SEMpX0GuBqPD/Ff5F8jLZbE3o9eRq2jiKnsnn5OR39uH9BpIPyNdCyanMZf8
UtUfYXL8CNJyZIqtoiXY10HgDjNN22O/56+id1jIb1slvtIgQ9loshbYiSNI
A28AP5MvF+XD6qMFdaNrIvPP1S1Z0qqrmxEp1ckxWliky8zMbtPphN5svbbV
2cq1FsFyDwmCwAnts2a1rhSw7sqF7lbZyiv8jVdUVJT6sS1LnunMyAYiHYge
OHCgJkSE4ZGaAwfGDxwghALx2PnUoQPjnQcOkuQB+NeNHzpw0FD1MiVfkKoB
N2ExetCApys2MVEeP6wani0h5MyCyergE+YqEaZuDW82h/LyCOXJBKMCFuaY
pPUiSc6MivF/+wpNfPQPvLHAG9UGQ1mSSy5xz2xbvjLQsKrWq8pfUFdlCHXM
ymueVTozM9sgs2Rl4IvGV8Cocq0qraq8eHq1Xco3jPcIZS499niwtaS2kBsa
v6GoNmCFZYU5UFfCDa0+r3ljWyhXqcu2ZthytRJszg8L5bP9bpNHa8rm7KW1
+c98NTPTIAg6q9mg1GflIM0NsLf6Za1AjT6wHO+OLBlzDA1tW7fGUe1YrVBo
LNrVRY7sbK+jsVHaV6RZ2tamcYAvudzrdG7D24rKSgtK1q1bsGDblhKt48q+
1WXbZFuuqDzvitra6kpckJ+tkJqdXnkWoQwhRgpxQnHqBMEkSFAHTEJ9CHTA
+FPiJNONQ3YVAXUHyhmp8icj1LGoxsWpxuZiXAwSRSjOVCAezF4prP5KeJF+
8Xzpu7ze644G8wuMfPR1ibHQG83PLzRKoq8DMfOjqtKKbMnll9eO3LY8srK2
IENf2bquoWnz4tIsbyhHX5Rv5eWqDGWuL1/etNAje/jzeyre/wmHM7LdlkyV
Vp2V51aHptskz3kjJXagI5dTHCkgdC2IFOdMkjb560qBzh2LP7cqZLY7MjId
dlNOaV1hblDQZ1jcOZk6nUGdYTCalZx3znnTrsvQ2/wtOdhkd6i0OVaLUmtS
SQINS4tuJqeiCdW7geoNaAUaRXdGOtZ2d49WO1ZQmq+gNF95rkOKilrnN2rq
RaJvAqKP4lFK9LkrV57bUeLQXrmi7FxZxxW1G66orKytr6+uPTbV9UfPyjSy
6w6EQuNPQZhCdwiPRXNK5qOIXikSm9IcVve4wuutnJDLZnPepJSWZRX7olZv
IaE0bwDq5vv8Jgp7PVF9ccgmu/xyjmu+8JZm86x5bT5tqGX93OkLvN+N/lmu
4rBaqzQJheamFpc0+s4kNPZFSggNJdlFNcWEpoGIPwtWzLZgLSVxoKYoW5qY
yuesvm6Fn9O6XZmOHKNSGW3/XobZZMzNNmmVojCpZSdv6WasSlLXbLBlJIOVQ
JkKSPP4dRL7cf1ek3mzOEXLt5AUJJ9hhOQ4uZ6Vea9LrtWojNhohVigcnArI
yzWqNCaVSqPRZmaqVFqn4M29niwvLBotKI+ISm9UZXLyHIvTrKCCtvwA9TVE
mnYCTbE1GMoOEjLv0Pl16Ic7yNvgGLLIdA52QqbiEt2zO6QHDmgO7NAcgFhP
rhILj75HE5r4MAZ7aZnsTfp4PoTdQYW8sSp6d1VbPl5ixetc9UVRNCckVdRe
d8nb2DRgcqu9OW63bPlSPuv9R+fXuN2mrAyT7su4P/pb+r7aWxIJ/zboocaI
rRAZjTCqgFbpVHLKCOgijcybV1TkzYNRPkL2RDXeLCXYUOUgagjbEms6yMyp
Q5Ak61J3CU/ZhhwbB0liJo+BRKlCGI9Ik5BE4lNNb+2ZvnBsoe8rt5QtaVvg
bd07sv2pnfPbdh7YNHdVfdCS41H4uKuq+ItL52y+a/XBV0xFNf4V5zQ3XbF3
aPjxne1Gi9EmEIqCFpWcxz8PcQEKR3KMEZdLWqRG2gJnAVdQJHV6kTM7s8Cr
cmqoMXWE7BuTDr9MpxlYgJWiMQW8Tr54wcRgHplRog0I+db8cJ5WbS+FUbku
+unOloYdT1w2/jT+styUZ7vuNt85lywOuTPtoSLumsJwrtJde+n+LbB0PXtl8
X16BRf7jZ1besamW2FsaEC37oafl6PORFm0GzpCdrxhSfF3BKxQo4M+x2mx+
vzpckOtC7HwwOclxh+sBl8RVJqsVnyAKMt4v88vKsVdty8iwqXlTubfAWQRD
e9jkzQWrkY1QT3cRjtBNhM5O0PAgSXQvM41yKESN9M5Dh8hCiBIp8TkJYkfS
DJ6JDIIA8j0JIKob73YX1oecEq9Xuao5qLB4HdNn9ZxTY/UUv3952Uxnhipv
RjHf61YWRs6ddSPn1AUWzIzOXr0k+n8uf3aGfca5s6M/cevyyvK4G1xBh8Yd
/WNpS6WDYeYSwEwADUQq5RKZx0teSRe8vMwr86pLXJYcUwInOTow6mUyo9qL
JfkY50t4Y8DrcnoABXssRqc5kxrMcQww/iTDP6h7+QlRlnbqYJVyiA6dfkiD
DI2O3Jw05qRBF65Yx8Ncy61YGMpR5s0qG3+isNKllQPR80NuTbBx1ewdnKJn
TbS4ckGxKfr7ArA03G6Vo9zH7fSV2ZXu6Jsz2srMiM22z8Nsq0DLIr4wTDWb
4MCOIpPVqjSZKtm082XnOJHVqpd5AxUVZQGYeg+b9F6nCyZe6Eh5Yto9RVYF
dOZRjdB5ECibOv/YO/HE5BKfY006FxX52VXNqyP1gy3+onL3eWW5Dbmz5nOa
6ukth4dveuG6+rYbf7p1zqqmsDkrNyOfu2rO+gWFNZvv23D5N8PuQXQXmt6HC
/Pyi0re9/vlX7l47/OMbOwwWQ7aL/KwCzMxfAlWr0pOIidsdCsmrSj3+IrtQ
VVrFVVWpZhoyVCZ75DjvvqLJ7EZLnmw0up9sExHykNEMWcpbLE3YrDcmUxUGg
5ksHRHIS6foS42v6uT9GxmlxzjUTVIAaTE4I0xrvVjvDvvF/zgpnOqqcXc/nF
FbkKfGVmbqiQc5dOz1VohTL3+B8D4RwF/mX0/xWF7Jlu9/QF3DW+kEPtBm4u
d0XfwTpf2KFyu9VCKH98sz+ckwGwo9yLg4TmsFTmZgEectC0SHaOVmt2mjlz
kVzDIblOLsh5uVpHhdMeLof8ysfEeu8AWe8dKCvNS5mKE0PgZo3/uqBC0Dhd
FfkceVKIUQnTCt0Z9jBIouKwXeF2K+zh4vHNpNdxCbQXeiKgmojVCasGuSul
Ozjelb2C1cs5EZEm4weTekNXCKFDx+iSJS46Pv/+VUVVeRq9Z7qP66ioL9D6

Q+XNg60hvc+tdoa83I6Sihw5dC6nonh8fakQaO4jvwJGvqDVB70rQT2RaWos
L0Il2dZiaU6WTrCUWjiLJb804MoXbDmNCNb3JbYsHgkuJ/TYmq0VMv2csxhR
EQ/qFuyoA+8fIJZUVhWZ/eUHmfDrfCoEWeMEq3gSZnBjN1npWFJZyMjfg79f
OE3QaJzlnvFfFVcJKkn0Nnf0PllzS/T2hjlKoTKAv/cG/7w70xb0jPcTZnG7
lbmhAu7x92/lZ42PLoy43fULuYvyywWNe3wP2RF8J/ZHSQ+M1gOzo0qjUDWS
38niNECDCMJlCOuAShxCdq/Hom10Z9vN2U6LXetCGrVao7FkeuQuWYZTzjYI
DujAiCTmRRV5M5/Q66mDsCKnI+7sPNjZSfcUcYJcMrPenTJXfCU88A+/S+Oq
LsFr6+vyx/0az+zS6M0Nc9xZ+XlOLf48vhXf4Azlm9zuuqb3v89nje9xV3iM
MK653K2u7FydDJOf2iKznj8E43KgQtQKoiyiBZS61X6nTOsgRlaR2qBAap1a
UPNqpzc3V1Ho1TuNhP2lCqcsIb3pPGdGMJ1LuyISZG9/+mNDX7oqEsoYJnTe9
aPx5X4VTU7uQ87XcMFxXtvbrg5tCK/pNpW0zfffA1FVBn5SOcAF3S33InVPT
N39W/8LA/P61JfPKc9goJNdQ6gTR5kiVJxfnutyulY5ck8OR6/Y4BMHhsEVA
X+flCzIs03qcHs5TpDbC0LA635sLzB30gJYigswhwMhcZGjEuC8XRxc6Et/R
Odh5gAhwsrdHDHowBXdccoA8V0odLaUcHa5MbiRPmzAZs7iehjFr8iphzAVh
QU24kfMN3dFfvmndH1pbopdE35wdiiytsGzYXHaPP5STyTHe/HJewK5yexu7
Z60Yc0X3beDd+L75nuqFBZ29MBubYq/xy8BSrkc3RpbYsz06tNriURQ9XA1
J1RHqq+vvqP6cLW0uho1hstCoewIEkIYh/QhMCAiVRFzYVCLNVoH2eW0m2V2
i52zS6u8heXlJYVKs1eq0WRK6bYL1WZxndYpcqz4JJMaLkeIUqOJjVWAokPi
rrRxQoFViAqcHNJwSLLI5oO4imXfiXHwImPI5ofO29Y8e2VjudFq9/kMs9vX
zFy8ONyxbqi/wJ5nkJav3rmy5rz6MrPVocn36WvPHak7f1FZW9/6vrYy7tE5
GxeVWGyWgC16b1XfgkBzjX+m31MY8toqwiFr3WhHqSnbJAh4y9yRtsCC6tLa
0vyC0sbVgMVcmA17gI+caFVkWu5S+xr7Zjvfasez7Thox3Yz2oFxBOMyjAWM
AV/0kwVFWmTWgVDORRa510mmhk7t1MY1w0tEGh8EvnmZbnDrxIjp/VQ7hu60
ufV5/B6fxB5eGJ6rFGaUjP/UN92t7yidW54j8fFf4u4vOme2d9xXUOnWAmM4
gXl+U1jb6iWfpcfIEHtNMgr998HqwGU2Z3udPmmjzlnqjDh5p7OQfOWEyy4y
aswGlO/0Er29254BdsohUV3j4EFxp3X8oI4sWKGXoswVzRB9wjDRi++YMjaX
jHorXNpnfrLmjsGq2W2cu2nWpksu26pxVxfjjfweXf7s4mjXT38SPHfHMvze
rAq3e3ZDVHPhRbt24v8qmuUzkHfQc2OvyTKprX1tpM7lKivLKvQVcoUFRTKr
wiaX28rLpY1FBUW27Cyn06bTZWVkZtpMWsxpsVarLMqyZRcqrJKMUqdeg1zO
Mq1ABiYnAzuQWLVT1fly8CTwaxUs7/SwXoOh6kH+klySB8KYyOBOuELHruHJ
N7tBx3gTB4ss5GQREC4pOW2aaLDJMo3efI8++oDvjeg/fNFbdeUC/mV5gUqz
59oZGqvDa8fv15RmqO69W5VZU4brgM/07srC95/k1o/fwl9e6IZ5brLqS9zR
Olx/gydoA8Mly6LyCNE5+LbccpPTQU+NGuiKmNje1xBMyYoCgZV2h8kewHZH
nsMukzVhHMBKdUCNG5Vqk1KtUJqYLW5Bdh15CdXtEOxqizIDy5xyV6odTlfC
gAayGCb7jIRtD+2YWAET1Oh+c3CHQke/j6bHVXTRG0cBOXrDJ+1hVfBeb9ze
ILjirfqM4Il4WdHqqkfV7urg+P+WzcpT/dlZU4r/LXiNUoV6N59vz9fb89xu
vmNp9LfRn/qnOZQg/LHOFfa8h++onAmiWqVVKG2G6PNkP5Zaa9JvcI71FYAe
Gfr1LxciSyQTA38rzDBVXf8rMYNq82N/BZR2cHdyV0svR3J1JV7EFUPOMPcg
N4PmTGc59ZDTRXOqWE4j3CXmzGA5NZDTLR2FnGqWMxNyNkivgJxZLMcZ+wu3
gztM2+qIXQw5G6GvM2nOdJbTADmraU4Vy5kLd4k5M1hOBHJ6uMdpW2JONeQM
cv+PtgU54heuFNdIm9EiNBiZ4ffXBQsKzNhdFDTbjOoiWxD8gsXnLFpQp53p
nMnNnF2/oGGO32IscNaZizLdApbJz2me6QU9CjxwsCZ0qDwxa0AiAA/oXjok
LsV040/pDoLBYqCbWdSCZ/tTFnOc7tPYY9BJXgAu4Xyi0Mua+Mp30vesZCZf
w5xad3FzdVGmWWHxCfQd4YwMf07BgmL6kvAMm16q1KsNjS0LsrcolfX0s1fl
DXrl6mtnLbN4yevDBVVunT1YnVf/9ehN02pcKonHoxCsffgbY7kO9hqxm75x
lLWO32t1GtXyDJWM/8+b/VabLz8/t8DaK7HMaL+FfCcLoWkJf8Mk/hnR4+9x
Xu5n/Ag/ImmX/Ev00qpkL9NS/7zsefm3k73iv4jPqCc+M5i571heNQv8W+o/
a76vvVn3hsFu2Ee8sdL0I4vcIs9SgP+1dav1HdufbX+299h7crs+C97hcLx2
ot7ZlvCbp/yUn/JT/gT8DR+L/+8pP+VPQ/9j52+d/5ryU37KT/kpP+Wn/JSf
8lN+yk/5KX8iPk4jPk8R/j8fkPRVVP2VXP5Kk6/3d+u3cgKHPKxGrwp+Wn/JSf
3RN3AU+FZ5anfAxCzz2LmO/M9Xi9PRf0m9/cLmwseLGos+T/2/e4
v+f/XkAA/43i3+uK5ShDV9o9pwCeZ5/FvFwcZga3/RSgb7/z8+2xHgxrwp+
EfyXgnfEfWnzfU37k3o7+e/O0jX8+8O3L9e4j89cIJ8W7+s/HOJaRT0ttkT

aczZLUAF3J4OlKJv7HYNlKMD9m8FydEGiHgUq5cMMzkBXS+sZrNZIpD+Lf6UE
egZLUAF3J4OlKJv7HYNlKMD9m8FydEGiHgUq5cMMzkBXS+sZrNZIpD+Lf6UE

q41PMRgjrelFBnNIYg4ymEeFZguDJchkdjJYilTmGgbLkMW8gMFyNDNRjwJl
G3/J4AxUZ+5isFrOme8in5yQ8NCWxv4EgyWoxH43haXkvUn7ewyWoCL7sxSW
Qb4s18FgCfLaoxSWE7zl1jMYcJXrobAC8lW5AwyWoEBuM4UzYJAO3stgEf8i
LOJfhEX8i7CIfxEW8S/CIv5FWMS/CIv4F2ER/yKs1phyL6RwJhm7/z4Gw9j9
11FYCfkG/68ZLEHl/v0UVpG+BVQMhv7436KwhrwzHpjNYAkqDYj40ZF6WHkd
rUcsbyQ4DAwyGHAYaKGwifQncDODoT+BMQqbybsJgccZLEHhgIgHCy3/dwaT
8s9R2ErKF3sYDOWLJRTOITQtXsZgoGnxdArnUprWMxj6w2jnpOWvYDApv5rC
HkLT4vsYDDQtFvFWRPBT/AKDAT/F+yhMfn09swQxmNTzCoEVSfhXJOFfkTQu
RdK4VEnlVUnlVUl0UcXp8m0koHJUispAdgioA61FvRAvRENoEP7H0BY0THPq
IDUCMAm7IL+fliiBK7VoALyA2iFvDdw/hkZpqhfiXih9AYQ9tKQafBOkVkNu
L9oMOa209kFoN95OM9S+BereBPUIUO8Q1NmPugHuBngYro0k2hESvS8FOSog
byJViQK0D11QwzCUFaDdLmiH1NGN1rOy8yG1FnLJ1U3Qx9HEmAge+uk4Bo7Z
nz6KCwHNgfRquEJyuygmUsco1jPERirQVjbB1W46XpLqg7o3w70jNGcTlOqh
mBMgP06PedAngp1+et8gxe1Men8vLdGLNkCbBNM9NBRYj+JlBZo/CjkEf8MJ
Ck6Mg1wfg170w52jgIUOgDbQewTUwsbSDmU3UEzGx9VFe0l4oof2gYxiPR1v
34fip/SSM47bjzkAD9ARF8Dd/XSEQwm8FqIIFJejifFWQiuERybqFWudqLMN
LULFiXoXQslPdpZk0v+pmXKmzJSj+WCCSvWUEzZD2UHAB6FjH/h+Niby3eBF
tK5BqKsX7hK5aoTigtRKqLOElh9jrTfT8ffQ/hJMl6EqoGn5JLxPxrwJ+jFM
RyiOtY/WOkZpt5ziV6Bcv4XiUxz/WIKm8dICbV2g9fdSzu6lPeuh5YYZ7QNU
HgzSdobpGMR7u1kt8R530bqHKeU2QKkxeo3ctZr2I07LdLqMsTtELhk5Kqcv
MYZAIj3BF0djZ5ime+Aegt0A4xEyF8V2A4l20kfQT/lhM8VTN501k+FsMxtp
P51PA3TmxGd5Ou6HKAdsoVKsH6RWMp9OXrvYhw+L2+RZEOfNEcr3Y5Ry3Qm+
n2wE8daP7tfMJB4gIxHHMkbbi8vFETpztlD+Id+dHKTSouuYIxV5ryuFq8RZ
P8RCcVQiTOTPMJNCpLcXJGabWA8pSWTdB/GoKLEHGWUmao/PkH6G5REqF4lU
62d4LqFWTlxD9FEdMkBHGcdyKicHKGW6KNzD+OBoaZY+EwqoVCfjnIGC4Hup
NCZtrKcyq5dStQvyCIbWkPd02bUgq/P8NAlZyGbvhLQYTWAs3puT0UEnKPMF
e1odzfE6hNwEN6+DPJFOca7ppfpygOmKCe7+ID0W58pj6zJCubbEzBlNshlE
eotc0MvaWkN5eZDRPUDHPMJ0jCh7iGToovgX6RznY5GvhpIdIrYwBLWKOmUw
wSldaEKXp8uzj4EWCQx10bETvPUzWd/D5mo31L6BzZGuFM3YT/XXKOVN1sdj
0xYRrZeizYHahUk46qFaZiBFzhw9xg+oDwmU48l98dKTS7dAmnSL4z797gFq
LfanjTver5EUq04cw4QmitOQwBuoxumHvsbTvUkcQuSWSKFRqG1Cw4q9Xk37
0ss01aYELZNliUjDIKP4KJ0lA4k+xOd1Ki+dOFaTNbw4ymRNk8rTE5jYTPG4
4UPSMa4NiCU4yDDTm9SDHhqSNifwsg5KdCfpjrEPkMei5O+hI4hrvBkpUrwL
ahyiEmdy21q0/eJaZgI/axN6YjKZknrXKJUVIq1Ws3FPrnO7jkHRkcToR9EY
k0z9bBaJmjdZo39YDojrtybUQK+2okZILQVt2U5z5kGeAFK0Ha4sgVQ95NZD
jg9KLGLXfZRSS6keaoJyi6mOE+toh7AF0supjGtEAk2T1AIo3wJ1kXsb0DLa
RgPUtoiWbKd1L4TcZogbWDlyRx3kLIY0gedSKSi21wJ3iSuFeUwnij3tgHwh
McLUXs2jLcZ7thBS7VB/E7taC3XPo/WR/pP2GynckuhnI+tpLcURqZnUWQc9
aqYpkrsY4jYot4i2X0vHLPa2hY6hEa6LY2mgPSAtI7CxiuUIfpawK4RGpH/N
4CdGVUtx0ER7M4G/OojboOek/rlwldxNyjRTKool59D7yRJaJtpamJUIqXq
6GgIVgkO6gFeCP9zE7hrp6HYl/ak2lJxt5Renygljq+WhXUUc600JVKjjqY6
KK3I1QCjZTsdR3qrSyknNtBStXTEixIc0ki5V+x9nDvFNlqTeiK2R2ib3Jc4
VwsfMEfEWuLXFzNKH40XgvVaihPSr0WJlo9Vc8m3hfLSskqhY22vsHBocGhs
y3CvUDc0Mjw00jXWPzRYItQODAjt/WvWjo0K7b2jvSMX9PaUCGp1U+/qkd7N
Qutw72AHuae5a8vQpjFhYGhNf7fQPTS8ZYTcI5DqS0OCl0SVAaG9a2B4rdDU
Ndg91L0ecucPrR0Umjb1jKWOtb2jwoDyfX0DY0Ic/pXD/R3dw0IrEUoMwSN
CqNDm0a6eyHqG9vcNdIrbBrs6R0Rxsg45nUIzf3dvYOjvTOF0d5eoXfD6t6e
nt4eYUDMFXp6R7tH+ofJAGkbPb1jXf0DoyUd/Rt6R4UWaKV9aEPXIGmrSxgb
6erp3dA1sl4Y6js2nuKZM9LrmDM00CMULCovHhkifS1c0jsyStqtLCktpWWh
KC3ZtqiYlF3YkaifIrZ+pGtz/+AaobWvD3ovFAuLxroGB3q3QDdG+gFvAWFJ
f/cYDKK5a6Snd3BMKKsKlSeaE0Y3DQ8P9MPY+4YGx0qE5U0bhA1dW4RNgIUx
gm+SLYwNCd0jvV1jvQGhp390GGgQELoGe4ThkX642g1FSMVdo8Jw78iG/rEx
qG71ForrOEbH4AIQZiQO9JEWAiSmFEl0Z3hkqGdT91hAIJwE9wbIPfEG+geF
zWv7u9cm9WwzNNo/2D2wqYewXbz3Q4MDW4SC/kKRsknFoYYP6q3ICASbI72j
YyOAN6DERAPk9kRdMykGCvqhlbHeDYTOI/3Qas/Q5sGBoa6eVOx1iagCBoTh
DEFTEG4aGwZG7uklwyRl1vYODKdiFCbX4BZWnBAEKgT8rO1f3Q99LlGrCbP1
DQ0MDFEGYKgOCKu7RqGvQ4MJZo8ToWDt2NjwjGCwd7Bkc//6/uHenv6ukqGR

NUGSCkLJ89m0KATyUrYYJR0j1Uw+jyebf8+wEs2kxC8ImtcNwZgIanov6B2A
uUnRnTrTCSpT5rpa3UaIM0qnAowbUNALd60Z6QLM9ASEvhGYt8A93Wu7RtbA
mAmOAVdAUbhdGFoN83WQIKWLypo4n534KEiHukZHh7r7uwh/9Ax1b9oAFOkS
RUL/AGCmgNSYMlphERM2vyikPerphQr7RTpMWk7Y3D+2lmQnsVuAsRvpffzy
QD/wqdg2qWtEFLfQAp1EZIQBYcNQT38fiXspQoY3wYBG19IJC1Wv3kQm7yjJ
ZFwCIwzCwEd7QX5DDYTWDEuTdlWc8NCkOGkYpmknNq8d2vABYyTTYNPIIHSm
l1bQMwRCmfZlXW/3WJzBJvgYmL+nn068GSKLd60euqA3SWeA9CNThvaHTLLh
CU5hl0bXdsGoVvemzNyupIGOkOZHQVCO9QOJYPKKE/2DEEDmW1ODsKi1sWNp
bXuDMG+R0NbeumRefUO94KtdBGlfQFg6r6OpdXGHACXaa1s6lgutjUJty3Jh
wbyW+oDQsKytvWHRIqG1XZi3sK15XgPkzWupa15cP69lrjAH7mtpBdU0D2Yi
VNrRKpAGWVXzGhaRyhY2tNc1QbJ2zrzmeR3LA0LjvI4WUmcjVFortNW2d8yr
W9xc2y60LW5va13UAM3XQ7Ut81oa26GVhoUNLR0I0CrkCQ1LICEsaqptbqZN
1S6G3rfT/tW1ti1vnze3qUNoam2ub4DMOQ3Qs9o5zQ1iUzCouubaeQsDQn3t
wtq5DfSuVqilnRZjvVva1ECzoL1a+KvrmNfaQoZR19rS0Q7JAIyyvSNx69J5
ixoCQm37vEUEIY3trVA9QSfc0UorgftaGsRaCKqFFIpAEZJevKhhoi/1DbXN
UNcicnNy4eM/iyJ5a+j6hKx8jld6DG3CaoDeOG7JPrryOl6pRtru2PHK8Z/j
v8cf4H8A4YNTu/VTu/Voarf+dNitF5+2Tu3Yn5k79iL1pnbtp3btp3btp3bt
06X51M596s59HDtTu/dTu/dTu/en2e79Ca9yRX12vNLEWiSS6QJqi8Ga97h3
zKW20SjVP2NUBh9/5fsGSKn16O/Qyhtw9/HKL6E1H69UE5V9F9DV9/FLt1GZ
N0Llpyglu04Kk8cdpcQpmS2ZKamTTJNMl0QksyQLJFXHbaHjhPcYFpDR4jJq
FR6vJJHjw4Dv4/YZ69HveDekjs8lQ2zlwYtvWsTy0I/Q5I5H5C0FNcKxGDlD
jtBC7g+NHOK/hdAcqbQZ0oL4wGROj0BdLEa+3hyLdixsmVNayqOrEXuTRoUQ
t5Ybhtp6ALoOYe4L3JcRz32F+wrAt3G3AXw7dzvAX+W+BvDXuXcA/gv3T4D/
xesR5g28AfG8kW8EeC6/AOBm/lKAt/HbEMdfxr8H8N/49wEeI4wiLBmTjCFe
skmyBeCtkq0AXyS5AeAbJTcBfLPkZoRbxkdwC8C5pAGFpsXQm4qXVsnqEZQ0y
qF/WLFsIcItsKcDLZMsAXi47F+DzZGMAb5JtAvgC2WaAL5RdhTjZ1bIdAH9O
dg3A18rvQlj+Tfk3ES+/W/4wwHsVtYhTzFHcjnjFVxVvI6z4s+I9gP+WATVn
LM/YjPiMC5UZCCszlWrEKzXKAoAL1SGAw8pvAXyP8gGAH1T+EODHlQcA/rHy
5wAfVB5CnPIp5esAv6F8C/KPKN8F+Xf/K/KvaH6h8h8r8h8h8A/1P5L4D/rQRq
qpDqcYRVP1I9AfBPVH8F8B+F3V3xxGnek+tRVitU2cjXm1VLwZ4ibo5ToT4JWaVQhr
ujRdiNOs1gBWNVs1lyCJ5lLNlwDv0zwG+T/U/U/Bjxmic0v4GclzUvA/xb7UGE
tYe0f0S89nXtG4jTvql9E+A/aQED2j9r3r3wH4LzrgM4AM4+fGjg3JSo
rADbdDbIz9H1AbxGtwbgtYaZCBuqDfMQb5hvmA/wAkMzeTOl8RqH8ij1RbqL
FGe0Bvy3A+Y7EBTxTIFYF6xQrES4C5FN4R9imEIL1BsgXCr4mK4uk1xOYFX
KK6AnCsVVwK8XXE1wDsU1wB8reLzAF8PNCXUfJfRjgOq+QEOKIOA81JlKaUL
jFr5J+WfKM4PQPhjFeBK9QTgn2DbDKFFbQE8Z6mzcAM4m+GfjyjURv8uRtGuk
azUSureMDKAL14z0rkfXru1dPYJuH+gaG0T3IDuSNNa2w7puYfNyAYUXtdQL
KLK4vZ7MeETnrxRpkY3BMqRDOQyWIz35nU0KK5CB/EoDhTOQETkoVklaQnti
Qs6kHIyUyAwyJZ6DkQXq5Zo7mgTk6GhfIIBOFktyIAGyUB5L8SBTspGLpSRI
g6zIjTzdw6PD6Nc0fJWGb9PwnyTE3PrekUGsoqGHhtU07KDhAA230/BaGl5P
w100vJ08AMZ30vABGn6fhgdp+Gsavk7Dt0nIcTScQ8MIMINFy3Yf2G9dylNLya
hl+k4S4afo2Gd9PwfhrupeH3afgEIaQGwKbpJKBMwKwFcFJYNuLEBrexAF8cn
kB9/527yUAoxKACgmfQjpDDwFqI/L58B/VACb6iBB7SQ5wD+EoBPXIQfUD7y
wuqjABWiIuQHXioGmyll38ooRyEURHVoGqpE01EVrARnoupj1HmieRzMCvkJ
xTqYMceLr8QKnI0L8HTcjIfjEXwFvhHfiXfjx/Ez+Hf4XY7jDJyLK+fmcO3c
au4u7iXeBBptO/8o/6YkW9IIEmw7aKm7JE9KXpDKpO/L18j75Bfl31NkK65T
7Aft4FCWKGcrW5QrlYPKG5V3A4p9QKVTTVI2qJartqtVd6n2qA6onlW9CvJc
ojapPeqwul7doe5Rj6m3aq29W36Xeoz6gflb9qvo9jUSj0ng0Y0U29pkPToxnT
bNfcrLIsLs0dzQPOs5lXNe1qqT1qU7Taem2Htkc7pt2puc/Jlvl7l3bl9aP9oD2 w+2e
2vdAKTpt0Hl1YV6/r0PXoxnTbdTfir7tLt0L0R3Qt3FF7ZZ5nH95xoDSkjRmaZZ3ZAA
D/wsNf3kP2ma/DKlgeaigz0svi6pJPDQweSa4PovnktKyyD9Zmr6V7dTnku0
9GJ9ShrLBlLT8tTyOPPa1LTDkZZoWpqWm8+ajXff2d/2Xf++Wm8qoKSXOS
ArdmJ7IfWMryb2bxAyw+yOLXbxhYVMv1r9ToWoBI6Ef192jPuuY/G9LH6S
xX8Q47ZjtNdmYHE83LBdCLiARYfY3xtt7J44L4ufZfG5J4U4fAtfYTfF5J5JGCS0o
jrB4FYsvm7T0jSzeJnWPzuQ1vARYXbxbR2AbVQ/lzKXMLt
b6emF12dMmPwMoGmeZCAJpD+Yl4bi7/I4mdS61iuoem0Hq2wsJhRfsWFLH6C

ls4GKT0bVo4tsBpcCWu8QVjpXQpLgy+iXehr6G50P9qLvo+eQE+h59DL6A/o
bXb3K2J8Luvvuay1c7eymNHx3LfE+DyOxYwy5z0mxp1sHnQyvHUyfl7J8ley
+lYyGp3PRnH+ZSx+ToxXsfxV21n8khh3TWPxFSw+TEftQvNh3bWC7nKOoK3o
CnQtuhF9Bd2J7kW70X70OPoZegb9Gv0OvYneRf/GHM7EBmzDLlyEy/EMPAfP
x+2sRtaD1fNZ/J4Yd9/BYoaBnkEWM07uZT3uvV2M+zQsZlTuYzNtzRwWs5Gt
eV+M1zKM9TPe72eYW8cwto6VW88wNSBjMbtvgEmMDeexmI1jkI1r8LAYDzFJ
MfS4GA/PZjHj7I1s5m68L5UbN+5P5egLX6JpFeXMkkm4jpbawkpvYa1u+b4Y
b2V03MrkyFaGta0MuxexWXoR6/1Fd7J4vxhfrDh6Pl3czOK7WfwCLaOE6x6w
Z8Jgs9SDfd6BzoN1MZNbFzP+v6SExQwLlzLJc+kTYryN9XPbC2J8mYPF94nx
5UzuX37FZHP2ctbrK9isuYJJrCs9tPRMdDHajq5DN6Pb0V3oPrQHPYoOoIPo
WfQSehW9hd5D72MJVmETtmMPDuAwrsb1uBl34PNvDx7AY/hivB1fh2/Gt+O7
8H14D34UH8AH8bP4Jfwqfgu/h9/nJJyKM3F2zsMFuDBXzdVzDFtXsp5fySTA
diaNrlorxlczft3BRrzj32L8OYaJax4V42vZ/Pj81WJ8HcPwFzpYFzpVji0wz
7mScsZPh5no2n25gkuIGVv+NTEPexObRzWxe3czmxy1Mo90SFeNdTOPuYpz0
JTaOW5nGvHWfGH95tRh/RcViln8bk2i3s/7dzrTKV9m8+hrL/xrr99fZOO9g
+LmDSbZvNLL4n2J8J9O4/7VSjO9iGvWui1n8jhh/83oxvpvNw7tZfd8aE+N7
slnM5u+3Wfv3svx7D6TO2/9elzpv7z8vLT2Ylr46xZbD99+emv7Os0fPvAeY
Vn+Q8feDpan3PLjk6Ht2MzruZvp39120zCQ21m4mOXczCj8UZVzvE6FjPOe+i5
yebeQ+yuPeyuPXekjnvPk6l93vPuZLU9/LIY72WzZi+TW3ujqVh/ZEVS
Gvwjl55AOsnifOTqtPS1aek0C/aRXWnp29PSaRbuI/ekpe9NS9+Xlr4/Lfl
Wnp3WnpvWvwrRtPTjaekn09JPpaUPpPWfS0u/lJb+XVr69cjLSf09L+tLf09L
v5+a3selpWVpaa2cpCWzk6SLO9QlraloZl/a3slpthbvOvJC1d
mpYuT0uH09LT0tLVaek5aemm1PmyryU1/d00e/oHn0tNPzaSmv7hZWnpw6np
H12amj7wh9T0j+ekpp+4Li2d1p+ffC01/VNVavpnadcPFqVKl0PVpqqafaklL
35t6/9Oy1PThBxB3y7Nkbf2lr9xejXaAfT/lTtCRL3DFXqR+z0eoYSfxtKYP
Wcvp4GIvJsE70ZRLc+k4ia2N/jOWG6ufpORa4lNz0Bnkjj2yyUvDP/B9vPyZ
NdYTd7FpH/K+dL6pF/2JlD5RGpwe7oNHdnRpJj2n+ObE6tkn+mNdRWes++CR
HV1a1FUgY+uZrE1oLsaBNE2ux0ugM9RCrSXr5BO+D+4B+U2kcj3Ezyfy6yl+
9oh1x+fdmSVh4g7G9c3YN0/+Pso3FAdgseUm5YtW3IuMiJ0RlpzoLnv/lD3
7RHnTzycqI/WuQdyKcbi8ZnoPhVu34g+025iTh19ZWJGHcPlo8+8m1pLne3u
5NdTZ6uLvTYRfgy1f+Yxe2IjnNyuOZv57rPizkxrXnSx0LHzotsmu3rq3GS1
R7ehs8yd/P7N2eNOfo/ibHAfeo+CrDUV06NS5z0ffjami7x6jft3oU3fH6tsn
4WLrYtvj6yj0c3QaOpE+Yt8+6R7GWhLQa+g0dBF9P9yO11J7sjKfcruQ+/7/7
feT9idg1onQ5Krcq+u9EKsWaiq81Yg+gT8V3B39bH5sduByiAPiU3U3JYtpG86Y
k4Ebom/HDNG3E1fuia9TY/fQ1D2xKvSpOufXjhLHLog98sElP8qcEufGZ3dO
nQJ5Mylfxp6ObYxVotPSTfT44+4hzJLzYr+K/So9Wy39K/F/IpUOfXXIuvW8f
n4tdM3lu8pw6dzAx6Yt6/46lsOfqLV2DD08/TT+nb7Gvoc+UY/+coGj/87i89
O9iKMkfkkvx5j49Yw6uvF6HXxsYXr+i0mqqy/b8lIzCJKJ5KVm8rO8SfIx6t9
8DMrthek8VH2DbMhfi7aN0TLU/tnz6blk33k0TLU/7+mt
7+fDmRt0n0m+NoZXbZ/N7NUr9Np4Zn+nIvB/dwOzP
O9kIMkfkvs+xqtqG+E957cPdkOV/4xkHeXmPT9/Jfj1Gg5d7AW/pH
0p2+uyMf93NNRPNRCsnI8G8foOkyMatpO6Ni+n0nq9+vYy+kyyVpknm4Ovy79
O8gfr4Nx///Y7LU+Gxc1yTg5Onfyq58Rt/TIm4wc1Wo6xfxOuLjdCc2
p5LK/2hqTp0p7ti6PHoSWj62LXaIxoxtlfQZ2Qdwy2ydj7Tl4jbg72Kv
xb7Ccn7+2aH7qqXWnylKOY/pMdrRbpY3y39C5AttSTulsdunNARxsd8w+Rm3ttae
3uvAT9YYRbJBzJ9EtAN8o7iDHpn/kWpvRKXWMglmg+/JHYL/ZvDboMc/FfNBVt6a
XCrlvlvFfLjrK7HdJ9nmpaJkEMdyOkphGPluigHy/y75h5x9sf+j44XRxh5N
lDyUel9aPSc9tthhGv7u9D3D3DBlaTiJsE1QE5Xxg+3sQI9Qs3y3V9Dv+mA
w59KwIeg1wlMxawnUdfHYvvF8ihPh6I/F0d2FD/0keuUg/piPTSHYjFmhXHs
pte2TeSye7aRPMMBt33HaPjNsv9zvvtYtEhtLyj8o5he601VHWT6tnp7/Wnpit
MOd/k7A43hJzEzb9rUfdl5g14nw7qTbPAPAPAsmdiWVVo0lnz1ifd0+EE7mJ1Ece
xfFk88nIErr8+QQNrclYoBI5BSfMlQjlEfFpdx8XdmWoXp2GApWJHnZ2ewMmH
155nynph8n4enZvEU+KsmNDk1lPT5qfpqLV/KMnGI7PoC6C3vSXXEYmSbI6d
4vb3x34Qu4dK/UxI/WnitF1MjE50dfQx2BbRf8fyQf5Zo4div4q9h8jorVRX
3SReT8LN7kn45tgczCfp6nLOg1thzUKYr9n/oNHWEb2icNEqqt34OGIrjwpoW
pztrfLWQhL3jctjx9v1O5s02GMXHcCYXat3G4teSpEfiqQ1bbYn4E7W6aAWJ
M/EuunLYLZag/7vjdR5/ZR77NLo7x5srsomk2xAxfW1MxGcUrXU9EtsTJCQ7KP
kjR/4mdtXxNXU7FI4GfG3LBSIhBJWynkFkNWepn4H0/FZn5w2x/P/s2pczBa
cf+EWLh0HgBPiGtKxk/HuO9U7MoSuX9p7El0WjsmLW5NzBv2LZDj6dXXDPxPQ

7g/R6u70Hpy+7tO1MD7De8Uf2fI5Zc9gPrH3qGNXfWw1f0zPYE4dbsAmXUf3
Re8HL2pnuu8Q2xDLoXrqJvQxuTPh+VSsA3BipdiemBeZiWcLiTdtTvUeBavn
mGuGT98Bx/QRrUR1MtPhNGxM1zw0P4G9swE3H9oZxIhZ/j9nT6ruR2eII+ur
5P0a8kXCtH0vcfVwCvd0Tn8X37FESWe9AE+/QfHdLrJy309W8Wm4+UjzLnbK
90M+PkdWo0mpW+lq/YOf551tp2lOlJof67dzTjf3ATPESnnEGnv+7Dt3ldhL
P2pXlOn7F5PTZ+MZGvbd1wkL5/fw/14i9Ut6CoPort+gT9x9Wt8KIOdNGHQU
VyRpsN/T8IHUK591F/uAL/p8sAw6O1zctkm2XZLfVyMnnKg9OMHbRD5/5t/s
izvGI4wfAA//l3xtYnadVc6a8gzmGHYLwQ7455Pu+ojueCebTgsX5xRRgyf4
JjXvKMkT+shrhlCihRNxn4qtmZgv22I/TFpbHppYM4g76pOcIj1rZlja3tah
ya7GfpqS95nX46IOotDR9o34xObH9FRR/OmmmHc2njA/a+yWU+USnNWDzkpH
v+7xhUTqxdjbadffS9/rPXvmVezzqfudyatyqrMANx/mye8x2zs5rXxWzfVY
BQ1PyA6INU+cf/nsuw//RfjP8u/dJe76mMt/2u4jUL/+k7/z03CxC+j30i9A
U+4od3LfS0/ctfbksEnKn0n4/7DfSycOZBRZgfzuZMqfSe8/k9+qS9rTOSnH
ftPthZMpfyb9uttH+cU19ptuJ4Ob+jNJDn8EbXOW2DcTLvZz8o3c2KXoBL5D
e7K/z3BKf8/hE3ex2WjKHcOxb4l/MhFOuQl3Mt8vPtkviZ7ab/p+0i4WPKnS
a2MXnox9Q8qTO85MN/Ed2hMq3Uhx88LJlD+DcRMWvwuJTtPfSP0XeyyJPjb
aMod5WI/oeHx35EWv+18MnOq8cyVx7EZ7Fur95zInIqexFdRyPv3pDx7gvgU
OuMdfRZIbOS8pLwz4YTAx+6Ofpc15eqHfpsl9pn4rUWYA/eL9kvsQZbTFfsv
NOVQ4nxB/HsUafuCUfEN48MnVFOzWJ7VeIq/RvZpOLqvV8a+evZa8pfJPsr4
PhOYaT7dv9P26bnYbnoi+Xdny2+NnoxL6KlD8a+sUXx9Br4G+tFd4nuLXwCM
EO1kjd0I6dsT18Xw5ROszhxLSaEz21lj78V+FVt6LElzct/qSC7/mfgS7Wuf
jXGcesfm1IFP+teMzgx39DfxUq5WxL+NdgI1NcfeJuXjtl/6mbLPkMPo/xCP
TMiDClEQhVAFqkRVaAaqRvPQYrQcrUDnodWoG30d3Yf+Bz2M9qL96EfoAHoC
PYnewByWYDXW/n/23j8+quraG95nnZnZJLnnNTCaTya/J74gRIylCIiJG
jBERESIiIkakiDRFpJRGRERKKUWaUuRSboqUcilFLs3llKXkoYgYKaUUI1JK
MUXMjZRyESnFFDF51/qeM2GIqH3fz/s+zx/3/3/3/3//3ZPWmedtddee++211157nzNn
ZpQMJVPJVfKUq5Uy5Uy5RrlWuV6ZZnyqvKG8pbytvKO8kH5T/mz8r7ygfLK8nfl
vPKJ8/blUymII3SL3SK3SK3SK3OKtTxrSbW9IQ+QZ85E85MksEoiaIIcRI1IX3
0OEXf6EjRBEihZ+iRCNsKqZIo2jxE85QMkSEoiaTcK6SK9JpevIIX61C6LaIU
RWUigyLpGhGjaLpWZFJEXU94mbKM9LyqvEoa3lDeoLpvKW9RrbeVt0WRJoct7
1OIh5RDJvKe8RR5w/w/K38m/L7yPuEPlA+o9GPlOURe87kUjR+IgU+IgFU
kf8QceVT5VORR5EpRD4ZrogCilCXyyKAodYtCilSPKKKJo9y9YpiitUUR6xrOl
FLmGuIqi1xQ9KIL94mq4RRRpGcKa6ham4SPSmic8W1FNVvkUmRSjKKKlqL
ib5KXkX4ank14TJZJq6jaO8pelHE02zkqBe9Oe4FR/6Nog9Ff19xI82AfsTv
L/uLvjQTbhL9aDYMEP1pRtwbsqJZMVAMoJlxi7iZZZscgMBZmyK3iFp4IVKtC
VohBNFduF7fSfBkiBtOcuYP4lbJS3EEzz506iq2SVqKA5dJe4nebbRUDGE5tLd
4g6aT8NEJc2pe8SdNK+GiyeWyR/n7xP3EUzbKQYSrNsFGacZbW4m2bb/b/WIY
zbjR4h6adQ8Q8Q8f4wcl4bT7HtQEszcKWYQkYYQYp6iitgTXEyfKKxRKJQ4JqXiG
8kkPMZZqytXiWcorZWIO5ZZ6SL6n1VP0phxTLXQdcRv7fVm+i+Vl/xHOWc
/mI5zZ2b5SObcaAa4B4nvLPzaRtoDVQzKM8dIv4DVM8I+DuWiQaThNouii6b
mHITaaii/DSfptRvnAzlokNSzkkh7K4KpDawSoDyVSoeK/OUS2SKHshVnMbfo
RYcHOcuLnJWCnOVDzjJEBR2mGEKHJSrp8IuhdATECDr84j46UsVIOoLIayFR
TUdYjKYjjXLcAyJCeW6MSEemi4pf0JEh1tMREy/TkSn+g44ssYmzObLGZZDonc

l4Pclyv+Fx1xsYOOPOSsfOSsAqWn0lMUInMVKeVKuShWrlOuI04vpZcoQS4r
RCYqVdqVdnEVsk8PZJ+rkXfKkHeuQa7piVxzLfJLOfLLtTIgA5SPUmUqZaKg
DFLWCMkQZY2wDFPWiMgIzTTOQTflqIxS1siQGZQ1YjJG+YKzUj+ZLbMpX+TI
HMoXnJsGIDcVynyZT1mjQBZQ1uA8dYsskkWULzhb3SpLZSnlC85ZhbKH7EE0
Z65b5TXyGsodfWQfwpyVKpCDbkf2GYLscwcyTiUyzp3INVXINXchywxFlrkb
WWYYssw9yDK8dt9LmYIzywhkk/uQR0Yij4xCHqlGHrkfeWQ08sgDyCNjkEce
RB4ZK2tkDWWKR+WjlCk4pzwsH5OPUabgzPKI/Jr8GmUKzi+Pysfl45QpOMs8
hiwzEVnma8gyk5BlHkeWmYwsM1o+KZ8UT8hpchrRT8mnxBQ5XU4XX5ffIN8U
tchB30AOmooc9KT8tvy2mIbs85Q5y5wlpptzzDmEF5gLxDfNheZCwpx9ZiD7
fAvZZyayz7fNF80XqZRz0FPmT82fUq2XzV8Sh/PRt5GPnjK3mq8R/w2zifAf
zT9RKWelGchKM5GVvo2s9BSyUh3yUR3y0dPIRHXIRE8jB81CDnoGOWg2ctCz
yEF1yEFPIwc9ixw0BzlojpVtZdOc5xw018qz8ilfFFqFlCmKKB89bxVbxVTK
+eg71lXWVcThrDSfstl1RHMmmmdda11LNOej7yIfLbB6Wb2Iw1npeesG6waS
6WPdSDRnqLlWP8pQzyNDzUWGeg4Z6jvIUN9DhlqIDPW8dat1q/i+NZjy1PPI
U89Zt1Oeep7y1B3USiVlq+etO607xSLkrOet8dZ48QJlLEMsoM1qltxFsz8s
P5btQqhBNSg86h3qXcLrut7VW1iuvq6bREC/Xb9LhPVh+n0iU6/W7xd5+gP6
g6LAt87XKIp9F3yd4lqz2nxI3GC9br0pbrZarBYx2P87f7O4zf9H/4fizoAS
UMToQCwQEw8Evhb4mhgTHBC8UzxIbUflR/IMtZ2r5guplqjlQlevV/uIgPqc
ek6EXaWuMrHANUC/SbygD9RvU17Qx+pfU36kP64/rrykP6FPUVbp0/SnlNW+
//BtVdYYilGrbLBmW7+SMavJek+O9P/Mv0lO8W/275Oz/Bf9F+WLAXcgRS4L
GIEMuSLwcGCiXBfMDPaVjcGqYJXcLx4XwmglOCkUgywzzhNcFIpJGyjTQ2A5
Z4ZwEh0jiBMUE5QR9KI6fek8kKDCgSrnPNyBaoKxDjBdQ3UmJV1X03Wtc55O
5zqCOQTzCRYRLCE+3SGaKx2odvhrAIq53uE3oj9sU3dgG207txBsJ9hFsId4
+wkOEl0LUJyzTR9x6GNEt9H51BfIXX6dqCPMswTtVyhL1Ou4Ij8J5O+NccYE
Y7Ix1ZhhzALMNRYAFhtLjRXGKmOtsQGwydgK2GHsNvYSHDAOGUcJjhOcIDht
nDMumMLUTcMMmlEzh86FdO5hlgP6mAPMwWalOcw4Z440x5jjzYmAPiQ32Iwa
M8wpgLnmNAZzpjnbnEc5r95cBmggWYbV5jrARqlJLtlpbgZcut7GYO40lppN
xipzH9EMzeZhQIsDrcZWwEkHzpjnAReNQ+ZFSyauLY9xyPJQLrSIZghbMUDi
Ok40QzHtoL4MelFuGkg5por0DSeopuuxdF1D9CSCWms6oM6caM2x5luLrCWA
5XS9kq7XWOsZ4H8Cq9HaAthOZQy7rD2A/dZBwBHrGKCN6jOcss5a7eZCq8Ov
+VP8AX/ELGdIjJ9x2p/lz/eXJsaBxmQZnSf6exL0tub7+1tL/INMwz/EjPqH
0nkEjXEf/2hzsH+cfwJdTyb+VNLJMMOBWcY5/1xT+BeYywCLSRfDUqlJusZy
hn8FYK5/FYNZ718LaPBvYPBvInmGrVSXYQfRDLuJ3o36ewFz/QcY/leMpf6j
xir/cXMb4ARdn6brc0QTXIoV/wVA13VAMAR0Y2nAMFYFguY2hqTyKEMgJ1DI
YDYHejhQzkC8PoABgcEMxKtkCAwzDwNGBsYAxgcmAqYYWwHTbDBbAzMdmO3A
PAdwHVhIcgz1NiRiNLAs0MBwKYYDqwFdMRxYDeiK4cA6gHMd2GjFAJutMsA2
q29gp1URaDIOBfYlxSaBv2eg2d870HwpXgPNgcOXrgMt5sRAK8XjJfmTJH+m
q/w8lV+05qdKawnA44CVGgbEUuMMyfkmtZigzFoP6EU0Q1+iGQYSTWCtSa1g
MA6kVjGkDjd2p1ZTfSdPpY6l6xoCmmuA4am1qdWptcbx1OnGidQ6up5D13Po
ej5dL+qSX0KySy7Nt0CTNZ8hdbm1haHreiVdr7x0bTWmrgFsD5wEHEIdD2gz
pzGkNlrHAFtsoLLtgDb/BobUXcQnuJTHjA0MqXtS96ceNBemHkk9ltpGcCr1
WGIuJyD1rAPtDnTYENQcSHEg4EAkmBXMD5YGexrngr1NExxvTgMMojKGIcGh
wRHB0XQeh/OE4OTg1OCM4Cw6zw3OSIqzBkBXbgwuAHTluuBia1JwqbUruCK4
Krg2uCG4KbjV2B2ksQ7uNg8D9hpbAQf8WvCQP5A4GzOCRwGJdWJ18DhgI9Eb
OV9dvo6Z9cYsQAPRBMETwdMMCf+TrnOAucELDCFhLgPo5kSAYSwNBY1Voai5
jaH7uhjICeUwmM2hQkBrqAfA8UWo3DgUKrdkqI/VNzTAqggNputKgmF0PZKu
xxA9nuYXzbXQRLqeQtfTLs01f8/QTH/v1LqkeXSG5tHJ0Gxjd2gexaUzDxL+
C7SQLgJjR2ihsZfgQKg+tTi0LNRg7QGstg4yWLtC6wD7QxsBR0KbAY5f5fQtus
Y4Cd5AOGJqIZ9hhFN0H3dCTUbWwGHbejqP9kSarHkJb+FWgGXrk8ydMmfIXmG
86SH4aKxNCyNVWGPuQ1gmUY4TGvMVjrHwvFwsXEuXGaKcC9zGqAvXQ+k6wqi
CYJDwlXGhfBwY264miE81iwH1DgwKTg5XBucEZ5O57rgjEt2hecwJOwKzzcO
MXRdL6JrhiXWesByopfzPii8ktpbQ22tZ0iMU1c5xiXcaBwIbzGOplaFt5O9
u8jePWQvw366Pkj7qAaKZ4LwEbo+RmvnVnMaQ/d9UlJ8bmb43H6jKx9Tfm6l
/Lwo3GYtp/NKgm5jGD5l7QGctQ4y+GeF2/1z/aW0T5vGkLhOxIjZGu5gSOSb
NC0thYH3CDSHpjAk6prNaQEGy0qLAMJpWQzI7wxH7f1kWj7pYYSg1tjJc2i+l
9bSGp/W21qT1ZzCOpg1iSBtiTgEMNacBhhizAEONBYAR5jLAaHMiYBzpzZZhg
nEubbIq0qVSHoPu6hn0OQWIflsjTiX1U2gwf7e5Fp2uVUBTLtYjoM6KA8AWm

ibMKnIchw6VvuGqZA/7fgYUWI9ysZwNH+fMW1wWWFMsI52iPER6g0X2FKAUO
AwsH9wQmmc7j4i6m8YmNEJsZ62XArFO4UOoKA6Nd6BeumdBwnDR8TG0yTfcq
naug+VMtH30hGUVD3Qvoy79yXbxhxnquYUy1mUYragvhuxx7yD9KrUsj/BfI
b9bSGHfeLhSZoR0h/lWdE+CTLMaf0d2h0uBizomOQqKXg27tKCV6jYuskqM7
qO/KSf1/Eb20cxjRP9RmE/1c5z+I/p22gnCZaz3Lg1PmWshYfxn4+4Q71f8g
+Zs6TdajsuQubkts1t/HeE0iPJNppUw8yXx3nDmMlfWuXdyjjvOQz2X5zu9C
PpflmVY6XSHC39baCL/SsZMluRZJ/gP9nQZaJ3xS/xFxijsPEf0393Sin2AZ
meGaRfRPxQ2oe444WfpD3CPRB+3+CX44wxg6G/Tr2VfAa/TBhG9Hr1+Ehvf1
Tu6ptgp+U6nWcvaSNqBzG9usXYDmG+CrZ7jU1ZvoSYzVys7nQL8D720nfAwt
Frpm8Bh9xn3cqJ3j2PjsLDTM5d5BZ6H+ey7V70Xd1czXK0n/d7WjhP2dh5nj
9oA/E95jzb91VRC+r2M2+BeB60je69rGGDL3uAYR/n6nRCnPtbs1ut+XSidJ
Kiu0LYQPQfK4613G8PYZfQzRhitCuFIE2ec68ZV89rAyjuNTGccxpqzo4Lby
tQM8sp3FxHIP5RGf2dEEPRWI2H1srbYWETIQETIQ9ADQAzDKIxHtwHpPxAnH
cL5rMWP9bkTjScRhB4+7/jYkPwL9EKJlCevp6MHx0LkHOhehNA+SL4F+BPSf
IY+edkQQFTFERQxzp4U57gBzgNfoHyCKbDwRpXGUMl7jTgWf9ahutuRpRMiL
3DphN3MYixb9t0QvQenbrE28776f8CfuTOI8iAg8B3oYZDZy75STrnk8fzsu
oJUfcFx1fAj+IUTp64ile6j0QMdvGXNmUCs/+xVHI+c0pczNmfME2yYuuIsQ
Sw8Bm/CSGyM1F57ZinHhXpQhe0xiTGNxEiOVh6j7T8I/cLHnh7l+TrOjJ+Jn
jYt6pBpOJmniCHRaKeJs40bWgv73OhpZHhnsh67buNT1MOhnQD8DG7itUZ08
m9Z02hkjF5z9zMEolDEmyVsI70GclwGHOtYRp45jXjmOLHecR584qaAncWwj
nivtfKJPJjpFu5bwkM4/MHYNBP4+IvB3iMBvAr8Jzg+B2bY2t2AaeXIc8uSr
6k8I/x05uVP7N0Tse5gFtp7bEMn/Dc/34dnHeZXiEPOl0yDOCY3aUjZ0/JTk
H5F/IfrfP/sZ89kq+Yg6n3we6OjkXMcjTt7gcVc6FvIYYXXY3MEayrSRGME4
fDscvmV8i74c8VPJM1o/yHNZ/xpmxPPw87PIqy+C8y/A/wbbrgH/HvTlbcya
TMyaTMyRqwn/CrPv7Y6PseL0x4hQBqb8tgbxPI45+n3Q8BHHpL4CMYkIdPdH
hBwCpx/iFtIDP8a9wOj/ENp+BzyqcxU80BceYJwKq1YgMpVOHsFDiO2BnTyL
j7vnIFpqEAOvo8VHMIN+BW9MhbUvYaW4HnPNgLVlXMrRS7P+Scz6JzHrf4D5
shKzw8YvYU18EuNeinHfjVVpHDhXgfMmOA9jxA8CG8ASWfQo8HuIgc0Y6+mg
XwH9TVi1E3ZmAl+HWXYt+gIfdmJGY40+08k2PAMveTDXOrW/w4aP4X+ea50u
F3O0Ko5bF6/ja3iFUtJ5TVFSOVsqK/T9yOO6shDnnGPI58cQLed4xGl9JDvl
HI5JcZ7XAlqF6wnXdLBXt3aMJf7HnQ2Yy6WIor/CD38FXQD6DdSaBqv+CquO
Y/Q5s5nYiRlirpBigRxCOPT/0acHH4rb8LnBOHxu8DA+NxiPzw145VB8XvEN
mvC7CfaSjQfofIjgKMcUnU8QnHbODOeS6AuC34YQUicwCGhVlVE65xAUOtDD
OZc70IdggANM035FViZd9+Ec7JxH0nkMwXiCiQRTCMibciadZzvQx+HPAyhy
ocOvR3/Ypu7ANtp2LiNoIFhNQPlVbiTYTPQwgOKcbXpbF50os2Gnw+PVYR+d
m7+g/uXXiTpCHiZouUJZol7rFfmXyShlSi/xP/tOJOefvR+RT2LFqemcjPcN
2KqgU/dmng000xSRYi21XrSWWz+2mq13rEPWH6wj1p8gz/vGGkee93vF6g1q
H/V76kL1I/WM+rF61lXpulPvpV+v99Zv0PvrN+kD9Vu6tDVYP7GarLeStfp/
7d/pf8O/O3hVsEdX+/hMUeyX0/8Pf6boU59Vn6W2/65SrtVn6k8+k8+k8Lrz5b/44w
fft8vxNpxlnjbyLdesR6RGRYW63XRMx/wv8X88XkRNQA6qIB+8KDhV5/CmgOouA
9mLqAjovJlhK9Ao6ryJY65wZNiTRmwi2EuwgoNykUm5SKTeplJvUow4cd84n
HKA8pZ5zgGmKYE0kXZ+ma905U77SaOQ1ygMaRY9GOUrjvE85SutjA9cBfwBA
0QY7ZZXoD9vUHdhG2KnR3KS9itAof2njqS7t6zTKU9w+geKcbXqaQ1OE092s
0OZ9gdzl14k6QqOcp9VfoSxRb9kV+clQICpFtRgvJovpYjZF3x3LRINaKRrFN
7Bb7xWFxXJwS5yk8U5SwkqOUK4OVoUq1MkGpVWYqc5VFyjJllbKJ1hBVbpSb
5Ta5UzZRNpRyt9wrD8hDRG2TzcQ7TNRBeUQek21EHZcn5Gj5qidVOuMPE/U
fipvk2eJ2iA3ayNyB+rupNqsb7lcSbXXE7WWg/IrUTNkzOpNpcuofL1cg/a
nSFXybynQPE8uo9VAyu2yRi6StURtlVPIXDmLqM1yGNqEUuQ1SjHCtr5SSiepPm
CXITUYOpN2NoFdJIa6PcIrcrrXKXckY5TXxy6krvkHthL/RFSuSiILJMW1UuR
AZkvs8gbO5W1sknZJPcpOy73hnKIvNGM/kIT90jZRT0mOfLkVuU4eVMqO5Um
5bDSTO2Vyp5kV385Sw6Sc5XpxFkFH2yi3uxgzcRZLJcSvYquwBf//9Opr1gN
tEYXyWsNfAem9uBdOd3t8d6wTWtgDP5UtlZdLniNbdN5n3iuczfzmUO7P6L1
acj0gMxmNz8zmAUZA3wD/D18N6AMYj7pKYMe3sVHGVMp1zrWwbvaQYzVHu4p
hAcCx92jeW8DvA74NGPV6FjMfUdbB3n3rWs6eca1g1vUGlxnCPflXsh1jD0n
uF+eeMdqkqx3CcZMa8d1uq9yDeEdsbKL+dT3vvDPEKp7BPvWNh5ZdQR6tNjx
xi7smnfz/RZsqORSbTrXclfw0x33OkG7Y1cYVg1nWo3zHZI6gmnFYp1KmS3D
cajGXSlYaWNJKzPfDUv5Cb+9IVTrkYBKKwuvknzfUCv5Oc1oWiXXPynPy7/IT

2U5r5R1qpXqnWqXexWslrZT9XDfRSjlEv0Ov1O/Uq/S7aMW8Rx+u36vfx6um
PobWy1/41vte9m3wbfT90tdIK+envou+Dl8nrZ73m6PNB8wx5oO0hu6y3rB2
0/q533/A/7b/Hf9B/7u0jh7xH/W/52/xH/O/72/1/5e/zf8hrasxWklvDg4M
3hIcFBwcvC1YEbw9OCR4R7CS1ldFjPo/ZPP/E2tH00TTIggTxAjiBMUEZc6Z
oVcS3ZdgIEEFQRXBcIJqgrEO1DjnSQ7UEkx3gOm6JDoBcwjmEywiWEKwnGCl
A7UOb40DzFvv2Dv8CtBIsIVgO8Eugj1fAfsJDv4TMkcIjv0T+j4Po5R5ykKl
nmCZ0qCsVtYpG5XNBNuwBswj2Kc009GH1oMWpVU5SesQrUR0xeuOR1oobZZh
GSMcJ06xUqgU0orUS/aVA2WFrJLDJb8Pye8y1srpsk7OkfNpRVyCVXWlXEOr
nH00Jq1uzvqGo42OIfJUt3UleUX5v7uW/NOryFetGZdWi69YJ0Ty2vC5VeGC
jqfZ7nLQ/FnAGc74Yg/4nR7+LOCCpwdk2oGnAAM9B3sQ6xHmZ7FzD2KGPgR4G
O+31bxboAcBHYfNh8CdB0gP+HtDbwT8HzCu63/Uq9a4RzyEFZ23R6T7CXnWf
ZuyZx7518FTCv/SMJflFsOR9PPM8qlehXyvgAR4FodQDb2QsYbMCb/PdsuD7
a+aMA0a/lK3AsApPfmbKOyH5JLAJr7qB68D5LTA8IH+GuoOQwfkeajKvxCJd
/k2ed/XXR/D9i+/fIZ+ZY82HrDetFv/v/c3+Q/4/+A/7/+T/s/+4/4PA14K3
cqR8aY1k2XTqJ917CLr3EEsJ+PuDdI9BO1wh6J5DbHL4DPxN5h1O+W7nzED7
e3Eg6ToBh0SYdszzxEJRT3uPBrFarBMbaZezjVanJrreJ5pp/9wiWgX73t6D
2fuuN5y9yud2R+Dbe54vvNN1djXsubaOs4w77R2LDs4WLsXeQPDzKsIDUete
lDKn7bNWtqSzkfCrnUNRGoDkQeANwJXAY4EjjC++hHGbKlRlrTqa7hED2nSN
MrVWp9FIa0u0Hwmpvai9KDTPYM9o4fKM8YwTWZ5HPI+KPM9EishCzwzPLHGt
51nP90UfT72nQdzm+chzVgz3XeUrFyN9f/H9VYw13jCaxMNmwIyKR6mN60Uh
3Z0LUSEeon1BjXhO9Bbfo2Mk+fyHYhSNw0/F/TSaa8UDNJ6NYox4lfz/MPn/
XfGIOCb+SzwpPqQ7mG+J86JTPKNIpYf4LmXaRaKRsu274j+V95RW8TdtsvZ1
yhhrtJ+LTm279rqiavu0dxSvdkL7q5KqnXepSpqr0FWkFOgL9e1Kkb5Tf10Z
rb+hv6GM0ffobysP6n9w68pjbq87XXnRne3OUda489zPKmu9z3rnS5f3e94l
0vT+i3eFTPf+xLtBZnp/6d0rr/a+4z0i7/C+5z0v7/F+mhKWj/u8Pq983uf5
/HKeL+hLl/N9Lb4P5SLjG8ZP5DLjnKnIN82YGZPvmFlmvjxoXmVeJf9klpll
8qjf8lvyPUH3mkG6Jw7SPWyQ7n+DF4QMkQtDdL8XonvfEO2tQlEH+JriKkT3
uqEeBOUOj+51QwOc68FdoIQqSdcwB0YS0D1uaDydJybxkyGZP8U5T/sC+ZkO
f/Zl5bYdA9CObRvbMo/K6N43VJ8kO9Hp0zLI2e1w/QaC1QTrCDYSbHautzn0
ToImgn0EzY5Mwjf1DhwmaAFfhlqdvkxx2jyZ1P4ZR/aw0zbrOH9FsMtZ3zDZ
EqwKDg9WB8cGa4KTgrXB6cG64Jzg/OCi4JLg8u8uDK4Bqi1xO/kfi1wS3B7cFd
wT3B/SR/MHgkeIw4bcFTwbPB9mBHSAulBGtDgeD2UCSUFcoPrgmVBteD7hkc
G+od6h8aFBoSGGhoaERodGhc8fpoQyg9NDk4PTQ3NCM0KqZ1NDi0gejLx+4cW
h5aGVoRWhdaGNoQ2hbaGGdoR2h/aGO0OyOhH6V5qjuToXOhC2ER1sNGOBiO
hnPCheEe4fJwn/CA8ODQpnBleBhxRhJnTHh8eGJ4SngayYjwzNCG8OzwvPDC
cH14WbghvDq8LrwxvDm8Lbwz3BTeF24m/uFwC8m0hk+Gz4TPhy+myTRPmhWu
TwuHG9JiafG04rSytF7B6rS+jNlvaQPTKtKqgjuJQ/5Mq04bG8pPq0mbRLg2
bXpow2W4Lm1OF65lzL1Lm5+2KG1J6MBleHnakrSVaWVsofhqQ0FfGFr
Iz0jvSP9w4JrRQZFhkSGRkZERif6aPcoMi4yITI5flYkp0ZmRGGZF5kYWpE2K
LI4shQw8YNORFaBXpVVF1kY2RDYF9zt4q0PvILw7spd0JuMDkUOEjybh45ET
4XI7xuzRjJyOnAsNjVxIF+Gd6Xq6EZyUHkyPpufYcZtemN4jvTy9D9XtnN9YW
mRVuSB+QPji9MpKSPix9ZPqY9PHpE9OngE8LGi+kz02nez+OYTF/lo59eHzmQ
viy9IX01jcXKBJ2+Lm2lHXVOHzGCPGvSN3J3fp8y9m07So35km+RAZJ5wttcX
b+IoTd9HFjaThat5HNMPcy/SW9JbuUfpJ7lH6Wcu9S79fLg/SLFz/ao5JGl
FimWHHo3lgrjG/VErVD/aDgaC2+MxkEXM2171JlrGnuFZFu3F8RztGx0YrQiN
i1ZFh4ebo9XsVYqEjnBL5ADiE3R0bLoRWhGtSY+mFUcnET0uWgt6erQuOic6
P7oouiS6PLoyuia6Hn6oYz9EG9OXRaamLUpfIzoQ3K+LFgX3Q5O56V3RPdH90
e/QpyXXBFdA/NC8RzzAVnleh2pu2xSDvI1xE9Kj6e9BwDfSzYGG2LnoqepTG6
GG0nb3RkaOGcjJSMQEYkIysjP6M0oydHUUbvtPUZ/TMGgR7CtB1XGUPTtmSM
4EyVMTpjXLhHxoR0PWNy8EjG1lwZ4cGctTJmcX7lmJuxIGNxRin7P2MpR1fG
Cs5gaQM5V2SsQjarA702YwP8jznljEUt05zZMjZxDsnYmhyZGTsydmfszTiQ
cSjjKM0g8nPGcfh5/SWaxrfL/5wPM05w5klfmHE641zGhZiI6aGpdiRHwzzX
YkYsGIvGcjLOxQpjPbg0Vp5xLjQ31iemhy/GBhB/cKwS/GGRQ7GR0ZrYmNj4
UCQ2MZQfFrEpZO2x2DSi62Mzw8j8sdkUpWvT90WWYqJytmPzgstjC+3oTaug
6F1J/CXU6xU8jvaY2n4OF6ZtoeiFnzn3xuo521MvKMfGlqVfjOwN1tkRy72L
NaTJ8OHY6qjnUgRyto+ts/Mq28w9jY0heiN5pn9sM89f27bYtrTpsZZ2xJoz1

OBrrEXbGsEcBXnJ0xvbFmmOHYy2x1tjJ2JnY+UgkdjFTZnoyrcxwZix2JjMe
iRBdzDSXZpZl9srsmzkwsyKzKnN4ZnXm2MyazEnBRZm1mdMz60hyDmrNJ8lF
mUsyl2eu5JHNXJO5PrMxfUDmlsztmbsy92TuzzyYeSTzWGZb5inKooWZZ8Pl
me2ZHVlaVkoWxW0kJSuSUZqVlZWfVZrVM6t3mpXVP2tQ1pDMmqyhWSOyRmeN
Sx9JkhOyJmdNzZqRNStrbtaCrMVZS7NWZK2iumspd1Eey9pgr6H2apW1KWtr
1o6s3Vl7sw5kHco4lHU0c2XW8Yy9WSeyTmeAzjqXdSFbhPKz9WwjO5gdzc7J
LszukV2e3Se0OHtAaIW9lmUPzq7MHpY9MnsM4fHZE7OnZE/Lnpk9O3te9sLs
+uxl2Q3Zq7PXZW/M3py9LXtndlP2vuzm7MPZZLdmt2Sezz2Sfz76YI3M8OVZO
OCeWE88pzinL6WWv0Tl9cwbmVORU5QzP7GvvIuz12snDq3m+51RH23PG5tTk
TMqpTY4fnnEZJ3jGxZblTA8tDS+kLBrPqQv34VmcMydnfs6inCU5y3NW5qzJ
WZ/dlJxPchpztuRsz9mVsydnfzTOGZXikLJozkHOXdEajvPkfB5ZxbGdcwRr
bnK+ojjPOcZxntOWHPNRD2cA0nMpGyDO03XOxjmnaJKezWlPysxHeaaT/RSf
OdWY9Wd5FU7O0jkduVpuSm4gN5KbFdkdbc/Nzy2lvDcst2du79z+uYNyh+QO
zR2ROzp3HI9d7gQeu9zJaX0xc5GNL607tJeoxuxAvsqdmjYp2J5xnGdT7ozc
WenluXNzF+QuJrw0dzFHF80Re7605K7gWZO7Kn1k7trcDQl+7qbcrbnjcnfk
7s7dS/gA4UO5R3OP557IPZ17LvdCXGQdjetxg3ZiGN94MB6N58QL4z3i5fE+
8QHxwRkL4pXpIyMpvE9jnD4yPiw+Mqs0PiZyIj4+PjE+JWNEfFp8Znx2VlZ8
Js0RwvF58YXx+viyeEN8dXwd8EbeyxFGTrZxfHN8W3yn3a94U3xfvDI+ON4S
b82siZ+Mn4mfj1+MncyTeZ7Yyfj5PCsvHGvJi8XqGefF84rzytK25/XK65s3
MK8irypvOOHqvOE8vzK3543Nq8mblFebNz2vLm9O3vy8RXlL8pbnrcxbk7c+
r9EetYweFeVsikbztebvy9uTtzzuYdyR3Rt6xvLa8U3ln89rTC/M68trytfyU
/ACPV004d/zlJTqnLj8rPz+/lHBPwr3z+8dO5g/KH5I/1N5F54/IH50/zvZz
/oT8yflT82fkzwqfzJ+bvyB/ccaC/KXpI/NX5K/KX5u/IX8T0Vn5W7u07cjf
nb83/0D+ofyj+cfzT+Sfzj+Xf6FAFOgFRkGwlFqQU1BY0KOgvKBPwYCCwWQWV
BcMKRhaMKRhfMLFgSsG0gpkfFs7FGLOR9TsG8goUF9QXLQpsKGkI7+H6B1g7a
mRespvWipmBdwUaiNxfQXqhgp71fKmgKzi/YV9AcOhpbRjLzcC9Yxv+Aw75EK
WpjOWGvLgN9K/OXEx7rDkVxw0qYLzpDO8wUXC2XoQqGn0KI5vjx9WmE4uoX3
BoUx3hvwvUlhnO8CMtamVfPcKSzu4pcxv7AX07Sys8yq5DUrcoD0tOWW5kwK
DyvsG9wSayCZyoy1hQOpbgXvEwqryM6zBft4hxCrj+4qHF6wr7A6vTVWz/zC
scwvrOFdROEkW6awtnB6KKWwrnBOeGLhfNCLmOa7pEQM0x3E8Mhi2gnsL1wS
rAoFCpfb8Qx6JdPkqyR+ZFXhmuD6wvWFjeGFBQsL1xQsK9xS2Fi4vXAX55m0
5ZxneDcSwx1N4R6mC/eDPlh4pPAY70wK22hnSCtIwWqO8MJTkdOFZ0NDC9sL
O8I7k2mWL1jN8iSzlJQ6uLJIK0oJNyfnK6aLAkwXRZL5vNYXZfaX5SPdX8d
7qcakunYxqLS0NSinkW9wyf5HpD4dLcVW23vYYr6x/SiQUVDQrOKhvL9F+0c
yopGRBYXjS4aVzQhd2riFD/oslFU4tm5E7FPv8Y7RmMaPzSDpbvH2OzeX6R
nUQXzWK6aC6PfsFHogVFi8PNRUuLVhQNSjtIWdGwV4GiVUVrs0qLNhRKtpa
tKNoN9F7iw6EB8fOFB2i1Tmr6Gh8XtboouPpI4t0FJ0uOld0ovVgU6zYuNoqD
xdHinOLC4h7BquLy4j7FA4oHF1cWDyse8WTzG3uGHRhSPL55o5xZ77hdPKZ5W
NMG5w7Xvbe272uQ7VvteFXepxTOLZ19+r2qv4MXzihcW1xcvK27layxeXbwu
c3nxxuLNxduKdxY3x3WcX7ytuprtg6Ck+XNxS3Fp8svhM3h57/tozkdstPm9n
b455ihBE8mX5tsuS4ovJGRJ3ygv5Hjm22u4XZ4zYMvv+2s5L9lzmFaRE8gpS
Im2OPQdLPKG9JVZJuCRWErcjpKS4pKykV0nfkoEIFc7TCTwxKKGMVDLcfjpR
Ul0ylnyLZxH2XX9JTcmkktqS6SV116SPtZw623+ynCvY+s2ROyfySRcl3lM4T
DDyvsGdQyZKS5SUrS9aUrC9pLNlSsr1kV8mekv0lBzkqSo4IpeMsf4bbEeEn
6x0bGHfGGF9cYz8pVT/B8/VCPKvGJ3vqCZZI5z59IdG4D/bEjw59RDOB3XUjm
LJ5Vb2cZeSTxhBb/u8+/owTN2gLwc4B74Zmt/Wx2Mp7WlhI+xXo6dzvy/IQ2
hTnK1Qq/9+1lLF4BXQR8N/Aw4E9Qugf4j+D0Ai1god+2UwyB/aA1PMXVGoUi
2/ITBfVH/LmHbOdnxXXIc7Tp4Kxkjhphjmsuc9RI54f8njVk9kPmAGptAmcb
OJvAWcgcuZBp13rmu844GoijzEfpdnzeMh+tnAD9D9ADYdVA6DKCzbOh+QhK
FzPHXQNti6F/B+gesDNs02ynNhS07NiLz7hZw2no7A+dAXBq0KN1qDsEnHXQ
uQh1DVhiMEfriXbXMV/rCZlayDdB23GbRu86+LmaimaixAs8aeAKaPb2TbVDqMV66rQF0
T1s/Rrw319U12NAbVhVD/0XIFGN0+kLzMfA3qN4FyVb+jE5bwu8VyHam1Qh/
riE3uR/liLXfgmCs9uBS149AG0zrPqaVDIczcX6i7Qb9DHrK9Em84XsSpd8E
5xzeLD6H3pW5/o1nh/Ztwd8dYfppm3ZGZZzhG7RmOQ64rg9Dzc4d+BuPeDJ/s

xjg2A7P8gzYHMdNPTyPOU64nmIbfqhGlaxGl1fBeHGP6FrwXR619iDThmkKW
XI/xaoU3bub+0qxhDf8CDUMRh71RKwutv4DWsxA/kr0kW+HndtZAXi3H+ydM
L7VnOtPqa/BkPfw/0fE28V2Pgx4I+n3QkmmITLuX+8j5SvaHbY/ZGuCla2HD
StS6Efx98JWCUdgHewQ8I+AZgV4YsOpJ13nif6CtZhqR85T2OnsPPRoBnZ2w
ZATG8b+g+WZorufvVKnT9OsQscgkiIF6xq4/2H1BrXOw80ewsx0yHYi6A9Bf
gGjcZMcPt+vyg3PE7jt/AiyXIjKrMSt3Yqb8zM6f6EUF4uE0PPMx6mahxQ/Q
YhP0HGKOsgaS67gVsrMS7wWxDUMcf66nWve7dhD/b9DcxGOkHLNrOTSNu6sf
+01/Ed5bCn/epkeIfsLF3vsta9bS2NuudxFpz9pRAY/1RgxEoO0kYns78139
YPl2ROlLbDlJcoSMQNYdAWuDeoA0j3JlUOu3Q76C/aP+kW1Ws9geV6vrp0yj
xX5M05iuxoywI7Acn+ovY2xzuHXi8BDCotyWErX58FKUZ4cSRY++Bi9VIXP+
it8XUOMYx9HA/ThKqS2O1e0YzTLwKxxcibfF+Ht4p1E6CPyX2UIXsHwZ7Y5y
jSB6vfYZ05hr/ZFnesAGnb3n/gxzU4evDB4dyocck5uQ+a938TtOIZS+CW+f
cFZPjt6e4PQGHUA+DDh6eCz+jHH/s5NFd+PtMmpXn4cW9/Bo6ucQjX2Qb1di
XOZgBZ8Dj5UBd4B/GrjYzirAf0ZOMNGWB3HlsfM/2j3H89S1lL9vJ+3M2aR9
nWzrq9YybWc5RF0Oj6nqwogfdylMo4//Bk6VayjTyIEpTGt/Rwx8AP3ToP8D
xO23+Nsqejtj9VvQn6d1kPwF131Mg/MBdE7TPuHVBJF/vU1j3X/JjjGMYAjW
NrO1MoT+vszyMgv5px/yTxas+oDllTWIite4dXcANrwGq25GK1mI5JshE4cN
p9CLXNRdzBw126Yxglm6l2ql8j5We4pbVDAjFMwIxZ4RxcxXKzjLqW9wqfs5
tPIGt+v6CPS37LnDfdGeUt/AnErBnGLLscq4f8MxptI5Mo0laaZHmUav34K1
/TAKbyGWcpBXn+y8g/BPMIJt8NhPEPNV+h3oI9edgfgZxd+oU0YhH1bD/lGw
/AFuV75szyZ4aRL0vIqRLUDpq/BhHbyxjr2h1qFHE5GR3sIoTIRm4ew6jmKt
xJ4N9j8NzhJwNPh5M8ZRQ0wuxBz/NWNllSKkBr56k30lXazBs5jjOWUzzxQP
Rse9kqPdO5LnIBt7aX0iczzXMEefyByP5Fa8sMRdzpr11+DtV5ijIweq/45Y
2oL8j6zieQq13kKtlVzLfRPLeCpQC7s714fM0d/H3ns2OKWci9wvY14/Bv98
gNw+Dbk3jiwRB7+Gc6x2L9aFGnCG8RtMyi60vlCfzz1lzR7s8N0zXKXoaYxp
p6el6CmvBTHsKLBbVmPQ9iKPlKsHvxMkC+H/7VizdmHNWmFHCPAvwBmJWjOQ
MW6EN2oxo29E5DyLOWgiYzxrxwnkR2Ml/QhtLURbH6GtzeCEwdmM0VQQaRsR
Jwo4L/P7rkoTY1pnOYMJtPIyZvpQjH4Fx7/EHkmr4EhQH+NSLQezAHOfsgRH
iAJ5Fyx8BXpG2DTiNgJ6Hfi/tmlE3UFw7gPnIDijEIfrsS/qDf2PQ/9D0D8R
0fgQ7L8GaxPuAeU19koKmULYHITNz3ApZQz+Hu3fXOmEsxHh2fB8FG3dDZli
zIV+nAMV7LcVewdYgkz7J4xyCTiwUIeFKtYytRKtQ5tWDnuw2qqPauN416R5
mYbNp5BV5sHDp5Cdptk53L7HYQ3qC9BQgRn6AnJXX1j4Flp/gXunPIGoWAHv
LQRnFugb4B8PYmMo7KlQR2AEOV/9GHqQReUT7FXxCfT8GJz1zFEC4OSCU4nv
iH8f47IAnMWQcTnZbDnW9B9jTUc+hOUzuV3X7TaNXkdh258wLlF4rBq0sGco
fJINzgfQIxD5+Y79rAf3FNLkTKs0cWyTZ1KwerKfp9s0PNaX/al8hhY/hWc+
g2+vgm8/gzeugrZDvCa6HmMsD8HOYWixAV76Fvo7Ch7A21+0arAlbshY0OOG
npcRpTHX77l1tsRVwqOmf8AxozVjPb0RnAvgHEemugEc3LO4buB+qat4j+S6
FpG2Cv1SsB7dxVhVMPrnITNSu49pRPjrXKrP4JVIex0yT2Pt/gf0PG17G5zd
4OCOSRpYrWoxi3Hvr5wCpydzlFPgHLJ3QdhNTce+dA6ses2+p7ZL+R05WY7d
Yzno7yCTfAetbLefgdh7J8hUQOaAfQcNvAI4CmpNse84+K1PtcW+Q+F8rl+F
Peo5SM5AacTegzn0amhGHsO+Om5jtDWasfYONJTxu6hkz0Hs6Lj0CDyGdc1d
gxZ/xNnYdRTrxWL7bg47uv72bh/ttkPnT+GTYdhzpuGupAY7wBrIrMSefJaz
YzwI+iB6h92pfTeEvegKRNdj+D5FPXp0Lb81rPRhWq7ECrUOGuqhoRV77GLG
ugI9ebhvfR42S+yrJeaRjhVfR7y9YfuQvwOtXrTv5e0nOczR7rXv/e3nY2hr
F/Ak2LAHdyISe/IH7LtjrDsf6P9KeLzWShpmaMwZj1yRhRzbCjwOOXaUfR+B
HBtEpGG9UJ7kHZEcziGtPIk5uB7ZYDiywXqMDu5NXKc46tQqxHMV7vdPIZ6r
IPMjrBHtnWs5HvQSKp3FHDWC7yWfxLr8Cn5R4yTHiWsI5NexPHlvPfbA/CsF
p/B05QbcBQjtAawvLCnsjMe/N0AW8reWQ9rNVFrCzzC11/TbyTNpbKH2Grxa
zKW0suC3QEDbnGtRK8x8eS36OxOcM5CchFYGAb8C3MT2KNi/KX9ARvo9MvCD
4LzLdWm95rrvgvMe26x+g21W3sNobsUc3AqrTrp+gBXkMcJDdbq/0Ie5tjCN
KO3HbWmlmsWS0Az9ykknTrjuD7gu3Qdxjq1njnwYfsN3Z5RP4L2P8GzqE7T+
LHw4Cf58FrGB+yZh4Pumw0UNYY3flfXc5uF3sWOyTPaV/SV+hV1WyrvlqK7/
InhY1shH5STJvxnM/znwbVkn57sK9bcFf7WxkmAYwUiCMSJG9Eg6jxcTxRQx
Tcy8wpvJy7reTbbfTKZI6TjI75p3nLXfOOf35js/5u8Nypd12hfIj9zXIeoV
ZP3jfPdgY3cQdypxluFS9b+ZL7cwR3sO/A/AEdpojGoNVpseyB+TwX+EauUy
R9kG2mIse9jy/MsXUrgmCr6bjMN//D76CsFv/CvufxNSRC57M/hxUSt6i6ni
W6K/+LZ4TgzGm8F3iUY67hav0jFMvEvHPeIkHcP1t8mL97oL3EVihLvEXSJG

ua92Xy2q3de4e4r73eWUsx5w93H3EWPc/d39xYPuAe4BYqz7DneleMj9oHus
eNg9zj0O36IX5M2ay971PiPOi4u0QfQolhJWYkpcKebvaSt9lYF0FVMqlCo6
hivVylilRpmk1CrTlTpljjJfWaQsUZYrK5U1ynqlUdmibFd2KXuU/cpB5Yhy
TGlTTlGdS0etc8x3jvVdx37nOKu0E7QpHUqh1PDdxAj/74DMx3cK+Z8CBint
cogcKkfg3f8M/i67imc+WiN/ZuGa4LqFcC9N8j4BO8MXGLtmgv8zrKffZUz5
hLDuBudfGLsfg+SLwL+Ahmf5F3pcu7Qbif4d0+p7KC2E/H7QL6GVg9A5UeXv
5brkr4i+TuU9wIf8/Q91rKQMrI7j33tQj6s8B3+q8q+87FIbOG7UJdiZ/5A4
r0PnYfUa7MMZL5Z/I/yOOpBbVzdg/8m/BfKqynegi/j3SNSd6mLSkMHaXC8x
Vl8B/gD4G+C/CBuWszbldZZXC2FngzqJ8C71f5EGU6XMLD9hrPZTaTcu/wb6
fuCLKj9B+pnK98i/gs5n1OVonbC2Q+Xfa7lG/TWiP0dIxVD42 yduzwuexZ4f
+K7z9fJd7ztFM6Hkf+878i5VdOJd+IfxLvwj+k79DWUp3oJfjrfgV+Mt+Ga8
Bf++m9+C/8D7bEpYDsa77Yfxbvsf8W77n/Bu+/t4t/2v/G67GuN329VSfrdd
vYrfbVfL+d129Tp+t13tJdxCCgKcIaAUw2unMv3KsCcWkXagZUK832o0OUzNT
+JygzYAZYX2AUrOn2dvsD5rLBplDIMfXJhyuh5ojLtMz2hx3mU7WwTITzMld
56nmjC7+LHMurhP0AnMx6ER5og7bk5CjMuhnGQYuX0rXS5Pa5esVZOvSJLnu
wPW6A9uQDAlbukPCtmSgvnf5JSHn2AVbHN902c/8VY6tfGZYS/1MBq6XgIQu
BraN+8nnDdQ2+4frUx+62k/0nceL7WMdfM2yQ+06kE34zxmjy2xM6Nlkbu3y
LcutSjonbNlh7sZ5r3kAdbiNxDnR9tJu7SVs53o8vqzvkHn0c/VXdWv3uHnC
PG2eMy9Y4jI7k3VfyVY+J2xJnLOSrtkevnb8g74lzmu7XXMdtjkh78wFLkvM
DUu3DPCzLm+ry+/d++/0t2tudb9OxFBibKktK2jzup+7ZKhNK2rlWIVWD6vc
6vO5+PiSszXgnyu/TG7VF/j9S87W4KTr7n7O6jZeX3KGHcnX1O8vPDt+6e5r
q9L201edv9KPiX4kxz7rH2aNTMw1a4w13ppoTQHtnLvypzOXrWnWzC6Z2dY8
jhVroVWfnIetZVaDtdpaB58l4pFjY6O12dpm7ezqI/e5ydpnNVuHrRarFbxE
fqC61knrjHXeuohYTMQknf3S76GVJeyP+ePoizO3/MX+MkAvf1//QH8Fy/ur
/MP91f6x/hr/JI5Xf61/OnIjteOv88/xz/cv/8i/xL+f6XbF6pTHekDRvHL5/
JbW1xr8e7TReaqOrfIt/u3+Xf89l+aP3l8Tm2m5zu3tMde8p3fOS4yOOI/9+
/8GE3f4j/mP+Nv8p/1l/e1ceStigdctDSWuUvyOgMXSte4l107kOpAQCgUgg
C5AfKA30DPTm9gP9A4MAQwJDWU9QZD0ZWsT9S0wLjAhMDkwNXI9C8wIzMKa
mwBHPjA3sAB6FgeWBlYEVnXlq24QWBvYwNBlN8VQYFNgK2zaEdgd2Bs4gBhy
1u7AocDRhO7E/AkcD5yArtOBczy2GN/kNi6kCo6DVD3V4P5yH1ODqdGEztSc
1MJkf6X2SC1P7ZM6IHVwamXqsNSRqWNSx6dOTJ2SOi11Zurs1HmpC1PrU5el
NqSuTl3XNYc5HhLjmXzuNu6JefRF58/Fl9bt7PBTN5qR1M1kf3K8K8DU1ae7qv
Rd3XJIrX1G1OvF5JLrE3oPYgpvWt03RO3WkO4fFOnHl/h/NX9PPLci2fuV8Y
E+ec8F/3fcbn1r9H5/h6bbbdzYm/TLScln7/Q3uT5uu FSPkiMe1f+6b6uflHe
6D6erDvRvjOH2d+pTan7Pre3Zb80px5ObUltZcAehqAr3ydyAwP3mePkZOqZ
rjnMupLmaGL+de2N2R5nT8LrROr51Is833nes3xQBj08/5L1Ba1g+HN776Q9
dzAWjF+2X3ZyVFf7Ti7q2jvTOVgcLONynsfBXsG+ifuD4MMBgRZfHfIDv5je2u
8Urau/J3PC+LWVo7unzE9Zzvvf3I5P1nl34+SUzT+Rc97+E1CogP8TBjPJD02
h7HrLX7S63qLv6/tqgZdzbT2AdPaB0zr/ZjW+zGjOtZtXzMbMGv1ig4 4bve7heY
dr8A/lPgP8WW0BzIeyKiQUSEj1+MJ83rQ0C+hXwdfB9/9/1Fn/OqPdj7KrGb9pk
M9aeAqcF1rZA805o3gm6B+gesORqWHII1NL8IzS+C/wT46TC6Vd6hnXciUQKbE
thxt1UKyFqXjUDoOGn4H/u9s8P8C2F2DtONj2F+j8C2qloFY K2qoCvwr8BeAv
gAaA0q6FdDd7QbG/cCplb4aXp8Xp8NJ09PPE0+nganp9Pz88+8H+zzfHjPCFPGPw3
wX+TaR/Gy4d4o8Y5kbvnckaEaSF5HmqnckaSaF3mRQR09gY2K3+h/gKXIs1tR9rP4eGX0erL
tmaUvmFj2iz+utBf2QFfdYD/Z/D/D//DPpx9O9I9Dpwo0I9IPbaVTJ DDfpx0I9AvvxxApmK
ONF2QGYH+OvAXwc+dGq2zdAvwYav/aqFcFcKep2HP06DvBn03PF2a+mT3EmT+BLgdd
Dp+H4PMMP7Pkj7Pkj2r0f8B7d4AHPGn7/7H5/Hf9a/r7bm0f4ALHcQbdbuCDcbo
TOj8FDo/BX5E++CNAEA+CbuyMnL+ux8cP/+4ngnp8Hp8rYYfC30yDc3A3oO3WH+
d4H/C/B/B/B/B/gbq/Zdf1fkPKfK/H6N2gd4kOuBbfh+M6N+M/9QPx/cmH3a
65B/HX6AnRJ2ukah3VGoOxgyg2ED+h4dH/GgPg/8waMSMhphhRYbMKm2UbdLaB
vw38bdC/Hfq3QQ/QydiSUcsqcgtKnKL/+hHoj6Af8akhPp0n1KMF/1aK4nmAf0Px
sudy3xZ1ord4Rjwr+oiNdPQTv6ejv3hbNIubxEE6bIZ+o+wVA7UD2jtiEP/y
hKjA8+XlopJgpVgj1otGsUVsF7vEHrGfahwRx0SbOCXirB6oWhIkhJQIkqQW
kk9HqdTJ6a30VWyWpD4T8J7DJOmaBMVyQM5RZzlxlgbJYWaqsU+Ypa5UN
+N25Hcpu4vOxVlLlWulQAjjoSpnLwDSuFZHJGsNP8F2TyAM78Vz3Uf7tefu5
rtaIp7gL8PR1GUte9qx4Nt7hwbNZeTOe/fogeQ/4QvsNZ3XorfB3Pil91nhV/

nzgBSNZC57dY3r0fte5Jem58F57i3qx+j3C++iTq8lNZl/oc4UGuWwlPVhk3
qvx7+StV/kXqdn5urH6o7hD8Dh63ch5PjH8DHOdfLFbfw3Pj36gHCT/Kv2wp
/1XlX63ervHndG/iefIr6itUd4XaSPS/qCs52tVfEr5X/VFXnPAnNRwn/C8H
+RQnxaJU9BBloqe4VlwneokbKEpuFH0pAobQ6FeJoWKYuEfcK0aIUaJa3E9x
Nl3MELPFHHzy8I5iIVKGkq6hJMNROEFMpvNUoqaS5CzizhUL6FgslooVgFVi
rdggNomtdLWU8FaxA/+PujTxnQc5B78f94H9qT9z7DcylYkoPeeUMsZ7mfIF
/JZ+X+Am+51dnhtKFuT74dfO7U9hyyAz1X5XEvQa0IvxfQnbRxf4x4LIR4/R
XCr+n/CMm/2uT1F76VP0afpMfbY+j1qv15fpDfpqfZ2+Ud+sbyNLmvR9erN+
WG/RW/WT+hn9vH7RLd0et+UOA2LuuLvYXebu5e5LeKC7WD/prnBXuYe7q91j
6arJXeOe5K51T6d2prjj1AprbSUNl4460mMfZXTMcc9nLYmDtNvHIvcSfad7
OXFWsi6i17jXu2v1i0TPA8wj2+1jJ45WPtxl+kaCw2SPJCtmuxupB7XuLe7t
ej3Z0+De5d6jz3SHGdwW2ehx73cfJDmL4Ij7mD6PyjY6Whi2kXUMO8m6Zvdw
AGtvc5/SW9xjqcViBm4NLU5xn3W3s95EK9CYALaBwN1B52VUk6GBWnHAo3lS
9NXuXvo6T4A8vNwT0bd5sjz5nlK0Dxs8Pbn95LYZPL09/fUz7hr0dj6oBBAH
NVlyimcQbPscXInvGUQtD7nM/iRAGds81L3SM8IzusvCJLgSn3mecYiK4u7A
fM8EHmUH2A72jWO/ZzJ53vJM9cwgzDCL/BTWZ3vmehbQ1WUPLUrfHs0Kv96zy
rHVvochYhzgt9mygMawi3Zs8Wz073BWe3fDhPM9e6gN50nPAc8hz1HOcfEdj
6DnhOe0557ngFV7da3iD3qg3x1vo7eEt9/bxDvAO5khMjCS34K30DmPwnPCO
dPeya3CZd4x3PGln4dGE9xrcc7p6lRxXjhe8E71TvNO8Mzk6vLO989zTvQu9
9azBk+9dhhrkG2+Ddx6dLXe1d7V3ndvybvRu9Ozgg+Q3Ux9OeLd5d9L1aYrO
s9RaE+ZbmbfJu8/b7D3sbSHtrZQNTnrWUpSVuhvdjVRy0nvGPdx73nvRPT1F
pnhI044UKyWcEiPbZqfEU4pTygh6pfR1e0hTE2mtThmYUqHvTKlKGa63pFSn
jE2pSZmUUouS6d4BKXUpc1Lm61NSFqUsSVmespJyD0fbNLeVsiZlfUpjyhaa
D3U8A+l6e8qulD0p++l8MOVIV6QtTjmW0pZyypOfckxf6I7B75g9KWcTsyil
PaXDp/lSyK/zeUz0db6AL+LL8uW7VwkZfT19vX399c3ugV2Aue0b5BviG+ob
4ft8BDe5KwA0Nr5xvgmAyb6pHDu+Gb5ZiKEETVHkm+tb4FvsW+o941vhbvOt
8q31bSDbj3RFOGn0bfJt5Vnp2+HbpJ93iJwJctOPOt9u313fAd8h3IHJpDfE8
vuO+E5xtfad95wguGMLQfeMokqfoMw2DsnYLjdZZikiLjpgRpJGuoFw8H9l4
uhE1coxCoweN/ULiW26PUW70MQa448Zg9x6j0rPKXZFyzBiW4iHOSGOMMd6Y
6G01phjTjJnGbIqZPcY8Y6FRbyyjKGnlnEvjQdnJaDBWI14vItMjU9LK0Uy5
dKyxzuDf+1uEJwdY6dWpjLXJoLEG869R81s8oPE2pWsIODcAj0bdmShtYKyv
AH0YGN+lk1j11S38C3OuXqDHAg8E/m/InIaeZah1Hvw60K+AngfcGy2+jl3C
IVsPvwum7rT3DcArwDkIbWfAeQnvSe3EW0JbLz0pkf2hPwA9lbYGvF/WjtKr
8a2OjbZOylxg7Lb9cNyRX02cXHBOolYrcNAptd8TnIo3CvlbRDkddaTn54zp
Poz/0+gvwO3YG+EuU50KyVtg/1z+RqkcxjLKPtSyd1R9WEbD29YavleqToSG
c+j7f6OVFuCD/N1QOQNvCBYzVreAXgj6m8B8B1wI3Q83fgm4Cxz9OK7HEHx4B/
0mDDRlh7EdaOwbjXwz9T8M7dBPu9bzsSSOivQLt8nDbXv2PA2Jb5vro6R0RxaW
78U9WRN8eDdwH7R1ruM/hZLyMNOeRrsVYOjX7V4fZOwZDP4MvCFowdoZdhzC
z9uB8ZaifsiJDX4rMA7vHULrc/E+1178IjLen9V62tEL+f+yxxctStBHoH+/
XRcy8zvmUWkGSvHdIPv7Q+oJ+KoNI4s75P7VymQO/cbRjVtrfR9QCdino
c6xTyYed2DHLA/Z3zmBbBXbReB/5K1F2LUnuWSWj+NUrteX0Mdo5y/MbjiH28
+h7ud6Ff/yX0VNuzA5YfhbU6+JnQ9t9OKUdUK6JoBN7T/Axvifbkb0WrA5km
G5jza/4NS7qDv/QtK4+tk7/F63yXd2gnv1f2GbThN6plE/NlJUrx/VfXCbSL
t1zVWyG5Ae9srgEH3wFVRkI/3vFXd4MfA7a/4/UwejTcGU1+L3J953mMgv1u
LLebhboDQYeBz6OVvwJvhZ5hiGc/7H8MeCIkVyJ+GoARITIV2m6F/rHAf7ff
bIU/r7bzLWJvmo35N0G1RsQJnp6qBkb5AiR7oPVymQO/cbRjVtrfR9QCDino
vii1v7u2FCO+ATgLHhgAvAeSjcBL4L1XID8HcWJ/A3Iu+JDh/2khnWvspzuI
yU9gFVYKumeLCKloCmGh+FJ8JnH/Z72bpAlhHBOK0YZ3lBTjrHq90WacMs4S
tDnAdDtBhw2mRpDiXFOZGXDkOpLk6NqMXK7HzLpcJ+tgGTM/6VyaxO/pXCfo
3g6dKE/U0ZLkUpy2UhzIT2ozuV8d3eS6Q/4VoGc3iHxB3cgVIOvzbXbZ21HHJ
N5fxzyadzzr9TILEecT0dvm5pyOfsFFzrvMvbwPndmecOhy7tKQ6bUl1nDH6
XH0+908a0/xu54Qtg5zzkKKTYaLu87Su11O7KoNI4s75/do1RxCMJhjXzc4k
3Ve0NT/JIiudI5fO8FPPLzmnODZ3XIqBLn84dpsTuvW/mx8+1//u/e52Tp5f
aL9nUlxlfX4OdrU5mWAqwYwvGN//N89nv8L/X3X3iucvHa+vOk/+J87dfez4
6avOX+WHz9mfl0D08raeznEixw6uAWX7LqQusHcnySx1/LTCuDwPryJYa3TlyK58
uoFgU7d5uJVgB8Fuh9d+KQ7NvQQHjjEtzMXE+RHCU4JplY2yecOA0wTlb3rxg
nLJopbF0A7FoGfaZ27GCBFGCHKd+IIa/bC4m8bktq9BuJ7mNRLnVg6C825h+

SWx+Zax1zylXykuldhxZfS7ZbQ0gGExQaXw+L3fPQ0nrhTXMhq51LxEnzrU1
kmCMA+MJJjq+mOLANEfPTOPytYn6Zs0mmGdctr5ZCw17zU2AI2/VO3qWETQk
5atuYK12IGE3+dFa59i0kWCz4x9n7ba2XdKd6Le109HVZI8txje5jX22r6xm
u7/cR+twks6Wy/1ltRKcJDhDcJ7gonHKLwk8BBZBmCBGEO82JpErnL9o3L/o
/M/munbj0tpxhbXni85XjNcrySevy1c4834O493t/JX9+6qcm9hrtF/Bf1c4
d/XpK86X5aIrnf/Z8emeo79ozfwn1zTYV3r5HGb/+ouNz+9t6ewvI+hlA/Yw
I7q1m7wPJP3+vsalOVxqXDZHE/Ova2+cb3TtSXid8A+05zvPe7RdYc+/ZH3+
KuPze++kPbd/uHH5fjnl8vyUyEVde2e2udou53nsH2t07XH9NUl+c+z0T7pC
nFCZv/bymMVa15ZUbzpBnV3O9734T67jjOUU/n5Q5258S+gtN/8Tk2Dsqmas
fcBY78dYzQYHpe4XQD/F2AOOco5cDwx5HbSrBaU7gXug1tUofRH0E5B5F5wS
cGpBjwP9O5T+BZwU0FWgF6DUlrfbuhXtTkcrp2HhfNgGC3W061oMfBNqxcCf
BM6NoO8D/+fAXugJg36TsQ99944Ehme88JXnSbSFUvVl0G9AJ1qUHaD/DPw4
tKnAPwZHQy14QNsBeh1oW/I14ELoeRr4bnD+BFwOm0PQ80fUvQEy0CZ/D4z+
ameAK4AzIfkp6BHADcAWtNljfQG9QL9c16L0LtC/QOIvwfkH8G7gDOiEDdrr
aBd6XKPAGYxa8In2MDC8oUKbbAO9DfLbIQnPqIgH9SPIw4fCEPx/O6eU00KK
4Of/r8Qz2DNCaJ7RntEizVPnmSUinmc9z4kMz/Oe50WW57ue74ls/FNJHP9U
co3vKt/V4jpfua9c9Pb91fdXcYPxhrFb9DGajCbR1wyYaaKfmW6mi1v+t7c3
SAhlHsFCwf/pI5RlBA0EqwnWCf6HHxs2E2wj2EnQ5Fwz7CNoduQPJ0ELQasD
LUnILHvSOZ9x+OcJLgohJYHH/t8wXIdt+nP/H+ZJsumkA632/4mx3sR/iV1m
+8krg6wQg5RKZZgyUhmjjFcmKlOUacpMOmY7/65VT+dlxLOPS/+zNY349j9t
8b9sHf6/2PsWOJuq9vv912Xufc+acvc80xLzTGOOSxOCYNEmSkDQhMYmhwWDc
xtAYktcrTV7JKyGNcUmapEkMSZJbQpKQhpgkJMktSUIS/2c9a50zZ8Yxucy1
/r9zPutZe3Ze3N3OBYb/+32ioK8oS7A7y9/5QPy/+zGoEsCvzMYNHw
L83q+v2r4EraGUBdYv34uTmCng8TFHIBJb5TreS5VWrnxrq4I2Vl3JHyLK6/
dYq9KMUqXHmGJ8i22beHJNGCvTs9kiDxIFan54jYT/Ic7icprm9F2gJpS6Sn
8Ok6pF8jEo3XbuEbhCj97OzdIfPcWVsflYWt0tAsMSPr/IN42hXRdyGVMxXw
jCEdzxvS8WQn/QDST5DiqVb6dnSJZ0wZW5BWQjoAaQ908yZej8Hrb0n+mVfL
hXTaLCGdoOR9PHnsVkRaIG0pVrLTFkhPoZt1SL/WuwkZ8VqduyX3/xQncsM1
7vlpvIvXmDpi3zOoK8RsnGW0N5RdC08yIvY4++NQW4uTjHQ8ySgITzIy7YPs
T5NQe7o9HUrtCPtIKLWj7f8jkc4oZy1S0XnQeYhUcX3i+oRUNcuYTcjtZqgZ
SqqVmL/VxcAsGJcyIWBCwUT4Yf7GH6+s7GoXce9ReEyh5/X97iPU++K6kfKz
cqHn+X5Wx7lHBf+z/K7n+F0vuAge6O/b91XQgvu1XnSn1oj8fPVrFFN7OzM9W9
V5LK87CykC4ijA4mOulIKpNm/2euoWFEZ1F4gjzUuXBdh7UnBhvFRpEoK9yK
JTUgZYIhZRr9X2z5YkyDdqEGZOtf6CnC6e/MTYLMP6xbSAXCNDvRIUR/Xzz9
n/k/8/+vYaQFkd9mE0lPEobfYytAGzuPVCJL4H8bWUua2kqpkD/zvInvhX5fs
g//d5Ef41yMH4X8POQz/+uQk/Oo8lp8bnvpAH5A/4NyZ/vws85yykgjsfURaSy2
biJNqJ06yAPUSZ3kQWpSkzSjbuomD9Gb6E0lbaipcjD9GZ62G4M2IOy9KyApAX9
F/0XaUlvobeQR2g5Wo60ouVpefIrUArkNa0Eq12oC/+eyuJo7fR28hj9iHZ6
O2kL+v5o8jho+xmkHc2kmaQ9n9NQ9ybSjc6n08hh9u3AuII/enQahIxIxIQH070/ op
6U8/o5+RJ+nn9HOSfSj5jWQA/YJ4+8SfCgfG0/UF5RPox/Zj0/oppapCP6GfkH70/op
6U8/o5+RJ+nnn9HOSfSj5qA8/+QY8g8/8pq8zofyyHkfCkfW9ug+pD0PJHf8VA5ojjw
O+gO8T8l9LhLhwkwn+p9/9zWfCfaj6tBuOqgfyQ9OjesGxeOtw+9bp+iCj6/qzmK9jDu
6TPinFVzqNBff460e1bBAhItwn+q9+69l+z8BtSOwFfjQ/Sc0y+1PQn3Q74u4iMLrK
cNEXcwsgo8HCvJh//ypxJm6YcqdhZAmoJuHJxzUb3ebUj6q+83KjyH9ZiDzLQ9y9DNQN
5FnsQfVvKb/V9wB5+oC4KQiwlkjjJj5gqwfxiZ6q+xg+oW8/9a6o5AinU1iBfiBfm/ +CbSj9Az
5LTX5WT4Xr2uWvpIEOyyj2r1oz4Lx/jo+mY8AlcsMN5OzjU6i2q9W+t+GA+yZ9r9Y++pT
/gK9S0FvqTQ1oY6XvpE3q/pSB9TB9W1s1TUZy4WzL8xMB7oxbvAS2j4z4HTHOm+v+p6
o9c5Q/y9pQHhg+QHmxj4dP5zT6ivYa5J6lZHvq5iNN
GRaeUMP8DJ5YU8gInPsZgbWCnvNYNPFgdBmsTkQV4vZCraGrWeb2a1+1V
+Bp2gB1lJ9gZdsMG4AfoK72FgewkN5ALsBLBrSx9baSaDAfsbDC

w2N4fd6IN4P3pvCW4N9mdoDH8XjeGVwtYHt5Ek/mqXww3h/lw+B6BB/Nx/EM
NotP41ngOpvn8IV8CV8pOOVreWe+kM3hG8AGXniuCqmwnSf547sUn4o/H5/e
8L3+XcS+SLylXzTeJgKPoeyML772yfjy8hMgvmQ8ifgJ9YufwvFyifHh48PL
rwrP649XHl88HQKX2/gxuN/AT4K/Z+Eqg63QmEhJ4GQtvrmTVwN7MXCQi1ez
NLtmaaV5Bpi1bAaEfJH85OXLW76YjmWkM5aRnUhxVYGcrU9LIfIm0rsQuR2v
cVY+9FREqcxG/GuksYinIMVWi+K6AYJrCM5/hrQD4psQP44IrgYgOPf8/G5B
z+Hs5vM4r5/+jE9xZjTBWd7nl6AbXDfw51H1lhueLkU3OHudPotUrkuQ7+KM
Yl1vnMe59udHoT9Z6I+UAq/JS0idiOD+DlSe+v8nxtgRpDgPV67MYLiOgU1E
l3FIQ5V0wBXDtQsE587TSYLySugeZ+yq2ce48oOJ9RY48xzr1KqYRv2gTuIF
6itRUwWJGo1NdrR3JDi6Ono7+jiSHX0dKY4nnb86f1N+lIY3q5Fq6Ev/q/LF
85e+COmLz68JRfrlbXMayt4Iy7jMWluEng25IRtXgF/4X3gRXPyzC7iTLpeg
yb4sv1bif2EBP9cqewM+y/W1gDjrXLZu59PwGtfxgHYkkFIl9/rayvz8l3WK
J1UcCTrDLx3CsK+S/5wRO5vMJhOC30aoMdAYSJi9qb0p4ZAOg4gGcf8rqej8
DVKgkvtn9zFSuYCfZZQe3apYfQ2FNjsC/62L1d/KWDZkHzIVrhnkRCibmAed
F42xSOXe/7mg3/vFQSuIg7YF3F05r/5+F81BbglykHtBnvIPf6N6WgXsKOhR
lCkyTq823YQOVxP+iT5OSiacakSHmkr8u6nRiJIKSZabViWSZ2TpaQ2mXYn5
HoE7HRS/72GQApHwjwMTX4L+R+KO3cXvfzgxoO8k/m3BdCyBEEoi5+SWaM7J
LdGck1vCOSe3hHNObonnnNwA7f/V+rwxYPtfXL4Wbv+Ly18RA/GqZh/g8zOI
ve7TIsuBFrmNVGF5bC/xsH2gUd5jpBlp57DUKxuiXnk/6pWNUK8U5wi4jYGO
Do6OjiccnRydHd0cSY5ejn6OVMcAxyDkwT+mxqmYGnAVEl0rjr2pMEGlwo3A
s9BHokEjKaM4LkrHu1Q/pfbR06d9DCh2neBSOfHqJ719+snfx4soS5GFypIs
a5dXItoWQ4m4vHC9+bpdMeTry5e4Kshc8YJY87bxlydDgq8tHVBMOsalhu9t
DTv7WsNrzcFfxWXu3xyXuX97XOZeVlyO87XiN07bNMGnIdwIPHvTeSLqkDcK
16L16+nX9/67W7/efr3zv4+XKNDWo+GfDCZJff3++7gR5bdtsZTfK2lJ2xVL
Kby8kL1lKb5YytLlh91Z9QPDirG+fvOSOZB9xUTsK3b05b5ry0MEscGblaEs
VsY9LyP+Fi5EDkzwG1P4e/Sgzn6jAteaA++4gTc3/B08lEwq5P7tqZB7HaTC
pfEgx+i9c/r8teGpRHw5awClNZWItUxl2VTwLd7Pvy7gY3fws4ejJ/rbH30e
qPwW3F/CVzbnSedJ0hx1ixakrNifCw1RdmFjKFtTNgfD/J77v6cXevdRbZA2
VEsHM0obC/+J2hRtBphZ2hz4T9QWaIvBLFB3K7Q1YNaru6HaZnxP3m2D623w
994tBrMgoMui3pPP1vvC2wlmMd7tBXuGdgCeHdVOwLMzwPUZnUiXuqFt1g3d
FZBrvNNDlMtQbYYeqkd4w9MrF+BsRn7oejVtJxiftLrH36Uec1GJCtzp9fVG
YJqJO72lHqd79DgIRcb1Yj0eTIx6r6i7gvHid6d39saLnqQnF7wrLB/wkQp+
Dsb3hgnOINaa6SPUs9EXe1YSOUQfB3ExTh8HPhZbngiUCy6W7kWm9FWnrZ6h
T9NdepZeTc+GZzn6QojLhdooPVtfoq/U12rp+gaIwUFwL57l6mng5yB9iZAI
/Nup71K5vGAuWK/H6/vg3UPq7phAZKpA6CfB5Ls8C6aZ4jPOYL5ne7X1hh3i
MF2FMAp8GQW+eN8bDM+ZuhulnzUsGYJRGsvzUJBwrL7ECDMitRlgFhtVjCgj
2qgLXOVJ+eCugZ5rNDCaGLHaHKOV0VZvZnQEmZZoc0iBOWlyXgrfJSj7HBGc
dSbnqMj5LfxufDobEbnbNs6QkfNG5BwbNRsEZ4/IeSByzozc41DOV5F7Dcr5
bwTnosj5Jxznmaj5JzgvRc57kbN62HfoZiTiOD+HL0f6Fj7F3T01nFeg4Q52
BPlkTyCCu06er0vOYLgZGK44ETlPzNHQlih+llCuDMRFKH1UT1HogC3waR3x
FlmHeJCKN3HOLc5qOH9ExdU6jA2g/lTiVlyz88cxZmzeWXy6DXl7DimuIZTz
Z7RElQoiXJy9c17Ot0nCsHCmhJxDKGdh0z0CZxWQ4owjgvuVyjlCkDrrMFbX
ETl7W+j2zVSLmuZryy9vzgmHlra/Y6DSEhoS+T2dkIGX7RMTPil/BiF/zXw+
XcnowZWHPpjIOcqxf1P4oX6xKFJlWqHnLa86dgL52qoYpA7kbwjxrnwY6HsC
7pzb1fNmKE2rqwr1Ql9jlTSti9nfi0mTVyLS5JWQNHnEuy4l3ifPIFJc3wu9
qS++VolZXcz3vWrQX3yvuvo3RewLuRqpeu2pyy6J1NGTyFUKHbGfM9rPJydw
ALHOpkKvw8S4tzDu3Rj3wRD3T5GbMO49GPe1kddo9yH3IXIHpkOdK+RHzltP
wBNgxlwXHIkvzSKmR10X3Mj0KnPdpVfodZReck1XMx83sra+8vhOxPIxrpil
uxquZKx3w1Iy4Triy9teX12t5G2His+3PJWScnVerPJvMLkyXdCbBuJ8oFDc
72SCz8fiS4Mr5UuMaSdBGQgDSsnE64gzA1cGheNfpEvGdcQbw9whalWqNMOn
r8i/a/E1T6w9i0DNQczajyvALWgILBPi8PrjWqzjE3rdSriKIMMLxXFJ9zyu
TbpE+GSk/0gJNfxWF4Z5bhURYyX/xFTMl1DMjEr/R6aj+MYh1xmsgRArkhH/
yJQUKy6E7rYewquKdXugmvKfkaJV/aSl/2hZdVwXJ2aMCf13A/Y8/skp6y+r
WPc05h+dtlHwjwDexE6Km3BkZOw/WF5RLwnNVey9UFPNzHq6yDGgy9VvL6We
rEY8pAG4FTsO1FXjZBfnQsZ/SXEjcnhvcJkJ1/kzxC7GzZV/ky+JePT4eGc3
FOcazoGLImJ/0ingv3cm3I0R6/mcc79ZfDdGvNeBf02SAq6nwX0d6BdH3EAx
L3YAEV/UsuC6HkgRfkk1x/WVAvX8pGA3pAw6qQ//mpB7xLcNsXtV/7/IRddn

SvjLwOHuRpRCh3a0AbQDMTi6OAuQBiRVrfu+keQQozXC93Y4WtO6kAZ2JWFe
6jzEkgg5l1x6f7Gm0saqqtl/TxeL3nOp0pcsD7mXmAJh+L10LI6FxJFR5GrH
Bko6ziJ9HLMbgF/v6Iv8qsRI20K99esxhvP55TgzdvR1H8diTnuE+kLGcW77
mOuc5+un3OXeYOUu94Yrd7k3XLnLvQHL3aXGshhfE99xM3EsJIFMIMU14lTS
tVw1P97Z/3F+TTiX45Pi6/oUIndNmniD8M5wXoCYDcdxBxHvt+Nrsb7o/0rZ
tec8fzRd5lZ2A+XVG7ucydkkYn7s1cwmEe9sJJc3J0ToY8UxJ+TSw/bO7BhJ
/o6ZHZcTRxE+Tul1zKf/LAuhU6dfxzGaz+ffMVficuI0f8bDaPJ3zHi4nFj1
fskfR/7OeQuXE7tV/XimNwDHBecQiPZ8zA0Qy/4c/50zAS4nnv2/508kf+f3
/EvlWqyzjiJi3r/QNyy1k3Fiwb2MHWlOsZvxZe84T4f6DPW7DmT8n7cqdC5n
Ep7M6T2XU1w3oxl0GtwN853KmQPIEngmz+lcAU/E2ZzZ8PYuug9MBj0Ed7nw
bq73pE54niFO62SlvQb9A8PCaI4w4n3hzt9clLcRLLIwX+iH4MnLj5eXAHyg
H8JflY9w0wz4EHxVYVFgR7O6eN+AMdYE7FjakrVibVlHlsh6FuAF/CJq9ada
eYmrM9U6S7mKEfcOl6tC2YMkf12mXP2J0J/L1Z9qV3VcoShXW8pd1eVqUbkq
VO4OTp89/wvgTRBZiW/J1aW4SlLtPr6NEN96U1w/SpoiLleUPoLXp5AOQESu
N8UVq3I9qFwzSn5E/DXEcYWoXFUp14/y80gXIB2PTwcjnYw0BnFcjYqrM727
MXjX5w3BUvoiG4/2ZKd3R/BIn4t/A9XZBPYym8hecZ4q5C7C506cJKyxsewl
No5N8rkSJa4a1G9N8bl50RInytvFT38widgZnCrD/a69hhV6LtxbZDAZBtrA
aGWPU3aGsqf5Pc8CO1vdB7LFc7FreBZZgvuDry1ge92pnCh3Az+He+ifW4/x
hDPimVwNi7vqs2R0aWA64woUhrlJriuWe9/zJETkGUYuPDElFltiEVPjIU1E
LVYWrmWsj/emEsTgRfZoh9jUiNjjXRiqTFno//a+JNOfDIJ0TEczCmr7idB/
E2YonlmaDtez4HoOmgWAdcM5MyRf0nOR+XHy5w687ojXg/BanhyA5xycw5MJ
5O7/51x4jeui/sRYOjeHBDqZ6j++lqeoHe8p8RD/s6r+Q4re1Z6yVVf01moi
TzdhpAl++y5y5/yLPhOyd7uooQEwF6mLp7c08Rl5lkss0Fi4a6Ku5bNWcKfS
6BzWUuca+KWOy5cb89dfYZ0CZhhK+eJfSMagtKcRuUpHzMegpLPv/YufNDCZ
XP76YxlOYC7HXyKXhd9+Bt+ecFVvv3xVb0+8qrdfuaq3J13y26UxF3n83v7r
9yAESO8Lwx6OYY+9Qs7l2y9d1dvjLkPuan5yDy8yR+e/J1yHEG/L+ay4ukBz
LbjXT77+KuaUdiSzLuOdS3MX4msXAptBf/E834So06NEPRMNNBrPkGoCPXRv
7dMATz0kKtYifPV8A79aCGueszl4vdVXI/mv+sYT2aHVKb41ZuORziXec/86
4nhfYomGI2YGJxCu1n2WZEhhGGcafimQawhLJiyRS2W7jGv22atsOpZ1BxG6
uYWGYqmQOUCeoxJExAkZon2g+j3e+/PT1D0jwVjeogGJPv8g+nvKbIvu9DOd
/xTzyfNPQHMR29nfzx6CHFMIPZNHoi90e2ZUIPS0JxB6asMFKPRAzv1YIgjI
9sfTF/Lwxy+BOPvj9UDo7w8FlO2HS5AC3J1MCfT2ydxA6K+JgdDj5y4tpNMz
AnKvBUJ/mxgQvTC9IP7OTgiQ3gH5/yMmYHqvDYgmXsNc8PciImYOB4qDs48E
zFm7A6L/DoBWxBJ/MS3w8vQ/J7gLhjoh34h7WsgwZbeiB+hReoKeYYQZzMVC
WCiLYJVZNYV4WAyrD3Yj1kwhLQEzWBwg9Vk868yS6FGWDHep8B/Mhgnf2DDw
IZmNYKOhLxbHMtg08NPDslg2PGvEcthCtgSvY9hKtpZtYLngcx7bhf99EEJl
sLPZIXYMaBw7if75UwxXURkuQR6l//LdC+ilSArvV2NnpYycBZSxkZJOyHVW
yeUvUdGyyFAwROUnviV5k9JxOzwXkh7jFi8Ndi4PE/Eq/MG4zQbuhctsHsmr
8CgexXbBGxdKhCF62xa505YcGVLjN/I0OBwN8t+Ti2IPVJ0khztwqb3A5L5g
OGKkTuPDU/fUWBH2UtVIEo700FWI44I95/3Hn+T+WbKnj2M8ZAW6wbfOHcCn
8ky+peJ0OjkuJUeh5IiBPMFOnbeHYzzqnLxF6EaOS+E+X3IMjOPeXnJ/MTkS
pkahlipuIRReE5/K8Sc5khQvqNrPC/cak6NK/5DyKktMKua7VMzRUHqhzMZh
qRX5Gsotlicot5DDp2HuFvlclFmCpVbR/V6vDDl9GubxafB+LvrnT/3LqwxX
Uum/fPcCesnl9aSS8ezFZFTldTS4lHL5S1S0LBeW12l+5RWl4wzLay6UVzu3
wF4LpRbiVfiDcTsNuBcup/EwLLFV2L6LlNdp+eVV7YMXml9S1QmMn/uVBlmm
W+fnbplD1chvlfz8rsr9s34lHkuwHDlVpfaC8ipLkhxpVefb5uWXUVUVUTMIT
JGW5ufuCMtrNr4ziDiI4XqXXKlhyDlmVLw3Mw5d56asfC9/3K7iTFJ4Sl4R59
ctRY+wYp9ln175FWRaSvKqkleQrj9fL3jiu2RVr3Gkh+Y58/6Y2dmr79VMQY
RxZ7k81ib7N5bD77AsrrFvYV2+E+jGFwhuRAf9VfDxk+IXiwvPom+A8DO+u
ipeXAhy8aYWGgvF+Gbt0I75TxV3mO8IkFeHfxfxsdg34Kvxus8vz1y+VzqDu
IfbcTMedQw21f6hAZuNOoC6161z+Xo6Xu6aakDloZAlaiHlf5NhstLPhfi3k
4VwsH3mI7kIq/vvIIXgq/uJO2vvU39+3Y35+5Sp/dvn5cZKcpYycFT5Q5O7WT
Q9JQC01pGkYjqS/3qjZB6m3yC6A8XbmOX0tSP7/WV5ri1/n1tPpKKHdXlfuq
4i6qcudU2YKpPWhxx9MC+5vibqYq3j14Trt3f8OLl0sRy5XRuLAcyr8sk9JE
+XRfqb9VvTNKhgeVKVXzp6Xk9X9XKNMjS6VuftZS5/B6A2K5cLcEa65coHkqTdeq
enEJoHnqL557fdtVwC+Zzkv8/BApfAjzgHCRJ1Ibrk+iL3mUYRpbhVI3Nr99
V99T8RRspb/flZ/qMrXUmdqEPI9vPY8un/flBkxv0Pqfx2/Dz6OfzxeuW3Fv

skupW8VJ+yL9ovE6Go3va4w6Hx9reXlutdrHOEOFKNaSxeI8skuY93BRbtzg
Z7srNi6/nBfpkygSx/H8c+HP+bEn9aWC9Q1+K776+ka0n2uxpRT5a5cvv4jc
eBJcyNphpa8ugD/mQVHLnBR5B/OPn280kmyA+sLrl/AHfMn3A8LLgWcnSTb4
FQUmmtYFHw7BVQPaRPpCS/u025H58kvtU2mEfv1NNS8ANUuGX0KVvuu/DzXm
aanvyvwh5w5I/U9qrmouwM358Q5+ih7fFpKvd2KPT0fdVGqTJZwqa1W6iHIt
4nMDpM1JMGchIlTphXSBP7jLBXe7yLGAqRLm59cS9Ef44vMDUyVP1BPgF9T3
kDKlld+QPipVrEJ9DtnPOJUfgwXifXx+esi4lrGvRgfeL5yuKlW6Y8ziTAyp
3UutX7YIMm1kmsk9s/WNeP1ciaeEsDdgHGf75e1jsnz4SoeM9w3KZa5MGUib
guUj3688uBOl7WS+H5gSuVg+hG8iJaLhuq4oHRB3MiXCvCkhY0TGlCwZKi8z
v/Rol59aMv+q0hCKufuEX9la7pcS2J/SHs+PX5nf1Sn/cn4M7uWu+lZy9gzO
15B7qutH89MJv+pT0hbr3ot/J7y89BLfu7ZelslP15WoWcl215ueK2V6kl0y
NeDqLKbIISgR8Bf1HqRHFXgeppmpCf99Oev0CFyu9+SLfD8xFuwDJBr+iwESD
EbpVXV+9t5LG+kpYV6Q4csU+w2tsgzm2vgzHwdSsGNznXbXHuP87y8aZVjjO
Jnvj7El8twXx1ZnsN3wq5z3hOB6fgvS49AGv1+LTuUhxVpeO87a0+/BppF+Z
8+pi8ht1UekbSBfz//t0MXXGAI41qFa8uMKK8umABVpctgzp0RIOC/3nOBaj
0sildj0SpzJc2pfnyysn4jv1kWIx3vKTo+ZyLcHWPUf1QfIxiSzB/wal5eb/
pX6ag3Vpvm9r/fxaomrLtX5+yFIqymk2lFPZCsqW8BjqKLuw9+ItP7K2k7Wg
bI9kWyPbddmaNM+vqwA/g+7X4VNxYsNb4sQGVbPKOYQ3K9/WoW8X9A7Y+Cvu
HVzff//5aATvgugEewjRu6R2SSSRXZ9OTSabe6R270OO9eyemEqDk7ukpUB9
GU60pve3jiR1WzRvH0natmnZJJKkPdYa6ARCzp8nTqKTIHIzuZXUghJwN3mI
PAGloC8+cxEDnpeBkuMhd0IpbAx6ewLpKnoi+NQGpiy5jdQmMeQe0oQ8TDqR
bqSfemonJgmFFicaeiv1yQMQ151JdzHXAp86iEX+RW4nd0DP4V5IuxakC0ki
T+I8P8kXgZZRzOGvRhqQlqQNaO09Sarfc0qCyS2kAqlO7iOPkDjSnvQiA3zP
ObkJZO8BbljzuGbQv4xr/XCk2GkZ32WQZ8qRilAzNIS0f4zEk94kTXHGSSno
EVciNcj95EHyKLSXHUgfMlA91aBOKg91TE3QcZqR1uRx0pEkk0Hkqa7RA7qy
DUi3Id2D9BDSE127JKexc4JyDWkQ0mCkZbp27dufhyOtirQO0oZImyNthzQB
aW+k05BmI13QLblXD74M6RqkG5BuRboT6T6kR5CeQHpGUI0hDeqW0q+vFoI0
FGkE0splqyX1SumieZDGIK2PtBHSZkmpXbpqLZG2Q5qINBnpoF4pvdK04UhH
Ih2DdALSzF4D+iVr05HORDob6Xyki4C1LtoypOuR5iHdj/REcsrAvjpDakdq
IS2NNCy5X9dkPRJpFaRRSKOR1kXaoG/3br30JkhjkbZC2hZpR/AmVU9E2hNp
CtI0pEP6iVCGIx2FdBzSTKQz+guajTQH6UKkS5CuTO2anKavRboBaS7SPKS7
UkE8fR/SQ0iPIT2J9KygBhvQt2t/w440BGk40ipIPQMGeGob9ZA2RNoUaXOk
rYUARjuknZH2RNofqdBHxIqfW6D8XPoVhZrg4lSDvx3KfNAVXFOoOwiWa9AC
8Los1FUeqHWiofaoAzVTDNQwdaHuqge1UH2oTRpAjdAQSm8jqLGaXPA2V9f+
VwxqwDKXZN8O9VG+TaGWuBDNf1q9SOoqqoqVbBWghrr0K4pzlC5OnUVQHWrL
EKj3SqOUV3onTmoqiuLXWYIzqnH8hhIcmVTp8C+kZpG0YhGUQZ196yXY4oyT
omjZImlwkbQmpkg5aD/KX8aVmE13ccqqtbntL+14sgg0tW1kP/RjDVoG+kgx
NJ1Oo4voWrqN7qcnmcHKsCoshjVlbdlKtoOd4BovzSvzOrwJj+PdeBofwSfy
mXwhX8O38n38hKZppbXKWh2tiRanddMm6Ev09foO/ZB+xggywoxqRj0j1og3
ehtDjNG24bZxthn2Pfsw+1gHc4Q4KjqiHY0crUfrT3WkOyV4shwLHKscuY69
juNBLCgkqGJQdFAjYqNCSrvMFY6JKoeIeyixQSEF792D/O7hxZuYOMkr/3nw
Ob978fwY3Dv87k8Wen4Cn9sg94ZDHEZBXVIfZ3gCLzcdlXZIGWXHKnu4snOU
fUDapSqj3wxqrBCFtFP2sAuezFL2poL8lTrqdw9lotSJgs/DdhS8L1e/4H35
LL97iI/yawrGT4WQgs8r1Cz0PLbQ8yn4PAjq+IpQn0VD/doINKjWkNcSpQQV
Dkm74mhlz5d2pW7Kni7tyunKPiLtW/dLu0qQtG+LKxxHt61Q9mbkyf/JVmWf
Lih91TIFc0fVOoXuPYXuJxa631vwvtqegvfVmxS6n1LwvsY0v3vgr0ZmoecL
r+G9FuD+eCH3ZwLc++WGwvc1ZWnToDUpo1b2g5Q1DWU3U/ZQZcu8Uw7a4Wag
YbcD3b8n6P6DyXAyiowjmWQG9Gnmk8XQ51xHNkO/cg85AH3I0xCgnQbTUBqp
/Bks7VoqnFoZ0vbUVUVPY6addW7muvlHa04i96rLKXSfuOaGXHK3u9tOtUVPYo
ZS9S9Sj5p5z3zlC2SoHx6gSEJMn7btUeHcp+e/KlXbdntK+W7V8d6sSSUa+BsncW
TIV70grG+j39C90PLXQ/o9D9er978P8P/IQWf37uu0H1ewfvmOwret0gveN/y
RMH7R8IK1qmPVMT7UNDJGkCvriX0nhKgX5c5cCPaRhZCQZZSzLIdKDKL5EBrtQLa
q03QYu2CNkvVti2PSf5RVds+skParZKl/aiKxUdVKj46RdqtNWX33V/Y4Yat6
po2K7TaZyla5pI2qveOaKnumtB9T/j2m6rHH1kq7b7VVlq9zeVtV3b7cTcXjPXH
PQVj6fGfWeF8a9INLixpfpS1lIL5Z2u2BlK+naKe7hqzzWXkkkV31DZSto0oepW
sdNBxXXJHJUV9HVYaeUGXoiRnKPi3tBfFUGEzZLu1OrgtJ2KpQHOl8Ol21lmgVW0O
PfSOpBtRKdm5tLJ3SruLivlEIVKJqlx1TZV2N5eyVdvcYVnewcVpQDS/cgQa

fQ/DT7eAix5lCrYWPSL9eBbuYwvdbyooU8/Whe4TCt0XKic9DxS875Vc0P9e
GQX56TWjYD3Qa3bBcnXB/axC91mFwpte6H5hofCXFbzvXbPQ/UK/9T5y19um
6FNz0oK+Z6snRIC0NC0NulZDtCGEahO0lwmzN7K3Jpq9nb0dudk+xD6UlLE/
Y3+W/Mv+nP05Em5/3v4CKWcfZ59GIu0/24+TGs7bndVJbafH6SF1nIedh8md
rtWuNSTGtda1ltQ1g82byd1mWbMs9OeEhq3j3h5jyTrKxJxs2xybWPMcTivS
ajSa1qONaCxtTeNpIu1N+9PBdDgdRcfRTDqdzqI5oAmvwHXnW+IOuo8eoSfg
zZV0Hd1M8+genCN4kp4DLdkCPTkCNOWaODuzCWvO4lhH1o31ZqlsCEtno9kE
Es4SWBJLYYPYMDaSjWET2TQ2k83BGZer2HqWC/r1XnaIHWdnOON2HsxDeSSv
yj3w5lnQu12geYeD7l2NR/N6vBGP5a15O96Z9+T9+WA+nI/kY3kGn85n8Tmg
jy8DjXwDCedTeBafzRfwJXwVX8c38zy+hx/gx/hJfk4zNEsro0WAvh4FGnt9
0Nmba621eC1R621bRDjE1VzbB2jn2BajPc/2IdrzbUvAngtXS9Gea1uGdo5t
OdrzbCvQnm/7iDCwV8JdDrj+GO25tlVo59hWoz3Ptgbt+bZPwHWObS3czQPX
n6I917YO7RbzZjPs61He77tc3A9z7YB7uaD641oz7VtQjvH9gXa82yb0Z5v
+xJcz7fIIv9zbFuUfFuVfF8p+bYp+baD6zm2PCXl10q6HUq6b5R0O5Vc3yq5
dim5diu59ii5vkO59iq5vldy7VNy/aDk2q/k+hHlOqDkOqjkOqTkOqzkOqLk
+gnlOqrk+lnJdUzJ9YuS67iS61eU64SS6zeVeieVfKeUfKeVfL9j6p1RUv6h
pDyrpPtTSXdOyXVeymUnUi47lXLZmZTLzoVcdk3K3Zd1XHZDymW3SbnsdimX
3SHksgdJuexOKZfdJeWym1IuuyXlsruFXPZgKZf9JimXPUTKZS8I5bKXnLnLZ
bxZy2ctIuexlpVz2UJl69n9J+exhUj77LSL17OFSSns5JWWEkrK8ku5W5DdS
SVdBSVdRSVdJSVdZSVdFyXWbkquqkut2JVc1JVd1lCtKyVVDyVVTyVVVLyeVR
ctVGuaKVXHcoueooue5UcsUoue5Cueoque5WctVTct2jUq++ku9eTL0GSr77
lHwNlXz3S/kIxdHwMqQq9Psg/WlNFsYqQQvRFDT6eGjLU0CfTydjwNUIqJUz
SRaZA/rLSrKebAWt7gA5Dk/2kiPkJDQsQbQ0jaBVoZ6uT5vSVq5caCca2x/V
Jri2qKuXXVvxqjVgX6mrl13b4OoBdLddXb3sysMr4e5rdfWya4fPv298/u30
+fetz79dPv92+/zb4/PvO59/h+DqQXtjwA6rq5ddR/DqAcB+Ulcvu/b6wv3e
F+4+X7g//MLd7wv3R1+4B3zhhHvSFe9QX7Qs++cI/5wv3FG67QelwfYYstvoqG
g7YVhbOw6uN3iebQ4+oIPa4UInZ4/4WdJkS/W78H0o5B6olZFs1xvmttrIvbJ
jSdibxmxLrUztLGJ+F4a7rGRBveDfPsmMKSUjOUhul6xHWH63fxBvI4X1+YT
QOvxhxB5HJ/G4nV7fNrR9/QE+vCL2RaQe9DNb+jPcbMDunxcuBH+g5v24qnw
Xz5lp4U/7KQIi/0qfGCngDPIqcbzxkh2XuRUTngQR43R1IU+w46wn6Qb93n3
uWAcc+Sac5b7T1xhWhX1HIJazoO4TuR38dUS/QgyRhrPE1P4YjQPiZWrOXH1
dOlLfCN/9ZjYTUCcryG+r5e5grcvlVPd+bozyznTesr6Efmte4n8+r9XkXkOt6
eCrFpXB9W9MT80PBOiPs7+C71iXwrGQLOLvk+dbxB5ck8dP8kv5/5t5/fR+1Bvut
kPe++dDFQwrWLVerY9r909IXMiP2iU46Icc6O8EWIUIFSPIbvoKtBR19NNNJduozvo
LrqX7qeHQcD9DtrpGdBPGWioQaCjhoCCWGgZ6abXQVKuBrhoN2mo9oA1Yk1Z
LGvJWrO2dBWLBz01ETTY3qpCrpoK01XTXQWEz2SyeAgvw8N4BK/Iq4AeWxM02RjQZRuANtsU9NmWoNG25fE8gSfyJN6bp/BUPogP4cN4Omi3
o0G/nQAa7hTQcbNAy53q53JXQc1o59QrQbdfy9X9/l+/khfpQf
Bz33DGi6DHTdlNB2Q0QO9DfDQQONt6JWRaum1dSIRitntZZa60m11JiQ9
NwE04CStt5aipWqDoK8yTEvXRmqtbHQY8tNQmpjbzSbyE2DkdOOKd0JdoK
bZW2VluvbdJytW3a3w3aDm2Xtlfbxr2fbx3ecznRDD9IuPtPUQv6o4fpExpf
vYpeTa+prsPcGcfrwhzRf5DvdnmMV/iZiNsXX1lo8CYJ7l02eYAakWM4goE2
3dUUNTE8wvccEkQ/0GaWRB+liQNhakiwZ7G5cL8MBgO0VyXxzfePJ8I
JgPn/1A+HUwWOGOjp8t1g5oDJATMf90uIBGYYJWBWgmFm4QoS4w9w9emy9d2G2Ag
7MBZE5TvBbMfzBEwR9l9Et8C4+8w9lfwFfT6wfEc9N5x8+wAaJAMDYTBlWtZ
XY4YF4Bf78YGxMrBaGNX/5ymxpAeA0CBgGBjBeO8bNXZ8H6+dwlR5xy+o6Vm
qZJLIK7+Bfk6zr8LNLh2oaQUw3LoW2e34kTvYtFoGsQyDUmdn1sCMBgO1KYTpPJ8
YF4CMx4MH5oKV1TcwEwMMAME1gbVMaeYWJ3M8oWK3ph7ib1Vf6HxTYdvi4/4m/
zF/hk/mr/HX/Jn+8n8/5/h/+Jf8/y/8/y5/h//+fP8u4/4D/a9w
P8x/4j/zX/SqepSReX2+gN9Qb5U3U30vnozPVVqfW6f++pfvfpZvfvUUVf

pA/Rh+nD9XR9hD5SH6WP1sfoY/Vx+gR9op6hZ+pT9Gn6dH2GPlPP1ufo8/WF
+iJ9ib5U/0hfrX+qf65/oX+pb9G369/ou/Xv9R/1w/rP+q/6Kf0P/bzBDZvh
NNzGTUYpo6zxL6OcUdGobFQxqhrVjCijpuExoo06Rl2jntHAaGg0MjoanY1u
RqrzXed7zg9c1KW7HC7TdZPrZte/XOVcFVy3um5z3e6q7qrlusN1l+se132u
xq4HXQ+7HnG1cT3u6uDq5Orq6uHq5epjDbPSrZHWaGuMNc6aYE20Mq1p1gwr
y5ppzbKyrTnWfGuhtdZab22ycq1t1g73G+633O+457nfc3/gXur+yL3a/an7
M/fnwbZgV7AVHBJcJjg0uFNw15BbQsqHVAq5LeT2kBohtUPuJIzWl1OgDanG
PbwOP8HHQLuQyafxGXwmz+YL+WK+jK/ka/g6voFv5lt5Ht/J9/B9/AA/wo/o
t/MT+u16df4/vYX+qP6Y3l5/Qu+id9d76X31J/WB+tP6f/Q39Lf0d/R5+nsQ
8x/q1fUV+ip9rb5e38S3gr1N36Hv0vfq+/VD+lH9uH5SP6OfM5hhGEGGxQ/o
LYwyvKIRbiQbMca9vILRyehq9HAudmkuu8vlCnaVdoW6wl2Rrsqumq5oV4yr
nquBq5GrqSvW1dLV2tXWFe9KcCW6klwp1rPWf60XrJesSdZU6zWk71jzrPes
D6zPrI3Wl9ZX1tfWt+5Z7tnuHPcC9yL3EvcK9yr32uCg4JuCbw5ODE4KiQip
GFIlJCrEE1InRIwNT8F8L3P9C5DX83P6X+Vwb/4uKk8XT44tD/lT5E7MmQHz
ZNG50ZsTx6g8eMn5D3KeyHf5eS4/x9UnU3kFfjuvxe/gv/L/8fF8Ep/KX+Nv
8Lf4e/wDvpR/hDH3Of+Cb+Hb+Td8N/+e/wjxdhhy3K+Q46pBjmuut9Lj9HZ6
R72z3k3vq9Sfr/fU0fbA+VM/SZ+mz9Rx9AcTcYtANlusf65/on+kb+Rawv9K/
1r/Vv9N/0A/qP+m/6L/pv+t/GtTQDYdh8h/15sbNkM9uMfoYMXocXCUYiUaS
/p3zfRd32VxOl9tVylXWdYurvKuSq4artutO192ue133ux5wPeRq4XrU9Zir
vesJVxdXd1dfa7g1whpljbUyrCnWdKSzrRxrgbXIWmdtsDZbW608a6f7Tffb
7rnud93vuz90L3d/7P4k28BEcHFw6uEtw95ByIRVCbg2pHllrr5I6QuyDPTb3R
8hzUhtdFriNhJMj9i/u47KW6f3WfMMrzQ+7flU6DRP9U9lkhtvbyQyBBLyJm
tVjQm28HvfFU6IUPlcOgHz6SjIY++ASSQcS3Lwty5h79T6ixKNRZOtRaDiMI
Uj4JUnIJCSId/Xrzw+HdMfBmkN8uiDPILNzzUHxhEnNMQd/EGdBidoP4tgX6
CoH2m4ivocIN6F9EfEldwX8jDDR56HnzEfx3oKP4H0DHGqOg/36vMRjofcYQ
oPcbQ4E2thYTZo23lgB9mZ/Ed0/ju2fw3bP47gv47f47r/x3f/gux/iu0vF
u8YwdPkM0uFIn0WajvQ5pCOQ/ldQ13GkvwrqPoD0oKDqS4dYTUP5i5A6Bglx
biA66AwQo/xQ/rVRPpDbYJ7vNv8a3coxM7EvshhleBFqkN043zScMJzNKs7V
jQH/NV9Imnw35GG42iMw7xXkkGfAD0Ckjf5buBdWJKmMPU4NQpirwiiDM9wr
q36v6Pc3BN40H5cqHOdGuPoVemDfhjT3hdjcG6LVRYYobQhRfAfSyDQyjmSR
DNXHhf6uHFWCXmAIsfMH+cPEod+h1yGWXle/hwQbDxgPk9JGS6MNucVoazxO
KhjtjQ6kkjPbOZ9UcZ5xnie1zLbmE+RO62PrE3KvtcvaRRq5N7pzSWP31+4f
yUPBNJiSdsFhwWGkfXCP4B4kPqR+yEOkA6bCTKSzkX6PdJ/isyKOV4arfnhs
ka5tIFUWxOU0yN/ZmOflegoqe/R/q4SvId2FdLc/YDRK1At6dVbxXRDkrqlMq
pbwPK+4vxQc3rnSdA3llPxgx938PyYWrHbg/rDjF3HOdxAbjMaLnCpy/h3Qp
0s+R7kG6t4B8PyE9geNAG65SsdUfdZzD5v5vI6xFrc0S8AJgG9K9wc1lt2mvti7+pD
LE3Wk52Qr+qQs2A2w/VJcgCujpEVZJu6WgOo8KfedRfPz15E9r2XFQOtoPWp
T2KgvYkhbeF6KLREMdCSNYF2SV7FYvskY79FgNgvDj5K4dqVPEj9Y2AW4qrs
lbiOJf/uEBHzDepeN6X/RaS4MyF/A2kO00V+0u9VNRmVYzwXSN0Q8nUCnl9b
B3JYO8djTXFn4/y7/iRBxX1Lv3rj6sOWbWVybefore pattern: (kept) B3JYO8djTXFn4/y7/iRBxX1Lv3rj6sOWbWVyNZ4qZqVQt1s9CVYhPqKeSbQM
4XgeRkV8Jk6p0dQIcMHxXzknVp7pVhn3aby4a3EKjEPoWe7f3b+5T7pPuU+7
z7j/ANcOoWUZvUDjawU6Xxxobjg7zKyKsSC+jnQjtaxwq5wVYZ3W3Uq0b5Dq9n0KVkVr
klXZZut tcut...

5zVWihjsZlYdelBj2BhSAfl59G6uMJ9Pg3z9KuT26Sq/Z0HefhPy9SzM2bMh
Z78DeXse5Px3IW8vgLIwBUuDKAfphfK6zOnLVV6/9jldnCqSDjldrH5pSh6E
uuUhiP+HxewtqOsfgTrzUWgd2pA48hi0zI9De9CexEPb05E8QXpBG9EH9KS+
0Eb3gzbiSeh9DoAe5ECxyo0MJk9DX/Lf0Jb/B/qjz0Cv8lnyAvQjX4f+4ofk
K/Id+Z78APrNIXKEnCJnQPs5R85TTnVqo0HURS1o9kJoaVqGhtIwGk4jaCSt
SCvTKrQqrUb/RyfRyXQqfZW+RI+nb9A36Vv0bfoOnUvn0Xfpe/R9+gFdQpfR
FXQlXUXX0LV0HV1PN9BNdDPNpVvpdvo1/YbuonoXrrPZjfFt3GDvI31egi2
b+Ek//vho6K1gJYyHFsLRpaKPQatx6wEdG9Ydf2ei/ahRcH74++Je7Oz2Uve
nz+J973NAcr944Xcv13wOe4+mP++r48JaWWDdjIUeiNVUbevZw4C3h8izc2n
0H7EfBrtFqbYqeoh8hF+z18J9BETet6oSeX7JkZtNKsz4A+jVI0KclVISt97
eJaixqBFZXMC4pwdhCeyTW5CvLuCi1kFl3u2g/B1gfIpBr+lhvn8+qtzEfzf
DcN3Iwu9K54D9e1gXrSrRCJPyxMrGsQ8W3neeRtSPPtNX/75QHOQqy6Eq722
xQlLYl//hOuKrwQ8mUi0r0nFyteVnxSYz5/cObwzjl2IfbI7Xncc5u8NH6Z4
o2ofwCD2us/PcuDnNlKF5bG9xMP2gf/3GGlGGrkPQ2mIodyPoTTCUGJ9/ov8
LPJxFqFqV/jik744+ZSITezvlYj72Bc3n97ayxsroViKeqM+FFri4ck98z2E
48hdRIGUFjQz3z1704/LMJyZJWalJENLnFRCfAYOXfJcjXA8MS30Ap4vxm0q
XCcBv51LMlYL8Ok9ZbS0L8TiyJOiT3sC/e+JZYdBDi3+nDnjgtA8lxHrf/1W
ZhFvibohS9WMxd3WFWcKiNlqTmXqRsR5x6ElngYiJw++5jn52oX+V3lCxL8Y
WQn3y0fTr6CV+5Dk6wne027FytjKF+TPq/VdnDdckr7LU7YzMQ8Wd2pcHXde
DaekdLDi4C8J+BO8iRyXXEK5+eq41CGvh0M9n4h1oagTU65LPjVM66QbIjbF
6P71HJvQ//0TT1qDsPz7uGLEQIP3Nejjvi3PMsOvumGot3HZu0VUvhHsXIW7
Ha5GukbQIt8RKzlLwzuiDy3ekvYaaftzAtzHFPp+n0mmk5lkNplPFpfIZBVZ
RzaRrWQH2UP2kyPkODlNzlGNBtFgWoaKtXFVaU1ah9ajDWlT2py2pu1oAu2G
K+QG0aE0nY6iY+lEOoXOoLPoHPYinqs5FijwC1TwzERPHij05oFCjx4o9OqB
Qs8e6CuiD8Ay2CSgkyBVRI9osogD0S9iUyF9mfaKOD3XGAjpy+xNHe0Jg1S0
x52DOwDt4OgItKPjCaBPOBKAJjg6Ae3k6Ay0M6QUc3SBvrnYBa4r0K4O0AMc
3RzdgXZ3JAFNcvQA2kPsDiz2agPaywGavRgvANrHkQw02dEXaF9HCtAURz+g
/cR+0Y7+jieBPulIBZrqGAB0gCMNaJrYCdwx0DEI6CDIk8zxFOQTJnebw5EL
5jwFeZJBzvwZKO4Kh6cMe1dOSj1F6KXyq1Lx5Pz8fDofZyO4nCchVscIyg4S
SkPISEjbYXQkpGxGgdWPm+g2uovuD7jWsQFryIqytgVWNo6FVJ3OZrEctoit
YGvZJraN7WL72VF2kp3jBrd4GR7Bq/CaPIY34E15S96WJ/AknsIH8WF+qxhz
+CK+gq/lm/g2vovv50cLrFmsotXUYrQGWIOtpdZWS9CStBRtkDZMG6mN1TK0
6dosLUdbpK3Q1mqbtG3aLm2/dlQ7qZ3TDd3S3y+gRehW9ph6jN9C6bi31tnqC
nqSn6P0YfpIfaavoO/3GusI9/3rGusLCuiMK64k5MhkWeY5uidwirFgMsfbvRvY
W/Ud+h6wd+n79ENgH9CP6qdc6d6sf10/o5sM8azLATbhiGywgBO9goY4SDHWZE
GlXArmxUM6C3bdQUs8HArms0MJqA3choZrQEu7nR2mgHdlujo5EdmcjyUgG
u7fR3xgEdpoxxBgO9jBjhDEa7FHGWGMi2BOMTGM62NOMLCMb7FnGHGMB2PON
RcYysJcYK421YK8x1hubwd5kbDV2gJ1n7DL2gb3XOGACBfuIcdw4DfZJ46xN
rKokNsMmVkQG2YJtYjVjaVuYTaxAjLBVtokVhFVtNW1i9V+0ra5NrNyrb2tk
awZ2U1tzW2uwW9na2jqCHW/rbEsCu5utt60/2Cm2NNsQsAfbhtIGgJ1uG2Ub
C/YY2wRbJtgTzmm2LLBn2GbZ5oA92z9VfVwwvtC3Btb4rbGtwle462yZcYZtr
y8O1sTtte3Fd637bEVyResx2EleTnrETsQ7UrtmDxBpOu2UvLVZf2kPtEWLF
pL2ivapY82iPskeL9Yr2GHt9eyOwG0OKak7ZaE9Vr2VvS3S7cfZ4e2ewE+zd7L,3B
7mlPsaeBnWofbB8G9lB7un0U2CPtY+wTwB5nz7BPA3uKfYZ9Ftgz7bPt88HO
sS+0LwF7sX2yFHVpY+yr7OvsmsDfYc+15YG+z77z77TvBXuPfb/wNiNsJ8E+
YT/jjCfc2iOIMlddofKA12iCPUEQF2u6NSOioyrrYV4YYBwvl4VR/Bq4/wSM
Q4c4I76JI9YB5d/R0hEHLR13tlM2Dco/tGA9HSminbWPwdb2INIDos0FZCwi
YxF5CZGXEHkJkXIGIjENkHCLjERmPyHhEJiAyAZEJ1iLyMyMuIvIzIREQmIjIR
kVcQeQWVRX5xDJQQDQDbkQxEJiY2EyyCZFJGWOiolofiJiKTEZzmyGRmEpiMxA
ZAYiMxB5HZZXdkSxEshDJQuQNRRN5A5A5A5A1EZiYyE7GZ4JuJyJuIvInLLERm
ITILkbcQeQuRtxDJRiQbkWxE3kbkbbUUTeRmQ2Y3IO4i8g8g7g7iMxBZA4

cxCZi8hcROYikoNIDiI5iMxDZB4i8xCZj8h8ROYj8i4i7yLyLiILEFmAyAJE
3kPkPUTeQ2QhIgsRWYjI+4i8j8j7iCxCZBEiixD5AJEPEPkAkcWILEZkMSIf
IvIhIh8isgSRJYgsQWQpIksRWYrIMkSWIbIMkeWILEdkOSKrEFmFyCpEViOy
GpHViKxBZA0iaxD5BJFPEPkEkbWIrEVkLSKfIvIpIp8isg6RdYisQ+QzRD5D
5DNE1iOyHpH1iGxEZCMiGxHZhMgmRDYh8gUiXyDyBSKbEdmMyGZEvkTkS0S+
RCQXkVxEchHZgsgWRLYgshWRrYhsReQrRL5C5CtEtiGyDZFtiGxHZDsi2xHJ
QyQPkTxEvkbka0S+RmQHIjsQ2YHINh8g8g3iOxEZCciOxH5FpFvEfkWkV2I
7EJkFyK7EdmNyG5E9iCyB5E9iHyHyHyHeIfIfIXkT2IrIXke8R+R6R7xHZh8g+
RPYh8gMiPyDyAyL7EdmPyH5EfkTkR0QEPaBhfahhfYj0gOi/2McIyg4iPQB6
okCeQkTQA9i7GSMoO4j0gOjp2McIyg4iPSB6PYDEIxKPSAdEOiDSAZGOiHRE
pCMiTyDyBCJPIJKASAIiCYh0QqQTIp0Q6YxIZ0Q6I9IFkS6IdEEkEZFERBIR
6YpIV0S6ItINkW6IdEOkOyLdEemOSBIiSYgkIdIDkR6I9ECkJyI9EemJSC9E
eiHSC5HeiPRGpDcifRDpg0gfRJIRSUYkGZG/+iPRFpC8iKYikIJKCSD9E+iHS
D5H+iPRHpD8iTyLyJCJPIpKKSCoiqYgMQGQAIgMQSUMkDZE0RDC3ODC3ID0g
epGADEJkECKYfxyYf5AeEGcNQz/OIRCkB5xY0zqxpkV6wIk1rRNrWqQHnFjT
OrGmRXrAiTWtE2tapAecWNM6saZFesC5ApEViKxA5CNEPkLkl0RWIrISkZWI
/IrIr4j8ishviPyGyG+InELkFCKCHhB9ZPsYQdlBpAfEmUCAHEbkMCJHEDmC
yBFEfkLkJ0R+QuQoIkcROYrIz4j8jMjPiBxD5BgigopdsiKJSWJIPdKANCJN
SSxpSVqTtiSeJJBEkkTkyZCTCHGecJ4gTuzXiVEa0dcWKwzFWiuxB319MGJ/
KrH3lNgRQ8x6ELsiiX20xHh586sfPYHwGXCBIwtEnIxWBrkU8zb7F1gDMo5M
JJlkGpmBY0E5ZAHuHMaIAb3bWdDTzQYNxAb99hziYvNBZzDZe6ADuMUab3IT
kV89xfdEBkbMGRmMJ2QOl2KfO2FGghF74Yl5EGPgyVgcXRYmQ42Ci/HHafBE
jEZRNGJvLugR4dgU6AlgVmALmYmtYibWx1OxPczENJ+KLWEmpvZUbAMzMZ2n
YuuXiS1eJrZymdiyZWJrloktWCbW5VOx7crE9ioT26hMbJcysS3KxPYnE+v4
qdjyZGJrk4ktTCa2KpnQznP2KtjQx2HTwd6LfIjcNZVQnKMTguM4jH0o3sD9
5hFDLeJV1Bymo7bwKmoI0wuM0IhvKxq2Tbhz4cks4v3KIuYcxasTx8Uo0WOk
uL6mMzYH4kWGMA5PtwvHbzn+YdjZZDEigiMfFEc+GI55cEd7qJ00HOeoiOMc
lXDcqXIx8zUB4lR8EZLfbK4nziZCemjqXKi464w3cdYWI1HqG/RjYtaaqrlE
neUkBb8r+r/Zk0BfIdSE+i60yHevRMZA4fUm1SAWPfDv5svfJRuiWNmhQwyJ
f5L6blnSYYZh+a1YIJd4XYi7jcpdK1UK2111fgrke2tfWYovEf/j/EpExxIJ
oaKKn2qFYtl/xsXd95fpPle5b6diqLX6kv5YseUDf65KNpRcX5vhTY04NZur
ZKQp6XC88nSEdNTV6o+26tt6yUhU8iHlXlq9gF9IhbtE4EnMtujtq62Kc3bJ
heH9FV8DrzFfA9Vsk4pA81dttkWXuA6J4TokJtYfi2+h/prVbPntC0eJXsSR
oVfQt5pY+prAVZJq6x4ngc9+p8Sh5in7Zimj1l30bGOhwblZFntDnUz5PvuA
LWZfsM3qdMrdoF1KqUS/QOya1VJxceXh2dhsNg80+FVsNdsGuq2UM13J2bkE
5PwrCQVnXyg545Wcza5CzsIS5vv/98v5ZrGm55vXbXrmlnB65l4ncr5drOn5
9nWbnl+VcHp+dZ3IOb+E5Zx/nci5o4Tl3HGdyDmrWMynrOu2fG4p4fISU/u/pdG
na+p0q1ED/Ty12dZ8MbEIkKXe5KIeediDbWmvQJa4YOgEVLvVBbmhOGZRRrjG
Edqm7p/xigqb5K/sziFD4b8eeW1PrsXMnSuJj6JOSc9fafZPkSeR5K/SH0Km
4QjwtZPmr+Ja9AzWXMccJl73HMo4XHXdx+Gq6z4OV1/3IW1/3H/3ib1/wUgyHHf5vnYc
UvYS50slFcvv3cjj2uudw3CVwWODL1U0Nb7ofaUPCb7pf/OGZaLO/crrdllOM
p/if7FKZuK0eVk+rl9Xb6mmMlW32tFKuf1d960kq1Blhp1kBysd2t4U1SD89i
FrsqtfP7cpm/h3zAHbitwVYPpD2R9kLaG2kfpMll+yJNQdoPaX+kTyTyPvuA
aRrSgVfDU7DBfkd6BukfSM8i/RPpOaTnBeUUEKUXKkaYHdSJ1CWqMRPo88d9P
TuxHplnLiMZn8n24R1n+s9dwhKuM9RGx8V2E89f4Wb6bHyp4X2h/uqWQJ+2g
hTWzlhM338OPES525eGfw/UJfgiufuLvwfVe9Tzmcp6L3eC8zwOEGk06WitI
6YuE+qzg3c9/6TLmylwqTp5F+QPzNB5jdiUpxRfCE/mu2KUvh78BMb3f7+5E
wTfhHd1a6Xa7g903aUNkSbEGWU9ZT7tLEf+9hgLspoC6ttxLwJC+yVUmTnF+
ndxhSZZLoQ17x0FFyEE4ky0DZ69lklIrQMQXZJxBQMRZTK6L5uYiT8dnk515
YtUF0gSkXZH2RtoHaTLSvkhTkD7K4pKPiQhyseBLdyV8pm0CuLw1MjknAewWCc
OzAa90wourfA2ItO8QV/ItLJggJX25Gr7cjVduRqO3K1HbnajjxtlxtR662I1fb
kavtyNV235qHC9az0AV0MV1B19D1dDPdRnfSvXJj50wl6BgqpwVwshIWyCFaZ
VWMePO+pEWvGWrI4Fs86syWWzFLZYDaMjWCjQZvQYVONOgvs1mOXjO00q2lm2A
GjeP7WL72CF2j1J1kZ/G0J4uX5mE8klfhUTya1+UNeBMey1vxtrwjT+Q9eQpP
40PwlCe52/F0KPuz+Xy+iC/Dk5028a18B+Tn/fwIP85P83OapgVpwVoZLVyr
qFXVamp15CoDPOMJ1xVovbX+ciWBNkobq028Jm2RNyXHIn0J6Tik45FOQPqy
X2q/gjQD6SSkmfm5gE1FOgPp60izkL6BdCbSN5HOQvoW0mykbyOdjfQdpHOQ

zkWag3Qe0vlI30W6AOl7SBcifR/pIqQfIF2M9EOkS5AuRboM6XKkq5CuRroG
6SdI1yL9FOk6pJ8hXY90I9JNSL9Auhnpl0hzkW5BuhXpV0i3Id2ONA/p10h3
IP0G6U6k3yLdhXQ30j11v0O6F+n3SPch/QHpfqQ/CqphehkDkT4lqL2pX3mN
R9oBaUekT/iV405IOyPtgjQRqSzf3ZB2R5qEtAfSnkh7IS26DuiHtD9SrA8c
qUgHIE1Dipw7BiFF/iFfC4qp6cTUdGJqOjE1nZiazhVIP0K6Eml+TcOgBGwX
K76QHkZ6BOlPSI8i/RnpMaBy1IV2Se2SCDW3QcRPZ8f4LVoPrafWC+8pkT9x
SjbrlpzSQ12XGSCvG4CpeH9q35SoyMZPpyZHRT6Y2r1PVGTzLmkp94O/UZEX
PmvWPTFVuiByT0Mqwyk3nRDcmQ9+5TI86eUmGI5qI5uNPGVSG5uRXu45gJ5h
lNZ2ehyGXt3iLEwnni5GUHWDajT9Lka1GW08j3qi/JDwrIjh4ep4l0dIIhlA
+kGT0J2kgWkg/p4Kfp5ppWdMeWz1t8atMx968pE/xjuyJ/9qDHt8RnponCdd
W+VJ57NncEYZK3UHsLjMWTPs36Pf/XQ8MrzMY/q4pTrw9RSyyR/TjFLssTa1
S3luEjf2UkGPdxnQs1dKj7R+KbWDPZYAbaVsrbt369svpVvtCE+4QIJK3dyi
V9fUfgP6JaVFNu6X2r9fape0XvBGBU958ZyXCs1/Hterb/cabdK69O0f2arx
/Z6IsmbtGM/dnrtq33Vn3Tp3xcNtXb9bz7MLSoQzlydIPHeW4vc/0rj2bZ5b
5V1ESuNe/Xt2T41s0uaByAfatKxXO7pRnRrRTe5sWqPuXU3q1L7VU0kKFB5Q
oDbdUwf16trdk04r+kcw1QlPp24CeBBLp5S802ECfWBiGOVbynkmdKzTOazW
Dylvtpn97Ya3Xjn09ruVK0zxNHrNdTZ53h9x+5tmfNKLBe8dcQ+b9eiCU8Pq
fzw3qV695Q0f/Wzv+llPHvpq3uNdDoyc8OyUKj//+cuDr3772pzSDe5OCd97
KPfXrm9XO7VqVGLW0oRV9xyKfaXNEPv6CqW+qEfuck5qtfWtqV83vOvpZ27Z
0Nnqdyr75jGxd9MV5sinp//7296Z9721bkrj5W2afrlob/VDyVM3/ba11c/v
PJfdZdC7t0Ul1r3f2j3ngfFPP78gul0l5/uP9py2KP2Fmc8f1qaGJ67l7Fxv
b5+Fp0v/N/fWz+4u3XJnTtpX5c5nlyo15qff7qly87n+odVrv7mod9XHPmCg
3tM30qkDYkT3llMoLSfWL5Zel9pt/4ROX9zftuztv02Pe6j00NnnTmEWKldJ
C/WUGV66Up3TX7du2j/op4Z/DPrjverzV9/5ntsTJxyU11p4HvY8NOPBGQ+M
bNwzLa1/vVq1uqYm1+zrTaeaXfv1rdW/Ty+B1uqf2q/bwK5pA2r5klGkIiYi
ZMqa4MTTzrBDudR1G6Vac0+sp5n33sNG1lcBPPXUU4EC6J5ahM9pnlKC31s1
kQWVl9xeqDxykUsaVF7eevvcJM+rIU2nTGvf6PRX97Ws9VKrBmNPn1tg116q
NG929b41bAn/7Zh5z9y0hH8/dV+p5PDP+rw7+KMTMz6stGfpW58EcSvMGvNF
/99uPxx/d8VzTffdtG3P/9r88N3+1bE/L4mNeuo/W/vUHBM53lV2bcPsR5Oj
b671RK1xHZyTW294uuULgzPaPn7v3jOnTq4Oy3qn9qQZ9R7d37W75kgqJB0ZX
+bRX7IJtp5aVvSfn9dNRg37N7TjuYPbkvu2X9D345unb/5j8UOXw1NgXJm5Z
s+yWiVa9pd/fkz6n8fSf8E8IFtbx3c/I/Sj90ba4x8616aC8l7IBoxrXG9DhdOsq
s4fetvvn16dk7KOPvXpz48Yx+ROmVPloxMd/fuRJNyjUYgf9arE1B184PeTZ
VgfPYy22xj/WnFCLDSuRuqKqp4os9OX9n3frHtmmV48U8FXUY5HRntq1sTK7
y1O3du1oD/zryMos/9aTViL8qef8Is//jaYNNXXpx5dW2l6YMf/rms1U6n00d
FXXmxBuTRmU0/eCNzzu9UKveHTUjxg8+M/Tt8un0/SGthy3j6j65se/mTyqT+0
csf/G3S+Ysrnx3vc+8ltoT9ULf+bNvH+rke+X3X3+6rke+fuOTL3y0+3y+f12OTL3
AYfnoY9Y9XvOSZ77P7p80GenBrxS5qkv/7d04qf2/0b+FJE95y9PtrqTRh4+enbtz
/OFtg88+9eGzGGzu51H3L1v+wfE7ipE7iptJ147iiGtFdarx8aD1L+aSf7
fP6MfVDanuBHm239haxr1vwN250/tDf/HDpt3f747//727Yp7v7vJjZ+0bUfbj
betfK0c//bPZW6Um3m3DGGpQrPo00m6sqz25EFK9qsfy/x7oZkGt2h8ob9ym53
1kbDIUaGyurmVlHd+Brm5nbqK6ncr7r6fFviiC86333of19VHXPXPXLX3X3XY9W1
Mj2txeObNKiLZj7oeaC26XHKpkVr8Uir1rXreKLFrV6qevQdHk/t6Opd63rq
JN7ZvUuNoncn1qlRJ/qOujXq3Xq3HETXaNb3Ttr3JWJjr2Tl1XXAAlVqs5RuP7TS
t6TPLnvXXRXXf75u9fiB75e4JVYMAaql/AVgLQnaBfAy5GDKwyL+dBKnhuauG
py5WgV38qsDHPKCs+FWBD/xlAN5as1gg0jwuwXgpSs9rzEMKFWeezqC/X6b8
N4+varWu0iNZjw7e/tPpzPzcu/2rlL7/f0vanNut6Pah/tebzI3+vP1u7wSqeb
6lZdqT9Qas+Up0ctS3n6m6WH2WOVPri30uD7++ac/oXET5w8Ovz/FXfm8VB2
bRyfsW8hW5J9MIhxz6CokCWMPXuWWZF+HQhilZobsIllGkhlrkmWSyJK9gbEWS
qJA9u9BCyjv0PvI+T+/7PM8f7+f5Yz55EWZ/HQujDsSk8qJxg6DsSkSk+1IZTTS
vBPAQS7Xkyot648848H5WIy0p0VntOdlgsXx8hj7+7tx7ihhy-3hOMu
fFHKsE0LSv0G71ACYvZ+mYyRuS0NiTO2lc+xwo9prC9Vj2LU5T5LU5T2LU5T2Lfx
GQiJ+k5iftRI9Qcd5suWgFdxa0SPldk6kZ4z4z4fm4pnaE/s6HQyw5aY8W81f
uah6b+jjL1CB1nnBAkbSh2eMN5JGPTLcQ4M4XHXqEEv195udlUmXql/rsSRwOe
o6A+vHMR11BoJqLOXa59ISi8e60nQ2X/AEfUVFymm0ik29GCJXxGsDsSk6IT3
bzvc+rLlpuMMXyl81Dh6iZskGSXo+7ZFRFqvaMD/WK8L0zk/C3HD
qQ2lTDdxMZRUVJNddaErxTwn2LKDTcuhR2hx41gznPGzjLJT7mGfM0YqFRoJ

hgTGmEeXLD89cY2wf3ML39wa2+GjNVIPS5onfSoFUHMeyNvTKQGttXTN349+
LPY7THPPvGt/b/XHpPYI3mWMB9jwwQGsX9kLa2GVI5bcw5ELrs3IfJm3ojFK
p7vn5DSu8dVcYwrAKS8290sTqSiuaq8tDlJ0UWaRIUBLhsDiDwgw2HO5yW1r
P+/vI1i7bTlloE8Ui7q+LOUE3s9FSbZG+H5g339U0u8YK9kMD/7QTZGfumns
40MWT7Lpuru4O9r7Owuqnvd38/F190dviTtwGJADZOEIeVlAkSzuCPh2URbY
Kv5zIfSf6Xsm0Ys0/EY7UfKiJ2z/SO3oWEvaSYhR0bNBbgMRloXn+c/1ivwB
wb2ztC9NkzmRSQfUEovxNoDYa5Dn+wu1c1G0LJ+ZqfBLUZ0CHbIiERnLq668
UhsXpiL5ZqYMsokNEJP2uPUTXfTdp0u6S9WostbyvK67vhJ/q2lSGt49Ia4J
g94NNzQzZhqnlPrqkZAAeEesnAIy1i/1pZa9F0q99KWHfYWuwgRlfP9EQqY2
SEfLZS9UwuV26vgLGqxO1lpY/l4tDnpcZti8WdB38A0+I7orIFZAc75iCKJZ
3SxtmlnCH6QKD+xMHz4aep1oT1HOt4e08Tn9HviZsK7p5hp1U6Mg42/6Xkhe
kXyAZUdxqAFK8tsuPf9ldLkl33wsVFRk+wsHWGno/80ETvBWDQjA4n9oMzYB
wMZhOJjv4s4cN4emToiyb0iOMJgknxrPlTrm2P/fzRPHii7iIuoQcov0/CxX
adlhzoDRDyggATKHCOoE1XCVvx4X7zT7kmfckvJtIJjuAoI2oAlo7AKCwt+J
ibfuQ/3HqH8xHiavNWtqdJMNpcahwen7RYFvnqFP6oNJMP9z1igm9sJnjy7E
V8J62bJiUQ6VFhQdBoLsRmmDwcdHLapLLG/wjvCBw+9WBy3HdM8dBS+MPopn
oG6N0x5dMuEcNCxMHJ+K83iJaZhMWqaRuUI5fU1SRPjs108b40FpsD2faUfP
1nAbZFz1ZPBNriQq3nSVbjnJPONgo8KFjxFUGaXIQax1wnUC4EoHfRlbZ84q
bV5hYB9uZLC/uvSqct+sQczlFvmDp7PrZmtCGNiU9Jr4Ci0A7dVBzjbW4H0M
HMw9rznwH489dLEsk5aZWrsS3nnS/H3G2SSvu4p6vZ/QdXe4gx0kFrPSJeRo
Ankc2pT4UQK4JcYnUtVd6mUTa3Mh5WM5t/3IKw1azkHYxAIYjxnHnrPSVOeo
KSsr1XdtzVTbxKCFMLc4AZf3amyneVpvCQt1q08fnK5e1e6U6u1HYPTEJLVF
7KxmzBfzhtIy2o/41GKh/jR7FwKE6tJxDVDTByQPpShigP19byJ7Xt0drSU2
n2/RCK9734dPtsZC2lxqM/gi2JwolKRLTsVXjgtNlJe2O94PMqXuVYUZ3U0q
zQ0qLCOknOcZSIxgPy8sg7hN502wjhWtIyyGtQv1zflbtt1YQL77DHb2iWIM
aXVvnfSeyU99BpfYZG6xtunXP0DsX5e5pQIz4/JsY8/+BuBogwEctcNvKGBO
6NlGAeXv0wBs5P9FihEA8MMhJf6KQ/7MCOBkbCggAHnFH9A4tF2EA1vFfzxj
wVH8kR0UW+ygILOD7HOFS+u+rLywon7vOzhWfbmq5QeWQplqByQ9p62M7lTS
KPBQIasuNzHxDx72fMzWz7ik0JhGU9qq+BLMAVd7EbUH7RRxKemMiFfJLeTN
abfTPcPpJvcYpJpKBgoOFgfTl7xKOdV+hod62iXgPcJYjE1mqpDOqKtMo8K2
vxlGeb7QbaUDtXLEhsi1qln1TsHprreTfFAewZFF+sXx61/Ghmj3vLRB5yIl
pvY8IrAHPkpSWvw6dtCKVUDfXDwr2Pcd25EK5On++Xn1a6EDF+5dCD8woEyK
tX0fZRjGs0yUOTWecFS6WNaypUL5O+JFGaUS6V5JosKlngyM1EcD82tC8qJN
it5Ol02qbrIU7YeEdaxWUYbHfbZb6jaui02KqKkX8he14xZ/0AkVVxDFK+oc
6rpISizmheQXuMzZC3iMiCMz7CJHRW1fCOkqGzeXW6iIUC49D7aWeQkZO2vL
clIzsOwLaKTmLgXO7k09Z1ntgV4z3SlFIss0BFnDXalx8cR4Q5Nv8DvfKZHh
Os20lsVGXos3oXFz+kggv/Dq8Jx1ZsnGYKnLaEMq9J837zuFFIin108Lz/E
FTMZ7RBkd08m7JXFTZu6QHHxD/OoJvF4qfjjhw0bRq5oRDXT67X05qrL+Cd/
9v4SJGgpxW57JvmGsqFs2OvSyH1DtwxWU0prNAle+J53fZGxO+ycJ7Nz+hf4
+wnPX+Yl+3c6cFBQMfEzgExA50EOIHWQ6n9y9Q9Q3p3x+EofoYAnqD/koDYY
mcl/An8OiZIDrH7AbWsH1ZCgT9ANR/6tTR+y35K9luysO0mJHSBrh0BsY+70
LswZA0aAwS7Mqf01zP2P8f0BbObWxQtSYVMBbBKAvbazSDBKABsKqPw2HQWY
S/bP0iwnH0c/8p25o+x90Y5n/WBu/ijg+M4AFIAcP0KQD6QHcga5guxBXiA7
0NntTWV3kCMITS5t/R+B/fYGM4r82vp9PJgg368SMdfl8Fz8O1M0D+xFv7+r
cDpjyt4Rx8Q0tZSQHjRTQoOzHUxK+UuT73NU6PdHKu8Z2o/WaRVkr7i/cawT
ls9NtXUOSwiJ0TQy62dKvNjDo8u7ckwtxri79JvnmDItTCJ9UulAbm85X2CS
4ui0U5uGUlAwZIU9JC/BPzRutUOMQlOyMZq1OqeAmil93m3dDZZMkFSR9LRE
OgrQu3tb4VPGQ1fr41c0Dw5tHO2ulV/0Fi2eKIHOdw+uMJekiafi9ZmVGJfp
ovoEmhDco0st0s+sb91HKjI8Zmh8XFQ8cW/gDWfkyROWCohzUJ7LpFXolyGp
I4Lu+Hunoty8ffIr/JuOU9PkgSXFIXEq7PoujPVl+h9H4i/z+nCGnMgPmDgu
6ZzdZGvsEN7E53goNXz49cqXZS7iDejI09zU7gVbR9Uxa9qbEco0gTTPaUjn
BTge2duXL719fIDq0bDqE2bxhSFnmbnUT0SblH5QH1Gz9tRKai69rjZrGkag
GyTRQkrPVTkRyC//uCcrKzM4WHhdO1mg8KsWBPPx1pc6zwrd1NHZ80E8czOH
09Dcupt9ZRC385Ml6xsxs4yYGfejJRvAPJXe1eHh8yjHa0rPM8wNDOswFsLE
oL0IoeBFVQaSytfbnTm2DcTIdItz5gbaJ+rV2tIDrBkw2p7f0JkNtSiUR5us
H/ueYKOncBxVKYCjuksBBgPY5H8aXL/eDvx5NkLANm+Jz7+NmJ4SzrT74IV8
FT9LjHBmYHcrJwD52ZEKTpY2zoXF9Uk/9bzi6FoI8mOVvwkPT9wyA064uTHBz

wJQgiREH6W87li/ZxbbOblzI7rT10B962+lcyfX25E9uIDRRDCPyXz3bFH3W
x9XX/qwbWvB3bKbCgUE615gFC6Cq6BW96w/dsNEH8mzKdDVvo1kiUvZ8dY6w
Ku8+JiofXOuX7zpgdd+0VwTjx/r0cM7kQBV1sZCgFKX8a8EWtxRxwYA1wnNl
xcUOnVzBm+H8YQyjV9qNxprWsNYQdcmA/IVL3PnZCLrybE7HjPTxEKfrTy4H
tSrFBk1oyerlwChN6xa1Ngf4+VzdWm/q2PO+h19pjCmL9M6nGZKO5p489fpa
iJWuySfzrzEvWp9H4nusH4A/lpgf4V6erJgICDW0KgzAz7JG1Zl5Dqvoa3ab
jXneLC3j0rTmRSsXYjHRNtO6/J0FXA+hTXveyo+vel+M7TApxHfXlr4CqvGp
tb1EHIU4OTwR+fkd0cBxFJzkqr3bpnn1H0vEf33QtssmbQHu3SbJ+PPAEEye
fKeFGs6yvXEMhx+GK8jJyctb/cEiKz+YXQ4hgSPgCsNIVZ6NvlGyzL8/0tuy
lb39U28vmLGmF2WNpoFp5pzdajiYNDzbRKm1H6yvZm+EvZHBx5gQBoaU20z1
p2OqvGT7B9mvVkXdELOjefJUrfHd2P3NBG/midJJppSGMxEdkt1DuFW/mgdy
S07q3KEojCEhMsWqlzukWNmL3kY7z68wE7ou+1o62okhelB/fx9tf6Y3iflId
g/3tUnFiTVmUfUvQkbcWXupx9CDIh3M8nPSvUjmMuqxDxhmhpwzhwS2dbFVv
+VDhIoYedW8/+Gnx6fsbGbPNVsFvXCzJlFzJ8IDoltIsvj0zrdAiLE1l42wB
8XS2Day/mLN56f7skMloseLqfFDXaXY91UtGazw10MDjBSDQvwDFxZmdCmVu
ZHN0cmVhbQplbmRvYmoKMjcgMCBvYmoKPDwKL0Jhc2VGb250L0NDSURGGb250
K0YzCi9EZXNjaZW5kYW50Rm9udHMgWyA8PAovQmFzZUZvbnQgL0NJREZvbnQr
RjMKL0NJRFN5c3RlbUluZm8gPDwKL09yZGVyaW5nIDIwIDAgUmovUmVaaXN0
cnkgMjEgMCBSCi9TdXBwbGVtZW50IDAgMAo+PgovQ0lERm9udC9DSURGFGb250
dGl0eQovRm9udRElc2NyaXB0b3Ig3DgPDwKL0FzY2VudAC4OTEKL0NhcH0WGdo
dCA2NjIKL0Rlc2NlbnQgLTIxbgQgLTIxTixNgovRmxhZ3M2CMBuZ0R3gggMjIgMCBS
Ci9Gb250RmlsZTIgMjQgMCBSCi9QYW50Rm9ubWF0Rm9udCBSZS9udCA0OTl0TmFtZXVlR
bGljQW5bGGUgMAovU3RlbVYgMjMgMCBCSCci9UeXBlIC9Gb250RGVzY3J3pcHRv
cgo+PgovU3VidHlwZSAvQ0lEFR5cGUyC9UeXBlIC9Gb250Ci9XIDI1
IDAgUgo+PiBdCi9FbmNvZGluZyAvSWRlbnRpdHktSAovVHlwZSAvRm9udApS
ZTAKL1RvVW5pY29kZSAyNiAwIFIKL1R5cGUgL0ZvbnQKKPvMuZQKZJqCjI4
IDAgYgb2JqCihJZGVudGWQl0eSkKZW5kb2JqCjISIDAgY2JqCihZZGZSdGW5k3k5k
MTkyNTk5CCi9MZW5ndGgxIDU2MzkzgNovMzEkxZNgovVHlwZWFjj4+CnN0cmVWh
bQp4nOx9CWBU1dXwve/Nrv9rkpnJZCbLLJnsJCEkk32yAQkEiSQQMMLmsIIMr
IG6oUVutWmu1alurbbE2BJC41KVFrVatbanaulS6qNVO1bZaVEj+c999N5lA
wKXf///f9/9/9zJfOt795xxzzz33vvsmCCOEbPAPl0O0C97aCdyDyyLFzylyE
Ug801jUs/L3/sm6Ed72MkMLbWNden2X46dsIX/AGQvyx5obGpsPPvPQGkhx4
HyHZH5vnz1twcJhDZI8dATxjy9qXhd8975HVYrwFTsQn7dl3oJw0bd+WhZFl
CL8NV+1fuX5g0183jXXUgdPa/4AbyV56zzfvAppdLEfpOFUL5h1tdWr1+1+v8
LIQ2ZSCkDa0e2LoJpSE/XP8FqG9Y9YHTu/1YkXznkXoXuOIbTq2JqhgcFjHeeP
QPsxyC9bAwnaH6W0Q690F8Yw167edt+2Q5yKEuChCa+89e2jLBtftYHsbfHSC
5B+xjSsHHqi942EvddTcfsfKR87blK8NklH8n0N97/qhbQiQPYvfOcxDeA9dD
l20YWD90+ycfLke4Fe63OumjVu3TbjHRri/EVJ/05ahTebV6U6Eds6Hy78r
8FpWefSum/56cLm+6kPVCASNnp3x7MEMrV9By3n4l3V1ap22R1/aetxmFJB9weUU
v0UByV4UmGyvaoo+U5Cd8/nKTaujhOvV0OugzpsSxSlpfJnjOh7aZ8y0SScAvoss/
R5kZect/dyr9dGVkg+iWM8lGUo6WoC8QEtvinpneLu9DnTPVkd43ygQh3zNoC9c6b
tfkm8km2T0+b8dpQRmpgPnkb6Pfvrv85ymTGPhovfQZ089BfwdM+edLnD3
ogbuLygm0H9BUW4MNePHUQbLxyvRgJbJB3M4rhZSgmwYVYi3JsCNLJ6+COIF6A6
/Cfwl0jZy5FHwLtQFreH0v+vB9rhrJ9J9H9vOS89iJAvQ9UH0o/9PA1+Krp
kAzI9AxzSB2SO+8jF2KVFNg3bo9bOfVOVhc9j5U/RZWLJgFd5Q+J7KvP33x
kAZ6ZkFEZKJhEiZDEZZhXNVm2MY+j/iZNGDM...

oR6Cenjiw4k/8dv5nImXJv6N5ChVaOlfwh224rkTK1Hpu1fQTzzz6MAfyH8o
wjP0LgMF4TsLFZ2m916oxmE9duE0nIVjeCPejs/BO/FV+Bp8Hf4mDuF83IzL
cRuS4Y+EGh+dch2MOPH/c3HozIHWBG7zp/kFd74HfZFw8v/2aRC+F09L23Zq
NdJj+Bb6LMT7yP9Jm+o7xITeA34M4En8FPrvHvjPV4xI8/M3ilclx8C0MYAi
S/Zcvm3rls2bNm5YHzt73do1q1cNDa5Yvqxv6VlLenu6Fy7o6pw/b25He1tr
S7S5qbGhvq42UlM9p2p2ZUX5rLLScH5eblYwkOFP9zgsRoNeq1YpFXKZVMJz
GOU2+pv6vSPB/hFJ0B+N5pG4fwASBhIS+ke8kNQ0vcyIt18o5p1eMgIIV51U
MkJLRiZLYoO3ClXl5Xob/d6R5xr83jG8pLMH6Gsb/L3ekbhAdwi0JChEtBDx
+aCGt9GxpsE7gvu9jSNN56wZbuxvgPb2qVX1/vohVV4u2qdSA6kGaiTLv2kf
zqrGAsFlNVbu45BCSy47wgcaBwZH5nf2NDa4fb5eIQ3VC22NyOpH5EJb3rXk
ntHV3n25jw1fM2ZAK/pDmkH/4MDSnhF+ACoN843Dw1eMGEMj2f6GkewL/uyA
Lg+N5PobGkdCfmisrWvyAnhEGjD4vcMfIrh5f/xv01MGxBRZwPAhIiTp4iSb
IJ/RCO4N7hD65/ORe7l6LIJWQGRkd2cPjXvRCvcoioRDvSNcP8I5jOVYu0nO
bpYzWb3f7yOiauwX/85Z4xjZvcKblwvcF/4C8Af53hE+2L9i5RqCB4aG/Q0N
lG8Le0YiDUBEBsS+Nu4rCEP5gX7oxFrChs6ekbB/04jFX0cLQIKXyGDtgh6h
ilhtxFI/gvpXirVGwo0N5L68jcP9fDQGSVv+zp4HUPHEG/tKvO79xagE9ZL7
GLHVg1CCjcM9g6tGPP3uQdDPVd4et28k0gvs6/X3DPUSKfkNI9IvwOV8whWF
WtC3k0qzwqTn8oDC28O5+V4iLUjwNsGXv64KMgwgLiFKJFpX5e3BbsSKwVXE
EoSa1g5E+EB9lGTxpGp91O3r9dFwhltyi/ckDYwoEtoyQMLkPdHrnPbWaGly
Q9nexqGGhBuc1qhUvEGxtZnvkyO8EC8MNRREnFGWxQdg5EIaB80ISUSKDu8I
mu/t8Q/5e/2gQ5H5PaRvhNeCfNsW+Ns6l/QI0ha1ZOG0GM0vp7ER5INsFuHq
QQebQm4mViHeLMQno9GTsltYtp/c1/Dw4D7EB4gqu/dhgZDWX907Mi/U6x9Z
EfL7yH3m5e5TII1vYX89jNUmMHf+pgG/1+BtGh4Ym9i9YnhfJDK8qbF/TSWM
i2F/y+Cwf0FPlVu4+a6ene4LyLVNqA23LayDpjhUt8+Pr+zcF8FXLljS84AB
ZoUrF/aMcpir76/r3ZcBeT0PwEQREVI5kkoSScEIqSlLogohPLuByII7RZy
JUKCEF85hpGQpmBpGK0c42iagV4oKFwoAp7UyjEJzYmw0hJIU9C03bR0llha
ATkGkvMggokECZk07EOEwRGVNKKIKCMaTssBS0nSKKQ8CGWVGO3XYC1274M2
u4TkMbx7nzLifkBoqUssuRtKkrTdk2lw56RYQkNwPdrx7qkedC/p2a9B0L7w
DSXqSAAtdKwBHYL5pNE7SPRvR++a4f5eYj2QDXQV/vAI9lejEc5fDXcs04yo
/EN1I2p/HUmvIek1NF1G0uWg+diGQdjE6A73+8EQw4jpQW5MxxpPmvSOTUws
7PE95473+mAsLQVY0jOiDMHkJg20QrlmAv2Q3Dyye+UAuQ/U3UQpygMtK3th
XLIGoUjLiBJaUIotQIkmoQ4Zb1BpJejagF8gIRlMx+7ekd4QuWjP2I5hvBpG
UNRfOSIL0jalQXKhcO+wyV8kGB8Y66rAFQQp4d7Qgh6a4oYoXKyXMkmugTtf
6Yeslf1eqiMLYCzTyULlpilDYPMlwSEBVG4xE5Fu8QG1VjWizIcG4Y/Q6nxi
c6QBeW8vvXkhdoVYAK5tGFHDHQUTWClWAO5AVgu5F/i7Am6VFH2cNNM5hrr8
54HpJDcttCSH7BFtoGUAZjdaXw0p/nJWWUGMoFps4ZBNlZOea4DvYBLGJu7x
n+9LCGA7yOxH9A+5H4CBinqHT04YOSuUl6s4OVUrJA8PK7QzV6D8UmgnsZDI
BVaSWQEwUThB37yNZKr0t+7j5oYEjAU83OqHGYQLEABHh4fh4/MO9pJScMvz
BVt22kI4oRCZpoXGhw2zWQyLMSrM4ZHV06NrJqNNBMAZDORTHwK6Qmwt6Mo6
90gMNJMVIRLxDnsN/ko/+RIqNxPoByFNDgtQf9A6Mmh2r/T2rABhwab+oeb
homLunJAZJt4pZENoWlNwrjAoDzQEOnOyO753v5ebz+4prizx+dzw2gE7F0F
fqp/gEwF82l/5i8RXJWBYaLiCDyVXveIHCamVQNDfh/MICPEAlHuk3uUiMMG
uYeH/cMjwrhtgsLQfBCGXQtB8Lcp5B8YIi70KuJBDwl1m+B2Be6Q1tyNfhjL
Q5As8BIYB6ZvBflaOUwc9L7+EHDCOGwa9lYMgwnug9lDEly5qB+mKjIjeQVR
D7ghBkxoIbFealgWVAZIQToEyN2sD+3rkwemUoS/jSFaWCG0CnfW1TMynxUR
xhMhNodGOHs5ZJLO4641PcxO8SS7BdgbAa1yk9reEW5hjygeoX4LqepmAqPV
IEWYQ8TxNTnbsHloqRt4etp0mBz42gXcz7knUTnycE+J+DVUzv0edXO/A/wS
4JdF/CLg3wI+Avg3gH8N+FeAHwX8X8X8COCfAH4YdSMJ9woqAVgIwE9SgwBR
kKKzoSWM1FAflwv3U9QAMAiwDeBGACmCfQGTyo6tSWFfJylx1QOnArCPRSRlzC
iIsZsZsRFzFiFyN2MmlHIy5kxAWMJWOJ3sGiG2K2M2yIITYY
yIgNjFjPiBgjzmbEOkasZcmxcCpGDDDFikBErGbGCCEQOM6GfEckYsY0Qf
I5Yy4ixGLGFFyLyN6GLGYYsYs0c2lhYxYwIgulRnQyYj4j5jFzIiLiMhNGhjL
tDKihRFRRjQjzookRjYxoYEQ9I+oYUcuICCNqQGFhNiDmMqqCLEbEZuz44eWM
mMWIMkaUqMKEEcWMKGJEISMKGBGFmRD4j8hiRy4gQlI3IYkc2lLEZkMiLiAAj
MhjhZ0Q6l3ymM8DLCw4g0RqQyoIoURbka4GFONiRbkdkURZkaYGGGFk
hIEREkboGKFlhIYRakaoGKFkhIIGCGFlhIQRPCM4RmBGIJHAE4wYZ82QJ
RhnxKeM+1QRHzPiGCP+zYiPGGEhE/7Fih8y4w+4h+M+IAR7z2iPiPUb8nRFnXvyN

Ee8y4h1G/JURbzPiLUa8yYi/MOLPjPgTI/7IiKOMeIMRf2DE64x4jRGvMuIV
RvyeEb9jxMuMeIkRLzLit4w4wojfMOLXjPgVI15gxC8Z8TwjnmPEs4z4BSOe
YcTTjPg5I55ixJOMeIIRhxnxM0b8lBGPM+IxRjzKiEcY8RNGPMyIhxjxICMe
YMQYIw4x4n5GHGTEAUbsZ8QoI/YxYoQRP2bEfYz4ESPuZcReRvyQET9gxPcZ
cQ8j7mbE9xhxFyO+y4jvMOLbjLiTEXcw4nZGfIsRtzHiVkZ8kxG3MOIbjLiZ
EV9nxE2MuJERNzDia4y4nhHXMeKrjPgKI65IxDWMuJoRw4y4ihFXMuIKRuxh
xOWMYG4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4PZm4P
Zm4PZm4PZm4PZm4P3sII5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g
5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g5v9g
5v9g5v9g5v9g5v9g5v9g5v9g5vZg5vZg5u1g5u1g5u1g5u1g5u1g5u1g
5u1g5u1g5u1g5u3g+v2EGOMuG02r9oDPPJpmBXQJjV08mlYJaDeNXUTRrtE0
DaCdNLaDogspuoCi80dTawGdN5paD+hcis6haDvN20ZjWynaQhM3j6bWAdpE
0UaKNtAi6ymKUXT2aEojoHUUraVoDUWrKVo1mtIAaIjGBilaSdEKigYo6qdo
OUXLaL0+GltK0VkULaGol6IeihZTtIiibooWUrSAoi6KOimaT9E8iuZS1EFR
O0VtFLWOulsAtVAUHXW3AmqmqGnU3QaocdTdDqiBonqK6mheLa0XoaiG1qum
aA5FVbTkbIoqafUKisopmkVRGUWltLESioppK0UUFVJUQBsLU5RP6+VRIEtR
iKIcirIpyqIokzYdpChA28ygyE9ROm3aR5GX1vNQIEZRKkUpFLkpco265gJy
UuQYdc0DZKfIRhOtFFloopkiE0VGmmegSE8TdRRpKdLQPDVFKoqUNE9BkZwi
2ahzPiDpqLMTkIQiniZyNIYpQgLCExSNC0XwCRo7TtGnFH1C8z6msWMU/Zui
jyj6cNSxENC/Rh0LAP2Txv5B0QcUvU/z3qOxv1MUp+hvNO9dit6hiX+l6G2K
3qLoTVrkLzT2Zxr7E439kaKjFL1B8/5A0es08TWKXqXoFYp+T4v8jsZepuil
UftiQC+O2hcB+i1FR2jibyj6NUW/ougFWuSXFD1PE5+j6FmKfkHRM7TI0xT9
nCY+RdGTFD1B0WGKfkZL/pTGHqfoMYoepXmPUPQTmvgwRQ9R9CBFD1A0Rkse
orH7KTpI0QGK9o/aagCNjtrOArSPohGKfkzRfRT9iKJ7KdpL0Q9HbWCv8Q9o
K9+n6B6adzdF36PoLoq+S9F3KPo2RXdSdAdt7Hbayrcouo3m3UrRNym6haJv
0Ao309jXKbqJohtp3g20Ia9RdD3Nu46ir1L0FYqupegaWvJqGhum6CqKrqTo
Cor2jFoHAF0+al0B6DKKLh21rgJ0CUUXj1q7Ae0etYIxxheNWssA7aJoJ62+
g9a7kKILRq2DgM6n1c+j6FyKzqFoO0XbKNpKm95Cq2+maNOodSWgjbSxDbTk
eopiFJ1N0TqK1tJ6ayhaTe9sFa0+RNEgLbmSohUUDVDUT9Fyipb RTvfRO1tK
0Vm000to0730Qj0ULaa3u4heqJu2spCiBRR1UdQ5aokAmj9qIVeYN2oh6j13
1HIpoI5RSx6gdlqkjaLWUQv4BbiFxqIUNdPEplHLLkCNo5YrADWMWi4CVD9q
2Q2obtTUBKiWoghFNRRVj5pgfsdzaKxq1NgLaDZFlaNGohoVFJWPGpsBzRo1
9gAqGzUuAVRK80ooKh415gIqoiULR42kYwWjRjl2wxTl0+p59Aq5FIVoYzkU
ZdPGsijKpChIUWDUSLiUQZGftplO2/TRxry0FQ9FabReKkUpFLkpclHkHDX0
AXKMGpYBso8algOyUWSlyEKRmSITrWCkFQw0UU+RjiItRRpaUk1LqmiikiIF
RXKKZLSklJaU0ESeIo4iTBGKTOhXeAiM61d6TugHPceB/hTgE4CPIe0YpP0b
4COADwH+Ben/BPgH5H0A8fcB3gP4O0Ac0v8G8C7kvQPxvwK8DfAWwJu61Z6/
6NZ4/gzwJ4A/AhyFtDcA/wHgdYDXDIXIP4q4FcAfg/wO4CXtWd7XtIWel4E/Ftt
zHNEG/T8BuDXQP9KG/K8APBLgOch/zlIe1a73vMLoJ8B+mmgf65d53Ku9bz
pHaN5wntas9hqPszaO+nAI8DRCYeg+9HAR4B+Ilms+dhzRbPbQ5qntctcrcc2zwP
AIwBHIL0+wEOQt4ByNNaaMA+wBGAH6sPt9zn/oCz4/UOzz23nd0g6EsdX33AE
8iN88zPcc/wb3+tw6eWsl5C7H/vYm4iwB+c8pP3bkD5uuuNuNf5/VPZB+6CQb0
8AOA7wPcA3v3z63Y+/ObYHe71gTtVod6eva62sdkw9JaA3b8gbTDPBE1gsAbgzJ7L
+YDnMr7ccyku91zS9VBqy/q0q3a0w7q3 a9a+/ObvVOrN7p3 am288Kde3e+sjNi
kql2dF/QfeHeC7rP7z63+7y953Y/yO1Bq7jLI1Xd5+zd3i3Zbtm+bTv/r+14
73bcsB0XbMcc2m7Y7Yt7Y3t3a7yb1b+neundLN9oyf8vuLSNb7JLNHtryxhUNbsGps
4rH9w9xpTYAjO7ZoDU2buzd2b9q7s7Xv7DqvXd6+AG15av7l62Zd73qvyX3bLq7qG9
g90ry1d0D5T3dy8v7+tetreve2n5ku6z9i7p7i3i3v6V4M5ReVL+zu3ruwwe0F5
Z37fX37qX7s7ueeVzu+Cdckd5W37f37rbu1vJod8veaHdzeVN3I3qG3BxHMvxfCm8gdzA
3B8S4E+TGdQXuiPsN9/ucCXKPuB9z8ya9y9+PisvVOXD/PiTc6L3+1cnrHb90
cBFHdm6T3v5L+x/s79kl5og9O78J2Qw2z+r423kr7ZrOZOhY2Y2r+MQy/0H0vkvf6yF
2KS3r83BU8a3+Ua37PiPYjHXowfRNgwRNf8NgeVcP3+bqc6KoLWcZ0r7Xm/Hy+fyF
24hi/lkj+MqRwALyHelcMiK7rgR1LzmrZx/GX+kVziSMWMihEiF++bXXotS6
tpHUBT2j/J13ptb1to3sNnQkItAThEZQpDe0bOv2raGeyBxkfMP4vpG3Pmr4
pYHT67FeP6HnInq4eb30o+PI14SOj+gKZzZptR4tR74mttLwtooUU0r9MfyyF
TXq1R81116jnqbmIuqa+KaLOK2gpz/7ST/plUPblsHXsq3BQsIfxHrxdhlN
kVTyt3UbxMlnuxBHoTMGWgzQ8q0QtrHEbaH/0QGHkuE/DPQkT+0Edxka5C4F

uATgYoDdABcB7ALYCbAD4EKACwDOBzgP4FyAcwC2A2wD2AqwGWATwEaADQDr
AWIAZwOsA1gLsAZgNcAqgCGAQYCVACsABgD6AZYDLAPoA1gKcBbAEoBegB6A
xQCLALoBFgIsAOgC6ASYDzAPYC5AB0A7QBtAK0ALQBSgGaAJoBGgAaAeoA6g
FiACUANQDTAHoApgNkAlQAVAOcAsgDKAUoASgGKAIoBCgAKAMEA+QB5ALkAI
IAcgGyALIBMgCBAAyADwA6QD+AC8AB6ANIBUgBQAN4ALwAngALAD2ACsABYA
M4AJwAhgANAD6AC0ABoANYAKAQmgAJADyACkAJLaCfjmATgADIDQIIY0PA5w
AuA4wKcAnwB8DHAM4N8AHwF8CPAvagH8C/APgA4D3Ad4D+DtAHOBvAO0CvAPw
V4C3Ad4CeBPgLwB/BvgTwB8BjgK8AfAHgNcBXgN4FeAVgN8D/A7gZZYCXAF4E
+C3AEYDfAPwa4FcALwD8EuB5goCnAngX4BcAzAzE8D/BzgKYAnAZ4AOAzwM4Cf
AjwO08BjAowCPAPwE4GGGAAwhwAeBHgAYAYAzgEMD9DGaDsBxgF2AcwAvBjgPsA
fgRwL8BegB8C/ADg+wD3ANwN8D2AuwC+/AdgG8D3AlwB8BtAN8CuA3gVoBv
AtwC8A2AmwG+DnATwI0ANwwB8BDeB6g0OsAvgrwFYBrAa4BuBpgGOAqgCsBrgDY
A3A5GqDpN0DMLPFOpUwYJv5+Utrfx2+YMIyPyUxlJdTVcr+GlH/iExOfwJQL
8YkyEueuAFov1PhAfvv4j8fvOYkHnWgJOgstRX2oHw1A/wfRGrQWOHM2iqH1
aIMQ2wB5q+F7FcSWQykwLwI9VWoj2gSwBW1D29E58NkE9FYxRvI2C/Ht6Fz4
nIfORxegC9OEtFP8PldI2QE5Fwjx8wB2oYtAMhejSwSKYZpyKboMXQ5SuwJd
ia46Y+yqSWoYXY2uATl/BX31tPS102LXwed69DXQhxvRTejr6BugF7ei205K
vVIl/ya6Hd0BOkPyboKUOwSK5D6MnkQH0X3ox+h+gZergWuUI4wvqwQebgIe
7IAeXppwx5R/505yaxf0nfRtWOzpeZB+SUKNc0Q+kpKXQknaCpUDaWXnSZy4
DvpA6ake0dhNQv+nUhO5cqZUxo/bEjhzqxAj1Mmpp6O/jr4FI/Db8E24Sqjv
AE2pOwQ6Mf32ybJ3CvHvorvQ90AW9wgUwzTlbqDvQd+Hsf1DtBfdC58pOpGi
+D70I0FyI2gfGkX70QGQ5P3oEBoT0s+UN1P6fjF9dDLlAfQgegg05BH0GFia
n8KHpfwE0h4VUw8LaTT+U/QziJNSNPYkegos1DPoF+hZ9Ev0BMSeF75/DrEX
0K/Rb9BLWAvUr9Bf4fsEekH6Z6RDtbD8fxD4fBtahpah/41B6kJWdOfEsYlz
J47xUbQKLwQH8l6Q0gF0DazYN0yVxB6kkvwRWdCBiY/4pYCzTvxeumb8OxPv
ISlYza38r8HK8UiOKlAHmotuHrk81PMwo0KXYkOV+OBBa0ODIk/+CHggHPKC
D6NAGNdH9BJOe8jlqvEfKpVdyxtbxnDegRr5teCd15x4/cTz4ROvx00V4TgO
v3b09aOGD543VoSLjx45Wljgjlhc2kMxqFrqPxQr5WXXnhjDakfUcZqIpz8
2hg04qgJuZ4PPR8OPR+CZkIFhb3Y6DMKYNFxcrlF5k/P50ozg2XFxUXVXGlJ
0J+u44S0krJZ1XxxURrHW1hKNUfimP/18SX8vBMybpe/ZlGxNM2lt2hlUi7F
YcqrChgWnBWoyk+V83IZL1XIs2bVpbfFGtN/LzemWm2pJoXCClGqzphrlJI6R
6j75h1T3ab0k9umNvGz20poM/hsqBSeRycbSHM6c2b6WRXqzQaI2G4w2hdxk
1GQ1LD2xx5pC2kixWmlbJzoQBnkhfgdwPxfdR7i+z5U5NvH2fgPuAPz+fr2I
tQL+aL9GwG/vVxPMGSNKpdlr9iIlco1hRUS7O4gfC+lXgjgYlDnJ5rK2MxPQ
PtICVBOvIdLo27wFBBI2VVSEw4ajwhReBALZFxQaUMdQENt4qK0l1Q/EtJ0y
0sBoDFoAedQQSSxf1keEESCs9aUHS40lZcU+4K1VSDCeRPI7JCqt4sQN9uxs
O7dKoVVIpfA1LsOjCq1SIlECPZfDCq1K0mxymxSeTMklmR6FyW0xuY2K8XVK
Q4rZ5DLIxwsVRjd5w/XeiU9kIeBXFXqR8Cti6K/eVM1pCwrs4bAq3+Fwiexz
iexziexziexziexzEfalZRRqNCoHFFcZ9OQLCqpUUErlgCKqB2GZiiYeizgh
gjLKOtUOuzbsKMyXebI6Pd2mbmk3qoFgslcYi2tw+EhlZKix2DBJGSvmhIuL
jcWFBX2g9jO24ZhqhPGVqKzRj3U8oTKx3ziZWEK0PY2z42IMKk5IqyyksHic
dp9ZwY0X82prqsWaZlFz481YYfE6HV6zPNe9xluQ4VDic6V4j9rlCTrX691m
jUuhkUulco1CsvrTG+UqOS+Rq2Sg0tmPbqT+dk6FxZbmPL+bvTstxqpXmVCuY
AJAB/xTIIAVlozsErc2QiWyXiWyXiWyXiWyXiWyXEbbbjamE56mE56kGjRa3
p3ohL5UcjEDGwBhW7ZfJNP4xrN5v7dQQJouG5IjA1kS9lZHSB2NQ3ErKH4gJ
FYCjkzaDcG46/0AtJfKSfJJMDAf/VOTcH513g9Lsczp9FkWOC1tzOtaub88+
OHtxX+4dt85d3ZTB3zBw24aq8fxJxvwwK11url6/uJ560p0Jz7Oal4JujkH
dPMNqQV0c5hwZX+wCheNTRyL1Ks1uD1QhMMKQmSFccAgpARwuoMQ2enY4SVE
XiHOK8B5GTjPj2d13XT5C9S8KbWaLaRroSE0NKBIEHOpjH3dEf3JJ2BytM9GlS
iXhGBYNlZQlKlEDZbDK59FKJISU7zRNK0UnGP+A+4XWubK8vN0XPj/9Qho1B
ryfDLOewH2MLr7QE0lJ8FiWPszmcysvM/tQ0vwFLgzojGdxGHf+r42FGS/ba

XToJr9CpPz0sqVTrFRKJQq/+9EnJbBXQUp3LDrplAN36sySIMlAW2ky4eNBh
z9QEtWMcjijtQS+kq4OqMW52xICCgdSczGMajSl1yLRGukZgEeiJ0VSBnWHH
kaPGigpThcvwGiXIvGOAGprMY7GpOg5aKQSVCLOAAcK0kpnpkxN2AatmUR5J
7HI/7+N/L+cNQZ8vYFHwi8cjXRKVOSMl1a/jFHitROPlTHP6HSa1gt/J/Riv
rrKR/so0yvi7So2Cl+pSrPwTap2cxzC9aBS7x1Xktwu+DV/fhbVHGgqhcrRK
GE/B4oc4HqmRh7Ptt1rVuWPcHOiv2pX5x8JCeeBNw2Dxh/LVzKbHK8jIAOKo
4WgRnV0LM/8Yg5KGwJsxw6C8+MMYlGb2O1RBh4XkFOstT+P5qXFhThgi300p
buxeWTv+M0tGhgVnLd+1KNecUeYPdVSkv2fNa6z6wcGK2izrbPesBQ2PvF7a
UJyKi0sWNRalG1J9/F2+1PSGlbWZDZV5OkVOfQ/+pr8yyzb+qDuvarwtVJfv
GL/LFqomv59BOHEcOGFCHlRNfRAzVwH+i4uzwFTn+Fg36P5YSvuNw6IrodE5
Po7pBqXuj2NSsZOTwz6hf4kD/njL8M+v/VToinH48UsbRrK6r4hdf92qPb25
nOeaZ/fU0rtuvOzRXV3XrK48/vfCoZvJ3EPuTwf3l4t62FwNN2ZRwhRsRkrX
v8mse0w7mHlMNiUbHH6OzrWCZMhJ8B179jwvR6LKYdlIEmyhIE8wVmVZ1Erpad
eIv0gTPJ1XIJxOXj/Xi1HJSPVwB9C75HBukNJpdRTvsjN7hNJqdeMf6s3OAy
G50wq35PbnAKPYN17fvQMz+aL/RMaiQ9M6Wo1W6U4pZ+bDTaJZ96B+1rpmxx
+DD4c2K39EbpxzEo45V8GhNKTTPAsun3P90U27j39frx8/EmmYZ0QiMbv04B
ltgBlhjE87Fez7+S4R0/oDA4wQ+Ae1+ooJ1V8M/4Un3iveM2sBhWlEHu/QHQ
JMsBlWFIMAigJnCD+4WYo2b6/Cr6hFbcJsyTcEWlxetwei0KO+Mo/08ZpWTk
NzmMcKWl0su5IKw1+EJJxQaN4ff5auH45Wkav7+f6D+Tl2cqLH+HmoHSk5izg
Rqu4lREtsmUNpauNKUPGSXNVQRwH8I6LjobJCCbcVCcWcoilEu48ExtP6YNR
NOTCMMYYBvK1CrPfmZJh10rHd7H+KSw+oX94o0xv8zpc6WYIL1Mrx+/B58oU
Mt4hBxnwML1xxhPvKU5hwXgpfgZSeZIqU+uM6vGt40qFTqsSxwb3O+CCA5VQ
LphBCkiuHbKMYd0+iTAgYCwI0tAOSUjqaExClV/om0xUe9YhojHc7wz6cY8l
Y+q+ydzbmAGS559lt3X8Yjm4hoIcpEOgw+VoHbmDA7nWvEzHGJ6IKNO1YVVe
XnqJisSMKL10MM+m5lODg6lrDKIghOmSSKLIBA4bMBw0G2YNQblPLs78tZO9
NXHmOJO3ZrNKh+Rmr93pNcm58asl/ixYEyj58Vs4ucnrdHpM8qAj5sn1gauW
LcFFGqcvO2WVM2NKH889fplGw8uUMn7H8asmU59K9xI37UQJ9/O0HJfam870
8n2QyGzULoxpn4kc10uRFIzhX4AqppQNqXPsZLTyqxNVsUgc0+rE/GlaKCOG
lXgRmX4LkdQpvTXbbPbifH5KmPz76a6tnqBh/O2seZkYc1huTLE5Uklvdxjd
FnD0Q93gQECQmVLsjlSjrC7d6/Fx6rZvtqe3trWmn3gksa8KvcMwntH57a6s
7u5FWfhDmEvBldAoyByyauLvkgZJETKjTBQl/X4UWbjZMFzT4FuFnFg/ql8F
rqJ+n3TttIlknx6WPPoDMf0qKckejUH+tNkkYRkpTCaw2LRC/8mMImmovejh
Cy44dGFV3e6HL9h+cEdk1Nd6Xk/P+W1+bxvgC9p9XNoIv7x+bsMVz+zZ9dx1
cxv2PPnVnhtiVZGN3Se9fX1s+s23UTmP5DYOtDgVPAE5lI/QPYQWA8j3HwV
iMyY+aFUqgl8ZB3UrEl0ipkVlmZ+GIMC1sBHMaHIZ7nBNnsaLy8JZgaDbGZc
V7Lyq0M3MnMRdGCtv8FbeVYkfX9dtTVs+9rts1sKndxfFlxyVnj8+kSRyOSa
4rlDrdEVRql0fL1nVhsS+3Mb9KcYRdAgtQoqznqg0BAylpCj1MHZwjSjTwkZ
35w9217xEdE2Oh6ZX3O0iHg2FS8KhtEUmm18MwYlvRUfxcSyRDMnvZpJC5mZ
z5/q9DMfx2632RL8HP42hTWQ4vZZVfwifUZBbclq1n+YgFz9I59VkFraXujO
C/gMvSr536wFbZGbvlI9t8hplsMw5JU69T9yGsKu8XmT/PiFLzXYtLqWeEAG
ta8gkvVXl5N73V8Vco7f5wyTX75omfg7dxy0tA1dRvISx5kOBkuCJbpUcnIc
6WCQaiPKiuqPU+uIoVVguIz3e80FZs4MFk0rqO6Jl31xMiZPHllT9w+8DEGP
K4S62lhFqPrjmFDdTOrvj5mlpDJT7MMhUhvQlH7LmH7T/ZTJuMwqclLUeIl3
fPaqrywoXt5eapBLOQ5mY3Ve00BVXvssT6hpSd+S5pySpTuiOV31hTohXylX
Zs/pKs6M5Dpym5csW9KcizNbt83LNblTDGqD1WBJtShT/am27NnB7DnhQE5x
40BtZG1rtsHm1KuNDoPZZVS4Ul3WQHFqqDo/M6uoYRmxcCmgX9WgX15UKYwW
JAF12m/TSwwwu+x3D6qEUQLrrsMfPAGcGZW4ScaBmJBDBkfRpH8yqSo+NswF
N6tarxs/qjT5nC6PRTF+lDlX3NtE1vwrAd/xSyalvkthBP/KbZTL6U6FD+7u
VbC/6aiN3N0osgP73zuYbveq7NYxzhxRqe2pQzap6KmYwPwKqxa6ZBHWK4cm
8x1CgcTl3MmLOLJ04zZIVPagJz3HoZGM3yqT6DO8Hr8F1htFHMwnSkt6aqpP
K5GnqXWkHzoN/4TNrSUzvvL4t/mlKi1Zo7htcO+zYCUrh3uvQucLuyzKsEqD
qgoKNEVj+P21qkpjd2gDfr8mfYyzRYwOzayhnKECP1mATq3EyPqT9cgZJisw
h4HSJqDp1HpyvZkWrvwMC1dzsVlcuIoU6b3kTYnWlZWWHnKo+Tf4I7Acy/J4
Qy5gxctybAp603xmOf8v7m+8wuRLTUk3yflj+E+8wky4ouNkIlcMGu6TE1KN
/iQOqY7/kF+g1pJUrfL4XkpLdG47cKsMJH0DcKsYbaerlgyuHLlQFociqiJn
cZELPkhHXotwaISlqxFpvMGgJm8oqDF7hsyJzqAzXBx2OUABBB2oCFNfxEAd
w8QKiVPy5KqVz5Tzk8vWBHbZZ01yCfMX63lTtscTtKmkf1Gr/yJRW/wuT5aJ

1+Hc8T9ppKYsf2q6VSX9nV5zBJa34GsF9TL1+J+qXQ6tIIdpFu+028cvVZAV
rdbhwK/hXwjrXHDNxu90ufAystaV6VyW8QrgDVnPbxXW883U0tk586hW4yJv
a2Q4ELH/So1nyCEzDcnYMAh/UPFb0n8yAiazJkdAgvd7ikIIg8CpNKfbnT6z
YvyARq4PpqcFrErJce5fMAD8KekBnVSNbxqfHLd4FzePrtPBES7ALyjUMolE
77TB/LV0Is7X8M8I89dHwjjw6us8deE6Xq20l2g0uKOE7BiWkM3CEoPegNtL
xvC/IzqUmalHWIPI/haqJDthULSS7IBpRaym+ACpUznGKSIWo/0JVGIo4WY/
VoJRCS4pya/NGcMwRF5Ix+npktR38lvnvKrpkKAw28kl+xzhvs3L+ogLQzbE
DoeW9VWIu7pFML6W9bkjWrUdl9ifiJH20oUGbTGUjm0SaDM/9Z1Yfqtmzqsx
0q4jnLC/S5oO9VFvT0bUqbSUaphgGotLRf9HTJEITp6czg624qKyWXyNIcXt
8uhmX9/ZvLUzr3rb99fusBXOrZgz0FKoUWiUErm7btGqkoErFwbvurZhsM7T
O7924xyHRiOTaTRLapoCTatq2ze1BppK5pe6YWaA5Z/emeryp5pzu3ctPGzP
q8luWlDXADK6BWT0W+lmllPmoPuF/SKwOipfmbjvWCbuQ5aJXCdxgetlY/hY
xG0NmaBQyAslQkSKIbIvGSJyC41xqogSWVVlpT6JFKZU6f3BVneTob0CyH3S
DuI7EjfFXsG2JUNTnO9zH6L1gqRiRBmjVaWkLsy/HYJjSfwWe0WCd5lpPXVZ
R60c8zflRptNcFl+W7zyur5QS1NTpsLktlpSTDJYVcASyaTIaotGs1ZcvTjr
PmvJooi3OtKY2bCjvrpnlhO/tf2hy5qMwcrsDQq6l1ZIy5nrfOIv2eV+w9xL
R7Y3XjI4x5RTVzR+y4LFVSsvJH5cP/D4Nul6FEQV6GFhHHhqZmO1u4JofwXZ
L68wGMgX8K2CsLHilfwxuNzhiTcI78Pi3nBY3BsOiyMiLMokTFgNhqZJXZHp
luhyCJMcrTCUJPt1HdJ2MocLjK4R9Twk8ptyOqJiFR2k5oGYo1VH6h6ICZXJ
NC8wetpqLVGbwQ2eWqgEg4l+/Sz+NlipWMhzm+Zbzlp5zeKsohXXL593aURu
8RBuK++u39lQA7wFXtf65kSaMp2Mted2LOq4dN+KbQ9d1txYz6nlWrJxrJWf
aASurtgRabhkCLhcXwjc7QPu3gJWJoRK0DsCd3PCZTVlG8t4M9FLsxdYZjb7
cg3AslzC3VzC9lzB3uSO4Y8PNoTuCnEhYOpBorclkjHKdsB/J2wW4moBU4Mj
Ifz2+XKf2i25TsI9JsEvSLBEkhJ+NdjqeKdft0nH6ZTvpHSILubUUyOq3q+F
+gSCWIiQIIB0Se5TsXOENoLhV0HXdY53Ykhn0HF6XpeifCeWIij8YWJYBAvT
N7kvJPJZ3LmQJa6xrJllgizk/C2ZzhOjaU2bOiODLWENrPh5jperyxZtjmy8
Z0tl1eY7V667qT/vbv78c+csrU7nOC7T13beonyryyrXOU1as16jdjrM1ReM
XbDtgYsbG7be2mO+5Mb89qFZxEsLTHzC7ZGeB57OlYKXZjMg4NcB8sTHLdoO
N7MZbtGouEXFdZNXBwtyAmMTL0RMBiNuD6jiZc2uYLwg6m03RIV1TBFZYYYO
F39ALXTxYTKRG8tU8RiULAjGY2JZYR1TNG21KWiilfJGlricIfuaoh0WeCXh
9kikCpncmpbtDpR4dU8r1EqpSf+0AmyCw2tWXGQwkDF+kT+6vtVfl0Embr3Z
rpMq1UpHcWflCrnRZc7wHn9XoSbGAHxcqzcDXG5537IrFmVr9Rqzm1iBwERc
VgmcGkLnoYPCDktOjjUjDDzYX6Fauon83kan1VqxaoxTR9SoobpCtXnTUon0
bGIBLQOti5rS4q3N+ZXxhmhJe0bU0L4t0ZAKjGL29HCxsJ1dfLSIbsOEiSNA
WxsQmnPFSHutafEYtNhQGY+xNqXbpltYgaVnMrTUDnx+TtvFbbbTGGZZJRgI
YpgbsxQmYjiiMcolSpiwuKLRXz883PkCmPqPhgZMFk7N4T5+rvDjbruOx3Oh1
kbzs1mhL5orhxVn32oghn1PbmFm/o6G6p3wmQy55gudBeM6Srlmn1WZ/357u
bIIcLlcpVBrVZ1t9kLdiu/R8ZEJ3ovcFed9448Y7iZwP7li+vLV3JaE2mjfW
hNRARZSt3taN8NkBPl1KxFO6Z/eOO6O3xa9p2rRyR3xP9Jz2te290cb2GrUq
JCnQETFVdkgBHSqAaX5B3NksKIJo6alGFNE9w2JxdUseqxZVCN90651qRsR7
Z/Sa2+IxcqU9O+Kxk69VqROmhcqOAnK5iDpGLuhcEI/BJQUtEecHqi5FdD8S
nyRYPKkAJ03N1i+sU77TqhfZj7FaxNoyq1X+cyb6YL0wh7s+LSOq4gZVsekk
wpYhaEqWoCkw5RcLutfYnCk3E6dA0D0V6J4NdM/0IBgFiVH/INO98dJWpgR
Pbs5t86qAvsAS0GrN8vVWoWPnKQZXPpA3+WLqB4pT9GjFZOaqaTutVLyJNXM
0s5ZK0/VzFO1tJu0rldKwOiYvalgoVZtWizaacljoI0DaI+gi83N6QsyiP3N
19iI+nkWppvSTaiiOF8RX9K8IDovXtPkt4XjFdHs9pR2jWCMRZUiFvlw8WGi
UsXCdqeoRylLFPEYqVszLx4jtSvC8dhkfceUftSw+YsJ6j+Ssm8qWflYYbwH
GD/naWoqnv6C4roxAKmheqtSK+elBm+KgjDwSzN+YCqNWoRP+PtBBmbUjTYJ
Oy6N6CFuA1IhDwiiu9NLBGEtK8jtjHb6Q5q9ufEyvbQsGmx3Eieu5shzhjgb
0keLXvvgyNHnCdttndGqjngMypflxmP6CKtBGH7E9VyIjciT9mD5z8FqsnOV
wOgim5W/X2nLTEvNtKtU9szUtEyb0nQGDjevbbDlZrhVMgkHbDa6AimNlZzc
5ZQ8mxIkLQRTUgJOpdlZ+LTwTKyll0ahVKkNDqM3Ra6Qg0zcDspR6QcCR3eg
UUGv58/PO4/w8UBuX24MTOnG+1W58KnwEF3fsTRP0PX6ORXnRfVSaf22+Mrm
pdGeeEtTnrciXh8tbmfMntR1mEifYyw/Kp77eV4woiaq9n5oKgJtrdwWj5HW
WnriMdJefUU8NtniNO2Hiq7nPrdMziAeyQzj4FSZST9Q2hNlZhdkRg68yMfP
/qzx4WHDI9spDI8mEGmeH0Qq5VRauckZdDfOBpG6PrdITzdytKcMnBkkLtgx
6VHwojaiuwV5NzSEq6OPwHJpIbJyQSRDGeBPhc8Oy8e42P3GMHwW+se4rkiK

c1nPwvL4YHN0YXxZdG57dTSnXZahSWvXtKAmtns06XBOzpmGoyDqD4qOJli5
wfJ4DJpZtjAeO7Uhx1RLzBud/nhRJsfYZrPO8CjyS7hSfCcRGO6WmxzpTke6
TaXTjz+AN2lUCrPP7fY79LLxy5lYOYVcXVBaYPtsP6o0U/SjpJtJ6vFf43NU
WiUPawalxmEYf3A8YLQqycKXl2uV+B/jWibQL+FFUYkqUmAMfx39ju5wXc7F
Dn51+fLZZ1cRDykaCtkCgpc8Ozb7hodAxpchNfGXbOfbZsMnqiLiDaCu9uhl
aulwy64mT3xL89nR1fGepqpwNN4VrWsvbQ9Eje1SOrCnhrYgqukOEoh6uoNE
Hylnik1v8cRjpGpe1fEYab4rGo9Nu4CjpiZxpAtXOM2j5y/t5sw87BM8q5OU
TZGiMKe7ptRBGPmgDpowVYfP7dp4pk+V1JUqzbTpeeZK4YVgEogqWlU6Haji
Ro3aNaOmfCmvZpqJAEU62Y2aUVOphvF3gc2Yj9YINsPj8TepyHww3+kn84Gl
ojjc1mSO1zT7qcPjjErZJDA53x6ZtADWtqYaM3g4zX7m4AjlHZPrpWnPtb/s
Com/6z8YucIKyPkfjEvhcTC1tn+AsXkuPacYUS5YUBD2eNQC3w72h8NV68ni
ZfTc5QWEkalNkaotwMhVzcujZ8Xbmwr8VfGmaFl7AkenBt8kW+lSFZhrFGdU
75amVcBg0kr7WfEYaaepKh5LaMkxfZR9EYZ/+XEl/QMbPDwdPNb/cPCAwLIS
1iHO/8LRMcMig64C3pPcK+xB3CD4n5FWso2rGfL7UcnQkKappxgRS2szaOaO
YUnEurwjEi2OVlba8uIpza1IE7dFZcKGlhEiSKumhs6WIMfDRIwmdqRp33Kh
AVdssoWUvHiMtGHTxGNCKw5RgLSZ0PQnEzOIJnFTxze5y5UoYlvCXphEfMKx
7pRNnOb1sH5N08h5XqaQKixkz6fYq8dfV5jIYV+T4k1yyNqkf6ssagukWOVQ
SKI0pGWHbc2DkVQ+/zTbPJT9ibtCL8o15NymRv4ileG4qm+5UqWU6hym1HSD
TikLtG2dy+moVGRvwSi7Dj0r2Kfqatdcsjd2MHPpUm1MR7xZ1zzX+ZeSIZaj
Xa91wSfzllQYyjw/Gotu3Vq4Kt7dPDcajc9qutSty4wXRn3tlvYrQAD75Gyj
vWjKna2hmwKHpzYFTt0TyBBb7l4Vj5GZ28FEJ7RemBmP0fbl5AKjMfnkbnzR
lHvLTopJvqA3O5OMv5joZW8pDR4QVtNgJO1M3i3Zy8tsSINBOW3rD9+Y0Uw2
+fxaoh9KmdySKmSAfsgttIU3wQRLTYY3Bf2wgH7lJGclCvTMY7VrRmVZvKzv
isXZOp2YDBWE5JWn1yGynrx84hPcKQ0jK/Khe4jmHKrxz/Nv9PM28VmZTdxw
FeJmAb9BniTYxCcJNnEj1vYQtxmlICvdr7WKtaxirpXt31rBWNyv8kSgJvlh
owNOQ4tg1V+Mh8TdbfHJgrCvvc9JCh2M0VIw2p8MzXh80EyMLmhCGazhcTUd
hWY5ex5jzp1dGSIwaR35y+T0oYscF1TmZFcAwBi6BXhRzT+ccIoRHzugEm+Q
nWIUb2TmU4ynXDrhiiAPnleqBRsKV+J3SDejErRfmBM1NWU4uxAXRky4o3Bs
4gWBVYXiQwTA7xBeFooPEQof4jJROtKIHNWIW+QakeUakeUaYpZdtrw8RJiN
IpCFbOlqaVZLStOkIys4r4dDIRi3wu540RuM933uiDqxtEMs/rkPQVLHkd8x
5ThedjJ38EIFuHoOZ7pVqdWPP4g3aGd29aaekc3snjHZAUetqJNqsX2efaOd
RyJzkMgcJDIHMX1EY4KMm5iMmebtF5K+hKCn7pXelfQF/hk0H6cJcnabDHBx
M3mCFBTeP8gUXj7Y1lWbzOIdmsU7NJM7N4hYL+B3SE/MRKxpaTYg09KK6Jsy
wjszwusywhMp4pcemh8x4o751ae+skSbPeXVpofwMVSEDFg22taaMYZlEW1t
a3VTXnlLXrszQVvE43qCllSIb9uAvRdfuyFPA4Xfl3HvazNAIwdiba21Qmu6
2PTmmDqJp/sSWCz4TnLjGRKY7RbPHYgKJ30BZOIgTpAltyG/YmsjMdfE07Ll
1udXbGtgEiPHG22pBnn7V1vKexsKDHmdbc0Zi89p8UyKkPNXLGvI6Ok+cfXp
U6bG87nd81zh2qzChhzznFVXtYuj+06QehEaE6Sup1InXzUlOGcGyb5PJXuy
BpDH42lq8lxXTUSsJg931UTiaiJs8JqPHaLjOo0wO6LKa81xZrQwcZkqiKiY
aAzTJOTelydUUccS6tCNh8+Ux3T2W/k7Kd9NCkd+S0H1jlMZfXPHkgvbfVPs
1XeciZnAxH4yMy2ZiPOvAxfJKdKnBT6m1GTjLBPONuKgFgc1OKjAQTnOEV58
SRMfcKeJTE0TjWea+AQ2TWRqGnnwmhZWYZWFnDOwEJZayDNeCzmFYCF8tTzI
qcg7Z4f0qGMTiNNJftVN3wrLFU58VgZs7RPZGqZPYkP0lSAh0GOs+EBM30qO
sXKTz8I+zzFW/vXKrT/asvF7G8oqtt67FfCs+9zV6+a1rG3wuWvWzYuua/Di
v2x4YE9b3a4DWwC3At7RcsmKipLll3S0XjJQUbLsEsK9W8Zv5H8L3CNnMvax
Mxm+MpWoaypR11TMDqpE/qiI0tmt9DiGcDDDQbLpyYwZz2O0GOad9jzGmY9j
QM3POo4xg9qd/jjG15ZlNdRGMhL0z2J1m+TZ7R2deeQp3n3WYuE4RlNmwwX1
1b2zXPiv5zx8abMhvcQ/Xs2stuSvSnrCUHl+TnW2tf2yH29vvHiwypxdXzj+
zQU9VYM76Ajn7hFOJdEnIZtKcVAvslQvclLPWKsXea4nrDWhiJnMxmCcEeEx
cgHHAxFlqDWot3pbrO1INLPCtEyVTGDfvpBQUBWbKukQLehJz6vlp2OajLuH
kykVCntqhtVZUFrpP3mkBmorK1K1voxUjYTH/ApbmlGpVCos+e2zToycOIYv
LWv11PMKlUqpI2f/Oyfi3PPAkxZsoD5NuK2mbV7bRW0/bpPWiiyoFXlUK47S
WvJbZmYxbhCxmmD8asSTUZRRpHETy+cmRs9NDKGbWFE3GbXuB8k/BJ54LKIi
7o0mIrg8EA1CezWaH2s4Tf5rs1TvGucb+42bjPws4yyjreqVWrc0u9X2NlVW
4F7cSFYwfYa4QRjUIfYCKT3LO+WJRgKz8l+LGVXvxpDRYPQaeR1tMbvqlZjQ
ptT2NlNjcqZXaJactkiQjuRzn+19vnjZJXMLFjcW2FQSmVquDtUsKs9pKHJn
RuZ3d0Yys7su7MqIVmZbYYHBy1UyZXpZSzgnkm3NinR1L4hkYl1jDLTE7rRk

eMwug9ztdZv8ZYFgSZYnPVS9qKp0oCVXY7IaNHqbgbyDZHPazP6ClMzSLG96
TtVCRKUpXS/diL6G/klP8JfjV2HJvxR4Xos24TcOZGSbL7ycrCYr9U79+tqh
WrNeb64dknRcjDoujHri25vKl65ranu3a35Xf9emLj6/K79rcfHTwXWti99u
6rhcH3dGryKrSyW1qGRlWTwpDCP1NMCMHAaDEA6TI5jCAtPwOjlqT49illwY
3e6Jx+iFutpAMl2GLm8XSEa41rrip2NwtabFb8fgek59POaMKq8S1ptK0R6T
tWbxlKiM1B+h05/slAXmlKE+WV7WM8rXZg8Gz7zglK7nJHKNJ0vYH0i7UG8i
72df4Myvy86qL3D5UxU8Ob6dXtqaKOQzq0je/LOrnSGTzV6w9NKFXTsW5rxJ
3vVmWxLiktNoM6rVerbopIvL1qrFs9wphU3ZkdYUb9oM2lF5Zt2qHGgMymSO
aLBuY2d+/qKLu5edsuwk57Lf49ZLfoQq0VWC/cxGRn+eaBPyRFuRJ9qKPHFm
zxPtap6w3WTX5sX90VRt3B4tnNqkiD9HDGexeDbtucPCOxnQdDwGZe0RuzYe
s0flhYmbDiGX4Tnm8khm3lQ4jdS49QqDNzvf3jQYSd1FZbaTLQfeInuswO1Z
zfaMFItCqpROX+BTXp9haS7wSPKp9Dw0iG4U5u+u2tqiwWLSeefclGARKkqH
j7Zn7mB02TlJZcXBuvCc6i+yXqaIdue0pUVtc1ixOyGTnhmyoAGcOi/s1z4nP
3IWNGr3YRM/ceKwnSlvRxmgzMls8JmtmszPZoCEtEZs2fWtFPLR3mt3SGXbV
ZmAyX+mPrm9Jryeno4SNtVCBsG/yNN1Ne4ZNV+OhBLaeXgb8oanDU8JGiUl9
mqNWidtqPuNphUTePwSp8O9Jw1wQfx8hJOcC3O2IvmnwHv8qaHQtfT4wGq41
kJVlKC0tpCdWUsOXhmqjhlB8dmnUQo5VBjqU9Fjlc2D7cFh4MEw2zwSJaKFo
aSgemx0pjQYswklKobxwklJ4Hi88FbRZvwyXv59mUwjvv5kV4+HPyUm36/jN
X5xfohb/SvIyTB13i3zRkV/5D83tEZ6ia+u0KfBBpaGFaG60Njp7tjdaEOWi
PbpQvDRqIgM10LE0YYATXT7cRzcgD5PNYrb/yFjnpM2gqCHKqfloaY+OMBLY
aBLZKF86bfgTlTaQc5Ez7TjaTjkZORNHfVO7HzPZCcmvFEa691uTNl6bwHCO
l+vTsmZmOX6U7Ta+KZgS3VtlzZN7yWel+gw6lcj1BGEYLUatVns6cWDMfjph
fGJmeyPvB3vzFfS8IKkV2+qJpJZdnEk2j+u21xlcRGTB4CXBzrrSoM0WLK3r
lKI1yy7ccOGGNar4lc0XR7dF6zNdy+Jros2Exz2wYsCSg1Udkycxqfyk6Mtl
IDlikej8nrCJzCTpEhq+UhWPTTa9Zlk8tiba0yyIsqejirR/f0y8gINaKLqJ
LOwhQ8uf5yznzEPncw+oBPFP7jfL+yVSpUxuFXZ+PfrJ06AmH91Lzk2Qptzo
y5xBOxQG32fqBj5C9qADtenazz5PeppB+znHcqLyCGZV2GgWLaJsgWARD1CL
KOWYRZTVwshfR/c4Rz3V8wRDuK5onW5dX986He+eS5771RWSPbjRgHsBmXfs
gx3R9upoYTQU8pYXlHPl85A7HohKiAmwiq6iaABq6FxPLKegQ4LyEM3ZNyg0
lRabaguVG8rBHJQH5qGAOx4LRK0SwQpYmSc4ZQMmnyN9cel/DoOMhxJFbPRk
f5aIufpUu/DM0GuRj4cT1GbKqPD5p3kudCYhnt6iJz5YAjmmT3zCXkg/yHKx
Vny3fuJYxE62LT3Cb6kEPDiNEmnYJq7frCK2TG1mCtgkYiPkR2YBMcuIg0ac
acBZUpyeBQlz0nFGOvYRssaHM3zYK6R6cYYXZ+rxOT7sI0e9lUZr1OeFlR7E
3o4owT30kTP6JEZ8Rh9pXwMVfVktPrWrRd3OXmuiv6EY6hP2a0L0D5NdG7rU
I7/mEnIfRD5skAoXUsOFJtug7z+FQFFEsyKf/HmgqR2dyTe90jj+Qszx3Phz
wjtxaVlOnWT8eYkUK8wee6rfrJSMS/hPOZXZ57anGeX8HRKlSiM//gPyDpxE
oVPxizUmJQ8S4+BLecKl0XBvkve6OIWayCUb5NIGcgmju6hcCmHxayTvcijg
K5+sk2fnYwdw4n7ybpQD28cmjglPaliSDSsJn3LIfjipU4VwuR+XqbHaS7Yc
vWSjUV1YkN3iVxtTW4yT24oVNUYTpq8eoL4+3EfYRjkXckfUicWnvSBnYS/I
zfh6XMLLcfUKc6YnzW9VS15+SaK2pqekBoxYiR3j/1Zgc6Y31W9RSZ57Qaly
etypAROnHP84V2fWSHnyJtnQ+K3kRVCpxqzDh/A9OrNWwstU8vF9eJ6M/LqS
2qIfX0a0evxGfgdwL4P+ws0DyA2cKCUa6cbZbuwQtugdOKgr03GZSuwi2wuV
LuwsJ2x1Yk+LU2VuUbVJ5qE2cWuc/CpQiCoTUSp3RDOtkLjhTVjh4yknZpmD
5B3+ksmXSM3CctFmkXPF58kKi1xeIyfboTTw448qDBlpaekWpRRj/pjMmO5N
yTDKxg8ajFKNRYcrJCYYv9Tq0El5hV57Ip970ayWkrFMdgIbuCe4iNSN8mC1
dY1gieXWSvLv3RB5Yj+GeyOp+sBNXq/ber03HxfkR/K5/HyV+6aszbNuUG3j
t4rv/pA3UGB9Tt52P3pY8FSF10cD3sBNMaicb70+hvIN+e/n8xoe6me5b4pl
bVbNuiEmtCG+AiS+2Tb1qyTpp32rbWrJnPhSGxdxp/lcgb7K3LYyT1ZbrH6h
1lMcDFTlpSm0lt3eXnSswTkNfRWuPV1Zs4OmotzcmgzuTxqNWlsQyLbl1uTkN+bZ
/O6cFK3JavSnmC1pjtSyjvBujc1ry8zMyARexYBX35KZURDNQksFXqk8BQ/h
xWQTGg9HjMjsUelyR9I3O9frthbvk25jW54VFeKPAAhMIaXSc0ditJy0eF8M
SrINzoqTXoOQnfQAjWqDXNx3t9LtTe5bvkhfVUpRfp7DnW6w6aQyg8ticRmk
Rb3FkSXlrq9oPUUZgaZwVnO2v8hj4P/dtHl+SGXzO6o0Wgn5qYoUKXkLHL7G
n84LhOevawg0lHqzy36Sn+cplT8pGIWeXyAzwngoRUuEniudpQ/hHpjK8/BV
EYPRs96p5LNGbJuLbtUkaIXwRtiRyX6TQraskZhts6bo1pgmUfT0xVGxu5/r
5S8Q9wVOn9Gml4UHqurOqnB5a5fXFHZlyfVC32VXZjVnZYB3pUkrCma05HN/
pn2tDReG562tato6LxQM4nypQsKDPZWOL8jP95bU+zOaSn2hUjlymqHPG2Bk

BFA+2iGcZcmXkH9Y6TYa3cExvDhiR27zjTqdMv96L3m1ypH9Ne9m5U2ObeyX
hTZP/rji5KGViEdnvjEGdST5MCAk2M1DPW/212LezQ7lTTHHtmm/4Zf4+zyT
72HZqLcQPOUtLG6Dyzx+vSm7rjBYU+RTqRS69FDhLO9NN2W2nt3QBI7AFZLG
Bn9JhpmTIJczc06OTQ1rX1eKU6dRSr92U9PmuTlZTcvKjE1t9qySNDKHZHC/
wA/KUlAZWiTsw5hMSGcbwz0RY04wXfH1gg3pN9tuztmYslW3UfDf4/SozgdF
h+kRD0uB4uuxgg056TfHcmwAtKTgiCc+7pjcG7DNdHKtbOr0Bn6Qk8h4WchO
vJ3tGp1Wfa5M57ZYQdhz1TCS59oLW4vshVallJP+RmdScVqNOye13JGS6hiv
AdFLiPzx447UFEfZrK5Sl0Kp0FpA0gPQT076qXDKIUL3M2349ygFeLBYODrv
OuA0bJISrX596tdIyOED1/0xZ0TIgl65nid9Mp+yvT4r4fjBh1K9y0q0k4xQ
q0sv1aYX5PvS8wt83J/ZHXIOmULGcfB1KCctLTvHkwayiHG/4AbA9pSgXnKH
tWpUiK8mv10Et2hDfnwQLLgKj5FfMCLP5TelrDduFe5Yflp/5Cj9DaP/xd6b
AEZRbHvjVV090zPTM92TfSUMeyAhCRAwIhcTCEsgLIYIyFUkZIHgZDGZhEXA
iliAqIiIiIjoRURF3BARFaPEgAqIiIiIioiIiQIyEVJ/qdO1yQzA3q9vvu+
73vvnxT8Tp3qqjp1TlWdquqe6cFvqfvm8Hly3+R22CWe3F/W/OReCQkPl/KU
4Njw8Nggq2mvyfA2Zq/X2SjbqqPx4YpVW/OuamlWjXZt+MAb93E6bT8228yM
a2wJDX624dtg3dCY/AQa+3zeYsxGm7MEtfJ+3qLE00CSdv8psF3N7WiWTQxJ
7ATM9IGkFOd5r3b8N8CS+gRxDxdLBsJcD7Vpz2Xc6Hru8hv799OrcvbxzZYSP
dcVT7+QvLod/3MARGdpz7owbL3c95/YvEPBcmza3uWPAY9RAng8e46FqeNPn
N0+AYiFcwdServ7xZj06JCxGV7r3bNuvs1f1qHbtIrqP75Z1dWRMj+TkyN7D
u4X69Eba4EHJXRvu+z1eirTDX78eSZclx3aMUtv/LSdNjMSbwFqJ4g047YP4
EhgLI3FsukZitWc73dg+wlXuNZDxnJmvfmgarZP2rNsnh89TZfpntAe9pZt4
h4aAqr3S2g2K9xohql2bqO4TelyR0y3cV8UsrtLSi1RCZWDuDwAv/whoEwJ+
XrzRLpQu4G8jgnXNaotapt/Ybrmxkvu80U6PWubWbzS1W+5duv/1w9te0iOd
R1QMHlGe1bZTdtXwIaVZHe7UO/wtqcvf4kM5HX41+6V/eU7XTtklg/qXXZXY
eWhJVvygnnGxqYMSuwxMbTWet9ZNz0kPQWv5DmSicW5OsXHzh+EOJJSE8e2H
LSW5tWyKKXdWNW1C+NfnvvPdhIQbO5DmrL77EJ474Q8etDb1xcX7hCvH/y06
sUt8hHcAmrRwZ9voHnl9mvchg7vGD4xv34PvQwbdOCLBGtIqtOGCib+pxwye
+zs+PaGLuqUkj7gB9yEJqa91TeL7EBx79H3crQ7E93e2jSY6X4rt0ba6Tje2
1cPiysMqm5+R/lhnvFTS0clW526+/ieejBoDznitJH1fkhWTRdXDgvRYV7tw
37kV2aVjuxCtTbgCO4C9QZGaYjKb1Mj4Vg3r/EfcoNbxERbZYtb420j6SW/R
70CLK41vNL9MLqe5L7oSXYn2qM306vRWxN7lnsPdTnWTuvVaEnW5qcONtntq
g/YESUHhS3h3Nr9X6Dr/Fwuld+jW5R63q1sKlOzQa4kbywbZ7sGHkuAvgkzh
S0QfG1/1xtcLXXfpZ5C9YLMtX/wBSTOMZpl+1/7Ka3q6rkhqbTczkyLbWsX3
6tC1b5e+WVd2dl1+Vfe4Hp2iVRNcMZnD2ye37g7L/ZAru7CpCf26Rqq6bo8I
c8CJzBmst+0U2yYiIj69Z6c+CeFWu8MGV4LsJofT0Tk6rl1keIe+3D+3A3s9
Y3qEdDf2IS+Qdq078V53huhq67JO90ep94eUJTygGLN0F37wu+7Htz7Eb3KH
tS4L6XS/OyokPUS93x1SpiQ84FY8TQ93vN9cwy1V4I7Db1fCTxg8jT5jtoXH
tdEn5A5XVdU+zCz2m3cAp97h6hLd0SybTRJzhkeqFrN87Xjake84ZpksJlkG
mIX7ke+7dddlNRi0ay3tlApNoaSTeAtRcJvW/AfSQ9pY2sA6NC5dVVxt2jii
yx2VpNxwqDQqOTqS7yqb3kLUdN1wp+JLQbBUe1/MAztn/xsQUuvQGN3C5C3M
Fto2NrZdmI29YjJZnbGh4bHBZrZEYvMlizPGFAqrsl13NGgW/nlmi2qhp+1B
dgvoB2O74fqQEPqIYjEz0CMe1oWrQY9kUmn40bZ0l4kk7cEvWZMilZAl1c5/
Hj5cTVZtm+1L6TpxtVM7l7dTTa3Kg5qWC3zFzls+CoqvSYk37Pjm97mBQMO9
LxYTb4VNvSykU0ehcoTYvCiKNNJEna7oyLgQizRtFrPCHiba5TQ//Q8z1V3R
Ua2CLMxTCcfkmLDo1rpkflj61mpXZAm67d13YTjjJz+ovcHigESzYnptq8zP
D4rD+ivvSfqLVAQWaGOckfiOZdMLFostYjNd8GKbcJc1PHQzvSPdbguPLQ+z
6uXWClYtlkj/F0sZs9nmkyuy6faAeInhZZex5rsjPu8OGs4SukS00qk87JBC
tbjoSNihyUuleZI5qFVkZJxOTZLuUGWLw/acFK6H2mVJsasNVRK9U7HBcFBD
nHydIewl/NyvSuwk3vvOzhs3mq2Mf0/3s13G9mujlaXj926jP9vVfGl3PmZL
r/J+rLbhGXmX+BRtw3O8btlFh5pu8697KtZdEFB3e/UPTTx8rQuCZenJTS8
aOpwWULny9Kg7jrogfsbf6Gl5DDU3dl435h5c2PtJv52ayvLJdC3Ql8v8H2j
NZ3x20/Ru8TrEpuqLk3u2yeJ/y8ZIJw0dP4Jz01RTT
cZBzEPTdLn6q22SKSUeeHwJ2dffdCjDvXiAgJTxMutXsjAgOjtTNEbbQNhGR
bUKttOF2v7SUjmye94NH9D1vrKGbf5oTesxJisg4+e/ycKIQnUSQ1uBNkmGP
cCUZREaQMeR6MomUkankZopvmkwvHTnZnetOmzazz8z4ck+ixzWhoH2BZXC2
PZukZ8qZzpTU0FT3TE9BdmZqamZ2gWemW4kde21k7JCK6uHV/WbMHji7+5TS
XqXR48bHjQ/OGR0+Wurd19zX1iVJS6qeXTp+dN+kpL6jx5fOrlY9Fk0s25Ek

70reFSQe5YgnzH8MlJcI/ndK8BmT9tfal96RRCZH/7tNxG5u17Znao/unQQN
ETRCUO91JYCn/+K6Eu7Pdwio3yuP7UtJTU1ZyuGXHt16dGvPYw2XdYe/p3t0
69ZDyuF4IZonSLc25b2wISW1e/f2tFtqaje6nV9suJbjLzz3Uh5jywBSgGv4
qEePbp8DQ++HyGhe200A9LXuyT0vDIbYfSkpqZJLZGpQIHKcF/s4NSU1CSKN
jeQu6X1prOkorCObCUH+Pfa56TjwtYJ/V5qN199Cvq30rpxs+hr4t/FJkSgP
540i7zud6TXpTiu+0blO/JRCnWOzdNsLnerMFU2/o8DvvOyrc14w3ufSMbrO
56cT6tw8/4vmTnVuKBHwuwk4VS9+w7N4Nsjf0hmGr74dy/erDVP1mBiN3may
wuLAz7Ifn8d1AuA8TTQpsKtV9XBNCYmUXosMUfQIpx6uK/UWe6TmjNTMxxRn
BOqINiFXkAmoY9co/mPU7VJsnJB2PXIjkyJUFhfPY3GVzWd746W433V3fsdn
wMuk56Vy+r4Pt/mU1bQ3aBfiu/E1IhR8W5txzPxccUaFhcRoyjfUCo13hmtW
eohSxRkZxg9hcSEDI1xRTvPb7AMlOCwqeIgtxG6VvoRtIfzBKTv9wquM74dk
swzxbU3p+6PDoIqgC6clR3C0bjbZgxzga8VowF8uyBW/XPAKvYYEkVawkbCR
oPZ1/JcH6sJAvefslT4vWf1OdLXd3L7O+LmBOrc31x+/Z7WH/88NSLM7DJo4
INei8Ts1uhId9GRMSsag5Ki7WiV0DR+e3bFH22D5Qt/8AZ0afmhS5kBUqKx1
TBvSs0OPSKXht7AOqfwpgjGSSR8yjGvyCrlMuo10gW4xXqjIR2ywd9tj/HBA
zO/m8X3vIr3ovYvsj9+7yMYxNaRVeFhciCotluZItuBWERGtgdkjUz0uKqqV
00xXsLslsxYTFgqrj7SSLWMmPS4iupWDMumY1cbvR9lggWqQvHHpgOa0SpJs
VS5sl9IUK7+dAvG3pD78FMcsTv69s+Y/O7dADMI116TAvG7cotwtpSg/E0Ys
fFuQ3COlG2sT1magVH1hofJzEZR5/a8FOuY/G6SoPxUe+6uBDfrDUPt7QR7g
F+4zgkm6RJhwUbgvIKz2BnM7CAU+4aQyySe8delg6YphixGs1/mE9X8UbDbb
I94Ax4I7A4P9+t8LjqBLhlojaDdfHPRQpz1oVHAYhq0Xh5CXfi+Erg57P7zU
CBGjI9vwEPW3PwjbLgrnmkP0IxhONoeYr2MX+oZWnX8nHOAhbqIRWmc1B9c0
I7SxifBhmy8CQ9uSdv3aj28/JTB0GH7p0DHaJ7zcKel3Ql18BoRXOvfp/CwP
XSQIN3V5NmFQwoZEU+JtEI53ren6Q9cfkkZB2Jd8+f+FMCn5vpbQEv6bQ+3/
zZAS3BJawv/u0O36Px0mBYQyDFP9ws0toSW0hJbQElpCS+j2o3/oXt0UDhmh
x3UtoSW0hJbQElpCS2gJ/6PDDS2hJbSEltASWkJLaAktoSW0hJbQElpCS2gJ
LaEltISW0BJaQktoCf8LwsyW0BL+/xvwu2iUEPl7wD2MEIUeJrFUavwMMLrx
CGBc4yeA8Y21gAmISYhpiIMQhyLOwpwrGo8D1jbuAdwOOAZq2wcYDXWOgdo+
AowndsAExCTENMRBiEMRRZ2HOxY2HAVdgynaObGzDr8QDdb4MGN24GTCu8UXA
osY6wCrEasRZjU8CLsD4IsTFjS8B1kJLPNC2d4mHjW3sTiXQ7gxgAmISYhri
IMShiCsavwOEsoD1GN/eeJDqUPYHwATEJMQ0xEGIQxEXN54FXNH4C2Atxusb
PwLcDvE4qOF7wATEJMQ0xEGIQxFXNP4MWIv56xu/ANze+BONBzscAIxufBcw
rnEXYHzjScAExCTENMRRiEMRRZzV+CLi48SvAWuIA3iE5sNB6sMY0mYJ0JWGcC
1pmAdSZgnQlYYZwLWmYB1JmCdCLVhnAtaZgZHUmYJ0JWKcb6vwUMLpxB2Bc41bA
WY2vAC4GS7pBu7O0CnuhCnuhCnuhCnuhCnuhCnuhCnuhCnuhCnuhCnuhGstW
Y9lqLFuNZauxbDWWrcay1Vi2GstWY9lZkPILYD1oPQtSfqYLsE8XYJ8uwD5d
gH26APt0AfbpAuzTBdinC7BfFmCfLsA+XQT67geMbjwKGAc2WQT6fg64GOyw
COwTAsjtswhH4GKQ+B1gAmISYhriIMShiCsavwGshd5fDLJOAG5v/ISuAFlf
A0bD1RUg6wTgLOiRFZD/S1oLV48ARkNKLVzlGE9UwATEJMQ0xEGIQxFngcRa
aO0vgCugnbXQZjvgdo7Q5rG0Hmr+BDC6cR9gXOM7gLMa3wZcDNauh1Jmuh3y
fAEY3XgcMA7auRR2k2wATEJMQ0xAHIQ5FnIX5+djYjtK3o/TtaLHtIH06G0s8
jeVsLNjtAGACYhJiGuIgxKGlKxr3AdY7vgC4vfEFY9Hldpba AjEcIJ6Yw9IQa
cjwuEU1+VsQZaS9vFXHZJ4+JRMpHRNzsk66Qavm8iFtF9NsEbcSlzJHxG3S
6qb8KhmtPCridtJFOSfiDs1s8bZTI0Mgj/gOMbWEx4s4JUpEiohLRImsEXFG
IiNvF3HZJ4+J2CMfFFnGzT7pCroh8SsQtJCw8WcStxBl5TMRtdGtdGRTfpUkRJ4V
cTsJi2oj4g6FRfUScY10gDyMUNKjKQS+n2lYu0jbjTiHtNUhi7xcbjS1o3xTx7Dzkbc
7JNu2NmIG3Y24oadjbhhZyNu3Y24qn4gGPY1YKkvQqQ9t9OxJzNLfbViFFttGpT2dcbLVjJ8J
xcjlrSqBvHkg34NcKfa1d1wbNjOkGP1YKvQqQ9t9OxJzNLfbViFttGpYtzL4B

+CScu7692QlrK8EapqMdqsQs9bW3d/SVipHM9Tf6pQJHg3eMFmJf85Fb3qSN
0cZJIk8lcDNE7R7Qwuih6qZeysMxwmdAiZ9eXs+TDy3JQ/n5Qn4SepdJ2Ff8
ysX+qvdFWo8WI8c78ntBLd3Bc/z+SPegzAIciVzKDU190DwzL/aTk8S4Lm/K
zUeu0eOlkL8Qx87/GX9ra/G4/2M8bja0JJ/E4yzrLK67yCAcFWXYMg8E7q96
k2QIBWhbXrLkotGTJMZcMsSn4xiahKOI9810SM2Dths29tZq1OnGNvAWFGFr
DT9n1HWpMVqJ47wcdTes4C3He/UalGF4muloacMynqbe9ub2+oV84bv5LE9E
G/B85WJU+PrpcrRrqfAPRi2Fgs8TPrkQPUoxami0biK2w9vLgT3mESWM8VNx
UUpRkw6Jf8oTGKtCAdrUI1YfY34achOb5ARqYHjRqWinfJxPl7LZVKFpMc40
N84pY+ZfbHtexlhZ4iF/Z78RfOnajTb8Vdv6zg9jdXeJ9dmDPZfvt04GatC8
Kga26wqfMcA1MXQxdgteX1nRtPMowLW3FP1l3u9qaoy9PL9RZfiDMoGGVka8
CueL4Z8KcB0rFr7FqIfndKP3//0xanjxUtEzzbV7Z0ixz65iMvq7YmFn7tUd
6C8LhQ7eHYbXyv6jOhF7Jg/jBcS7vwr0c4EzIT7ALxSin56KO4pi7H3eq3mQ
xi00CXJ4ryWLOq8P8J2dxext9hbNuwFva/6d1elPrgau2IA6sr11uFo1jeYp
kGb0k3fUGLsTt1hFmkf3H61w3lH5+6sc77mRTTOn0mcvYvS3MQoKhSzDY5eK
fk9EnSvE6uPdVxj7okmin73j2BhX5WK/Y0gow313HurpHSl5pHmVD/Rn/w19
0WShPNSd261Y+PoCMVfzxV67FNvqu2YW4268EsemaOPv9y3ER/mv89DbnX1s
VECaTwi+8+FP10eaTzXe3Jf2bokB3s1r+8DS3GqGP/XV29uuCr+dnqFD80rk
7UMeN05n/BTm5Qt9Rkg5nr/cON4m+6ywRqsnYlsKxUpV1dSXvr7E6MNk0eOV
OEvcTW3wzmv/sfTnreq7whta+q40/mO62RJT0Y4lf7EfvatBFZ4uDcsU+rSg
AJHLbLbLFMiR77N2eP7AHxuevwA18K54vf28uLEbq8b4pXbdpbhGeFcZ3/NZ
ccBq7OtT/EtVoq8w+mqi0PvSa27e7/RoRZP2lThKS7F2YxZdfPL9qyPAu74N
JgPw6ggyELgxsFrmYEoWpLnAi+bAIdHAZUJqJqR0ghyjxPVO2FNjcB0aDPmu
xjXOqCMHcDjw16CPG0hcyHNuKOQfDnXxsgPIWJQxAGobhTlzsO5hkJoNdIDI
x0v0h5SrgefxQegFDXnDoZRxhsgSa6LR0lxIdzVp6N+qLJTobdkw4HKg/sHi
agbUnYX18fZz+QMxPrypnQNFSzPQRrxmXmd/aFE2cjz1aqAjId8olJ+BOhut
HY46DITrhi4DsAVccpLQ1cjH7TNaXOF9xNuXDaFZqwy0wWBsTbP9+gMdCS3n
9Q+Cq7w0z5ONvWjk7IfluY5c22zkmrUyeqo/asOtym2QCfFh8H9Qk+1yEI22
5PjU5m+7MXi9OZehX4bA/mi5EcgZvdEfuVzsK341UfRlDuoRKHUMjsQBmCsD
NR7VNEIG4ug1Wu8dnYaMET4tMeTxvvVti3dUu/5gjhi1eK9fLXr6Yrtwq2eg
TXi7RjVJ/r2aYW4+4eqe0i3NNaw4v6KssqzI4+pfVlFeVpHnKS4rTXJluN2u
nOJJkz2VrpzCysKK6sKCJMfgwokVhVNdI8oLS3Onlxe6svOml1V5XO6ySeX5
rvyy8ukVvISL15zSw9WRk8sSXTl57vLJrsF5pfll+TdA6pCyyaWuwVUFIVxO
7uTiSpfbt56isgpXv+KJ7uL8PLdLSIQ2ZSDUVVlWVZF2f6OLNnzpXZCUeiqKi0o
rHB5Jhe6hmmXluXL8wtLKwuvcFUWForOEoKSrYSyYWFhQUFUFrjcRqqroLAyv6K4nKH4nuH
MgoKPXnF7sqk/nnu4okVxVxGnqdbCoEOXEmllVBLRXGRqyivpNg93V1D2PZ
VVk10eMudFWUgdzi0knQKMjqKSyBkqUFYICK0sKKyiRlsdVVJjnqaoorHRV
FIIWxR6QkV+Z6KosyQO75ueVQ5wXKalye4rLocrSqpLCCshZWejBCipd5RVl
0Bu8tVC721021TUZjOsqLinPy/e4iktdHm5raBkUAR1LQVZZkWti8SSs2BDk
KZzmgcLFNxQmuYSanSpdJXml0135VdClRru5+UrByBV5oEtFcSW3aGFeiauq
nIuBGidBSmXxDMjuKQOFqrlKeS7ogBJDFh88+ZPzKqBhhRVJOYWTqtx5FU3j
qrdXdG8+HnqOBhPxLuiV1L2Hn+k9FXkFhSV5FTdwPbBLm0bmJLB4OU/OLwP1
S4sLK5Oyq/Lj8yo7Qy+6BIWUIXkmezzllb2TkwvK8iuTSrwlk6BAsmd6edmk
irzyydOT8ybCOONZIae7Kj+vsqisFAwOuZqFVVaVl7uLYDwa0mua8qqwGLT
XVUwhDx8sPJkboh86FpPYaKroLiyHAaw0aHlFcVwNR+yFALNg24srCgp9nig
uonTUSvvcARTwbgpq/BGiriExIt1h3FQUJXvSeTDsRrKJvIyXgHQP1MnF+dP
9mnZVBBaXJrvroKx39z6slIYKfHFnY1p4ZMdavij1hqzCMY69Hulp6I43xiQ
XgE4Dr11XYEWiC8GKTAnuCup4DOnoGxqqbssr8DfenmGqWBkgTrQfTxS5SkH
L1BQyNXkeSYXusv9LQp+CcaukZ13SDHOk8nFE4s9D85cqHJRWV8tvAmC1Mn
uibmVUJby0qbPIW3E+LFWCgsTZpafENxwEFBcV5SWcWkZM4lQ87rhU/pDN2L
wwLnAK/m0k7wUs5rr8iRzXN8wM08pQx04qaBueQGx4bm9neT3JR+jtLhGMk7
pxInD+gNJiiEUjCwwTIFia6iCnB6fIrARJwEOnMbg62gR6G4q2wiOLtSbpQ8
dNTecfbnteANyqusLMsvzuPjA+YZuKxST57hT4vdYJl4XqOftq5RwlN/0Blb
VIDe0OiHS+ZDP8uTfYZbohhuvPXey+5iGKeGbF5XhbFSgQScRFzDRO7Li4s4
LUSDlFeBQpWTccJC1ROr+OSt5IilICGyaB4ZSF30WXlxYZH/d2mGhMeRBqT
RIgaGzF1clnJH+jIp0FVRSk0phArKCgDH4ptmVKY7/EOsOZxDIO/oBgnXm9j
ilMbqy70WXBLyzx8yhjOvFhMY2OkiEuVk/l6MLHQb+bm+ShawcVXemAwFUMX
Na08f2QAPt8GD3CNGjEwd0xGzgBX1ijXyJwRo7MyB2S6OmWMAr5TomtMVu7g

EVfnuiBHTsbw3GtcIwa6MoZf4xqaNTwz0TVg7MicAaNGuUbkuLKGjczOGgBp
WcP7Z1+dmTV8kKsflBs+Atb1LJiJUGnuCBcXKKrKGjCKVzZsQE7/wcBm9MvK
zsq9JtE1MCt3OK9zIFSa4RqZkZOb1f/q7Iwc18irc0aOGDUAxGdCtcOzhg/M
ASkDhg0YngtL7nBIcw0YDYxr1OCM7GwUlXE1tD4H29d/xMhrcrIGDc51DR6R
nTkAEvsNgJZl9MseYIgCpfpnZ2QNS3RlZgzLGDQAS42AWnIwm2jdmMEDMAnk
ZcC//rlZI4ZzNfqPGJ6bA2wiaJmT21R0TNaoAYmujJysUdwgA3NGQPXcnFBi
BFYC5YYPMGrhpnb59Qhk4fzVowY0tyVzQEY21DWKF/bNnORoeSzQ8liAtDwW
+H/hsYAN/7c8Gvif+WjA6L2WxwMtjwdaHg+0PB4I9OYtjwj8HxF4rdPymKDl
MUHLY4L/5x4TwNw0vmtASGMkmUcu9UchhxUyhhGlsZHo/JdB8RP6hMYDnYY5
/ugvlt1vt1PIQ1f/2fwOB88vRf7Z/LqO+Rf/2fxOJ8/PLH82f1AQ5q/5s/lD
QiA/UMK/sSBjfhn+R5JYwEww+xgSDY6yE5VIH6qTQTSa5NI4kgcWddPryHTq
JvNoGbmXVpHVtJo8RWeRTXQBeYMuIrvpYvIxXUGO0lpyitaTX+l2amZjaQi7
n0ZB09r4y6UdAuS2BbnJIDcT5I4AudeB3BtAbjXInQty7wG5D4Pcp0HuZpC7
DeTuBrmfgNxjIPdHkNtA66kV5IaC3DYgtxPISfaXK+X6yNVAbgeQ2wPkDgG5
o0FuIcj1gNwakHs3yH0I5K4Hua+A3N0g9yDIPQZyf6aLKaUrqIPW0hiQ2wnk
9gC5/UBuFsjN8ZfL1vrI1UEu32ZeBnJHgtxrQa4b5M4EufNB7nKQuxbkbgK5
9SD3Y5D7Fcj9kS6iBOTaQW4kyO0IcruD3L4gdxjIBd2gtJ9cE/OR6wS5Cfyw
C3JHg9x8kOsBubeB3CVQ8h8g93mQuw3k7gO534Bc/j0tBnJDQK4L5HYFuX1A
bhbIHQ1yi0BuCcit9pdrnu4jNwjkJoHcK0HutSB3CsidCXLvArkrQe4GkFsL
cveC3KNQ0690FvTjAhoBcuNBbi+Qmwlyc0HuDSB3OshdBnIfArmP83lvkanF
fKqmBv7VnLJYqMW2bdtj8PfAAxYTvzJ//nx+yaISizrXNdc1JH1l+lUQXDWu
GrOJmpVTlmnz50/jmRWoYT7Pj4yFp8MVzFQ+/1xNzTSLDOJS0k+l8z8LpRa5
htTgH7aipmbx6trVqxcbV8Sf2ULNtk1vL4A/rOnZHbxWUSn8lVuwEfONdpoZ
NcuHjYIyNZvLa2pTnIcVmSiyITbFbCJm0/z5I0e6XEYUIiPnW5pT09NhcFJW
wxi1mFavXu1vICu1qG/UvFHzKISlEOZDQHV9DWX/A0NZTdSq1HgthZylyVS8
yRMWQzXlVplYwVSXspVVplawlTCWlVJrk7H+XWuBPNOztQHWwl5K9zGXudlc
5mZzmS8yl5WbCzU6V2PY65zVRq32Wvh7JP2R9CUYFkGwmqnVcm7u3LnnUCGV
Wh3cZAuF0brVcKMpJqpAq8E2yyfbzNRmgayb66BQ3WZkZVn2LAJ2kUcxU8Uy
be7c32pqZtpkYjM1GS7dMI+wXI3NRG3c+PO57RbPt1Fqa7ZdjWKliv0FshM7
1QhYMwqdO9crBf6m2ZrS6zbzkjJVhCExDpasmeB0Hua9aPK2JQUV4lYDsxlx
il0cOd/mkw72lCiVoFWyTG3mxfCHyv7Grcmr/82mUpujdkLtBDD26ntc94DV
Frq49TAfN6phVZ5Pm+vyDkUfuxp6yDPBcqqZqtyuXsMiL1/asqpMVG7ZS5tW
NVGVm9ZrW5VS1ee2/ynjclNNg/lhsZz6LxpXReOiwty4wrqqg6p6bWRt5Or4
1fGLBy8ezKfKbZbbLHMsqkJV67m5c+bMMQyMWefAhQFOl8TzMqud6c50i5la
DBODDe0KtVsNG0PZOXWbMUGCv94DecLA3pg9LZNbOTPNbiJ2U1qzmdONUeq1
c43dTO0WH0PPhY2Y3dfS4IKoRXu5tt411ydYFGqxGi2YMweZtEwezUxTm6+g
vdHhCXsbvq18Poxmy/xyPn3M6ennjHalWRRisUANmfHxTidmRI8ARld0rzhd
rmar2xVudbRAA/cLv3GobbBr1O48HHs49lSfPYkH3AfcO7J37qxbtH3RNvs2
u91C7bbf6rdt21ZvZLfr1B70hvkN87Z5+YvyFxXtXLNrZ60Dq2D7TIlMiU6wK
tVpn1pvNs+vrd1c7LNRh42UOHdvG/44dwhQGf1dMwpRJV1gtUKJPUX09tGhi
H4eZOsx9JkyYcG6C+HNI1CHX1hJS6/1zKNRh5ZH6nQdOnTqwc2e9yOPzZ7VT
q37o8Ncp9X6BC7OJxmzbhlyf1owX9bhH7XDt2iNfBnem8Bw94audecVld7eFqs
fdE0PuHMza1Ms1qJ1cqXpnzCQy8IsRCsFvi3raioT2SfoqJt9ktnioSQQviQ
NNXWmsAAlp38z2dfzM8FUoG7dJKIJ1Ua8dE8nlGRNzHRIVFRUpro6j+9wp3o
GlRYdgNiBWBFIcT5U+lEV3aep/Tfy40tsDFbxExizoOSpGMelKSR+VCS9p4E
uenByZBb0tyQW0oFbeSBGTkuMmRY9jUu4hk1PNNFVl2dA1iPv3EeShQSQ7qQ
v5GheAOhnCwky8llDZAt5i7xPPiXfkO/JD7BXNGHuYNiVxcLOry8cwkaRQnlj
uYM8QFaRV6C2veQzcgIWP7PIaSWt4MB4JRwbc/GG8CKygjxMXiXbyQfkc/lt
laiCOYPg5BVHupJ0OMpdjd+9vJM8SFaTHWQfOUxOwp7RgvlCiEpaw+4vAw55
V4Gl+e2mu8hK8gh5jbxNPiRfkO8o7AXwHMLz26FEKhyix5BrSRWZTe4mT5ST
5By1we5V6jdiIIukj8rpx28HI8dxhYFkHYBsYA5lkPJlCppIacg95jDxNNpLX
ybvkl/IlOU3OU7y1Icz797HQqHzp5w3L2OFJNqcjNZTNaQ9eQfspW8Q0/aTI+RH
8k+qivwSnBLC4XRyGRxMryc3wDnrFrKErCUbyiuklwkbB8hR8hPsWB1NGoTB
uVQnEaQdSYNj7QS88T+H3EseJ8+QTeQNsot8TL4iZ8hvVAMb0qwx0M+RWFIm
7UkyKSGPCq4DjOdS8g+Qz7JGjhxMhuSMGOYiE3Nzhrqgt3meCMjlhNIdSTdy
ORyux5I8MoPcSm4nS8k68six5ibxJdpOD5Bj5mVyAnTcvYyWdSG84el9DJpKb
yFxyH3VieiQxQa9GwczoTq6AI/o4vD03k9xyG5pNl5AnyHNlMtpH3ycCfka3IW

zlpBogVmGDXRpDPpQfqQIeTvpIDMghP7AnI/eZI8T14mdWQPOUSOk19IIw2m
V+V3r8xXjiOeQjzH0UIQLYhOxMj8PLfH4kIci1iDuA5xD0erjKghYn5rW8RE
xF6I6fl5lYXWIYgjEUcjXos4EXEyYimiJz+/pNw6A3ER4jLE1YhPIr6K+A7i
AcRjiGc42toj5iJORCxHnF3gLp5kW4i4FHEV4jrE5xFfRXwTcQfibsR9BaVl
JbaDiIcRjyGeRDyNeA6xgaMqI9qKikvzVCdiOGIsYlvE+KKKvHw1CTENsR9i
NuJoxAmIUxA9iLOLS4s96nzEuxCXIq5AXF1cWeZW1yKuh4bnqc8jHuVoD0cc
jDgDEfPYMY99M+JWxDp3aVWJ/R3EPYj7EQ8hHkE8jvg94hnE8+6yfLeDIJoR
7YjBiJGILsSOiEmIqYi9EdNLCguKHQMRsxFzEcchTgAhFY4iRDdiBeI0xNmI
cxEXIi5GXFYGxLES8VHEdYgbEDcibkGsRaxH3FlWUVDq2It4APGzcp5+FPEE
4inEs4i/cdQkRAuihhiKGI3oQuyImIjYvSLf7dHSEMsRlyPWIh6vgM7QYxET
EfsgZiNei+hGrKiEuaZPQ6xBnId4F+JSxBWIj1YWlxbp6xA3IG5E3IJYi1iP
uBNxb2VJfrl+APEI4knEsxydBNGGGFpZmdLNGYfYHrELYgpiL8S+iAMRhyOO
RhyPWATY3VmK6EGcgViDOA9xEeJSxJWIaxDXI25EfBWwh7MO8R3EPYj7EQ8h
HkE8gXga8TzHIAnRhhgMmBoUjdgFsTfiEMRxiFMQxGrEWcizkGcj3gXYM+g
pYhrEDci1iHuA+wVdBQwLegk/0RW0HmOwQTRjGhHDEaMRIxDbF9ZVV4Z3AUx
BbEXYh/EfoiDEYcj5lZOrZwcPA5xCuUhmWxuWJoOfRHwWcRPiq4hvIu5A
3I24D/Eg4mHEY4gnEU8jnpuR0is1uAGwZ4gM2CvEBnhZiBMwLSQc8PKQWMCM
kLaA/ULiAfuHJAFmhqQCDgjpDTgwJH1GymUpIQMBu4VkA3YPyQHsETIWMDVk
PGDPkALAXiFTAC8LKQdMC6kGvDxkJmBGyBzAfiHzAfuH3AWYGbIUcEDICsCB
IatnpKSlhKwF7BayHrB7yPOAPUI2A6aGbAXsGVIH2CvkHcDLQvYApoXsB7w8
5BBgRsgRwH4hxwH7h3wPmBlyBnBAyHnAgaFkRsrlKaFmwG6hdsDuocGAPUIj
AVND4wB7hrYH7BXaBfCy0BTAtNBegJeH9gHM6COOH2C90MGD/00GAmaG5gANC
xwEODJ0wIyUjJbQIsFuom++0YScX+hdoNOwhroW92XjYb03AB5f5+PiwCB9W
FsMe7wbYU5Xgw8dy2MtWwG6D33kM9innLeHN783735Ev8nfbe6nWGm1loGUM
3h39r8Qo7OX+HVRgPzoYdnZD4NSQDt8X8peRcunYxflNsN808bcgEcu/xYXD
maIrnAKS8Y0V/K0ZqbAD7wW76jTYt/aG/WYfOMv0hXNHOpwU/v38f74lMnJG
nMG+djmchP58jMKZqxlbX4SOv4RX/QEyOCOocGb5z8coyf1DHNmEEXBKmgon
n+lwtrgJTgSz4Fx2M5yzboFzza1wgrgNRvXtcEpYAKfQ+9BO/1tKUDgpcoz7
HQz+S9gPsT9iJuIA9H+SeKea5MdRxM4+SBBzMBd/nO3l/NH2lzDoL2Gri3D4
H6LzL+D/H9YFM7majCZj4Bx/DZy//+s8JQlNyMdTG+TaXMR504hfimvZvISNh
4Lcj/3IsAmOUrLgkSqQtafcXKCUr/wAl0p50+AuUil3aZRIR9LpL1AzuYMs
IneSxeQesuQ/wFO8y/lnkJe8i9yNJZf+B3iJPEz4pypMZBB+lKuKPPgXRhQl
Uf8W/qe1oGTEH6L+lzAfsQCxELEIcRLiZMRixCmINyC6EUsQSxHLEMsRb0Ss
QKxE9CBWIVYjYjTkU0PicyHXEG4k2K3GUvBmxBvEWxDmItyLORbwNcR7i
7YjzERcgLkS8A3ER4p2IdyHejbgY8R8R7EJT5xw/73IS5DvB9xOaKxNhvewRhZ
xpx+CHEV4sOIq2knaaQ0Q0SqXaqTF0mrpWaIW2iMdlk4xwpzMxVJYOhvJrBy
VsMWs9XsWVbL9rDD7JRsk9PkIrlanicvk9fKm+R6eb98TD5rMpvvCTR1NvUwD
TaNNc83rza+ad5oPmU+af1PsSqySqPRRspVrFbcy01JhmWNZYp1gnWFdaG2w
abY4W5Ktr224bbyt1LbEVms7aDuhymqo2l5NVTPVXLVA9ahz1VXqBnWrekA9
rp6zW+yR9l7Afph90R6+jlGOiY4rjLscqx03FKs2kT0u3tUPaSd2p
D9Yn6hX6Mn2tvskZ7uztzHWWOnc7P3N+HSQZlBtUEOQlmh0uNGhD0hcHR
wTnBNcGbg3a3cEHwg+HnwuxfIWnuxBISfJkyJbQ7Q7NBrQ6xtD54WeCrOFRYd1H2
ZFhd2L6wo2FnwXQP0D24anheG54Xhnmjcl3I4t+9l1Qd0V4yM3a/AH48T 
GtE+IjUiMyI3oiDCEzE3mmEmoiNEXUR+yKORyl1CNDI9tHpkZZmZmRuzGGFR6
IudGLo1cE7kxsi5yX+TRyDNRclRoVPuo1KjMqNyogihP1NyopVFrojZG1UXt
izoadSZajg6Nbh+dGp0ZnRtdEO2Jnhu9NHpN9MHhbouuh90Uejz8TIMaEx7N5NS
YzJjcmMKYjwxcz2OWxqyJ2RhTF7Mv5mjMmVg5NjS2fWxqbGZsbmxBrCd2buzS
2DWxG2PyrYvffHo0900puFdqqfavUVpmtclsVtPK0mttqaas1rTa2qmu1r9XR
Vmfi5LjQuPZwduDjykJwZxZzKIA/FsCfC+DP+vAy8Kd9eDMhraB+6sO3q/fn
26/0L9/B7V9/lz3+fEKpf/0X8TUB+R/9F/xefz4xPoCv/jd4aH/3Vf7Xeyzz
56/QAninDw/7lSuCA65nIy/BbjbY0LDPDoP+bSxekfF5ThysuJjaV9jhyhyD
pq80aMb3l8rdv7ugkwVdJWjAKMgmM9tcy0+PPD04J4Cv8v8ygw9e7c8PWezPD50R
wM8M4L8P4E8EF8KcD+DP+fDzvZ2uX3L5K 3a/AH4I8gHWyR4u6GJB6wQ9grlbwVl9
MJwxx8JueDKx6W9KAP9c96r8r9PNpJbIsIIHvIAAXKYHMdnfoRaqJNGUpeo
p9agw9wGHR4t6Be0Djphv0JE2QV816FWCv2qcoCLfVccMmqMJWiTocYOO6iVo
gaBLDJqbKehSQU8b9OQRgu4z6OGgg206JjVBh072qDXiBF6fjWj/uEX+vfD3
AKv/vW8APySALw3gl/vwUP91Kf7XrysK4Kv9v9xeXeAfdPdRf750fAA/14eH9pcu

Qj6S9CJ9yUA4+Y2Gs1AR7F6qYYcxD3YBy2Cl5k9SN5GtpJ7sJvvJZ+QY+d5o
banordLPDFpWY9Dy9oK+Y9AbJUHHCvqsQStEr1d0EVTM2Yp1gp4waKXohcre
ggo5lfUG9YjR4RG95hG96BHlq4ScKtHeqhn+Vq96099KVYeRDyVJf9IuRi1C
2+ohgj5q0KltBZ0h6HmDThP+bNpeg04XVpj+pEFnCKvNmCPoQYPeJLS46XmD
zhQeb+ZCg84S2s6aKKgxt3387ewUQVf66z37NPIqiYUzVCJJJX1IJskmuXBG
LiBiRs8WM+nmAwat2WrQW6oNOidJUDFzbxX+d67om9tEX90mrDZvNsi0No/I
25MC+NQAvlcAP9ZfBz8eVp/55f755xvyGH7GINZow3wxnuZvEPQ05gnwnQtE
/ywQ9l8g+nfByUD7LhQ2WHit/zhbuALr9c15xKB3OP39yh1pAXyAle7YGsDX
+fN3BVjp7iMB/Gc+PFjtnoVEkfx0uGe3QZeM88nJ+SkB/LzAkkuEXe5N85dx
7w7/kkujA/gaf2stfRNrtog+aJ6LxlXhc5aeNeh9YlwtMxv0fiJopKBizC/f
j1JsJJq0JV1Id9Kb9CNDSA4ZR8R8WSHWkgdFOx5ca9CV6QZ9qMKgq4S3WiVm
wsNifq4W+VbPD+zt1cIvrT4TeOURMcYemeNvk0eXBVr3UaH3mpn+OdeGXjyu
1+436ONzDbquz8V51ol5+oSw3xNDUGJYV9MudRceEKsl0+eM+hTwqc9bb5Y
wtO/GXRDtqAX2WXDRkFP/1GPPyN68Bmxxj8r7Pyc2AM8L2bd88IPviDW+hft
RGE8FuzT53hl02ZBxSx8SXjol4Q2m88YdIvL39ZbRgbw7kCNtoh9zStu/5yv
nL/YPq+K3nlNFnQjjlATfmqIf9lV6L1VrJ5bhX6vi73Q62Kv9Pq6QD/0utDv
9XP+s7/W2GX4taJWeLda4cdrd/r71Td6+c/mN9ZhX1mb2pjWtHfE8m8cNuib
Yi3fNs2gdWmCCtu+JXZy9esNur3coDvg1CIHtHGHOCe87THoO65Au7/zpqBn
A6+8K2b1u+vxyu+2+91DBt0p/MZO0e6dWwQV/maXWHV3zRNUSN7V4N/ju+MD
+OFo198Z47tzBRXz6z3hS/eIEbvnlEHfX2TQvf0M+sE0fyn7tgbwR/35D6UA
vsi/dz/cEHhGO7DGoB+DPzD5+IeDkf5e++BAHBcK9lrzLsK4JnZGB8Xa/4kY
+YfE9UNi7H0qZH7mwpl70Uz4XJw2Phce+7BdUOGpv2i4lM/6UtCvRM9+LXru
eAG2+CIpx8UK+I1Y70+IleWE2NF829HHZrDT+PZJf/6nLv78mSVEwbjgf/M9
gUJ9F2b4z9KGtmhZ7RLr1BRSQWaQOUR4ggaxt2oQO8UGceppFB6l8VpBjR0q
f2Jm0MWCGnOQ0smCGqcdKg0R1JiblKX4tZCypX+yhZTtENSY9VQ2C1otqGFr
auojqOHjqVkSdJygxhpLIX6CGn6WWuIEfZQo5ubRSK3mAJ9IrSKn1X/9pNYV
/2JfQK1rBDVOFdTmFLRGUMPbUrVIUMOTUPsMQQ2PSB1LA9ukCWtokf721eKI
ovhoo/UJuJ6LfODIpZroN22uoLWCNhhU73vpcnq5oE8KauwNqLO9oAV+XhX6
xrnSoEHr/VYLGuR/d4MG23zukXG+PoDfF5B/bwC/+1/wOwP4d4jvPSgaVu93
7qXh0QF8eADvf3eEhmsBfHu/UwYNTwzgV/nzEe39ey5moz8fG+qfP9bjz7da
6udLaNxGn10atCduZ8D1I/5868E++SG0XuVvv/VyP/9PWy/1t0frIQHllwfw
gfkX+/OuJQH8BY7/5riMB/Gf+fJtYH3mgT5uOAde7BPCp/vq3HRjAz/Tn23fx
r7/Dcv/6Ou315+OvDeCP+fOdgy/mfe3w3/3/3jUTV7pm/qh/+S7fD/O+ra
1eXPJ8kB/HH/HH/Yu4n326Y6vfUuqzP8P4XXdOXo+Ygt+YQJ88/yG8iy+yg8
IO8znqWY1X7jQ4rZ6s/HzfMPyC8vqMOb3vm3/8CMy+qE+LtlMd+jG3QfbNV
36302SdBytl1fuubdHatv73PPh9wfUMAvyWA9z89Sr+4AvgAfX7YO6lLPTmg2ZRf
av3l//JmAL+V8G/G9O9yCSf3kxeK6EqsdSJdanKaguBKMDHhs7R6+2CtTqvV8GRG
v6On6Gn6sSah9Ue+B69HCpb495PMWCtlDsBwkMH3f/yVI967viBXXiXiVvckph
9oH2QVgng+s3bhN9tbL43PBN2vHLTU0c0O56T4x12vIk4T/IuQGspFsAbqZbCV1
QN8kO8hu+1VEsg+25wBm2UcBDtGOEyY5ofXflK3XTgANA/5bpPXafiIBdwCw
XjsIuEM7T7Bvi0q077Amm9dgTom8B/ibReOyqufyWuHxPXzvau24diG7KxDcN4
G+zDMWUEpozEVr2DUnei1N0odQ+m7MWUffTyF//Ik3x2aTuJ8luQR619/gi3m
AKtTndxMo2krUsN/1ZfMpePoteQ26qYl2D4to2VkIb2ResgddCFdSO6my+kD
ZDH9kf5IltCz9Cy5l/5KfyVVL+QfvyH2SWTKTZZZdspP7pSApiCyXwqVw8oAU
I8WQFVI7qR15UOosdSYrpRRpJHlI8khVZKs9rVZpKaqUZ0gzyhjRLmk3selOZK
c0mddLt0O3lLWiotJfXS/dL/ZLu0RvqI7GAOppHfWCpLJQ2sH8kjJSL2VGGGJ
PcQeokz2yI9Q2ZZRvqyfdTYWmQtrDNKb0iaaaik3+h5Tep0lRJe5mqTFX0MtNU
01SaZvrAPJ9ebtly6M/2G25iamz6s/Wb7RK2s5/z+pw2oOeFl+zlom/
SbMwi9Z6a8eGN80rZ2ZZ3kml3t8nnm7q1pmpxz+1xMDoff6cd3SvZ8TTL5
eK2b1o1FaKlaKovUemm9WJ0pgzpx9a5bpWqx26iKqo0eni6zZ0od2D2WH9
tH6stZpZ2TKVKXixjhNpo4gh1G/CnNVmFnNLmFG7RwVRfRFX8eEVdyl9sSLbp
nzX+wEKFsJ+hmMOqBKdw+7AbzaAAopHfVWcpLjWdQr6FdttFbz0JnPtu+Ri
Omk3JkqeK1Kq2KdtanaVNZFm65ZLnJZRewpLje0eZ1XVFVKUIW9q.3jP9NvyXaMzJg3
ZDH9kfy1hZqCnaZ2+Jxmw7rqewPjYoeaQZhLvwBT5+7uDzyJvO0o+J7dFdU03
05SaZvrAPJ9ebtly6M/2G69iaaaik3FtKep0lRJe5m5mqTFX0MtNU
1zXDJVLqn9mqLUfH5a2ZHkMrn31fKyaAdgqPbS3mAjLT5lnYQ1jfuxlbKyr2
8eDJP7m5qLmP65b01fq7e2eG7UsZ6Hkj6lQ3mKbdq12d
zmk3ajeyeK1Kq2KdtanaVNZFm65NZnazdrNLFG7RbuFddV5u0025jSdp8bT5L
1hZqC1mKdqd2J+um3a3dzbprS7QlrIe2VFvU2t8tBXaCnaZ

tlJbydK0Vdoqdrm2WlvNemuPao+yK7Q12hrWR1urrWV/09Zp61hf7UntSXal
tl5bz9K1DdoGlqE9pz3H+mkvaC+w/tqL2ossU3tJe4kN0F7WXmYDtVe0V9gg
bau2lQ3W3tDeYFnaNm0bG6K9pb3Fhmrbte0sW3tbe5sN097V3mXDtV3aLjZC
e097j43U3tfeZ1dpH2gfsBztQ+1DNkr7SPuI5Wofax+zq7VPtE/YaO1z7XM2
RvtO+46N1U5pp9g12mntNBunndHOsL9rZ7Vf2LV6W70tG6931buy6/VkPZlN
0Lvp3Vie3kPvySbqffS/sUK9n96PTdIz9Uw2WR+oD2TF+mB9MJuiD9GHsBv0
4fpw5tZH6iNZiZGj57SBSPVfPZWX6aH00K9fH6mPZjfo4fRyr0K/Vr2WV+nh9
PPPoE/QJrEqfqE9k1XqBXsCm6kV6EZumT9Yns+n6FH0Km6G7dTe7SS/VS9lM
vVwvZ7P0Cr2CzdY9uofdrFfr1axGn6ZPY7foM/QZbI4+U5/JbtVn67PZXL1G
r2G36XP0OWyePlefy27X5+nz4HwdAluqL9QXsoX6ffp97A79fv1+tkh/QH+A
3amv1Feyu/RV+ip2t75aX80W64/qj7J79DX6ZrZEX6uvZffq6/R1bKm+Xl/P
7tM36BvYMv1Z/Vl2v/68/jxbrm/UN7IH9E36JrZC36xvZg/qW0/QtbKX+qv4q
e0jfqm9lq/Ra/S32sP6Ovps95qRQyp50MidjTzlhwWDrnYpTYU87rU4r2+BU
nSp7xulwOtizTt2ps+ecQc4g9rwzxBnCXnCGOcPYRmeEM4K96IxyRrFNzhhn
DHvJWeesY5ud9c569rJzh3MH2+J8x/kOe8W507mTverc7dzNXnPuce5hW517
nXvZ6859zn2s1rnfuZ+94TzgPMDedB50HmTbnIech1id8zPnZ+wt52HnYVbv
POI8wrY7jzqPsh3OY85j7G3nccdx9o7zhPMEe9d50nmS7XR+7/ye7XKecp5i
u4PkIJm9F2QOMrM9QZYgC3s/yBZkY3uD7EF29kGQFqSxfaCQk30YFBwUzPYH
hQaFso+CwoPC2YGgyKBI9nFQdFA0OxgUGxTLPgmKC4pjh4I6BHVgnwZ1CurE
PgvqHNSFfR4dE53OvgD/nger6s/0PG2UTMb6KEVLbaV4Ntg00VRgKjJNNIWY
PKZqzaW11dprHbV4rYuWqCVpKVoPrad2mXa5doX2N+1Kviprg7TrtHytUJuk
ubVSrVzzaNXaNG22VqPN1W7XFmiLtLu0e7R7tfu0+7UHtAe1h7SHtUe0f2lt
aY9r7T2hPaU9rz2rPaxu1TdpmbYv2Gl+lYW2qh1XqHW2ntlvbo+3V9mn7tQPa
Qe0z7aT2g/aj9pP2s/gMN7+j4cIVi99zNdHraKH8kvmCpe8faJn1P1LLaNTy
H3z/Q4vNn/wv0Y9/At0EuuXCrmsH5VsEaq208k9UxtK2tAvtTnvTfnQIzYE9
x0Q6hVbQGXQO7DOW0BX0UfokfZ5uoW/Sd+heepAeocfp9/QMlKylO+geeoAe
hpRT9BxUawH7REouKR52FWlSujRYGimNlSZIk6VyaZpUI82TFklLSKw0XiqS
SqVqaTak3CUtk1ZJa6UN0iZpq1Qv7Zb2S59X3a6T6pEvbTRybXSWzi6TXZm
UPI3JjM7C2WxkJIIO48+LJNls1x2LStgbuZhM9IctogtZSvZGraebWSvsjfZZ
DrabxLIV7FH2JHuebYGUd9hedpAdYSfYaXZelmSbHCxHy23lLnJ3uzbfcTx4i
58jj5Alykey2TiMMbOWxTkdaZZ2BtNp6E9Kp1llAPRCbjdRjvRlplbUGabX1
FqRTrbcCrYJ8c5F6rLchrbLOQ1ptvR3pVOsCoNWQbyFSj/UOpFXWRUirrXci
nWq9G+hUyLcYqcd6D9Iq6xKk1dZ7kU0ziQSXJ0DWGWdD1htvQtwqvU+bH+l
dZnQ736h33Kh3wNCvxVCCvweFXiuFXgEAWeq0Wej0i9HpU6PUPoddjQq+1
Qq/HhV7rhF5PCL2eEnqtF3o9LfTaIPR6Rui5VK5Cvag7d/iXs8JvZ4X4
er0g9Noo9HpR6PPWS0Guz6LeXhX5bhH5VCP1F7fq9JvTbKvR6Xej1hrDrTaHX
NqFXndDrLaHXdJqHX20Kv64Re7wq9ncm9nkW9NmGv1aJe9aajXLqHXbqKfvK0Kv
PUKv94VeHwi99gr9Ynot0NVDo7Dp7ynot0NCv/Ffp8J/T4X+h0Q+oOXYaDd3
Qq8fhFF6nhF4/Cr1OCmPy6B0K/7P6M/MOf6Reh1Tuj1jodrVO/6LthoddJodd3
Gg39+JscuX42auhnkwz9bEzodz1+h71OoN6nee9Bj52LOlM90oPg38awYrY
JDaF3cAqWRWbyqazWfQ2f2fWhuwO81Z1wXjrCvmRH27VfsGPuaHWffgGf6lp1k
37Hv2Q/sFPsR/NRP7Az72cGf53eme6RVbCgbDj6vkE1mxawCPF81mwbebza7
mdWwW9gcdit7EHzdK+ABX2Nb2euslr0Bnm8bq2NvsXq2Hbzi+AH32U72S5H
Tzznd+frAkj9mRA8qUYS7ze+CFmD9wDcPIccJ3cSOfiKGS9yPAbXGPhgNyFy
qNwK8sXL8UT1KcFlxPvI4N9N9G0cHzhsgm2SwrskW2gidWZbvskDVZ150yv18h
c51AHC8jyX+T+xK7nCFnEA2upZEotpatA0//zKX0upQFo16Bcgp7jD0GdT7O
HofWPMWeIhLbwMDDgMW2gcQj7FuiRW2J2gl2kEgvEgn5H4d8Gy5p0Uv0HZQy
Q8vWgox1bB3IWM/Wg4xnGHgvaOkukMH1wc+VNB5AmxxBmzTbaAvkAhuZSqWN
F327z/iejPe7HkvIvWQpuY8sI/fj9zxXAkAfJSvIQWYXfYnkE9/mz/gP57jKwl
j5N15AnyJHmKrCdPkw3kGbm8LZBN5iWWmL5Mt5BXyKnmNbCWv
k1ryBnmTbCN15C1ST7aTHeRt8g55l+wku8hu8h7ZQ94ne8kHZB/5kOwwnH5ED
5GNykHxCDpFPyWfkc3KYfEGOkC/JUfIVOUa+Jknlq6XR0hjYT1wj
jZP+Ll0rXQf7i0Ohd5EnTZTypQKpEHYVk2CvUSxNkW6Q3FJ7DHKYOdxo7Ra
OiB9LB2UPpEOSZ/C7uJz6bD0hXRE+ll6Kn0Fe42vpePSN9IJ6VvpJLNJ30nf
M1X6QTol/Sidn6Szkg/w17kF+mc9E/pvPSPr9Jt0QWqQGsEBUCYxBjsSE+xT

FGZhVnYVy2GjcD9yHZvA8lgJuxF2JLexeex2di97APYlz7Ln2AuwM9nMXma7
2XtsD3sfdiMfsH3sQ7affcQOsI9hb/IJO8Q+ZZ+xz9lh9oV8hdxH3it/IO+T
P5T3yx/JB+SP5YPyJ/Ih+VP5M/lz+bD8hXxE/lI+Kn8lH5O/lo/L38gn5G/l
k/J38vfyD/Ip+Uf5tPyTfEb+WT4r/yKfk/8pn5d/lX+TL8gNcqPJYQpWMpR+
Sn8lUxmgDFQGKYOVLGWIMlTJVoYpw5URykjlKiVHGaXkKlcro5UxyljlGmWc
8nflWuU6ZbxyvTJByVMmKvkQCiFMglCsTFFuUNxKiVKqlCnlyo1KhVKpeJQq
pVqZqkxTpiszIMxUZimzlZuVGuUWZY5yqzJXuU2Zp9yuzFcWKAuVO5RFyp3K
XcrdymLlHmWJcq+yVLlPWabcryxXHlBWKA8qK5WHlFXKw8pq5RHlUeUfyhrl
KWW98rSyQXlGeVZ5TnleeUHZqLyobFJeUjYrLytblFeUV5XXlK3K60qt8oby
prJNqVPeUuqV7coO5W3lHeVdZaeyS9mtvKfsUd5X5X9iofKPuUD5X9ykfKAeVj
5aDyiXJI+VT5TPlcOax8oRxRvlSOKl8px5SvlePKN8oJ5VvlpPKd8r3yg3JK
+VE5rZxT/qmcV35VflMuKA1Ko4VYqPKYslZ5X5FmnPKE8qfyknFF+Vs4qv9im
2abbZthuss20zdLNtt1sq7HdYptju9U213abbZ56kzpTnaXOVm99wa9Rb1Dnq
repcdZ56uzpfXaAuVO9QF6l3qnepd6uL1RXqg+pK9SF1lfqwulp9RH1U/Ye6
Rn1MXas+rq5Tn1CfVJ9Sn1Y3q4M+oz6rPqc+rL6gb1RfV19Va9Q31TXWbWqe+
pdar76jvqrvU3ep76h71Xfv+oG6T/1Q3a3eUd9X9L9Q9r/lX/VX9Qp9T3R/
Us+oP6tn1V/Uc+o/1fPqr+pvaoPaaCd2apfszC7bTXaz/Uv7UftX9mP2r+3+3+3H
7d/YT9i/tZ+0f2f/3v6D/ZT9R/tp+0/2M/af7Wftv9jP2f9pP2//1f6b/YK9
wd7oIA7qkBzMITtMDrNDcVgcVofNoTrsDodDc+gOpyPIEewIcYQ6whzhjghH
pCPKEe2IccQ6WjniHK0dLkcbR1tHOOd7RwdHR8eDjpWOhxyrHA87VjsecTzq
+IdjjeMxx1rH44514HfbGHdj8a7ozdLDEnhQvNf5CBvChpIP2TA2nHzExrG/
k4/ZeHY9+QRXvE92ZOSsnn8FKdQv5nC1hS8iXbDlbTo7CGvwg+QpXm2O42nyN
q81xXG2+YZvYS+QEev6T8uVyb0rwnqlksplsNMXkNDlpN7wr2t38hfkYPa6k
KKn0e7xD+pPtdtuDkmR7zPa6FGF723ZZO6o73SSfiHdK1uHpbSRKs6b1IOskk
o8UnTyix4tnsCmmglCWNsN1re8nGPzfFFP2U0EHQfjC/v5p8oGU0ssIMZTwqg
VLm4f8+/i8fINDIb1iMG/HxYgxisRUvIcvU2Imlvq+sRtwN+pO4A/Fh9G/AT
dSemfwT4hvox4ieA76qfAu5SPwd8T/2O59HCeFktnJfVIrDsBUy3Ar6l2QC3
ayqm6JjixJQgTInElChMieYpsH4+Ke39b1o//VfP/91r5/+Z1ZOvj392Tfzv
XA+DlQKlSJms3ASrC18VB8B6mI0r1VWw6tyFa+BYWP/4ymese4V/csWb+S/W
uotXugdgjWte3XxXjv/XVrqmlQzWvOWwNvuueBmws+D7CmNXwfcUI2FX8U+x
p/gVdhTXwG5SiFe4nHobdxHkYtaNhpF7Px6V3XZRK/NdEu9MeZA+2h9hD7WH2
cHuEPdIeZY+2x9hj7a3scfbWdpe9jb2tvZ29vb29vD2aO9k3e3e2tSB7ne6W2X
Xks1q2b7T1D1D+1oq6/eE3VdM2pBV20sm5Xd6hv/4/q685Ir7Eewxn6sfqqJ+qn7u
XWu1cC0C19vvfnfFvVvXDxmqtFalFa9F9Pw6V3X2SL9iXbDlboT7CGvwz2z+L
iqbxJJSOpLmkHT4DjafjaSFJoJoJNKDFtNikkkkpvoCWkKJy2jM0ganUnvI5l0
BX2IjKcv0vflRKlC8pBZUrU0i9RIN0u3kPnSrdLt5A5pgXNWSzdLS0h9+HT
zAekZRL4e2mVtlqsYnYWTB5mo5SyUrGXhrAt5nCwYyZPIq68YysSS2u5/twPf8Q
z2b75Ufl98gJU5ApiEaazprO0ijTOdM5Gm06bzpPY8gMBprXmC+k7Yy322+
l7Y7132deTjuZV5fgognmh81P0mTzevNGeoV5k7meZp3mPfQq837zfvePPH
5k/o9eZZz/TibyDyX6CF5kZY+ecovZQr6Gblb8qVdKuls6Ul6fcOSaEmm2yzzd2
LN3odksvSy+6w3wKK55XLLK6tqWvpbS99JuSafvWvppZ+tGdloGWgXXSSRXdb
si3Z9D9L1LriWX7rGGsYyh71vGWcbvRbrLfn0A0uxpzgesMJhnH5sm2jLpwdt2
hbbJ9JBtis1DD9uqbdX0X0W3g3PEhPwt7hdfqz7ZTtHG1QJfXvkqdJep86Q0uwP
249INzuGOoZK2xx3OlZIdfi5SAlOnBvwzvp1tEikbPJJ4fcTzKtnH/5J7/F
J6NpAk2iaXQQQHUqXQ/7H18D7DY1CKYXwDcq8J7jXgPoUgwVqbZ4o2zxZiTa1M
cabWJpepjamqtqZ2pvamDqaOpkyne1NnUxZRgSjR1NSWZkk8bppemt6m7yw7e9VAO6
j35I99OP9AH6MT1iP1G6GH6KGKf0M/o5PUy/o/Efol/Qo/Yoeo1/T4/QbeoJ+S0/K
TJbZWfYYfYYf/Xy+c6zX9lv7AJrYYYYI3ITSyzyFTmn+/NgzVZ2ZENiF/xyzBIrTfSf8f8
e98BJJ0WR/f+6p2d2dmYZerq6e7oXREQks0RJApJERCTnnHfJJeUGSyHEIHgIi
oCJJwAUBEZGcUcR4nGdARUFFxXXCK8RSR8H/1nd5ll6CIKPD/Hf3hW7Xf8ap6
9aq66lXXoaiVGVdGuNVMVvhhTFFGm8xnOzTtmp7FF2KMm8Lnsy4fckr50trO0r1mg1
s2aKpnszRI6raaWUSuoddT76bJ+0uuj5Sh2j35TbCU2WH0U/2Ol0hqzdFDS
0OOh5aEVoZWhfaG3U9ofeDR0R8 lvIr6/6IPRh6FoDoI68V9992GyrY6s4WWLWpm
eyrb0dMjlq+wt+UmtxZ2VXNs2uc1vpC4f9u5fY+8+s5Ns29w1NuZ7Cb+a
dGhtaF1ofQ5oZ5Q5Pw19Fvo89J/Ql6GvGvQkdX/j4j8fY+W2uPXXXym
9vbWrqp4eSGSLWmAbfxBRHKkQLXkaJKayB0V1Cw8KukKayB0V1Cw8KukKayB0V1Cw8xfCue2

DI92KqgVSOFcV+Y4q6pVycf5r0Mal0598rMmGnOMTdWmlMAaaUVB1kpbHkd0
UDtQiPXTg8JsM/ahJLYWB1GuUJtQG4rwCHYs5eZRygzSQzNDj1BeHqusp4Kh
jaEdVIFHLF9T9dC3oaPUg/vje6gf97zTaST3tCtpPPej62gW95vv0Dwuvfdo
I5fg+7SJe8MPaTOX5Ue0hcvzE9rKZfopbeNy/Zy2c9n+h3ZwD/kV7eRe8mva
xT3lt/QM95Yn6FnuGwO0l+0Fh/axjXAdHWS7oBgdZl2E6Qj31FH6lvvLZLam
M+tFFa9e/E+jf1yjUpO1WD+mt8K6DLvKfP/T7B/WbKZOa2XV1v9p9tLV2SJZ
7erjcn0D80JxjV4HXZaWbGhuaAmzO0MvUGLo57AMcebqyO8NLUOVzva8PJ5V
qr8nlszwpbOk+P2xqNwOJl+MXSR3U1yMJcLhklhGmx4iGYePQ87JTVSD9tMh
+gKn4atKSDE41gvfu/CCspdzsJ+lPax8qXynsMWqampI1VVbzSv3c6gpanm1
ilpDras24FreWu2odld7qwN5FDFaHa9OUqdSUdXA3o9ialm+sxZsl7ZqV75r
sDqS77lXnaHOURepy9U16kZ1u7pbfUl9Vd2nHlAPqZ+pR9Qf1GM+8gXkOMPn
xPc08PN2QCmGPOZWSsJtq1SC20GpDLejUgVuJ+UmuJ2VqnC7KNXgdlWqw+2m
3Ay3u1IDbg+lJtyeSh24vZS6cPsqt8MdoDSK69Yfk6623u/A3eB3pRv5JRiW
rl8Ek6QbWBLMBXdbMAJ3ezA33BNBHe7JYBTuqaAhXR6BCLg3546XYW+lKMna
UJyxiFKCsa2SAsu/FGNHhesf57EMY2elLGMXpRxjV6U8YzflRsbuSgXGHkpF
xp5KLblDR6nN2Ee5hbGvcivjAKUe40DlNsZBSn3GwUoDxjnKHYxzlYaMj/hN
Ujm/FuMGv5xp/CWokso55SeD86kxbgv6GbcHA4wnggmMJ4NBxlPBRFI5bzx2
Cd6sLOeczeHcrIDbQVkJt6PyBNxOyiq4nZUn4XZVVsPtpjwFt4uyBm535Wm4
PZS1cHsGr5Euy5NPuizRtXC3BfPD3R68Du6JYAG4J4PXwz0VLChdlu4GuDcr
86HrBdDyQmj5UWh5EbS8GPpdAv0+Bo1nQMtLoeVl0PLjUndBE9qxoB0b2oIB
Ow6040I7ydBOHmgnr9RObkJrI3eiy/cGC5F8i1rj1sBiaabzEy7bJrmrLJ+3
u6yAYqNWxFCaDkrNBaahrGdLPykYNxp471lNbpfcA++yZsaVN3kQsx2SBzM2
SB7C2DR5GGPz5KGS5xgcmqy0UFopbZTWSkslLdSae6q28RUXdZg6lp/0Wb45
vsd9ayLHIyciJyOnuE2cF5ofWhBaGHo0tCi0OLSE28ddoWdCz4Z2h54L7Qk9
H3oh8lNEjfgiWsQfCUQSIsHQz6FjoV9Cx0MnQidDp8IUVsL3h2eEHwjPDM8K
zw4/GH4o/HB4fXhDeGN4U3hzeEt4a3hbeHt4f/hA+GD4g/Ch8Mfhw+HPwl+E
vwwfCX8T/i4pISmYIJgUSgonJSXlSook5U4qnlQiqWRSSlKppNJJZZLZKJpVL
Kp90Y1KFpIpJlZIqJ1VJuimpalK1pOpJNyfVSKqZVCudlKdpFsiSZZFcekUJE
iIiIGTka+TlyLJInkjdyDWu0EGZcCLMsfh5Z3M69fW+1L/fwQ9Wh3KuPUcdQ
LuwEj2DuJDdmRHSsakR9T/meIiPwZGA1icCGwAayAj8FfiJbzhNQTM4TUP7Q
wdAnVFTOFlCZ8CTu56uEn+Aevnb4He7hG4TfDb9Ld6Cfb4h+vhH6+cbo55ug
n2+Kfr4Z+vnm6OdboJ9viX6+Ffr51uGT3MO3Sd4K5V+5+KXn9MevVvxEYt79b9x
PjdT2wsp0YsrwT+lnDJLKARtErSZCD0a0GMe6LEgcl4SOa+AnDdBzpvDnmkV
n2/xh/zyPQ6V6tOLjLUoX/b6f2YtPn99jNcd+exyTamv3h5fNeASzhqdhz4O
fXLmLObpGUwuDVuu7kCmsD+SJVPm+yYa17oxXNtmevck+XNnk9uhxNNPcoOZz
Kte2uA43YUugmdJc1kWuiT/x3aXJutBVBf1Z+cZNfO+FnL/idiX+Xo2UUNHl
iViavotUfeA5eV+u8vxL3Hqrk2U5yjeGY3pBvaieot+oV9Ar6pX6pX0yOnoVvZpe
W6+j36LX1W/V6+m36d1X12/WGGej09nd4JsY7wT7wYqqAPJhZcSWdMy4Oh1ANcoTN
z2GTs4VV9BoXdFfJM+5SaSRm6uTowsZ9K5jT/Yn+RCK9S8PS8A3lXvwpZpvvJ1XtT
QO+r96OOPKKAfxNI00YdQbn2Yfifp+ih9PFFn6GP0osvW79fHk6hP0CZZHh6nbH0P
orz6ffpsulafoy+honoG67O83OvDkV50g3xfXcfVWegsqobfVO1BJ
vRNrq4w+RZ9CZSFtcAsBR+N5kuepyXz25FzFxFFusvT5K4WqVvr0WW9QpN5WsN
yRNB5MkIyVeVZ/PJKWHmCrON9DVLyqCe5IFPFm6FF7Hz6InBzTH4TM7uQ2Y2TMluQ
2YHMyZA5j/4P/R+UL0vyxZB8B8BXZn2D5K5erBw3wxl0jefbPqhxP3F8f3ly8XVW
4AbQYX20fyo1zib5xcYXb199aPXlX3X3VJnhrvXLJJ44/Ynj33Pi1NBb14z7yz
aVY7z1qHNMk4l6Ye+9tSZ2p+SeQ5M5X5TshVk6fKdR7ZZ5SyV/V3zcTS8RFo6Lc+V
8HTccYnr2B3Z26kLBbHXhfPq+47yld04adMd5atDV+HzfccmfxxDuyPeHJeI14y
n6lLU3vv+JOf3POXrjxDaST9tfbSablaA8fDophE42kqyVPS/1qL4rQ0Tc+S
Kb577MqSSVpe6+nqsRdPy55pd0m78eqwu86fUiNLv/0qkkv7M7uPnzJ34T12r21r
aafXque9CnOhebXo6i8JeZbE1VsSch4E53no8t2c0zMN8qRhTb+PtFzlWWJp
A8XXSpJhg/ji8wlg4yF0vRHnsJneGNhE4q+Gkee2mRxGzmTIUHG35SdzNLglr
sRylUX8ayn2c7OuwC5jme6d5rKet8fM76A3aTx/QYfqSvqOjdFLJlJiCiK7Yi
3zwtoqQo5ZUqSg2lrtJAaaq0Vjoq3ZSeyhClr3KFcmVxpBlrqqgfgPj
DXohxkJ6YcbCeHHGInpRxqJ6Mc2ienHG4qxPVS+hl2QsqacwpuilGEvppRlL
62UYy+hlGcvq5RjL6VxmennWsypVBgr4BUYvKCG5RgGKNjxDfp
VRmr6tUYq+nVGavrNdgrZKHXXZKyp12Kspddir6rXYr5Hsr5Mr5rr1Mr5HsZb
9XqM9f9TbGG/jkltl/A/j7Vx3VL0B1x2Va1BtJE+bofRaMLbQ2zK21dsxttPb
9XqM9fTbGG/jkltl/A/j7Vx3VL0B1x2Va1BtJE+bofRaMLbQ2zK21dsxttPb

**Ford Emails 300**

M7bnOqXqHbhOqVyzpjBOyfY+c7wXk09yfN3v99XN0/VOvs8W4CejI6n+v0vM
xT2pkkR/4xKarcxXMpRVynplu7JH2avsUw4qh5Ujyo/KSTWgRlRbzacWUlPU
Cmp1ta7aUG15Ee//FvKl+Cr4qvvq+hr6Wvo6+nr6+vvSfWN9E31TfbN9830Z
vlW+9b7tvj2+vb59voO+w74jvh99J7WAFtFsLZ9WSEvRKmjVtbpaQ62l1lHr
qfXX0rWx2kRtqjZbm69laKu09dp2bY+2V9unHdQOa0e0H7WT/oA/4rf9+fyF
/Cn+Cv7q/rr+hv6W/o7+nv7+/nT/WP9E/1T/bP981o7ltSxSvwr0Wwz6LQ79
loR+U1i/naks2p3yaHcqod2pinanOtqdmmh3aqHduRXtTj20O7ej3bkD7U5D
LqHZ1ATtTnu0O2zzag7nsyC7BbQiWgq7JbSyWiV2K2hVtVrs1uDc8/hcq681
1lqy21y+48xuR6271pvdNNbJUHYHayO0seyO1sZrk9idqE3RZrA7nTU1l905
2kItg90l2nJtNburtLXaZnY3sv52s/uM9n6K2l91XtNe0t9ndpx3QDrH7AWv1
S3a/0L7RfmT3B+2Yn9g96df8IfL5g6xrk13D7/jzsZvXXX8BfhN1C/hL+suyW
5hKoym4Vfw1/XXbr+Ov7uYXXiEmnub8tuay6X7ux29af5+7Pb1z/YP4LLddP9o
P/cL/nFcWvxs+O/1T/fPZnemf45/lbvz/Uv8y9ldL5l/IX8vuGv9G9/3Z2t/qf
8b/A7h7/K/7X2H3Vv89/gN39g9/8h9/F//+xt92j/h/B89j/96j/ZEAjX0AN
BAMRdpMCRoBHhQE7kDdQgN38gUKBEuwWC5QOVGC3fKBKoAa71QN1AvXZrRdo
GGjObtNA60BHdtsHugbS2O0Z6BsYzO7AQHpgNLsjA+MCE9mdELg3MJ3dqYGZ
gTnsPhSYH1jC7qLAssAqdlcG1gQ2srs+sDXwDLs7A3sCr7D7UuDVwD523wjs
D3zA7sHAx4Ev2P0scCTwA7vfBY4GTrJ7PEFNCJIvIZCQlGCwqfYTCXnZTU7I
n1CI3YIJxRJKs5uSUD6hCruVEqon1GG3VkK9hIbsNkhomtCa3ZYJ7RO6sts5
oWdCX3Z7JwxMSGd3aMLIhHHsjk27kHAvu5MSpibMZHdGwkMJ89mdm7AoYRm7
GQkrE9awuzphfcJWdjcn7EzYw+7uhJcSXmV3b8IbCfvZfTvhYMLH7B5K+Czh
CLtfyrev2P0x4XhQJV+QggG5lh0MBfWgza4ZTJYrqsF8wYLBYuwWCaYEy7Nb
NlgpWJ3dqsFaQR4lBusGGwSbsts42DLYnt22wc7Bnux2D/YODmS3f3BocCS7
I4JjgxPYHR+cFJzk7pTgjOBD7M4Ozg0uYyndhMCO4kt3lwdXB9eyuDW4O7mR3
e3B38CV2XxwjuDb7B7vmwBt4MH12T0fTfDHDF2F7H2jyVSYVoB8
iVpiKFFnN5JoJiaz6yTmS+TnP7FAYpFEfv4TSySWTazEbRK32BJzlQeWk/0p
t+EFJQMsJ/tWZm4AcwOYQmAKgSkEpjCYwmAKgykCpgiYImCKgikKpiiYKpCK
gSkGpjiY4mCKgykBpgpSYEmBKgikJiSYFDApYFZhYTCkp6gY6SVyObnBXEb
MGXAIAFTFkxZMGXBlANTnkDkwtwMOXBlAdTHAsyNYG4gEcyOY1AAAqAkApKAKpjeYYtAQAE
gqkEphgYkYKSmAkGbAPpgykmKJjeYpABWGXBSmAzWpkAkUArLkJ2rwbA7jIq
DGDMMGVSgYFAFYwzGZK7KMgrKpimABj6WbGbguL7wWmBqgbXF5qNDgqKWD3
W8DcAuYWMHXB1AVTF8wfCcyuEmDqqkkH5jYGt4G5TSdUbZdX8mLxbWFZYzc7
ZgOYThWDWA2gNKIZZ/yiWA2g2gbkEEZhOYUzYVl/WDWg1wf1R2tLBFlCbJ8w
gWkHphm2Y99mDag2PPyOYDmA6QvEbUZnDY+hTSg9gWYYbmA6gbpS4gwRR
1WBWg3kKzFgngKzBswaMGvvAPA3maTBPg1LKZi2YwDWDWgVkHZh2Y9WDWg1kP
ZgOYDWA2gNkIZiOYiyW2A2g8EhZYYzAWA2g9XkMZiZJUYL1/C2gNkKZiuYrWC2gdkG
ZhuY7WC2g3kOZgeYHYWB2NkZicYYnWB2g8n4dsiYhd5QC8kb
GIBjak6tqT11lrtEeGTfkMd7csQsZ07kzLI8nUV+w0O+jSFP65fno8n9FvJE
/vgb1nLdIb521eaPZZsC7waVXiHN0/0eaktT/HWJzs6ko9qZ8N3xja3gXi3TMS8z
lxbSElpGK2kNurBa7N3pe5bL0zj0W76d31HjwaTdN7y9Y9Eoj0UH838q3xu38mj
0LH6XXL8cuVP+4fZ2oLuKFFFSkouJt8PjKoFzxkF/9cv8V824JaL05ZZfW5D/Z5P8P8
9qn8pn81qmkEeSIF/+XbQGGzlY9aaI4ece5TtBY+dHwOxazHPPjjnw78A/oXw
Pwr/IvgXw58X88BeSXApcBWBL4BO5c5CnCg7FePTwwDXwFz2aApwcBNwO3wO3nTLl3rwc/gO+xc0oTa
kU9vxsS6PE7/zv8PWwO5O4GocwdinLuRRWXXNcQiuIUuck3WZW3QL95XNXWJw/Tlm
W11Ixy7dElrSeCTx1ijLX3 3uSpcRoRyc+8RevwDZAngbqqzxZgqE0x3l1rAXj3
pSuYmil6QbVTTSm7H9qdr3d3ej2jem2t/JirJi5uvecki7hOidXnc7c2JXsqwZ/LRqQXM7y7
Sr7ipa1EPGpD65MpqY/btcxZxhBayDDl3fE+QPXxsLbg99VCCqN0YbGYi/i/BL83
9tbcbssddydyMnUFO3b3pY5Y7rLwU15czdHH6X+oU4jzvzCngx5ywB+decrHKQJ3z3

6HF+S4bzx1KFS0GWhoNe6+Ljqcrajus9GX3fxcdUgPOksnaLnaGB7JqSfy35
nfcv9u6v4eW4CvrmC5XzfKlfmtgyZauVpcWqsBr+qHSXKr5M+epwrcus/dWx
K+SPSnjpYsyUMT/aUDNbbShxznasMWtEPj+na+vF7zvJHu/Z6df8k9I/O175
HBRBrAW8d8CgG38i7qwNvBUobYrTFkg/b71nOWzUFdLyRGz1SepYnorX02ut
n6Rf25Ecb+tu9/KQCInlN1gTvZ3Pp/c9x/c8d2PMDYtU2qN9ZQ/G/dc8fYG+
mPuoZfpGtsJ86G3k0yV7nIYXIMWvp5fANi/3mvrj+nJ9BduA8XyO9/LZ+U/I
52/lUEo2z8tnWy+f9f5APs/M4en4L38+Uy9peaZeseW5+E8uz8VXSD77XtLy
7HvFlueyP7k8l10h+Uz/k/OZfoXkc82fnM81V0g+0y7p85l2xT6fGX9yeWZg
x6jBl/x6bh0i2Fe//z2vyHlC1PckCsgZJH2LvlXfJmebSL7TL23Jup49t/pP
STU+gyX1JncbyW+kStswKH3Yb9Te22Pk8GjiNZrD1yuQ5im6/DthLu5tuxqo
Gd28WjVMT+c6Nd+rU2v+v8ttyQvIrU0+zJo9dAXlNfP9xSZXrfwlr3L54/pv
dJXrv9FVrv/GV7n+r175bwE2u2rlr3OVy1/3AuSX620+p7PTxZHfJ/dFe0fH
ROVKJVs1TjdH2dmtqtFe0H+bWQ5KJbnDXRkdYg6xh5iZzg3WntlDkHdE7o5Oi
95rDzb+ZG8xN1k3SHkuQJ1Aq0b9H74OW8lKYrcxKOJGxPjWmltSTeuO8bLZp
jajhEBnJRh4KGoWMQrCr5AnbKt7PVPEGmrSRe2JGTX5fQ66vJngruBPoXpqO
tdMp5Mdq6hxaSBl810Ksm2YYbIsZMaMTY7LRCv4u8LeGvztjHqMN/B3Bt4W/
M/zt4O+Ge2RYA6EE7jdxp4V7bKM9YyGkFTW6ImxH3NMJTGfc2QUxyF8dxGkj
dYGwMcqxJmq09tIWQDteXr4m8msJsrx89X19ffG3sVPo9DdIZLnGv5tB0cHR
UVxCE7gMTLeYWxZvMqjRu5MdWMgV8NV28wLDKdG7ZVlFP42eInJvce8g193g
bqACsPArYV1FPg1/PLac+Xn6N2LyRTtEO0e7IEdVcuToQkNKOfZGD7McVd06
LMd6d72Xq6p8Zc/VH41R4/ovr/Kwki9NnDm1tfY3S79jtBN0VRr7LMwLCnfu
tGUdVQzVi61pttjW/UZs/hy/cdvh/RZz17prcUKRGu1q+LO1sPlxybjXX4BO
MkchBbzrwsLJValrohujm6Kbo1uiW6PbotujO6I7o7uiz0Sfje6OPhfdE30+
+kL0xehL0Zfdcm5590a3glvRreRWdqu4NyFWmSNCbkPIkenFOjg6JDo0Oiya
Hh0eHcHt5cjoKL7r79GJ0Xs4/5Oj90b/EZ0SvY/DFHdLuCXdFLeUW9ot48q1
SpVlepllLcdpmPFWwNxhbjPl22c+8wnzGfNZU2pXd9L4xwBhoDDIGG0OMocYw
I90YbowwNhqbjM3GFmOrsc3Ybuwwdhq7jGeMZ43dxnPGHuN54wXjReMl42Xj
FeETmvCLgEgQQZEoQiIskkQuERG5hS6iwhBCmKKguEEUEoVFEVFUFBPFRQlR
UqSIUqK0KCPKiltEXXGrqqCduE/XF7aKBuEM0FI11EY9FENBXNXRHPRQrQUI8Sd
YqQYJUJUaLMWKsuEuME3eL8WKWWmC0eFA+Jh8UcsVQsE4+L5eJzXsVs8J/AI58UL
4kXxkxvhcfCH+I74UX4kj4mvxjfhfWfGeqps/UTL8ZMGubdcxbzLrmrWY98zaz
vnm72cC8w2xoNjIbm03M3ipmpYzs7nZwmxptjJUHo8PMweYYQc6g5z5zEznPmuC+/Xdz
ornIXGwuNR8zM8byl5jLzcXM592UbuZ/bbO40d5m7+f9f9yOc5/5lvm2+/Y6533zX
PGC+Zx403s/MD80D5kfmbn8fmMwM/D5kfmF7WCrj1r5beuswP11s5FrFrus
QlZhq4hV1Wti9Y9yl9j3u8/6L7T/ff7pvuO1yy1x09P9P7eE95p
cP0x/mkcpGuFJa6nMqKcqEM1RCvRhZqK4Kv4lJ1IEE8luZTN7FCrKFU8bJ4gwaI
78V0dKeZYCbTWLOV2YpmmO3MLvqQA98sjaY55jzmN5psrzFW01NxibqUVXId2
ULz2rDKfM9+k1ean5k+0yypuFafXrJJWCr1ulbHK0pvuVnc7veW+4L5A+92X
3JfoXXevu5cOuK+5r9yfF9h3jHx+5hiLjSXGSXGY1aaS8SsXY48HbPxj/NX3g3s4
J4xVpxvxxKtmOVVjnZ+e4UHa3v3NrDg8B8YMaurnHr3j/rbcKXGKFFRhfiVso
u9kouwdRdg+h7hb6W9W9oPb+ZT3vvlONWVZkbaw37jdmd9aA8YMX4NZJ2zm5mqQeMh42
K+OI8bXxtHR0cf7tbfjh4fyPY4fj5mTT7j4DxdXH42JNFl+l0QLz1Qjm4d4Zt/qx
K+OI8bXxjegqunoofoKVJFmugleos+oq+YLO4+xBTvLDON+bl5n5l/XW
Gg28UNSZ2nj0oifkz0jGzuFnCLGtjmmM24qtlLnUNZ240uN32+/6R0xMYXY1xnxL
fGr1on1oPYKDaJzeNsNsU/8+8JV6dbY/4FyVj94ULw11Lhrq7/mtj4mXN+jmL
3X0K9i3aq8AsjYIQ4o0nlGbvKzbWtolUa43cpINe94x
ShplyDXKGTdSPqOiYyUmuM24yqtL1RnXjZrrBuNWoR4WN240GVNRoaDSi4k/kZT
tpFLukfd41TdPZnsJ6zBG4Oz8hWXyemyezac4/f4G83X08Xknkmf+8cRCKdy

bUgj4md7AAVgQxXIZkNtknfwvYM4h0OMEfhdk7Fa/a0B+GsGxXdvxncrbL5s
GlGNNOQ5u3RyF8NMjIUyz9S4kuTLPOlS1sgSOX6RpSltw3xUkFSc5KPKk2Ic
lt4Y7Gwh1errbId/B/xb4d8G/074d0k/ZZ4pPNArTfklw9zcr3LJc1/akkzu
1zdQS+7ZN1Er7gl3UWvu3Q9TJ+73ytJ47pkr071WVetWus9qaLWhh61UjvUx
a7G1glbEHojNobXOZudl2up87d5Ae9FqrvDqYwPPppbpbmWUZ/fJEVsrX2t8
426k/H5AtD2PmXvzqHlAdKAccUfHRR+LZjjtnQ4YFw1CjE+e9XbyNu9Xtp6z
yrIQ+0saNSg/l0d3Ku8eZb039UImZ9X97SiJqIH4jR5ZGkr2NHT273L1ZDrq
eOYdl++Z7yFbNGGLGJdfsshDqrhGXEeaKC8qUKK4SVSnJFFD1CJd1GEbSbAF
Wo9MtjwbU4ytzuaUh23OlpSPLZzn6FrzefMFym++bL5OBdia20fFpT1HJdia
+5hS2MJ5kSpi5GfzNQNP0f9NDeSsQTty1JABZ9Wgs3+XGsyLObEZ2z6J19/L
pUfZ+kyGXSOtGmnTPMTWjLRlFrIdI+1WabVKm/UJtlalrbrO2JDNRohbCKdt
v7jll2knnGILQVoH0jbItAF1tv6k5SftPrYXpO1nvW0dsA5a71uHrI+sj63D
1mfW59YX1lfWN9a31vfWD9Z/rR+tn60T1imugj5bs/12gp1oh+ywHbGjtmGb
tmXbdsxOtvPZ+e3r7IL2DXYhu4hdzC5ul7BL2WXtcvaNdgW7ol3Js0/i1ubr
bGu+5b7tHnDfcw+677sfuB+6h9yP3I8Ix8LyLHb3nx472Dm/8rrii+v+Fsi812J
SfhezOXr303MWsp5z4rsBmHH85iMLfNSnh2mst04w7McL5+kmtHO0Z3GTtPz
SKnglC15rsvEy6rP8+sx/s5Qpo268zLJqNI1ni01l0c0Jku5iHuZJSKDksUy
sZyuMXOZtbh/uc1syzZWV7av09h+SqN0+1RsBo1wVCegJDlBJ6xEnVxORLG4
VKJKzBGOrbiO61yjXONc6+RXCjh8KQWdok5J5QanlFNGKeaUc8orJZ2KTiWl
lFPFuUkp41R3blbKObWc2sqNzi1OXaWic5vTRqmcHEgOKfWTk5KFPL0/y46a
dJk1J2TuiWTuyS9zT4ky9xSWuadcMvcUlbknW+aeHJl7cmXuKZ/MPV0nc0/X
y9zTDTL3VFjmnorK3FNxmXsqKXNP1WXuOVVZb9p7bUUNr/ZYhm4IwzbyGHmN
AsYNRlmjglHZqGJUM2oYtxn1jTuMxkYTo5vR3ZXfT0piG76X0dvoa/Qz+meN
o3kULed4RTm2LIgti8NU0HmGreK6sCAaI90a2errrt+ZrsoalqNoEj5hsvVT
jsfSBcUIHks3E7PEHOqOsXRv8ax4iQabi8zlNJKl+In+ZiWzFb9ezq/Rv6yR
1ij6t3W3tYhejz0YO0b/dZKcJKWNk9vJrbR1DMdQ2jkxx1HaO/mcfEpH5zrn
OqWTk+KkKJ2dsk5ZpYtzo1NB6epUdior3Z2qTlWlh1PDqan0dO0u4dZQ051an
ntLLaeu0U/q4L7ovKv3s3cN903lf7uO+5+5+ZUByODmsDMpW/2pclCb4bpY6N0v/L
krKc17F8ZaVcLFVVKQ3LwnJIKZLD0Hs9bwxS6yLTUwz5Fpsq1/OySR9/w+qZ
LEtPjpHREuD5Nr07W2bZjM8y5seM9GBjaHzemNuyimY1s7Z5u9kEM2v9MRc7
zMqD2dICp+dGrZZWK6s1j75YGmu0F3d1jEtKZ8WelG22cSX3849wPy5n3aL8
mx9z0Q25ZizJiiP+1qmBtcXWiDFqTMXs1oOwFp4yj5onLco2z8M2gBzBZdXy
N6gg28yf4PwyRXQVfRGLlim1TEOR36OTa3VVlfi4bfcFpqNQl3POnq7Lmik9
PU+aOUMan/2Uc5/x+c6PvDnOUmb5rDnNat4sZn/zLqmjLDvoaXMtZiuhsWxz
lGzz2H3svnY/u789wB5o07IH20Psof YYe5w93p5g5T7TvsSfZk+177an2NPt+
+wF7pj3Lnm0/aM+xHzmPts7QEVZyZA2N76p8Tv7OI5vrRFEhv6+TwDHU4ie/
Do9ddIxdrkNsBRBbWTzPtbi12YM9hZqcqcbs2Nnj1j3/s16vQOv17NH1/8rp
yhxl5MvWgz8PKzrV6GMMMobJeTpu06ZyeXG7xlp80HiQfHJ9gO+ZayyggPGo
sZhCshXjsltprKTcxipjLely7YctRtlGuKzD+6ma1CFVZ/3NoZpSf1QL9sQt
3EoepVTW43FKM0+aJ6kPt5mJ1Je1mIvSudXKTXdyy+XSSNZiBe75f7O0T0y
d/SizB29DFvknzJ/9C/O4cf0b68n0bE33Zn8dTPb5jNWNx41FglHuNwu5eWW
qYC4XlQSVcQ/xV7xqnhNvC7ewLrEfm9N4riZz8xvFjaLY8WhpzmG8xZfVZCt
fbwunDz3KoI1xBqNMnnZfYvkkii5a6zPaTCmpfOds/hUos0p+trqKsSVQwipB
USk1GZDbZEvoHazfK7QoW1164QrMg3Z2z2v4X6U8fTfoEsy0Z+W0WFXUqwPyXr
t/bxE8xPr3vgrPtfOut+qbG3rLdYY+9Y77J18p7IlZf2J9aPlCifQ8pDmV8c
yYzjZZkGVhnXmxtNOaOvcoo/EnG9PkjXefeXRw9YAiHk3uuQbEGNNkKzbo6Mc
afD4t4nTAhZcGUfuMCztrfPB7uA27WFut06wvuJWwT7rP/xMJdmOXdKuYt9k
V7Ub2W3sDnZHzz4Y59kAc+2n7G32m/ZB++Q7Hrn/v+VgtjS2O2rYhtjO2Auxf8e9uTa
ynLpShAj67zRQVQ5ssxKWoVyxmzYm5HOdmTA2Gi8iwm3+t4LbFrrYVYy1Jp0U+M
p5vFNLb3W7Cts5y6sKK3zDPVia+cjQiQ+EZ9YQuvhUfEXDxdfiaxordwTQXeKE
qdDdbAO1pIn8LPWlVWz7pNMatn8m0hbM/j9r7jR30262MtvQi7Bf/2kNs0bQ
v5ztzi563X3OfZZ7hs1jw/HU0q579Ri1DDXvrHE/z9qyy/ef/Wa1c7bVjMaz0
lWfsb+Aejnsz7A1gCzve5+f+lZ0Ab/9q7dj7f1YrPq/Pq+fNHCZyzBu4De0q
hpMlJouZVJxbrEepIsfnUg0Zkppw2N3UjK2aN6gl2zVv45teKo6GuW2XY7/Ss
74aWz9Lwv7CmFp9tkLMKhrWYYW9 bk2Zxefe XRw9YAiHk3uuQbBf0KZevP
CyJnPjOPySMea5O1nYpYL1n/opQL6lVhC2TJ8G8OE4yvcaMkQ1yS6VQWZVgD
5VbPSuNyaxATsUJ0B8qty3lSPy1hvbjuzVxmindPAWu39SIVsU/FDEpxDjgH

eDR2wjlBtd2YG6M6bhu3Dd3i9nf749sXF2IbSPlHe7bBaxwm6s0xsqBksiWQ
zOV9jbiWbLYIriNX3CgqULKoKqpRXqx85cPK13WiOY8YC2DEeL3VlPNb0HrM
eoxKWEutpVQy9l3se5Z3M+e6NHr2Sn8gX/GxptwDsDub3JdnXjExa3X7etaW
tGKuhwV9K3TQCyvXg2Lfcu5HYuV6DHl/7Q/lPj6Gk3sM9vyfzH/m01ELT0eQ
nzf2mbfxU2fi6SrgHHQOUgXnlHOKKrr8jyq57dx2VNkd6A6kKhf4XNTNZjO/
flHpsIRn7H3KsaPNesF60XrDejNGMSXmi/ljibFQLFcsEssd02PRmBEzY1Ys
xgq4JpYvdl2sQOz6WMHYDbFCscaxJrFmsRaxNrG2sQ6xjrFOsc6xLrGuse6x
HrHUWK9Yv1j/2KDY4NiQ2NDYsFj66edFmZ4tP5envhRn+0X2I09zv1hMvCk+
oyriKPd/DbFe0docZY6nnmwNP0r9zSfNNTTOPMr9ywSMMjOsMdZYWm6tsTbS
SmuntYueljqkddYb9knaIPWoHGJN+pSPWZt+5ROpUeUw69RQPpPaVI6wPmPK
N6xTV/lW6lX5jjVbSPlB6lQ5xlptphxnzbZQTkjtKidZv11VkppVA6zbVDXI
+u2lJkodqyHWcrqaxHb3B6oR+zl2TG3OttVutSWPal5R27v/cl9VO8pRvtpZ
joPVrtwX/aR2v6i6l02pV2b8rxSv2lKUZ+0UodO79d/lMYvKo0PncWe5tFbQ
V1JWDz0z63650zHVSOUy72P0YYt0kDGIx5TDjGHk47G7g9ncZPKjtw6IwqIw
JYiioigFRWlRmhIxvxvC/G4yeuviGHWXgHVU1WpuNacGVmurNd1h3W0tpobo
xQehFx+MVaYh55j3bZjNhnjD6xX6o1eIcVp5RB7KxTZEfopwr9CM29oWVgvW
2COxuWShb4hxbrdR8u+Yf375nPPP8jTLstk0m8tbA5F78rEjn22wXlbf2LzY
/DP03plH3G9Zb1vvYAbwUx59f2kdsb7GHOB3mAH8yTpq/Wwdw+xfkEfmuezc
to75P4HZP8d27WQ7D2b+ivKoPcUubZfB3F95OfPHI/V59nx7gb3cXmk/waP2
NfZae5293t5gb7S32Ft5FL/d3mHvtF+2/2nv5RH96/ab9j77Lftt+x7gP0e
j/Dftz+wP7S/tl/YX9vf2z/YP9o/2Uftn+1j9gl+cuItRHk6xi1EkQvWQZds
e41nGwv5mZ2BOdWfzRPcdy/h0s/gsl9mPf6H8y/nMKrZ1e2b7Vp2A7uR3cRu
abfCnMYfzfkfrTX5MJo4XXsVrr298XciP1FybaSwXB1hfTzGT0HO8PGnM78X
+s2smaJ15nqn0znGlvLuprh3H6cUirejaCmLoY2sijayo7XPrkRduU3aQc/J
1ogOyxaIvsR86hHMp36DcZEccVLsaOxo1phEntCl04Qco7Z+ctSG8Vp+jNeK
YrxWBeGqYtRWDaO2Ghi11TwdEmEshMmHMKW4nCtRGYRpijAtEKale4hlkuO9
YHyshnVhA3ZWHlhYJaCFFIzhSsu1Wo5FWltls/ZXNKTM/ZtveRK84klQDBKU
gwR11EFdluB5SoUE/SBBf0gw4A/J7sP4ljC+taGd+FteUir5Fb6pkO5tr+QW
oeQeYs0etYKchlxJLMUlF6MyKLkhXHK7aCaX3Ov0IJfcW/QQl9yH9PAfklHF
vANhzG95Zd4QFjFBLoxBMR8RwkjUxUi0JtfKzdQI8wit7D72I9Sen6uTdJ/7
hXuEVrn/dX/C23AXK9fVXPdylu47l+C5vPgcJPxGSFlaTVFarbzWqxDJtaJ4
+7Of0cf2XxujHWXf0ST fAZHv88i3PqaJ6V7IItlCvpsjpE+GdOQZ0+2z3kbJ
XB+Pv3OCdfHMnVJ4c0SuhMffGImvh8ffFimviXs7qdguvAsz3U9ybVz3G/Pd
1c6Y8e6fY877IPcDp9jmKhy7KdYo1i1r7vvD2OfShnM6eXmUKwF5vTwegE4s
R+5RUAz51TLVnG43ymrFM98KfU//Lr8eRQEj2Shv3Gh0NDoZ8a+vJmcbFR6M
69iJv43Z0WnBdwQ4tQqcai1KwfnamT3x+0jTBFrAkghV2sGJjGKaRLMr8C6S
X4jLGUvmF+J+XzyZJzOr5ldWfuw1LYR3heXahlxbSaYSbDMR4rGBaZT5Loci
Cp4Rl2JukTGan5k/c6nl4dK5F5LK79DWYjmLoSXSqCDLng9zV6dlvdjYZRy9
KXOW7QPGYhe6n+ZCd+64J5LDZ6Wc+QW6fHi+fEaaeJNllaemFmCd+bhcKnGe
fazFBtTcaht/l8LckOXbneXblOyyr5f8Ncu3O8u3yWqHVccNnrvbc+UJUfH3
iWSNU73Udf6rILuFOP0KyclZ8SZnxZucFW8HL94OXrwdvHhlLc58f2Y2tPoh
Xb6dobOM5eZMc55sM8M8/Rdsv5GexLopJowUuhBS+DFrwsWvByOfIzH/k5dNny
EzQeMRYZq40N5v3mHO4fnvmD+dro5evey5ovaV8jD5DegPTXQ/qCkL4QpC8C
uYvKJ0l0F6ligBgs7hMP5CifRZe5fELGN0IV68V28bY4KA6Jz8RxU7nA+cDM
PDyDPHx02fKQbMw3njZnmvviq3zZ79rjE13XO2t8C2+TSPF8zkPeP6fLt0Z5n
rPmDedmd45n65PLNnF9WHlgL7k732XO0D59cJe2DKnqKQeeoV59cxnr1ufHL
BbYDUt7qWfbYYVhXxxczqFxD68u1Czynzp5C5hFnjKpL5M8hc0qx5Bcucc7f2
56hXy2HbXNhqsgxbF2G/wGryYuMxfhKW8njQh/GgifHgNRgPpmAMWRpjyHIY
Q5b/Q+2iTL9Glp39n9/5TMuZqG5yRzaPMYez3XpmfF9eRHz3iqkc33Qxk/zZ
9BM/T+YrOvM98t+v4yPQ8VRjOut4hrGIdSznckzM5VyDuZwuZN+Uxvxv1NOczf
lP9d6RRBOl/LcSUeNb/P6fC4mcc/3wvV24d2oTHFc/0NbKv4WQ04eeMi4vgW
ul0rNrNut4pnKOF3sxVEFcXzHYQJY9SEe5R8IU47zyeJxvkKuXDWhvHLVJH7a
0O+U73uUbF65MmyWNmuRuIg4fpB68k6ZwJkhvyuO+JsD/yU5Il3zu0LGn/sf
0VKtt+RpblqOsKOsUWQglDgrvZ+Q3lOUc8ZYxelqp1eLjl62HIIxZW1TnVRn
E1GymRyjZlhx2MgakFZ9iWwS+ljC7tz6qk476uQe5dZx02WzTHxGhpHBski5
Fcjd3MvN2dr9+TJqd/EFaffnq0S7iz3tzsym3WOXTbs+c5k8/emCNHzsKtEw
zt5XKngW9OXVsEp5jfuN+zlVKatifGB8wJbPd8Z3WE/pSproJ/qRX0wWk7nf

mCamsS2wQCygoFgsFrPN8rR4mkJii9hCYfGz+JmSxElxknKZecw8FDFLmaUo
t9nabEO62dXsSoac3yJhjjJHcW99l3kXWeaT3HLack6ZXJxnktcabY1mS66T
04muhe7yQ3dy7VpFXeCyVxpe4WV/NWo153roL4x+I4Pl7cdyTsMKW13RnO0G
uUabGzafftb8+3FZw2WeKREnw2U7F45t1sy7W3t3y7cmr2NNZbCGvstMiTWx
mDWwhXN+EqsPnNOsFYgnzdXmU/FVWpkvztUYzIG8t87HvXV+zokffbaO3jqa
lWZDL82TclxyMWl65/D4vB5e7vC8DqemytNSV9J62kkv0Ru0nz7gkeWXbGkd
pZOKpoQUXbGVvEoBpYiSopRXqijVlVpKXaWB0lRpqbT94xqlFYYGXqV9bG3v
owN0iEdc0kKO4xG2qTT+f4wLJkCaoipBJaKY7PPkYl8+paBSTCnNrVIJpSxj
WaUSYyWFR8YsbR3GOkp9xvpKY8bGSkvGlkp7xvZKV8auShpjmtKfsb8ylHGo
MpJxpDKOcZwykXGiMoVxijIDu6AUhfsXZTYzDynzGecrS/hv+Z/rjrLM+SfX
ymsdtr+tUs4zcg+x8zxjC+cVts+WOHvx6zf49VX4v4X/3/B/B/+zCPUCQr0G
/nvwu8G/CP518D+Afw78S+DfAP9f8HvAvwz+TfA/gt8H/0/wvwvX/X/Ufjfhv9v
+N+B/xj8+8+/Bf534/HV834O/wH+QfwH/wHwyI/rG3T4ms6+CsWxDb+2B+YM/SfX
Mfx++D+BPwD/Yfj4P8fH/BjAD8/pqraza3WWeup9dfStbHaRaGG2qNkNz7N7eW
Xudc3/rudax6x99klaKnfMKq9ix6yBHbMmdsmY8hdsXuyYYYzcds/mxY7ZAZq2c2
3s0c+Z9ezagtcsa7kKcVP529J1gh3fna+db53vmv85Pzs/OLc8I56Squ6vrd
BDfohtxw1rMxNSsejvkv2ze8iBryE/8jDcSey/QLlFjmXX51Y2y2v0flvqEn
yx0/B6dP/CQcbmts7i3ycC+RT1wr8sd3Zsr9xJwqt/ux47Hfvyv0QiXkPl2p
mk3CX99f+7ffPn2Exx9/9t7jynYVu4Zd065tN7Nb2K3tjnZnu6vdze5u5u5u97897
2r3s3n/67uQL0298B/OXrOHkC9Zw21/Zwfz/z57lC37ilY89zQUYP816Wzjz
vdD3cVK0PCdanhD9tfEtTrbJPNdGEd3FAPGW+NDMb5Y0y5s1UWvluRpPZe5q
PqsGJ55xhk3mqRqjrV3Ws1dAze6DU3SG4vScyWefmvNn1/xYiVjlWl3YHdwr
LIw9GlsUWxxbEnsslhFbGlsWezy2PLYitjL2RGxV7MnY6thTsTWxp2rY7+ti
62MbYhtjm2KbY1tiW2PbYtjjO7CfPNH5xjnmHOfeglyfq7kBNxEzgWPleqna
OVvZP31m2Wcrywsvw/+V32+UCmt6wLnPjuLnJ372U7aTn8576tNv6emiT4X6
zfw5F5DD89Q6rnNy/vTVrFqnUoxb4wfYxphtzGYLbqGxGCuECuFB7m7OyqOU9TM
Y6aQzTZ6GhVj62osleH2ejrdyG32DKog222qyC33z1TZPGGeILkT+Ga6iVvf
WlSDW+AGVJNb4UZUiv1viJlRbtsZUh9vjNlSkX2+QOdCveIK3HttfP1P53t7Hn
y2UR7EXom+3ZCmaexcN2T2u8xyTPW8vZD8lxSKpXA7L1SefvU84rQY7T7J5UE
uny7NccZO8x/YO0sp0zyyyaTaUw07jOeM14RbUR7MVKKMEfeH8Ve8Yb4Unwn
fjID5iRzsbvVfe4smRPp8u1CnGy8YN5nLzj1N/NH+S8+buPh7Znlf6DLuhppk
PH+WPOHLV+9EOzHa3bebuYYvmmJTqkNlCbqq3VjmpXNU1trw5VN4rev50DLuhppPk
OkddpC5TV6sb1e3qbvUHdU09Zbb9d4T3t1UE95n9QV/EZ/qSf9hlRXXxwp
vgq+r646rx+7Wvo6+rr4030Bfum+0x7vrm+qb7vT+Vrm+hL8O3yrbW9t2+1t
07fH94rvDd9+30Hfx74Oa0o6H6HHTN1JK1/FohrYYRWqkVddqqfW0W0
hlpzra3WWeup0dfStbHaRG2qNkKN7W14v7bWbe017s0Wzuo2R3Fe017u0Wzuo
fax9qf2gHfdr/iS/7rf9ef0F/EX8Kf7y/kr+6v6+n6b/vx6+V//5+xAfL/
of7R/vH+e/0z/HP8C3/3/Cv9a/yb/Tv9I/f+jf+2/P+F//xv/5jAfL/
GAgEkgJGwAnkCxQMFuAuUDVQJIJjAjUDTQINA20DrQPqDdVgVMC/QPDA2AMDIwLTAxm
CcyELtLjegjMDSwKLAusDKwJbAxsDnwOvBsB8vBRR4NfB24IPAZ24AKPDICDJFsB8
JMFMSE7In1AooURC+YSqCXUSGSGiQ0T2if0D2d8LghJG3s3bmsuaMs+7KEcQmT
6PT3OuTbTBa+y1FMfC5+ovKmaiZTbbO22ZZ2ZLa47scA82BZZjcNxe3s5xmJv0z34
Lsd0zBQ9aq20nql1seGxGpa8rQBR3+h4134eCrc7USd/9p7uX3nX/ja/8/vNr
xjbHJw65WDzYYbDyJ/ciEYLtrchfJBG8Z47zv11JBOAbrbXPzbw8d+fgBVm+B
rjZHlhXCjaVOH+cRBqRGLG0Uo6H5BGD/BzVnZ3hKBKINChI1yKpGKIR/bQ0
c5TBHYBE2BfjBKJ2vzstJ2rhJJwjIYBFSEL0IjTFZ/KQwaELBDCEAcBtxeV3
uXIb1QJ6/fbmrrsbsoK

e66MuxNCd/JCdwIzwWPW4a8+3l+z4MZDd/JCd3Y2AMcAxwPTgPKJ6AzfLOBY
4DjgfOBC4HTg/cBNHDPHhZQ6I0XV7YIUuiCFLkihC1LoghS6wBe/byxwHPAx
4FLgdOD9QJlCFy+FLl4KPVDWPVDWPeCbBhwEHA5cAJwMlGXdwyvrHl5Z9/DK
uodX1j1Q1qrbE3H3RNw94ZsGHASM37EAOBko4+7pxd3Ti7unF3dPL+6eIJtb
omQTT6100bYlW7Jl8NhGHtsIbOfkWDzPcOUbnwXwbdD+NILGYcfPXFpCK2kt
baVnsJZ9gA7TN3RUYStR0RVHyacUUlKUCkoNpZ7SUGmpdFR6KgOxM0B+s4lw
znQY50zn5VQbuws5tcZOH3Y1drl2ecxCj+mTzZf5W3/P7eW5Ez13hueOd2WO
mriyxWzCcT/K4Zsg7jiz0GP6ZPNl/tbfc3t57kTPneG549IV3aZIqamT6rmz
PDeej6ZZ+WgK6VW3Gf5q5t3fzLu/mXd/s6z7m+H+/9lB/7ODLp0dFO+rU9Ea
pqI1TIVvArAXULYXqZ4FkgoLJBWtQip69VRYIKmwQFI9CyQVfXyqZ4GkehZI
KiyQVLSuqbBAUj0LJM3DNKCUIu6bABwClFKkeVKkQYo0SJEGKdIgRRqkSPOk
iKee5mS6cSnSIEUapEiDFGmeFL1gyfSCT7Z+vTxLphf6zF5IrRdS64U2vxfi
7eVZMr0Rujd8MnRvL3RvhO6N0L0RujdC90bo3I7oPrB0+sCXCpSWTh/PDuqL
X/vClwqUv/b17KB+zPRDb9APlkg/pNUP2uyH8P3P3Rg/RHD9IfvmnAQcDhwAXA
yUDZg/T3epD+Xg/S3+tB+ns9SH/PEhnAIQYgpgFIfQBSH4DUbyD1gUh9IFIf
CN804CDgcOAC4GSgTH2gl/pAL/WBXuoDvDVDeqnLOIbDihjuxP1S24MgwyDY
N4NgBw1m3wjcNwL3jcB9g9G7D8Z9g2EHDYElM8SzZIaAmeAx6/BXH++vWXDj
lswQz5IZitBDvdBDwUzwmHX4q4/31yy48dBDvdDDYKUMg5UyDFbKMGhxGJ6I
YfDNAo4FjgPOBy4ETgfeD5RWyjDPShnmWSnpSCEdKaQjhXSkkI4U0uGL3zcW
OA74GHApcDrwfqBMId1LId1LYSTKeiTKeiR804CDgMOBC4CTgbKsR3plPdlr
65FeWY/0ynqkZweNQtyjEPco+KYBBwHjdywATgbKuEd5cY/y4h7lxT3Ki3uU
ZwelehZPqmfxpMLiSfPYNI9NAzvMs4PS/zl7KMOzgzKy7KAMzw7KyLKDMrLs
oAzPDsrw7KAMzw7K8OygDM8OyiBpBy317KClWXbQUs8OWpplBy3NsoOWenbQ
Us8OWurZQUs9O2ipZwfJ2tlUKUk7KMOzgzI8Oygjyw7K8OwgkUsz/NXMu7+Z
d38z7/5mWfc3w/05943Fd1olXZH7xnLuEJNfwSjojnbHuGPdu9xx7t3euePdv
7gT37+5E9x53kjvZvdvf9hzvFvc+d6k5zp7z3uzPcaB9yD7aH
fcSd6250N7nzEPsrzhGOvZBbiK73dtQtUy9pRo2Xf04x9u5vco8kxaEpHKeZl
7dvSvbm+XDl+kfP8AxFj/NNefdJh/8/3dUTWITICaOkGnALV2ijpVaYhTnUPe
A2keg1aOSpnk6VVcCx50H0HZtHs42/xi55PGfma/cf3K+WKKNn5Sr3JY79zDzp
f3pZjZXHvPitX+iWP/8x8Rf/kfIX44izAzT+GU7E/gWfmM/unpnZlv40/Od4LX
Ik3i1mauO++sHBt/Ykpn5lX9YXxlN4x33aJO5tb2/bPrSuaFvPyrX4C9P89wsn
81f7BOuy9AnW2n94n2JeHT7D/5D4hdln6hNif3csNd+NV0Sf7PvYxsEFe3Se
E5Kvm0D4h+S9KM9uIc0fft5tDqZ7Y3DzznF5WJ7eJ4DEfySFi21Ro15zFoQ5Lv
g5kUP4PxfPKKqWWfK1gnyIDId9EaBNf7fNOaZPnzSimPBNQsf7jpZZKXvR4q4An
U95fuTv+dnum9NdQ/IvaCgXlOcDyO4POFmebs8PPZZ5c5vvciypQPZzx4F5f5f/1t762
LuP7jk6fJjeKMs/Pk7EVVYCmCmLZJ7+p+T71bsTWGGs9WddtaTDrsC9IvsOooA7+
ET3ixD7vnLuBwA3QTxsv3QKUwjIWoCosq3cKrXXKtl/Jvhxe0mibQbCpLi/j/
YLqXXxtIImk5zs/21DOe8VbpE+Ymf4fcB9HgLsB+deZLzLf34CLIXKesjarc0Sb/
srd5Uo+gBtSR89ub/1fhkqxLNfjp6p7r4H18e1wb+bNp41KkHqH+tJC1PYP/
D6WR9BBBNZN8USmP/OL4v5dJoSkAmMRRn4NQTIqlU0+lKK552wpnUOelBV3omJc
I4vxE1ELT3YxfsJLs7+ep5nrTmvmD6YmuKas5zoj31mbwPVnFWrQItShuE/W
qktZj3qcR+quFyF7ZZa+PNeY8lyrWlM66l6v1KS4T9atzpNUIFttuQyxL9I
EX8TX7EQ3up2hgV9vfebyq1iojXlGmwNsYZaw6n6x0xfva6x0a7g7v1wrqfQt 3u80R5p3n
SPNv5gTz7+ZE6Y/YvYTn86vpSyOG2mj7n52o9NeXrfebvlIGy4xf6WL/NVjbbd
HcH5/9gZf9yyyt0gOMTpLLND0SvyEK5cwMnyVVAOW9Mnok6m9X11ivAoSsbd/
SPNv5gTz7+7ZZ6YiYvDml9542fb6LI1iv+hVizvGGgUp5sGAlJKNfpYNMProWVL
WsFL/QbZnvq+9P2Xk2Do4OopC0UnRe8l0i7llKeauddfiVFAl+hgwI+sdnepZ
ZX4xcciv28tLngVU5uaJj8XPLHt/kd3rwXXnck58pfrVsVeQwkrprqsFlCL+Or5u/q7
+3v60/yD/UP96Z82ZH9kqh RgpFCkSKRYpSISK6YlUR18Ui+sSyI2EipHKKb/zsI1SI3 pG
akdujXSIdIv0iKRp6xp4x9f6tb6RwZGt5xSly1iyPjIh4x39i6V9ppqsFlCL+Or5u/o
MPJw5JHIviCyKORxZHHIksjj0dWRf8IsfiayanI9I9sjyObIcvjDwT2R3dT2R3Z3
E3kh8lLklcjRy1yJvRRPZF3meU3s5XevjF5wF

yeDNnCu/0kHpoW0InAhWz8qpqvQKvIu/tsq/fdIqDJz6Uc6DaPm0wqjvcs87
36nepLbP9tdtam8O/QP9pJZWb1Qr8a+1mWukNlFbqm3U9mp3tbc6MNQ6NIZ/
P+cVeiDnxbHkvCqdfYU25Lw41XNftc+46rJsOa9GZ1+hb3JenJfzXOFJOS/O
c86rzbmu8BM5L9ZSzqsjrtN/dz/jSuWr93mugee6widzXkn6GZd7xlUg5+XI
Ly4vYuDST1HLqGV46FJBrUCKWlmtzLWhqlqVfGodtQ5pan21PvnVxmpjCqhN
1aaUoLZSW1FQbau2pUS1g9qBQmoPtQeF1T5qH0pSB6mDKFeoTagNRUJjQ2Mp
d+ie0AzSQzNDj1De0GOh9VQwtDG0gyqEXgx9TdVD34aOUo/wqPA91C88OTyd
RobnhFfS+PCq8DqaFd4Rfofmhd8Lv0cbw++H36dN4Q/DH9Lm8Efhj2hL+JPw
J7Q1/Gn4U9oW/jz8OW0P/yf8H9oR/ir8Fe0Mfx3+mnaFvw1/S8+Evw+foGfD
p5ICtDcpmuTQvqTkpOvoYNL1ScXocCQxEqYjkdyRKH0bcSLJOI9NtuhNz7pa
n3V1POvidjk0N7SEKLQz9AIlhn4O4zvy/JTcxFgJ2IhRPn04ZVwfAX9u+OWp
6AF/IMvmy9be6QP1VV57F9Kf5L8b6Kslepy05xR/IqOm38r8rSRPy0/ilrcG
25sNIH1Hti97s90p+ypuNfWCelE9Rb9Rr6BX1CvplfUqejW9md6OQxfMVYax
KDAFeCOwArAisBKwMrAKsBqwGbAdozzhLgL7vyGPBNpixbkv2+gj2P6d4J1m
FjmnFLX1+pdAktrA+mdKpSTR35SpykxljrJQyVBWKmuUjcp2Zbfykvf6qsk85
oBxSPlOOKD8ox1RSA2qSaqiOmk8tqBbjUqzAz0cttZ7aUG3OT0FntafaVx2s
jlDHqhPUe9Xp6mx1LnazrVLXqpvVneoe9ZWs/WxfqN+oP6rHc+xnK+Qr4Svr
q5S1o62lrz12cfX3DfWN9I3zTfRN8c3wePbS71viW+5b7Vvv2+p7xveCby/2
tH3gO8yWitzTdlLTtJCma7aWVyugFdFStPJaFa2GVldroDXVWmsdte5ab22g2g
lq6N1sZrk7Sp2kxNzuJb/kSuNcSlwDVJb6jzqE1vqjej4noLvQWV1NvqHIShF
76R3prJ6V70HIddT9d5USe+r96Oq+gB9EFXXh+hDqKY+TL+Taumj9FF0qz5G
v4vq6Xfr4+l2fYI+ge7QJ+uqTqKE+RZ9NTfQ5+hJqr2fouyiVVH9irtIoZ4k3
AAsBCwOLAIsCiwGLA0sAAwJTgKWApYFlgGWB5YDlgTcCKwArAisBKwOrAG8C
VgVWA1YH3gysAawJrAWsDawDvAVYF3grsB7wNmB94O3ABsCGwKbAZsZAWwLbA
dsD2wA7ATsDOwK7AbsDuwB7AVGgEeAXwO/AX4L/A74PfAH4H8lRgcD
eCdwFHAMcCzwLuDdwPHACcCJwHuAk4BTgPcBpwKnAacDZwBnAnAmcBZwwN
nAN8BDgXOA84H7guBD4KHARcDFwCXAdcwBg5XuB1XoBnAngKuCTwNCwTwNXA
p4BrgE8Dl1wLXAdcDNwA3AjcDNwMwTtCwtwG3A3cABNwO3AJcCtwH3AfcH8vBgFwBXAO
n6PHor9Ej0dPRE97GT0U/jX4W/Tz6RQjU5X0W/PRL8vjQ/0fpPFfRv9Lvp9Vp9nHNv
ceu6t7r13Nvc+u7tbgP3DrmClmNMyF6nzeiyeel9170YYTP96AfRD6OHOh9YF
P45+Ej0c3Rv9V/TV6L+jr0Vf/74Rf0TOf6LZ/jo9V/Vf72Wruf9jn/ljyVnWrudXdm90a0
bk23lvvbrfOr6cmv1xT2eqHfHjfFlcvGRU5zLGj9hX1JBpdiv589Qo+8BDwLf
B34A/BB4CPgR8GPgLZ4fBb4B+BvAdBwDeB+BvAnGcpeL9gt
CqwGrA68GVgDWDWBNYC1gb6WOc/ItHv8CvgEeAXwO/AX/AL/A74PfAFH8R8c8RgRgrgD
hwCHAocB04HDgSDOAdwJHAkcBJwEnA++V6BYDFgWAJYBLAUSDywDlGVbx
b6HE55980Q7RztEu/BtFOzD6op0ZNWVY2WFdynJ1pXVkt5PjZaiPRs6JSMNN7
tiV11rnOVn+5L9LCPlXGYTJmuQ+P8R/AKcxj76SFHaiM8h7s1GX8B1CekeRQ
IhU5K135Pa0Bhvy+9xBjhJw1s/o6CnCMlNZ5SH7P7RwLvAYC5A7o1kZjrwfo5F
noTWx5IjRNVIQy4DeGtYMvdktyfNJ6U9yZwaHYTR5AnMfMdk2PH+JxkQP0Z
fvk1s7l0u6M6Pkd2z/fQK9Ks8XobiiB/E7ACTqJTsgJyxPC75PlgjnBMx3Jsx3SWnSTxoXXuwN
U8Ap6hRzijsJnJJOKkae0U0aeECbPB5Ong8mzweTJYPJzcMOc2p75zu9u9P9AucNp
6DRyGjtNNnKZ2ZN6e508Jp6jNp8B5RyttkgPJCcnB5MTkUHd5D05mmwk
yz0Rl2efXWmyLvTbPviyj3WhXxwxxyT8R8kxr2KkF6N2gLx9k9JktLeAaFP3t
kxz47uhvn/vCsUVIw3k138XkqdEavjVYVJTOXmNkHYgOQk2Qdd8szbryvV2a+
g86/zKC6WSc17LfetQ5Y71kHrfetD6wPtU/UNnfMdxubX9Ya2nkRWW09Z
a6yynbXW0mu9tcHaaG2ytmnbY7b41f2tcP8d4JR82nlltf4J18H3ivVbQ
Eo5wOad5Oa8FxPWiwqi/in2ilfFa+J18T4Wt9t9qUu/v4I
YbOEWdLsaY4x2v72d0zvI0iu+fQK9KNs3s3KL6HI8yuGWKPdHe5O92c02JJm
5ZRCFTDb6md9HWDdfOQeIJ+1D9/491kHPPeQ534U05L0+0v4a6Un8aSRZNZ2
5/NpOa2nZ22gv7afaD9VEKReRRQUpQSl2l2qdJR6a2kK+/P/H3t3HxfJfteJ
vroPh3AIh8Ppge6q9uf1qI/urn75weapmmaBgEEILI1IiI7l+=CEsNxxguwsQYKI
BEcOhy1YZKe7S0KQHRGRILKTkTuLiCPOIuIsGRHJyI6IOCJBREIuVXf6XNC
cs+9+7re12vd197+Yz6/6sdi6vuu7q7+Vf9+9JHRGH1U9IHos8W9kfQNB6CCr9
Oe3sL7L+Ekmit+4+4Z8fha93XbpI2ZGmi2mdZ++7fg2mQf9y3gW7n3aYf9
f/Pa8otry395fmvvi3vX1v+u62fZI9yb8+5+kfcsuwNb87a2dxoWodt
99eWj68tf+va8sm15+4x4q09dd7dnc2r2ci29x0tfx7JZu01kqdd0+s3e7t

Hy/30u/7I3QNJ5EZuopLyCpdxy1kl67kEXJG1zKZlU5X84OztP10RT84S7uF
1ca8b9CCzhCENr+LSK8Z+ka8fR5v/yzebsfbP/8ha38Rb3fj7Tfj7Yt4+5fx
9odMZr2Mt38Vb/fj7V/H24N4+zfx9jDe/m28fRVv/y7eHsXbv4+3x/H2W/H2
JN7+Q7w9jbf/GG/PXrfxfeUNLP7/el0Beus30q/8a8gmva/sIYf03nLBYtP7
C4eF03sMwbLS+0yQVUzvNTWsBnq/uc26S+85/awhet8ZZz1gzbEespZZa6xN
1jZrj3XIOmFdsNnsVPoDHfPtM8G2sr1spt/CHJ+vEEZkgbkG/59nGfzBOQav
zzD4u9xNZpbBD2cWfMx7wvsT3nPkDc7A6/8Z5714OxhvvxJvJ+LtV1+3mfHb
M38l3n473n433l7Ft2BqvE2Pt+/E260fqtw/vW65afEWJbeGeOuNt9nx1hdv
PxFvPxNvfyLe1sXbz8Xb5snj7+XjbFW/74238/8+N//+59+Ptb8Xb3b3423m/E2
Lpsbl8OLxdtfi7ez8fZ7Z34u3jr4epePs4/sk3zh+bM/bH5h+kh+MO5T1nazLrO9m9mXXVW9
j4twWVw29w1uEvdNbjKMRvQWN5X7cRiTKP3aqESZ3CxmZCLsm9gL7C9pMYr/
+3eqD99t/jvvNfA+843XF9mHI/kIuEKuiCvmSrhSrowr5yq4Sq6KqbfXfQiu
jquHUX5M18b5cXCdzFg/2B7237CX8Jd9MGrXDOc3ObOc3c3+LMcb7GmecscH4n
cywzkhnNjGW9FZ/1ixlRiHNtTCFm/i9m7q9l7Pdg9i89ciPrS1ndWT+f1ZP1
C1m9Wb+Y1Zf15az+rF//Kupf1y1kDWe9lDWa9nzWEbTOvbK9naoHRuTnwSfZZ3f3
mX4NGDOHOSunBbFzvwdjaLJ5b/CSeG/yknkf46XAaJof56X9wliaN2BMTS6P
x0N5GA/n8XkCGF1TzJNcH2EzayXr97NWs/4ARujcyPqTrM2sP2VG6mS+/c3k
M7Os059MIhBN1lrWH9Pv4Wz6iK2Q97O8dt6/4d3l/VteB++LvE7ez/G6eF//i
dfN+ntfDU/M0PC2P4Ol4ep6BZ+SZeGaehWfl23mn2oPn5Ll4bp6H56H56Wf74+y
nmb9l6z1rD++vl7eJ2DMzwreJ3mVvE//xqnf5lXD6J6/zquxdm/x+x9x/7r9vhx7
8zsn5K3aMt5l5S5+AvldH//oz9ENDAekRRHdQXleQIPpd9LtlPkzvBiSiEfQb7DFKA
tWAt9JEImz4OzeZ/Zl38y8r8c+b5LBfol8S1c8H4hdVIVfKOv74
j/LKeL/A6+X9Iq+P92VeP++XexvP+L8Y1JV4+y4yxvf+xwzF/V8+mgNIFm1mir+s+cd4
ebd4n+M+M1w9i9k/5rXen18UvSSbGG3ILhwLWc2z6C6p/xiz2rz+J/seyRvmMMWeEfH8
7Ne3/HveKO0/9sfuUfXelF6X2LqPf1iJ2rE/+n7lE4iE/3b4ndnCs/i0NdlaN2Kxz5Kx2Gd
mFvCcLaX+KLFsI8e7+gK3Xfz+jHer5vbq3Uky77PmS3+2x8f3x/u0O/u9HtivO8t8mR/8
ya/3kfkuGUurifonbzf1/55bg/3vF+/+JyY1XTr//I13B/m1sJr/U9uy76k+d7dW2Uusc9y
m2D0rF//i3uP+Mrz+03D3+U6Xf5Smj7y+2/kl5jwbw75cu5b+05Fqf7y/y100dJ+2da0Ht/Fb8e
GneK+x+5D7v7DqqOQzXB/jzesY7z9L5F97dp/oQZP/+J+/x1H+1H+7y9n0u9P/lm2ov62GV+OLmOe8r0v2r
nzwKd+D///+H//MH3+3HZZH3+3HDSjywVzzd7H7Hdb0bkHOCpf1t+w9/wax0kft/0u2n7Okfv/fc
CMxs/fpfMke9j3/3XDe1kz98M8Mh7fr7HHMfkr/Y79V02=

ME2BaQpMU2CaAtMUmKbANAWmKTBNgWkKTFNgmgLTFJimwDQFpikwTYFpCkxT
YJoC0xSYpsA0BaYpME2BaQpMU2CaAtMUmKbANAWmKTBNgWkKTFNgmgLTFJim
wDQFpikwTYFpCkxTYJoC0xSYpsA0BaYpME2BaQpMU2CaAtPU/+ym/yVmcaPX
+R7CnCHCZBLkm5DJkCmQb0GmQn4c8m3IdMgMyHchb0BmQmZBciExSBySDymA
FEKKISWQMkgtJAGpg9RDGiBNkGZIC6QN0g7pgnRDeiGzIf2QuZBByHzIAsgw
5I9AFkOWQJZC/ihkGeQnIMshfwyyAvKTkJWQn4Ksgvw0ZDUkjB+Mw7bFPwYJ
WxiHLYZDFsbTIGEL47CF8XcgYTvjsJ1xDiSztROmP8p0BExHwHQETEfAdARM
R8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARM
R8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARM
R8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARM
R8B0BExHwHQETEfAdARMR8B0BExHwHQETEfAdARMR8B0BExHwHQkYfojTUfB
dBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfB
dBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfB
dBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfB
dBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfBdBRMR8F0FExHwXQUTEfB
dBRMRz/8PhyH78MfZEaY2dnRJnQB2s/SLQtpRRzIBPIAmUUWYOTHJz/wS9Uz
5JKV9OF5wyqWnqVCFlh2ZIu+1scKwXzO1fS+0cRqZWY/pv910c+xxeqj949R
FkXfi1maYs2yFulHLzG9t5yvcL5Kf4r+Nc7vMGeYZP4qkgk9EELogTBC34MZ
+h5s0Pdgp//ySfheaJIZ9ZPOL0D2QP4MZDT+//ptuNQGSUG2Q45D/irc6wvx
54rFHxOLb4thuPY3ILsgfx1u+WL8/p+N34+Mt78N7f/OjIUK7ZfgXr8D+UW4
rpsZbxPWMRxf8zDMEs7c4/XaOuH6rvjtg/H2/Xg7zIxVCn8BXH49qie08H/D
uXDp9WieRiQT8SMhOEe4BmlAmpAWGCmiC84aez225wc1Zs6X+Fc3mhHkRsuN
n2WE3GhgRnilE8b+vcF8BmYufe7D9vW1LZA/DdkLOQTZTefn4Rk+H3+Gz8Mj
Px9/hs/Hn+Hz8Ayfh2f4PDZD5+EZPk8/AzNqTCpCIGbEifjo/0cxUo5UIbXI
Tfhr+28M0H/t4A0SeZO+9GVmNGE6hyGZ9X45vt4vo6N0vge3vwe3vwe3vxe/
/T369n+ps7n/x+9nA5xBej8b4owzZ3RljiKZmedZKfR+xpzJa8T+D4yZZ/hP
sT+l97NvYN+A/ex9sP4+7Gfvw372Puxn78N+9j2d/D6wdzqQ2SgmyHHIf8
VbjXF+LPFYs/5nULo1nT7W9hAdkH+Otzyxfj9u9xfl9L+bV6b9V9+/9f9v9
7H3Y8m97H7Lf9nv9vf9/D6z7D+3//DfH8/9p9h3r4fz9/v79/D6z5+9P9f9
/fh+9j7+z//OKi5P/gbRuaszOu1/ahf+8P88yyyyJWGqC2NCfZPzzTbo+f8n5
Fv3+X3sMN5mN5n5WazXkBW+EFF5jOL0L+DOQzwZBTyC5AUJF1d5v7x502QMcjfhJyD
7IH8T3BfGJ2bcxLPz0J+EfJnII5y5fXx005v57s7707sYm6gTWdxJpOYE0n
sKYTWNPJP6y8v1qPVHVG9Z56v55t5V1LY0O+p9JMzvKrszb3r+oizxuZ7f8m5r9
vAJ8DZ79a4dOn8GkmJGgJID7fh3u+/X4/V9fb8O9Pfren9+w/vF9 0/nbpN4
z0/3y0umuPpf/y3OIX3PXXmYTZ+UZf0m5jn9Dm5q9Mx74ffQI9uxQ05Nx7dB3
G+dl5o2a20LG99Fsm58e58L9OFYMmu4i1AmXuX+SX0jOW8XZ+T8Tf/DYDYsxL7SNf
7bH3/h5/J0KzZC+r/ZH0H
6Qu4FGQ7iE8m+9n1Amo6a0JGRBL3Y2aW2c0qAbKy3T4zvH9CR59WRQqP
1bV/lxZXJSAIsK2TymLIGvxP1Ply6K63L/O86+hbL0/fl2Khz/K0O7gO7gp7k3
D89SMtH7y3+3a8NtO89qRz6e8q5yBSeKQ4Q3+eNcf4J1L1z7mVEJDK64OTL+y
S6s0J7ySPQGpbf6B3Zs59A7SLyUk2/l5m8qfSsf7T8cTP+3y7LM0y8tTOi2y
12CKr8JH0eqT3jzzLoCPzi5mdmV2ZX8qhk3z/y0jj04Sknnv+Dm45ufgmp+j
r7n+axx6H8uchffLa2c6ZCC5kddI5z7wTZ30Rbv3+I34L8/XxgHnE9/+tJs5VSJyr
kDhXIXGyGuJcJchcS5S5CkjXIX/CXT8GmnyG4H8fz6f/2x7+zf1f8/z+Pzy0/4/9f
VNKfipmZZ9+BZ3N3NKmL/UgE/nBcyxBZ1dkxL8N8+Jg9On6pCfJzzkC2Q
3ZBb/xpVYV80jPQ8+S9LjPov/c818VvBaGX0OTfdy+z5m3lm/ON1/Hxd/Zzo/9D
T2XMiJE/fnth79/+OA7m9dHFRFyQhcwww9YPYwNECJIySKQN7P0WOX0kA+bC
epc5J5U5Fqbzi5DdkELQ8n4OMQHQ+FfO/t0fF6kmQ9SOOPMS++tJyja/t7+R/MZV
2fijz1x1zCedBJX/gH8NP5+/p/vc0/tvC5A+j/4/+fBX/a7+//39//2/++/+nfX
0sibxjdXk+uSzz42kXJKJXQkr1N1N6Piz6+kFaWtv92Zzo3fead8Du7GW3v
pr7S8b+axx6H8uchff1yJOGJ/c7Y3OJnr+1/+++PKDfQ+YJJm/r/MPaf+f/+
dehN9BbairahHHWg32ccoO0PcYyQyl0Ep1G59Ald+QdfAldQdfQXQL1+UH3b9
LzAE8b8SMMPplABNhCozAz1gT82F82d2/s8+v3NO/D/z3v/Pf7fn/v/f/v/ffffff
fWwcm8JmsHnsIRRb8Zv4+y4+a+Ksb//+/AOKfSE85/f////4ff+c/+/8
bAyjsEsGvDfElbAVbvWb8zL+/ff4/H28+v78cZ+//Pff+ff+3BV/88+
TtyHB/EivAyvcwerRb8Zv4+y4+a+Ksb//+ff4c9/P//OK47/+y+/+f/+f+/+f+/+n

+Cb+HN/FX+KH+DF+hl/y2fwUfjo/k4/zJXwVX8+38t18P1KCT+Nz+CK+hK/g
a/gGvoXv4Hv4AX6En+IXflSfzE/jc/goX8RX8Am+me/k+/hBfhG/jF/Jr+HX
8xv5zfzb/HZ+J7+H388f5I/w7/PH+VP8Gf48/yH/MX+V/5S/yX/O3+W/5B/y
j/ln/EsBW5AiSBdkCnCBRKAS6AVWgVvgF4QExYJyQZWgVtAgaEJK+Fv8Hf4e
/4B/xD/lXwgQQbIgTcARoAKRQCEgBGaBU+ATBAVFgjJBpaBGUC9oFDQLbgva
BZ2CHkG/YFAwIrgvGBdMCWYE84KHgseCVcFTwabguWBX8FJwKDgWnAkuhWxh
ijBdmCnEhRKhSqgXWoVuoV8YEhYLy4VVwlphg7BJ2CK8I7wr7BL2Cu8Jh5AS
ISJMFqYJ6bcIoUioEBJCs9Ap9AmDwiJhmbBSWCOsFzYKm4W3he3CTmGPsF84
KBwR3heOC6eEM8J54UPhY+Gq8KlwU/hcuCt8KTwUHgvPhJcitihFlC7KFOEi
iUgl0ousIrfILwqJikXloipRrahB1CRqEd0R1iXpF90RDolFRVDQheiCa
FS2IHiEllkJkFjIFPlFQVCQqE1WKakT1okZRs+i2qF3UKeoR9YsGRSOi+6Jx
0ZRoRjQveih6LFoVPRVtip6LdkUvRYeiY9GZ6FLMFqeI08WZYlwsEavEerFV
7Bb7xSFxsbhcXCWuFTeIm8Qt4jviu+Iuca/4nnhIPCqOiifED8Sz4gXxI/Gy
+Il4XfxMvC1+Id5HSsSV4hpxvbhR3Cy+LW4Xd4p7xP3iQfGI+L54XDwlnhHP
ix+KH4tXxU/Fm+Ln4l3xS/Gh+Fh8Jr6UsCUpknRJpgSXSCQqiV5ilbglfklI
Uiwpl1RJaiUNkiZJi+SO5K6kS9IruScZkoxKopIJyQPJrGRB8kiyLHkiWZc8
k2xLXkj2Ja8kJ5JzyZU0SZoqzUBKJJ2SHkm/ZFAyIrkvGZdMSWYk85KHkseS
VclTyabkuWRX8IJyKDmWnEkupWxpijRdminFpRKpSqqXWqVuqV8akhZLy6VV
0lppg7RJ2iK9I70r7ZL2Su9Jh6SJ0qh0QvpAOitdkD6SLkufSNelz6Tb0hfS
fekr6Yn0XHoIS5KlyjJkXJlAJpNpZEaZXeZFSqRT0hnpvPSh9LF0VfpUuil9
Lt2VvpQeSo+lZ9JLGVuWIkuXZcpwmUSmkullVplb5peFZMWyclmVrFbWIGuS
tcjuyO7KumS9snuyIdmoLCqbkD2QzcoWZI9ky7InsnXZM9m27IVsX/ZKdiI7
l13Jk+Sp8gw5Vy6Qy+QauVFuI3vlAXlYYXiqvkfFfL6+Q3kRLZpuy5bFf2UnYo
O5adyS7lbHmKPF2eKcflErlKrpdb5W65Xx6SF8vL5VXyWnmDvEneIr8jvyv
kvfK78mH5KPyqHxC/kA+K1+QP5Ivy5/Il+XP5NvyF/J9+5+5Sfixcfq4VIUqQq
MhRchUAhU2gUROd4VUEFGFFqaJCUa2oU0y3+Xx8bP8oU9FK0KtoUHYpuRZ9iAcmrY
ihRFuiJTgSskCpVCr7Aq3Aq7AQ/IqQoVpQrqKhs1iZFk6JFcUdxV9GoaFL0KT
RhVRxYTvigWJWsaB4Fp4WfPFGsK54pnhUsPaK4VcToXbniSpmkTFVmKLlKgVKm
1CiNSrvSqwwwo8pSZYWyWlmnvKm8pWxVtik7l3N3KPuWAklSOKSnlpHJaOadc
REqUKqVeaVW6lX5lSFFmsLFdWKWuVdcomZZVyyjvKuyZvKuskszZq7ynHFKQdKqqKPKCeUD
5axyQflluax8olxXPlNuK18s95WvICKc+VWKKMkuqsQcVUClUylURlVdpVX
FVCFVaWqClW1qk51U3Ul1apqU3WoulV9WqGlVqRpbRqTWoWlKtqNZU
G6ot1Y5QyDylRlauqVLWqBlWTqkV1R3VX1X1aXqVd1TDalGVVVhOqBala1oHqk
WlY9Ua2rnqm2VS9U+6pXqhPueenaaROVWeouWqBWqbWqWqI1qu5P1q1quDJ6lJ1
hbpaXae+qb6blW3qdTvU3eo+9YCaVuIpkwbVTWkelo6lj6Vv1UqL6V1GvqqDfwWeke6
pz5QH6lPReaROsSUNK1HfVXepe9T31kHpyUHUVVpqB+O25LL6kfqZfUfTf0r9Wr6
mXpb/UK6nPlYfqTnbelY4ohRzPY/lmxp5TenKlF5WxKClylS/rh8mn59X5Wc9nzU
a/T39TCf0rfq/q/d+m59n35KYRJrH/qeLRC/Ta/RGvxW/XX4xR/u+ZnFf9yrpf6p5
6I/0p/OlA2JINqQZ2Z6IM+g8igMBAGs8Fp88BmChiJDmaHSUGGO0oNzQamg23De2G
TkOPod8waBgx3DeMG6GYMM4Z5w0PDY8Oq4alh0/DcsIuUGEoNFY2Zq9Q53hpuGW
odXZ2XzugwdBv6DAMG0jBmoAyTnmnDnGHRsGRYMawZNgxbbh3DnuHAcGQ4NVwY
EWOyMc1IH3gaRUaFkTCajU6jzxg0FhnLjJXGGmO9Sd8YbxbtbDd2GnuM/cZB
44jxvnHcOGWMc4bHxofG1eNT42bxufGXeNL46Hx2HHmvDSxTSllibHN2GHs
NvYZB4ykccxIGSeN08Y546JxybhiX3DNuGLeM0BrY944Hxyhq0UDampRTmok+
+DWJTAoTYTKbnCafKWgqMpWZKKk01pnpTo6nZdNvUbuo09Zj6TYOmEdN907hp
yjRjmjc9ND02rZqemjZNz027ppemQ9Ox6cx0aWabU8zp5kwbpzaYVWa92YqU

mCjTpGnaNGdaNC2ZVkxrpg3TlmnHtGc6MB2ZTk0XZsScbE4z0wfgZpFZYSbM
ZrPT7DMHzUXmMnOlucZcb240N5tvm9vNneYec7950Dxivm8eN0+ZZ8zz5ofm
x+ZV81Pzpvm5edf80nxoPjafmS8tbEuKJd2SacEtEovKordYLW6L3xKyFFvK
LVWWWqTEvGbeMG+Zd8x75gPzkfnUfGFBLMmWNAvHglpEFoWFsJgtTovPErQU
WcoslZYaS72l0dJsuW1pt3Raeiz9lkHLiOW+ZdwyZZmxzFseWh5bVi1PLZuW
55Zdy0vLoeXYcma5tLKtKdZ0a6YVt0qsKqvearW6rX5ryFpsLbdWWWutDdYm
a4v1jvWutcvai5RYTi0XVsSabE2zcqyoVWRVWAmr2eq0+qxBa5G1zFpprbHW
Wxutzdbb1nZrp7XH2m8dtI5Y71vHrVPWGeu89aH1sXXV+tS6aX1u3bW+tB5a
j61n1ksb25ZiS7dl2nCbxKay6W1Wm9vmt4VsxbZyW5Wt1tZga7K12O7Y7tq6
bL22e7Yh26gtapuwPbDNIiU2kU1hI2xmm9PmswVtRbYyW6WtxlZva7QI1227b
2m2dth5bv23QNmK7bxu3TdlmbPO2h7bHtlXbU9um7blt1/bSdmg7tp3ZLu1s
e4o93Z5px+0Su8qut1vtbrvfHrIX28vtVfZae4O9yd5iv2O/a++y99rv2Yfs
o/aofcL+wD5rX7A/si/bn9jX7c/s20iJvcheZq+019jr7Y73Z2Zvtte7u9095j
77cP2kfs9+3j9in7jH3e/tD+2L5qf2rftD+379pf2g/tx/Yz+6WD7UhxpDsy
HbhD4lA59A6rw+3w00KOYke5o8pR62hwNDlaHHccdx1djl7HPceQY9QRdUw4
HjhmHQuOR45lxxPHuuOZY9vxwrHveOU4cZw7rpxJSInjtqPd0enocfQ7Bh0j
jvuOcceUY8Yx73joeOxYdTx1bDqeO3YdLx2HjmPHmePSyXamONOdmU7cKXGq
nHqn1el2+p0hZ7Gz3FnlrHU2OJucLe47zrvOLmev855zyDnqjDonnA+cs84F
5yPnsvOJc935zLnttfOHcd75ynjjPnVeuJFeqK8PFdQlcMpfGZURKnPed484p
54xz3vnQ+di56nzq3HQ+d+46XZoPncfOM+eli+1KcaW7Ml24S+JSufQuq8vt
8rtCrmJXuavKVetqcDW5Wlx3XHddd5Xa5e1z3z3XkGvUFFXVVNuB4ZZ0l0LrkeuZdcT
17rmmWvb9cK173rlOnGdu67cSe5Ud4ab6xa4ZW6N2+i2u73ugDvs1nVXuKuR
Eteq66lr0/Xctet66Tp0HbvOXOXJdutjvFne7OdONuiVvll1rutbrfb7w65i93l
7ip3rbvB3eRucd9x33V33Xd33uXXd9ol7H7FfuOv7fXDvhhfhudCedS+4+4+5n7m33m33
C/e++5X7xH3uvvIkeVI9GR6uR+CReTQeoBfu8XoCnrCn1FPhqBeUW56bnla
PW2eDk83UuI+dp+5Lz1sT4nn3ZZ7Pm38qjj91g9bo/fE/fLUe8o9VZ7an7bmsv
ydPiueO56+yn9HrueYY73Rq8r3Qa9YW8+rt8Jb7a3a3r5v3Te8r2m27dm5v
n3fAS3r3rHvJR30juNlHhxr8Sr8uq9Q7Vq/b6/eGvMXecm+5r9t9yR9y2tnyv
u7y93ny93nele+oN+qd8D7zwznoXvXx+8y94nXxVm++294nbhc5V6fvxf6I99
Zmdkc7MF2bsTbYx257x57257q5Zkh7NL3Qq5zun79B8puzW7L5zqwn2ll2Hsgm
s8eyqezJ7OnsuezF7X7KXyx5eLeo0+K3S7XYl3I3ispy6exZmdkn0n+252
V3Zv9r3soezR7Gj2RPaD7NnshexY7b2cvZV7Lxs59lb2/e/yN7PfpV9V9n2n2efeVL
8qX6Mnxcn8An82lRp/d5/5UFfGHGfqa/CV/2Cr89r+fk883itfK+fm7X4V6uwd6vWV5mmG9r
xnyUb9I37ZVzzLfLqTnnV3v0iWjfOnOZB+yrsnmg4nnn+O747r+KOy4XH/v+Wj8m62B5JO6/2+
e74h36gv6v6vwPfDN+hZ3z53/bz6Zyiv1g+dd8z37bhvhW/f98j4NvQ20+zv5+4+3yZ8xdv
cwQ5shzxNjjHnuHnPNVCeSECc0OpzxKnqLuq3+pybbucymnNacvpyOn06s6ZyCFcFxnzKxKnxKo
nMmc6ZY5y5nmMWcpyZVnLWcjZytnJ2cvsyDnK05wLP+JP9f9qf5OX7UL/Ir/ARS
kjOaE82ZHyHmQM5su2k2ZPMoZZznZOc2vz1jZ8OKqr2s3QfK9xoO7ZZwwOfs3JfsJOcSxvxJ+En/t7/MP+
F/hlfo3fLf7vf+A9+wv9/5wf4/4/4/wp/4z5+9zv9/5Wf8qx7/9/5/uVOxwFOnN9
uxHcotyy3EqxxL/sf+Jf9z9z/b/zfn/wn9/t/P/r/9/z9f/zf9/Wx/xf8/z9/z9f/
/XP+Rf+Sf8f5//r/3/9+Vf/9/z/z9z9w3x9XOP9+zfzl1z9n3/f7+wdzz/zrz3/
F/hlfo3/X8v9fvf4P+w5fc5/r/4/z/z/v/79/y9f//79/z9
/XP+Rf+Sf8f5//r/3/9+Vf/9/z/z9z9w3x9XOP9+zfzl1z9n3/f7+wdzz/zrz3/
uCHcotyy3EqxxL/sf+Jf9z/7/z9f/wp/r9n/nP+VW8SbmpuRi65x5xV5Xk5+Xk5X/5/z9f/rn/9z9f/z9f/
GnPtud7cQG44t5zbNbctNbqcttDS/vtDDTNw+Dj94WfGL/v+4Nf/+z/z/
Xcxdyl3Jcvdvcyd3yIPco9zb0IIILKhQfQfAE0ADooAiQATMMMAWfAFwwfGg
igJlgcpAATaA+0BBoDtwOtCkZcLcZV7knuee5V4G4KxCEYSoeIg8N/k6eWcvEXq
3kAgEA6UBOoC1YG6wb9AkMArBroC3EqeEF7fgAPFebgQ6O9/40DQYi9w231ZXMVr
C2wEtgT7gb3gQAeoeqxE8ExEyvGSqsjn/z/S+p3Hq9rw9+Dbf5d4+Jr5MLB7
TV59XXmc97/Vt7/g9/ms+xnA0++b5/wy+5d+Ob/3/TsWj/5/jqh3hZJZ+qfpv
28jbyvy28yrsdy7VvKb6vrzrYc9vbvF9L68gBfWcYNb/oVT+brcaJwXonJdG+
PtgYbA7eDrYOfSvbvcYwfa/3wd/y/+z8fAEgNqfTgmbvZ4yeZTj/ffT/+z9z/
imB1sC54hspSu6w83Nhv+/vce6r/EAVz/Wr9g61nhsaAOgQkGPtY4B4Gt
L3gPQAqBi/fykCpvS8P8jj+nxAEQC0YBJgp/AdCAE2yyu+/Bv/r9/+G/+Dqgc7/
Xcxdyl3Kcvevcyd3yIPco9zb0IIILKhQfQfAE0ADooAiQATMMMAWfAFwwfGg
im1BsC54cAYBGu0aBoRz6GA+u1fBbyzBTngw+Zd4+OrwafTngw+Zd4+b7ykw8O
PtgYbA7eDrYOfSvbvcYwfa/3wd/y/+z8fAEgNqfTgmbvZ4yeZTj/ffT/+z9z/
L3gPQAqBi/ykfLR8T6aL8p8XX5+nxnv9/X/u/+z9fAEgNqfTgmbvZ4yeZTj/
fzu/Pb8zye/fv/54fwfyf50/sp8x/mr+V/z9z9w0Of5+mv8w/zD/z/L5kbhn+Vv8w/
P8u/PY+Rryblk+5k/z/z9z9wXPk9+YYxdZ3YeheRvdWbhttfuBHw9xjbKZnw8q
/l7+Qf5R/z/L/q/3/9+Vf/9/z/z9z9wXOP9+zfzl1z9n3/f7+wdzz/zrz3/
dqg91BnqCfWBEBkcY3YeDugbxmWXXCxJuahFmtD0NbYaeh3ZDL0OHoePQPQeP7Weiy

gF2QUpBekFmAF0gKVEhJiAyNhajQZGg6NBdaDC2FVkJroY3QVmgntBc6CB2F
TkMXBUhBckFaAacALRAVKAqIAnOBs8BXECwoKigrqCyoKagvaCxoLrhd0F7Q
WdBT0F8wWDBScL9gvGCqYKZgvuBhweOC1YKnBZsFzwt2C14WHBYcF5wVXIbZ
4ZRwejgzJIclYVVYH7aG3WF/OBQuDpcjJQVLBSsFawUbBVsFOwV7BQcFRwWn
BRdhJJwcTgtzwmhYFFaEibA57Az7wsFwUbgsXBmuCdeHG8PN4dvh9nBnuCfc
Hx4Mj4Tvh8fDU+GZ8Hz4YfhxeDX8NLwZfh7eDb8MH4aPw2fhy0J2YUphemFm
IV4oKVQV6guthe5Cf2GosLiwvLCqsLawobCpsKXwTuFdpCR8ED4Kn4YvCpHC
5MK0Qk4hWigqVBQSheZCZ6GvMFhYVFhWWFlYU1hf2FjYXHi7sL2ws7CnsL9w
sHCk8H7heOFU4UzhfOHDwseFq4VPCzcLnxfuFr4sPCw8LjwrvCxiF6UUpRdl
FuFFkiJVkb7IWuQu8heFioqLyouqimqLGoqailqK7hTdLeoq6i26VzRUNFoU
LZrgJDN9j5yPMX2PnBSm75HzFtP3yEll+h45aUzfI+dtpu+Rk870PXLeYfoe
Oe8yfY8c5mw+DieT6XvkZDF9jxwe0/flQZm+Rw7G9D0y45lwcI6Q6XvkMKMu
izhipu+RI2H6HjlSpu+RI2f6HjkKpu+RGUeFo+Iwox8bOMzox0YOM/qxicOM
fmzmMKMfWzg2pu+RGSOFGTuF6Xtkxl2Bnlc2x83JZvoeOcwI1D4OM/Y00wvL
5uRyCpm+R04R0/flKWH6HjmlTN8jp4zpe+R8gul75FQwfY+cTzJ9j5xKpu+R
w4yS/ClOFdP3yPk00/flqWb6HjnMuMmf4dQwfY+cH2f6Hjm1TN8jhxl9+SeY
MVuYMV2YvkdmXBdOPYcZm/mnOA1M3yN2zvQ9Yt9m+h6xC6bvEfsO0/eIXTJ9
j9gV0/eIfY/pe8QRpu8RZzF9jzib6XvE32D6HvEkpu8Rf5Ppe0xUMFHBRAUT
FUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUT
FUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUT
FUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUTFUxUMFHBRAUT
FUxUMFHBRAUTFUxU8H+NCibmNUjMa5CY1yAxr0FiXoPEvAaJeQ0S8xok5jVI
zGuQmNcgMa9BYl6DxLwGiXkNEvMaJOY1SMxrkJjXIDGvQWJeg8S8Bol5DRLz
GvzPOa8BykbYKBt9g8430CQ6k9A36XwTTaYzGU2hMwV9i8630FQ6U9GP0/lx
9G0630bT6UxHM+jMQN+l8130Bp030Ewe6M9EsOrNQLp1cFKMTQ3E6cZRPJx8V
0ClAhXQKUTGdYlRCpwSV0SlDtXRqUYJOAtXRqUP1dOpRA50G1ESnCTXTaUYt
dFpQG5021E6nHXXR6ULddLpRL51eNJvObNRPpx/NpTMXDdlZRPPpzEcL6CxA
w3SG0R+h80fQYjqL0RI6S9BSOkvRH6XzR9EyOsvQT9D5CbScznL0x+j8MbSC
zgr0k3R+Eq2ksxL9FJ2fQqvorEl/Teen0Wo6q9HP0PkZnN62eDL+MTo/htNb
GE/B6S2Mv4XTWxhPxdPoTMPpLYy/jdNbGE/H36HzHZzezngGTm9n/F2cQycH
p7c2fiNRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQF
ExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQF
ExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwUQF
ExcVMVDBRwUQFExcVMVDBRwUQFExcVMVDBRwf81KoiwEQXyDvpVdBL9NXTqw3Ya
nUFn0TlmNgJmVgL6HiPov0dH0TE0isZQCh1Hfx39DfQ30d9C59HfQRfpeyQj
fDpZ6N/DMr1E/6076Hc/vPQGuot+D6MriaiQDOxt7B0sA3sX42A3s6yMh6EY
HxNgYkyKyTAFpqTvn4H+Pfot9B/Qf0T/Cf02+h30u+gVxsLY72JvYx7AULBWj
JSEo8haWjmViXAzDcEyIiTAJJqcf+xZ6jF6gl/T6EOwNLAlLxt6ir72PlLA4
LJQIYilYBMvcMcrJ8rCCriFXGqmTVsOpZjaxm1m1WO6uT1cPqZw2yRlj3WeOs
KdYMa571kPWYtcp6ytpkPWftsl6yDlnHrDPWJVZzvNTmnGnszPZOFvCVrH1bCvb
zfazQ+xidjm7il3LbmA3sVvYd9h32V3sXvY99hB7lB1lT7AfsGfZC+xH7GX2
E/Y6/T+5wUnmpCIIJ43zDvImzPnxFsz28XEOj4Mjb3OEHCnyLszeweWoOCoE
5Rg4FgTj2DgORARzckhhNg45zMOhhBk4t1DD3hhZm3dBxKjgNiAE7xy4RP3aF
v4nkMzOSoL/NzEgCmQL5FmQqZBrk25DpkO9AvgvJgcyEzLLkQaKQKGCQOKYQU
QYohJZBSSDmkAllFaYA0QpogzZAWSBukHaIB6Y7J0Q2ZD+iD9kLmQhZBFkCWQ
pZBlkJ+ArIDJ8JGQl5KcgqyA/DVkN+RnIGsgfh6yF/AnIOsifhKyH/CnIBiax
c8hvQ15AfgfyEvIK8ntM4ggkC5IN+QZkEuSbdCZMf5RpEkyTYJoE0sYYSJsE0
CaZJME2CaRJMk2CaBNkmckmCbBNAmmTBNgmkkSTJJNgmgtTTJJgmwTQJpkkwTYJp
EkyTYJoE0sY5YJsE0CaZJMk2CaRJMk2CaBNkmkmcbBNAmmTBNgmkkSTJJNgmgtTT
JJgmwTQJpkkwTYJpEkyTYJoE0ySYJsE0CaZJME2CaRJMk2CaBNMkmCbBNAmm
STBNgmkkSTJJNgmgtTTJJgmwTQJpkkwTYJpEkyTYJpMmP5I08NgehhMD4PpYTA9
DKaHwfQwmB4G08NgehhMD4PpYTA9DKaHwfQwmB4G08NgehhMD4PpYTA9DKaH
wfQwmB4G08NgehhMD4PpYTA9DKaHwfQwmB4G08NgehhMD4PpYTA9DKaHwfQw
mB4G08NgehhMD4PpYTA9DKaHwfQwmB4G08NgehhMD4PpYTA9DKaHwfQwmB4G
08NgehhMD4PpYTA9DKaHwfQwmB4G08NgehhMD4PpYTA9DKaHwfQwmB4G08Ng
ehhMDydMf6TpGJiOgekYmI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekY
mI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekY

**Ford Emails 312**

mI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekY
mI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekYmI6B6RiYjoHpGJiOgekY
mI6B6RiYjoHpGJiOgelYwvRHmqbANAWmKTBNgWkKTFNgmgLTFJimwDQFpikw
TYFpCkxTYJoC0xSYpsA0BaYpME2BaQpMU2CaAtMUmKbANAWmKTBNgWkKTFNg
mgLTFJimwDQFpikwTYFpCkxTYJoC0xSYpsA0BaYpME2BaQpMU2CaAtMUmKbA
NAWmKTBNgWkKTFNgmgLTFJimwDQFpikwTYFpCkxTYJoC0xSYpsA0BaYpME2B
aQpMU2CaAtMUmKbANAWmKdp0FaJBGpEr1gjbyF59o+6Ns6SBN1VvLiVXJR99
rDdFlLLwVtlb+6mdH+d+fCYtnLb7dlt6evrkO/53tjJa3k1+N8pxctZvNN64
yhzJMmatcuu4Z7wBhPmOhJnbD4G5/VRICe8xb5X3lLfJe87b5b3kHfKOeWe8
S5T5riQdzURxVIKqUD1qRd2oHw2hxWg5WoXWog1oE9qC3kHvol1oL3oPHaKP
x6PoBPqAPlJfQB+hy+gTdB19hm6jL9B99BV6gp7Tx8xJ9LFyBn2ELKCPrDWY
EbNjXiyAhbFSrAKrxuqwm9gtrBVrwzqQEvSQPm4+Qy/po+wUOK7G6eNpFabH
rJgb82MhrBgrx6qwWqwBa8JasDvYXawL68XuYUPYKBbFJrAH2Cy2gD3ClrEn
2Dr2DNvGXmD72CvshN5PrvAkPBXPwLm4AJfhGtyI23EvHsDDeClegVfjdfhN
/BbeirfhHXg33ocP4CQ+hlP4JFKCZ+I4LsFVuB634m7cj4fwYrwcr8Jr8Qa8
CW/B7+B38S68F7+HD+GjeBSfwB/gs/gC/ghfxp/g6/gzfBt/ge/jr/AT/By/
4ifxU/kZfC5fwJfxNxwj38738gP8ML+UX8Gv5tfxb/Jv8Vv5bfwOfje/jz/A
J/ljfIo/yZ/mz/EX+Uv8Ff4afwMp4fv5fX5X4xv5xfxa/lN/Cb+e/4p/wtf/C5+
L/8ef4g/yo/yJ/gP+LP8Bf4j/jL/CX+d/4y/zN/B3+sxtY/sxn4+4p/wz/yIXgIRBqiBD
wBUIBDKBDKRmAU2AVeQUAQFpQKKgTVgjrBCsTcEtQaugTdAH6Bb0OCQYEpGBMQAkm
BdOCOcGGiYEmwIIgTbAi2BDuCPcGB4EHwKrhASgZNghbHcFdQZ2gZV3BPMCQY
FUQFE4HHglnBguCRYFnwRLAueCbYFrwQ7AteCU4E54IrYZIwVZgh5AoFQPlQ
IzQK7UKvMCAMC0uFFcJqYZ3wpvCWsFZXJuwQdgv7hANCUjgmpISTwmnhnHBR
uCRcEa4JN4Rbwh3hnvBAeCQ8F8V6IEFGyKE1Ev1SJRCIFUiIcEo4Ko88IJ4QPh
rHBB+Ei4LHwiXBc+E24LXwj3ha+EJ8Jz4ZEZuo2SZQqyhBxRQKQRGV2vcU
EIVFpaIKUbWoTnRTdEvUKmoTdYi6RX2iAREpGhNRoknRtGhOtChaEI2I1kQb
oi3RjmhPdCA6Ep2KLsSXKsSIOFmcJqZLsUisUJMiM1ip9gnDoqLxGVVieiRaFn0
RLQueibaFr0Q7YteiI4lz6VS5b9BchgfhgEfjIzaK7WKvOCAOi0vFYFeJq
cZ34pviWuFXcJu4Qd4v7xANiNrUjwmpsST4mxnnHhRvCReEa+JN8Rb4h3xnvhA
fCQ+FV9IEEmyJE1Cv2RLRBKFhJCYJU6JTxKUFEnKJJWGSkm9pFFSHSLLktaUdK
xPviV+IT8bn4SpIkSZXvSLgnSgUqm0UiMErvEKwIIwpJSSYWkWIInuSm5JWmV
tEk6JN2SPsmAhJSMSSjJpGRaMidZlCxJViRrkg3JlmRHsic5kBxJTiUXUkSa
LE2T0m8bUpFUISWkZqlT6pMGpUXSMmmltEZaL22UNktvS9ulndIeab90UDoi
vS8dR0qkGVKFuVCCVTSVSo9Qu9Qu9C0VFoForbsZbWbpW93SDmm3tE86
ICWIY1JKOimdls5JF6VL0hXpmxpmRDuiXdke5JD6RH0lPphQyrRJcvsZBwZKhPJ
FDJCZpY5ZT5ZUFYkK5NWympk9bJGWbPstqxd1inrkfXKBmLUjsvuycdmUbEY2
L3soeyxbIT1FSmReWUAWlpXKKKmTVsjrZTdktWausTdYh65b1yQZkg7KxMRskm
ZdOyOdmibEm2JuTbci2ZDuyPdmB7Eh2KrqU/JkeZqfhOVi+QKOSE3y51y
nzwoL5KXySvlVNfJ6eaO8WX5Sb3vlPfl++WD8hH5ffm4f4Eo+I5+XP5Q/lq/K
n8o3/lu/KX/sfwMx5/5sftwMRfDfH+St8rb5B3ybnmfffEBoysffhEBHxSPi2fky
l+Qr8jX5hnxPfkN/PfySmfC FokhWpCnoN3K3FF8KqECAaqwnwnqj6KQFFFZWZ
o1JRo6h6KWNCcqaFbcV7YPpbY+iXzGwaGHYLek4+YixX7V4wrph6jBb7wNC
2FLsKPYUB4ojxani6lQokok5VpSo4SV4SQcYYGCSYQaMQArWd9h9RySlikrlTXKmWj
sll5W9mu7FT2KPuq8gsaSr8RuHK/AoNojEKaOcVz5UPlauKp9n5lrBFbvKnDPbDSIG5Hy
THmpYqtSVOmqTBWukhqqh4qn5lQQlW1KqQZhqUS9lqQyj5pJznuJLuaOfc4o
j5Snygs5VokpWpdEf1CVSKVQESqzyqnyqyqlFQklXWZlJVo6pXNaqaVbdV7apO
VY+qXZWoGlXd5h5lrwQjzqoVNQ6V9jOqOQ+f9qqP8t9b9WCuGa+W9W9r+Zm
rrnvWl5UMqqnn6l4/qH6gqKgqq 01YeY5oEQL8xX0LwSm5X5U7aqxdd6oOp
yeo0NUeNqkVqhZQpUm2WOTU1+aO5q6mS9S9V9+aqiqkoJpiJJk3D0aAAa
kUahITRmjVPj0wQ1RZZoyaTaWmRlOvaddQ0a25r2jWdhNv+2ZZZo66dffo
xaJp5e8ml87Pm+aVDm 93r78rNtDm2Yr95 7gvDurXdA+0i5rnyAl
gfWff 9qi7Rl2kptge26ht1t7Wtms7 7tT3afu2gdkR7Z2uundLOaOe1D7WP
tavap9pN7XPtrval9lB7rD3TXhJsIoVIzIJnJAQKkkJPWAk34Sd6CCRDFIQR

tUQD0US0EHeIu0QX0UvcI4aIUSJKTBAPiFligXhELBNPiHXiGbFNvCD2iVfE
CVJC1BONRDNxm2gnOokeop8YJEaI+8Q4MUXMEPPEQ+IxsUo8JTaJ58Qu8ZI4
JI6JM+JSx9al6NJ1mTpcJ9GpdHqdVefW+XUhXbGuXFelq9U16Jp0Lbo7uru6
Ll2v7p5uSDeqi+omdA90s7oF3SPdsu6Jbl33TLete6Hb173SnejOdVf6JH2q
PkPP1QuQEl2/blA3oruvG9dN6WZ087qHuse6Vd1T3abuuW5X91J3qDvWneku
9Wx9ij5dn6nH9RK9Sq/XW/VuvV8f0hfry/VV+lp9g75J36K/o7+r79L36u/p
h/Sj+qh+Qv9AP6tf0D/SL+uf6Nf1z/Tb+hf6ff0r/Yn+XH9ISDKkGjIMXIPA
IDNoDEaD3eA1BAxhpEQ/r3+of6xf1T/Vb+qf63f1L/WH+mP9mf7SwDakGNIN
mQbcIDGoDHqD1eA2+A0hQ7Gh3FBlqDU0GJoMLYY7hruGLkOv4Z5hyDBqiBom
DA8Ms4YFwyPDsuGJYd3wzLBteGHYN7wynBjODVfGJGOqMcPINQqMMqPGaDTa
jV5jwBg2lhorjNXGOuNN4y1jK1Ji2DW8NBwajg1nhksj25hiTDdmGnGjxKgy
6o1Wo9voN4aMxcZyY5Wx1thgbDK2GO8Y7xq7jL3Ge8Yh46gxapwwPjDOGheM
j4zLxifGdeMz47bxhXHf+Mp4Yjw3XpmSTKmmDBPXJDDJTBqT0WQ3eU0BU9hU
aqowVZvqTDdNt0ytpjZTh6nb1GcaMJGmMaTElGJKN2WacJPEpDLpTVaT2+Q3
hUzFpnJTlanW1GBqMrWY7pjumrpMvaZ7piHTqClqmjA9MM2aFkyPTMumJ6Z1
0zPTtumFad/0ynRiOjddmZPMqeYMM9cmsMMvMGrPRbDd7zQF2zFxqrjBXm+vM
N823zK3mNnOHudvcZx4wk+YxM2WeNE+b58yL5iXzClJitprdZr85ZC42l5ur
zLXmBnOTucV8x3zX3GXuNd8zD5lHzVHzhPmBeda8YH5kXjY/Ma+bn5m3zS/M/M
++ZX5hPzufnKkmRJtWRYuBaBRWbVRT4UbaBRWbKfWIwWu8VrCVjClJLhaXaUme5abllabW0
WTos3ZY+y4CFtIxZKMukZdoyZ1m0LFlWLGuDcuWZceyZzmwHCElllpLg6XJ
0mK5Y7l7r6bL0Wu5Zhiyjlqhlwvl.AMmtZsDyyLFueWNYtzyzblheWfcsry4nl
3HJITbKmWjOsXKvAKrNqrEar3eq1Bqxha6m1wlptrbPetN6ytlrbrB3Wbmuf
dcBKWseslHXSOm2dsy5al6wr1jXrhnXLumPdsx5Yj6yn1gsbYku2pdnow2Kk
xNprvWcdso5ao9YJ6wPrrHXB+si6bH1iXbc+s25bX1j3ra+sJ9Zz65UtyZZq
y7BxbQKbzKaxGW12m9cWsIVtpbYKW7Wtznbn1DdsvWamuzddi6bX22dArtpG7NR
tknbtG3Otmhbsq3Y1mwbti3bjm3PdmA7sp3aLuyIPdmeZqcPze0iu8JO2M12
p91nDyIltlnbgu2Rbdn2xLZue2bbtr2w7dte2U5s57Yre5I91Z5h59oFdpld
Yzfa7XavPWAP20vtfFfZqe539pv2WvdXeZu+wd9v77AN20j5mp+yT9mn7nH3R3R
vmRfsa/ZN+xb9h37nv3AfmQ/tV84EEyI83BcaAOkUPhIBxmh9PhcwQdRY4y
R6WjxlHvaHQ0OZodLY5WR5ujzdHu6HB0OjodXY5uR7fDq9Dq7HH0OnocfY0+
sKPUUeGodtQ6bjxV8x0R0fdbySHHSNiTPJmerMcHkfKGdLvEFsU0FceaY8XOx
5dhx7DkOHEeOU8eFE3mO9OcHcfiHq4cfjDkcfKTsMpdjqdPmfJfQWeQsc1b9O4Dxy
s/O2s9s93Z3eexx9jsHnSNSiTIPJmerMcHkfKGdAqfMqXEanXan1xlwhp2lzgpntbPO
edN5ym+qbHN2OLudfc4BJ+kcc11OSee0c8Mit55L5OSee0c8656cFxyzrjjXXnBvOLeeoc8954Dxy
njovXIgr2ZXm4rhQl8lcBEus8vp8rmcriJXmavsSVeOqdzW6oml23Xe2u2TleP
q9816Bpx3XeNu6ZcM5551PXY6T6EZXTZXV5XwBV2lboqXNWuOtdH1n1y1Xq6vN
1eHqdvW5Blyka8xFuSZd064516JrybXiWn1tuLL.ZcO64914HryHXqunAj7mR3
mpvjRt0it8jJNuM1up9vnDrqL3GXuSneNu97d6G5233a3uzvdPe5+96B7xH3tf3f
Pe6ecs+4590P3Y/dq/7k33c/cu+6X7EClxV7vr3Dfdt0yt7jZ7h7vb7v3s5ce
cJPuMTflnnRPu+fci+4+al94p7zb3bn3JbvLuvPfcB+4j89b7y8T7b4b3dh1yh1YV8
Cg/hMXXucHp8n6fCnyIHkqPTWeek++jp9lzn29bLPo6o6n946n6n96o4n96okyk+q8
9zz0PPasep56Nj3PPbuel55Dzz7Hnzj7HHz+PDFpzzHppfTTvOneKTKE0+3Xp8m94wl4e4x+SM+Yh/JM
eqY9c55YFz5Zj6nxbPm2fBseXY7Zf5Z6Hn1HPib2sLSH1iPxbRbbzJ3jJ3V3m6v6rMK6
zxv0FnnLvJJeGm+9t9Hb5D3nHPHb8q+L5n7m0kdRJ4/yd79x0dRJ4b/n53xZZ/n
NS5J2ISAETkOOUQOETE/N8kmIiIiIiKiIqIgAiYERAREBERERERHbn9wwwi
IiJS6llKLaV+rLUcpZSP5aZPazHWctZj+M8zuM4/LzntaO0Sleu1336+j8/9kc7D
13ve2U2y2Zl97zPO2RVqqNaqneot1durd1Xrst5b/V71/upD1Ueqj1Yfqz5e
fbL6dII1cE62F62TUVRU1fSq6VsszoGzw0Tfb10b0bp4XUldl1cE2Po9g54yzpaP
Vn9Y9WfWfW8fapfN9R9VfqptaON7V39g3vd0DO2hG1o2vH
1U6onSxdU3SOy2s+rfm8fsOaj2sVUSbbg2VpuoTdZ2r+1r/qZ+ne2jtra
ptohtcNrR9WFfe3tf3f3lr1cul11eu6p+2GgwQq3Wqd1Su712+3u
2r2179Xuuz1Ue17l0b0b0pb4XUldn1V1VXa+6vnN1ldel
64bWJlagbXTeubkLd5LrpdPp2oW1i2i1p1G3iV3XqqXXJaqxJ1Lge6v6
1PWvG1RXW9dUN6RueN1i14+vurpta7N7Nubt38usV1y+tW1a21Cn1Tl1
W+q21+2q2123t+9uv11h+q0O1B2tO1Z3vo5Ok3k3el6uT5aH68vqo+5rvVd+3
64bWjbgbXTeubkLd5LrpQ2uoW1i2nG1G3Iwqp 3aXmEnXJuuTdr2Z1Cn1Ju1
1PWyG1RXW9dUN6RueN1i14+vurptaN7Nubt38usV1y+vW1a21Cn1Tl1Pev6
1PWvG1RXW9dUN6RueN1i14+vurptaN7Nubt38usV1y+tW1a21Cn1Tl1
W+q21+2q2123t+69uv11h+qO1B2tO1O3vOk5k3el6uT5aH68vqa+or6rvVd+3

fkD94Pr6+nT90PoR9aPrx9VPqJ9cP71+Vn1b/cL6JfUr6lfXr6vfWG/Ub6rf
Wr+j/i3pmvo+9f3rB9XX1jfVD6kfXj+qfmz9+Pq766fWz6yfWz+/fnH98vpV
9WvvrN9Rr9U79lvrt9bvqd9fvrX+vfn/9ofoj9Ufj9U9frz9ZZ7pBbog2xBtK
Gioaqhp6NfRtGNAwuKG+Id0wtGFEw+iGcQ0TGiY3TG+Y1dDWsLBhScOKhtUN
6xo2NhgNmxq2NuxoeKthT8O+hvcbDjQcbvio4RPpmoZRDWMbxjfc3TC1YWbD
3Ib5DYsbljesaljbsKFBa3AatjRsb9jVsLthb8N7DfsbDjUcaTjacKzheMPJ
htMpORVNxVMlqYpUVapXqm9qQGpwqj6VTg1NjUiNTo1LTUhNTk1PzUq1pRam
lqRWpFan1qU2pozUptTW1I7UW6k9qX2p91MHUodTH6U+SX2WOpH6MnWmMdhY
2FgsXZOan1qcWp5alVqb2pDSUk5qS2p7aldqd2pv6r3U/tSh1JHU0dSx1PHU
ydTpRrkx2hhvLGmsaKxq7NXYt3FA4+DG+sZ049DGEY2jG8c1Tmic3Di9cVZj
W+PCxiWNKxpXN65r3NhoNG5q3Nq4o/Gtxj2N+xrfbzzQeLjxo8ZPGj9rPNH4
ZeOZpmBTYVNxU1lTZVOPpt5N/ZoGNlVL1zQ6jVsatzfuatzduLfxvcb9jYca
jzQebTzWeLzxZOPpJrkp2hRvKmmqaKpq6tXUt2lA0+Cm+qZ009CmEU2jm8Y1
TWia3DS9aVZTW9PCpiVNK5pWN61r2thkNG1q2tq0o+mtpj1N+5rebzrQdLjp
o6ZPmj5rOtH0ZdOZ5mBzYXNxc1lzZXNPpZrk52hxvLmmuaK5q7tXct3lA8+Dm
80Tpmqb9YTYeajjQdbTWdLzpZNPpZrk52hxvLmmuaK5q7tXct3lA8+Dm+uZO
89DmEc2jm8c1T2ie3Dy9eVZzW/PC5iXNK5pXN69r3thsNG9q3tq8o/mt5j3N
+5rfbz7QfLj5o+ZPmj9rPtH8ZfOZ5ddBdmC5Ol6Ur0z3SvdP90gPT1elUujU9
LD0yPSZ9W3piekp6Rnp2el56UXpZeqV0TfpTfpUyOpuPpknRFuirdK903PSA9
OF2fTqeHpkekR6fHpSekJ6enp2el29IL00vSK9Kr0+vSG9Nel9N6a3pH+q30
nvS+9PVpvA+nD6Y/Sn6Q/S59If5k+0xJsKWwpbilrWzp0dK7pV/LwJbqllRL
a8uwlpEtY1pua5nYMqVlRsvslnkti1qWtaxsWdOyvViXbYVvsbtnWslO6pqVX
S9+WAS2DW+pb0i1DW0a0jG4Z1zKhZXLL9JZZLW0tC1uWtKxoWd2yrmVji9Gy
qWVry46Wt1r2tOxreb/lQMvhlo9aPmn5rOVEy5ctZ1pDrYWtxa1lrZWtWtPVp7
t/ZrHdha3ZpqbW0dl1jqydUurba0TW6e0mid3Tqvdr3Vrsta17dmW63
za3bWne2vt36Tuu7rR+0Hmz9sPxPjRKrNi70pOIeFd6ElHvSk+iwLyJ0rv6Q3k
Yt6VnkSRd6UnEfeu9CTO8670JM73srvQkEt6VnkSJd6UnUepd6Ul08a70JJLe
lZ5EuXelJ1HhXelJdPOu9CS6e1d6Ehd4V3oS5vF5p9WexEXelZEST5ET+9K
T6KXd6Unc613pSfRr7vSk7j4Uu80b6Un80Lvk5kj7jMu9WTEQOhd6Ulc7l3p
SVzhXelJDPau9CRqcQvs9irvSk2jw1rvKkKu9CSGfd6Etd4V3oS
w7wrPYnh3pWexHXelZ7ZT2ESO9KT+IG70pPY1pR3pSdxo3e3ITzHau9KTuMm70pMY
413pSdzsXelJjPWu9CRu8a70JMZ75V3oSt8p3XehK3eVd6Erd7Vo3o5470rPYPYk7
vCs9iQnelZ7yL70rPeW/9a70lJ/yrvSU/8670SU37Gu9JT/p/3adC
8q70VAS8Kz0VsnelpOLxrvRUBL0rPRUh70pPxxHsOIIdR7DjCHYcwY4j2HEE
O45gxxHsOIIdR7DjCHYcwY4j2HEEO45gxxHsOIIdR7DjCHYcwY4j2HEEO45g
xxHsOIIdR7DjCHYcwY4j2HEEO45gxxHsOIIdR7DjCHYcwY4j2HEEO45gxxHs
OIIdR7DjCHYcwY4j2HEEO45gxxHsOIIdR7DjCOaOoBSQhko9pFHSWGm8dLc0VZop
zZXmS4ul5dIqaa20QDikR9oibZd2Sbulvd1D7n7pkHREOiodk45LJ6XTATkQ
DcQDJQFxpKRA+bzylyTxXcXo/TWHR8q9///388s10QV0IX2Ujy8qV0UfK9dF
F7P/OPtL6FK6jPs/wf5y7vMk+yvYf14upE/TVfQZutp+HrPMfnrqXP
l28UXcf+C3Q9fZGP+D+L4kG5Grx5P0nf+9BPiAflj+SP5E/k0/IX8pnlKBS
qBQrZUql0kPpprfRTBirVSkpp/VYYpI5Uxym3KRGWKMkOZ/rcxXTFinLlJXKGmW9
klUsZbOYtdmpvK2o7yrfKAcvD5UPlY+VT5/5XvlBOBaVgOBgLJoLYJJPdgz2Cf
YP/goGBtsCk4JDg8OCo4+Njg+eHdwanBmcG5/wfnBxcHl/wVXBtcENQCzrBLcHt
wV3B3cG9wfeC+4OHgkeCR4PHgge0rlDf0OgqHSklVoapQr1Df0lDQ4f9y/BF89
KB0aGhoRGh0aF5P0qQmhyahpoVasgstDC0JfqZno3hrlbfdobdoCe0L7
Qu+HDoQOhz4/4KfRL6LHQi9GTgTyLgwXh8Vv/cleEe4d7f7/fuGB4+epwKtwaHhYe
GR4Tvi08MTWlPCMBOzwwwvCi8LLwyvCc8PpwwNW+HN4W3hne3w++++E3w1+1/ED4Y
/jD8cfjT8OfhL+KvWkFEpFEFpFkHukK6RPH8kUQ0hQ2hQEhkxhENIEhEhEGRUGRUGxkf
/jD8cfjJT8OfhL8BnIk1K1HIlJfkEpFpkHukZ6RPpJ9K9r9ZjVicaAcG3IDG/
uTsyyNTIzMjcyP7I4sjyyKrl2siGiRZzzIlsj2yK7I7I/sjeyH5Y+iYjNxkPkd3K3
ufkNdksSR4qdGaKGaF0V+zc/mo4/SjTPkYM (continued)

PR1Jb6Cj6I10NL2JjqE307H0FjqO3kpvo7fT8fQOOoHeSSey7mxMen+5Uvb2
kwoN0hDlTEhyDiQ5B5KcA8lOlDMhyZmQ5ExIciYkOROSnAlJzoQkZ0KSMyHJ
mZDkTEhyJiQ5E5KcCUnOhCRnQpIzIcmZkORMSHlmJDkTkpwJSc6E5MW0D/0B
7Us5E5KcCUnOhCRnQpIzIcmZkORMSHlmJDkTkpwJSc6EJGdCkjMhyZmQ5ExI
ciYkOQeSnANJzoFkI22izTRNW2gr5TxJcp4kOU+SnCdJzpMk50mS8yTJeZLk
PElyniQ5T5KcJ0nOkyTnSZLzJMl5kuQ8SXKeJDlPkpwnyVv8Iz6JTqb30Cn0
XjqVTqPT6X10Br2fzqQP0Fn0QTqbzqFz6UO0jT5M59FH6Hy6gC6kj9JF9DG6
mD5O19ClldBl9gi6nT9IV9Cm6kj5NV9Fn6Gr6LF1Dn6Nr6fN0HX2Brqcv0g30
JZp7PjM0S1WqUZ0a1KQWtalDXbqJvkw301foFvoq3Upfo9vo63Q7fYPuoG/S
nfTPvJb3phdLnuO8x/xbeor+jp6mv6dn6FdeKyQaoKwSFawSFawSFawSFawS
FbxfVLBWVLBWVLBWVLBWVLBWVLBWVLBWVLBWVLBWVLBWVHTOnaUVJbSU
ltEuHTbqsNH/cxvxd/xolBbQQhqjRTROz6PF9HyaoJ1pCS2lZbQLTdJyWkG7
0krajXanF9AqeiHtQS+iPen3aC96Ce1HL6X96Q/pAHoZHUgvp4PoFXQwvZJW
0xpaS+toPW2gKXoVHUKvpkPpNXQYvZYOp9fREfR6OpLeQEfRG+loehMdQ2+m
Y+ktdBy9ld5Gb6fj6R10Ar2TTuS3yYxvoww2ymCjDDbKYKMMNspgoww2ymCj
DDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCj
DDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCj
DDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCj
DDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCj
DDbKHffJdDK9h06h99KpdBqdTu+jM+j9dCZ9gM6iD9LZdA6dSx+ibfRhOo8+
QufTBXQhfZQuoo/RxfRxuoQupcvoE3Q5fZfKuoE/RlfRpuoo+Q1fTZ+ka+hxd
S5+n6+gLdD19kW6g6L9GNNPesZqlKNapTg5rUojZ1qEs30ZfpVfoZoA3UJfpVvp
a3QbfZ1up2/QHfRNupN6Nspgo4xvoww2ymCjDDbKYKMMNspgoww2ymCjDDbK
YKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbKYKMMNspgoww2ymCjDDbi
+cRGGWyUwUaZDht12OhPwEb8PVgapQW0kMZoEY3T82gxPZ8maGdaQktpGe1C
k7ScVtCutJJ2o93pBbSKXkh70ItoT/o92oteQvvRS2l/+kM6gF5GB9LL6SB6
BR1Mr6TVtIbW0jpaTxtoil5Fh9Cr6VB6DR1Gr6XD6NV0BL2ejqQ30FH0Rjqa
3kTH0JvpWHoLHUdvpbfR2+l4egedQO+kE/l34edQO/QO/O/O/O/O/O/QO/QO/O

NtKwkYaNNGykYSMNG2nYSMNGGjbSsJGGjTRspGEjDRtp2EjDRho20rCRho00
bKRhIw0badhIw0YaNtKwkYaNNGykYSMNG2nYSMNGGjbSsJGGjTRspGEjDRtp
2EjDRho20rCRho00bKRhIw0badhIw0YaNtKwkYaNNGykYSMNG2nYSMNGGjbS
sJGGjXJHfBKdTO+hU+i9dCqdRqfT++gMej+dSR+gs+iDdDadQ+fSh2gbfZjO
o4/Q+XQBXUgfpYvoY3QxfZwuoUvpMvoEXU6fpCvoU3QlfZquos/Q1fRZuoY+
R9fS5+k6+gJdT1+kG+hLdCPN0CxVae551qlBTWpRmzrUpZvoy3QzfYVuoa/S
rfQ1uo2+TrfTN+gO+ibdST0badhI822kYSMNG2nYSMNGGjbSsJGGjTRspGEj
DRtp2EjDRho20rCRho00bKRhIw0badhIw0YaNtKwkYaNNGykYSMNG2nYiGcP
G2nYSMNGWoeNOmz0J2AjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKx
kY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10bKRj
Ix0b6dhIx0Y6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjH
Rjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGO
jXRspGMjHRvp2EjHRjo20rGRjo10bKRjIx0beWu37ttIx0Y6NtKxkY6NdGyk
YyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhI
x0Y6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMjHRvp2EjHRjo20rGR
jo10bKRjIx0b6dhIx0Y6NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRspGMj
HRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6NdGykYyMdG+nYSMdG
uSM+iU6m99Ap9F46lU6j0+l9dAa9n86kD9BZ9EE6m86hc+lDtI0+TOfRR+h8
uoAupI/SRfQxupg+TpfQpXQZfYIup0/SFfQpupI+TVfRZ+hq+ixdQ5+ja+nz
dB19ga6nL9IN9CW6kWZolqpUo7ln26AmtahNHerSTfRlupm+QrfQV+lW+hrd
Rl+n2+kbdAd9k+6kno10bKT7NtKxkY6NdGykYyMdG+nYSMdGOjbSsZGOjXRs
pGMjHRvp2EjHRjo20rGRjo10bKRjIx0b6dhIx0Y6NtKxkY6NdGzE84aNdGyk
YyPds9H/T/8dn3d0Hin3js78cu+4LKAL6aN8fFG5d9QeK/eO12L2H2d/CV1K
l3H/J9hfzn2eZH8F+0/RlfRpuoo+Q1d7Tf6U/TV8nef43LX0+XLvLFrH/gt0
PX2Rj2/g/i+Jdtixw47/r+1oYEcDOxrY0cCOBnY0sKOBHQ3AzsaGBHAzsa2NHA
jgZ2NLCjgR0N7GhgRwM7GtjRwI4GdjSwo4EdDexoYYcDOxrY0cCOBnY0sKOB
HQ3aGBHAzsa2NHAjgZ2NLCjgR0N7GhgRwM7GtjRwI4GdjSwo4EdDexoYYcD
OxrY0cCOBnY0sKOBHQ3aGBHAzsa2NHAjgZ2NLCjgR0N7GhgRwM7GtjRwI4G
djSwo4EdDexoYYcDOxrY0cCOBnY0sKOBHQ3aGBHb90xfDsa2NHAjgZ2NLCj
gR0N7GhgRwM7GtjRwI4GdjSwo4EdDexoYYcDOxrY0cCOBnY0sKOBHQ3aGBH
Azsa2NHAjgZ2NLCjgR0N7GhgRwM7GtjRwI4GdjSwo4EdDexoYYcDOxrY0cCO
BnY0sKOBHQ3aGBHAzsa2NHAjgZ2NLCjgR0N7GhgRwM7GtjRwI4GdjSwo4Ed
DexoYYcDOxrY0cCOBnY0sKOBHQ3aGBHAzsa2NHAjgZ2NLCjgR0N7GhgRwM7
Gtgxd8Qn0cn0HjqF3kun0ml0Or2PzqqD305n0ATqLPkhn0zl0Ln2IttGH6Tz6
CJ1PF9CF9FG6iD5GF9PH6RK6lC6jT9Dl9Em6gj5FV9Kn6Sr6DF1Nn6Vr6HN0
LX2erqMv0PX0RbqBvkQ30gzNUpVqVKe559ykFrWpQ126ib5MN9NX6Bb6Kt1K
X6Pb6Ot0O32D7qBv0p3Us6OBHQ3fjt7j+S09RX9H9T9Pf0zP0K6/CjgZ2NLCj
gR0N7GhgRwM7GtjRwI4GdjSwo4EdDexoYYcDOxrY0cCOBnY0sKOBHXnGsKOB
HQ3saHT8e7UOG/0J2MjERiY2MrGRiY1MbGGRiIxMbmdjIxEYmNjKkxYmNTGxk
YiMTG5nYyMRGGjJyYsZGJjUxsZGGjJjExuZZ2MjERiY2MrGRiY1MbGRiIxMbmdjI
xEYmNjKxkYmNTGxkYiMTG5nYMRGJjYysZGjJjUxsZGljExuZ2MjERiY2MrGR
iY1MbGGRiIxMbmdjIxEYmNjKxkYmNTGxkYiMTG5nYMRGJjYysZGjJjUxsZGIj
ExuZ2MjERiY2MrGRiY1MbGGRiIxMbmdjIxEbeem36NjKxkYmNTGxkYiMTG5nY
yMRGJjYysZGjJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGGRiIxMbmdjIxEYmNjKx
kYmNTGxkYiMTG5nYMRGJjYysZGjJjUxsZGIjExuZ2MjERiY2MrGRiY1MbGRi
IxMbmdjIxEYmNjKxkYmNTGxkYiMTG5nYMRGJjYysZGjJjUxsZGIjExuZ2MjE
RiY2MrGRiY1MbGGRiIxMbmdjIxEYmNjKxkYmNTGxkYiMTG5nYMRGJjYysVHu
iE+ik+k9dAq9l06l0+h0eh+dQe+nM+kDdBZ9kM6mc+hc+hBtow/TefQROp8u
oAvpo3QRfYwupo/TJXQpXUafoMvpk3Q9fYTVfQZupo+S9fQ5+ha+jxd
R1+g6+mLdAN9iW6kGZqlKtWoT2ae+YtalOHunQT1zlupq/QLfRVupw+RrfR
1+l2+gbdQd+kO6lnIxMbmb6NTGxkYiMTG5nYyMRGJjYysZGjJjUxsZGIjExuZ
2MjERiY2MrGRiY1MbGGRiIxMbmdjIxEYmNjKxkYmNTGxkYiMTG/FcYSMTG5nY
yOywUYeN/gRsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWN
LGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsb
WdjIwkYWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2
srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxs
ZGEjCxtZ2MjCRhY2srCRhY0sbGRhI2+ltnwbWdjIwkYWNrKwkYWNLGxkYSML

G1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYW
NrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ2MjCRhY2srCRhY0s
bGRhIwsbWdjIwkYWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEjCxtZ
2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNLGxkYSMLG1nYKHfEJ9HJ
9B46hd5Lp9JpdDq9j86g99OZ9AE6iz5IZ9M5dC59iLbRh+k8+gidTxfQhfRR
uog+RhfTx+kSupQuo0/Q5fRJuoI+RVfSp+kq+gxdTZ+la+hzdC19nq6jL9D1
9EW6gb5EN9IMzVKValSnBjVp7vm3qUNduom+TDfTV+gW+irdSl+j2+jrdDt9
g+6gb9Kd1LORhY0s30YWNrKwkYWNLGxkYSMLG1nYyMJGFjaysJGFjSxsZGEj
CxtZ2MjCRhY2srCRhY0sbGRhIwsbWdjIwkYWNrKwkYWNeJawkYWNLGxkddio
w0Z/AjaysZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKx
kY2NbGxkYyMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRj
Ixsb2djIxkY2NrKxkY2NbGxkYyMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjG
RjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYyMbG9nYyMZGNjaysZGN
jWxsZGMjGxvZ2MjGRjY2srGRt0bbvo1sbGRjIxsb2djIxkY2NrKxkY2NbGxk
YyMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2srGRjY1sbGRjIxsb2djI
xkY2NrKxkY2NbGxkYyMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2srGR
jY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYyMbG9nYyMZGNjaysZGNjWxsZGMj
GxvZ2MjGRjY2srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGyUO+KT6GR6D51C
76VT6TQ6nd5HZ9D76Uz6AJ1FH6Sz6Rw6lz5E2+jDdB59hM6nC+hC+ihdRB+j
i+njdAldSpfRJ+hy+iRdQZ+iK+nTdBV9hq6mz9I19Dm6lj5P19EX6Hr6It1A
X6IbaYZmqUo1qlODmtSiuaPgUJduoi/TzfQVuoW+SrfS1+g2+jrdTt+gO+ib
dCf1bGRjI9u3kY2NbGxkYyMbG9nYyMZGNjaysZGNjWxsZGMjGxvZ2MjGRjY2
srGRjY1sbGRjIxsb2djIxkY2NrKxkY2NbGxkYyOeH2xkYyMbG9kdNuqw0Z+A
jRxs5GAjBxs52MjBRg42crCRg40cbORgIwcbOdjIwUYONnKwkYONHGzkYCMH
GznYyMFGDjZysJGDjRxs5GAjBxs52MjBRg42crCRg40cbORgIwcbOdjIwUYO
NnKwkYONHGzkYCMHGznYyMFGDjZysJGDjRxs5GAjBxs52MjBRg42crCRg40c
bORgIwcbOdjIwUYONnKwkYONHGzkYCMHGznYyMFGDjZysJGDjRxs5GAjBxs5
2MjBRg42crCRg40cbOStzo5vIwcbOdjIwUYONnKwkYONHGzkYCMHGznYyMFG
DjZysJGDjRxs5GAjBxs52MjBRg42crCRg40cbORgIwcbOdjIwUYONnKwkYON
HGzkYCMHGznYyMFGDjZysJGDjRxs5GAjBxs52MjBRg42crCRg40cbORgIwcb
OdjIwUYONnKwkYONHGzkYCMHGznYyMFGDjZysJGDjRxs5GAjBxs52MjBRg42
crCRg40cbORgIwcbOdjIwUYONnKwkYONHGzkYCMHG+WO+CQ6md5Dp9B76VQ6
jU6n99EZ9H46kz5AZ9EH6Ww6h86lD9E2+jCdRx+h8+kCupA+ShfRx+hi+jhd
QpfSZfQJupw+SVfQp+hK+jRdRZ+hq+mzdA19jq6Iz9I19A9W6nr5IN9CX6Eaa
oVmqUo3q1KAmtahNc8fCpZvoy3QzfYVuoa/SrfQ1uo2+TrfTN+gO+ibdST0b
OdjI8W3kYCMHGznYyMFGDjZysJGDjRxs5GAjBxs52MjBRg42crCRg40cbORg
IwcbOdjIwUYONnKwkYONHGzkYCMHGznYiGcGGznYyMFGToeNOmz0J2AjFxu5
2MjFRi42crGRi41cbORiIxcbudjIxUYuNnKxkYuNXGzkYiMXG7nYyMVGLjZy
sZGLjVxs5GIjFxu52MjFRi42crGRi41cbORiIxcbudjIxUYuNnKxkYuNXGzk
YiMXG7nYyMVGLjZysZGLjVxs5GIjFxu52MjFRi42crGRi41cbORiIxcbudjI
xUYuNnKxkYuNXGzkYiMXG7nYyMVGLjZysZGLjVxs5GIjFxu52MjFRi42crGR
i41cbORiIxcbeeuy69vIxUYuNnKxkYuNXGzkYiMXG7nYyMVGLjZysZGLjVxs
5GIjFxu52MjFRi42crGRi41cbORiIxcbudjIxUYuNnKxkYuNXGzkYiMXG7nY
yMVGLjZysZGLjVxs5GIjFxu52MjFRi42crGRi41cbORiIxcbudjIxUYuNnKx
kYuNXGzkYiMXG7nYyMVGLjZysZGLjVxs5GIjFxu52MjFRi42crGRi41cbORi
IxcbudjIxUYuNnKxkYuNXGzkYiMXG7nYyMVGuSM+iU6m99Ap9F46lU6j0+l9
dAa9n86kD9BZ9EE6m86hc+lDtI0+TOfRR+h8uoAupI/SRfQxupg+TpfQpXQZ
fYIup0/SFfQpupI+TVfRZ+hq+ixdQ5+ja+nzdB19ga6nL9IN9CW6kWZolqpU
ozo1qEktalOH5o7IJvoy3UxfoVvoq3QrfY1uoO+T7fQNuoO+SXdSz0YuNnJ9
G7nYyMVGLjZysZGLjVxs5GIjFxu52MjFRi42crGRi41cbORiIxcbudjIxUYu
NnKxkYuNXGzkYiMXG7nYyMVGLjbiOcFGLjZysZHLf8cXFv94K9ZSceQDUlT8
E/c+0vky0WDpHeKfnydmltzi3VORvVsSd519v5KHud9tUjBxomRB555n35b4
CbeNlyIlMyQl8ZPSm0smlLx59j3KfiTeY8NSv9IJUufO00oek5TSseKek0sm
dG5JfFSyoET7dlZ2Sclj/6X79RO3n/2TPMH36FI6uxRPfpz7zM6vl9wjvt6b
klKyt/OEknvEV86/td/Zt57j6/VL3iZ1PtfXS9zFT/nN537nfv3Ofb+zv4f4
OcOIE0rvLJ1Yelfp3eXfF9F9+xUJJL7y990DtWJXO04dzjsPZEB8882z9i1JEqMk
xSRJiFe8oqXJ4gOlUiBQFiiX5EBFoLfYvzhwndgfEXhO7K8NiFdnYF3gJbG/

MSDO/cAbgV+I/eOBX0pK4ETgC7H/68BJsf+bwG/F/qnA78T+6cAZsf+VHJAU
WZaDwtghOSz2I3Kh2O8kx8R+kXye2C+Wzxf7CblE7JfKXcS+eHMU+xVyV7Ff
KV8o9nvIF4n9nvL3xX5v+WKx30fuI/Z/IP9A7PeV+4r9S+RLxH4/eb3Yf1F1F+
UexvkDeI/Zfkl8T+RuUqKaAMUa6WFGVoqLMUECYWP69wcYvYbw1dJSmhIaE7
xP6E0D1if0rofrE/MzRH7M8NLRb7j4ceF/tLQrvF/l+G/lLs74mKZ1QI83uS
HO1VcK8UKJhaMFVSCqYVuVKgaFPRJkkpernoL8X+nqK/Fvt7492kQLx7XDxX
8d/Ev5IC50nniaN1nlx8kRQo7ll8g6QUjyoeJfZvLL5R7I8uHi32byoeI/Zv
Lr5Z7I8tvlXs31Z8m9i/vfh2sT+++Emxv6J4hdh/KhESr6mw0KeSuKv0enFY
R4rXnVx6u3iFBUrvEOeMXHpnl99JgS6nu3wlXtFSUhx64dRaSUnWJevEvidU
JTkuebfY95yqJHeV9xIrwffFGRbArEp5n/KH/f8i1/urUeInLd9U/pr4+LZy
cYaV7yz31r9d5b8R+55ulYpkRVIKVJRXVIiVpmvXi71XvH8OytKfibPoOOfP
rzlzTnnnTOArzpYQ50knzpBizo1SzooKzocenAniXFWuFsfUO2oTRCeGJore
HRKPX/xeM5kjOFN0VmiW6OzQbP9YRONV8SpxLHrExdeJ94yLVSneK95LtHdc
fM14n7g4u+J94+K8iveL9xPtH+8vellcrHrxy+OXi14Rv0L0yviVojXxGtG6
uHgO4w3xBtHGeKNoc7xZ9Kq4OPfit8ZvFb0zfqfoXXGxRsYnxSeJTo1PFZ0e
ny46Iz5DdFZcPNr47Lh4tPG58bmi8+PzRRfGF4oujzMb40vlT0ibhYk+Mr
4itEV8ZXji4Tf0b02fizos/Fxes3/nz8edEX4i+Ivhh/UfSluHgtxzPxjKga
V0X1uC5qxsVKEbfjtqgbF0c2/nL8ZdFX4q+1bo1vFd0W3ya6Pb5ddEd8h+jO
+E7RXfFdoj+K/0h0d1y8RuJ74ntE34m/I7o3vld0X3yf6Lvxd0Xfi78n+n78
fdEP4h+I7o/vFz0QPyB6MH5Q9FD8Okjh+GHRI/Ejop/FPxP9RVysP/Ffxn8p
+qv4r0R/Hf81Z773d35j/FXf4kSx+N0s91d9Oyc6i/3cX/UtS5SSJ/S78Jd+u
iUqx342/29sj0UPs5/5u7/cS3xP7vfjrvZfwV3Hm0VH3AJ3iG0ra343u7v7vCMS
14v9kfwV3TvFa7aTeCWKdTopfgeQgknxa7BUKH577CT2Y8mYFEkWJeNi/7zk
eWK/OHm+2E8kE2K/c7JM7HdJJsV+ebKb2O+e7C72L0hWif0LkxeK/R7it9Bg
8qJkb/E1L05eIvb7JfuJj1+a/KHYH5AcIPYvSw4U+5cnB4n9K5KDxf6VySvF
fnWyRuzXilUiItaHHBrGfSjaK/aZks9hPJ9NivyXZKvavSg4R+1cnbxb7Y8VK
EhFryCPiJ5ov1FmQXCD0F06uFcoLJdcL34WS3/FCyW9//9UoaT3vwYPJT2X
KcmXhbZCye3CWaHkm2IVCrHyhISkTiOm30udys/w94LDFYVSsKJTRScpUhGr
6Cz2S8SaE/bXl8LAhMhIKXLHzDsmSH3vmDlturTszodmTpXWTrrvpnSB5Nm
3nWv9OHkuybMlD6feses6YGYVCkFWxtHVkl9rx12c5U0+lbh6SopfeNI0RGS
9NVXUki8A5dLvaXLpUHMFalAqpAu9vcLpa5SH3+/k/haP/D3Y1I3qS+rnjeX
xVAkFUty03U3VEndbxjZJL4ftwTFbedJF0j9/Jn3Xt9dusSfKeJzqqRLv/k6
Aen8b/aDYktIF0t9/AlK/O/VWerh75VIF0llknL1iBFDpJ4jr7u2
Suo/auQ1VVK9/xVCUqnUU/qh/5jLpO9JA/xbwlIXqZd0mT+LiLeN70sDpavv
nPHAjMBO+jZ9h75LP6AH16Yf043bvvmjk98KlXuR8dTqfTlfR9eoAeph/RT+hn
9AT9kp7xqgRpIS2edsfMe5Uy2kon0kU0S3fJTA/RTetprkM8NjqRrqEPfoh9M
u3favcGj9AQ97TUpsW0gvagfegAWk2b6fA68oEH+l8RGis6ODS9rf+ggaHF
opeHlosOCq0SvSK0VnwaIPolSFNtDHkiDaFtog2h7aLpkO7RFtCu0VbQ3vb
+l/RP/Se6A9D+0UHhA6XJhY6IjowdFT08tAx/7Xx3+mF4zsJ868/uLsGCDO
g4Gc/1dIg6UrpWqpRqqVxkt3SBOkO6W3Jol3S3dIkYcp7pCnSvd1UJaZo0XbpP
miG+SrzdV8n/nP/57d3b3f7ff3wB6X4a+E5nnrUfO6uBc7ZMvGLrxKuqQUpJ
jVKT1CylpRapVbpKGiKNla6Rhk7knSSsOl68SKcr00krUgd+9z5et/dmv8P7o1
OnF7V7KwKCq/8sHHvVR8RV8a9j/72AXi8cTFClYsVqaEWHlKxxIsJtaOpFpGzK8Ta
WCnWwe7iXlXijOohVqOeYyo3yb5JdaS3jSo3I6fT6eOtlv7vb
bhczxZ/9s3T3vt7FOm/z3zB6/xsU1JbN00/z3PT3+JODQ8Cd06x29Ybu/7xE6r1nr3
O+lEehe9m06ik+n4q+v+rd/s9b8+q9qr5DY6e2Gv+/kYcHM+iPwn3k2q8/3o+mnF 8E6
yRdJ/3ghJ/7d2Y5df1uSdOPJNDHT3u+fW/i7KX4fkWYzSJg6/++bc7FBvVQT7m6hB2
zRzkf9uHrz7p+dqTCO7XtEm/rNsfEPzg8mdW+rDeeddjo
sFdbjlsS/U1ZuzS3h3xDGGLzRPZcfdPQ/s1P/9+whYXpNt8jWnKMSF5MvZzMH++79r7rUvt
8KmT+d0JZw5g+9f7Px8u3YGJzL1SmJYy
dJ00d0buo8svOEzjM7L+q8uvOOzoc7nypUdaJaMqMlp6dLySt
+5RWlw4tHVs6pbStHnp+tJNqKk3y09XXK7NqPXbS5T/mpqkwnyU/JSK0dLy+i0+Q
lS0vW1+2qWxx2btlh8uOLZ3Z3i3lZ 3uVnLYl7YuuzzPKpy6du
73Y53OVYl1lPJQvrUB9hqqQFCSFOS5cbcnlwkkKQkbkruS7yYyPJJ48fW5UTSLjeI37CCCq
y4eWjy2fUtp4tWt5zm3WQ4+r6mKdZCkfgh_WPLppS1
lS0vW1+2qQWxX2btlh8uOlZ3qQUtilokufLtVdhnYZ22YK7bkru5j65fIdi4q4sw
73Y53OVYl1ll1PJQvrUB9hqqQFCSFOSbcnlwkkKbkruS7yYYPJJ48fT5U5XllelI37Cq
y4eWjy2fUtU5Wvrx8WHy4+Vn6oorKio6Io7pfYr6+bcj9XjciIo8mYf3+G6ys2VeyqeUV
6ys2VeyqeLficMWxilNdC7tWdO3TbrO0+5j8u07p2pZtZ1dl3Xj13a6aH
6ys2VeyqeLficMWxilNdC7tWdO3Ttbrr0K5ju07p2tZZ1edf1XTd13h13a6aH

ux7reqqysLKisk9ldeXQyrGVUyrbKpdXrq/cVLmr8t3Kw5XHKk91K+xW0a1P
t+puQ7uN7TalWxuvgdy/dxBrW9cVYh5FNCXitRjwLNP1cG7Ue+XGnevO+hxh
mIKm9vORA9rPb/is/fymg+3nc2a2n7d91H4+b71UED1rvvLus24PSwFrf/v5
a94rqYBXWoJHHHj9QG7c1U98PPDtV/qrbPv5O/VnzcU//2sq82+fDe9jG/zx
vdz4ntz+a7zXn3lQrHJIYiXrlbvl777Mje/H/bHJH+dy76R4N6sXK/hw8dq/
Tbyip0uzpfnSEmmltFbaKFnSFmmH9La0V3pfOigdkT6RPvc/u80fHX/cmxv/
XvbHKn8c548z/fHt3PhBzB/92z9Y548Hc+M/IPljjKH9c44/+7fsT/jjCH1f6
4/u58cf+T/tj//YfL/bHXfzUPcS71Uixyk0Qa9VMqU1aJC2XVkvrJU3aJG2T
dkl7pHel/dJh6WPpmHRCrE5yoDCQCFQCEegT6BAYEqgNNgaGBkf5X9J+BA625
8R/9Z+Afd+fGg/4jPbjIH7/Ijf/Uzx+X+ONHufFQD3/03oaG78Z/94/rN/
/3/+NDceNnLj/56QGz/0P//D1bnxX4L+ONcfP8iNR/r4o//1jvhf7yfD/HFb
bvzIf/wfzfLHQ7nxXwf743p/PNP+bPw41v6M/o+ezGOcmf3Ocdbl7uU/mv84
nRs/X5Ubf1/H/9L+o90f/0fxisz++44+ncuPxxAf4441B8Xfl7dNz/3F/298fJ
3Mf77aqn8N5AYbu0EM0o8b47UbyP5e7jn0e/9L/PiWxu/NUQf/wsN37hP/u/
rvbHHbnxpH+UflPsjyvO9Zr9jf/Vv/SP2W/9j//2IPeukeZJi6UV0hppg2RI
m6Xt0lvSO9O7GHpQ+mo9Jn0hXQ6EAzEAiEAiBytIB0YThfHgVGBeY
GJgamBWYF1gcWBFYFE9gQMAKbbA9sDbwXeCbwXOBQD4MHA08Fngi8BpOSjH5BK5
Uu4p95UHhyrVyWvbPi1P+K/d3/k9wuntu/H0qN57xf8KvckdSFq8oxkDuvJPl
3JGVg71zY2h0bgznnlk5sj03RnPPuFyQe53IhUF//PJwbO+XOTzm2PDcWtTcyN
8XRuPC93NuUAuDvtj7vyWz8+9tnnIidwbJnSv9MbdyyCULc2Np7vUsl8X88UUBu
7JJbhWXxv3j2N6Y3Y3ljfzyRGyt25caJ73jaRu/vfpljtD5O5v5c5cYLVvvvrj
sdxY75Y/+hf7P1SO3OsoSo8X+c/c/DRf7j7JJK7N+TvDdfL71H3ar8b9/7O0c
Z3LLjxbmVWu6Te2XJJxjb7nUr9+3e+3nUr95+3N11Pbbw+R+EvzY/mA5X/c4f
2fVG7n3n3rGdhh/+odxxxp/2/2jfPc/f5Th2F5Ph3c3d7d7eel6zX3v3oXv2zz/+iR
G/4j2evnBv/5sVc+MGM+9X/nH/ne5fMG9v5/r31N17yyxG1Y/2xxz/7Bb
G/f4j2evnBv/5svc+MGM9/v+4zr/XzMrC5vh7xHxd3dx3/+7VVzEOf7iZ60J1lXSLN
5HH+h7/7Gfu6/1/jfu6/1/rXlX6v8+K6/r9jTG7hh/JdRf1dD2w/PdKM0nSRr6/0
/t70EEjtnj7nvqqchRf30oy3vMuVsT0/pj2n0+v0Nfc8v5s/4ttpo1oDe/4v8
xdlQTePhUZobm+a0+yoX+ic+nnkTx3XztQ/5sXdbRfXnLYzvBq/+7xMb72/jAQ/K
N/62+x/6Cr+t4I/7c+e+Pv/J/1/P/Q9c/n68/NebsKe5sxDl/Ij8O/gd+ap
8ozvgDP7/NF/H/4m4/+c/c/4+c0/EfaWEAPO0w3rdC90y/5c
znuEEtjmj7nvqqchRf30oy3vMuVsF/sr282rX0X02nN0f0JXlEJ/TPnjLKKgGJAi
fN9v5Zi7bbk/5o6fEtPar8b8/506KEvJ/itA9J0mfHhHw5Uev3ZvfXL/XL3
LX88nhvvO3jx3r9t9v/jHtfdq9/to6CrckvvP1t+C++Hbr/RrW4cRr/N4xxrW7y
U+4zvjvjan982/9x/1hhY4Y+r/t/jjDHzf4415tJDrafP441zLa6t/u/r0+pp
vSmxKn8ces73diXmP5cx/zzmM7fTfIHnCWUomT+77uv1qUopyki81bxcuLc
2a6cX+yKPK/JWJOX8J3j3Njef2TlTlajf5t3JKjK2/fx/v4dm38f/6/tf3/zB
37z5sLz51Lz5yrz51rx57t9rtHtM3fl3dWC3FdCb7b85P5o3/s7ej7g3+5sS5/wRff
+/mTU68VWPn958vWN58f8e/u7//luf+ar+7iuK8t+/0+8C8/W+W1588+58/cn+
fzx0juv451WPnn455xW/b7/38wVj2u469L+/++8RL/S/wi7Qv78N/j6?9bn
vbcrN1e1n99iZeXJ+9mZ5hee/Ya/5c/2+d7/+++5/5bh0JzKPaf5
P38rTrafPxU10863czX5G8tVG8r+ybWr8i9v8e8L/G8e8fL59PD1rWx+/0wes/
zbW8/+aa8/+fa8++d9vI4Ju2pp2pr/kzibz58L5zmrz50fJZZ8/z3eXr++nv9
Nx/e3nkCrx+TN325+/2dZ5s375r8+Z52/Z5+/3/v+/2L9//eX7/R/+67fSzfhir85
/+78r80Gso350Pz5puPS5u5c3/P5Z*=vnNp?9m=p/1dXcjeeI2
YjBvXpI375k3H5g3+fNR+XNJ*=b++bNQ*=e++r++fN1*=TNjjbz59rz5O3a/XnxL/Lm
n+fNT7efbyjMmyfz53y5ynPx4amv+PvLnn4kJx5v6eWRoj7q7h4z4z7z/?

PEJaIBvyP0lZ5SXlJelAcFZQIf4x9OPwsoBSeEPhHYE/K1zaKRDYFyuOtcjN
sVtiG+WHiiYWTZF/VLSgaIX8TlyOR+X98d/EfyP/sxQo2uH9b4vCB0vO/X/9
xDa4pOmsbYi/9TvHNrJk4TfbErGtE5smtn1sJ7+z9SuVShNlX/jbmW+3LlG2
2865Te6y5Zvt0y4nvt6So/yt7RzbCrGtrvjy262rnNu4JW/rWty11zdb38p6
saXZJpxrS66onFG5pNunZ20nvK171Tm3ft3HfLPN7D73m03zN+ec2xa27f7Y
fjviV9zvgp5sA77ecp99Qe0Fwy9YdsGeC05Xhb0t/6tXxc615b56VVlVyt9G
frt536VqjNfuR7x/Ltp08bpvtk0Xb/1m2+Nv+8R25OJ9fVaJbeMPVvxAu3if
6Iq+VZf06jeQbWS/nWJ7/9LFYlveP9V/tPgn1X/cD3v98LS39U8NqBgwRGwT
BkwdMPOypNgGDNwgti0Dd15+KrcNqrziyJWLq1urj9euFtuGutl1O+sONhT7
W0VDz4YBqWViW5s62lTdPJHt83QV29j0mpZCfysRs7FiHM5seMt4sRW2LG/9
7KqKq1Zcs+OaHcNqr93b/Hnu3mIcnrvXdRu8+123acTCEStHbLg+fP1iti3X
72M7eP3R60+JHhzZW2z1Iw+NPHJD7Q3vi+2LUW+Le225se+NfUf2Fq329sSW
unHojWNuPOJto4Oj+7DVjh4q/qkdPWr0hNGjxrO1DR++8qfqm1E37xXZ8zHxx
v6C4jVvGHBo96uamm4fdsuXWnrftuHPGnW13Lp42YdrO6YOmj/l6nL58+vL7
imdNn7Vw9sHZH83jPic1Z+icUXMmzFk1R5vzzpz35xya88mcL+YWzi2Z22Nu
/7nvzz3+UPihEQ/d9tCMh6yHdrdVtA1sW922u+3wf/3mRe5byRR8ybOWz7P
eKTwkfQj2vwx89vmG/Pfnv/B/FMLYgsGLVi4YJdYGgYgYtHLNwysJZC9cuzC7c
82jw0UGPLntUe/StR08uii6qXjRq0cZFhx6reGziYxsf+2BxfHHPxWMXz128
9/Hg40MfX/f4wSWxJVtVKSv6T1ersrd1qs+TAt5u3jiw58+2WW0H+wGvPyX/F
tX+d5M70c646X688Z23t14elPb/dvNVh6YBvt9y64K2hXaIX9Ox2QqzDg1uG
i58ktwZ7o1hvu2wR6+vJUqnsi5J+36yZ4r7JURfvYf0tKTn57drpP0sLvc8R
W+5eC0ulb5498VFvLea+g73b+bj/DIqvWyK+6z6xakslg/lq/UrWie9c4t2X
94kh53h/GMn3+/Z94Jt3Au/rfHf199f+aLsVf7K/2n/69TrvfR1+ak3sn/x6
JRTHI5w7Xt7alFt/cutb7jh6a6JYAb2jtufr1fGbIyrWuO7O0pT3Gd8e44u3
Lk0tTYk1zrvXSHHblqrUxVu/e06IdXDAWSvqOdbZs9fV766p/srdk7Mpt4pu
+nr99NZ18RHxXZZcCCrOqLj2ztvqV29Y19Kyfk3 scYxXtW9zrHinWpC5Yxv3n38
d5VkW+WEb9+Bcmel997GvSd49xCfW1U5w7uFj4h7eR9PtpX0+/pM7T5X3JJau
nOF9Pvt89Nnv30bPPfSb3Hvrvm1++b375zznCPLu9Hvst07ZT//XEm7408enH7
GP+7i+9//ZbK+u6eDztnn3vWfOe46Wps1+xXz/HuVei92zmzpSL91SNFMdD
HE3vmei+peJLjnfYzOzZnvarXVcXEz+q/w3J0xf7Sod2PLB2a27zv14I5/WO
ireXO9O8cenQQH6zosyr3T1+4drs8q3uNy7Q+1+Yx/x8331lPP2r57D++d
9uzNf8f89/9ZvvuZ/BO+9/aeC/+L29fv2P/oS3/mfK2b97H/8DGO0/t/eUMb/8Ut
/9nBKGdgt333+s+sMtZm3sf5470f+44/uv7blnmfPLqqVS88QRC9NjjSwwZ7
6vG25s+9jzRP8KTD7PMRCz0D+beJTQrhqraem3Ed5ZxqfZ72zPuWaHHJysMNlNbxl
OD7yDDU8XdX5uacToZmvFeNtQeGb6huPeILxZr50av39oFBQyvsI1hGfd6O/
IZ792Ejcl1uDXqti4t5BT1NitVh8YzXuOuhvW/jIYk9dzLbcWO2tS/5tYhNy
W3n9Pk8r9ofN5RrCY2n1nhP29X37de39uIynmdkrPdc3LQ/J/90w0T+TnEY84
90hH9uZre9/paIcl8377X4SN69nnQb2BuJsmB888RvbZZ3Y1xaxgpapj9Qo
tv7SNdRN0g/5Xw1XSzdLd0u10mRphTRRUWiltku6Tdklvi0jvSSdlFZL
h8SWkf5f+pmUlf5NfEU30DXDXQVQovdof8B64RPpxYFjgWumngesCo6SfBcYYGxkx/
D9weuF36PHBHHYKL0i8DUwHTpV5EHA+ukk4H1YqsIbBBBs1UVG3MCmQLfA
7sDfBy4Qv686OCFwqd5Svv8AyQq+Xxwwm4dIXCE8Sb3y+nA1X+RJ8p8/F
5WvlawMp+Xr5hkkiFPoeE0j8B1i8i3aqoYWLdwTJPmB3bPDwyMF9/+HmPX89
A8PkmfLLswwEh5rrww0JJ8hPxyUYY18tLw2w2MFVeJF7gmCw+V/ZruwwG5
4+SDgeftQqP/JPnfgzs/t7PbEAAd/D+Lv6pgCQdvdG9H4/+c9zCY/D4+/GHy+D+D+
7mPA+k+X+jdkrAS8/aPl6wFgGfg+YTOyNT+WP/F8VS7Tt6m+1t5ku/eN8dk
r1K6h68bDmGZ4qw3kHrA5QNcXwQqXk8r5QXp81j4Ff8IL+/HX11pLPqSVP5kH
+bPQ78Mh+T/CkXz79NzE8LJ8Z0RNfP88Wn3fNfUkBv9/TC9crDlyvdw/ef
r1K6h68L36hcGr41vEgZFF/7OLa5o1w9fCLk3+HC6gO/k2eM7i8aelZIrJi
u8LPhzcued7aQ3Cyz+NyTO3NayEo2AyvwyWg1/w0/2Aybtyw3ayyyF+yy3w3/
jfJY+G/D/6g8Hv6n6CFdhfh/LCymw/k+LCyyJnwk/B8/8rGt7w8vGZ8X12v/
RyKRKmVTpFdkPJO5MpInfLjSSCSUg5/5mNiKf8gcZrhyJXf+5XvlpZ0FFxDRk

lHI0MjoyWvlZZGzkduWTyJ2RicpnkXsi9yifR+6NzFV+EWmLzFd+H1kYeTQo
R5ZElgaDkeWRJ4PhyNORdcFoZH1kfTAR2RDZEOwc2RjJBEsiRsQIlkVejvx5
sEvkryJ/G+wd+YfIweClkf8dORG8PPJF5FTw2sjpyFfB UdFe0V7BMdHe0T7B
m6P9opcGx0UHRgcGb4teGa0O3h6tjdYF74imoqngndEh0aHBidFh0WHBSdHh
0euCk6M3RG8MToneHL05OC16Z3RScHr0vuj9wQeibdG24OzoI9FHgnOiC6OL
gnOjS6NPBB+OPhldEZwffTr6dHBhdHV0dfDR6Nroi8FFUTvqBJdFX46+HFwe
3RLdEnwyeiL6q+CK6K+jvw6ujH4Z/TL4dIFUEAiuKggWBIOrCyIFhcFnC2IF
XYLPF5QXlAf1gq4F3YNGQVVBVdApvKFwbNAtHF84Pvha4cTCicFthZML7wm+
Xnhv4b3BNwqnFU4P7iicUTgjuLNwduHs4J8VthW2BXcVzitcEPzzwqWFm4N/
Ubi7cF/wZ4X/WPhh8PPCI4U/C54s/G2niuCZThd1WhWq6rS6kxpa2WlHp7dD
Gzv9facTITsWiSVD/yv2g1hL6F+8/+og9GXs3tiMcEFsZmxW+LzY7NjccCLW
FmsLl8bmxR4Pl8WWxVYKGq6KrQp/P7Y6tibcO7Y2lg3/lKbFtPCgmBHbHL4i
9mpsezgVezP25+HW2I9iPwpfE/uL2F+Eh8X+MrYvfG3svdj+8l2xA7ED4XGx
g7FD4Vtjh2M/CY+P/WvsePju2K9iX4Znx07FTofnxc4USeEFRXKRHF5UFCwK
hx8rihYVhZcUFReVhVcUJYuS4WeLKooqw2uKuhf1DD9f1KuoV3hj0YKiBeFM
0aNFj4ezRcuKngqbRc8UPRt+uei5orXhLUUvFL0Q3lr0YtGL4deKXipSw9uK
9CI7/GZcjsfDb8UT8S7hv413jXcL/338N/FT4f3S/yHuTeCjqLI+7NtVna5O
d4V938MquKK4gYoLMm7gijKiGBV1gqCyb4bFuKPiyiIoLoigsgwRFYEIAgLB
QEI6SdMdSEhokjSdykK60yQh93uqjL64vc7MO9/36e+xumu5dc//nHvOuRmG
OGzbpE8dJreoI0RTdaTQ1YmyUk0Vl1J3tskMvgWsTyF1hDwmbPy3Rij8d686
UmYIt/hc1oudst6WIFraHhR32B4S7W0Pi3jqRnPb46I5dw7gzsHqOPmdsDFO
kbBzr869zblX516XNV6AuwwCabToxPUeXB/B9c5c78FYvRgrnqeXMp8jws2n
Dcy3ufo080iSXzPfgWqRXKQeExeoAXGhWizOVktlpho0/9QYo2cweqGw80lR
RzbUMZu3GWmHmC6aUjObwUDRVwyCMTJTPAKPwiRZLCbLajEFpsI0mA4zhC5m
yoNiFjwNSTAbknn+WXgOnocX4EV4CV6G+fAKbBLXUqGvFVE+N4AUfW0CbHCb
GGS7He6AO+EuSBS32n4QXbE4Ub1bXKGOEk71ARgnXlTniC7qPNFNTRZd7Mvl
QfsH8CEcFH3tWeCBbMiBXPDCIfCBH/LgsOgb00xmxhTIgzEnhB4T4nMZVMiD
jhhxk6Mvx4tEX8clHMfJTMd4eAKehCmy2DEV0MaBNg60ccwEtHGsE4Mc6+Fr
qBGDtH6iq3Y2PCD6agnwEEyAiTAD5sI8QCPtdXgDlsOH4lrtc45lYEAFVEIV
1AAaOh+GMfAITBFdY4UYFNtKdLVi9zhx7bl+leL1GtGaqE0halOltt5E2zVE
2zNE251E20NE241E29XcvYJ4OU+9W76m3iNnEkEXEzfvMEKCmipXqkXEWUCo
6nFisFSMsuLsGHfliea/rIrR4vwzxr+B8acy/vWMfyl338vYbzP21zx1EWMv
ZOyljLeF8e4WTRilnFHKGaUZo/RhlCcY5XxxGOZ9RzmaUPszyCCOdxUhjGOVC
RlhlWbqXT+tEO8b4jjG+Y4yzbA/IbxnnfMZ5gHEGMM6djDPYIigPMNb5txsXy
G57czHh2xpvKzB5lzJbMLJnR5quFsprZpaklrNZSca4abFyxzRm1H6MmMuql
jHo9o/ZkxLMYLYsns1h5w7ByhHA3ZpjTZBlzsywRyTIknoXn4Hl4AV6El+Bl
mA+vQJqMin3wI6TDfjgAGZAJByELPJANXjgsp TgC+VAAR6EQiuQ+cQwCUCX9
4iTrvBrCEIEaiJLdTnG9FuqgHk5DA3ORMmQTYLOyYpF6LxF2nyxXR3NMkOX2
gzJkzwIPZEMO5IIXDoEP/JAHh6FERu2lEIQTEIIyMKAcKqASquAkVANzsTeA
lPtiWsh92tUyql0PN8HNMFwWa3dxHAH3cn0UjIYHZEhLgIfgca5N4DgRJvN5
GkyHGXx/muNcjvPgeT6/APhBW8DxdY5vwFt8fhvegYVwwiPGXc/4jPq/g8+d8
XsfnzYCPNHyk4SMNH2l+KbU8wEcaPtLwkVbAM0ehEPCRVir9WhBOYEsIymSG
ZkA51yoYuxKqoJrv+E6LcKzhOz5yPgxj4BH8bpAramVVLlW8RuyOIIbN6hXD
tzV8u4lvNxLlO9UD4mxh42xEDCEy/USmn8j0E5l+ItNPZPqqJTD+R6Scy/USm
n7uLibQokRYl0qJEWpRIixJpUaloRMREiJgIERMhYiK8bxvv86v3ixj1QXiI
CHpYFhE1fqLGT9T4iRo/UeMnavxEjZZ+o8RM1fqLGT9T4iRo/nozgyQiejOBF
P17047kIXvPjNT/eiuCpCJ7y4xU/3vCjehTVo6geRfUoqkdRNYSNoGgE
RSOo6EfFCCr6UdGPin5rxfqEhpbXsJKd1N6t1N6Naga1NpMqRLWx9A1iYSYW
HrX0tffpv7fjWCX2fYYRcMZI6GU+djKdOxlMn46mT8dTJeOpkPHUynyoZT52M
502XUCt7Uit7smY9rFkPa9bDmj3Kmg2zZcsOs2TBrNsyaDVNPW7BmA6zZAGs2
wJoNsGbxt7ZujmAdXqUdZrPOj3KOs1XHxK91YdhnHiWOtqVOtqVOtqR2hlP
7YyndsZTO+OpnfHUznhqZZqzy1M57aGU/tjKd2xIm741mLAdZigLLUYYYTO1C6
1pyHNedhzQWocfHUuHjqHjpyWzz1Lz66Fs9anPHPFzvkz xAeVagyQiejOBF
0LqK/uw1+RweuIF8fpR8PgVP3I3AnPuHqK0T79epBOimPbFCzxUOW9/zc7eMu
LxXzNTmbbw/x7GEzeLs1Tz7Gs/u5tmbeNbc38XjsZ1dA93nOnhztvsvor
M2Y+tUZ6hOuDub6f6zlcH8RIL3F31PSNdy0hpiHSBdf8hq088Yyv03Ily2pqKr

7V4YB+PhSXgKJsBEmAwvU+mb27aJON7yDKNPZ5y9Vm/0gWirbhYXq9vxf6Ho
QdW+ky6xBZW7A11iD7WEzFDKDIKcOyEupp5PlNt5og09ZXezpvP8OHEjFexe
Yn6UuFEdbXVfN4omzKwjM+vIzDoys47MrCMz68jMOjKzjsysIzPryJOtePIJ
nmzFk09YT8bxZBxPxvFkHE/G8WQcT8bxZBxPxvFkHE/25sn+PNmbJ/tbT+o8
qfOkzpM6T+o8qfOkzpM6T+o8qTc+OaDxyQFYMkr041M/S+MUq0eoQS0/Ct8G
t8MdcCfcJVz0bi56Nxe9m4vezUU/5aJz3yZa8sxtjZ3GTstHR4XHdpYstPWF
fnA2nAPnwnlwPlwA/eFCuAgGwMVwCVwKl8HlMBAGwRVwJVwFg+FquAauhetg
CFwPQ+FvcAPcCDfBzXALDIPhcCu8C0thGbwPy+ED+BA+go9hBXwCK+FTWAWr
4TP4HL6ANbAW1sF6+CdsgBT4EjbSrW3juF36bN/DDtgJu+AHzu+W2bY9sBfS
YB/8KI/b0mE/HKCDuJfdymiZYd9FJ/ED7IY9sBfSYB/8COky274PDsjsmOay
MKYVtIY20BbaQXtZ6FgASwANHO/L446VstzxKayC1fAZfMn5HRzpNh27+Jwh
sx1Z3O/lc0QWap2hC3SFbhAvy7Xu0AN6Qi/oLbO1PnCW9Gl9gVjQiAUNv2sX
8v0irg2Sx7UrON4hy52KLHSqYIcYcIAGTogFF7hBhzhoAk2hGWCvswW0BOx2
YrcTu53Y7cRuJ3Y7O0BH6ATM38n8nczfyfyd8dAdekBP6AW9mdOF8rjzIrhc
ZjsHwiDOXQ1D4W/wAPc9xPFRrj3Gff+ARBgLU7iWBLNhDsyFBZz/mPs/5f5V
0udczffPoIpzYVkYawNsjW0ps2OxI7a1PB7bjRiaZUMdG+rYUMeGOjbUsaGO
DXVsPGFDHRrvq2FDG1kwW25pDC2gJraA1tIG20A7aQwd61i7QFbpBPHSHHtAT
ekFv6ANnscvuC/3gbDgHzoXz4Hy4APrDhXARDICL4RK4FC6Dy2EgDIIr4Eq4
CgbD1XANXAvXwRC4HobC3+AGuBFugpvhFhgGw+FWuE0es90Od8CdcBeMYN53
wz0wEv4OSbLMNhvmwFyYB89AMjwLz8Hz8AK8COw3bK/LGtsb8Ca8BW/DO7AQ
FsG75MilsAzeh+XwAXwIH8HHsAI+gZVABbStgtXwGXwOX8AaWAvkWhu51vZP
2AAp8CVsI5dvh+9hB+yEXbAb9sBeSIN9NssMkI+SJYeSR1oSua/gjrQlOx/
BVk7007Gs5Px7GQ8OOxnPTsazk/HsZDw7Gc9OxrOT8exkPDsZz76WPco6WA//
hA2QAl/CRvhGltk3wbewGbbAVkiF72AbbIfvYQfsHSh2/fDAaHHNBeumFbC
HdMa2kBbaAfthdvxiixzvCpDjgV8XsjnxbLYsYSahA+sbPYB17DF8QnXmLOD
OTuYs4Ms7Vgnjzn0WwwaupYCZ5b7i/q85t4nr38Jmvm8B5ulgnlb22833NK7t
4/gj59JhPxyADKE7sng3ezsHeztHDudyZY2VKX3Mjf2co5hn2bM4Qnymu3bQ
XTvKgT2Lgz2Lgz2L4yRUQxgi2FYjj2lNZJnWFJpBc2gna7T20AE6QifoLFxa
F+gK3aC30LU+cBb0hf6cu5DjRUCV1aiuP2VdoTsV4XaqYIcYcIAGTogFF7hB
hzhoAk2hGTSHFtASWgmXszW0gbbQDtpDB+glnYB5Opmnk3k3k6maczHrpDD+gJ
vaCPLHOezR7tHDgXzuM7nYKzP59/zsQD+HwJXAqXweXYMRBu4fMwYJ/rvJXn
bpM7nbfDHfB3WeN8gHk+yn2/zdLsd53sd53TIIk5zIY5Y5MJf7X+LdrH8ray/k
uJhxl8C7sBQ+ZbxV8HMW/5xz+NAZ5tk6WRMr5LFYG72SU4Zi0TPWxbE551sK
3crsVKjYtpxrB+2BfjBzbyfy5pLnSG/uqJFZottWjff/L+Sc4P8P6OYrZzbxki
RrlB3qcOkzvoTl3mz7a4VibOUS6QQWUAXAqdQ0QaZqdwo9yk3wzC68hHyCN1F
Ht1Fnmuk3Oe6F16QQdeL8BK8DPPhFZgV2Mu5FsDr8Aa8CW/B2/AOLIRFsBiW
wLuwFJbBe/A+LIcP4EP4CD6FGFTKony2DQmWmEWUke+KJ7KEHMf8w8wR8wA2WA
+YeV6zi+JI8qL7N3GSXOJX+dy537XHfKgOsuuBvug4fllUddYGAdPwFMwGV6Q
YWwLY1sY28LYFsa2MLaFsS2MbWFsC2NbGcG2CNbhGNtHbajWxjb
wtgWxrYytwWxLYLYtWWLY1sY28LYFsa2sPsmedR9M9wCw2cA3A43Aq3wey3KLaH
8eGlMhcP/ahYfpR7rJ8cdsX2Vdi9Shkl1ypjYDy8JLehwTZz/43tq7B9Fbav
wvZV2L4N27dh+zZs34dt27B9m2u6XOuaABNgHjwn1zKvbcxrG/Paxy2Ma9t
zGsb89r9VQ7vnN+4x99JdFUTXdXMXsvsvMzOy+y8y8m7L4x7L4JhHPJOKZRDyT
iGcS8UuinknEM4l4JhHPJOKZRDyTiGcS8UwinknEM4l4JhHPJOKZRDyTiGcS
8UwinknEM4l4JhHPJOKZRDyTiGcS8UwiCnhRwIsCXhTwooAXBbbwo4EUBL55J
FNehQgIqJOCLvaiQgD/2KjeIzlg/HOuHN/68dX7jfrofKrRBhYtQoQ0qXNT4
U+K/46u9+GovvtqLr/aixnDUGI4aw1FjGGoMR43hqGGGokYYaaCaiRgBoJ
qJGAGgmokYAaCaiRgBoJqJGAGGmokYAaCaiRgBoJGAGGmokYAaCaiRgBoJ
qJGAGGmokYAaCaiRgBoJqDEcNYajxnDUGI4aw1FjEGoMM43hqGNGGGot1
LH4Di6dicQssnI2F00R7NNqJPjvRJgdtctChBRq04Opb2L8T+3di/07s34n9
Odifg/052J+D/TnYn8M8phHDvPIYR45zCOHeeQwjxzmkcNaSZSf/ibfVYtz
ldvJcSMhkTw3lhz3OIwDxmbGBb/kuiRyxhy5zz1LBt1PQxLMhjkwF+bBM5AM
z8Jz8DyQG93kBRje50U1udJMb3eRGN7nRTW50kxvdkExd3edFNXnSTF93k8TTd5
0U1edJMX3eTFJzhg+Ajc5z8zsQWvuYdZZ4gDUeYI0H0M3Mp/fm6kHWbocC1G2Dt
Bli7AdZ9gLmHmXuYuYeZ5i5h5i5h57mLmHmXuYuYeZ5i5h57mLmHmXuYuYeZ
e5i5h5l7mLmHmXuYuYeZ5i5h5l7mLmHmXuYuYeZ5i5h5l7mLmHmXuYuYuZs5

a6Q8hNo/ovD2X3KWaVG+uBCLUrheyPUavFGPN+rxRj335nOvk3vdrBQXlp7H
SnFh7XmNPwP6AQ/V46F6rEzByhSsTMHKFKxMwcoUrEzByhSsTMHKFKxMwcoU
rEzByhSsTMHKFKxMwcoUrEzByhSsTMHKFKxMwcoUrEzByhSsTMHKFKxMwcoU
rEzByhSsTBEXY0kyvtmDb/YoiaIT/tmDBQ+zAk6xAiJY8iyWtG38yUxb8ycz
WLLI/GkWvtuD7/bguz34bg++24NVyViVjFXJWJWMVclYlYxVyViVjFXJWJWM
VclYlYxVyViVjFXJWJWMVclYlYxVyViVjFXJWJWMVclYlYxVyViVjFXJWJWM
VclYlYxVyViVjFXJWJXrOOR1jq+DCsONP5vTkOZ9VvMeoNwY2869qZjazp2tcam
1lx5B3vSsScde9KxJx170oVDmYJfp8pTyjR5XHmWuHhVGso75k/aOVurPCsj
wsZ/T4m+3BFRphMRM+BZma08L5zKCzz9iixRFoo4ZbGsU5bIOjf9rZv+1t0Z
ukBX6Abx0B3GcM8j8Cg8Bv+ARBgLj8M4GA9PwJPwFEyAiTAJJsMUmArTYDrM
gJmyzrKnlpkWKUmyGFuOKW/LcoWdnrhXmUi0T4IpnJ2OlTNgjsxQ5sI8eAae
Fa2V5+U6ZQH3vS4LlDfgTXgLFstN2LfJrcgf3SrYIQYcoIETYsEFbtAhDppA
U2gGzaEFtIRW0BraQFtoB+2hA3SUBhoaaGigoYGGBhoaaGigoeEeKDPcg+AK
uBKugsFwNVwD18J1MASuh6HwN7gBboQx2PEIPAqPwT8gEcbC4zAOxsMT8CQ8
BRNgIkyCyTAFpsI0mA4zYKbcJOxEzhFUzELFo8pCWUksPSuriJMacRteiOKF
KB6oxQNmhB2l4kSoOBHuiKByFJWjVJgEFSZChYlQYSJUmAgVJoL6UdSPon4U
9aOoH0X9KOpHUT+K+lHUj6J+FPWjqB9F/SjqR1E/ivpR1I+ifhT1o6gfRf0o
6kdRP4r6UdSvRf1a1K9F/VrUr0X9WtSvRf1aq1yEKhehykWochGqXIQqF6HK
RahyEdSNom4UdaOoG0XdKOpGUTeKulHUjaJuFHWjqBtF3SjqRlE3irpR1l2i
bhR1o6gbRd0o6kZRN8qam0p0m2sxCU1nE93PiiaoXYTahahdLp5C41Q0TiXS
S7hzD1oXoXWRMpPvSbKUp6qI/BCRHyLyQ0R+CD+cxg+p+CEVP1Qqr8ndrIBc
VkAuKyCXFZDLWvqR3PADPsrGR9n4KBUfpeKjVHyUio9S8VEqPkrFR6n4KBUf
peKjVHyUio9S8VEqPkrFR6n4KBUfpeKjVHyUio9S8VEqPkrFR6n4KBUfpeKj
VHyUio9S8VEqPkrFR0X4qAgfFeGjInxUhI+K8FERPipihYRYISFWSIgVEmKF
hFghIVZIiBUSYoWEWCEhVkiIFRJihYRYISFWSIgVEsLHqfg4FR+n4uNUfJyK
j1PxcSo+TsXH2fg4Gx9n4+NsfJyNj7PxcTY+zsbH2fg4Gx9n4+NsfJyNj7Px
cTY+zsbH2fg4Gx9n4+NsfJyNj7PxcbZIxIMBPBjAgyfx9/d4sRzP+fDcCTxn
4DkDzxl4zsD/Ov7fgPdCeC+kzOfcq3h6gVyDB0vwYAkeLMGD1IWiyXiwDA9WEidb
8WI+XszHiyG8GMKLIbwYwoshvBjCiwG8GMCLAbwYwIsBvBjAiwG8GMCLAbwY
wIsBvBjAiwG8GMCLAbwYwIsBvBjAiwG8GMCLAbwYwIsBvBjAiwG8ZOAlAy8Z
eMnASwZeMvCSgZcMvGTgJQMvGSgXjLwko4GXDLwUwkshvBTCSyG8FMJL
IbwUwkshvJSPl/LxUj5jeysdL+XgpHy/l46M99x4JSPl/LxUj5jeysdL+XgpHy/l
46V8v8JSPl/LxUj5jeysdL+XgpHy/liwvwUgQvRazV+JMXqvFCJV6oxAMRPGDu
mypRtxJ1K1G3EnUrUbcSdSOoG0IbUbcQP0GUDeCuhHUjaBuBHUjqBtB3QjqRIA3
groR1I2gbgR1I6gbQd0I6kZQN4K6EdSNoG4EdSOoU4k6lahTiTqVqFOJOpWo
U4k6lalfmaGzeFDP6g9Rz13KfKx4BSus2fN5ISym3i+hbnekq+sEnaELdIVu
EA/dYQz3PAKPwmPwD6CDROsatK5B6xq0rkHrGrSuQesatK5B6xq0rkHrGrSu
QesatK5B6xq0rkHrGvEPtC5B6xJmHGLGIVZBkFUQZBUEWQVBS/+fVwC6/y7y
6eAV8ycbfx7tJfijBH+U4I8S/GCP0rwRwn+KMEfJfijBH+U4I8S/GCP0rw
Rwn+KMEfJfijBH+U4I8S/GCP0rwRwn+KMEfJSgYYQsEoZQMIRSCIRQMoWAI
BUOshiCrIchqCLIagqyGIKshyGoIshqCrIYgqyHIIagiyGoKshiCrIchqCLIa
gv/CagjioSAeCuKhIB4K4qEghgrioSAeCuKhIB4K4qEghgrioSAeCuKhIB4K
4qEghgrioSAeCuKhIB4KWjW+wvpfIS/SLbhMg2AbQPob2pcQiNQ2gc
QuMQGofQOITGITQOoXEIjUNoHELjEBqH0DiExiE0DqFxCI1DaBxC4xAah9A4
hMYhNA6hsWljCBtD2BjCxhAxhxrAxhI0hbAxhYwgbQ9gYwsYQNoawMYSNIWwM
uc1YmAJTYRoQb9gYwsaQaEYuDv96zRBp862VHiGnRv5qjdC7T6VHJZWfKatNZ
bQ5W21FWWmtWmksM/yWjTKEaJ8Fs9uXP8q6XZAWRXcHdUdZmBdW5mqfOQ+EI
Clef0TVVEN0VRHcF0V1BdFcQ3RX/H2WbCqKvguirlPoqiL4Koq+C6Ksg+ir+
X+2KzN1KFKV2/7JvqRZq47koXqoTI9A2DW3T8F8FZ/itDW3Nn48TMTMehbjL7F
Vv5bwPe32SO8Q6e0mHNLZDG6FqNrMboWo2o2o2o2sxuhajxaG6pqFrFrFrqmoWsqauqah
axq6pqFrGrqmoWsuqahaxq6pqFrGrqmoWsauqahaxq6pqFrGrqmoWsauqah
axq6pbhFTZcRUGTFVRkyVEVNlxFQZMYVWJJ2WhezG6F6N7MboXo3sxuhejezG6
F6N7MboXo3sxuhejezG6F6N7MboXo3sxuhejezG6F6N7MboXo3sxuhe7TTun
wFSYBtNhBsyUxZbGpxpXQlS0VDaKNsp2Os7vicsdcq6yW65STtJnhOUC5ZTM
UMmc6rnsXs+X26R5DbMvDLn1a+WzRT7xF6458pLNH9cj8eW8G4a+F7VsAO6VF2
Eum7YDfv3MNxn/Qr+9npenhbNsccKBGxSikrNUyPG6ETqoFaWakKWaBq4IT2
7P7Pl0Vqf3lSvRAugotlRB0kC/UEGdIfken640CO0J/k+JT06xOAnKDP4pjE

cTbQQ+vJQMXUXwVWpb6A629xjtynL+L7YljGGCvkKX0146+D9fKk/k/YwLkU
vm/iiE16Bucy4SDk8t0Lfj7nQQH3lckC/STUyIK4VtKIaw1tgN1hHLvDuJ6c
HyvT4+jp45hX3AuyOu5VeTLuHVgCH0tD3NSoqg8/RVE1F1XLULUMVetR9Riq
elE1F1VPomouquaiZgQ1q1CzCiWrULIKJatQ8RQqhlExjIphFCxDQR8K5qJg
Lgr6UDAXBb0o6EVBHwp6f6OgDwXLULAMBctQ0IuCPhT0oWAZCpahYC7qlaFe
GeqFUS+McmUoFkaxMIqFUSqMUmGUKkOpKpSqQqkqlKpCqSqUqkKpKpSqQqkq
lMptVMqHUmUoFUapMEqFUapKdFc+h7OUjXI9SqUSg3UotBJVTihH5GPE2RSl
VC4nuu9Wqum0T8mriLMfVFXuVB3yNVWXTxDt2WorGa92FY+qveRkIr+7ep68
FtU+JvqHEnNL1avkbPUaOarxT2flq/fID9SRcqyaKLeaf34Jq74IJ22nSuyA
3flwbzyOP47wxgBvKGXUCkYsZMRy1tIg1tKV7Ag/w2PbZSZPmevlR2uNlIgu
PH2QJ/fy5DHmFmBubkbwWOthgPTw5Ha5l6eO89RXPNGSJ47yvnxr/bKrttZw
V9bpuXw/Xx7hqQJmuVN0JrJOWk/uJLJ2wR4iZh9P7yeqPHSR2Rxz5DGi4xjR
cYzIOEZkHCUyjhIVR4mKk0TFSaLiJBERJSKiRESUiDhKJESJhCiRcAzPHcNz
J/GamflLRBPm42DmK3jfZ7z3G2zdBHtkLbrmoWdAny4jjF/F+FWMX6Uv4fv7
MsI4VcLOU9XMfCJPFJpxTyf8GblkI7bskBmc9SuZ5BFTwyMyiG6ZjJvLuLli
JG9dwN1zWVNFVrR8I5N4exJPVqJELUrUMkIRSkiUqG5cV9UoUa145VpGTCGS
MpQQ0eOCVvIRtQ3eaAvtoIecpPaEXvKEehZ+7gvn4j10Vwdz/Rrrzy73Zzb9
WXtFqFuNutWsvSIUrkZhicKStVeECkkoLVFiAUosQIkFrL8i1K5F7VrUrkVt
yforYv0VoXotqteiVhLKV6NYkr6GTLQWNstJ+k6OP0I67IdD4IPDXMvneJQx
CuWkOCF/iIuRa+McoEE833vDWDLUPLmANViEN2vjFsrCuEWwGN6F9+Ra4SYi
q4jGQjx9EdnnNNnnNNnnNF6/IJV+mpV+mpV+mlV9WnTCH6YvI2hfgfYVPOUg
R1WSoyrJUZXYXo3t1dhejd0V2F2B3RXYWoGtFeSXSvJLJbmlktxSSW6pJL4r
yS2VzLWaeVaQKyrJFZXkikqbizfOIwIW4v1teP9NvP+mshWPpsJ2uVvZSVXc
Bbvlx0RBnXKQ8x5iyyunKIfkFsUHfsiDw3BEvqDkcyyEIsY8xjEAxVAi5hEt
KUqQzycgROSVcTSgXE5SK4CSz1VwUiaSmzL3F4yt5cVfDc5ar9Sx7V6OC23
Kg0cJVXYBgqY+ctOtMXw2UGecsm5qpvPuhxv5bOmHJtBc2gBreQgovUGovUG
ovUGauvzagc5Te3ItU7QVfxdjefYHXqQ83pCL3mf2pvvfeAsvveFfnw+B86V
15EjHySzrMFr8/DaPLw2j2gfRr58Vb2Eey6Fy+/Qz6uUcB8IgOUe9guOVcJW8
n1Vxg3o1n6+RE1kZdzf+idk1rJBp6r2inToaEuUB8usXeqLM0MfCU7KOVVLH
CnmTFVJHlMwjSuYRJfP0eVx/BI6El+BIeEW00V+F12AB97/DuYWwiO+LYQnj
LOX7+xyXy/H6h/AxrJDP65/IaVSzOfpnfP8cvoA1ciiraigVbg4ROI8InEd/
8DxVbo7+pXxG3whfcd8mzm3mvi183gqpnN/J992c38O4aZzbBz9yLh32QwZj
ZcJByOL+XO71wiGu+YDsTXTPY9UO1Y/ILazcoVTROazeG1i9Q/UizhGDOjGo
HwfiUC+BUrlNJw514lAPATGol0MFVJIBqiDC56jcqp+CWj6fBmJOJ+bICnPj
iLs44i5OlVvj7Bxj5BSyxBSyxJQ4J99jyR4uIAbjdLktLg6a8LkpNON8c2gB
LTnfSnqp9F4qvTeuLeO145720AE6QifozL1dud4N4nl/d86RYclGc+PmyAxW
+Ly4F0SbOHwdh6/j8HXcfHgFXzuXAW3IaK38emWoomWoowWAe2Wpo3FLG
eY95L2fMjxl/Bd8/gZXwqZwk4skSE8kS/7Qq8/dWPd9FJihmxS9gZd/Pyt7I
ql3Hqt1LzQ2zZr9jxRaxKjNZjVmswq2swixW3fWsrNGspHWsmFdZMbtYMcWs
kndYJVmsglSi/xOi/1aifxvRb/4/FS4h4g+1Ssg8o6qtRGcsI3
nNsE31PndnBtp8whe+ZQubaRs8qoXBupgWXMtpTqtZHqtZH8tYKZ7yJPlTLz
/eSinczaS74pJN8UMvNi8rWHmZeTsz3kbA/5ZCezX0MuWEMuWMMs65jlHWbP
Q/U6qD9IpNn1EbqSCbaSCHaSCbWRtIrE2y6hgB1mfq1mfZazP1azP11VSw
g/qzPPcczIdXZA5ZPYesnsPaLKOaHaSaHSTD55Dhc1ibq6lmG1mbq1lLa4j7
NcT5GmK6lHrioZ54iNtSaoqHWC0lTncSlyuIyxXE5Q5pisZRYKyTWCom1QmKr
lNgqJa4KiatC4montchDTO2kwm0kplZT4Q5SOXKKIjxXERynxUUgHuZU4SIXt
dGi75TcofYzqkEksXEs2zyOb5xEP+1C1AFUzUDWDmPiazH0EZfeQqfNQdg/K
7iE2ThAbx8nGWWTjLLLJxFjFyDjFSQ5b1kWV9xMoh4iRAZk0ns6aTWdOJmWyy
6SGyqJfMmUVGzCQjZqL6MVQ/htrHylCZZMBMMmAmGTCTDJiJsssfleplkvUwy
XSYZzUsW85HFfGQxL1ksnSyWTgbzksEOkcEOka0Oka18ZCcf2clHdvKRndLJ
Tulkp3Sy0yGyko+s5GvMSulkIx/ZyEs2ysI7e8gseWSWPLy0Bw/tIbscIbsc
IYMcIVvkkS3yyyAx5ZIY8MkMensrAUxl4KoOscIQMkIenMvBUBis/D0/tYeVn
suIzWfGZrPhMVnwmeKz6TFZ/Oak9ntftY7T5Wu4/Vns5q97Ha8/BiBqs8j1We
xyrPY5XnsScuoTs2++oBsl5czCoz91mPs6IWs6IWs6K+x89zWTWn8uROtK/JqC
X1NYLUH8WoRf1+LTtfh0LSsiyiql4ou5+YSh+CkP+YS8VGifDFDRvpgoX4wv
5hLlIU8I8SpQvJsoXE82n0GstOq0lmk+h1Vq0KkKkrIqL6FHoVEcmn0CcFfVLUQ
JwV9iojmU0TzKTRKQaMU9FlL9EaJ3EaJ3sVE7ilsTsHGHfJVIrYGC7by7SRzD8vP

**Ford Emails 325**

iM0jogOWneRbAMtKsawUyyqwKp08EMSydCxLZ3YnmV06s0tndieZXTqzOsmM
TjKjUmZUyoxKmc1JZnOS2ZQym1Jmk84szL1sqejKm8K86RBvCvCmAG8qQUNz
j5rB26p5WwZvy+BtYd6WwdsyeFuYt2WgRRVaVPHWMFpU8eYwbw7w5gBvDqBF
FW8P8/Ywbw/w9gBvz+Dt5v4wwB7hCPnypDyA1Qd4czVvzCOXbSLj5pJxzf3B
11bGdXBXdeMeKtj4/2E6Xx0pLrSUK+BKHlcKrG/m3q7O0jGm8akqvoUYP4fx
K+mGvfS0IRSuxU4XSgiIoSd1gAbxfO8N78kKxjhieSaTu/1UEXOO1aI3Y+zi
yjfoV8VY33LH8Z/391a9EeQXDZzgkt9i1e1Y8zA6VqHjEXQ8go7m/voI+lUx
h2+Zwy7msIs57ELLX++7O0KnM/bf8dzfk7XYm+N73L+cc+ae24bNhmjL/CqZ
UyVzOsGcTjT+BKec2Zcyr3LmVc48yplHOXMo592VvLuSd1fy3hO89wTvPcH7
TvC+E7yrnPdU8o4Toiejb8b6H7B8zxlZ1oPOa3hTxMqqLutPijzX6MtDWJ9o
/omen7MPFu/hrZt562beuvkPM4+ZaeK5z8wyvTmaGeM97v1txoi1quhJ+oBT
7K0d+HWEfKrxT3cc4M1/t/7E6IXM+wh3fo3X0tkX5DD/71Bp3RkZxKwMXpR6
D1+bdfc4ar2HWu9hz3eMOp/R1uLFdHq3HBR8DwXfw5PpqPgeK8LLivDi0XTs
+45V4cXGI9h4BBuP4NV0erAcerAc+q2c32QOL15Ox8vpv2SOeMboKd/D9u+w
+wheTreyR0dU96O63/ppRJgsckruYNZlKO9nxmXM2PwZThlq+1HbzyzLmGEZ
KvtR2Y/KflT2o7Iflf0o7OdNZSjsR10/6vpR14+6flZVmKxbS/UjeoiwsPxO
KFTBWjqlU0KlG9nNt0q+FYt4vhnsYaL0Jwb9iUGlrKFS1lApaxp/RhikZ6mg
j49S8YJUuiCVroZKV0O/HqXaBenRo/QVBj15lOpWQ3WrobrV0HdH6bujVLYa
KlsNfYdBZQvSexhUmhoqTQ3VpUbEUstPMZNl1G6Dmm32dcd5q4EHP8aDH1tZ
JZZqX622IpOcK0NYUMpdIfVi0ZQMw55H9Oc9XmFnnGOMY/7MNWpagMW69ROE
oHk/SrRiPV0so5w3fyrLHTxXKFrzzbS+Guursb7asvxeeoXRMvsMy6uxvNqy
OoNjJhwEP+QB1mFZNZZVY1m16Mbb9qNvGH12t0Tf3zJ057w7xlgDahnlDgDcE
ftmNb7B+4hdA2zDa5qJt+Fc79Fy+e62fAlo7dbTN5e0BtM09c7cubFgeFj3V
OD61ksvplgy6JYNuyWBOXzGnr1ArTMdUSsdk/nStDJ1O0BkZeKAeD3yOBz5n
H9mCfaT5pyPNrqeUrqeUeX1Fd1NKd1NKd1NKd1NKN1NKN1PKfL6ikymlizGY
01d0FKV0FKV0FKV0E6VCYzb/5M0neWOUN57kbad42z7etk/04OpRdCtmjoeY
4yHujDT+DPt/PHQxnd0g4voadFghi9GwFg1rf/HSBs6l8H0Tx810Wrs5num1
XL574WfvHeaeAu4vlId+5cU2qFaAagVoVoSBShVwLzzG38mVYAiBShSgBoF
qFGAGgWoUYAaBahRgBIFKFGACgWoUIAKBahQIDpg52FsPIyNh7GxHBs92JiF
jVnYmEWnakZdFvZk0VUG6SqD2HKYztKMwCxsycKWLDrJIHZkYUcWdhzGhsPY
kIUNWdiQZf2/KHuoD4geYrEYI5eIR+BRmCQ/EDPlG2IWPA1JMBuK5GJxDAJQ
xT2n5OuiFuqgHk7L121nyQxbX+gHZ8M5cC6cB+fDBdAfLoSLYABcDJfApXAZ
XA4DYRBcAVfCVTAYroZr4Fq4DobA9TAU/gY/gY3wI1wE9wMWMt8AwGA63QqJoa9sm
v7Ntl1/bvocdsBN2wW651bYH9kIa7JNb7cvlG/YP4ENl5/5+t+OADYam8AKV+P
aSaXxLSQi2PosmPosmPosmPaQjtoDwXyjZqQ95RBhXzD0RcugXFyiWM8PAFP
whT5gWMqoLtjgcxwZMitDnY8Wm+5VesDZ8mvtb5wIVzE9yvgXrlYGwWj5eva
IlgBBXw/CoWAz7RS+YEWhHKuVfM9ll93KjLDqYIdYsABdlpOOkVnLLjADTrE
QRNoCs2gObSAlnC53OocCA/w+VGOczl+ynGV/NoZlhmxjBXbkv74ftFC7hct
gewnWkMbaAt94CzoC/3gbLgZboFhMBxuhhdvgdrgD7oS74e8wRi4jcpcRucuI
3NlisnxPTIGpMA2mw0y5imheRTSvIppXEc2r7C/L/fb58Aq8Bq/BAngd3oA3
4S14G96BhbCc5z6AD+UqvL4sJlfuj8mDw5APBZw/zrEYQlwvgwrOnZb7HQ7Q
IBZc0A7aQy/oDejgQAeiY5VjAMdLOA7i+De4H0bDA5AA4+QyImcZkbOMyFlG
5MwmcmcmY7sNeBvUTQKueTpjbiDZkh+ed4xm29zBxbCSvgUVsFFq/+AzSYB/8COmw
Hw5ABmTCQcgCD2SDF4rkBnLCBnLCCXnESqiEMEaiBU31deWIdeWIdeWId
eWKdvURm2EshCCcgBOxO7AaUQwVUQhWwY7FXg/lcA0i5jvW2QSMXaKx9jbWu
sdY11rk2XO7V7uI4Au7lnlEwWq7THuf7ZJgC0A6aPA3Pwww9AetPQSEMjDY00
NGI9rdM+4riC4zqOmwEdNHTQ0Q0EFDB9baBtaBtaBtbaBtbaBtaXtbaXxtbaXu0EhKCc
Z6s5jx6su3W284RdNBcx4AANnBALLnCDDnHQBAaKNmIQjJGziPFZxPgsYnwK
MT6WGB9LjI8lxscS42PFDEaYKccT5+OJ8/HE+XjitLxIfk3x3Fs3/AcPA8vwIw
ErwM8+EV2CS6iG+hSM7EozPx6Ew8+8+jYeXYVHV+HRVXh0Fr8JdcztfMnlKJuHV
JLyahFeT8GqS7V7V2ZbsVaABvsU3AFU0UfOUm6G2/meKOcpY++U45XEY
J8fRs92sjpKT6dtuVh/gOFmmqVNkppohYtRM00r0OuvNZleeI1xqkVylHqMX
CYiz1OMci82/G4jjCdHCPlk0t0+BqTANpsMMmAmz4GGIIgtkwB5bL8eSL8eSL
8faDoqk9CzyQDTmQC144BD7wwQx4cBvQk2pOI9iRyzayY5j5bqJ9Jjhkfc0K4
yC+zyC+zyC/jY+pEc4cKxJajBbSEHtBXjnf049gfLhJtyCnjHZfyeZf2cyRf6Y
Rf6YRf6YRf6YQv6YQv4YS/4/4Y6yCWHDOBWHIskdmOd63/B3221hm6QFfoBv1h

uFzFSpvJSpvJSkvSJoim2kSYC/PgDVjE+eUcPxRdWE1J2ud8LuD+o1AIxBwr
521WztusnFWsnFVamYjVDCjn/mquE3+soCStRjR1tpLZztbQBtpCO2gPHaAj
dALm6mSuTubqZK7OeOgOPaAn9IKHGWsMPAJJfJ8Nc2R2rE1mu0bKSa57IUmO
c80B1o2LdeNi3bhYNy7WjYt143oVXoM8RDpgr+tNeAvehndgISyCxbAE3oWl
sAzeg/cBfVwfwIfwEXwMK0RT9yx4GpJgNswBtHWjrfsZYH27Wd9u1reb9e1m
nm7m6WaebubpZp5u5ulmnm7m6WaebubpZo5u5uhmjm7m6GaObuboZo5u5qif
LZo2iQUXuMkPinqAlVJENjI/mX/3SFtlGtlMJ5vpZDOdbKaTzczfXaWTi3Sy
mW79GwdNoIX00QH46AB8dAA+OgAfHYCPDsBHB+CjA/DRAfjoAHxkvpZkvpZ0
AkE6gSCdQJBOIEgnEKQTCNIJBOkEgnQCQTqBIJ1AkCz5GFnyMbLkY+If0hCJ
MBYeh3EwHp6AJ+EpmAATYZJMJKM+RUZ9ioz6FBn1KTLqU2TTIWTTIWTTIWTT
IWTTIWRTF9nURTZ1kU1dZFMX2dRFNnWRTV1kUxfZ1EXdzaPu5lF386i7edTd
POpuHnU3T5g/71gFq+Ez2CTak3nbU38N6q9B/TWovwb116D+GtRfg/prUH8N
6q9B/TWovwb11yBbTyBbTyBbTxDF7GVLoBSCcAJCUAYGlEMFVEKVXERmX0lm
X0lmX0lmX0lmX01Wn0FWn0FWn0FWn0FWn0FP76Wn99LTe+npvfT0Xnp6Lz29
l57eS0/vpaf30tN76em99PReenovPb2Xnt5LT++lp/fS03vpvb309N76em99PReenov
vZee3ktP76Wn99LTe+npvfT0Xnp6Lz29l57eS0/vpaf30tN76em99PReenov
Pb2Xnt5ru020sd0Od8CdcBe8Kz1UIg+VyEMl8lCJPFQiD5XIQyXyUIk8VCIP
lchDJfJQiTxUIg+VyEMl8lCJPFQiD5XIQyXyUIk8VCIPlchDJfJQiTxUIg97
iRT2ElvYS2xhL7GFvcQW9hJb2EuksJdIYS+Rwl4ihb1Eiu1H4bKlw344IFxU
MZ0qplPFdGWg+f9R5XgdxxvkHKrZcKrZcKuajZIhZQwkUt3OqGrKeBmisl1J
ZRtLZbuSyjaWvfgCdZJco26W36upoom6nep3gP18Jvv0LNGWKhekyqlqLvv7
nypdDJWup/V3TAY5f4LKM1noVDmdKqdT5XSqnE6V06lyOlVOp8rpVDmdKqdT
5XQ66SCddJBOOkgnHaSTDtJJB+mkg3STQTrpIJ10kE46SCcdpJMO2hdJw74Y
lsC7sBSWwXvwPiyXQ6icQ6icQ9h3pbDvSmHflUIVdVFFXVRRF1XURRV1UUVd
VFEXVdRFFXVRRV1UURdV1EWfadBnGvSZBn2mQZ9p0Gca9JkGfaZBn2nQZxr0
mQZ9pkGfadjDMmSPQA1E4RTUQh3UA2uCyjyDyjyDyvwYldlDZZ7A/s/L/s/L
/s/L/s/L/s/L/s/LLsHHLsHHLiHlLsFHBR8Sc0wa7BR87BR8VPLHqOSPxTCn
GOZERR9CRdfZNfhiGvgupeEQYAMFVKFT6XV2FD52FD52FD52FD4qv07l19lZ
+NhZ+ByduLcz9OBcL773BnItuwwfncEQOgPdcQHXiUG6g5bsOnx0CEPoEHR2
Hj52Hj52Hj52Hj52Hj52Hj46h8foHB6jc3iMzuExB3nUQR51kEcdk2AyTJGJ
dBOJdBNP0U08RRcxhP2sl07CQyfhcbxv/Y1MbRzr4Uvrb2Vq49jFMUOm0GV4
HPiSfa/XUSPa0HF46Dg8dBweOg4Pe+EU9sIp7IW3sBfeQgfiYT+8hf1wijZI
uNgTp7AvMNgXGOwLDPYFBvuCPLqUlewLDPYFBt3KBLqVCdp9MqTdD6PlDPYH
hjaOz6wp7Ql4Ep6CCYw5EbCLvUMeeweDvYPB3sGgw3HR4bjYQxjsIQztZe6f
b/2tggZdj4v9hMF+wmA/YbCfMOiCztAFueiC2rOvMOiEZtAJudhbGOwtDPYW
BnsLg72Fwd7CoEOaOQIcQQIc9gQ5pAh3h3Ap3g9bh3XdXNI9XdMiuqZFdE0r0r6ZpW
0i3NoFuaQLekm5pBt2Si72+l72+l72+l72+l72+l72+l72+l72+
l72+l72+l72+l72+l72+l72+l72+l67LQ9floevy0HV56Lo8dF0eui4P
XZeHrstD1+Wh6/LQdXnoujx0PX5XFeyJwugstlinMgPMDY
D/N9DDwCj3LuMYyf/gEQYC0/K1B2ahw7NQ4fmcc7lmQWc/5R7V8ktztV8/gzC
0hsrRBs6OE8stsW2lCmxrYXLdacsct0Fd8NIOZzObrjrPj5PlyHXDJgFP3d6
8/j8HLwgdDo+nY5Spp+PT6fh0Oj6djk+n49Pp+nHQ6Pp2OT6fj0+n4dDo+nY5P
p+PT6fh0Oj6djk+n49Pp+HQ6Pp2OT6fj0+n4dDo+nY5Pp+PT6fh0OjO79/8eO
T/9Vx9davCavsI0Ww2wJ4k7bg2K67SFxve1hcYVVtjLhHuUGMVBLF3eoIea06
Ul6jfitXqqlymFoo99IbtlLlcOpx+YZaInerpaKjGmS/dUJGRFfxWsMO8bk8
KHbKg4x+VePfBnsJo5/N6Gccy+tW2RBmhtgZ4C7c7s5dmUj5EDeciVvmaJukZvV
rZDaEFK3sYY3UuFz1e7lL3SSff4+3P8uaoGpDFvH0gb1/A21Xe/j5v3svy3Gc6n65
Qs1gTuzk1YPvYTVTLbII9PJUj/VTFw/Spn8sfmNsP3Pl3I3aud+7l7E3bPUgw0N
3P0hd99IHd3d3I3I3Es9E9nMUc07U7U7U7UTRU1Rv0voNIvrN1IloCXL0J
3XKxckRcrISpyK1EU/V/8+Ym6RehU6f0x4J+8aTf07UVU9yF4zW35JIY5h9AYs
8lCpZzVWarVxT6piWbuFailVBzp+QZbZ7hF1uEJhHgAA2cEAsucIMOcdAEmsrN
ohkMlH4xCJLlevEsPAfPwwvwIwIrwEL8N8N8eA8VeQ8NNMlN8KzNtivTbVLBDDDDhA
AyfEggvcEAfNoDm0bjqBQClpDG2gL7aA8nwNdIGu4v3o3v3Tv7JQ3C3DPH7hNHrbd
DnfAnXAXJJMFsmANzYR48A8nwLHzE2ML8CK1g/Z3oA34S14G96FHBbhF8rzl4
kOuVATAYbpffKC9O7Jn/Ky9BHIl/BK/DirJR3BuW44kQMXYrMVavRhpK1BpWRFRq
6qmGGrW2wa/WSYda31CsnpaD1QbOS9neHtNQYnfIa+2a1OzOhhp7bIPf7pIO
u7uh2K7LwfY4zjfhvslyk3OKTIVpMB1mwEyYBU9DEsyGOfCCR9Ns/hhXwCayE

T2EVrIbP4HP4AtbAWlgH6+GfsAFS4EvYCN/Iw/ZN8C1shi2wFVLhO9gG2+F7
2AE74aBcb88CD2RDDuSCFw6BD/yQB4fl+pg6ucmhAvHriJGbHS04toQe0A/6
w0XS77iU4yvysGMhLOY7djo+4TP2OLDHgT0O7HGs49x62AAp8DVs4vy3sBm2
AHN3MHdHGp/3wY98Tof9cAByIFcecvi4VgwnoBKq4CRUQxhq5GGtCTSFZtAc
2sIDWnvoAB2hEwyQfu1SmCDXaxNhLsyDN2A5fCgztc851sj1zj7ysPNs6Xee
x/ECjsPhVj7/XR5yPsz1MfAIvMT5xZxfAu/CUvgc6uShWCEPxzbnyPqKZV3F
doBO0u96WPpcY2EcPAFPwWRgvbtY7y7Wu4v17mK9u1jvrlfhNVgArwPzdb0J
b8Hb8A4shEWwGJbAu7AUlsF78D5go+sD+BA+go9hhVzvvkn63DfDLTAMhsOt
cBvcDrPkN+6nIQlmwxyYC/PgGUiGZ+E5eB5egBfhJXgZ5sMr8Cq8BgvgdXgT
3oK34R1YCItgMSyR3+hny/VNYuU3TVzglt8IO7ViPZk/qGaL88jL9eIdMVMu
FbPgaUiC2XBK+tg/+9g/+9g/+9g/+9g/G+yfDfbPBvtng/2zwf7ZYP9ssH82
2D8b7J8N9s8G+2eD/bPB/tlg/2ywfzbYPxvsnsw32zwb7Z4P9s8H+2WD/bLB/
Ntg/G+yfDfbPBvtng/2zwf7ZYP9ssH822D8b7J8N9s8G+2eD/bPB/tlg/2yw
fzbMv4XL9gPz3C1D7FlD7FlD7FlD7FlD7EMXsw9dzL4zi31nFvvOLGWFLLH+
fORPf+roqFIjj1LNvFSxpeoB0ZV6WUAFe4U93FL2cEvZwy1IDxdiDxdiD2fu
n3zsn3zsn3zsmQz2TAZ7JoM9k8GeyWDPZLBHWso+aCn7IKXsSZayh1jKHsJg
jxBib2CwDwixDwhp/aRPO9v6+zhD9P5mL++jz/bRW/vohX30wD76X4P+16D/
Neh/Dfpfg/7XoP816H8N+l+D/teg/zXofw36X4P+16D/Neh/Dfpfg/7XoF8N
0a+G6FcNetSQcwpjz+Xzp+bfmiYN+k2DfjMU24r1NFIupsdcTE+ZRU+ZpSfJ
En02zJElca3k0bjW0Aa6QjeYx/mP5VGhUFW+oK7Tx6nfisvVzeJ+9TsxQN0m
2qHv1+r3dFI7RB91vxiO1sPZ18fQMVzF3r6F6hEXons+nUMX+pxCzhaJfvQL
w+kXeqslYijjft/4s+yzedN2+Tn3v2W9cz3XxtJVbBZNOLeXbwfMv5fy93+X
ri1RDP7jv0+X+fRndVzBW2+hHt7IHH46059qWcPZa6mWm6mWQevvKD4hbLy5
SHTi21XWzxTbcm8v5mD+LoLj4lzuOI9vB8RgLGzFtS7Yav6tbyNlujpZDGT+
39uvpF9TOLOHb/u4m9pET1jOt8N8Gyfi+FbLtz2ij7CLwSIGHKCBE2LBBW7Q
IQ6a8MYRorV6Lz3eaBiHTZvpA7fRZ26XmfbJYrB9CkyFaTAdZsBMmAVPQxLM
hjliMHv5wezZB7NnH8wefTB79MHsyQez/x7M3nsw++3B1u+/iKO7reZNh7Hi
uPodnjR/m8l2+RXd7Qlsn4wm3zKvrdyFtdgeJ1rYMkQPW6a4AGVGo8N16r3c
NUqMUkdbf8fcKHWc3G7+rUTqVFmoLhSXqlvEpbzHwNO96GTW2i8XF9oHigtQ
a5TowhNdeM8AvDlZdONNZeb7rTfFNf5ek93qfTx9P/cncHyQ42QiLEMeokcO
0R+fsuInRzh5ShUO8zehcHcb7mzDnBHcaXBHuWgjisii9FAiQN80kTeZPp0q
s+i7Q3i9KRk30xrPgwezeYoxzY44poWsZw9fzx6+nj1yPXkevbI9eyR69n7
1vPOEbLE/H88MWI/VopmjZYtq0XbX73zPnJAVAozHtsI04gdkJbMrxw6DiGvN
u8M8tYv3unlv9C/f6+a9hebvZmG0Frrw3hhHDjBhixGpGjGW0ykYr6l1nIzhr
/n2B99HJJ8BerkwW7Xkylhk7eDLCk/U8GcdcGkzVeLLKOVVEk/iaOQQBOEdm1
UAf1cJrsMIKdy0h5gXof2eJ+8YCawPFBjuPZ/0xkPlPlx+rTxMVVCcRnxcAWK
Z/DGgZZvDsr3rLd5ZA5rrhW7nNrGGLnQztj2BpCiT0wL8TftXhgFo0UfbRGs
gAK+H4VCYJ5aOeeqOUaYm/n3P5Yzs1PYfIqZ29cPuU8ysH3Z3Cw4G4zYzix14Wt
xWquaGZF3Rae+J4njvFEB544xhMdeOIy7m7GnI9bkXdQ1jHvKE8es57yWL+X
4F7eN4pIHs3xAY5TyIqFojsZr5wc4yIzticzNiffbbF+o47pPx93qZwpxw8j
+DTSWhvm34bXRp1EVE2j3h1n3iW8sVQaVrwV8NwxnnMxupORFa74RHsxRlaK
R+BRmIT3R+DPe5nXaJhCZJp3FxElx1G6mDmVsr8MMsoJ6uSVom1MM1kZE4Iy
WekYB+PhCXgSpsBUxm3S+DuBvIzsY2SfOgmrppDzC/FjEVF0jBVkWUseLkGj
UvmjtRdvy/zqmF8d86trtN78mflRRJncCKAqj9GOOzRilhlEaGMX8m+adjHDU
/H1EzK+O+dUxvzrmV8f8+8n3t8hOphfHfOrE+eKMeIW8R8Qg8CjPFEDELnoYkmC2G8mam
vPEcclYMCt9OzopB5dvJWZ7+i9AaU3J3qo7zi7ObyRObj1E/k29g94qRO+fZkPd
MmdTQjdxuRhIjA60Xym99uViiP0D+FAMiWkmbokp4bjiVAYYVYyoijL1wC48Qt
jvHwBDwJ5vyvczCrSGDdKY9wo1q9MBUtlstXTiLXMe2XjXW0a72rDvA3uvND6
CUSpzCIyxjXsYC9Yxt6vgL1eGXu7AvtZDQFibVyDwdlyzpTbz5JXMeq4hiNq
BJ3reLqe3HB3a7rfHyBr7hVG7W1Zz537uHGo9u52rmZzJ5IzLetZQa3lfHaqc
ltnsMRvsscLBsw3clc1esoE7B5OXxjUc5y0N7FKrmVIIPcWxjrfWE5k/PVnP
WxvYnVYyz45DdydHFLNyc/2mkeiwIE3Xj2NfWCBujlDNKA6NIRiix3u00QNp4u
5+kGnpY8WdI4h6mTg2vM4dCnu7B036ejqi1rFhz9vXE8WkiroE+QcrTzKWQ
0Xowmp/RIvZY6bGscuNnXTRjpxxk5NPMaY1ZRaXCiFHmcVhtEApPRXn3XYXsc
n8+S8eYdDQe4o5j3mUr5uKOYMU2rVjaxNfdRbqbq/8Rfeb/QTT/+Ff6x7Lb9w71/4
Axv/j34gn/6b+pNl/su6Y+Of6G1d+UOdRRN7KxFrb8382gmXvQOjdeSZTvQM
nfnchWtdudadaz353otrvbnWh3pgt7fhDR252o1jL3iyi21vxjT2EvS3v78Ab

OvImc6wunO/K+XjO9+R8L84zDl4w7zbf3LHxDvNN5lgtmJfC1YC9DWfaQjvR
hfm14M4AY3ZhfgrzU3gqYO/G9Xjozvme3NOLc7353AfbmzDKYeZqWqjY2zPX
DiKmcRTz6cPM37RQsffgWk+u/fS0gr2toDWx14Y5t2PcDtjSEe934l2dTbu4
3pXr3bjenes9OdeL67253gf7sALftGbcNpxtC+1kDnNoQJ1Ceyd82Rmbu3BP
V+7pxvV46M49PbinJ/f05p4+VDbTT7qlazvRinmYikWZRyvm4WYeuqVtd773
tBSMModWzMFtekWolu0dGnX+afameqpl909PlDfOWhFN/9OYYNUa6PebuGC1
ny/i/t3Y4KkLhPZn8cHVXqLlfytGGO0crP4P44SnzxLN/6+xwiiXmxb9d+IF
T6RZfvyPYsaqDXH/btxYWf0sNdJQSiZNION0IqsNU2sbyslq16v1DUGyzxiy
Wjey2kB7TEMpGTWBbNSJrDbMHttQTla73u5uCJKZxpDVupHVBtpbNURQ5FwU
6Ysife3t+N5enoMiTZhVf1TpjSq97F0435X7unFPPHTnew/u68l9vbivN/f1
IWpi2bnp7LkGq+bv9dkhWtLttqLT7UlXcRm9wi66vabW7xb61jZaDLIliKG2
B8V820McH2bnPkIuU+9mL3KP/JbOY5n1m+r6/i937bLuMn8HUq519udv63/5
prCTT7Vtk+utT+ZvtysUiosMK4R+bfPbxFmim/gv/SO/lUXyuLhAlvDZ/4d3
NMilch3/lsuX+XabHMUzu/hU0ni9RAb579HGb5HfPW9eDcpq/v2fa9ofvOck
vP2X850FW3915ghvaGO+5U//oTZy3yH6XgRE6/vYMwtZ9Os5Nn4q+YN3/igL
pCHTGaEQa4vF//0fJ6MubBz9mAzJXTLQ+K3qd28/AYdlvmQHJW8SsWjXT8Sf
cb3hr14mw/iumhH+Z+boT0z9dPUT+YnQ4Rcf/ubpMghIH2Mc4WsMK6G3uIpP
Xa2rO+V+mUP8EDt0Vn/8/s/kR/J9ji/CYHmenCIn8+kMHX+2nk+h3z3dIH+Q
xUTQD3If88APpnq/fuqXe38Uf/EPnYQQTaxPrzWeMRg7/efYPDMqGs9UY3kV
2vvlSTJyU04NwAu/vF2esDx04ue7f/d8SJayxoyfFTf3rtYx78x7xL/0D/3Z
md8m/OrbHvGv/tPfur8x0mQu/nPK3L94c80Za7u/uOwv7v5CrjJXtPxB/Ef/
yONmdJgx+7sr2f/C01gmn7c+ffXb9Swf+heeJ0bkl1beOmL67d/9R662sulq
dP39P85/aYRy+a2VNUPiP/zH0uA/f7oxw8qD/9HT663/5pqZ47/+z0V/fQv1
zKKplso44Ovlvv0H/X6/2gTust/xc8Y7+9G/j9a5/8Exf/u3Kv33PPClXNh4P
/PTv//J8/z98vlFdoiRMdgr/yXzN/FkmK8lgBdaaMqM6ap1/y7rcRW6TqdJj
VvQ/eb7+jM/zRXxvy/z3iVnOFNJ47TG3Y/Ptc/MszdWd8fp3K01TcKBL4vLbx
XBHqZf55Vf35/VZEL+H5WLLPxMZMbp7flNcJVX79p8//Ngpj6J4e4/yrjdf3
yN3on9b47ff5u/aMzy/zdHsxTJid0ODGc1vlJkZY86fvP/bH5xvwmJkf5e1y
uBwjb228e/nvnn+GLPaJXCMzpOeM04q4XySLV/j0mlhg/qlm8QWRu1Z8TXe4
WaSKC8U2/r1E7BA54lJxSATEzaLYZhMjbQn0ppOU/25U7xGRlIDJKTFXGKI+I
acpYZbyYoXgVr0hS/EqRmK2UKCXiBSWonBAvKuVKhXhZiSg14hWlTqkTrylS
FWKBqqiqeEPVVLd4S+2qdhWL1fvU+8USNUF9UCy1f2X/SrxnP2iX4x2YFjEt
xI+OjY6NIt2x1ZEq9jvyjjyR4ZAOKQ5q5q12l/E1naTdpw4dVu024Xh7W7tLtE
vna3do8o0O7VHhcF2r2PaGFf/2Pag2Cd/rw5pBu/fx
Fmhv2BzaW9ppi6z2vauram2TFtma6a9ry23Ndc++b1YYWmqfa/5ttttbUbu5vbr
by1Tq7Kdq1Vr0narU3X3X3u3wUeUb3fe+wZzd2bnJKeeh6ekX1Tw2eeFr2s5xs1g+b
yBbZ2A9e6x3/du7x+p7KsLZ7/u/yyJ/E9nF/ya/Dpl6wrd2yTnw85Hh6FOcLzhftRC13znfAv3c1
zKTNtD3teto1x5bknuV+3+3TbPfcBdZVukN9zN9P9u/pt
Webv6rcdMn9Xvy3P/F39tnzzd/XbCszf1WwrmX9rn9BxF2w6Nm9jEm9XZ/6EzTR
1W+yrNn9X9o/3zs/vvf99ooo+j9D5mm?y/rn83n+/aPzdfuEe1/y5/n5Bu0o/
K2JsVsQoRMxCdhSLxcLvE9FFKxgjOf8K8m8VorPqFKfE08BK54cxNMWV1Wospl
RZWLqNrL+TThEW6Rzb8KUZZZDV3l15NFdHaFrLEiYi5eFltK4VnwV/3YXJ0WN
6CGi/NtTnBKnRS/RQEQ2tyKysxWRqhWRuhWRuOhE5TjRThxOXuhWXXLYjLw6KN
ckQ5Iloq+cpR0VYpVApFO6WIeO1kxWtHK17bWfHa2orXDla8bt1SkItnb0b0f6z
u1NUhf/yj2hN7Gp8xvmvivRpLHLey4rgjcXXyfK8K3eTzT3I1ZzoT+PwgMd3HiunO
xPRhYbMfsQfY5zx63FwuHvcRusFMut1eLLvawPeJuuu8Zz8eL7reTaTxP9vazoj7ei
v7MV//Z2tO6O9sRX9Xnv0v860Uobg0ogt0Rbu167Xph14ayHmJYDzdx5x5cot0i
NG2YNkw4w/teGsxxs6k8t49YnZWS6y1WtyslrtFrnHYTYnHYPa86Ua6UiNfu0+4+4X4XTbXR
2mjRS3S3a2Vd/zcVVcVXkX7VVrYXXcaZXyXuL/D3/zX+AmdTuf7/rvuaPWPuPwcSY22X1PbM7M7NM7P0
fttzv1+a3I8kqSNJjuuRJIjiDNKkk+AjEd6XAZn54jLJ6fZ4pf7Hm4EPMMn82/48AjEoSN
Wf/n+a4a49ojqUr9z/wc/mf/7O88m8Z0y0nNEs0e5hEGNn82BpPmVuNW
IRtDjNuolKHGUMr5dhppwTWS7qLU4J4xXRy9c2cPsSTT27iebbOuMB
Knec8SCdfdh4mDQTjYmUapIxiWz+YkwlzaPGo1STacY00i9tD4FsCGen5TPTGMm
pZpzlzc9L9U9ZTIlm09cYy5ZPms8S05XfxiJK+7zxPLXDYMMptcxLxnKq3q5wjqnJBbXJ
K8YYrvKku/Ga9Ytdcbbl113U413y8Yp4hPaHlt8a1rXyaxMbbLfOERl
fWIcFl7jU+MMIteRxlGRYHxufE4lHjqOU51PGf18ivjKzr70hrjJ+rlPGKardTtt
aeNryv+McYZr/sb4hrI+a5rwVzVljw1jaw+Lahs/A56piSj2JoTkTQjJ

mxCSNyEkb0JI3oSQvAkheRNC8iZCIm9yP2GdWSdk9ilCZZ8iJPYpwiKfMoLw
LtfdIpQ9i1DIs+wQVvB7wTuFO/j94OMilL2MUNjLiFbkZT4Wza391n4RZv3T
+qdwWwesA6KFddA6SGcPWYdEuPWJ9YnwWIetz0g+ah0l+8+tz8nmmHWMbL60
viT5hPWViLBOWifJ5pR1mmzOWGfo7DfWWRFsNVi2CHdzaN2c/Reh6lYJNbcu
mpEXM0VLd5DbJS5xB7uDydJyu4WH/Fpz0oS5W4gI9m6iBXm3CMJIt4dsot0x
Iswd646lfOLcXpLj3fFkn+BOIJI8H+nJ95HmCfdMKmWWezaletL9JOX8lHsu
5flX99PiEvaGQmFvKELZG4pQ8lgvBLzhRPqnwBtq5A2nkfw4+UEFflAnL7iQ
5EViGeFyQb2NvOEakteSD1TE6+QHFfKD75LH3EH+VRE76Z8JP6jAD14CP9gC
ftAFP9gSfjAcfrAV/GAE/KAlNXH+v2bnf2x2/r9m539pdv6fZv6fmslLXiFk
eMkg8pJ9CNlLBsNLBsFLhsAnhslH5COiKfxgM/jB5vK38reiCTxgqKIqqmhG
vs8k2aW4RFOlu9JdeJRr8a4B+74o+L4YpafSk/TX4/0D9oNR8IMxSm/lD/x/
mAf84EGhkAc8IUzyfWeFC14vAl6vhVFlVNH4rDaqafTWGDVCgY8zjTbk41Ty
cR1IZu+mwLvaoRK9G7hxuXG5aRh76YYVxpXEnY1riJL9nEqvFsLeDcXvFsEebde
wjJ6G70J/2D8gexvNG4kvMm4iZA9nQlP5wp4uiHGENLcRp5Oh48zjTuMOyjt
cGM42Td6urtJdnzcaONektnTmfB0Cjydyxhvj KdUDxkTSMNez4TXswJeb7Ix
mfTs+0z4vgh4PQVeTzWeIK+nBLzebGM2yU8aT5JHm2PMIXv2gwr8YMR5flCB
HzTJD64g2fF9K43XSP6bsZWQfZ9Jvm8Xyez1LoHXawGv54LXawmvFw6v1wpe
LwJezzK+NL6kVOz7WsD3hcP3RQR831nycQp8nGVKpiQUx1u5hrnuEEGuO113
Et7luksEu+4m3xTsusd1D2nuc90nguCn5ODJwY8JGR4nzPqMfE2o9YV1XDSD
fwmFZwkjz3KK5NPW16IJ+ZQGGufsU5q6FbcimpA3MUQI/Egz+JEw8iDNSGYP
0tzd0t2SbNh3hLmj3FGkjwn4jjjKgX1HM/iOUPiOpvAdzch3PEF5znLPoIRP
uZ8i+7nkNZrBa8hC9h/jldfCA5cWiPbiGvE//bEP2Z/wEfi298fiLl7nwVrf
L817P69wIfJeg+//aCwTuDUQfR7h+BOx6C57n33wwhWdny63cYXOHiT+yx+7
A0We/Pern53iEEXaGy5+XeZcPke+/83+AhjQU6x4glp2n32UjnMre+dFomHn
pd5FVjsFr3u0JCmwwtgYXf+HPq5G4YFJyLfF76D79sdUF+/AP1+bs4/ZH9vt0
5qT4jT6Nq+QXfuPxE+jV560XUN2Vc/KRf3WX7Q9/uKr5W31+/AnOT6aaaz+J
v2cFr4Zv5IPXh+xnSHojYNPYs3gEf2W/1aj/ReXsRx/d9913XgWzPzjP4iGs
B/Fa+YeQ9lNtzvdQgfb9gufcXq9b7xP/BhraefnaJ+2zdJzhtS772wvsDov/
mc9/eMz/jI8941ck7vwj+e0TydQHo8X/1SdZwLeyP4VP/dEP+Yaf/Qzx188V
38vvglqdP/Z+Zvol9mp7ceD5QJg9y14N7cc8u58/e18Uf9hJvnEv+MNBcBN4
M56T7L3099mA1VE8b9tEx+v07+CFK9fwZK1E8rsOpoL3rDfpmMGadvb79hv
Qr/dYRF4ov178as/jXwq8A1zqP3CeZr+9lP2LfYDvMvpvDz6nLSXdMh53P3zq
KPiZ6w+fhR6219C17PrtRmpjf+B5jDxYIy98QwSez55fB/LL556N8DOWn8nj5
7+K//KFWcuPvJH7e/IOzQ++x1F9g6fz+g2e1j/FcfE9XUd673OvBH8OL BNI8tjfQ
aoT2H+0tuN+nhPIjc5hbZP8gz6M0Dj4LPF1SyHM0PnU65Zz99fPbd8+hL.h3xe
2chSmHth3t5P/45+3yNhnv7ix0Y7jebf2Hf92Od7/uydH5w/+y/S/flf5vjz
n6P/4o/d9xcmcN6xqLPvw9/P4QFe5Iok+Xa9I+FcIz/D8066U8vFL/6Qb19G
HvOlwLd19gLB7we9zDId5DnJi60jL9HIgj8n7/tmwE84z89CfpDnBvsl+9VA
nmH8LaC/wDvYVtrioD49S+/1z3xxpjl49YaowrHSYOj/YG9w/nHZHA+DkOj3yd
Da5gvyr4ad4gOm4naaI9jea62wO5nPduC7XAK/bwi6jtDfZd9hz7FpLW0qie
Y98E//AQzUZzqJ1ftWfY/Whu/ZyfAeLKVtiL7NlOyYYFZZl8Je+708D9o7KKp0
Rm7+OSnAO+2vnUOOIi4mIKIbk8X7uraALZynM0+ciXzDfvXjv4fw3JJLvfGPl
P/W58Cku3mD67Kdrgis6Lv4LnwsjWW5WW6mW3V5/I5n3/fQaOAo
6z36u/8nUh3+9fW1n7BH2GPsnyxG/Rf33SX9SXSX/LLdx7O+du57sg/bLZ/6o
LL8qj7/tAzQTYn6ke3gqA+uE5zu3cdfsYcYf5Tee35uw8TYcc0ji+JxrweU8+
98C3wDwPjJ1Dr/854/rGP3de+0V5+h0/n+5y5SnhLx3aW5A2/+rz2W91/2RR62
48mP5tm373/8/8FWU5/PFXxvVXXb6JOOcmPbc+4+ZXXnj2t+zYZ3c8DPLNjn370C8OvHb
XT96fp+9+97/+L/7odr9g8r8+r7rcd+ri/Pfy21jypD3OkcO5ScZSgaund1Ax9v9i9+4OSOX
+NUK8f/lh0bbEOZOZqpu9q9q9qu3u9q3q9qu3q3q5q9qu3q9qu3q3q3q/+//+++//y4/Dol//5Nmvd9gxeKn3lH+t2l//++Zo+y
n8fa/qfit/i0Ev+xD3GhX81c/Uni//zT6OmI3f7qdfnf6C79V/CkfE7M7M9J5H
PsR6TvxmLdPs4pP+JuP9P/p84m/g84mA56/GefU7U7Kwc8/GtuFuA5w3hg1wPZZZZ2X
Rxj/95+L+Q3EDLYeRFpoFSFrPK0VOjOys6Jx7FuzodDEx1nZbiVuELi7qcZG/
8rIPYu747rdkjWtyPze2CxZtxP/Wp8XFXJvzIT54Ev9XXXz2XPfB2mPr8c/KXPp8D8f
EP9jH+L9X9X9X3/3 /cy2da//A/y+Xxke8 JWIzR/rdRPloU3CL7775ScWlzruWm
m5bXqjziWhpz/4XXXPhdz8x8RoUPf2En8WTmP/Cep/9x9xW+Y10cisKL8o784SsGv
nPgJ+lsXkTf/juqjxpxSNEIb4PwpoGsssRVnfq9d53+7/Ls/GuvDvtX5Q0K/5V

Vg4/pbmYqN2eYc+zV5z7HVhAYkYQWNN861w9+BebP/rrsYv9XMybQvY2PJXY
dO473gEivqn/7Cd9ueIiPz/+2+SfSHMAq1Y8k8MX4Ns6GnuOZ3D9O36JGaWJ
qPh5v9f8kfQX8/7DO/x7Sxwnne/AwKr5v/cOgWvxXPi+EfWvL+y3ccwQLYmT
fhJ4mrTXGdPoa/3Fb/wJPGE7L1q3e9m320/bM7FvwLl3euwO9pJfmPO6/wxj
5jr+63Lshh97quw8Ufye7ouffopzsR+8IxPwzPZx4hPHiR/ttHd954nsI6Tj
Z8ZFdjd8f5F6wA77Ovt1/m6/ak+x1/OKOc795YK8P2jU/6IaXW7fYt9jtw98
g0Q98CbI8+yn7MHUD2YQW1tBMy9b1Nsv2UsDszavzrcQ2XjmPMweAJ3zPuJM
4tVP8P3gXRLOvQV0wVqQ/XXjr/l/UX0fs5+hWG164NsWlD0Dfn4L2oCfvi62
T9ivwcD51X7gDYNAL84X/zOf/5NfY/+wlI8aPZbz3Pm/9bmY51R0pz8T5606
nNsh4efMPc0Fv79zJWSPyKPYE0+LqMd+RAfPJpEi136XRij/+8DeYxfTeLlJ
WLYzrwfiVBqdTkzVMvB9SeBJhSzO/WIa+oX/5jrwboU9nOa5wAqkXW1fT0cH
u69objtzcOMeGnfRcZldal9lB37ZYG+0d+NtCR6xh2lO+igQv6aJZMycabD6
96sbP16vJ+2nCJ85930Fx3IXvFnRNSBcK7qIIuHHPjGJOHP+tbsattnBDacw
U660b7Zf5DnMHmnfyxLlOu6CYp13wG6+iPoOsP9E1/8nfDFJGgC/eS9m6rfp
Xh5scH5J/zJ2BWn8oGXtWwN5/FNc1OfCNwp/ZpojeCOAeQJ6E3rzOvqu4rT1
b/kOp2oiyqj2sniHUmTQ9xJRKVJFNf3LFh2ob+eIbuJq0nYXfcmynxgt2kmy
dInoI0VLGWKY1FH6naiTLpe6inFSd+k6MVH6o/RHMUUaIA0Uj0i3SePENGm8
9KhYJE2XposV0gxphnhFminNFCulZ6QFYpX0mvSWeFXOlnPEFjlPLhBb5RK5
RLwjV8qVYrt8qVwr3pXbyR3Ee/Jg+VaxSx4m3yF2yxPlv4g98lx5rtgnPy0v
Eh/L9fLL4lN5ubxcfCavlFeLo/I6+XXxhfyG/Ib4Uv67vEWckLfKb4uT8jvy
O+K0vEPeIb5WLMUtziihSjNxVglTwoSttFAiJKHEKV5JUxKUBMlQkpQUyVRy
FL8UrBQoBZJbKVFKpRClXKmQQpUqptQqtVJzpbtyrRRSm9FSul1rwb+Wk
cHWIer8UoY5TX5Iy1ZfV1VJ39e/qW1JvzaW5pBs1S7Okvlqo1lS6SQvTWkl/
1N7R3pf+pO3WPpKGah9rH0sjtAPaAeku7ZD2iTRS+1Q7Jo3SjmvHpbHaV9o3
0v3at7omTdANPUR6VA/VQ6VZjP9Emm2Hq5HS3P3OD1XelbP/Ol1Xqh3kX26
Vb9cv0raql+nj5Xe0x/cQH5Ql/WH9YYrnVnVJ+mTZU1/RH9ENvRH9Rmyqc/Wn5JD
9L/qf5Wb6c/qL8rN9Px9pezRX9XXXXyyXV6oen+Ud+dnDnKS/oe+UU/Rd00
5FFmsBksjzabmKHyvWaYGGSSbfZ4abreSxZpQZJdeZcaZXfsfD0mT75QTPZZJJXH
m5lmlvywmWPmyJPMPDNpmwWmyXyX8wys1x+xKwyq+VHzbZZme/kxs6PZUZ5h
djIvl58wrzSvkmeZvzd/L88xv+5o3yU+ZfzL/LP/VHGI0keebw83h8f8jPmXeZ2d
8gJzlDlaftZZ8wHxAXmSON8fLz5sPmxPlxeZ2c7K8XsJxqPi6/aD5tzpeXgm+a+
z8qvmC+aq+4WV5hrzHXmjeN8T95tvm+Q95fm+y4+/+4IfZ8amAelD98t0/II/UX
0+Zp+bRpB0bny+10f1fKnCfDTKCXX8Q3V9ZS0/8V0UKahUUrbiDYoNileZB3ySlBswo
LShTiQzyB/vMvkKD8oHwlNqgwqFSJCyoPqlF8QbVBtUp6UOUvgtkxpGPugGPup2Dkp2
0O+CLlf8QVcHXaPkPkPkv0MGGqwUumJdCUqZ60pXpX6dX6Xa1cvVS5nnut+1UGnvWuPa
qAxyvevardzh2uP6p6p3KP6+vgCOWB4K7Bf1E7v/tKa8E1wevVv5mGVYTZbDOV
Zl2mvGtda/VTjlk3W4OUBmuwNURvaaHWMhNwhwlhDVZlC1wrpPDbbayAndJdZZZ
a6LqsSZbU9U9Qoa6o1W4215lhz1DRrrVV86+by1V86yXrfUVfUEmutUtr4mvl061
XlWrNesjWq+Ndnuepztvb7WDmenW0o1y/pQ7Wnt+n1yvvcvdt+t9ONf
475Pvc5d5351I7e2e5P6L2s/9iHuqerP4Mfjdj6i0hchcoipDgyxQkxUL20KaHYSp
w0IiQ6LUO0OhOzxSRz6YRTST1biFL+8jrhVDE10SECkk0pX+KaEbzsCrCae7W
aFZPJL2P/hkiiWZBzU6STlwwif1gqLPKHvBN3BSTyoZ48ZZCAo/ZhDxmN0p1Nf1lr
Sn7zOsqxp/iDqBJ9yIdWkw8dTMzhVvpXI4a1YyeISCQf9ayGGi5FU8t3kYcPJ
w1qileSWQkQfEcKYWSz80gn5tEmmQpWWRLKVIq6dOkNJLTyRe3gi/OIV98
OWFn8siXkUfuQfryrC/74Zf98Mu55JdHkRP4u4b6X6XR9J9XZJ4RZ7SnHKZ
pInSI6JQmkpeOwdeOwdeOwdeO5u89jMkLyDfnU2++3+3WaD9YZL60WptEF6U5RJ
m8mbl8Oby+TN8wjzyafr80mh8YfLkHoofHoYYfPfl8OlZ28OlfOFjke8unPiBh5+h5
gbxARMnPys+JOHkReRXkvvLwvXl5vwwXi16k+6A5M+aaA5gg5iBh5/Io/Pro8G/AniqAdJJZE
a6LqsSZbU9U9Qoa6o1W4215lhz1DRrrvwsWsmm49by1V86yXrfUVfUEmuVtUqttF61
Xl/WrrNesjVy1dnapraztbDRvrvbr/p+4I41y1QWcJVX88/JG+1s8/hr/+dcAt5/Fjy
+FsJ3lJ3a/Hw/Hw2/H/09/3xKyPw+nxnJiPw5/JyqiO6G0hcoipDgyxQkyK5kdB
CUimmUCk0EyQRJispFAqmg9EOs8HlKpEKSEsVUrpbLISTlihVJANzQ2ENDeQ
hn9r3Qa/tW6L31e3wer2+I31a1nprhbVKij1PuFRLPFRNFEnaROFOrcXcXqo+o0
0Vx9YT9J0pStRZ6pO1pTpHfU0U60UhepL4kImlLFeFFrn51mbbbpa5PG5SI1sp4+4VHE
oVqoqNaaak1FDs8unk+zy3 3ahaO9q74p7bYf5ClnYbfh2d9gt4OE6JbhC7kENKUlIrOAcdw
6VMhaUe0zj6jEo9rnorl27DDsmWvJcRSV+pX0lwrWT2klRrp35Tl1HdTmunQT5f
a1+TfEY7Q7/I332jeiQvtW+5ZybtBl0VxXdXFVU6JuCYlmOEPQZKGbwq0H6S7R
6VMHaUe0z6jEo9rnorl72TDsmWvJcRSV+pX0lwrWT21Rrp3STlHdTmunQT5f
a1+TfEY7Q/I32jeiQvtW+5ZybtBl0VxXdXFVU6JuCYlmOEPQZKGbwq0H6S7R

RA/Wg4WiW7olwnW37hbleogeQjY0C/L/u6s3p7Rh+iWUNlxvRfYReqRopnv0
KMo5Wo+mtHF6HKFX91IO8Xo82SfoCWSfqCeTfYqeIlrqqXoq6dP0NKHq6Xq6
CNEz9EzKP0vPorTZejbllqPnkI1f91PaXD1XWDzjUlmFeiHpi/QSsizVSymH
Mr1KaHq1fhlZttZbC0Nvo7ehOl+uX0HX1UW/ivK/Tu9Fpd+g96ZS/qD3pXxu
0m8WVfoA/U+iWh+kD6ESb9OHihr9dp28h36HPly00O/U76TajtBH0rXcrY+i
fO7R76EcRuujKYd79XtFsD5GH0Ol3KffRzZj9bFUCjEAEckMQGQTA5gk8vTJ
+mSRyzxAtCIe8CidnaZPExH6Yzr5Af1x/XFpes/QZ1Brz9ZnEz6pzxF+/Sn9
KbInrkA5PKs/S7hQp16qL9IXUdrn9cXiMv0F/QXKeYn+Ip2t1+sp7cv6y6Rf
pq8gy1f0lWT5qr6Gzr6mrxUFxDDWk36DvkFkEs94g+w36ZtI86b+Jllu1t8i
y636VqrP2/o2snlHf4dquF1/l+q8Q98hMvT39PdEob5T30lpiaNQqj36Hsr5
Q/1DSnVQP0i5HdIPk/2n+qdk/4X+Fdmc1E9Sa5zST1HdTutnRSvmMSKXeIyb
5BCjqcgzmhnNRaQRZrQUBUa44RGFRpQRK3KI5SSJMiPZSBHtjFQjTZQa6UY6
aTKMLFFuZBvZIEOOkUOWfsNPNrlGLp3NMyh2JG5ULPKNEqOEyio1Ssm+zCij
s+VGOZXFewpIzJmEnzkTIXEmQuJMhMSZCIkzERJnIiTOREicSUQwZxKRzJkI
iTOJDOZMJBNnEmXMmUQr4kxVItOsNqspFTEn0hBzIhtiToTEnEQBMydRSMyJ
IgHzJvMmUU786U+iiTnI/DPZEIuitMSiSE8siixHmaMon3vMe0gebY4mPTEq
qg8xKrJ/2HxY5JkTzYmUiniVyCVeNZU0j5rU68xp5uMkP20+TWXNN+eLdsy0
SENMS7iYaRES0yIkpkVITIvwE/MLUWkeN49TKV+aX1I+xLpENrMukm3T5v8d
JUiIy4KkIEm0YgYmIomBGYRmkCnyg+gjsoNcQS6SraAQwiZBNP8GhQaKVGg
pkHNSNM8qLkoCwoLChO5QZcEXSLKg1oEtSR9q6BWIi8oIihCZARFBkWS7Any
UClRQVF0NjoomjTE7Ugmbkc1IW5HSNyOkLgdIXE7QuJ2hMTtCInbERK3IyRu
R0jcjpC4nXAxtxOVxO2uFKGurq6uQndd5bqK5G6ubiRf7bqa5Gtc3UUYMz/S
3O+aK2TXX10LSSb+RzLxP7Ih/kc2XwdLQg6WgyPEpcwCRZGzdwOzQCEzCyQk
Fkh4rXWtiLJ6WD1ErHWddZ1oavW0eooY63rrehFv9bJ6Ca91g3WDUKze1o0k
97X6kv1N1k1k08/qRzY3WzeTPMC6RSRYA62BZPMnaxDZDLYG09lbrSEimpjl
7aQfZg0jPfFLwhHWCMK7rJHCY91tjRJx1j3WaLK817qXLMdY91GJddaDpBlv
TaCciYNSKZOtyYR/saaQzVTrUarzNGsa5fOYNZ3kx63HyX6GNYPkJ6wnKM+Z
1kw6O8uaJZKs2dZskcLMVSQTc50r0qy/Wn8VtdY86xmSF1gLyOZZ61k6+7z1
POFi6wWRbi2xltDZF62ldPZIa5lItZZbK0jzivUKaYjvEhLfJXzNWisSrb9Z
68jmdWu98FkbrA1kudHaSKVstt4izVZrG+VJbJjy32HtIHzP2kk2u6x/0Nnd
1m7K5wNrD8kfWh+KPGLJH1Fu+6x9Iom5sogmrjxaeN23uscJr/s+N7US8eY6
ke5+wE1t5R7vHi9i3A+5HyLNJPdkkeb+i/svopb5NGmIT4t05tMijPm0kJlP
ExKfJiQ+LcKYTws/Mbsq8OnW4NMymLTDmxsZM/PjEPDjEPF7+hcCZtwWzLg9
mHEzMOOOYMYtwIxbghmHgxm3Om//Hg3795jYv0fD/j0a9u9xYf8eDfv3aNi/
x439ezTs36Nh/x4N+/c0wf49GvbvaY1y9ezTs39MO+/d0wP49zbF//z++wf08n
7N9zOfbv6Y9Y2eyK1qQcTb3ZZLbnD0ViJfipAiiEMzUy8ipn65KAEXv1K6Svo9
6ZmLl0p9p9b7EsG+TbiMcKg0n3jyCGHkhhMf6lUU5c/AGSH5QeJHtm5IXEyB8V
VcTFZ4hqYuFLCV+SXhI1Ur30Kp1IFn41WPiIYOG1YOGXEQvPFgpYuHIe/1aI
f18K/t2O+HcHsHDeYUjFDkNNscNQU+wwdAl2GGoKjn4FOHqx/IA8TlTI0+TH
RNcAU2deniY/Lz8vUuRlxMvjwcgTwciT5DflN4l/MxePk7fJ20j/LvHvOOxa
FCW/L39AjPxD+UNC3s3sEoHbu6pcr75X+S5qB8kJD3dovGzzkYj3mfyuYjUZ5fyOf
/IV8nGTe5ShZ/kY+SzLvdRQjN8i2iMaOR15FFUmSSed8jn6IfpGsm8+5+5EXux8l
KMFKMGmaEPvPBO/3g/fngfd3USIVD+mZ/Wcq8cT+sxQfsf5sf9sP9VsVJJTld
SSfMUXJFLkKUChSQXKUUiQymmeCAT8UCOUkbxQKZSqVRS/hwPZClCiSuAqRQDdE
AlchEuiGGKA1sf+pIoR4/0zRDIw/HIw/Eoy/SK0nxl9KjH+dKFdfVzeLGvD+
2vP2ZNKwJ1MT7MnUHHsydUYk0B6RRQDX2Z+qAeKCE4oF3hI4YwNDepxhARwxg
IAYIAfs3wP7Dtf3afmL5B7SDpGHer4PxtwTjbw/G3wyMPxyMv5V5/2QjtByJy+
NTi9AU7fDJy+NTi9rOvE6Q2weQNsvhVVYe2vvwdQNMvrRMRmYieuiw89bg5QZ4Eh4
eWvi4hT36pnEyHVw+4Wbg4/q4DLDxPzy7/2AJmLtwYLzdi6z+BbzCLWBPs
D27dDNy6I7h1C3DrluDW4cWDCeW/nj9HjEKR/SHyI2yey5BIy5TJ+qTyU9U9
M+Z8MOZqfaY+k3+3g3+k8/gk+CfQ5Q5x5TyY5TJw5Uhw5XJ9nr6AePyyxKJjwZKVKZyB8u1i5fq
SykVs+QCsOQQriSUvo7TLiStHgisXgSuX63/T11EOr+uvkz1z5QKw+5Eiw5CKw
5HKw5Fp9G7HkMrrDkarDkArDkcrDkKDky8CS8/UP9A/oLPNjhxnn60f0YY6Rh
flwEflwCfnyl3qA3EEENlZlwGZlxOzLglycyJq8CJq40411HUqBnXghIfDWZ8
KXhwNXjw1eDBteDDBkUahUUjIDPgyMOBao9KopDx5R7Em2EtMw15iTbCLWBPs
IqZhFzEXdhHrhF3ENOwiphldjC5UOu8lpmEvsSbYRawDdhFrjl3EOmMXsQjs
IhaBXcQ07CKmYRexDbuINcEuYYs3P20WsCXYRc2EXsSbYRSwCu4hp2EWsCXYR

087bRUzDLmJNsIuYhl3EmmMXsQjsIqZhF7Em2EUs4rxdxDTsItYEu4h1xi5i
GvYP087bP0zD/mFu7B/WBPuHadg/rPN5+4dp2D+sCfYP07B/WBPsH6Zh/zAN
+4c1wf5hGvYPa4f9wzpg/7Dm2D/sd9g/rBP2D7sc+4d1xv5hEdg/TMP+YR2w
f1gn7B/W+bz9wzTsHxaB/cM0imGaixKKWBJFNeKTGjPJTKLYINlMJq6fZqaJ
IjPdzKB4I9PMJH22mR2IWwpMv5krLkP0UmAWmEWEHMPUmqVmKeXDMUyN2dps
Q9jW7EC5dTR/RzadzE4i37ycIplys7PZhSKEq82r6SzHM1Xm9eb1VJ/eZm9K
5ezEyBFOLUU4/aksjnBCzD+bgymfW81bKdVt5m3iUvN283bS3GXeTVfBcU4J
YptI7NxYgAinzJxgTiDkOOcyxDll5iMmeQnEOQWIcMrNWeYs0jxlPkWlc7RT
i2jnavMZcwGl4pin3HzOfl5snjcXE75IkU+wucf8mPCfFPMEI+Zpg5inxjxh
nqCcOeYpMb8xv6Gr45gnGDHPlYh5qhHzlCHaKUC0U4JopyDITRFOGUU4TUUV
IpxaRDiXIsK5jCKcFhQFtQwKJ8tWFOEUIbaJRDxTQ/FMEpWSSvFMMMUzeYQF
QSWE5RTDBCOGCaYY5nJCjl6CEb0EI3ppQ9FL10DEwrHKNRSHdEfE0sPVgzR/
cP1BVLj6u/oTDnANIBzoGkg4yDWlCIhrCCHvRdcUe9E1xV50l2AvukuwF11T
7EXXFJGPgtjmiuDIYK8oDm4ffIWoCO4TPFx0xU51KqIdlSKcNIoiOIZJQwyT
Yt1IMUyc9UerPzF1jlviELGkUcTyJ5IHWX+myGGoNZQ0HKvEW3dad5LmLutu
ilI4PklEfJKG+CSF4pNxpHmQopQURClJ1sPWw2TP8Uma9Yg1lc4+SvFJEsUn
j1FuHJ8kIj5xIpN4RCaZ1pPWk4RPWU8RcmSSh8iki/UMRSY5FJksJP1z1iKR
jcgkB5FJLiKTPIpMXiTNUuslkWHVW/VkudxaTnqOT7KslRSfZFqrrdV0dh1F
JtmISfIQk3SxNllv0tnN1hbSc2SSa71jvUOWHJPkWe9bu0j/D4pJcikm+YBy
20ORSTQik2xrr7WXyuX4xI/4JMv62CKOh90B07Efaap12DpCGt4p0GsdtY6R
zPsF+rBfoBf7BaZjv0Av9guMwX6k0da31reEvHdgumVbxACxg2ACEXNigNhH
MAZ7k0ZjN8Eo7E0ajT0FfdhTMB17k6a6Q9xNSM/7C/rczd3NScO7DCZjl8EY
d7g7gs7yXoPp2GvQh70Gk7HXYILb6/bSWd5x0IcdB73YcTDB3d/dX8QhEkuk
SOweRGLUH9z3u++nCK2Ooq9ERF+5iLu6UNz1CMIT3dNENqKvXPd093SSeedC
H3YujMLOhenYuTAZOxf6sHOhSrGRJaYTxx9DbEsWLaVj0hdCSF9JJ4UsnZG+
Eapky5LQZU3WRRAF+5YIlkPlpsItXyK3EE3kCDmSGL9XjhfN5WQ5hWKAJ+Qn
REulrdKOuF1rrY2I0AZrtwqP9pr2mogOoX8iJiQ25HciNqRzSA/RKeT6kPvE
tSGTQl4Vo0M2hhwRL4QcDTlJkZYsKMbAvighFG0FiaaiqwimSLA3RVR9xIOi
h3hlTBBjKLJ7R4yl6OwjitE+llziPcmi6MqWmkiXSJLETz9MjqikllJ36SbJ
I/1RGiulSnXSFKmtNE16guKsl6S3pGuV55TnpKHEqW+TbldHqaOIO9Q69UFp
hDpJnSSNIn79mHQP8eunpDHErBdLDxCzXi6NV19VX5UmErPeIE3Ck9opxKzf
kR4lZr1Xekw9oH4izVA/Vz+XZhO/PiU9yfxamqs115pLTxObbpDmE7dNkLbr
SXqSdIK4aqb0FXHPEukbXvuVbP1SvVZW9db674j+Xq73kEP0G/Q+skfvqw+W
Y4l7jpQz9Af0CXKhPlGflZfrs/R5cnteU5W76IvN+Ur9S36FvnPxOl2yoP1
3fpu+U59r75XHkF87b8FzM1+R79S/2EPJaYWoNcRxTbLU8iXnaJPMtoacTL
TxEXy5cXG9XXGAHmNcasxWT5iPGI8oljEMmYobmINi5TmvOOy0tJ42VimeIwV
xmtKNDMFxUccYaeSZ+wyDihFxAtOKZfRHL5E6Wp+GRSnfBTyTcg3aqj4UIjI
A3QcoeM4HafpaBDCo577K3lc9DeUjhZ0eOjw0pFMRyYdeXSU0FFFR2s6OtLR
hY5r6OhJRx86+tMxSMieoTiEZwQO2TOajjqSJ9AxhY7pdMymYYx4dC+lYQscy
OlbTsS5Qh03/4u/WQF4s7wik2U3HPpwTnkN0HA3Ud1PgL12j5wQdZ4SIEo4+
8FeO0nFIURYdzUgOP6dzjmg6EhyZypWjUgP67MBREDjK6Kihoy0dnejoGrDt
DnsR1YuOvk47RQ041+aO7WDYiahhdIykYwwd45y6R00MIDfVudaoGXTMoWN+
4PyiwPmlgWMF6dbQsZ6uZzMd285dC645aicde+jYT8dhOo7RcZKOs4KCdCTrM
wN+Q7/422keH0RHh/GV7Tsffz52PpcNHRzodfjqK6Kkj47i/fs+haOtr/7L9y
dOfz7hVdW3Q3Ono49/sX/V39vb/Uv6N7O+WgLwX0KPf8ox8dA7/7i/62OtDf
9lH9hpB+OB2jAv2P8xrn73d/o8XRMVprtGRkTGRvoi0yP9wCJgBWFtZHvCzpHd
CHtE9ibsFzmdCcEjkcEJONSpybOT4yMmR0yJnRs6NXXBC5OLI+cmXKxWuWdGc/KW
yO2EffHZX5N7IA5FHnoZ5Qn1tAB6Cl2+JdQscU+oIJJ9zdPEMH5wdQd+ZJ5ZoiVX5JZU5
as86zybPVs8Oz27PPs8h4HFgcCIzUTRqo/Qoi7BZVDhhdFFQCYWpUNp2lVFEF
UWVRNVFtozpFdY3qhgJbUcoIt6XWe5nPdI6+PGRI2mhg1NWoG4G4Zyo+Yyo
O7g/daXXAXUmjj7a/o8wtNqtk9tutaj0+z8ElJ+umeEsPdYcEJuwvvSx55E
IDef7ntKHaBDHe41ibABDHtabrDAHdhDb8e6eb1GrwDu7WZqyWdTjO70mEu
S5ekU+lrJaKrvSxwSDSOmsm2+aBbRumHXh9oBP2mGcizOmTt0y9BZZRLDA
yYUzZEOxoW07EEALa2Ma6o0j+vqNYWXa+WKMZsiNlNuC/mUMzRmBMx
ZxoxVsTqhFZss9jw2OjYBGcAqMMJuwILaMsCa2LWGGn2K6E3WN7EfaNHUDIqQbH

DosdGTsmdlzsxNipsTNi58TOj10Uu5RwRewaIMvrYzcT8tltsTtj90QNi90f
e5jwWOye2JMBPBsnx5lxIXFhwAjCWMixkH1x6YT+uCLCirhawvZxneNMpOpG
2IM0veP6xQ2MGxI3nHBU3FjC8XGTCVk/LW5m3Ny4BXGL4+oJV8atjdsYtyVu
e9yuuL1xB4BHgMcJT8c1xO3yql4XYai3BaHH6yVM9mbSWUrlzfOWeKu8rb0d
vV2813h7evsQ9vcO8g4FjvCO9tZ5J3ineKcTzvbOI2TNwoDewSXeZd7V3nXe
TVFt4454tzaid4d3NyHpvfsCeMh71HvCeyZeAPVGOd6Kb0YYHh9NmBCfSpgd
X0BYFl9D2Da+U3zX+O7xvSInx/eNHxA/OH5Y/Mj4MZxb/LiAZmL8VMIZQNbM
iZ8fvyh+afyK+DXA9edk1m+O3xa/M35P/P74w4QsH4s/GX82QU4wE0ISwhIi
4oYzJsSek30J6YT+hCLCioRawvYJnQm7JfQg7J3Qj5DTDkwYkjA8YVTC2ITx
CZMTpiXM/B7OTViQMNnbJWFxQn3CQvS1CRsTtiRsB+46J+9NOEB4JOF4wumE
hkS1ERNdiaGELRI9id7E5MRMYB5hCeSqxNaEHRO7EF6T2JOwT2J/wkGJQwk5
1YjE0Yl1iRMSpyROT5ydOC9xYeKSxGWJqwnXATcBtybuIOSzuxP3JR5KPEp4
AsjyGZ/w6T7L18wX7ov2JQBTvydn+woIy3w1hG19nQi7+roTcqpevr6+Ab7B
vmG+kb4xvnG+iYRTfTMI5/jmEy7yLSVc4VtDpawHbvZt8+307fHt9x32HfOd
BJ5lTJIJ9ySZvsNJIUlhhBFJsYS+pHTW+/Yn+ZOKkipIU5vUPqlzUrekHkm9
k/olDSQckjSccFTS2IR6xqTxSZOTpiXNTJqbtIDsFyfVE85NWglcQPk4egfX
Jm1M2pK0PWmXT0/am3SA8AjweNJpQtInNSSrya5IX0AOTW6R7En2JicDM89h
XnIJYVVya8KOyV0Ir0nuSdgnuT/hoOShySOSRyfXJU9l2p48JXm6b0Xy7OTp
JM9Lnp68MHmJ73DysuTVhOuApEnyJ29K3pq8l3l38r7vIesPJR9NPkE5n0kR
KXqKldIsJTwlOiWBkOVUwmySC1LK+LpSaoBtUzo5ckrXlO6EvVL6Eg5IGUw4
LGUk4ZiUcYQTU6YSUtqkhpQZKXNS5qcsSlmasiJlTcr67+HmlG2EO1P2pOxP
OZxyLOVkytnEPMZUuRFTzdQQwrDUiNTYVF9qOqEfWJRaQVib2j61M3OS1G6p
PVKZqxA3SO2XOjB1iMeVOjx1FOHY1PHODJ46mefB1GmpM1PnRp1NXZC6mGZM
molS61NXpq7lWSl1I81QNNekbkndnrorelfq3lSa9Xi8pB5JPZ56OtHL/Ta1
IU1Nc/nC00LTWhB60rxOH0tL5vublpmWl8Z3MzStKtnD7ZDWOq1jWhduk7Rr
CHGlaT3T+hD2TxuUcpJnnLShaSPSRtPsQ54/rS5tQtqUODNtetpswnlpCx3/
nLaEvVzasrTVaevIWx5K2+Q9wX4mbWvajrTd7HPS9hGSJ0k7lHY07UTCxrQz
6SJhI/f8JH+6nm6IN0sPT49OT0hPTc9OL0gvS69Jb5veKb1rZH169/RekUfS
+6YPSB9MNsPIZmT6mPRx6RPTp6bPSJ+TPj99UfrS9BXpa9LXp2/2DIrpk74t
ZlD6zvQ96fvTD6cfSz8ZszD9bMyyDDnDzAiJWp8RlhERdSyDuEqGLyM9cUKG
P6MooyKjNqQN9RmeHb2R0y+iR0TujXwZxS27YUGUMyhmeMyhibMT5jMt+FjGmN
M3vGzIy5wAWEi9OHZdRnrMxYm7ExY0vG9oxdGXszDmQcyTiecTqjIVPNdGWG
ZrbI9GR6HU7r2UfDa7fDoxyWkpmZmRc52eGNmSWZVYStMzsSi6O+kdkl2p95
TWaXzJ6ZfTL7Zw7KHJo5InN0Zl3mhMwbmOmZnTndszBzdua8zlIOc4vsl7sk
0pe5LHM1lQWOmrkuc5PHFRWdudWzO3NH5m4qvSJzX9TZzEOZRwlPZZJ6JHp4l
svTo4TFVWVaMmtUsK5wwOishfZFnSVaqZ2FWdlZBVIlWTVbbjHpugaxOWV2z
ujt92zsiq1dW36izWQOyBkfvyhqWNTJrTNa4rllZUx2GmTUja07W/KxFWUuz
VvC4yFqTtT5rM7F04upZ2xzM2pm1x2HgWfvPw8PAY1xK1kng2Ww52/S4skOy
wzyDsiOyY4lFE6PO9mWnZ/sDchGwgsdXdm2gJYkPZ7cHduZaZXfL7pHdO7ub
IwP7ZQ/MHhK1Jnt49ijw8SSKs8dmj8+e7HDg7Gnn4czoyeT3hmfPzV5V5AuJiR
WWt2vYPZK7PXOw0kw1e2P2luzt0Yuzd3Yuzd3ODM/tK5hJ/KaYw+P7AdY/6/NPA
Bgdz1BwXcVFipDmhOS1yPMQ8iZfmeHOSczJjIuXk5ZTELMs+kFNFffJETmvi
mXRfcjo6mnNMl55qcnolncvrQDEWe2afn9M8ZRPPmmZyhJI/IGZ1T51uRM4Fn
hJwpOdNzuZufMS5qZszBnSc6ynNU563l25WzVzN2ZGzO2dfqqGco45vd7x3ipVz
lueMX/h18saH/Za/meMJ/eH+aH+CP9WF7S/wlyW199f42/o7+bs6HMB3zN+d
ZgHMMv5eKW0b52h/X/8A/2D/MP9J/g/zz/Rv/UhHr2Wv4ZyR39c/wc/PN9
Cf5FSUP8S5S5N6+1f41/gLnHk5aa9/vU/3b/ZvYYh35no9e0/x+c53X+Yc+7m
p7nYfzaZxZuHkPrkmz1+51cmae3LDeCN/h3nhcn+9wwysTc9MaZItefW5R5kkVub
296nM5lf5IlXJjbObdbyJFXVvO18bvN3N56/5nx+VVOzB3COVzPHdyUkmec3JPhM5f5ofOPB5
2pU7meep3Gm5M3M5Pny57nhi57KZrbn9yd23dyxuxtG3t79G3nHprty8nDmn9nMf7Rk
PZN9eGG5DgO00QprUO7YCOrOZOSnyMjqaPBcwlOuQ1wLoyfPmjfsGf52Xm5fnGG5JWA
jRAzSWudV5XX2pCfTGhgpFc0FeR3E6d+Z1zOuSd43DKvD6JBpcCulI05r09e/7Rk
R2Yky0Fm5Q5O5O25D25I3GFl23bxl02hdhFXl3ehLwpDotIa/0dk5oUm7c2bnjw9w9yb3Yczf55f3Yezf55
C/OWODM+zT6EeecyyVeuetc2eb5vE15W/N2J0//I2SI1H8z7rSXMo76gzy+edOAP/P
8DyVLxjzQiHr+VZ+4+BM5q7a7QbPD8+8Pzk+gmZzrm8fI8Z8JfzU/BfW/WX0+SvR
7OzL70pzMbV5fndgL6dl8wmHD0gjzx+cPyxIRfT7I/bEpPJ/H5FU9UHM92OzPzPzZ+R
Pyd/fv6i+PJ5y5X/jXbn/h7vhPz9+afghd5sGyn3b5n/l7ftk5t5j/Ly/f/z6fK4Y

KAjJX18QVhBREFvgK0iPnV/gLygqqCioLWhf0LmgW0GPuIHe/gW9vUML+hUM
LBgSt6VgeNyuglEFYwvGF0wumFYws2BuwYKCxd5DBfXeEwUrC9YWbCzYUrC9
YFfB3oIDBUcC0cG2guPxewpOFzQUqoWu+LOFoYUtCj2F3sLkwszYkwkrC/Ma
eXhhSWFVYevCjoVdSL6msGdhn8L+hYMKhxaOKBxdWFc4oXBK4fTC2YXzChcW
LilcVri6cF3hpsKtTgQat7dwB8VciHScmKJwd+G+wkNOlFd4NCGW8EThGYq5
aK4vEvEJRXqRSGgosoqaFYUXRRclFKUWZRfWxQ1hy7iZRQVxC4rKimqKAnFW
bHRRp8Z41okxi7oirtxLsQtFfEXdG0uPzy7qRYhYqahvEcVNgRinfdzYhLCi
wYVVWSviFhcNo/xHFo0pGlc0sWhq/BhugaIZRXOK5jtcJa5b0aKipd4TRSuK
1iRsLFpftLloW9HOoj1F+514sOhw0bGik0Vni+Vik3lOcUhxWHEExdQUWRfH
An3F6cV+ipopgs7uzFhchGh6JOQKLqW41sHi9rsUUHRd3S6iNG1jco7g3xbwU
/xb3Kx5YPCQgDweOYr5UPDbQkhS9Fo8PINWqeHLxtOKZxZMdGTi3eEHxYu/q
4vrilRS9Ugxbvl Z4Y/EWJ2It3n4e7oqfWLw3fnDxgeIjhMcZOcZMy3Sw+HRx
gxNXlqglrpLQ+KUlLUo88UtZTxpvSbITY5Zknod5zOJKSoBVDpa0LullkSPF
jyVdSq4p6UnRIkWRJX1K+pcMSqgvGVoygnB0SV3CxpIJJVMKW/N9KZkOnB03
s2Recb+ShSVL4veULCtZnTC5ZF3JJrLcWrIjNrxkd8m+kkMeOzjzEfuuxOk+
veRoyYmSM6WiVC+1EveVNstcWBpeGs1zR2lCaWppNiPJBaVlpTWlbUs7EXY9
h91Le5X2LR1QOrh0WOlISjXGielKx5SOK51YOrV0Rumc0vmli0qXlq4oXVO6
vjSc/SdjUkPp5tJtOcvYW5buBO5JKiql+K70cOmx0pOlZ8vkMjNpblIIkr8s
rCyiLLbMV5Ze5gcWsZ8sq3BiK8ay2rL2ZZ3LujlxVlmPst5l/coGlg0p2Fg2
vGxU2diy8WWTy6aVzSybS7igbHFZPfvMspXAtWUby7aUbSfc5RtctrfsQGGf
siNlxwv7OHNK2emyhnK13FUeWt6i3FPuLU8uzyzPKy8prypvnbWCvWjOmfKO
5V1i55dfU96zvE95//JB5UPLR5SPLq9LWVQ+IWVF+ZTy6Snzy2eXz4tf6sxQ
jOULU8NoNiS5fEnuLoe5ZS0qX1a+unxd+abyrYnzyneU7y7fV36o/Gj5iflz
JYdKu1eI0r4VeoVVOrGiWUV4RXRFQkVqRXZFQUVZRU1F24pO3gkVXUujK7qf
n1tFr4q+FQMqBIcMqxhZMaZiXMXEiqkVMyrmWMyvWFSxtGJFxZqK9R9RWbK7ZV
7KzYU7G/4nDFsYqTFWcr5Uozf31lSGUYYURlbEX3APoq0xO9lf7KosqKytrK
9mX9X9KjtXdqvsUdm7sl/lwMohlcMrR1WOrRxfObyWuXMyrmVCyoV7bz/a1c
Wbk25XDlxsotldsrd1W0rdzrnVB5oPJI5XXHn3lWermyoUqtcVaHpi6paVHmq
vFXJVZmEeVUlVVVVras6VnWpuqaqpz8hObSqT7Knqqn/VIMKhVSOqRIfVVU2o
mll1vWo24byyA1ULq5ZULcvpWbW6al3UsKpNVVVurdITrtpXdajqaNWJOLPq
TLWo1qut6mbV4dXR1QnVqdXZZVyXlVQXJVeLuq2uqqW5b3anqaHXXOLO6e3Wv
6r5OKdUDqgdXD6seWT0mo756XPXE6qmx1+yp6JR6tnlE9p3p+0trqRUlbqpdW
r6heU172+enP1tuqd1Xuq7yp3+8qfQPqt9k7aq8J+qk8FUja/w/5h2Fei
JqImtsZXX5j3rymqqaipWlf07l0QE23nGWMNT2cqL+md02/moE1Q2qGc14xi
9lIzlIlKzXheRamZ7Tlw45hhRiwIrFReMDs7hu5WBmmk1M2vmllg7j+b1mAcfg
NYu5N9bUO6tD7B+SGmpWlkZT/mBiNWtrNvp6ldbUbPH1CqzeYF2lZnvivwppd
5etq9tYccKL+miM1x2tO8711OSxZSw7XqqpYTdtVsJgyG7IOdAzmrFZ2jlZN
bUuYpw3B2d44+yjk8Y7R+7QXIbSE7OeRA7oy0WYSZ2OOOpA5EPP/Wjll5qLqN2
LVvaz1CJQhtOQNhvQPMcYZhaw6jdRrgEqWZxTb6F/O0q1Go09DdDzoWcCzkP
5eYGeDjwz7ChPL/9SE0j3OucZZnOXot6oGqYVeJQeictmFEv5TrbT0OfAqwjzIZN
DteccA7qPByyg+HASdA7aRehfYrRhn9EK/XDWeiVndCYsBGo1TPQ3ILSF6KG
HaBvArkS+dyOsx8gnw9Q/ya4djr77Vvc5t++pc2ERkPaAqTty/WHnA3Zr5ZA
3x9yAXKGHpiLs36cLVS5NQq1m1HPEliynKsch41zF8Yjt5WoG64LPSRXmwV7
xix1Pizno2VwdWoRsAss+6CsepRF90i+gmuiPM4oX2H3Z9Q/Jc39jGoa5PcZ
SV8PTT3kBZAXQK6DXAf5KOSjLBvhnJZRvqKhmuQ8rZeQtMOMSh7KyoC8iVHO
gOY+bRDlUMwo3+doUJN2QAs1uU9/lm3037PMOctDOQf1RuQzFKI6w/5h2Fei
lBdwthJnK3FdI4DLYeMO4AJoFkCug1wH+Shkvq6WXLryAkqvxHX9BTnv1AZT
ifMZ5Z0oZR3qMAw5L0bLvIQcdqL+LyGHmaj/SG5/dRbuwkikHYm0nZF2Nuu1
njg7m89KMssS7poKOxq2lHrA/nZgB2hk3K9HGEnm6xrESDJf12BGkrlWrRIJ
prpJ84Ay6tYOdfOh9HYo6xHIcYziBDRoSfkVIPq2GgMbP67Fj3wEeloH6AX0
Au2PetLZx0iuY5QFWrUvt6p+M+5dX9g/ov2Bcn6NUX7E0aCVXgkgrhRlzeO+
rW5AD58Hy3mwOcSoJaLEFcB5nIo09ZAXQF4AuQ5yHeSjkI9CriU5hVGe17CR
6rZGIxv9VdRzDcpqCnkvekXTgIY8krJBa4H6FLEG9QlGHZpynaX3uLbKVewN
pPfQqu+hfWYD/4C7+Twsv0RvD2WUvoTll7CBvfQl26hhKH0S7sWLaPNJqMkk
lHsHsB6lT8K4rkcLTMK4rkcLTMK4rkcLTELvvQMtMIIlHtHoHcBU0f0ebX4ay
/oqyLuOylIdZNiI1yI6GSzSidL7X01DnaQH9AuivobRhyKcF8glzrg495yxw
A2quOleK2qroz2htZSHaZC9S7UX+b8NyL8bsQh5x0hn1TZJ7MUpnYHmGf+Mq

T2dUJgErGaUz2pesYST5XcjvQl4FeRXSepHKC7k90rZnGW2yVX2dekssSo7wV
7S+zrIyEBiNX7qJuJ81LjHIXR4M6rEGtsiHfC7lEe48ttftITkX+fuS2B7l5
YHkWlq2haY2r+xw2bRilzx0NLEOAHXClbwM34Bo74Bo34Bo74Bo34Bo74Br/
gTq04TpIn2Oc5qKsvirp1VhG2RmtfZH/UdSnL6elecHL/odzUNNwFX1xFWV8
L1Qvo1yGtGVI+x7SdsLZ6eowlvmsOll7V8coTjoa1B/XIrcD4nfL4iTfO3ks
I8l0XfKVjCSvgrwKablWxYykp7pJjzGKk6ibG71lOUp3o/Xao/QDKP19R4MS
+6EOX8P+Vdh8jbNfY8yuwtW9D/0q6Fch1ftItQrerwWjtAqtqqDnzMW9U9Am
7dAOucAM50r5utQMXGM71PYq3IUI3IWrkOoqtlRrgfcg1VVIdQ9SXcWtQfK7
kFdBXoVUXth7IUdBjoKNh+S/MMpXNZzkeRz1fBu962PU9gFHxjXuQ2v0V30s
O/Vh7yd9jPs7A9d+AvgxWmk+av4ZozQfOcyHZTFqjr4tTYTlcyirP8p6DpbP
wbICNs/BZqFKc7FyJ6O0EKW3Qeul4F60cTRomTTk3wYtk4aWaYOWSUPLtEHL
pKFl2mAsHEXLtMF4P8pIMrfS1WiloSjdRlnhuOM2vFwqy3ot2iTV0eDX9bXa
Npa5LJLvJXmV08dwXWthvxCatY4GV3orcDGudy1G7mKM3JfQMm3RMi/B/iVY
9oblSxi/bTF+P1X/xP6KUfoUlp9qm1kDHMEonQB+qj0BzROQB0EeBPl6yNdD
fh3y65CPIJ8jLKM/t+RSdBdKbImW76j9jeRZHDvIHVH6aebVSmtG6bSjQU2u
Qx32Ag8H8B621LJYj56va6+S5mNGWee0WqK2geQIbS3pP9deYxl5NqAOdbjq
BkeDUh4D7kD+DbjGHbjGBlzjDlxjA65xB66xAXXYgTo04I731jZRKesYpfBA
/6coQ1nPKO1rSGVEKetRyj7kth657UNu65HbPm0FjyNGqj+30mxuJUnBfB2n
rSPN8+CZcfB+n3JaaQKj+DSg4fzvYpSjgeXA2/kOCtxBOZZR4A7KxYwkv01y
OtdH4K6JT9UbOGfgXtTwdpS1l69FfAV5Dsr9ytEE7ENwlktsjZocwFWMwFUc
QFu9zZbKi2wpvR2oM9lI9zGKT40KSnsHcCnfR8XP90s7invnsMoIyKsZqZW4
VT9AiSUBfAKaJ/gsesgGvi9qB9h7kHa7IyM3D3LYw6hGIgcPpyX5CciDIA+C
fD3k6yG/DhnzL98vNQl3zaMuZA7MSPlT7KkMR/9/GuUOx9h/16k5t5vyLreM
8j765I3Q73dk1GQ/2nAicBLObsFZMDppEmoejLMjcKUe7U30Ge6Ht6JPjmIU
zphqqdrcExilqx0N7wmiYGcQ6W7k8GfYROAevQ+cgVLeR30SnPZHC7/vtDDG
y/tonwiMl/fRPhHo4e+jfSLgE2YwksxtFccovYX8l6HnvIWcd7OsvcYo73Y0
XK72Gq82kDwIMo/NlUg7EmlX4lq2QrMcmq0YcVtR8+Von62o53KkfUTtQbmd
ZJQeCcQ1bBkGy1kBvIdteFTKm7gNlV0as01/QyfBUe10RgPXbkQLjgdZ44Zm
OTRu5tUUOSL+Yr10ACjDcp6DrFEPwX6e9gpd3SrctUk4Owln6/ms9jnu6Zes
J/ZbD/bLOX8JG5VtyN/y2U/1cow4eAxoGqDZwRryXU9AhjdgvfQWo0Ba2eMg
7PewvbpFHYW+yvoI6N/H7jaC9dSqT6BVeXbYirPLUcoZIHtGn8lzgd6R5A3Q
rIKmAzQvgmNf7jA01ku7GIl9TQfHALKGOAzZaxEq+6g20LeBPg36S9V/8DyI
/Nciz8Xg7WtR1mK2kZcgbnKi9f3oVz5oKqDxQROL6CNYC2MZmhzE9QL+Niew
IpFMJbbSryD5buQwBzkcxPpGnCNjjH+AeOQEYpM7HBk5TObxTpEsz32T0ff+
iehvJaP0T9i4kWoSUkU01AheN+Byx3G56jOI/V3aTYSfQe6KfJojbgqGpjlr
1CLETWMY9emODP0rThzNOdNcyaW3xMhag1G8CNe1HteyCPVJR9plyD+9gees
d1HDyajhu87aEVLdglQlqPN8tEkaNPOdCJTX6NR6YC/UE+2mDAKuhKXhINvr
iODMVYw64hf9QR6bpmDUb8dcj7UF7VHcu+W4ul48clVnjv6W/YCOmhtYf9Bv
QT7pfFZ/k1HbxDZyHWLGQ4j9DyPynY948yVnZQNyvrNugCgbltJmpHrOiTTt
x1HWEqrh01jBWObUWV3EdVbvYxnstsBNXtBLt2R/rFS9jvULndlOdNZkr9O3o
4RwbAsmTsHxjYK2G5VthcyiwOuHIrG+KmD0Y+kTog4H1ThQfkLej7znt/yJp
HsLVTUZ9lqE+k3EfjUAMvpzsT2GOuAIx9eNYxcJ6kboB8fWXWDdQnfVA7RB6
2iGWeeVWvg+ap6C5jzUU3bNmCKP0JTSOp8XMJU10+tW3xwkz9J2k36SPZRke
YCjKvRF1GOpoGmRgLGFLYCXQjbSTkHYdavgSajgSOcxCDiORw0isKjyENZCR
zuoc50Aem/NpDRs/UDiIdcI65CbYRumLO9sPqxx9OX/9Zs5fGQT7R1Diayjx
EUeDnJuiPfdCn8iy3Ane7D3or0LbvgeNbbTl+V0/yX7eWMiy0R0tzzmHOncB
eU5qmAlk+TLMF3/FOs9lnI/yMNsbkajbw6hJGHJogTqEoR1ysSJ6FjZT0MNP
wDKfeZrqYpTzMeKaMdMmDs8+OUuLwBxBGjkcvEvGjAZWrB2B92sGDnOCe5f0
doAfMgOMRZ4R4IrwwDQjRApe29nIsuO3waM+ABfyoX/OYln9GJpZsJnIMBzk
fzXiggWMajF4RR/ol/Lsr7QBB1iKum1jr2K0Bd/Yhny2oj5D2T9oyfAV78K3
bIfHKAUjMsEcWjLn0V2amzTwVHIY+P9pRjkMbGSzE18YRWAIvBLoQXy0B/HF
WpxdiyuqderAfsNoi3rOZv5DsRVHB5UBdCIRh8LINg7WGh7RoG4TE4DE9sD
mz1IdSNsPgcHuxE2+wNsjTVrUWIPtMzahiq+I6jzB6izgWjrFKM0Dy2JGITu
IPMlD+TtiA62gg0ux9UNxXXdhnt0G1I9wai043y0veDAWGFW2oEtg/Mr7dBu
p1W6dmUJI8WG7CUmIQfMX1IU+N4cYBTsa3DHp6GGn7L3kM6i3+rwDxEYESbG
dQNwmX6KNH9jpPiL67weDLbI6Y2spxF3ChwpFiyuAnewAjlMB4/itYJiRsWP
ucnN94tk7jNHmUMqjt+IQPusZg2Nms0ohTXvIvqbizbcD/lBjPdJ0GyBZpLD

cPQkwZyf4/1J+kMs89M0YvKXC47yviX5BljegCuNgB/QUfO3wNaWga29hfrs
Rg1fA8vdhIQrUZ+RKHElOHMdOPNW6JfD8j301WdgDz8mddXTSP8qcDfzfMpz
OlIdQSrwUvj2EfDtBTpzuVH63dR6xzBeinjVQg3lFRu5CGP/FFYzdmIN51RA
wzk8riYKXlXj1u6pjib7LmjPYahbKfIJQT73qDwP9ndk9K4HkNsa5Oxx5MBK
LK+eVahjSPO6uoM9tnovy85KFOwz2F40oCf3RYm4U2oUrxAKrApKn7EsOasN
X0DejzWcTY6MOrRijbaFNUorlN7WWdnDSuMqcIB7uCbyG3yNWiau8Q1YtsLV
XYIrQlrpJOrWDtdykrmZUgJ5B/RzHRmWC7EutBD1vwb51CGfa5Bza9QhDbX6
HLVdhhySkQpMRjoIzR3QbFbZb9+isq/eDJ7j5VUmYwPWtbzQLGDZ7ATNAswU
/VHKaWAoNFuYV2g3w6/eCz+MltRvQSvhOaA+WKOZy9DB2aJR2xuwrtWD1+W0
JKzOObPDIGclFmc3OWueYGu1WNO+0VkHs2dQPughxga+Fj3EqS1zIbMT8zSt
AeuEOegVxegVdsODIEO/wJo5rwEWYaW0FmvjH2NtcAbkiWjbMGedFjmU4W62
4xykfep6snyWUVoPzRmsy/XCqvhVWCGPwBrdWtR5sfOsQeM1xjj4wDNgU100
H5094PR/eMXntJbMRWHzHDQz8HwhIG2knriDZ8CmZJQ4EiVa8ANOTBoN/R7o
wwJsh/3G2w7ibAbOjkGbl6G2XmjKYF+GtdMwrJ2WOSv8nJZiOjAxJwYEPoOr
a4GrWwXupHCLaXOwIqpwztpczllRkHM7lJWLsto5GqR62llDRt0eQLudwkr+
fA3rydDMR4nrwdaK9QLW6AcgT0G7cdr+sHwOls+htiUNAwTHm3ztNtaHWyGu
tMGgUjmVXosaxiLVAeSzCvkcwKrsVnjptdAvhH4ZemYi6rwZqV5iVMMw4p5D
qjuBqby2TPmfhs9vj57A8hn9UsFsllA6jFmyHmzqMO7vE1hHvUyNZBmav0Pz
JDR/t5tTWbGYHyPAiBZjNv8HcvgW9t+CTQ3FTO2C5gWUcjVsXoAHuwxno2AZ
7ciwjMUs/AYwFmt9+/hdC7mzymsUTRnlzrDcwqt/CtZwpC2Yxw/xmzDkeXqz
HPB1veH/e7MMm1jwio2B1c75JFchtzuRz62Yrz1gkrdCPx2aDGimQ/MYNDPB
QsM1XnWZCR6SwznoJlaQEOkrOdA7z68jwIJScPYUOGQKbGLZ+2nPMyrOisEb
WKvsr/JTksfBkycg0n8c9f8SaQeitjeiPh+iPgNRww9xdrxzlu3FDofhANug
9eYzCjwdkAtZJj/MbK032NpmtNgstGF7sO4+WP1bh3sxEJr7oTmINd7FmIu3
A/E+g3QYc7QKjRrgzy5K9RCwC9eN5ogbMM9Sieq1WEkrRX1S0T7HcDY1cJdZ
49ydLfDtY5y1Pn6nhZjAEB6JsPkT9J/YuSQjT+UW1NZEPhNRqwLUahNa/jrn
SQHmsnGIWOcjYh0H+8Mq2yxXyR+qkbgXnRGbHOTYRI5HiVjfluMD/YRZVjV6
V7gTlaAl26Al34ZmFVJIKSsxdm5Br+CZ+h0eQXp3tMYoXCNGlj4Emg2wAVvW
h0Nzym5D+QzlCEWdrT7HMq6oBWKlClz1HMQF77KNdils3sXILeWz2jBtGMuw
aY0+di1GKJ75ykeh6Yr7ctRhTVgbwToJyb3go3rhKrhEjXOT0BrKrTwq5ZWc
VpOQA1ZWlTxw8lCM9CDcneU4GxS472zzV0Y5DRovbHbBxuuslKnXYnRfyzJq
tQE2Oei3G6B5Wb0ZbX4zy85zgYZ8HuNcN+E8r9+Iej6L3rIRdWuCO4JoTkM0
JyOak0tU8t7q1Worlp11NtRzJvcKuSu/saaOUj5nGfZdlc9Ic7fCM8sU9TKS
D/P7V/IUlFLB/U1/Cr60ArktVfuQfAMj9TE8TZAfZ5lR2o6rG4er2x7gTj3Q
wqw5GNA4bc7XMgt6J3rNxyhzo3/6VRVXQSh/zKgtd2TUys+sQPs9I3kquhYJ
/lP5Bmgw6i0cGSU+jTq0R1lPQzMYLbYPmsHOWIOfP6TyqmAvRmkRUl0CG6wH
Kqvhk5OhP4EcklHzR1HzT1DzR6HpBJsIsLkNkf4X8Hi3ObMVxnUsxvUQcLBk
tGQNZpYKR0Y+/aG5Hpr+iPIOos8PQG3vQG67oSmA5o94irEF6wDPBFg3138f
9wplM6O0j726NJrfi5PfYZRGI599ahDZ3O/YYxaIxc7prbBa5Tyv3Iu71gN1
uwVXfQOuGquLcm9o2kPTG5qOzpNK+Nhw4CRgV4z3B9AcB0GzEvhI4MnmVJJ3
4bo6sB+jmdeDGZm93wuweQ7+3EaqV9DaHtT8FXh4S9AcJwZin1hDOiZ9JZ2R
bDk0pDiE1/x98lz+/wTkxfIL8ireo1R+S35bfkfeLu+UP5Q/4p1H5c95V1GF
WJiiKbpi8d6gvBuoksx7/itlSoVSpVTrz1pP4v8qGhA4BgeOYedkn+gl+tK5
waQbKcaIcWKimCpmiDlivlgkooVYo1YLzaLbWKn2C2P2i8PimDgpzkqyZEoh
UpgUIcVKPild8ouTUtG591Db9fy25FyZ3i4E85au/Mek/P2E9ZE8V4YsQPW
ePQXqZ0syFjjV8bgbBHS4i0hJ0aU1oDJ4rm9XKsHi8B7FjSzsc0WaF6DfFzd
iV7GZ22kPeywKgexsp7icAd+i9N5Duk8AaP5kDULIL+OPo7VLPJYN4nA0066
k81IQy1BshRE/VeMEKpoStpw4aHWTRLpIkuUiDJRIWrFZaKDuFr8XnQXPUUf
0U/cKoaIO8Rwcbe4l9p9kngUewTPE89S2y8Xr4hV4m9indgkdlDrvy8+EB+L
g+K4+H/sfQ2ATde1/z5f92vu3Dn369wPPqqqlqIyRFQ8EVFRERURmYiKikxE
JiKiohMRUUVVRERTyeiqIioiKilCBORqYio56l6opr74o99e6qq4qqKaqu79r/Xb
+153PjcpxCpxKs8jjrXOmn32Z2ctddee5175sav4nr4iv4Z4v8zP8ESs9IbJppN9n
JerU+2t54vO+it72ab4k03E+Ted3hdeEime21GfFZ2CSPJ4VC+MdsJ3Z3YSv3z
ikp5Sza9VWm6vyVbdr+pKw1UTPtzqJNO1V4pZGt6Ff8K6dr6Bni+5GLrwiiHHk
kilpqUPp09RCIJXeSeHFGRjNAtp0fAIpbvbHkBaqHvXZW42cFcNIk1IQtRP2wZxFt9iYn+
WSjf8GQkg/Xe5SdPttjPN08NfO2tc6O+TLkilBwRtBYzRWw8yGyU+EPESVQzxg 
RSpt3a4iZhYL05/NGnBKyyFw72bcw+j1n7nbw+V9+JWqV3F0r3s7TQFD/AVq+h8+JeLsK
NDSxdCVVoSLZXiohsPJW9CtBM1WpSC39L29jgdqw2H2PS3TeuJ7NI/tAJY+oo+2tOKo+YTdB
3BhK0j1zM+5P3A8aHuPrA6xPYLJMiOHT89rxZ0dXoXlNYXJfuYZJ5vqC+9dYJ4KJrTv98

PfU+ej99IIUOrnINJeigj9BL9bF0z1wT9Mn6NMJ8zdRnE8f5FG8RUUv1Ffpq
fZ2+gXgO1jdTz9yp76HK99Xp7U8vYq/MaGbezxpsziNczrR+2PxY8Aw0wsZR
c4HgX+QoptjFWBuMVF0ZW4sYmy7gFuZojHT3w898T/BvgMzhFD919UaqXsCt
4Q2eAPaY7FPtNB5jO2nw/IReTOtjTZtwCWNjmLEb3Cim2MBYayRTIWQrY/MQ
Y6oF47nGT7kW4NMZo3CF5IOnRYytceBwAng38CTgZQZ/yWrK2GjGWF9t9MMo
w3b+BEJCVl+Uln8/93OI2Mq02MWY4jO9geNb7cGnIXiuQdqWBv+K3sSYyVbG
mItyLubvUEi7DLgd8D5VBqaLkHa2wV+xByK8g8KL2dNWHOaylFCqFUxre1AS
v3CErgu9hdCFFpgQmCrEpf3j/s/sH0cjjD1CCLuUYCzBBILJKmwawUyC2QTz
OcwM2qPtcfbEcwDHmWJPt2fZc+wF9mJ7WTXgsJX2Gns9wUZ7C2C7vcveew7g
OAfsw/Yx+2RQnAb87Qr6gyGCeLBBsHGwWbDlOYDjtAm2D3YKdg32IOgd7AsY
ECwOlhAMD44CPSY4PjgpODU4I1gWnBtcGFySA/z38uCqYHmwIrjpHLA1uCO4
O7gveDB4BHA8eCqkhzyhgAKiuW6hyGnA38lQw1ATgqSC5qHCUNs6AMfrEOoc
6hbqGepTDfqFBmb55sLg0NDQiBwoDY2tE0wITQ5NC80MzQ7NrxUWhZYCVoRW
A9aFNtQJNoe2hXaG9tSA/aFDgKOhE6FU2KwLhH1hO+yE6wMahZsCWoRbA9qF
O+LeJdw93CtcFO4fHhQeEh5WA0aGR4fIHhSeeE6aEp4PHrPAcwILw4vCy8Moq
sCa8vgZsDG+pAtvDu+oMe8MHwofDx2rAyYiIuCL+GhCKxHMB9a4DRBpEGkea
RVpG2gRH1Qr8rH2kU6RrpAfo3pG+dYIBkeJISWR4DWAeowjGRMZHJkWm1glm
RMoicyMLs7AksjwL/HwVQXmkAvSmyNbIjsjuyL7IQeRVHY5EjuN+KqqfC6Ke
aCAaiSZz00cbRptUgebRwuqAtG2jHaKdo92iPaN9cO8XHVhrec4A0cHRodER
0dIaMDY6ITo5Oq0GzIzOrgLzo4uytj3HFmdtpbJx0aXRFRkbFF0dXZdrR7I6
ktuumTbJyGhDdHO2zNuiO3PLxLYkuofsCfX96H5pA6KHVP+lfhU9Gp7I4wbr
e/QEQcoxM/rs+OhO+fBzx3Ycp77TyGnqtHBah07w+OK0czpyONfN6eJ0d3o5
RWxfnf7OILaTzhBnmDPSGc1jgDPOmQjbTnVmfXemONMz9tmZ5cxxFjiLud7O
Mmcly8JZ46xn28k8ARudLc52Z5ez1zngHHaOOSdjIuaK+WOhWJzlC5mSLFmG
sQY0TqrxLNaYxh8l51gzpyjWMtaGeeBZ+1inWNdYDx53suNsbhspnuCbGVPU
WMBl4rEx1jvWl8sWGxArzrQz4lPboe1pXOYxj+sWK4kN57DYKBrDZyng8Xpl
Ndgux2UerzAe8xicGYtdCkh/ULfqY+wACbExwTIGjLGZcVVBbHzwCENmjARk
xsacsbLKGJkZJxXEJtE4yGMhj300HsamhgYyIA2Pc4MlZG0WQWxGrAz3ubGF
sSWx5Qgn+xFbFSuPVcQ2xbbGdsR2x/ZBj6kP8/iBfkv9iPtT7GDsSOx47BTb
orge96BfZPpBxi6SbjEftnPxANkm1Ue4vdhuIb2ygTX6VvV+pexLpvzgQXYz
Hoknuc3jDeNNsuk5PvW3ePN4YbxtHHYn3jneLd4z3odtOOwS1SHeLz4wPjg+
FOnOZYNUueIjlB3PhI/KiaPKjLpWt8eZ+rAdzsCZbN0Z7Gm8VN3HUjt0Pg01
7GSurWT7mLGROfaQ44IPx6FnLIP4hGiH+OT4t9PjM+GwG9m24vdmnic+PL0IY
2az40viK+Or4uoz/Et8Q3xzfFt8JO0Z+R3xfPfD/8CbJp8UPxo/ET8VTGJ0iY
CR/bM4z/7DeQrUvYCYfH6ET9RKNE00SLROtEu0THRJdE90SvRFGif2JQYkhi
WGJkYnRiHPwxZS85LXwz5TfB51E+CngpHvwsMTExhe0llyvr12X8sNRpGwzI
+DDK92Be7I8lpidmsb+TmJNYkEnP8bk++JvkBT+L6pZYnFiGMPYbM5DxE3Oh
ui+Y8f1yQcm1hl+XAfbFMlDdp8v4aLX4ZomVEs7pm7Hvlet/kc+V9btyfCwu
K9JSnIxMavQt6n+JNYn11ftVYmNiS8bHSmxP7ErsTRxgW5SJIzicOMZ6nTiZ
FKxPWTvGcbjPkf7xPelK+pOhZBx0g2TjZZLNkS4bc/pZsk2zPNiLZKdmV9TPZ
I9m7hh9DkOybHMAAfSSAL0N2K1mcLMF9eHJUpg9yn0iOSY5PTkpOzfY/6lfJ
Gcky7m/JucmFySXJ5clVyXIeezLA9eV3LJYT1zlZkdyU3Jrcwb2zfiR3J2GD
M/GTB5NHkseTp+rp9Tz1AvUibJty9mhuW69Dvc48/jHATpJPUK8b9mnux/a4
3sB6g1lPeSysNxS7NWOfZpZXZq9mfk/gHZlZTrxPM8evt67eBuzVvLPeHvvYB
2f5nbHN212YG4sfjDOs27w7Hcld7N9dnPavfqH5TliO3Y/0W9VvjWbv6HZtIH
/S71u7Mtr9+rflH9/jl7NvOOzbxf83qmbI3O3m8mb9y3q4xNQtlY3HH7ecm9DfW38Lk6kN27
+XD9Y9P3xjc0Pj98r3mmw/9Nf4fpOZaWa9+
+XD9Y7xjc0Z/2Adn/4P3b+bdm3nvArQm2gvm9YzAT7WSHUN9R9wnuv+bd9v3E3nr+b9m5wL3Ugb6MLN
/WPT98Y3ND4/fK95psP/TX+H6TmWlmvf
KKK/UvyVEuz1PPwroziMf1zlOTJ2cm2cEcYuyYGGPwKdj10l8Bfi9bXKBf/BXEPKh0Mxf
uOYzTvF3zl+4l+4S4TmqschrnoI16YunfUF3Bl1Z0HhZQTICxZyQwg5hJA0QtClXz
2jggaX5q/Aohv+IQy8+05Zc00p5C2lpgdopDrI6I05FDdJNp3zQ00s4k9D/GkI
+Sme/lTSeNoUT5si+8i3+9i3+9KGiUZKDFChuHpMOTbH6n6M+36PeTwe5SSwGUrS
TNIomxshboROB9d0nj6HYR8R3z2Cj5/BPf9G4N8IMQciDspgFiG8SNJSVsD7
Ubb9KOd+cAYHS33JohJpOQtpJHOJuwLS57gaTx9HI8vRwc1oLbWkmD2zEHAO3
fuDcD2WAtE1123gfcd5H2L0Ivxf0o6AfRZyxiDMWdE/QPRFnHOKMAz0K9CjQ
z4N+nmkNWqRjLYLumdA9v9yoPatAN4vgee7yF8D8L3gIZ2dMdhHPwL6COL/DvF/
B/m7IH8X+D8N/k+DLgZzDdDHoR6EWgV4FWgYkC4FT/wtotLWB
tjbuBH0n4kMnTeikUYnwpSpQH9XLJem1C+CbQPwT9QO9Q3g74f8b+N+N8Azy9bg

2RpxoD/mZInxdAjoIXj6D3D4ByTzMCTzMMLXI3y95AYNuRGpbkRbbEdbbEfM
csQsR/hBhB9E+DyEz5PxmYNeH/zrIwT5ajJf1FqXtR6EWgxCvnOR41zQbUG3
Bd0edHvEh2RckIy+EXw2IvfLkPtlyOtj5PUx4ixBnCWgUUcdddRXg16NtNA6
A1pnrYS2r0Q4NNmQmvwC6BdAXwH6CtCwTgaskzUdaaeDrgBdgfLPQfnngN4K
eivSHkNfG8tYk3ZyETAslRUFh6jUAYTfgrS3gA9soAkbaMoWlxbjeaQdg7Rj
UJKvg/46+EBiBiRmBRAzAGmgb+rom3oT0E1gK7ywG15w3odc9oHPy+DzMsKv
R/j14Ak+luzjnRDeCXQANPLyvMz5epDWgzp6UEeXgZY1wOcm8LkJZXgdZXgd
dAR0BPHrSXsOGW4Ez2fB7VnEhJ13w86b25D7NnBuDM6NUQtYYAMW2EDbGWg7
sy/Gu9+Dv7Kl0mYir9cQ8zXEbAnOLVEe9BcX+ot+A2R4AzgvR/zliI8RwZQj
Avq7Jfv7YMQZjJJjVHJjVHLBbrsayP6FMnwADh8gBNwMcNOfQo5PIZc/I86f
weEZcHgGNEZGlxwZoT869McYDj7DpU1AHS9D/10CzfwY+cJWmNJWHEb8w8jr
PxH+n6Dng56POBh9DIw+xiegPwH/QuRbiPKAdoG2UDYLZTNbgU8rpL0Lae8C
DU0woAnGVNBTQaOOBupozAQ9E5LcDEluhqbdDt24HXnBe7HgvViQpwV5un6L
8vwWadEibrSIC2ldSGsiL1PmBRtrwMYa3wT9TdDfgQx/jpCfIxeMX5b0na4B
h2tAXwf6OtC3gr4VHLYg7RZI7l+Q2B9Bfwr6U8SfgPgTUMJ7UMJ7EH4bwm9D
vtBVC7pqtQHdBnymgM8U0OinOvqpjlbT0WrmSPAZCRoSMCEBA+U0ZDnR+gZa
34BFNaRFfRP0m0j7ANI+ABr92kS/NhKIk0D5H0L5HwKN3upCb3UjjhtxTGiR
CS2ySlGXUsSHx+iCx2jC2puw9ibGShNjpYHxy8D4ZRUgbQHihBAnBBpjtIkx
2oBNM2DTDJTNQNl0eE269JrgMxjwGSzkZSEvcwT4jAD9EuiXQC8EvRDxYZ0s
6YUi3EC4AQ00oIHWbxDnNwjfjfDdqC9sqQu21IAPYMAH0I+ibEeRF+ywCTts
IY4l/QS0iynb5S3Qb4GPD3x84F8G/mWIA9tlStu1BvQaxO+F+L1AJ0EnQUO2
BmRrwFc04Cu6JoLnRJQTstKlrNDLTPQy80PQH4LGSG1KbwQ20IQN1ODLaFDl
XE+A5xPI6zHk9Rj4nwT/kwiH52DAczBHg89o0DtA70B8WBtdWhvovAGdl7N0
xDFxkmfp5C8i/NA5Zul0F7eI71SZq3O/GCJK6jxj532xSWyuMm/ngPiT+HOV
2TtmdsZOw+xcnbtrzNF5ssbcnDeyM3M2mZPNm5jPmTPNleYb5rtmhXnA/JP5
N/M4v/uJ/VTL/eIQ5XmC8jM1H+XmaPW1RoSbai201vIShwDttI5aF3V113pp
RVp/bZA2RBtGJRmtjdMmalO06VSGOdoCbbG2TFuprVHXMMMB6baO2RV3btV3a
Xu2Adlg7pp3Uhe7S/XqIqLjeQG+sNyOqpd5Gb6930rtmL6H30HvrffUBerG6
SvTh+iiKNwblpHIhHj1BrpQP1fJD/b8Er0LgOS+zeec/oyGvFDdmYn6NziH6
nxA+hcPlnBqeXov5xRzej7G1lbHZAiFHzc2YscZ8hiG8MebXHGDaNRxxioG7
gv9hcDuGeS5Fas4Lryfw8/wafTZCfqTmxbQQajaN+Btm3HQ7PV9GnMQMmghm
0ywGLuZZNtp85qZvkXNwZDhizgCtg8Nh4JHAC40paH+BMkzhWT+YvdKb59fo
FZj50hp0a+N15oD4acx5CavZNzzD5SOOYxWCwwnGRi+k7Yz5Ne04RAubZSwH
pHIwX6Yp4sxW82sWZ3tfqRjLvU+/UvA5/CaF1ad+9w2iuddxn8v0tCHiAepd
T1PPWkC96lX0Ku5TmZ70J3GQQeo9N/aYneswA9Jhh6DGZfvK6thIyKCH+p2c3
1pzfuLzKHMeasxz1KjMdG2K2I+PmWiHhtloHrTNfQktNS/Psrp7pzfwuArqI
W0DfwrT2LdB98bQz6LdA70DM0aA9oNvh6TtIdRLh/47wxgj/JcLbgG6Gpy7Q
94H+seTAtPZfiHkQT0dJGk9DsmwI2Zvi+UzNESCEDi2BB+LpdonxNMm0mu14
StfRklddmu/0f2a+E/UlTzMz6GlW42rpaeNp7+mUvbryWda4ete4+noG8MnV
uEo8w+kaRSHVrzGe8Z5JdE2lawauMuC5fO60upZ4ltdyrUL65Z5ydVWoa5Nn
K107CHbXcu3zHPQcyV7HEVdep+Tl1WtcHm/AG/Ems1dDbxN1Na9xFXrbZvLy
dvB29nb2HPe2rXF18/b09vH2QX79ExA30DiY8lFOoa0Qt3Jt7S5G+eUay3rHq
muCdTNc0gp61XDM9W72zzMxelmp+9FsmrpqS8S370qEyrs9c67wZcm3Mkkbm2
eXeSLmQuLtce7/5q1yGCo94TuFLelM+U4T6fzybsZHWl2FPuq+9rVMvV1NfC
19rXztcRVxdfd3X18hX3/3jpGuTrn8Mne/mGeMfyCd3qKvKfKNzFxK+v+283Vi/
faOhuQN843wTWcd8U1gSvumsH75ZRM1Bbff7FvgWoo05LSLW1yIk3u3LUMbtfWt
9K1hyreepe/bCEkf8m2hvtPeu5n67Q/fds8p3b3y6S8S8mDftfDhmd7Hmq7xhp
+3LfSe/8PEGavDvPlef3pijfw6QpFd7/7BeaG8e8eF7D++y8xnnSl8uv743743Z
QS2nUost9VTktc9r4CnO65TXlXhxn0WNEFP2FW7dCs/wvB6+Rt4RnmZZ7Sl8
K8XrRL1ua15fotr75uQN8PTIK84ryRueLnyp6N549OXH8sqblMe9dWrejLwy
uubmLaTeOlf22LwlecuRG+WUtp4pg36ZV0Gcy/I25W3N25S53O4/6YN5Bf1+4
B57KO5K5K3iXtRtMfMPRtAz097vnhbf1m8fw636fGP+Dr7o9Q61Jr/6G/iYx
uf2+RlSmg94V/ub+Qm/K35auDt4T/iQ0fDUYbcXx6CCKNYSn5O5xN0o5o39Oz2
96Twkf4+/n7+Dv6BfsbP9Q9/wl/qH+uffQ9d0/zT/TP9s/378I+p
29y/lHRtEOW6lm+TfzU/d6/wbfaA5n5f5Sf9H+9t/Y9j+19HEYfKKSr+H9Z7Rwf/9+
/yH/Uf+JvHdsvukblu/jU+a5bvl2vfTUfcT9h/N9slbkN8s+pvSIJ
kt/C04m0NEkl3uvZnd86vx3ZmVP5HclONM87n9tlv3t3t+L28yv8i/KL9//iDu

177DLK38IfnD8kf6Pfmj88eRhpLlII0MQAdOka0qlDGI48T8KcSLrR00GDFh
ZaDBh72d86d7DubP8ur5c+jJflqXpPJMzl9AVMS/In+xt4lvtH9y/rL8lflr
8tezFcxYsvyN3mls6fzTfMt8y/K35G8nOzdU2rr8Xfl7OTfOKf8ASeQwWzPC
k/MP5x/LPxkQAVfA79nqXyEtF2zXIt/GQCh/l697IM4lCTSgdiLdob8bB5qx
/sjLd5jK3TzQkm1SoI2/Q6C9r52nONCJ9Go/5bI/vwtZi7JAV58T6BHoTU/6
BgaQZgwNFAdc+UX5RYESXwtPma+jd7JneWC4d2BgVGBM/rLAeGpFtuzNaUxI
eUsDk7yTA1MDM/ydA2XUe7bmNw3M9RWRXvajFtsTGE89eDDZrP6erYGFgSWB
5d4NgVWB8kBFYJOn3LsosDWwI0CSCuwLHAwc8Q4OHCeugwOnCnRvH+LcL39i
YIB3cH5RgacgUBApSBY0LGhCZWxLvBeRrR9c0LygsKCtZ2tBB2/zgs7Ul4q9
+wu6UZr91D6pgp7eDfldCvpQGw0kHeniOxxo7+3nLyzoVzCwoA/JYX7B4IKh
BSP8zQtKC8YWTCiYXDCtYGZBqa8F3Wf7exbML1hEsZdSaZsVrChY7RtZsK5g
Q8Hmgm2BCu80H711pXql6f3TbMJ+o9kk9Ty9E1wPH3KZ4FV/O0GPTb3Jbwkc
YhTgTeWG1Iv8FgK6A3CK3sLpbQx8bMba1RxHP8I0vctznJng9t94Op+9WWsr
4mt4OpdzMXSmXV9ByGLE9yD+W/xUOwZ6agprBhCnV+pV9oSZtuRb1BTgZsDj
ZQiXxBwDbiNRr+mg26FeAxGyECGrUa8/I9UzqFEpcmyEusxGXTYgZgnCB6Mk
k5C7T77DMU+rEE/XAc9CyeeD7ob4O1GeIQhZKfNFWgfh6xGCFtG2QyZdVY4J
8H+R1zDJuqM8+xEzjhL+LEVvsWINY6Mh4tRL8+8o4zhf8TeUcyi47VR155Bh
4LMLcfYzNjqA3oXwOXjvWIJcxiCXfbIVgNsgfimHG6cQ0ht1bJk6hTV1p1hu
wJMYaweB9yCkPuLsBx1C+EqE/BkhPYDblXwdY+NGSKA12qsCZRuF3IuR7x5o
jokaNZX6k749+462DKUKMe1xGLuLpK6yrFxxpNrPtNUFcfwI6Su1l9Oa9SUH
1jdtAngWpXhdTQnKuRC0L3UH61iKV6qEgXsgVQVk+C3QAzmmdgypWoI+jpgV
4DAV9GSEb0fdNyG8CUI+wdOnEbIT3J5GyPWI+VfG9I4PfYAEuqLk3VGLj1CG
PdzuLmijPp3rax5iTPJ5E3V5E/39RZSQ46fAoYVq0zfBgUPaov9G0CLfxtN2
wPugOVvBc4uSmJQDl7kzarEHUnIQng9chJglKsdT0MZT0Oqj0BAZkyXWgGmy
HkdhBzhOf+CpCLkDMZPIK4mYm5GqAnFmKR3jpyegRWMZayll6xIIR59F67eX
fVxaOdYl+Yau3rIP01s091zC7vrQKNgQ4wDSDgKG3TOXQv5HOF9jYeoP6AtH
0RdYl3orW3QUei7IjN2CUBepdZMgmYOI8wrCS1CLrqBvRvh81G476MUI75La
hlaeC3oYJH+UfyNHjj2U5SnkX9rQasvR+h8gHDXS1yLtarT1UNniHId6DdZZ
oXbyN43ZUgdYhmIGxyEr9CZ4ckxH2mRltxOo6ZuoKfNcDllFmHY1glRHIpcy
lK0MHHqpvs98+kEDGwMPQBkOKRvOuAj8N0nbmJqJli3EWDADJSlEfIFRg3mO
1zahVIPQU3hF+oE07xHZB219EHGGSduOck6W0tPfR19+E1rK9SpH+FjEfALh
vVHH6bDhvRDSCKODlPNCYA+eNkR9O6Gmu4GnAJ8C585o/Y7AjdBSmfVsIV7P
lr8u/11xaT3b/53fd2iMs4uEZvenO+mrPcQM2v3tQXWCIQTDCEaeAUYrGKdg
Yh1hCsH0WmCWgjkEC+oIiwmWKVipYI2C9eq+kWALwXaCXbXAXolDdYDDBMcI
TkoIkkSDrqqAulWDoL8ahD4DxAka1AKNa+HL0KwatKwjtCFoT9DpDNBVQQ8F
vesIfQkG1ALFCkoIhtcRRhGMUTBewSQFU9V9BkEZwVyChbXAEoLldYBVike5
ggqCTdVgay2woxrs/gywj+BgLXCE4HgtcKoalNUNQjqBR/WPWoCfhQIEEUUn
6wgNCZrUAh4FzQkK6whtCTrkQOccyMTppu49CfoQ9MvJKxcGqvvgOsBQghHV
0pdWg7G1AKedQDCZYJq6zzxDec4Eswnm1wKLCJbWAiuqweoc251rbzO2Utmx
0Do7a19CG+yq9iOjI7ntmpF3Rkabc8q8rWqZsvYk1wZk+q/qWzxmZHQ+tLOq
TnM+/Dy0h2A/wSEbNoLHl9BRGc51Cp0gSEn7GjZt2Mmwj8CWY0DYUbad60v6
Hq5vZ+1zuBFBU1nfcAsph3BrG/aSeTKE2xF0JOhC0J2gF0ERQUa+Sp6cFuNk
ZgxbmSNn5jNI8uBnYYoXHqbKVb2dqrVRdkzJtFNKjo3hkapso3PSH5B1wd8j
5ZiHuo1TYcNyYHQtUH1cnlULLLBPj6+5Y2wGtudA9fE1M16ezzgZt6uOhY3t
02NgzniXtVkE4Ynqzm0+XYWT/QizHMnHCFOdwotVOPVhHj/Qb1fL/hQmnyJM
dWVbFF6j+kWmH2Tsoi75wM51zukjrEcdVHplA2v0rer9KmNfMn0rpcq/XrX5
xpz0g2V/C5NfE94uyx0mWYf3Khs+VtWBdCN8WKU7l/2pbsdri5Mpc232OAP9
cuBMeZ3Lnk6uBtXtZK6tXGSSftpG59tCj0s6XzyADstFh8uHCJyWwb8PtzT5N
RKgwslkR0tEI65byXyKkg5G4smPkd0RYBxdKexYhPYyw/imfINJS2TMe/yuk
nYu0kWN0hHysCOUZIV8qwnlyXpRHhPMgfyhSouxnxl6ynWxjn/abxp+2o+Cl
eKCMlAb2cmEtdriaDc76MMoOMy/2xyLsY5G/ExmTk365qk9LKS/4WVS3yHgV
1j4HutYC1X3B4lpAybWGX5eBuTlQ3afL+Gjn45vts6v6X0fs035Xro9VrNIe
zJFJtb7F/S8yqWa/ikw97WNFyE+NlElbllkXmSv1OrJQ6lPWjs2S/Yr1D3fy
YSPLFU1+aqRcQm5/i1RIGxHZpPRzq13TjyGI7FDQVQL6HtmtyG5133e6D6JP
UL0jR3L6H/WryHHZ3yIknyjZw6hHJjj0ZQJ33SJlxnaPkW0YjijfZj2hS1VPF
j5L9i2ZL9iZK/GC2UtihKNjhK5Yly/G5y/GNAfckniJIPGGUfkPPvJ/WUx8Io
+X5RkkN0qJRXlHy7KNWb3xOiY6WcohNk/CjVMUq+W5T9thHS/mdsc5TqG52v

gMMiUreji6TcoySH6AqpZ9HVUo7cjtF16tkGxWOztOVR8pui5PtEuezk50Sp
30bJv4mSXxNNSfk6prJjVH/Hp+621AeH/BuHfBqHfBmnaY7+NJT+gEN+jUM+
jdNOhSub65BP43SR/LmfOOTbOOTbOEWndTX7HqDGKKad/jKOM0iGYSXaesI+
YGFOBM2nPWBVmhCY+SnXBMmVaHINmlx3hrVmapUZVpbJNWVyHZlcOyZXjcmV
YnKNmFwXplaEYT2FXP8lV37JNV9qtZdc4SXXdmGNj1zJJddwydVbct2WXKUl
V2bJ1VhyHZZce6VWXWGllVxjJVdXyXVVakWVXIEiV1HJOb1y5ZRcM4V1K3Kd
lFwhJddGyVVRaj2UXAmFebNy9ZNc96RWPMm1TnKVE9Y3yZVNck2TWs0k1zHJ
2dGQlVy1JNcrqZVKco0SZvbKdUlqRZJchYT1R3LlkVxzJFcbyRVGcm2RXFUk
1xPJlURy9ZBcNyRXDMm1QmqVkFwfhPm9ck2QXA0k1wHJFUBq7Y9c9SNnp0Ni
co2PWt0j1/XIFT1SQ+QqHqzfUSt3sGZHrsdRa3Dk6hu5Uk+utcEqG7m+xsIM
bbWmBqtp5DoauYJGrp2Rq2bkehm1UgapPHgq18XIFTFyLYxaBYP1L3Kdi1zh
Ite2yFUtaj2LXMmCmf9yfYpcmSLXpMjVKHIdilyBIteeyFUncr2JXGMiV5fI
dSVyRYlaSyJ7DSQgV47ItSFyVYhaD4KVIGoNCObt62qtB/KVKzQx71qt75Ar
O+SaDrmaA+s45AoOuXZDrdpA2eRKDblGQ67OkOsy1IoMuRYD6y/kygu15kKu
tpDrF7DCQq2twKoKuZ5CrqSQayjU6gmsm1ArJuRaCbmyUq6PQO5qTYRcDSE1
Tc60l2sf0IJyvYNa6YBWk6sb5LoGuaJBrmVQqxjkWj/0DrlmQa1WkGsJ5QoF
cJOrEuR6BLkSQa1BkKsPsL5ArjhQaw0gPbm+QK4skGsK5GoCuY5AriCQawfU
qgGsF5ArBeQaAbU6AOsC1IoAuRZArgKANZMz/+WcfzXbX87zlxYA+iZn9cv5
/HImv5zDL2fvq3n7mLEv5+rLWfrCLxbw1wgjJXSR0I5oHwuh/U07LnTtpPYP
YWppnQYK3dJdwqPn6X7h0209KPx6VHdEQE/q9YStN9K/JkJ6U/0KEdGf158X
jtHV+LaIWcOtR0Qi0DBwtagXaBXoLK4K3BMYLK4PlAQeFt8KjAj8QNwcGBN4
QtwaGB/4kbgt8HTgTXF74K3AGjE2sCHwZzEucDhwnMr3r1uyV2hcbUDQmKAZ
QUuCNgTtc+6dCLoS9CDoTdCXYABBMUEJwXCCUQRjCMYTTCKYSjCDoIxgLsFC
BUsIlhOsliqnqCDYRLCVYAfBboJ9Ks+DZ7gfUffjKv4pISxdhlsegoAq20F1
pzpYEYIkQUMZnr03IWguy8qzJDJ1ttoSdCDoTNBN8rF6yvysPgT9CAaq8MEE
QwlGSL5WKcFYggkEkwmmEcwkmE0wn2CRui/NuWfiryBYre6zVbrVOc/XEWwg
2EywjWAnwZ7Td5aLtZ/g0Ge4Z2RxIOCEIOVnuUMmuXfSEysl+aOdVDjyywGe
G+Hynb6jLXcrvtw1bAJHtTeFu+qfvrsaETQVrxjDjJHGaGOcMdGYAphuzDLm
GAuMxcYyY6WxxlhvbDS2GNuNXcZe44Bx2DhmnDROmsJ0mX4zZMbNBmZjs5nZ
0mxjtjc7AbqaPfB3b7r6mgMIis0Sc7g5yhxjrDTHG1vMSeZUcwagzJxrLjSX
mMvNVWa5WWFuMreaO+jv3eY+86B5xDxunrJ0y2MFrIiVtBpaTazmVqHV1upg
dba6WT2tPlY/a6A12BpqjcDzDlapNdaaYE22plkzrdnWfGsRYKm1wlpdK6yz
NlibjenWNnxTpKs2eg9d+61D1lGiT6gr5TIZXD66bLocV31XI1dTVwtAa1c7
oaXuwm7MfXXkv5VQeaB9otUsz6FZkHbRUa977n8IHIvy5zB7OqULrVdBdQcu0
V4PuibTfINwC4a15D2ziw2kLwb+f2YqxdRf2oyglOsK7vKci1vcJL0OcFzjf
StCVb6EM4xD+AGi5p3Qr0K1laRUuBX4YcYhn5UfmlYT3qBpdiad3oVRyP+pv
ol73o+SDmTZ2gPbgqUCqlxDyINLejJACONcj7aPgVoCSXA9sIU4bxCkm3BJ0
S9CFZjuEDwHdBhwQDtwKTwvx9FrzOsbWAyhJO8RkuhWvAKI4Ug6TwW01uHUF
/QJiMv4G2WaOI7Hci7sX4gwC/xXgz5K5i8+JSvXls+NSOKU25QN9NeirQbfi
06hSrflsOgofhvBFoO/m3PnMFqLfBX0Y9CGm3XGkXcX6gPDWfHoD8XkZtfgb
NIHL3493/xaCz81LRfiE0lSET0xNLXOVsD64n2R9YLryLaZT41w/Y31wH2H+
rn2M3X8F/SHzdx8A/Q/QMs6twK0Q83vAg1hDuGyVe2SZXc8h/lzQMtVBlPkY
whsj3Gbs7ojatQD+K+o7Hk+XA7sRfi1idkJehxC+ETwLESI1QYacxNO7EH8S
ctwIKZ0EfgK534CY0GE3x2wJuiXoQtcGhJ8AfSX4yPAmKEkf0FeAvhN8fs/Y
4wYNnfd48PQuhDwFbm+whoDDteBwNeirQbfic8wo/n+AdoCjSPUtlLkQZR6I
Vn4eNf0bnqJsrgU1iuRv4XBeJeBoj/A33K6CXgca04FLPXwN+BuHLQW8F/QmX
kE9UptJOhPdIvUmUa2R5xJVWF+sm6+1Ag0Bh4FuBLoFvB7oFbg50D9wwS6Bm4
NdArcFugd+D2QJ//AHYGiwJ2BvoG7Av0CdwcGBL4XPzBi4/PzaPjk6kVXX1dfq6PV
VU7XBm27Ps3y8V3SVLv9R5+a/jcbtRZNxp3sGZXLQebsn9dfq6cbf6aF0+t
i2NYUcv4mCaq7PqOS+zK7/ve4t0pTOHaAp7hy/3e5A7xLK6H7cG7XFleYaTf
A/0r1hvgwvSLoK8ZrvTUj19CXgu4peClgO/DTCZdoloJeA22ZLgPyeDkbD6B3
IA6Ht8KpWEIZjjGj0R6IJ8Dlbq68k8sxK9ms+fohC2y60q3+LyyJDUE8ANgZEX
HK6uXI+YSFuJ/lP5POh94PkrO6O2gD+MpbFPlfyHkj+DDpw5NEjwZuaMW0FbS
VU7XBm27Ps37YbRwyXVZFH45BxyOpK/khXaxC9W2T7SNc7V2Tjk6kVX1Xmlfq6f6PV
kVPx3Rou49LTvpR+N6eVF4yUyD74G00XtsJn2vLBc+a6+jcjbtRZNxp3SXbQw3
nrN72/fYg+zBon9oD3UfsgeZo+0H0+t/Y4f4f4+zePf4f/t

ifZT9iT7J/ZP7Sn2VHua/Yz9rD3Dft6ebb9gz7FfshfZL9uL7V/ZS+xX7KX2
a/Zy+3X7DXuV/aa92n7LXmOvtcvtdaK+PSi9Ob3ZHpLekt5iPwA8LL0svcx+
NP1h+kN7VPq19Gv24+lZ6Vn2EwgfCzwuvTS91P4h8BTEmQo+z+DpC6DnAL8I
nksQ/grwUuDXwH8l6FXg8ybwauC3gNcAr2P+QpOl4LtoSpduDwaHBYzFV43b
0wPSA+x70pvSm+x7kXMx8P3ADwIPBX4YeDjwSOAfAJcCPwk8HvhHwE8DTwd+
FngG8PPIazbwLxAyF/gl4EXALwMvA14O/AbwWuByxuJae2D68fTjVPaydJk9
iGtHNXg7/TbVgPFg0VA0pHowPSR9OH2Y2onxgwgZCvyQqhnTw4EfQcgIVUsO
eVTVlelS4McQMlrVm0PGA/8IeCpK8jToaUoGTD8LPAP45yh5GfDzKP9s4BeQ
dg7wLxBzLvAC1OVFlP8lhCwCfhl4MXL5FfCrSnIc/pqSH9O/Br1CyZJD1gKX
Mxa6cTuNYn7jufQOskamcQuXgHTjuvR1xvD0gvQCu7doQVdretJANKAnv0n/
xigCvpMxPW8imlArUCxqhePp49QKjAcj5H7QDwIPBX4ofSx9jCTP9HDgRxAy
AngkQkYJn/CR5JkuBX4MT0cDP4mQ8cA/Ap6C+FOR49MImYaY00E/CzwD+AXE
mQP8C4TMBV6AkJdALwJ+GXgx+PwK+FXgZQhfDvxrhKwAfgMha4HLgddxqYRG
MqNeyb9zpl9Pvy4M+ntIegj99UL6BZJeO7qoFdLvpN+hv+oLPtXndnEZXZzy
lvQtoiHdV6VXkdRJU0jqjIenD6UPUfyIiJDUOf9i4PuBHwQeqiTNeLiSLuMf
AJcqWTIeD/wj4KeV5Bg/CzwD+BfAc4FfAl4E/LKSCuPlShKM1wKXM6b6DVe6
0lg0Rr32pPeQZZL11V3deYRxzfb4RFSExRf5z6Cr2r/0P9L/+Mx88ujitP+T
/h/hCKe2KHhWl39+zHOW/yyMtYL7O7dwlhfZ7P7/S/8/0P+R/g/cayl3+ifp
n2TKk/4VXdSD02+k3+B6c5/OPvtd+ne4/3f6v7OJeZSorR576SJ9rhL27fS3
RV3/kd2A3Vb8q/AqFIXV49YoS/Vykc6DD1us3DJtTG/M0u+RN6fySu9L7wNN
9ThTEXNlXePZB+kPRF3+cW+vnpb//SX9I+zfVJb0zvTOKnFS6VSW/nv677jP
Je/yWrpYdtTebDnSa9OwLmw9xN100cjAvQrxWV8yck3SVVs9zlZ/8jnEOf7B
q+A7t2X1Z+SVVPmb9ZWs3tn4pl8iP5rqAPqXdKl2Ohdv/MvoSSYO68LtdFX/
V5tOV0srOovOVXh9kv5EeOmqrSy/Tv9anO1fbl/O8KoWln3GNrAu/0yeIy+k
findP9u/6n0V/2pLd4Zy1cpT9Q/wbilani1Orc/eT79fp3xU32BebD9xz/QJ
HkXP9U8X+fSGcBcZ+v7G3cK0B9j3CZd9v32/CNBbwnBRYH/fHi0cejf4iWhA
7wIzRHN7pj1XtLHn278UN9B7wFJxI3n/5eJmex2N4HcSx/b8zkE+Ul+jL3G/
i7gHiHt/ou+mPAKUx/doLBtoDxQGvV/cI9z0TjKI8r7XLhYe+z4qQRglCFMJ
Smi8pncVevqQ/ZDw0hvLMPJcHqaShalk3yc80h5J4Y/aj1JZR5EnpPPbjLDs
x6jceVTuMSJkP2GPJc5P2k8SH3rDETa/44igPcGeQBzoXYdyobcdqvlPqJ4R
qudPCU8hP0m3f2b/jEo7lbwl037afpr4TLOnUY7P2M9QSabb04nDs/az9HQG
SSdI0uF3iJ/bZVQ7elui2tH7Ej39BUnNA6mFSWovUwi9PRGfJSRBH0nwNSr/
cns51fzX9goq+ev261TylfZKSvWG/QbFX2WvoZLTexXlwrLW6eoAWfsg6zzI
2g9Z50HW/hqyduXI2k1vgoMpD5a1ax5iP0AlYIkHIXE3JO6BxL2QuNt+xB5B
ISxxNySenyNxNyTugcRtSNwLibsh8QAk7qa3yonEn2VtQdZByDp4Blm7IWsP
ZO0lWc+gkOrydeXI120vIM80ZL9ov0h1WWgvJM4sazdk7YGsvfar9qtEL7OX
UTjLPR9yd0PuHsjdhty9kSLsbcg9A7m4l98xOSa3JF9WoNL0IF1hekuTDpJWj
6F16CtVlKtWB35un85sz9jhqIgoImtMY3lC0FR0IOotuoqfoI/qJgWKwGJrZ
DUq/l1eq6T1BYy2afg2HiK+B7sG/YGhYPy1XVOtYMy3Xvcm10ZpcIf0NxlTa
RmQTJ4hyKrth32jfLITdw76Vani3fbfIp1Db8lpkwUlfBkBf7qXWuM8eQtIt
sR8k/XzIfpi06RH7EViEH5CEHrMfE1Gq6RNkHZ60x4kEtfB4UY/61ER662dL
8VV7lj1fXEFt8jZKkDGZrXQc4D/1qoBhxs5wGE99Yn6FH26Pkufoy/QF+vL
9JX6Gn29vlHfom/Xd+l79QP6Qf2Qfqx/2P2M9QYoF/7Q3QNu4l7j0ESb00Xhld
jR5Gb+ojA4xio88QYnn0+yhhjjDcmGVONGUaUSzbDv
GLuNfcZB44jxsDhl6qbHDJdkDRM/2k3J9A7Zw/hidja7mT3N3NPmY/c6A5
2Bxq+jj3m8lMOyjXwsTDmHm/OMc6E/3qLyfcK0ft7TDBuR3h5W8Zlt5k5z5c5z
Dz3bx4y4j57znhJmyTMtn2ZZj1bcaWd1t2t2t2pbcG3mP2rl1Vk
9bcG6VOsIdYvaa6Q1Wt9ijbMmWlOlAl6wV91O91VaT1uBNGqGM6
NRn5Wuutjfo4a0t0GjtZ2a5c11zpgHabSbSbUVm8bOyOZn9iny4BS
6FoD2+uh1ktjJ3TS+rDHum1tGsKfW9v1oB4o3uRzW3WHOwERgWY2GT
9JX6Go29lHfom4H2GBTybcMfMyYEGc+FKcMfMJHMEHTWq2EM4Am2W
irsauBobDTL3TL7V5c5ycTVztXXS+bW4v1wuer2zo4/zZLTF8
4dl7zq4wE0OA/PtIux28UlX5XtlbKXPQeMfQ7Es6CxV15DPxW/Bca6Xm0RMRAYD
E88DN0LIZaB/Dsx+hpb+d/DHum1tGsKfQjjWEGvHgeVK/T8bYXx2/+CXwVxET
+yukZQmxDl5gz4P0fwH3B3+5m8l4PP0HMFasan8AvgMhW4BvB+r4r8L3gggBXz
qe8h5m0lx1phgRXz8FbUunMhyx9FuNzVDDsWaBOBsd+DwBp6T6a63H4q47Lsg
UMc09kVlYQeIyhcYn8LqaoHV1QL7FqQ/BMYKYN0An8fxFLISjyEEabUEQmKg
fwy6EmmxO0XqU4S/BXtnsoV29cAY510uhNiIqQSO15oD+Mp1nmn0SJq/zbI
WduBcOy4IPeQ09YgPnZ6kPsQaFhJjG0r+BdjprHCWPwIGPtJ6Fhru9Fvgvh

2OfAkPvSgaf2a2DsGKHL1clYk609ASzLdg/Syh0dZAveAHoZ4sv9ABogHCu/
DZTHgBZp0BO1Q4bUXuithh0mNLSaBg0Ru4GRlyZ3gxiJEKw41/JBQ/5p1FG7
GSHvAoNbGvqsfYSQbcB3AkNPcA6ylsbOGalHEPMWhP8GuBswdhBJ5+EpOGvY
0URAo8S/oRY3IfxtYOwPIdYiHHqiPYOQp4HZP4duiRYEIdiBR3g8tRvbV9gt
7GvsNva1dlv7m3Y7+9/s2+y7qoyvPdT46lM8WtJTfq9gLiPOyoXqQVxuqpKu
7WdIxz5Jt/NK3TXr44wUoxHS/YJ4CVzKheQR5Z5pXaF2feQ77/tYQZpWUfWE
a36Gs50r1HVESyKVjF9OT4gf6ewq6inlWnNRoRXKPSHFJq0txeRrq9ZN7NB6
aj3VzpLMu0+Wd0DrB4gQrx2ZEUG8DCx790vAbwJjhxjxF2BomsBYkP5hjja+
CDwaGLsgKNsr9V/2nQeB5wBLaw9LJS4HN2mB7wZ+B9or7Tb0X7wGDJuWlrQc
U9ZmtZrbN466fF+1MeMBVTSnjXquk4/d2CZLSLpyG7XaXfZ3RUN7sj2ZfNKa
aQvpzr+dtf2nUrcmbzWOq90/lb4ZxW+petpI1Se7qz7pQ5/MqyVVhGImRUOV
Kvc54/k5NWtLNeuQ5V63kuXyOHtO8z6HnObVaOHcfGapp13RSj3wZnGuHOoq
xW6q7Xqq3vz5cOVfvJO4eimN/Hz4Sj1te16tKbW1HUHH8+bCfM6HSxslp/YE
nT4HPszpfPi0FS58s6hPEq5Pb7v/PKfzaal5n0tLzftcWmre59RS8z6nlpr3
ubXUvFrGjbpymFXruPFZU1cfNz5r+jkUf4waNx4lOqj8HfZ0NHg6FjwdLzyd
PHg6AXg6BfB0IvB0ovB04vB0kvB06uG3rgZZfZ2ce/J2XRSv7V+T1fJPyK7Cb
2JfbTe1m9pX2N+yr7db2dXYH+3q7k93P/i6fV46yGsrbMOi9rYykdKHLeXZp
fpY6lFNLjaNrthqdLs5a9IC29lba+mgdUtd1XCqBJremd54+WfmcT6nrmu9Q
ZU3a0LtC0QXNuQ2sRvs6S7Jm7+2N1igUfT+Xctfk30dZl9ai3xeUQ1vUoIOy
vp9NCIVHyz5Kf/h35c+3rFXzKcrqC58I8EXmdP6ymXeBZDPvgslmXs6IUEZj
wsU/IswmuJhHhHXU5nx6xRyC5EVcDx5/WlNL/O+MP20ILvT4M0z5v20JRn5O
Y0hd8+aRq5B67xc7cnF7flEj12lblyRr98XlIfkP+px0o7o9vU/l1Be6wJow
QBR/7q1SNa9+wo0ZNu0I+Btwvy80tz6qX18YvyDTWl9kTn1z+u0ArC/54vL6
oqU374JJb94FlB7nJX+FxJcv5b1l4twu+EtDB+oFCzUX0TH76zn8m1MOLSmP
QrsV8mmPnG6gvG7P2tjM6Nrf7s95Uq46RloDI60bI20eRtp8jLQ2RtogRloH
I20MI20SI219jLRfwRjbEN8mmuHbxDX8BZHPG6sFXOpuqrtBoOc8z01nnYHH
reZIc7Q5jmAiUVPM6eYscw7BAqIWm8vMleYagvVEbTS3mNvNXQR7iTpgHjaP
mSfNY5awXJbfCllxqwFBY6KaWS2tNlZ7gk5EdbV6EO5N0JdggFVslVjDCUZR
zDEUMt6aRDAVMWdYZdZcgoVELamWLmQtt1YRlCOHCmuTtZVgB1G7rX3WQeuI
ddw8YJ1y6VZLI8cVIIgwT1fS1dDVhKA5UYVVebraWqNcHQg6u7q5err6uPq5
BhIMJmqoa4Sr1DXWVWoNJ2qCa7JrmmsmwWzXfOuga5Fq5FrqWsFwWrWXOtcG12bX
NtdOgj1E7Xcdch11nSBIuQ65TcqlsdtHYKN+IbdjrSJAHdz13Y3cTQlaENXa
3c4a7+5I0MXdzt3daunu5S5y9zJnIV2d/6paand//9yD3EIJhRI2k3Ec7xxFM
lG3knuKeTiC5VLjnuBcQLJbydC9zr7SOu9dIebrXuzcSbOGY7u3uXe69BAeY
i2u++7D7GMFJLrW5zCM8LgJ/TX3xhDxxTwNP3NzraexpVIV71BlRbeTpUFV1
SZ0K1ddq7CnmUuNcqBLPKC6LOglqPJ8DZe3wlFkDPHMJFhLw+U8zPKtwxtMm
awxOd9pNgLOcSLvaeI4TnGI9q5qump5V+8uruxfz6U14dVCd9xThk55IW6to
pDzjCWc78SlOVf5yJT3C24egH+vnWTVyMk58GugdKnXQXOwdQVDKOqhOc5rg
Wu2d5p1ZUwe9swnm166D3kXuRq4V0EH+i89wWs1/edexfno3uFt4N3u34dlO
PqMp88y7yHvItQLP2uGUpqOkI6QFfE6TuyNBF5+PNHmfz/Y51nFffZaEqPIF
U8cXfBPzUgw5P0F+x8SMC3VOhZz3ImdxfKreOzlc7suOmSQ65kVom/EU30M1
fEk37sdTnKigvYGn+BapzsfD2RratxGOfHkNo1BfUTWc9mCgbGruhPxmiq+r
+pV4inky+gw8xewOcR9ohMhZB+rbKOaxaDgjQsc8FnmqnnYFQJDjzvSCt9b
8fVWnshhYk6L/iri/wcwdsHXMUdCzguS33nlzBMDZwnK+QzaKsYplE3O0zMw
V0fHLJc0TlYRv0AI5hGZSdArEC7l3xHhcm9+hGg4jUR8HyEyXzmnCF+WNcxO
kd+XdcjWvBo0vhrL+Sfyu7OOuTEG5tVoOIFEzgzR/o/5wzljQ5UxC+YVafmv+
GE8x80eHtOWXazmbSH6/1uS8EbSg9jowZv7I79ry1A4Duau5SZjDY3yCkJ8h
JOcLuA65mZgZYsjZHXKuDlrKxCwdHbNQ1KwYeYKNnB+C7+b6RsSEzA3MyNLk
iQfyNAPMJ5Fn2uhodwvtbuAsFx3zf0xouIHZLPJ0EROy18HGGcLyFNEDMzb
EXLmFbwtE1/tdUhPx8kt8jwWU872waweQ9YUvSYNfaAetJXCpc6/xLQ8ozlt
57G0wVM5MwdzfqgHUYicTyVnf2kViCPnGJQwrUMT1OkNcxEu58ZcyU9NzOPS
MbeNehlzQ4/WUgjBrDA5Y4p6GZ9E0VvF5PM6XlX0YcJy/tVD4IYZbmquF2Yj
yPIspuwFsAlyHpEGu5GWvewFlFzOlZIz3xZxSPo1cYRCYAHkSTi61D3MeqWn
h6GIhE05Y1bO8BGID23RMQPKkBoi51rIWWQfl0c5l+kjSBu9ycAcJHl2kIU
Ltg9Hb3DnKa0lKXxoaK5DJhz5fomYmKGngkroc5Wwow7EzZHzssi+8PSRi+Q
s+MM2DecyGGQrzsOX6ekdRR0vzBzcgzyydvbN4jcX4hGisyMqB9coFLoXAqV
+3TKc5T6Undh8j/7O1Fu2WbQvZQu51+ydNxmSVWyzBNu1z61zBf7QZ345qbO

fL9t90+mj+doFYXnt6xW+jaYOROpEqPudedvCPy26/yT6auX7upzlu7q8yxd
XdPzjFqe8aup3Esv6Nfr0+3YHWXh3upQCfg3LVmaTJy6/CJ6vukzsywzVvKx
C2SfNLuVMND3HbThwguavy7cpCcZyVxh9yJtaWbfbt8umtt9SWeugqyuhuYU
Zktrkn84Gl81lef6L15ebttR9NeCi6CsUhNKLzJNGH0RacKY/6VenhmxZAsv
uShaOFPmTDsvvSjaOVPqTL8fc6FbGx5IVdtz4ctwdY5NGatGl1JVitEXWO+7
Q4eWwlLkjhqj/6V1iEttiWXknY2hi/3fxRdNuV1iOXmFY3HVp9AlF03Jdc0F
Xd0HfeUyP36ByvyvN3PT0DxaAD1mv9Awyv7flQZ78711g1hDGrNMNF7Lvv9L
KpXPZ1aOIfZnZaVdktRZJGWKA+KA1oStvGaqt+JLsjqTVp2WlE5yuySrs+nV
QXFQa8pjMI1rOv019pK0zjLeNdGaX9KszzQamtwbs1K7ZLnqIjNL9kqtheqX
2qVeWSdNy5XZJVtWV107JA7xTsn8u7TmIe6HxLhLcju3l09vsHF4rbpYJWZf
QIl9PnO0DbFCrMavBmMo/nox5yKqgWyD099GtqIePKd6jNhBtbqQ2vtFz6Xn
OmXqp3/pamfiF6Bt+A2ojFLsFGu+ZK13unZMf9nqJ1e8bsc3zdn09zixS5R/
yVpwG7Xa6Rbc+6VpwapW1ISm7sz2cX9rPS2lsbuUzupi35dGY6u3aG49uW9+
WWsq1yfuELux/8wcChkv9ot1X8q66mp/AfY754tF/1JeW21rjC6m8s6DvZ8j
FmT9Yt6x61+xxLk6kZH0xVnyedCR1Tke/Dqx4aLpubVpPNdhddZjv9hrIz30
NVm/YL3YeJG3zunaMH2x10d64OU5ozzvK3gx1+jLYw3mfamswbwvmTWY9yWz
BvO+dNZAttAaapXTLbQJq0kurvrU5q2Z0Lz12Z50qV7/6vUah913T/eszWLb
l6JmOnY54ZUeBt2L1F4nj38OOeZ6XZd68cVUL0uNIxXZX8m+LNr+Ze7HZWoW
tSbmin/N31lmwRbMFvPVb0l8Z/lf+1eKWZDsKpR3JlGjL6LfUKvLfXS2HtpF
WwsTs90zb1TaRfQrb/XWyH0vHHPR1qP6GyG/Q12sLbKaWuF0i2y8iEeFTE85
XSPtoq+PpTQt421pF+GbbfUWquo9jr3oa1TTb2T/6mKuE+/k1pz4TkX/Cdh8
0sxVNc6a6WjLk3IuyJlzvFcQgabuZ4PcOD21rloPrbfWVxugFWsl2nBtlDZG
G69N0qZqM7Qyba62UFuiLddW4e9yrULbpG3Vdmi7tX3aQe2Idlw7peu6Rw/o
ET2pN9Sb6M31Qr2t3kHvrHfTe+p99H76QH2wPITbrY/QS/Wx+gR9chVoqE/T
Z+qz9fn6ln2pvkJfra+juBv0zfo2fae+R9+vH9RP6idQvkxmM+Uk0FOGqqY03
flZtOFxGo77RyGhqtKC/W6O8BEY7oyPKrcpudD6GM1DaXrrHKELZJxj9jUHG
EJQd5TaGcbmNkcZoLjsD04BxxkSuizHFmC7U/lJyZylD7o6Dk9AMuQPTUdA4
tUmTu0PJnVrkiV4yPnbiMXAKltztSZM7SHUHTiMOdk8xsApY/zponLGjYYcb
A2dMyV2RdOx/o0n+8qQs7LRkYCcqubuS8RPGaXCT57BpLfEUuxDp4CZ36NH+
CBo5au+B/n+IgxO9DHmuFM490+XpXtjhRu4No38HcbDfko6V7Aaf4q2Z2CFG
7pJIyP1v5D4xKJUhz/jCjkfmeISgFmYQ4dgVycT+NHJ3H0PuriT3jsK+RCZ2
RTJwbqSJc7F0nIFmYscmvRWeYi8ctRcRdpaSe3fJ3bM0eR6d3BEKuxzp2DfL
+CnCsU+SdiNCvgsaewjJvZQMyFPHjkeGPBsNuygZ2D/JwA5Scs8nE/uB6dgR
x8DOPXL3LJ13HpJ7ZfA4LXfiGCNOn1ulw7LIGA2zMZ4gbNld7W/b3eyb7bur
xWuQjcczoE27s/0tu4vdIxtLnp7JZwoVidpP98rE5FOXeE+gdjnAf3esBu1w
19WuCwI1k2eP4QS4lNw9zU85mhSP99nJz1rS2uxobSd65gtek85gqPXpEpbj
roNehTcbA2vXGcpJX6eKGTS6zqX7QrovOcN9ubqvOse9XN0rznDPnqwoz7tL
o5XTct8seS4iemsKuzGlsM+TgOaksC+dgf4loMO6Bgz9NC0lwTjVtCv27zVZ
Q0gHuhHt2LWdgHajavmbsprSw76LZMmn4JUANAUOdkotEcMBA8Qo0sHxYhJk
Nx7S49PLOJxPMKsLlFO65aelkYL1qMTudylYy0pYvMoWCMEJeJXYcSCF/bQq
0XdSsCeV2COtEvvkyVPyKotBYy+3SuwKlnoN/Yj3+pH7xcg9Y54UZz8dLrO7
y2dNteifSvUyWrAp4c7oA2eLfeZn3KNYdr0UMM0S7a/+5j3yhqhw3o9sJKXg
E3l7EuZTeXuKgYS75Z7NK/VTnaspz3DDiZo4QV9LyzPWYCFTOEExhb3ZUs2A
sctaJex2CjY8NUzInb3knksYbQjGiXOd1HeV3RFyuhFvY+PEzCq7AowTF2pP
Li7HmeyiRn7l+dTtplpS/7DOqbueV+pvn1fqbueV+ubzSn13LanH1zl15/NK
/a3zSt3lvFL3N0r6fVI7r7O4xU8URI+xxsmiaOndOsgqmmf4d9f8jUBTfb7rDn
/aaVqbrr7dKtgqq//fXf
hjR1ixfK2qTT99GKZsZovD07FOUX78PU/R0Rc6iYD+VvcvFxInt1wiyDmPFBDFZ
TCNrMZuomZhluBSrW9Zl7Zvcy0bucoJdXdXdWZ8tijNl2zbdV4j1/1C1Rmt2JNS
jlwp+G8p+JMpeKSV8L8L1L2DGxEqkq2yMEPn/qKmB48ik23uC0hayEpa38i5Bj
Fo8ffMM5ZV5R3R3gvjs+1PIE04fBjcH44tO926fCLz2fbf/rlwTKKKupjrj
rcd582SNjYBvY/SNO2w+S0GjkYK3xwwANPQMqQ2voHU9ymd0GbcadxhFxoPG
w0YpwjXrcrobiVcSSxOviur75P2YeaNfBoM/C04VInRv6AGhhx4MjRLecDTc
SUTDncO9xY3hPuE+onfk3cg2cXtke+R/xL3RntFe4vvR3tE7xajofdH7xJjo
/dEHxBPRJ6MviXHiVfH3xcuJ1xKvibcSGxLviTWJtYmdOOG+qWD/rwD/rwV24zNE
tX/ptnSVpctUuSTwucGuSH6khdCCi3sK+U+hOOkblj++K7xJa4s7EnYSHJBUyD
0A0+iVIYk82I8OJM6S/0X3pIekhqh7o60NWPrm107VHXp3T3xPRM7RM2ly6KV7mz
cmd6IV2T0pMQvoIujjMsNSw9Ij0il3e6MF2Y5c35nIF3pkzgfRddN6Vvyua5

TV7pAfDYT5e/RbpFjTpRC+T+nVvulD/lr/KMyo17eao8W+6ynMumqzFdmb8X
qItp1dJpV9oF3nRVKQeFZ55DI5RM0nPUZatrTs71M7r4PpEuvifTSZYplx9/
k7z5jvIyLy5DrryP08Uy5zJxujq0JdqstrZkedfGm/KsM2/Ctfl+kDpQhff6
1Pq0SItUa7q60kV/p+ar6y26+D6VLr5ndHBh5cL0Q3QNTA9MjaaLec+ki+vD
eqILX7gVWQABC2DDAlwGC9AIFqCQevpU0Sk6LTpX9Iqvo/5+D3r6g+jpD7HV
pvQ0+oavCV8jXOE24euIbh//+N6I7hK8numO4I9E3hG8guhPl5KacOhP+FuWn
Iz8d+VnIz0J+BuU3jfAzlKtFudK4GH8nXiE88d9QCUwqwQbhSrxH5dBRDrZt
k8kq3krvo2QZCT9oPCi0YL9gP8L3B4cQfjDIIQ8FhxF+PDiG8NjgWMJsETWy
iPcKK1QcGkJ2sSRUIkyyjkOJ/kHop8Id+lnoGcIzQjMIzwzNJDwnNIfwB6Hd
Ij/036EjIo/saIxqVS9cj/BXwg0Js1zt8B3hEqJ/GJ5C+OfhuYRfDi8TgfBr
4VVEvx/eLfzhT8J/J0t8InxK+CPuiF+4YQcLIndEioi+K/I94Y0MjAwm+tHI
GMI/jvyMQqZGphI9LTKd8HMRKlXk5chi4YssiSwlvCyyjPCbkbWEWb7ByB8j
lEvk08inFLMyUkk4HUkLd/TK6JXCC5sbibaPtqeQDtEOhDtGOxLuFKU2i3aO
UptFu0S7EO4W7Ub4lugthG+N3ir0aK/o7UT3jfYXIYwSrugDNEro0QejDxLn
odGh9PTh6AjC82jc8EQXRV8WdnRxdKXwR9+IrhEF0bXRdyh8ffQ9ojdGfyei
0e3R48LjXOdcL9xOJ4fK4HR2qAxOd6c74e843yF8q3Mb4T7OHYTvdO4k/F3n
u4Tvdu4mXOasJg48ihTELo+1E9HYd2IDCT8aG0/457EyYcReiL0iPLGPYh+J
vNjHsU9Iw1bF3xIh0rZ3CL8bf5fwhvgGwhvjGwlviW8RefGt8a1Eb4tvI7w9
vp3wjvgOwjxWheN/iP9BOPF98X3CG98f30/hf4r/ifBf4n8RoYSdCIlgokei
h3AneiZ6Eu6V6EW4d6K38Cf6JPoIb6IoQe2OMa8gcV/iPqLvT9xPTx9IPEBP
H0w8SCE8FhYkVifWEP124m3C3CvsxMbE+xRzc2Izxfxt4rdEb01sJfo/E/9J
cbYnthP9YeJDCt+V2C08iT8mDlD4XxMfC08ykUySz6BrcR5fte7aauHCL2qf
6V96FV1L6SK7jL+XqmsHXRI7Rn/XFpf8ti7kKxVyXNCD6OI7x+1DF9I8tovZ
uByueFaJu5mu7unuGBOY5nGA82ggGmTLsAN+tIxLthBjUCbdqdSpXN5cTrIx
HnhOAp6Tm3p8oQij31xNftKtZCtZ91vDQ7oGmt6W0oRgWwyyLcVkT+4LDSZr
cz/szAPES1N25qHQQxRnWGgY0Q+HhlP4I6ERRH8/NJLoRyk/HfmZyM9Cfhry
05Gfhvx4l5fkP2cHUUoPLJoOC2XABlnIz40ebiI/L3qUhR7lQ4/yoUf50HNM
9AEXdNdK3Ju4V/igqVaiNFFKHq2u7yHd0vXjRg/SrYj4X/3HrU34D+k/ZPH6
9PosJh9GjrzS3yEPiEZI9bRAarD0rRSWqX6Q/kGOToqq9Hnnq3qO5KC45aal
/kFBTekSGX+qzvminNIzPGO+Z68v/2b32etbl3wlh0PpQ9nw59LPVcu3Rn1r
afHPKGcpSdFetM9ykOWRcka+Ko6k6W2H+gq9jVNveJusK78b2RQaoNBe1Fdv
i95Gfao39SYt2id6B/WpIoptUOxV5OO8GX9T6PHV8dVEv0W9SY+via/hp2vj
a6lnlcfLiX6b+Jrgy7391fPo7SF4N77QINAUkUc+zlSyN0+HniZ6Wmga0c+Q
12OGpoemU8iz5PvooedCzxHNHpAe+vfQLKJ/Hvo50WWhMqKfDz1P9OzQbEr1
QugFCmEvyQz9IvQLoueG5hLN9sUFj4nt59eEB/6RD/6RD/6RD9bHC//IBxvk
hx/kg+/jI69nmjAjz0SeIb9xOvk+ZuTZyLMiLzIjMoPo5yLPUfhM8obMyKuR
VymcfZ9A5ETkBNGBNGfRk5S5+D8ipyhOZSQl8qIiKghrUY1aQo8aRJtRi2hXlLEa+
qDvqIbpVtLVyuzb8Ix/8Ix/8Ix/8Ix/8Ix/8Ix/8I1+0P/lEBbCbYXhA
vujo6GjiLP2g2v0epVNFPo5+SZpyMniK6MlpJdCrKZUtH0/QWLBwhTEdzdJHn
GA6VzXE5VDbH7biJ9jgeor2Ol2ifk0H/x/4+hQScAIUUODbRQSdEdNgJExtx
YkR/02lH9HVOe2E4/+b8G9EdnA5EX0/eluV0dDpSyA3kcxnOjc6NRLPnZTjf
croQfZNzE9Fdna5EF9v9v5NtHdnG6U6mbnZgph78xybnFulbqHcyvRvZxeFOc2
8tQsp7fTfm8Jvd24nuo/Th8LvIN/NcoqIg4/4Awh/
z/kehQ807iF6kEN+ulPsFBN9nzOE6LXOWor/jvMO4XeddwlXOBUU/p7z/PuEP
nA8I/9b9/5b5/LeEztn/Q020OvWs4v3vd3dd2EN7p/IEwj2f2f5GM+CGM+CGM+C8AEL4MMW
wAcsgA9YAB/QDR/wAD5wAAwf8ALnwXgA6CAAVXz+w
zwfvz4fx0t9G9f9zsaRDn1dbvy8uDBmYnfJ35EyqtdhfBZoCrSm4vOi
n8R+Gl/mPgxwTlA2py
HyE/hOwO9jTYyByqgy93ESBxgB8/wL/ImoWvp/jzZkWW
uJ9sSWnoMbIIZEeol28O/ZZ6+Z7Q7Q9L8YZi5bwoPDB8D8X08eGnwpOor5eF
XwjPod6+mPr6cno+h29552B52B52BYmYzxHr7Y/SeM5/XWPb18WpvVbxXs7Xa/m
kb9QL6a+S/2xf1lfl/YUu300n727e0f/vByn2H/WnfXD9h9eYmQs5/+7e2
2qY3eeRFiX6J/okB1D3kwf/rvCcjT7+9v9iqT
U5ckpSTlcToWmJNIJBThSJAHdBTwlrgGwj4lsrjhsrj+/PAB/jkG5/qDkNdmThLxj
IhxyhXz0buFpIFzQF4HsfJgnwRN5YGi
q0Ui1Cp0jWgQubUVlwWui7UXnwt1CF0vfh66KZK9QZV3F56OZZqd3F4jJfqO+O+LK

UK/QQHFV4kTilOiQSCUtcSPbh1DkUmudVcvjWjPCjUVzoamTVJ7Kyk0LJS5J
7yzSq25RJ12SlpJWIFu3b4W7UHmejI6LryOu64lvRa3WddlI6/oZZVibpZ10
ydJeFNpf0+pOumR1/wlJyi/zthgOz1/+AlpMuj9YfSkZRj1geIjea0MjQ6NE
Pn6XtKk2JSJEJZ2N2X/uc35hmis64dsSn7PeNHpVtEX06mhh7JnY9NizsRnx
v8Y/jn8S/1v87/FP4/+IV8ZTCS2hJ6yEO+FJ+BJ5ifxEQcJOBBOhRDgRTcQS
8US9RP3EVxOXJRolGie+rt59QvhlmDXhJ/9UPb6IkumYbWpqQ7SjwsU/RdT9
X6VReSJVmhpW2aOyc+pA+lB6RPpQZY9UabpFulV6SGpBuml6VbptesyZ0qd2
14xZ2blyYaphyknplauJ05h0Mj2GuOMrJtH8G3n3s8bchm+tmZhDELOkckuq
X6pXqpjKuwJfhMsqS1Iz+Rf2dCd8E5hIsXkuwFXQxVg4Hk6GvxL+avgy9gjC
TcKXh68INw+3CLfM9pY+0Tv4d7PovOgvoy/GPo4djX0SOxb7W+x47FSsMpaK
peOrqG+sjr8VXxNfGy+Pv43vlPyFTiPupJOUA3kWlMtXKOSr4a8Svix8GYU0
Djch+vLw5URfEb6CcPMw2RDKvQXhluGW+NqV+Q3PwG94lvwNj0ozj57+MvpL
wi9GXxQ6ley40KhMafzC9zZ+savHWiQ01iN69kxshvCTHv2V3rQ/jn8s3KRP
/BXqb/G/CR/p1d+Fl3TrU6GTfv2D4lTGK4UVT8VTwsW6JjTSNove+0njhEk6
56P3/rxEnvCR7uWLMOlfgWDtC4t80sAohcQSMWGTJsZFkLWRQr6a+KqIsE6K
AtLKxiKAfl8Iz6u36jM8Yyoflp Lt5BDqMQ+GhkZvZbuFL2m6sGr2curZ00Qj
9GyenxXJ9Js69NhM/l1V/j89Z/4GbIqATbHx5bjhZ8xT/kKSzP5CMiU7P8Wr
RoghoQdUzvexx0rtVqXfV+HRGDx+dnqOC40H90Q4nTt+JH4yfiqeThgJM+HK
zqhqwTYGqaYyd86Hv/yQJr9FWvx29jcZPf5XaltDze9ppCT0NP8iQRLiVA/h
i5EmTFWyOLyZQnUmaMYOTuPVR3EtTnT8vvjjxP2J+DMinowkY+Iq5DM1/jS4
nC5BLkfpmWv49VvyO3eamqV45pyleDz+xGcoxTPnTKNrR3hGue7SF4gCGtvq
8C89Ddd7ivqAMcLXq+dLs180s/fa+dTAE2t5PiCHpvKll/M3SbqmkaWmO4X8
GM9WVf/SQmEPnbn8+LbBlPoKgm+g6zM50X1LLfm3RaoBuNZnv9O8oOLsOB0T
1PpMek6TSS+/qahnt0qa5LRefs05LUU8f4pgEUr2VFa61b9joc3S13Es+Z02
59ISfCfK1G99ei/bhuDKYLkQwXXBJcKbaJVox1+5RZJCVwot+EbwDaEHVwVX
Ubw3g28KM7g6uFpYwbeCbwIXcE1wjXAH1wbXCk+wnLh4ics6SvVO8B1KtT64
nlK9G3yXUlUEK4Qv+Jvgb0RecENwg/AH3wu+R6k2qlxbCT3ROtGaLPQ1iWvI
WrdJtCGrfG3iWrLfbRNthTvxzcQ3RSDRjsrHMwG/8k+W7+3g21SOs5UyD6X0
o5T5uaUMvh98n8a02ssaQFn9OWUtkGVNXJe4DrMV/WTDDNHaGMrjAb0ldSQP
66bQIHFdXI+3F3fGO8TvEtMTJ5Jh8f/Z+x44q6pq/33+3hHu3Jk599w7514R
kXBEQiQkREQkRKKJEBERCXXHCCQ0lpQiKciBAJiYIIiCYiJgQHgTESEREhHx
I0IkIiKaEEck4hESESHOzP191/ece5kZBgYVpd57Z3/3/W3uusvfbea//fZ++ZZ99
zlmt/POOO5UyegWAvt7oT1szBgX3oX1szBgX3ozimg3zL/+U1xq8vXcShJb7zAfNDY0wd
v+Ma+C9tVJdL0bMpuQvprgzMqIxpde5n1rHnNAAJqwywMMMjX/v+medz3lnlc
/h+Ux43L0Q68LxLH8Avym/FVkaC04SS5j5lniMmJ+r+91/2sZPyQuJwdYZH1Inc
yZfZ8DSF2VJ6fynhw06u8i8VzGmGyhw/kz8j8BV7vAvcBN6SjblaY/8alcQb1aY/r
I68krwT99ON5+uvAvcBN6fj4/7AVwBkMsfolGCovfeCuz5okeNN0V5bJHLU07Fyk
jfHry5+q589JyOH3evkG5diNxnkp+jQldyEdVO4QfjnJPUt2TZ9Z8o8Z9DgraY/r
Wjntgw8rOlIbAvDPtbQc5s5j3a3JmiY1IyEdrCHoFoFoE47a5F6gM
bOFX5RzJOQ44BajKOZtTlatyTuWqWQFvec8O5Ts5RXA/QEtBG5HLbgd8R8R0OCW3
e26v3L6A/oDuuYMAQ1OEPzS3/cjcjqM3b9UqBTUC/WcLkHmnIeBnmS5Fbs4AC
sAawMHc9YZDn6AqZ07+0d4G00QOCHOX9YdrsPSsKvz5LwSnjL5wpWiMcTJ6Wx4m
AQrEzmsPfdfIy7nc50D0tQ7yiPkq8P3T, 70=ODIAK69H0Tx+kH
GBjYPZ0hsIfgfgjvG8oPd4qd0YCxgT0BMAkwFSBuM+BvNmAe7QXOYTtLACsB
M5zVzjpno7MFsJ32Lmcv7EpdAFV4Ecd8Q57pxyzjqnoiqwbUAY4OAeblEv2vKS

oE20XbQjoQvoLtHupHtF+9LuDxgEXheJOzpUIFrkVEaLoiNJj4mOo10KmBwd
Cf606MxLgjnRsuhCQDlgOWBOtCK6JtBlPWATYA302RrEuwOwG7AVceyLHoge
AhwFnADsi56OVru6mwWIuDpoV2jYSbeVWwBoH9h1oVMjvK6AHqR7R9u5hYAB
gN7uYHcY7RGBPZju9WVG8b4kgPFiuxMBU9zpoGc5Q9xCwADALHeuO4z2/MCe
S/f6Mot4XxLAeLHdpYAV7nTQq9y17gbAZsAqdxvpVe5Od4+7H3AwsOvC4UZ4
xwAnSZ9xa2NmrFksN9aMdDzWogG0ztBtYx1inQHdAD0BbWN9yBPoBxgIGAIY
zvti8gRGx8Y2gAkZelJsamwGQOzZgHmxBbHFgHmxZbGVsFfH1sU2AlbHtsS2
w94V2xurBIhdBTgSOw44FTsbOx5XQsfteJi2E/fAaxk7jnG8CDCI9hjSkznu
Y3yPt8kuirfLLoq0IuwWW8Z02Kc5jmO8jneETBdA93gvQN94f9iDSA+NF9Ee
GR8DexygND45Pg0wMz4nXgZ7obMxXu5szO4fXx6vAL0mvp6wKb41vgP27vi+
+IH4IdpHYZ+In45XBwA6XwdkxfflRwBufE5+EuFCNr9VfkF+e0AnQNeAFugB
6A0oDOgBgftgwDDAiEBuVH5J/vj8iflTANMBswJaYC5gPmBRQC8FrACsAqwF
bAjkNudvy9+Zvyd/f7B/MMBHAPsJJzMPxPQwq/1TEAzLzf/oBcXvtfCaw2Z
w/kns/t7bTG3KsI8qwLzrgrMwSo4X+ufXeF18G26ybwN5eZ1Br+b3Hs94a+C
87QdXh/MpYoinTC/2gc4IPMszrEKvH6+TTeZp6FcvYHgD5F7b3ikB9xQzl6x
N9ob603wJgGmAmYAigmzvXkBPYn2aMIC0It5vwz+ZnsrvdmSXm81eOu8jd4W
wHZvl7fXq/SqQAscge7HAacQ39llQUJ5lQQ7EU44CS/RMlyVaIn5LebCiTbZ
gwAzE+0SHRNdsncnukT0RHfQvSKFiV7Z7RJ9I4MT/XPLE4PydPbp0pcPDfpi
6WPRx7P/Rp8p7UPqv9Rvqb+JofknE0XZFYmR0GGMN7vx5/i6T/CX59ld/VOX
P/L9kztut+qHBKe6Kk0rtL8CPFzdAU5pqBnoKOlK6zvAqdrPCm3LfsYK+4i4
1r5EzvPEnyAeTfwc/XZiOG0YwguUn0bXn0glIZ2co+SMJcYTtv37QvFNpxtO1
HyeNp0Wjf+rbQlufJf4KcRFlHLrmkFNCToT0vaTJqTlDjkXOZ4Afr+1NjkEs
uwaVpnw9urK2D/VcKjj1FeqTTQ41tGooY9M1j646OVl0fZV0mFhKqrLmNPk/
IWcw8QhyHib9JOlVgo115DD3zIPkf5N4PPEX6ZpgvNeQM4ucq0l/ivS1xL7k
VQzn76RZXrVPk/NX0nPpq5uk3fgH8+Q+5vPLzMmnmSfMeasX8f3Mw9PiWltD
zlDiO8ivZgjDSB9mOCfJeYT53JWc31IeuaSb5peAb68ZKDRL05R80027E3Fz
1IcTgesoYtQxvcAUbefVviZYykUvsPoSzyDeTtcU8UfJWUL6IeKPkXMr6Q8T
TxJcc5D858iZw1j6MPxm5A8m/gbxPvKTlJxAzo9Il5K+m/RI4m8y5Dfl/xU5
P2Cqf8xUf5opmk58kum9k9hDqk8Frp8h/ic4nc0dwOWpFUJb/xBso/5of6w9
RnwP+VUiU3s3Xb9B/GXip4DHSu5p5TWvU+Ze8VWDkPUc63bQsuej6TfZ7xWO
/R1yHMFSdvpNVrXwaz9NmR8SP0v8beK29PVjypCW+gz8HuCHTLQ1bV3tV5kP
9xFvFi4Rfs1rdJ0gvU2NX4JS0xzWBMd6nvj3xD8XV/tjlGfJ2lKL7pR3XcB5
L0ttJvHrxM8y/B10jTL8fuRLTcuSlq470p8gxjDp06TnU/79pFkixn8Bj6vt
LCVoosXpv2Gtm2cNlkfS8pvaicTXkt+euDfxLuJWlFwm2PgdQ/gc/e8nn/XT
yia+npg1ytLo+kXqMJQ6uMTwZejmB4HHpkaSll5xbO3zQkuOgf4v4oF0PUn+
z5RmJkz0MMYdqUlCWxOJz4o+5gZJb5AuqZPzbPRs2mvC0dr6ra9G8rmtHSde
R6wTVxBLzSw0vy1YSgpjx9USQu0scirIySPOJv99wE9JbmjrGMtTrIdPWV9n
/n+OdDviLxE/TT5yUisz21Of0UJbNxFvIy4gfp74F5D5vrmI/Zi0lKjUFu0p
xhW12gpd+yz5ZaQLSU8l/RNiGGQGfMp9hvPOEthOkbyPt1+qlxDcwrhsYl7S+
F6QfRkn9UGhzMTlTiP8b/L01jNd6gzGGib/LNJYQP8nwc+h3EcOR/86/YPyW
HIZpSf/zWo3Un/nmK4JT0hd9zJI6/DH7A8Av1uYRL2Ef0ou6Pcx+OE9wTYr0
YOIcxtiSmvxScOi9TJdHziukP09sU7KCMkXkfIE4Ts4OuiZZvh7x54lZlyj5
mkhiFHhRcGqY5Jv0Wvr37Q7QJF9GT+AF1LkHdX6QGmZR59OkP0KMMMPV2JmYs
5kapz1rURFkY3/PL1ywHftgMSU9be5r97QyO0SFxDUbzocT3CQ5dI/zaOzka
/oP8jxIPoitzRlqT9rCMkgjzXsHVkjNLTBkfn5Ri7bEktJZwnpeJJLaTupT
ZH1Y6NrnSP+Nrlvp+hg5ren6GdKbEFqesZNh/lVo673E32C5S994eyrCFFWz
PnyW/B9Rq76k99D1hND258j5FdMyjqk7S9og/RmGMIB+mVc1HVnTHiH/5+SM
I11Fui1D+yY5L0tNMw8gz+3UVKlp5g+k3RnfF9fUBuFbP22V9ljPbr5nyBd1n
ax8QWvpczJ5gK8OYohUa7CVkLIYr+xmZ+WhlknvGD8xOgkXSqJIcUH+3pM2O
TcmZmL/bciLk76aEUGZHiYdTzzup52aGWcFaOo3x9iLnS8Q7iR8SzJb4mow7
wKOIP0u8j/iPLP0DUjNrHyWH41etxTB1cj7EUePLpFsQ7yB+ljInSA8m9uW/
SbyAdVVnyIMkTJP1sPaTnKf9g61Gvqn8rPlfgi2UlyphXSo051B+AuV7MIef
oMw1xC3JWQv8NZO1utafvX+NeD/xnzg7HUXX7uR0JeasVeZ+cGWKdKm3w2vW
MTTpMV6rkfnqs8ZG4rnUUL7EWCIyWqH+L3Jul+5Gv89ReglDe4215ZPs3x4W
2pRSeFgvYz4I50bjN2wXvutT1OcV4kPEY4gRgyZZ47Z4TS0UEPmP3NT/4+xHxKc
4pzTYlu2/sX8lBFnnN8DSJ8Mzs8p8tOl5S0H2gGWI2aA2iDr12wv76H8SpYj
WkqwtznRmPS29jazYo/GRisVe1ze04+tzD+r7vAe9h7WZyXX6Jx7Rv5L4eKJU

X5KYmPic/lxif+Jf+k+521kUwEjAmMCuD1pkXJN0XV5j/PrypXXoyXVkpjWQ
m9lonJeiT1NyF9JRReYAyurcL6xjlzcACWs5oCLIuzFXMB9HXiQf1/wH5WNj
6S26QBzrL8Bvyt+mNK3/ofmW5tub72q+t3kloApwpPnx5qcAR5qfDavmx8N2
OBx2AHbYC6twuPmRcMtwm3C7cEdAl3D3cK9w33B/wKDw0HARYGR4THgcoBQw
GTAyPA0wEzAHUBZeCF45YHnGfUy4ArAGsJ73m8JbYe8I7w7vAxwAHApogaOA
E4DTAV0d3p2tA7lAEYDry2Uns1sBCrLbAzpld4XdA/e9AYXZA7IHBzAsAP9+
RPao7BLAiOzxgImAKdnTcT8LMDd7PmBRYC/NXpG9CrA2e0P25uxt2Tuz92Tv
b34k+2C4S/bh7GPZJwFnArs2YkaaAXIj8ez5gEWBvTTSInsVYG2kdfbJSOtI
W9+GfIdIZ0C37D2RnoA+kX6RgbCHAIYDiiOjyR8L/tjIhMgk0FMFIjMiPXEv
QPnAbXZkXmQSZCfBn9wThCdhU24B7hfzfhnCmCT+IisBq8lbB9gI/1tgbwfs
AuxFWMKvBL8S8lWgjwCOw/863AtQPnA7hfiqIFsFf3J/FlAlPAlb5HIU7hfL
fY6NMKrEH3Sogg5VOeEcB+DltMxpA7sdoCOgS0538nuB3yunb05/0IMAQ3OK
wO9L8OV9t5E5Y2C3BHTn/ThAf/IkbJErBT2Z99MQRn/6mwmYAyjLWQgoz1me
U5GzBlAGWA/YRHor+DtydpPel3OA9iHAUciWwz4B9xM5p7MXga5GeHDP1XOz
4HYa9OnAXk96B8OAbG4kpyLXpWwSshU5c+B/OWANwwEfMq18m26iB/zmFoDf
Xu5zO+VmwZawAl5u19weub1zKiKrEXZXQCFggNC5g3N75w7LHUF6VG4J7fGA
iZHV8NM1dwrcp+ROz50Fem7ufLovyl0Kt+mgpwd2IelhDENkV+B+FWXX5i6F
PR+83rmzEOYsxt8V9ojAns+wB9PvBtCbeb8NccxiWAEvpyzSE9AnZ05kIOwh
gOGA4pw15I/NWQ44HZkEeiryYGduFvinCb687zYb/idBdhL8yb0Pc2j3Eblc
tJPc9rxfhjAmib/cggxvHWAj5LfA3g7YBdiLsIRfiXArIV8F+gjgOPyvw72A
L++7nYL/KshWwZ/cnwVUkSdhQw7xVSE+3OfYCKNK/KV5yD8H4KE828BuB+gI
6IKyFX4v8HuhTPqDHgQYivx3cC/gy/tuI1GW/SHbH/7kfhygP3kStshtAL2Z
99MQRn/6C3jZx3L35x4EHAYcyz2ZeyZ3P3i1gX1S3OvKZB/L2Sr3eWYAzXL3
R8y8XEA8rwXuWwPaAjoIndc5rxvtnoHdme71Zfrwvl8ACC9vYN4QwPC8FnnF
kXi4b95owNhw30g8b0LeJNpTA3uCuDeQmUFeCx/yZoudNw+wIG8x7pflrcxb
DVgHWJa3MW8L7e2BvZHu9WV28X5vAJW0qwBH8o7nnYqI7mdz9zsK+dA696Rj
064N7JPiXl8mZyt5HXxg/nVA/nXw888JAxyAJ3ReZ6cl7Z6B3Znu9WX6yH2D
8IYAhjO8Nk47QMfArgtdGuF1B/Qi3dfpDxgU2HVhaCO8IsBI0mOccU4pYHIA
05yZzhxAGWAhoNxZDqhw1jjrAZuy9zhbATsi/ZzdsPdFJji7AQdAHwrgQAA7
xD1HOQcii31eZCVgtXMgJ+wcBZzIaemchl2d0xd236hOXIjsNA23UtCTA95M
wBxAmYN+19mRs9zZDRt9N+zTCLfMORTAgQB2iHtugXMgt73PS9O5XZ2jgBO5
vZ3TsKtzp8OeHtXJJ6yp2mobbBtCbA15AR7OikQBcQDKAVoCCaPtoJ0AkABeQ
DKAVQNy7ZiejPbLbR3sDCqMDooOjw6IjAKOiJdHx0YlRzIeiU6LTo7Oic6Pz
o4uiS6Mroquia6Mbopuj22gL7Izuie6PHowejh6Howeyida6ptvMzXXjbgva
rXHfGnRbt4Pb2e3m9oTdx+2X4YuMwEB3iDvcLXZHu2PdCe4kd6o7w53tznMX
uIvdZe5Kd7W7jvZG3aG3EvcXd7u5u5u8V7yBvpV7xD2e4YuMwKnwGJub5a6K9AQM
cc+iD18VWQfYDvpsTOU4gHYxG33fqpxywL5YOOZEJuRUxDyMmSUY20pyR8Va
xqTvrIi1wTgUhBXzzoUF+izGTQfQLtYmR1aI3p0dx0r7Wyqzm8g1x6e4O5je
O2ypNGO88XtZ90l9Xmjzv7kGtEdo6xG6bhWc+hRd/yLYd61twxUKjSsU+wUb
m7hKEsNT/UO1RXyGl5UXf935NWsRV6/GcyXrC7L+aHEXIdhXul/yM4lfJ/b3
FV6ma1vS40l3pausGf2Wqz9/knV5hB8mfZp0ZncBdE+hg1Wk+6mhTs6H6Ppl
0i2IuYfBVaR1XEVax1WkdZYvz7RwFcfnfIXqs9IXiUpXeJbqG/GtqZwwufO0Cd
uQP0GHdouEqu/15WyfUh/lq5rI+rsmB3HY0t0tkv/PDsn+mttVer9Lr5v4q
NteO1bM1/6WC3U0twNWnNIBsvF6InZgwTnn+kVWKVqZL/HXyFtyZwZ6rkpD1
41KOerYfi/UaV5RkbetrNd9lILcItmXHtG9NGfm9KPlnld45ftZivL68Lbue
t1LyWZWZFUt3hAw3KPtaaJSq9v1uSupla3jiJcmvh+ld7xVTVfV+m9W1XzJerJfWLu
195as0hl9nHtvpk1NVX9tQYrViXcUS7hnnPJKKkJQ6izhMXMMyUni9YmHgE8ZPE
dxD3zazelfhrdtwtLuFucYm/K8w945KUH/LVxNcScz+Ye8kldXaFS7grXMJd
4ZJz+8GguRrIfeKS2sdU/TXBElkTrLsGB8mnVbDCm9k7/5bgYLXd358+Q3yY
MnX3znPZJ8ffO/ZXK8/fOV5DDXfgv9zvSZj/di91bn3zcOPERYu5z+3nFtcjK
WsZo3Uz8C+IfUmYb9fFX+v5IznbSG0jvpvF/64hpopbRfcK4jvomcLqQ7kGZu
+6cf/JXHGn/V8kfqrekf8qq5Xzo+xvSA5qZXsmHY6ErKOmlUdlNUib2N9NOcp
z1oReh9jZA7Lzgo4S9/wg/wL/Cwzfk2OrUNWMoRn2dMWclem5U5I/ewr5U8q5Cnc
K6d+qTHVoom/GwTONlVvNwiuI1S9f5SBwdks1I9I9UegcxKppoUWryWrCr9Etv
f38oKi032FWqs1cEzu703iRyQMr6VtvYYqldz3J99Il7MV1f3JfZ6j6ymdrwg
E2lqh6mRFWquRNdbp6Y9Y69QvGP8k8B8uuqnI8qq/kqMVfned6lvXCAhVNM/Pma
h1h2X6fkQ+Q+/Q/TUy+79enU/LfgrMB/2kVnIQwnlqFvhm3SW8J8W0A0H9dwx13

MRgDZW8AWHbF/ihxaX+skb2fcgktcwJA9paCvX9x1XPoGuxwk8O9au0p+g12
Rkmfkt1o7TvS9o27ZPfCdOWMjnGX9PCgoW3NBNlHr3FkHx30UNKoV8ZaGX3M
pIw7oG8A3U/2UI1pJtJrHJE9VGOasZZ0Eq6a7HeaGvc7N3Bf8xmW8hHZUzSO
CB9+QxKa8Sf6klnBWv240DKKGQPNpGB9CF2RV2a+6GxdIzqb+alzaOhs6aKb
1Ud0Aw3drFLRzbpJdLP6iG7WTaIb6KRg0Q3yEyQVopv5a9EN8i8KJr9KdLNc
0c0qFd0sV3SzSkU3c5XJcIRvrhINLbdmOecD7FGDfQjuW8huRP39DPsecv5C
12oluxQtla4KVG/QISfbiTiY6jkJ5xYPcyGl8zvnIaX4nrQP8sZ53Xv5A0cL
1Tp4B92fy8ke53BJtTZcZnTaHEN2xOdwdufvi4w3JrytfRH5tvBwpWIfi31M
ZfNbCRFvfaJAOYlJiWfUk4l1iZ+q7/LL1EtkR6TZmQBqlWpu+nYD0Jo3a5Ku
y2uMX0++eW4dOn5OpnmLBnKtG43zUvRpSu5COqrmKLvmHercdz5nN+9WHxgW
RrLmffy8S+fflcjHemlomI/9/nPysbH0puvneXEMbJzfpL8hGfpZrZ82WCvS
RmvjtcnaDG2utlCr0DZoO7VK7biu9Ga6q7fU2+qd9O56H32APlQv1kv0Un2q
Pksv0xfrK/Q1+kZ9m75br9QP6yf0s4ZPRAzPaG20N7oYPY1Y1CY5Ax3BhljDMm
GdONOcYCY6lRYawzNhs7jL3GQeOoccqoNbNMx2xhFpgdzW5mb7O/OcQcYY4x
J5hTzJnmPHORudxcbW4wt5q7zP3mIfO4ecbSrbAVt1pZ7azOVg+rrzXQGmaN
tMZaE61p1mxrvlVurbTWWpus7dYe64B1xDppVdu2nWsn7TZ2B7ur3cvuZw+2
i+zR9nh7sj3DnmsvtJfZq+z19hZ7p73PrrKP2adDKtQs5IZahtqGOoW6h/qE
BoSGhopDJaHS0NTQrFBZaHFoRWhNaGNoW2h36JDSQ7mheKhFqDUoOxSGPw9U
MtQqVBBqn3FFv2gEfCbUJtQt1BHUA7u1DBaBOIpYOIZOuLcVdmeIPMXcN9Qj1
DhWGBijDDwu83qEecJdYnJAH3fzwjFBH8NqR1xLuEmLnULdQT+jeLzQQHNqh
IaHhSMfo0FjENtGeYk8PFYMaixxYGRoKaqQ9xh4XGgxqGHJmfqgfqIH2EHs4
5qS63c7XBynqY/e2CzH71EO9JP5QF3FFrsK/fA7D7iGxw7ULchv+QXWC71aS
3rRmoLrDd99Qf1BIo4QNSrT0/Yob88rPA9EKpSJ5ORAU0hnqHxoU5LPkip/P
3UKdzwt5cGgYqCDtoEaGxqA8i0CNQpkOCI0HNTY0ITQpNBXU5NA0+BfXKaHp
KO25oGaH5iFPkRuhOSj90tBkUHND81FHkqDmhRaIZqDKQgtD5aE2oBaFltqn
7WpQi0PLQivpujw0B/XrCKil8L2CrstCM0KL7ZMMuTxUZm+n3/mhWfJYmUAtQ
VgPtPQy5KNSXrhJvD7rOg16d7bWBVu3slb4r6vU0XyvU8YkZrZYz3hVSSox3
EtrBMD9eKSXGOz40MTSF8S4ONaMrfNq77M5ByFvtdkF6kSpQCFVCZ8IL0Cbm
MuSVaCUzmN6KIK9WhFYhpyWfV4ZWB6Ugfv1SgFZB+S5DuH2Yz75rr4xr14xr
h8C1gvksIXdiKayEe9sgnytQO2y6Lg25QT6vRMs+SdfyTCkMQIs/wDLqg9a/
x09vaDnzWfJqPfNZ/K5iPiNkaSt+vOg5yv0USVsBVYE+YYw9O9B5BEthmV0C
31IKy+1J8C0tr9QehzJCKdjT7Vl+Kdjz7AV+KdhlCLeX3Rc+ptpLQzNsqdnT
7GWhmSyF6fbC0BSWgu/aiq4rEW9caqxdjnjDCGWpvQJ9Hjpy6LvYzsUzNGq7
vTzUHs+5eqjYXkRqbUnPVWT3C3nWfDDD7F6hiLVLWgpch1tbQQ1FvEV4ltXt
cns5etbVfsjoZZcz5JXocReBWm5XoPedB2oFcmqUNRN+0XbRc0tPGPRIoIIe
CVRfab3S56DdD2Yfp7N/gjsouEhfCAptNzQiNEp0ln4rhDliaBxqld/2pb7C
HZS0XvgHhRoXtH3UZfuEfRoUWnbQq0jrnsn+eTpqpN8jobbatdIDw22y9Kyg
SuD3qH2CfifYB+3DDLmvvdeuZLw97B32br/fsDfj+Va0GmOvszfSL/SyJ/ta
2Rvszb5W9mp7na+V9CugZoRm2wNszZ2HUdB8+gEvJ0u7s9h1qhx7KzfJ3t
trbUe/i0W9ptAp1de1QQcjN7OPr4iekeS4torpYEB/2bOhqaqLmqWtO1UPUu
rdQaI+0uwNsVV4NsWcmrlbPi6ofICzxpiatp0/WXlpx0reXp9wKRMTukquqgL
MvqIlJy1a22/xic84e8WeX2m8EObbSiZJc8rmnVWnnWQC7IG/GLoccj7f/we
BTv4czVoPPGYza0EJC0LT2NZ04znlHbVjRKyPcj8AsK8L4VnI/NGWdk1/5zK
Fd2E1t+b+ok8Y8m7DPYp9TLwDeZ3wdkoMsbfbDzhmYNTHSD/hCmrMtN9vzXZ
xAXy1Mj0ruEXL7IkpcY0WZ0yRnKNajffLxgj6QKfeSjYbG52Bf4gT1lnGw9w
veQZefKTU+XWL8nvZrQif6Dw5XQ0+J9jim4E3iznvZEiCefjIH9vEM6XiQPU
r98ZhABsteXTZDHXYF4wvsFznrISME/OrJrlcjJQG2VcTX4YnFwDT/NW85Ss
fCyV83767fK+jDme/E8J3+ogqw72rVIK8KWTM0A4kqvaUokd/OslV+W0pP3D
1M9JTyT9OYa8iyHjqTeUJSsHofen5pO+ljTSaL8qJ9LtORIm6HmkpcQ3mX+W
0IK4dOoGPa2pqRv5ZP+GlB1zI6K/BPpvskph7JIaqHbrv2CJ/FmerWu/JysH
pNtIrTbbyOqmuU9OaJvHxBW0cPpyPeDGWnmy72q8yBJ5DPxl5jHQ/02tfm59
G/TXUt+kVtOYVA9DB/rGccbXHybqIWS3nY+0vyylWs1pqiPUtOfVqR+TUq/lx
Ob0cmsCSelnquTFB3qNRyzQ5Q5Q1smtP6aPGf779fo/xBNVD9xNR6TUjabC9+8
ulEutZ30KtHESgiNnnAL8P2ysmVOlt0P80bKTObp5SFybt+YxpBnSq0zriZd
KPmpLzEnA9dQnyKJUR/C/ZlWsiqsnZI8BCfJVajHpE7Kyp8+076Ba/kMU3JS
/72s7AILvYRvG93GMEcxzJe4n/MY5X8j542NgRKa8RG+szCQbxWtldP+xlrS
t8l+jvFitbzB8agpvU0V/d4tuadOM2feLzmmqhj+ckmjmkt6q6RRTSY9nWl8

**Ford Emails 349**

SdKoVpCzQVKnj2G6jvupEJ2Nq0V/4GLmv6xSL2QsN4vmaqfQ9pdlH8NeynPO
T0i5aMOlTKsnyRpP9SlpfbV7JM9TO6X1VXvaKfKvF460MrVNWhn43xc+96/a
C0d9nmdovy/tThVLi9PYOrTNPJM8RFoZfP2JoYXJn0j+58h/nqEdl9RJi9P/
Ki0O9LWkpcfuLy1OOyVhgp5HWlaVlLQ47QnhQ0NZV35Z2lptueRbaqHU8zfW
SLzqw9LWUtdKW0t9Qfi1e7gno6Q11f5N6NRoaWup0dxJSEhbUx8WV9DgpH7C
XC2TtvbGYckBVSb1HDkg+w8JaXHa3dSqpbQ4dVZaXLUn62RItbxN5vBU+Z+4
C1HME+mnpMWpYmlxWnueM9/Md77ulJLSP0RJxXcH8iTkrGmy33VVG8lnOxKM
RKCNV0L+P1plR87U8HyodA+PLkp57/FkdUxT4/JK8h6XNbU6Xw/+lDOWf9L4
dPAd4UnOOuenznrnZ/63hKNG1Ixa/MapfNc0+OYuvylcGv0svyn8jWgZvyn8
vehyflP4l9Et0d9Ed0RfiP41ejT639F/RE9F/+nqruGabsi9y33AHep+1B3r
PuF+wf2iW+7+wH2O3xnelP6OevC14ddiV8eujbWKtY7dxn98PBob5f/nIzYm
9snY2Njjsc/EJsY+J1//lS+vx1bmfzv/GU/JeqF25AJwXI3T9mqVWpV2RDuu
ndLO6nyE1MMAJwAvgIa8loA2gHYB3fC+YwBiugTQHdArgL4B9AcMqmMPbQKK
GkBav7ReIwM90nYaxgDGBXZpHZgcwLQAZgYg4c0BlAEWAsoBywEVAV/iWgNY
X8fe1AC2NgCnkXxN674jgN0B7AtAwjkQ5E//lC2HAjsIC2Uoe2fBF8P4lbBb
U0Uq+POwurVW1pY5A0AfIfs1pzgbmCd8nf+V1gopWcmZaCX9VpI/iO8VD6Kv
QTJz0gpJ9/cxZT5DfIx4DvlzfFrC16J+OMRP+ZgyT9H1y4xrGzlR6llJ/vvk
3WbtfbWy/77Z1y3F9xzIv4Hh3EBfhZQvlH0KuIqGUfKnBK4SwqDa6nRfoHqo
Yef1Bbqy/BVs+fawyvbWe1tVjrfDO65acNX6TmlFes8LQB/1ATVNzVRzMCNf
qMrVclWh1mAuvlXtUvtUlTqijqtT6iy6HFsLa47maS21Nlo7raPWReuu9dL6
av21QdpQrUgbqY3Rxmml2mRtmjZTm6OVaQu1cm25VqGt0dZrm7St2g5tt7ZP
O6Ad0o5qJ7TTWrWu61l6RJcvoq7QVgEvJV6lrc1w5mp4QtZmaSuA52uLAo6p
LYKsSBjaSm21tgycWXBZBQlDWwDePHDgDikJa7hWDDxEGw48UMPTntZNw/Oi
1kfDM6XWQetGTk/g1loHcvDMrMWl54UvPDtqE7RJwGNJD9HGMpzRwKNJj60j
M4n0JPInUGYCYx/L2Mcy9tHaQGKJvZiaFDP2ntTE17aY8sUirxZRfojIY1bR
h7GLfD/K96O2fah5H3WG+CTxsUwa+6mDxPslFrWHcXUmvY14s+SA2oBc66YK
1ShwTK2j6qmGa13qt075YiLoUr6/X8rRalrAKSKnrTxhCcc6S9cX/WcoaQG2
Rc4mwWZz4hsFZzEE229ntWwrL3O3iuFrEWkHFr+vq1ncYfPbvSm7kWau38JI
j2e8HRga21koi/SrjIvxGgMpv43yfyNnF105Cpv8s73Jrz5bXUkvI/55EMse
mWmTU61UupfCHEtSsdZPKbD/VWD5ivPMQGqetGEnz3GdfMdzEk6Bl+3lelHP
9WKenAF5b2PjeGasTo/F//Do64+9Mu7KmNtgxI0NjX00Niz2UGw4W7+mbPQW
7/HaeNd7Bd4NgWZSUpsDzfCkpto4jhNzkk5H+ReE84AzxHnQGep81BnmPOQM
dx52ipyPOSO8iJfnxb32Xg/vTq+/d483wLvXG+/jd5w3cv57vEgew94Qzz5t8fN
jc5ZD6Cucg7kiL/m84ypz5YJ00Xy+3/5PTKWNBW2aoHRir5cvWj3i3iyMBV/1
5qoCb573U9WOX64eIF8dlje7lJI3u1Rc3uxS7eR76kbxOwbGJcmNBowFTACg
xzSmErQGcqYx4yIwuwn3ywHzlAXbIr0gw2+YnvaY2QyiGYo53cgMPQYzNp8u
BUwO6GmAmQE9pwFdFtALAeUBvRxQEdBrAOsDehNga0DvA0vzOzGfEvoA4BDAf8o
+ScyfDGnA/k0LTLV/r2hG1lGJKBdI2m0llVg6MDtSXcyugL3OBev0ftcXEah
MSAdF+jBGXpYEOYIY5RRkqHHGxMDegpgekDPAswN6PmARQG9FLAioFcB1hob
SG8GbAv4O8nfk+bT3u/Lkz4YyBwOO7o8ZZJ40zAV1rmmYzocxcMw7cgnRrsy1w
h3PxZmiEY3Y2u6XjAt0zTbMHWilPnupJYBszLKE/D5zLtbxTxmDKzCf+IldO
O6XXUo2VXEfguGIcSP2aK4DbyA+RllXXs0YPeU5WOXzObMVnZjkBdUpOSugF
wrdvkHUNu6eEbD8oKzL2lzmqrZDVB3My19dWGF8XmmtGmsibWmqf8K1KWVmQ
dUDjReEYR+R52DgiNPhJwYZ88eFF4zGeqLmW+O/C0ZclLWuCwAfkuVqfiZH4
Oglf/RAzYugmz/BwfUBWrOQ0o/1lwVapnLCybzCqRXPB5gLJDXOH5IN1k+QD
OCFZf5H14ixdwsy6WtIIGmnM6sxRf6uk0TosaQw9J2m0DktcVh+Rt/pIKkJj
JI1ZIyWN5htM9U1cZbtJaPCRxqz5ksasJwVbD00tKEea1xH8XjqQUIbciZkol
dVd9kLGUiiRKq0w0lPRarqyVZI2UlIa6SUqzrpY0ZunAMi734V8YugRjWFnw
T4vBSvE/Fm28zZjZd0lsS/xa3Z7Yn9iv7uCzwDxvDfr/59Dzy+lAPTEo8QmO
iVMxJsrb2+PqhPc2voz8NjTpqoYoOavX902m7FFvNsKbg5Gt7UXCN9V4zK48
hTJS0961tF6Kbv5Tm6UtFKpP8x8VM+tWn8I4uSEVl3Acl3DLRLkmsFKAC0
B3RSut6VUFfGCMC/76FMvfdFoLAJ98sBAwCDA3pYhp+lHJRKD+TsaDUfdWEl
cvskTK06qZmAZnKnyV+xK1UliqRSnm1J4/lWyX7XVpp9gAOkDjGEVTT7McsU
+7A8XakFMFWAlYAjvFsFH7jSYfYfAK+Bf6kNoE7h5VQjMFsIHULHC3oHWImapW
014nzwoYL8oueArzdOfHRRGXGlHL21WuF1k7JTpK22d8xIn8aV07KuMZ6j0Oy8y
zKHrQO4zbTLkS1iO+MIYJGs1/A4OJPtxlVxkvs69KJmXhlQnbUYwL52L2j7P
+7Fq7/0Edb4f56X3subLH3mUuh+1aP5FQW/C//WJgXJLcIsBSwArAqiblNX3t

BcG8iNvlAAtgZ+43ZPgNdWyGvrYzesOxajZqz3Z1BLW7DWr1YG0YYATwKK1E
G69N1KaAmi7rJnCVu4laIXAhDLmw58s6C9dfRgDaA7eHmUv/7elnesZvBDgC
U6gNQDwRxDMCz8I6YxulTmgl6gRwe62T1hV2D623VlhXK7Xb10vtzhidYQxT
a7QRag0w3FU17PFyR9fecC3TeqOtlDG2A7AHyx1cRYsBqhT3pcCll3ZXwXCV
+HuoofA7FBg6004KbrLdpduatKxqswPmD7fl7MtcKHSwIvAF9DSa3t74KNcS
Z3OVUr6rtSslXxMbIq1bey0ls5RK4y7B8v8SPAFMorx8/ae9rKTox1N3yB6J
7E9Dvhflr6fkOMyRRhmyf7lAYgc9lvTfZWZFre6lVutJf5f6FFKfCtHHepnx
vhzEW0h+O6QoLDHC1Y+lJ/l5CPmTjOs7jOuTjOs7Epc8tVCmM3uA1hiP22pT
5ekTPcCP0QNI2/8I276M0Jq3Q2Fs1ca+Y6BdkhyePbVJgKmAGZcgPxt1Zt5F
YEET7m8fjAy9OMM7L+38w1tf1R9j31BVpEaqMWrcJdTnhiMI67b5O+7of5q4
mZxvsD6gyfsUr8v+ol/PtVrZB9VOcc1OZjsh1V6bGcyQfqoUy/0+3r/gHVcq
UZAoQB15QClr0zsG+iXJbQXsAOwG7FOGdYCQdjcbyFvyVpV8jfOCcKIJ98sB
p5UN2yZdneE3TNt7UANGYtZRjlnHAVWtJbWu6AvHc318p3ZMb6a31fvoxfpU
fbG+Ua/Uzxqe0cUYZIwz5hgVxg7jqJllFpi9lW4OM0eYo8wSmvHmRHOKOZ30
LLMErj5nAM108Oaa80kvMgfAdTB9d6KZHvgXeoqJ2SXv3YwZwJCEGmG6cEWc
xum08eMhNd047fs19qUN/CTN3qQKjH2+zsb6tKH240lNNNbDFekxFmbMPuOA
mUXqqLEQrgPMwcbktDHbQ9uupHoYk+HaA/EUpY1ZSGmhK+QvQ3AtMHplzAn6
BQU/veCKsIw2GVNkjISrUOMMjM1mK/i1M+YEUtpeKOhmwxUp1I+kjcia7YUy
uuhHAtftaWOUIqWtSM3Ut8M1yzigr9RXmhHB8C3SQp3VMSs2dWOTPlufbWYJ
hp/TRjWpSh39HWrCCX2sPtY4LVhfaVQjLLkfp4+F61Zjtz5QH2jsEKzPNg4g
LLkfpA+k60i9M9w6izHGIJ0zSU/VO8N1jdFXjxvr9bgYoz/q3hjSxXocruVG
uXbGWK6dEWN0lBwWSu+jnZG/HRnTtP3GQm2/GMNBHs8RSm+r7YfrNGOmtiFj
zmi1cAWlN9M2wLXUmIwZTWBEFq5CH5OdJaMUM5iM0UdD68mkd2pT4DoSM4yM
YYpKSU3G7ERce58zegdJM+m5mGHoxiCt4JzRc5HmNqTHawVwbadl1TEnJc2k
BuNJRDdaqqPnjH4KrVUJhZpxFP3qjrpGW6ttAF+oJLCO5486RmZz+lTS1QBd
zalrZBanF5M+oGRleVw9U4EcXklq0yWMKHwySa254JOJzJwW8VzYk/KemHlS
6GDm9Dd9DEYUV9aM9KU8ZXacJz5y6BqW1S6rKHWvnI3iu0xFKkX5RyG5Wd5B
NY6IjEpwtasI8yjNmixvZdsfkLUzyMjMZqaED76sNLWVdRKEsISuD9B1A2OU
E3+fllNO9izR2X7WwAzJXiN8yPenvE75IRKjzI1CV8kpktDtkiegnyEt63Eb
zeaCOWq6Ig+/4fS7YfZG418MQWZvr8gpJGj1eYZcAM58ee6yfsDzMkPkFI/x
OZFB7n2doT3OvJJ3mDdLusxqsw3kt1D+uIRg/JVnzX4ka2SQlK+lzhFJ42l5
cjNHim4IDaVpbg9kMOczr5cvOJofkadE0PcL7ee5rKyZ1Xx6bEUN/0jXanE1
f0RtP8jv4W0QV6uD5IN1mmeIXP0hpj2Paaer+WvqKW+gdeCX8PiWGmTkS5PH
g9L8NPNQTn4doa+FfC9uIVctdcr4+yKdZG5U5/nzp6p9om3iRjWQc5FBfP58
LXE9ymGIUqFR7xjolyRXAhgPmAiYoozQdELa3Wwgr4VmXQTmNuF+OWC+smBb
pBfV4S/lfcP03Yqn0Jlqqdqo9qmTWhg9Xk9tKHq92dpybbNWqZ1GX9hO760P
10v1uRiVtuoH0b+5RgejrzHCmIS+fpWx3Thk1JoextN+qKdTzAXmGnOnecTS
rRZWF2uANdqaZi2y1lm7rWOY+e2zDliHrKMwJ6zTtGngUmUdsY5bu2BOWWdp
08DlsHXMWhuYkxlqLVwkrIWBOZqhMFOw9lqV1tTAVGUoPPdYO6091qjAbMtQ
o2RWam21+gemIkP1h8sya6XVOTDzMhRGSjknbyUDszRDjEeyB+lWgSnLUAou
U60Z5mHfWK3TlHkYLuPNQ+YO31hZacrESGEVWSPN1b6xxqQpczVchljDMa+j
sQamKXM+XArNMnOyOdkaABgslG/g0sucZBabxVZfQHehfAOXuHkMM6dCqwWg
tVC+gUvESpodzY6WC8gSyjdwsc1mZtwKm3GYYmIazF/OYK5UbdZiZlJtFgr2
DVyOmsuNKvOEUQXcUbBv4FJpzja2mVXGNuC4YN/AZSdmjhWBOZqhMFLiGXqT
Mc83Zss0ZaCfMVcaE9PGXH2OhsuiOnPF+edouMw0+qSNOfkcjbG+vTnBaO8b
5GCGhotzziCIGVrp+plzxux4jkY8nbkreEA/YHbTj4rtG7gU6JWYQ27Rt5id
0O9uSRuEth8tcEVgDmeoFXA5hDDmBOZEHsJMAXPR4/qEwOzNUBOC0IYF5nCG
Gob0rEV4vQIzOUP1ktmf3hPPJ74pzlBt4TJb36xHArMtQ0XgMlFfr53yjV6R
pjBOyrzsJGeHKwGr/TmjGLgM1PZpm7RN+lLAfKF8A63H6X21ZdoyvRQwWSjf
wGW03kGbpc3SxwKKhfINQmumjdTGGbnaOJhNxDTwU63104YYcnpnCEIZkjZw
Oa6bWg/9lNYDZhYxDVwOake1NvphrQ3MOGIauOzWNmrNAtMnQzWDy0a9hayw
cZVtYpqC0fUstTdtkFsZWunaWbUhbZBbGRouh/H0GBjkVobG6DlD261m+Ebb
l6aUrPmWnDPIrXN3b2s/FCCr1r/k2fEf134H+Llzs0X9y9rtoFdpT2Be8F7Z
FTWyRMZ4ifQYTdam+nDGNEb2AY2nxVV9XOQxa8BMzbyanF/LCWBzO3czXxGO
9jU9m3McmW/GhGMVcSfxB0Kbd3HGNIx+36DfuziDe0OTPzosNeVLQd2o7fNc
Px8n8zV9L+UnS+z6j2WOpr9GmZ7y3wWjm8y8oJt8UbrSWiNpkVgQjqw8f4Nf
z39eVu30JTLb0n/DOfJe+g2R/1f+MyMkO6T6UplzGVn8msEY5sll8qYK8mqO

5IPEZeoy8zKby1wM6b0Ovm5gPr8muWrcJ3lo5jEnF0lO6rWSLv01pqiCZ+Wz
mYo5ogNSsUZcRU/jOupTQ31u5kyzBfX8mPCN28h/gHrWUs8xomdmBjetiZMt
Gt/N596ZFX7HwLgkOQfgAVoC0EKtdgStgZxpdbwIdGnC/XJAd2XBtkj3yvAb
pqe16qOK1EQ1D0+I21SVqtbiWketUCvWJuP5cbW2QzusKz2JJ/n++ig8zS/U
1+q79KOGabQ0uhoDUY7TjcXoD1cZa+WMhrEZY+tO0muNPcZ+rgzIessOY7es
vpA+ZKyX1RdjlzEVZq9RiZH6COnjximGdtAYBbPBOGwcQ2hCIywDcyqE0Z/m
AGANqUPGJqM/Q+tMsxcwgVQl9JPVh21GkmYnYA+p/YghyRUPblhDN2WMJCU6
Yk5lbMf4BWPsAiwmtcxYqWNOZWzQd4gxNgM6kVpqrNAxpzIq9NVijDUAj9R6
Y46OOZWxTJ8vxlgAXEtqsTFB9ruMuRgNYYz5wIdILcJoizmVMROjIQxCKNa3
kyozeuGJXTem6oVijBkAk9RsI1cv5LjYUYwxBbiM1HQjomNOJasXXHuZDLyL
1DS9kqsvY40JWrVWbUzSqvURpEbr+zXMqYwexiitSqsyRmhV+kJSJfpyDXMq
o7vRS9umbTP6atv0qaQG6bM1OVlaoVUYPQF9tAp9FO/66eM1zKmMrto8oweg
vTZP76/NA9VJHyrPbkY7baLREQBb76xNB6l98SYphsttCKjNSBXK9KTWhHw
Wr1Ak398R9DLwxgu8EpSSW2dnJQ1bO5ZtTfC3LkSytGbaZhT6bWakzGlgg1T
O6HJnOqEOpM2+mniakOXk7V4Lj2QNlpvwRi/N8DGmK22pI3WTrC+VitXMqda
r1akjZYrWN+kzVAyp1p9bv1Fn008T1/A1ZcJdUylYH2ROqLkSyfD6pjNgtG7
7lTD3t4oq0XlyToYU+eZ7+W7RPxfijqptOo5sh7iv1FUXSHP/rV/4xjciW8X
LZQ1HPVhWbd5fbaMLrVhWbFJ/YQnk4bLs7zWWlZstKis1UDmbnlrR1z9t45S
f6Hk7ZT5qloj52b4Hb05smJT8xDfzvmhrNVgbBwg3/SRsVlvISsz+p2iP8J8
QuKVkcZ/J0nvL2s1+qOyVgM+39qp2SorEjLqIz0fIP0MaflCU4GMtQhXyftG
XJ8p8NdkZJxDvMjJml/IyoNSBv8/JqsZNctlblH7M5FJfUVWY2ocSZ0qlnFR
ay8ytT3EV+pevoGkZNxN7ZQcQ7qe4LtKKySvJHbwv84Yb5E0imtqoayxIIcl
5P0MZ7SMnamF3IMplvPIqpPIqJbCV53I78R9+m2yAoO0i86zJKXa3dSnnJwy
Gftr/iH6qzJZdUEenqL8EubhROYJakWqq8ijhvQjrqJWrUQTYPm3h5S+nFxa
yBr0TfmOT+bsTQ4GyDzHUVc5rhNTzZ18J6mynWuc61Se8x6nDSQLnAlOTc5
71MJ5xbn/aqlc6vTVV3n3O50V+9xejh3quvllK66wfmw00/d6PR37lHvdQY6
I9RNmCF8XvXwnsQM4f7EmUS1+kSiNmmpEs4TJnC3cTLxTuopJ7QG8CtD+zKa
XviU0FPeU2qg97T3tLqPs49BXEWamDiDGDb9u6ZRkzbeDdRm5WkDMqm0LpRK
pmbgv01qdJX/LukhpduDpXsnS7cnS3ckdRpFnT55Xt62B+2BWqy10OL/ZnVd
V9F3Rw/G3YNx3xXkkH/+7adKMQ8LMjmmq6XsyyWvFv1b9g0X0txQy2DWsrw1
tfg/SndNLWWe65hhLPp37ZETgvVEeWI568lhJdP83RlX7IU/v/5/XN9VOrDddk
t6g76C0qqQ38v1768vTSDXK5syansZKgy7WWcm7l//rrC/cc9fJOer8N/3m9
X700mGo5zEa1jnXAn6P+p6XC/6amodqrQtAhb7Q33nsCbeILaBHytVcLcXzK
e9z7ojdDyReee2RAEXoDChFHD2XhSa8rTA/i3sRd4TYAePC5ZOfgtcTMLe1v
KnOKWPsR8c/kuY3f9/lwrdCjtZ7y9CZfQ4CuDrB8v1PSJmfcDe8b3jPeUoYS
QToieErwnzLlGTSReop4IbE/chUFI1dvFc/IxZxcJ+rEnaudFk5r53qnk9PF
uc3p5tzh9HQ+5BQ6H3EGOPc6jzjFCflqeJjv4Y12xjifdErcEe4jbrH7cfdR
d5SsKPrn+t1fuYd5rv83qg/P9Q/gGNRLDedzjH9q+ltvMmaEjphHo16NcUqU
ERsYe1DZPOEfCWLuzZh/rxzG/B7EvE3dxNYmqfVT/m7HjVTLudBMqhe86fx+
2PmqM8f5mjPX+bpT5sx3FvONx/zo1d10ZbRX8f3Rrv9Y/RP0TPR16Nn
o2+4V7st3Gvca93r3Pe4bdzr3QK3rXuj2859uhnbnm5n3MnuZPdOe5c9+vu
N9357c/cDe7z7kb3b7rbb35+7rbo2bit7e7x6/I94jfme8V7x3svF/8nvi98
4g/GH4o/HE/lq3wt38i38t3fpD5P5rR7H9ofye/KdvxC8SLyz+nl+4kiT
+TNc9aqTP99+8yVzwdZRERHZ8o8nfo8+s5/mfn8Acy5iL1HZ+PUmmMz2V8
1zM++Za45T7hlrqfdSd6uvV69F1ze3n86Wz/vqfOeWfOj/NuPQ09b8nO
6E+iz0XXR+FwXbRyab9UH6Gr6ZWnOaurHZzmoyeJn4Ouxa/yzGFd6p/cwj
LexCOTOkXr1f/KZLo7Fwz7Wq+qF/9zKFFvE2VH6Z21DjOafJ2wCqj/JX3ZRa
IjtizgvOAdDoDeq2u9hTsXL1Hra+u9n67uLbLIyFPPCXo7nePpPo57xeY7vM6
eJ2893sdvNu7f57M7vnNeb+RL5P2SeoPd6HH6rcROatt6PoauQtP
m4tTcrdfndx99XoEZ8illrltztzHHZmo+XOc74BjjedyeyrD+ZazAc16pgD
9KDfdZZaoZ2s73nRUokZXOSpUj/1BSuc5a5zmV737N/ZpKuPPcMpV0F7gL1Du
M+53cV/3A1AEWx3i3gf9dXXbw8+oUbO1OTbmfu/v31vRzeyxF39j 
xLqoO2L/indVH0j8PLFJfSGxOfL9X9TiD4l9m6ouDqYSaQh9aVMVHKw/Th/1Pz/N
ujpSr6Uue9Mp/k9IJ8rF/YT7KaVYykdRvr3lPL//DRrQRlrnGMq9b033VO2
Q4oXON92FjnlnLnh845hh8S8o/foGJGVLwHej8bhlvt1kJfLWbGFgGrfgolgWtw/7Fs
aJ0Xc2KxWDzmxRLqQu3s/bEu0HkzdcUTWNSIou5FfxndjieYupr2p6bL37Sm
pvMNNZwVVy95mLhj6CoX//TYce4fdGRqWfcfjNkXHOeGeC8wTavaau8l7zZxvfe

8GoTWsJKhBJZiWZsZT01ccUzmrbM74vfVKwL6s1CFjtLnWedZc73nOXOD5yf
BGPYYee4c9L5h3PKORNV0RHRR6Kjop+Ijo4+Fv1ktCT66ej46GeiE6LfiS6O
fje6JLo0+ixHu59FNwQzmJeiB6OvBLOYmmhtNIWZTHoGc6N7s3ur29W9ze3m
3sFZzKOoW6PdEsxinuQcRmYw33K/7S52v+v+0F0lc5hYs1ik3izGn80kZzBj
4p+Ml8Q/FR8b/3T88/Ep8anxL8ZnxGfGZ2Nmk57RZOdH86/Ob5F/TX7L/Ovy
b8i/Ob9j/vvyO+W/P//2/Lvye+ffnd8n/0P59+Q/kD8k/8H8ofkP5T+S/1j+
mPxP5pfkP45cD2GM7IXy7x0dpHKjgzGaX4fxcg/a1173VdWJo2Yvjppy1klL
XFO3jmgTWUdW/F9pvSulJW3nhHfWq/ZSCZUwEnbiqvrlEbwb+ubLo1kwZ78G
83X5GpD8U1BWJ+2grdZIW82sgLhBjG8lpuzYTbEOsffFOjXSC+D5Bc8s9ykV
uz/2gNJjD+L5xeLzi80eIs4+SVZeer/rsWv8Wpak3P/7yw+As2RdTr7M5OV6
efL1JfB0532ePDub6e9U0q+sKkWCtSoT2n4Uc0xZV9fd59xNkFB+z8d5s7/S
VU/Kuc17P9cMW3D9SvK+E/RtobpRXv40p+VJ/bCh0YPwlwtttfJ8Fzq2M5xMx
+RaUjroYpUYeY/RHd/k/nObI6p4tX8P0dnu/8/Z4vw++xdWGep2TNPw4Aj/y
tsJuyKrzQv1hRsKSUJGv18Za8T3L3yrT2+v9CbX5oPcXldNIPD9sJB6DPhV9
WvTZ/Lw4V2VSorlHznP90TnX2NVBrK1YOr77auZjSUbKdG9Ge709/xHOieTf
P7LeN7eB9BVbKT9PRxOp9ZCHHVlLfS1/nKkb5/IzXSuy2KtKb/ql6MzoV6Nz
LhDGmouEMQyzHr8vXxL04i+x//679N3snaVvrtsz/4E988sNeuab0Qt/Iuh9
v4Ue98fuT/iUXyu9LuZIe2P/jdlcOO7Fb4p3C3rhe9jvDo8/FvS9U9jbfjW+
MP6j+IH4P6Suo4+9Hf3f3Hf3pl/nfyf9e/qr85/Jfzv9r/uv5Z722Hz6sdP8nkaZ4z
suFXaGO3ybdfMQ7+0tvi/crbSt9SY1uo9FPuWuZK3HNoX+3ls3RqMGY8F8J9d
p43zj4rqObbWPJT1Q16218MbxNjHnSe3rjG52Kjz5H7aaHhjqWe7QMc2lFx/
AUlwUUq/x8h5RlZpGvH5swvoLKvaUgdQ/iy912PNWCIoD4bSoclQDJkxxh6V
HJNcd7e6f6DP9k361MWn2Bk/l6Kz7+NX7t5GfGy4YCqz6uZPpiet7/v5C+Zu
CL5filZhTlKDGq8y40LbTA3amInJgmRaTvYp/JCkx2oT5KZfZ39+0byMoBa3
QQ1G/Q2+3Hdbgxpcv2QuFpr/VZStSgVatKujxaYL5rGFVnR9tHOQ0+KvfR1/
v2i8PKm7/x1o+m0k3Zsb1RTPGTGjtQf6JOmP6vdF0teNZG/3eLq/Q78kvZL0
SfvZZJx1Cn1TLXkh6IO19pO9ZHVvToP+5I+h3SjL9zfPx3dLnsF9pmM7NjaZz
LHW9WMtpmOpfXjTVZrq3baSEtlywTpuoz69E33BVI3pvaVRvPzYDs9mW+UMb
ietXF4wrxPazT9oPWs89b8qviRaB9sA211DPXzWev/R3YT23qrfSmzUM5f9d
sL037C3ueVO+Q3X7iiDVXdlO0363NeL3/DjTo4WuujTpu2Gcvt/0t517c0ek
vh9d2Y3MmV/wDuLJocqrUknvkHdEXa3khyYtGoVWmM02/B5IqZrcyDef16Of
2ap2qN1qnzqgDqmj6oQ6raqhg3wBS4frpgxeD6P7X+Hh++TvFvbfQfJKd/UvH
UhplKv1vGf5DJvgnCf9AEvxvhH8aCf4u4v9vLhH8Rcf4z8Zwr+FBP8J4R9C/H+D
+P8DCf4EUufvH/5/5S+r98P1fw/fw/08PhJOPX1+/o+y9G0u
v8D4cH5L/s3Fehznq2iPr1+yL79/1aOvu12NWY358Wu7jXbTDDPHlpg3Dr3k
2PxRS4vqGLzUujo/GBcfGHRfJC2c2Z08fo3ZZiPc6OD5jQ2Luy4YB+ooxd5441
Sqf++kuOY1RGvuEsr/EYRgUx3NLInOvCMaRnhQ1T8cJFa8y5lHduwo+d/p5y
bFT+M/S7uNHx94UL5vOFx6cXLpJzo41V8UHV5kd5dQq1mi+XSSGY1+yvkY7TLyEV
DUvzxYvVF8bSsB6/qC42p9Wid7/JWC70ZLDrgqm/Kv30l/nitZ8bJ7UIXOV7
7rJ7df27dE5L5vgbaw#vymqu7oGdEfVBWm9SHvKgXVx/2Et416h7vWq+VGuS1
9lqrwd6N3k3qAe9m731qmHeL11k97N3qdVUf87p5t6tH5Fv6nNeL+8u9ah3
t9dHfcL7kPegeoxrC5Mstclm6qlkOBIVs2U9LPNF0Mj9v+k93Xk93I8XXSrYrG95
iUGJ+xODEw8kHkx+NDES8MTcXxOfJ1JY1/KbyhJJYEt8Oh8hu4vJ7/l/p5y9
ym97yxrKKKXVKk7/bO/+Xh8iFLOad5Jnklz29Qhhqqqqqqqqqqqqqqqqqqqqqq
WiE7aZe4npupu/WJmmmTzi5bF+eccTdZv1GW2/3b/FGqqqNPy3iqL4DD3Xqq+x3T
Qeb6p5Sm7TW7Q5+Cy1z3Dubonq8NbAda2B71sAOrIldZEd4WvwDwWHzWwkkDWw
H2tgf9bAgdyOqqJJPsgoJQ18GHWbsGsgsgcWsgSNLA0exBo5mDRzDGljCGvgk
a+A01sCv/S9Oy9/CBHhesAAsAiwP7csGywF5FZh7e6Dr3uMseXho2ALXXut9ex
dzWAdLoXv8h8NsCbD3oCbDCqb7UqHyLehSlaLLttKnaDDyG+z2jxtAcxibZZZm2E2rzF
gNxaOm2jtkXXbnBmqtxgvvKN//P9/r9MEi19HY+HHD0T1upupHiu9pG2DeSn
6m30sAd9S7Nllvv79bDOS/LYQo/geqF+R97RBGYYqQhCrV6+tV4jT5nqN
9ByHEPyeQO3Qr0crsv1Cq1X75NXdED8/bkc7ND5aaxTv3xN8n5ljjB4XeU8cvJR
ziLM42dC0JfTde0GvV9nwgN+fwFR3o3dpxa+tfdfxoDV/V8t8K6V99vY9oRt8cKbUT+
0tHpC1F+PvEEEdgPPPpMic79+MFX5yz79icgpXDdktW1+zd9v4g+xyFdSbFQc7Iuvmyih
dxWWdAoLoXv4h5cInSab/D3cpb3UqpYhenSAIlHtKnaDDjz2D2+zixgcNZttdv9ieDnXm
6m30sAd9S5cd72XaOS/PAlO9+bUrs799X9TD46mr7d0+b7I+VD9fb7
qX36oWOc6C0oyyBvOdTFFQ0lh7h9SRPw7t3H6ELILNivUMEO08yLM4b+dZZyizvv
08gZQ5on+OU7JqyXwl9Cmu99k8g8yLNm2C8qhhXt7f4vZCuQX3G8Sx3UD76Ex4Dz
qX3a3Ucbop6Unc8gXXjDtv6Ftle3itMHvt01XYZmTiH1fwKdtc5yzD+a99UHr07k6nd25nQfi

9RND1hk7SVpSf+EfRxW/+6f034ur/GFVddKX0zVE/uOUeYKj6mjgzTzhctNF
Ru7ezt1On7c1fr8z84KbkI7wOwCY8WneOxBeS0I7VaLGAyaqKZhjToSZpeYC
5qtF4C/FvXzzYK5apdbyfaLNaIU71R5+Qf+gOgyfxyB3Enz55tAZSNbyrDT3
pxv8KZptWb5KD9yVWGpvW77/nuNz+BUCJf/1gqucom9LftuAz7dZalgD+Udo
lRPNPJ6SgxnOFnImE/MEBsNXKe4jpfoR8w2W2pPEYeKfKX8N11A9eULExizm
fc5tmGXc5L0f97k8xxAP/jE13HmE5xmc4H9S93tDlaRlEllp7y5OrUPPwJx0
fJC/s4DFzEX+Cr0IOexzVjCHfXoDc3kK8zktL/k9hf8r8Dknkddp+Vp1ro/0
/+eNnrL2Ff+khN+fyawYnFnp/q92Lb/x8C95p672Fb4VzZ6mdq1eQ/4k4Ntk
Rl87TMoTflW6LwE9IN0j1v5LnUj3l+CvSfdztdX6XxnOKAkB/PNPEsgfdTXH
Vekd5eaZfeSGu8gG9I7XO1fwuyt4ouBSNG54VkNqYP2zGprKP38H/dxaSvov
qg32IqWH94Iwfy8h5T0lpz7y/pKXwjPR3YmPqETiucRzqnXmtHcyAKX2NiGv
Q86tUz5/aDJ8GQNa8IxNC/rY12QMLQI/WuDjj034MBi278fXan+TWrVV584r
/OkCcggj6Z2Xo5UM+yH62Zl3GH66J3rDz9rE2DsutJ/pnTRJUofoPTHLiJd
v7RealKX+vIHm9SmvvzLTejTsDZUNaFPQ/lXmtCnofyhJvOnYW17tckcaujj
cJN51NDHX5rMpYY1+kiT+dTQx1+bzKmGPo42odX5rea/m9DqfB/HmtDqfB9/
a7IE5SSRvAvbkkb8Hfl+yDM/381qTpXi+nxNNlmPLwJee8fP3JkvyfD8nmyzL
8/38o8nSbJnxlT79eKrJ8jzfzz+bLNHz/ZxuQjczyGPfl18P/tWEbo35O0dOE
bo35ef2iuunabvhSelujhUqoq1SjV2pV6kXOM9P3O+u5kl97R81yzDmfqMsX
l9QX68vVvUvtrOuL7sX1Ii4+L66d5+l2PqerD/U59fU5z9ftDUPhG+X1rwHE
nerx5K74PEnkBubLquZMRoPztKzj6xf1+E82CP1i1/mxy1fObkxenWyRvDZ5
XbJ1sk3y+mRBsn2yQ7JT8pbkrcmuyW7J7sk7kncm70r2TvZJ9k0WJj+c7Jf8
SLJ/8p7kgOS9yYHJ+5IPJj+afDhZlByR/HjyE8kxsStmZ2hahXo35QIsken6E
fq0yEMN1wK2TrZWJmNooC7Fdr2zEWKBCiLU9cIdkB/A7JTtB5pbkLSoLWtyq
roImXeHaLdlNNYNG3VVzaHUHJO9M3qnC0O4ulQ0Ne6sItOyjcqBpX8QFbVUu
9O0H+iPJj6g86N1fOdD9HnAGJAeoKNJwL8IZmBwIzn3J+5SL9DwIyY8mP6pi
SNfD4Bcli1Qc6RsBTT6e/DhcP5H8hMpHWsfAtQQp9pDmLON+436kWbTRqY2R
vDt5N1IiOlnJYclhSO1DyYeQktJkqcpS+k2npD11GNuxXD2oeql/oyu1JXUs
Qz8HeBXwUnD/m9T35R7UvtS+jNSMyxh9sSpOvZrajudOlVoPcwzmt6lyX6vU
dsABxP1bSBxIHQji347736bW8PTwZdIBof4q0GF3EMtuP8Wp3wR3L0GPl9Je
UhslR+DW5fKokNrp9wWp0+oKX0jp4SDNwKkiKXumd3xG4jcZagty5SWxxd9l
0+DV1FdTy2D/NFVBHZqhHj7P2vheP1bAU6nfkn4J/feS1POwV6nr/Lp6GTTY
+Za8Xa0u8xW0PWmRSG3qkwH3QKo8EGir3vErVZSazLF+FfM9H6WwnrUkMwoh
//368ILqy2g/z/sldNniX6j+LS609ip1JS/po37LtrivoVOmPrzD11tsF5fx
CmZrq1gHZbz4vszjMCKsgv18amRGbgtbzDGUWJlgbdBr/PYyajIlNRt4mfRU
mNmlUDbrqUO7jMTaoI96Fdqsv5xtQsmMrjiTG8CsFwvRNp9jLWGbkdoi+ZLR
Zwl1eU7ddXIUQL53vaj7RXL7/Dr81q7U6NToevev+rMY0i9lNBhwAd+XsT7U
CfWYukIXRsV0u5Da3xvlv578BzMS557WXoTU3svfv6KuS518Xl2h65LSU6ze
wathnbxyl8ymr1x9TM9pL1H6XvWOXalPcnxY5feGtf9AL/gH9oUdMxLn2sU2
9KOyrvHsZYt99Pn9ZCrzPO+3UFyfUu/oJWVxuebHb+16O+3icpVGU2PWf86V
Gktckrmv09Yupd1djrlcajHx4AbcfedTjV6d1Nu82LuVkby5DreKMXdhv3cX
xn73omFcjnzYRPyRt+j9beeDXJl+5K1dl0eHTerf5Ep9Sl3BK7WLuERdwSv1
c+K3qsPlqQ8Nn5hd9a5fQdu8omWhWglKdVFX8PJXT99yH3VZrqAsrmjb9K/U
rW/R42VpFxe93qU2EpRFsbqCVzCHGZK5r/OkcrlWCJq6UlMu4tb0k9Pl6Sd3
XcCh2SV5vzx1spW64lcwn/x2o25N74y8822zmXp3Lmlv9Ljhd8/9HuL3i9P
uxjb4P5K7I75Y/et6opfV3gOw7WS1O8y92+qdl6enYOgrT7VsnibY11qfGo9
19m34FkrktqZOpZaklqF58wtqSqpmRwtblY3g3g3/Z9kIvcPl18rRqSl6+DhPV
FbyC8eKtrjW/8J8+PFJVyXb08t1TlD3qze9Ssoi7GNur1LY/cF51Hv4hX0USvV
Fbz8de5Upbril81rruz1wcl+UK2sUV1eFSr2C38EEDqFX+cvxI7R/4+OU8V
XbETUYEOe9NPoe9+PvAUzYLU74O7/3cJT16k1qjgROAVqQ9+ndz5/9v7Drgo
kqbvnpklp3UDzA4gUYISBgTBhAkRMyIgnJIkFFBSMMgImb0UDCDOYNiOkKVF
MWA8RUQPz5wDqOiZgbenZgmn3Ondc57P8323/Zvanuqeng7/qq7q2Z23Z+51YE
Pv/w7a7eUBv7Hv3A37kT8thI7cfcff6v8Bv9r8IuPsFUPs5lfair7/jhr7Xrj722ZXu6hfD
+bdqg9H3/3/+1BLPqTz/2/zaehZ7+7/7/8IdEEmYiMWvUhJoGZigTMTNGGYYmUmJmM3mM3OO3OQQ
BjOPWYC0mDRmMMRIzS5kVSMZkMllln1nDnEMGzAXmMurGlDKlqA9zj7mPP7jPPJky
pgx5Mc+ZCtRPl91VIB9dDV0NNNFBXXRl1cH+eoa6RqhKbomoiZosZ89
GN97IiKYScwkRDKKTmcmlYqbg2ghwbhbeRKQApPIJCJFZZziqumRKu2TSkzCQyUiF
mc5MR6pMCpOCpJgZzZAvkzzE9dbA9Z6NNJk5uPZauPbzkBJBZJZVJRI2Y+Mx+J

mAW4PWLcnjSccyGzELd8EbMISZl0Jh1pMxlMBtJhFuPW0ri1S3FrlzHLEMMs
Z5YjXWYFbr8ebn8mbn8W7oXGuBfW4F5Yy6xFhsw6Zh0yYtYz65Exs4HZgEyY
jcxGZMpsYjahJsxmZjMyY7YwW5A5s5XZiiyYbcw2ZMlkM9moKZPD5KBmzHZm
O7JidjA7kDWTy+QiG2YnsxPZMruYXYhldjO7kR2zh9mD7Jm9zF5c8o/Mj6g5
s4/ZhxyY/cx+5MjkMXmoBXOAOYCcmIPMQeTMHGIOoZZMPpOPWjGHmcOoNXOE
OYLaMAVMAWrLHGWOIhfmGHMMtWOOM8dRe+YEU4g6MCeZk6gjc4o5hToxp5nT
yJU5w5zBdzzLnEWdmXN47N3w2F9AXZgipgi5MxeZi6grU8wUYzRcYi6h7kwJ
U4J6MJcxPnoCPnphfNxDvZn7GCUegJI+GCXPMWJeMC9QX6YCI8YLENMBENMP
EOMNiOkPiPEBxGhgxPTh/9VA+VA+GDEceihAjwDQowDoUWTimXiMGA5DyoAh
FcCQKpPEJGHEcEhSByRpAHo0AT1azCxmFkYMh6FGgB4RoEcM6JEwPzA/YKxw
6NEG3OgAbmhAjAwQwwBiarCyklmJscIhpjEgxoBZzazGWOFwYwS4MQbEmABK
TAElTQAlZoASc0CJBaDEBFBiCSgxA5Q0BZSYAD4sAR/NAB9WgA9rQIYFIMMG
kGEGyLDEyDiE4xwmbAETLGDCDjBhD2iwAT Q0w2g4gRFWiDHhAJgwAUyYASYs
AROOgAkzwEQLQIMIoMEM0OAEY+/MXGOuYRTeZm5jFD5gHmAUPmQeYhRyCGgL
CHBhXjGvMAormUrUXldVV5Xb8x+pw7/CkuHdpZSwk7A7QsJewl5IRThUOBRx
+xQIFVQUVDB3mHAYIoTDhYGIFAYLRyBF4UhhOFIVRgpHIXXhaOFopCUcI4xD
QuEE4QQkFU4STkHawgRhIpIJk4RJSFeYLExBesI5wkXIQLhEuAZZCtcJDyMH
pIYVpBCR9Q7unPjkIOXfHvAGF/n7W/i3t5CNuTe11LynRf6WFu4dLUHkSDIa
3sfSgkwiZ5Kpcv4ieBPLBnIbuRPewHKceUX+XpXn5Gv+PSqUJiWhGMqQ
MqOsKHvKmXKhXKlulAflTQ2ihlMhVAQVQ42n4qlkKhmX0AJfMZtaQGVQK6g1
1CYqh9pN5TVA+dKOUIXUOaqYKsW8m9R96iIVQb2lqgQCqptAVSAUaAv0BMbE
Q2q3wEJgI3AQtBK0F7jJ21u/1fXbDlTQQ+Ap8OH7QTBEECAYwbca18tbECUY
K5goSJTz+X4AKkgRzBWkyfukXs8IlpCpOC9PoeT6PUPuwyVmCtYJtgh2yHvm
sz4R7BUcFByV9wxQniOnpwTnBSXyHmPIxwL+/TIIax/YD4qcxlGiGuKXgLoC
5yDEVwOFf6kTsyEO/4MmZgCFN5mRhyH+GGgAcJ4BHQKcK0BXANXgKJoO8RtA
fYBTCPUh4KoooCVAO0OeQ0BHQc5AjsJTTILsAfz9QB2BowvxmUDbQ5lKwB8L
nOcQfwF0GHBKobS9HK3iVpGIypXAvwXUA+54CvJ/BBoG/HsQzwAK5RMJEFeB
/JVQJn+v3UCbQB4oGfWC1I5wR77OIyD1Z6B9oc7QA9QgoG0hD9SNNAOOGsTH
Q/5XEJ8F8fdAYyCPH/DPA+0GnDKIH4c4DjJjJXxsB9DbQPlDCacjTBeI3Ib4c
qDrkSeaooDlwsoDCe+xI6HPyLlBoBXEW4r8tCBVQQ1yGuCPEx0BuAE0IL+DAW
ZFFgFACdCnnGQY9BL5H8iJAQ5/FpDTnXQ01gxMIsoJbAAdySMDrEB6BeUlI6
/KM/Ft5+QmKt3OUf0cNcvbfA4dHgW7DP1L0HmyAJZUKTkBAMYUiYEVaEPeFM
uBCuRDd5kBAehDcxiBiOrhAhOBaBR34nlMiVmU+MR8eJeHSGSCZm4++76C6x
AJeNSycycBgPpa8g1uDSubI3ETm4dBdMc4jd+C55NTpCAGNDnQO6DKgYKI+z
h9C/6UBBzilAIfUT9DVILAUyTMHICaBMCjQFL3X8qFOAEmp+nRRR2XXSQvlz
VGE4xEFuBS2ACoCTBPGBQFWBTgb+VYgvAroEONeAlsNdQN9RBkAv1qFNLhug
R6g9QEHLCFoCBdmjAuQY4t6aMRZN5P7dLezxjyCIG5UNgJ7/7iBHT7Xjf0FP
1cnZcbm0cd+cxB3HMnf8tzLHpXFyB7m58Jxg4Co+fz5OweURhmgfYYbPrLCU
ySUTy5ozvK8el010w1LpgecP/s32XNnetWVrYqnlDgku60pNT6HNQEGnoY1A
YV5DI4GC9oZ/qRNoE/QsrxtBhhBoP3iLE4HbylHQ/AhmMQRzHwoHmgl0LdAD
QM2hNNDVaChQXvf2gzjgHeUCdYKcfBxmf/jVY83o2kCfc6OLOUJ/PJoheCzH
CMcKlwtXCFjUdkghDe9IUN8hSEyQ1b4MEP2OM7tFO+KD/va3gCZQzC3onZA
Qb75WRV+vU+gafK7czu4j0cpOE4JmwjbCDv8I/jClg9nH+CDsxM8CHeiF+FF
DCSGEUHESCKaiCUmE0nETCIVHzXxRcSy2vNVxAZiG7ET+PulfOAfJ84QRcQV
4jpxl3hMPCdeEx9JklQmNUkJ5MPXkQxpSJqRVnBe/8DXkPakc+296pfPXcdd
U1O/mjrW1LPmGnyQLqQrVxeyG+uBW3Hl1RfOa/LU1FteNulNDuIOqH9N3eX1hrp/
Wu9PD1wnqBcuq54cVAatB2moAFoOMIEBtBwkowJoOchHBdBykJIKoFw88GOKH
5bQc5KYCaDllTwXQcpChCqDllEkVQMtBniqAloNUVQAtB9mqAOOEIYBtBzk
rAJoOUhBdByklKoOUgeRVAy0H+KoBySwB9bBGbvBykLYKoOOWf2SwY
6f9tNgvWgA1YLVgTusiDJtgvcrsFWy1gs2BLZR+2UPLBUlmAbRNslWCtmgE2
yyb0mMjBOng3DjFQeh5xhCistYhqwjmimCitwRAJPgLpAHoMbAoC7AUCrF+y
WZ1GJWBPNN6q5K1rAqxu3lYneGvWGyjYlljfoxobldQBzhug4FMQG4CCzSz3
mEDrkmcgztu3vDcBd+H9JpL3AIoBfQqU96ruA3WVt6IIWlEErcCUtJO3pahW
VwP6CdCNRKC8FVxOGeSEniHeyWvL8fvL286V8FauSzmEsbAPIY+wP9LlXJGm
cHxRnxMwK8nrBrnMVcQSoA9z9MsTL0Oe2QvPvZiv8/4DvO/9j+C5qEN/0n8B3sB3
fUul+d9hqRBgDxHgRfM7HRP8akhzuC+sYhBP5XfndsboBpaKltBMaC60EDYV
NhPaCu2EDsLWQhdhO2FH4H4SDhYOHsP6wZ55H5H/OXjyy3aCjQEKNiL8hUWa2gR

WJbE/Xr6omZG6iv0/d/1ojEX5BVLa30vOh5LajKWe05yk0FiM+Re9Aoc4qH0
brVetDP2ozk9sAn8aVdid63EgsdLgl1PwnoGwXuh/EoSb3FHA70AHH4dDix9
7ItzcUOI8/nBsyWPwRjAihqxCzj8eg94DCSsc/CrMohfw3MBynvpoCOoRsCB
dTgSbH8KZFUAfGoA8GEFiwJPXgASRcHKDcl77yfrST4vh9uAA3XjVwpJeBMq
Jakn8+3+n0OPHDsYL/XRk4zRMxujh9P6swE9K+ToWYNDMpTOIaUGPbsBPdxc
kIfvcqQGPfL1QFvoO1hdJPnVF1iToPgVM9BwJM/xBcoCn58TQDORU4APa4NU
9zr0kK2Bw88DFUBh5ZZf2ZOj5yhwwCKiegKFVR8qsA7HFOgJAXAoQBXVBij4
thTMJII4iMNaHAWIpHpDCbCuQ8YDh5/ZAKkkWA78mjAFCKP4tZyR9WTgXyR9
LZJgDChepmHdjORHgl9rPl+HEjIfOLAuzK+D8UiiYL2VgvVrfvWPKqqHJLDq
5OtscfWQlF6HJB55ArAoKE+Iw3sSqad14yqA8gWgPwRBwAcdSb0GDqzvCfiV
wETgAw4o/pnBA4gr1SGSRxI1rh6SwP4RGEH8JdAeciRx7+SdDW/fVxeaCi2F
NkJHYQuhk9BZ2FLYStj2H0MXt9pe/KeO/x0U8pjQh/F4AhTWdvl5kIJ1Jt7C
4K1AXsNRgBICdBWZBnRjnf7gdWE1oEG+9g+WJQnWKgErvGQVjDE/T+0ABHSA
OGhHfuWXgmcXJOSn+PLhqRcFK2RUU6A8bu7VoZ96BBSsZ/kTG1i5JmOBYwx1
AK1JwjMQfh6n4EkIlQIU1rfIXIQ+88Oshe2/gMbf+mGcdWeP7TozsOyssMXp
UWuH8DY9P1fA0z+CfwIDa4HkXIjzz+V4D+Eb14cyASqo6yVeH/F2Ba/p5QiB
OYT3Yb5dfQQwZ/L2jwDmW4EyqtUsAv4pE/QeBfYPdUZeH86jyIA3T4s+sezt
hc3Bum/zG/v+n9AgnIf29G85/kbPGOsKuX7BnnEM9ozHc1Z2nW+MNcwC0Cxr
sGe8CefmnkhFQOm7wTf+1DMuJM7x7/WH8YC5heLtTl7fwzuf+eenvL0r1wWa
wAG/Wf5kE+Yc/mk4BU+N5NYLYI73d39jg8EsR16ukxz+6SrJSxf/JBe0jHwu
zQHKz5w8kvinTKBBSF6D8LNTU3n9i6D+RVB/TCkdeSuKamw23JYKHAf/mOwu
rz+XE57hyq3tG/J6FtXoJgr87E9WWrr8+/zq8+dXVdxzTBLjQwEdrhrPh2pv
HPZ9IXxNHi6c+05hxL8BwteMw6dj9t9S9797/Jc1ED7Ji3VEo0bzGqUiJAoU
hSFSFC6Khf1VOyKp2FXshTqJvcXeyEtyTFKM+kIKJPdQoNRD6onGSL2kA1Cs
NFgajCZLQ6VhaIo0QboRJdL76NNosyxXlosOyAplJ9FBWamsFHb9NsRSh1Ab
FMDtpYjqf97D/jzqomBRiCgMduwdIxqL79MHlzwCl00iRS4NETg1DNNR3K62
XB5EcLkw5WqAtR7N7ZnL/Z6E+y2PAGWiHBw3Rn/P5z6u+3s0G899VoQxYQy1
vo/eEyH4uw32Md7zgbCqidWG+0C5PcRIkZnIiWs/7AtDiJzwGVffobj/A5FA
FCQKRQqiONEE3OK5olSkJDor+gn3zA3RLaTB7dmClLkdW5C2uL/YB8nEw8X+
iBFPFSchHfEM8UxEi5eKlyFd8UpxJtITbxZvQaQ4V7wTUeLT4tN4ZC+JLyFV
8UvxSxx/K36LVCVKEiWkKdGV6CItia/EFzWSDJcMRyLJOMk4JJZMkExAEsl0
yXQklaRKcH0kmyWbkb4kW5KN6X7JfqQmOSQ5hOkxyXHUWPJQ8hAZSJ5KyjB9
J3mH81dKqpCStKW0JR4lT2k/ZAiYUZCG4RFTkI6SjkISaYm0BOd5In2C6Rvp
G6Skra6tjmkr7TaY9tbujekA7QGYDtYgeguky7WWYbtfejukB7QOYFmkXYVVqt
XY20dMx1zJFQp7dOb0yX6ixFCjordVYiJZ31OusxzdfJx7RQpxDTWzq4V+n9
9H5k5BfQBYihj9HHEE2fxTgyos/T53FqEV2E+cV0MeaX0CVIj75CX0EUXUqX
4jy/0L8gLfoafQ0J6Zv0Tcy5S99FEvo+fR/p02V0GTKS9ZL1QooyD5kHksk8
ZZ5IR+Yl80IqMm+ZN6Y+Mh+kKRskG4QayYbIhicpbJhsGDKQBcuC8VWhslCc
J0wWhmm4LBznHCUbhXOOlo3cGOcfIxiCDb4N2gkZtMJJ5tHvhYIUDjQ8e7Qc5
nP9O4HJZgUT/i/Z/0f73oz0f0P6K8MFU+8+hupKqPF7lUuVYuaFyQ9Xu6pzq
HtX7Kqkq96qP1ST3dkM8Qy6oNsXf2E/6uLJyeGVy5p5TUqV5zXE+durPb+eKby
blVG1YqqYniDvU1VftWwenZduVVROP2zcrk715ZLImWM/iA844aI8PwrGimK
wjIQLYpBqqKxePbVgBlNiHEzEonwiK6AXROEIDEklpggROErubkwFF9P4etH
4ni4KALHI0WR3D75uEQKI8jNkaNxuRQuF+UonG4dEo+XwZLQ3A3A8AFN+DgHtw
UqkvtZba4DQ7qT3m/qCzCKnTz+hnWBW8oF8gJfol/RIp07/SvyJV+g39BqnQ
7+h3iKQ/0B9wnkq6EinQVXQVHkdCRiJCpiBTQGoyJZkyEshUZagIqnnJ1JCq
TEOmgcQyLZkWEsmEhEeWbFMjDRkUpkU83VkOkgoo2U0HnddmRmR7mGMgMkkERm
JDNGWjJTmSlGRRNZyITFNfYAJERgX1aAlD8fbbB4juJe5+xB7m2H3AgPg5GL
4UaNT4ecXDqBNLiRwb2Lexb3K+5+TbIEES8NwDy3Dd1P9mjHAV/D9G4zjnNQT
cDXXvxrQpwS0n4L2k9B9+JWg/Be2noP0CaL8CtJ+C9itC+0loPwntV/qK9t9tsA
6mxwiOHaX7UKEMu1H1DLp0POmP/J9vMWpRmy+dSiJEK43f9woOQHd3+Kaxuu
5whcT76GxB+Vgfs14rMySDxf+CNCEiwJBg7GNuwKS9LPZNz/gIT4nON0x4Hj
C+gqThpkdG3aZZSNw+UG0wLwzNrmk+u4e5Cwu6EirUSb0KZ0E9qMNuf50MrP
+UR1HOL3K9+JEL2H/hEZ8XxiJeZr/0P7aXP7uLvQU+gFqB/sZBgKOxlGwJ7u
3G61WCOg7rDTpvRrd0WWVfLtrnL5K1fBnp9/qQHX5YrSDXXi/ziXZf/nJpy/
34er/rmrqn3/9FUYHdVzYYMfWP30dGl29r1vua/fQhZl5uesWwZ6uf+46rk+i
/lLrdv2F1v1VZJFYYH/2V0Y76h+/SM7/0c7nY7Y7XAaACDscuBW95GCXye2ZK8Dl

+eKR8ZT3oAHoAd7L4OvL7XbK73HKlRgANak9J4ZUvvzN+cbKw7XnyvCflHqp
2DaYWq90juP7KQfbe671SiD5uUCkS+sgfk9fAi1D3K9GFLGe7SIaTGvQLjS3
J7YL9nfmi1aL1mFf56boluiFqEL0kvNvxEHicHGEeBTn34jniVOxP7NfnCcu
EV8Wl4pvim+J74rfiauwpzIFeyW5nL8h1ZRqSXdId2K/4on0DfYlaG1r7Eu0
5bwH7TDtCO252vOwD7Ed+w5F2te1X9JDEfecKqPBwwUlfcdQs5dwrGDfv/33
1/uPsFKQ/Nt/f73/UCH0H6cRjjbQdxx/WQN8TkMEwt7gDaUM+90UAlKoWh4/
bmaofQP5wYbFlivXg8YNHhTSRBL5TruLuF+MKWzC1JWTKPKugltt+caoTQPl
E9hC5spu3ODB1bemXFcF1dqyTJFLA2VhT0FeU8MGD1L+xKp+Pe8qzP5iD0SJ
oqUhf60HKPV6PfCflM8FefmCHNBWnHXt1fAIE17VV34nZRzsCt9QyhmwtBpI
IX2qhQ2k/H6bsC9OH6G5Z5lcm1wbPBRgLGg8xti/woepfJdYEvM4/0SEAzde
6rW96qMQ+x3uqqdgIZ9p2zQomSS3b3yD/J2/w5/eMJ/bnb5Byc9psO/L8eir
UtyTjSb/kHdF0orYu1Km1VAnXA9N1IWzl1BXWkxro+7YfdZHvWkD2hB50ca0
MfKmLWlr1J+2pe3QILo57YCG0k60M/KjW9GtkT9uRzsUSHekO6FgujPthkLp
rvQAFAZ+20Tst6miBEadEaO5uIUCmqDxeGD/LgWP8Sz6B2QCPp0VHiFE5smP
I/golH//Xcc5+XdxPV5pvfjNv/Fe9/HxtN55Rb3vt58cNW0t/MbtPvI77a76
ju3+yoP7TdCfrQulWhtnsRWTh8MRVIjOoWJUiulNdB94T1EFeotpFXpLCAhV
QkhoE3o4GBMWOMYdNoQD0YpoT7gRPXCwwcETqA3hQwwhAogRRBRomPe1FgCC
p3Ul7HmEuDnJnucTvTHV4uLVL1A2UI4vkV+ViGp280fwm0NEpHJ5iIccJbHu
qH5AZGB6jo8DPUfaAP8UxCdjeo1cwFF5Ti5+jvgIpWVAag/gnALOQ8jTA0rj
5hLElYbpAqDAoQZCziTObiGCOPtGUYn7txwJ/wqnJJAT4mQ50PNA74Jm43og
huDm/qZf69F9rf8sq8QeNL9O9SNCMguZJZ5JuN/KfPx7Du5PJITy318eoQmH
BRqBQxT84mYEHvkRKAXrxzS0BGWidWgLPtahHWgvxsFRdArT86gEI6ME3UYP
8XzxCn9z4T26jc0uRUKd4Gc5DlPXAF8P5JjiUKlV7YOprCqViwM1ASqRx49A
npmQ5wzkOQN8iFenQU4uLqlmgcNRGVBJ1SvIz1EEd0GQH1Vzni2S88FOqwoB
asVJQyX8pgbKRNXDgbLoc58Yzj9OrHeu8C69cgnsnP6gUTUe9c6ynkgm2yPb
gy0rmGGrzv5uKr76/am/fPUXy/5Q+QdlqyOlD2aVpX+Qg2vb3crU39kVHtLf
xH8hfccfpHP1L/wmqVzb9f64Zm/3fiH98R+nf/T6Qrrqf5ZeVfiF9PH/YXoh
GfWH9Rv2hfQFf5D+7Ub2fzH126KR+xAQuG+kz/0uWr5rjH46m6j/g6JKO2T3
5DcahBKZmaifhFnxJEHYqbEqigrNNCmSUUCsn6JqM0VsbCQ6kYQgsy/bh7Wq
x9Fb1TheDx7ltEG90XA0GkWikSgQxeDDhQusUb3CBJLV1KTNl7x2en8wOLSo
dfZ6/z7eppMyE+l+bKKggE2kNmdSJEGSYu4dPcdj41sQY5jQaKjwcVajtraE
Aq7XOKgm1U+gKCb79bUTs424E2Wxan+/0SGhEcExkRF2QlaTYyqJlTwDA8Ij
IwLsGrN6HEdVLO0Z6h8dOToyKMawU2R0VGS0X0wovsKINeDSKTFdl+4VGh5o
3TfGLzzK0KNTB7axjoZdC7Yl62Tn5Ojs2HwgPnWud8om5H6Tmmmwaly6mljQ
s7eHp50524Q/bRzRKTQqJDDa0LVvZ8POfXu1cnO0d7Zu7uTkZO3cwamFFXRPW
hG+RXoMt6hsYPTbUP5BNJIzr9zChgKhEQgthviqZSBBoq5qJ7oZTKRaSFncK
QgYrJlmM6TBdtGHZRgdyWNZWt92qGlvWXtRw6/wwe4Xey9FDqiM/7s6wXvha
1yTldZ/cB0v7e1f2PL3K8cd7fqeDJaSO69sZ0i6Z1qrzUPbp6fndAk46H7w1
u9njguTmu5vlMznvzJcoslHON/LER+N/6jYsY9SdWwWRe1JbdbktVNscnTJo
smknzZJN640cUkq3jEu9d0tr4g86ySZzZBdPjDq+9nWOh9XKgWcG5hAn0hKP
Eh+kZODTilM6yHq6wvyZQ+Y4zVZZeTDoZkT4pZuZ3a5eT1sxftLP2kH5RFPb
3ubvB957+0L/iabgdVjnxpJJ+QGLrp7/sdrt3IhDow1ICsvR6kRCBfeIAquP
u1RfU6AtkBQfem2fk2KndV+W9sLlkN17X1JLBTCkbyKgWe14iYnD25893aJU
y9p/GPsht1lOgWOuFuvFZTAQ9GS7s10zu2R2Tu4UEhMT1crW1j96pE14zTjZ
+EeG20aFhXJc26joyIAx/jGjbWuHkRtFGESMShuchfVRVMaCqaCgRBCCHmw3
1r3mnCWT28hvMG7cuIZuEBj9ByXHsGKuvk0E6qxqTZGU8icCSXEoyfBFvzxb
7T7rrkfL4DTT/Mh5B9vfaLnOqucMqw0DXOxVR5z5OEhHkMH2LqpWXzXtepMj
glbKb3rdJXKvR3QK7HWzrU3nKMsxRb1De2vH5p6b4PJMtqXn9m1j7D1NFdJT
r7iXPnT9kOqnPWDl2e3N+i1c6TnocD5rrlRe0sM8LrfgTTdHDVnP1XbHfrnl
GM8xV3Fo73RuhbvezDEzOy2/Yum1c4PTSMmKwtiRe2Sbpseudgo4SCx4eq39
lKGNhF5pCgNLp+RadBetcEicZWsxzEn4IpgpThx99Yb9hxvNV99p72iU5+Rr
HxJ5+kqzh4Sf//z0lPuPn+eQ2e/eDPp4l6HAYfLLOPtd0DZ256Pn3PJioSWI09
qqfGjj6a8XZ8gsejalBjR+v3mhpWY5O/ibKwYM14oTeonx4QaNg3DgCl8op
MkN71s4OtJkT62xnZ8Z8/i4MBrs7pTNuab1E+eTv1O+he1UcrMvaYFSvOWxMdJ
P5oN+xidYvX+1er0lEVue1afHjrDtlVzm8bzY99P3iGiQSOwaf5rJo065PTm2
+M0HgX7FNNVq44isiuC2x8zpexYGvwrSOvg/vbNPOrtMvMTxunOUV2Trp1s7
q7BdDx+cxy5WPz325JvRC7XHXZZi1P+2E8jTDssYbHF+MOnIzBnWfWfTL/Ccl

sVVz3m8dltL2wI8G24anHzqWtD11W0l2s4teHxxLz45acL9x9dNRYaenKI+N
uSns4178AhW691it5HhvgEblxGWF9wfemfZryRItg7nr7ibpHC45tVKfOFHp
vl68oHm6kbv92yOmq9COg31PTY2w9E145hwR/3L/U7HakxptFI97ZCKvbppw
6qZ2Zu6hTNRKKlVPXZ0uGZ7007CWj6uDjwwqKty/eU+BOIP15JIbCbAuWtOF
7fzpTOPA2nOnCuJm9s1Z1s6+mb8z6zDcMdDP2qHlcAdrB/vmztbOzVvYWwc4
O9oF+dnbOzoE+f9GBbpHBNzzULiYuEnHycl4V/iGU2PIhb+vAhvUUJFRo0EL
YrhgHGMUYwBz+B3KEWvWyZp1BhXoV08F9mOxtVJPBXb+4g1qtOAf3CKGVecq
LiaIagHJok/EmUokCaSobXC1/xGPQpPeq/rEXi57W3n2wKX8F+90vcv6FoZ2
Ubh09PTT2x8X+y4c2sjZll+hs/jmkriUvKDNV/c/IfuZ7GlrEtshfNvbF2hg
2uKZemdUFp5foufKblyrfWJfF99fmznMWjnPx6mgl1628Snh2SuJwo2Oz7cZ
F84zXZcw64a53t0g/RkuNtX9qZ6HI6Zm2j/ZmWvr4T1Ycbt0dqG+/57R6ndK
xptpNV3Ueb39VJdFLv27jjOZUbVdeGLmPWVpn2PNBtr5thyxaMOalLBFFpEv
jm57fKCzzpnhvRJ2eTFd5masDc+PMD//+1tygsMxwo9r2F+fUlqTdHrE8dGpW
i8vhhlXTLlUX7E1voVLVVnI4Q7IxP/nMs8TDm/uZdqJ3uU+LTT7/rmh5O9nP
khkP5qwMMU0Jab3xRHwvswfKRj38K5f9IO3ZfJf3sN6Xu/3oPLfa5tr2oWs6
hZ2M/Wn7/rB5U0dOj970eO2HldeYkpYYfA06Guyjfmzh1+9a81fsm/LTIe814
n9OiLsOLjJ59bHPUTu2NrUvAWqfIYR7t9rim9s5Um3Vwss/rE8HT/a6uyDha
OPt0ZJdb+TZpZdtf57DhT0d03fBo0djCA8pHq1r/um20k+IO759kxft/TTs1
Xa8ifgTRe7duwujci77G7Vr50DdSyoOPdl1v+0uTWW2HnH/q4DpfP2+++thE
l2dHr1hnCci57u+eXSN/olbhSUAJTwLP+ElA1U87hN9wR+9TE3YoqFNVlQVm
M36osAogZNoURqOdjNX5DVOlFqwYhs14vWlapzc9IyOx8sTQDQ0K9feLCTTs
MCYmJDI6NCaOU+6sE+vANrezd2zOtsTK3d4OTpuz3On3s6G/pN9XZo3cfuOq
+4KmE8NsZLcO3L5zbHEfE4+t567RvUy1yi+sv9Bjawxr2OiJ0iWvhdKuabod
F2zLGMSalaKwhxMOPJ2hpPVGU5DxfMYZg9PNTacvr3gVrGf1ccKDFP3HD3qt
zjps0vfUnPedf1I5PyT7fE5Hwap360b+EHzZ4he3vjnJ5+9ZuNmYb0nu3c9T
/S5l9WFEaiobMf3lAHb5+8kl6bkPjdInvy0Sv1Te0zfcc2fn1JXuqFuXoEbm
lkEb0u9eVEzotupd0vpGXSQqiSuTyvrFVhFL9D2UpyEh61a257qJ2/6j1I4r
sxvHdrAbd2bpjdZT8jyI3fpa2z/+GbpDuKccXev6ncKBUcM1Wr0+2bcI+tZ
rVqNo8BS+KuePm/QuuTUt76WQIDxl8wKFVXkc4KU4DilTcjgdXNCKpswJ16i
uSVxWHtv8/R7TcQfm95S7btwwN01Wf5r/L45PBOFcVu1s7plrt3aY7TPKyWx
TSDrwU8KXVk8D2V2yuyQ3O7r7eLa5Gh8R06Vw4TgVW9CcGfdWNd6E4Lzn7GJ
uXZ04kv9SnsY97UwfWbBIMq1xbVHO7eOu3ourk9PYrtNzCjfcHXx5nMHJ8zb
a1MsWjU7fPje/uTpXoZij8XXxre/3X9/ts8SvVv6RPKW/bEVs84/bU2U3z44
T1WhcI777ed9pdd6b15w98GcEZfiD99Pq1C0nUY9mt/U1Djqw+uPd2MX22i8
UbodlUf3Wj43DV64d6slsuCrY/10Xw8fFA77YxZhu1uKzH2787YdRtr17ZZ
tFrh46i21dNUxTeOqPrNfX55r86TXrOmHHNsNmT1oSd5k9Q6TijuG21Uzp7a
Hxs4yJfQUZVoFpVKMn5t82OQT6617YN305LP9PF+uDwqbeSWlj2KX8cd2kSP
H275bNVSSwfFcczwk20bhxskPlc7YbX/p0659949nbTrzpoNMY57ex0bZSIy
G6vWxnP2qIFunSR5ubk5PYMLV3asjo8zil8hZYMedhQNYQpXGBud7/So2aP9
r9zPWBVfsY/vYdbU3XTowMfez9ZdX7z8VKvIAwnmMYqNyscaHVqaeNjca/f2
EW1nZI312xmRJV53aFOX56LIypn2I3dU3ehTONvkZNCB5frTRQFkW+vsAfP2
3jW6tyvnlP/OWC+F4g42HlvSctbGbs7NXDSG+XnBdPEYY1v7DcoRmb6zmxzK
fIZ0yqjkSePeJ5eUd735hgiMnKE2qTC08H7E4/Xp5+wsqzWP+Q660lM368p7
2xXtbPpph50Ur65kE5XGs4kKw2umAs1Ufsc/6lM3ICHlm6hie5blBdLyawSy
ziOww9OGsz3r2JKfNFrAqR3LnX53jyWR/HzuILm5g8RzB5a5zc/fRwv1bLZe
idiUKOzpsK9it4/Ryo66TcMeDfTYtffRmRF03TelQL3xNaew46Iras+djyxW
zClseYmQ2HW8OEMjLmD65LRhpiOzV3Rd9ihkSNGNpX13qFoVZP+8sdm28SrZ
lxcNODWMUXgUNPahvaeZyPbBZmWPn3Jd9wy+ctSGGrM55OXp8JetBmVpv3Lb
d9M5YEtEgGPsukx/LeuL7X94e+e6ksalQXFru1o+0DiYKR53MK3tsw93mg0U
GvT0tlg1PvqmqNWerkOulJV1mj/15wk7JiTr/uyyffbghzN6JzEVWbYD7qa2
tt7W3OfYHpcq+4u5VNvtO7IXOE8uWh5v9Wsv7/lGjk0KWkYETOm7b5nWVplJ
0ulX+6jkOW+GPj/veWh22vS8fKOYJkNpi91nzC2cm2S07Nbip4nbF2zTM1m/
Meipn8GIWxZdlw9Nud1k8EWj7i6eR3f1b2dKPb8w3tf2ksmdqMFafdzG5b5F
t/K2kIIDr+ZLcw/oFvfr/qBlltYjk6559F7XiZ3vHi6IHn8z+oHpjUNui489
O6LX/+rUOU97dmXXb55746nvyuyP13KCbh9OT5hQVlLW/UFXy/Vii3XrJwXH
3585PHboDtuky/2XDTo0zsLiRVl4gcU8q3ntnXofvjXNdcZRlR7Hitd2so1Z
+Cbibayhj5V48LCFS1x6N08qzUnRub6i16tFOXlumSMzim6WpMyunTvL8Nz5

qIHpr27ybNAvkdVeICEF6o1VUV80Bg1HnVCH386rn03K9T2eaOtWpF1qpx8l
Cr1uPV5/wu6CyQwHdiA/uXFLqL0ze2Z2T+76pxZ9sNxiqcXCWuuUDGWbD7W3
h2luSL1pzpP1YHvVm+Y6ft009wflx7AJK7nKGwoS0tmENDZhfm0n2VBswlS2
Xc3tSEK7+ZfcrIBI/9G4ZaHhftFx/lGjbUJiwtn2tQWQrENje0N91AMFomDk
h0aioSgKVpVDkT+Kw2ejUQzmcyvM4fiIwDEbQ/2GHLHgiuS1GTe94hibi1di
go2Xqi1qdMt/weKOiyYVxamnHg4campPl8rYg+kL41KqD7R6qnmp9qMvG1S9D
r/ofMnZcmz44MCl10iw3j35X1BdMLGK6671s03GW5/mcyrA7Lko2lkvvt9Vd
W7xLf1xay9uPAk66to0db/JSPGldaszUOa9Om5FuTY/MFO5fs1FBfWlZyPsQ
m4WZTds1DfPp6m+gEhoxMGPR3amv8ue9dGt2/WPr8wccn0U02XYv27zs/LWX
mtmLLdIzemq2VatQnlFiUGBP335+zPqc74qdXVuqHlc9cnzrtns7fr4qTenT
2cfZfpQ5M2X7K/O3161aGYZm7BgwIyQicv2emIL2CorriKYWLontxD2D1PJz
e/56a94UvUjppM7rx95r3zRwdcFgz+HJBfr+LdKTb5S+fFuhnbXE/NbZtenn
ywf7d7jjq7RsuoviOMULitvHGEgO+vntev7LcV3BwRsdTmhalF8PtH2a/jpr
0KIrqCTL7cCAl+lrVbq7CxfHG5xHlse2L13brvO4xo7Hi1atWjl+vPF794UG
mz90MYn/dcXbQ2F7uqfffjImlnn62GlxHN29uiTXJGTM/ez3H2c9UYt/HNo6
+yNbJugx98aNMeH+89teWO7dq/eh+P7GWbGN7I3GP+ugur3dhw1n1gw+nJWy
tP8o717unfM7nlw61lc13j2sMm7l4QPh4SNOeo4Wa4z3OGuXKMhhEwVbSIJg
ExZ+74mr4eXAuocjmQIHOeUjB7EKZade/8kLrkXdmZqdJls/Vcqa1F0osMOq
rTLNdf3cihclCaIblgfCU5N2P2GuswH1LlG382a9MpvGW6CeIFjRWMS4hzdB
WJwMkRcWNE7ogjHfD8dCUFyWWbzp70q2V1xUZHC0X1RInOEnc7MgkUB9u8xd
N3X3isiB5opX7YZ42u7P7aPUzk5Tf/y2cV28Bh1yctByEl7sG2TaT7HUc770
YcYS7dBoX6ttuXdtLIVNNN1UP4ROX9BI5PEFAd2vHpkpuBHyzC758vWdp7bO
L5uzrs+UyNiNhCCvMm/Pj4WPyiqPTUelD/YvD1hd1PrEyBNDPzz6sE96Pt15
ZFkzxYpnXaY3ij2vX92/9dnbPo29H55IURYdWTdy8bJ7H/ItA9+2aUNtcd9p
3GG80fq8+5IzqZ0++OqW9R5Ld9hUudFda2brfntHHMlbZ3/NX3iwhc9cBZt2
eqmDV8158JCZ8TAt42zca5cnemGJmiOIU3neZiFrNAxumHld6W7lazQzK5G0
wOaJad0YKdolklLMagTQnPvdHPGGn7TVw+Rglq4PSbW6J4YEvnltioKdFiwc
t7BztLfjPgM/Q2SnR0mtV3hYnHhiNlsaUZwfor90d9wnLhOHFbte4inkjP6U
3oBu6TFPVKd2s2zOWJ4Y/LL0TkX5xM1pS00e2geLnqjfLr00p1eTEWarbyyJ
H7LYuqjFkEDJxp/vZE/WDn/cQed8zLXqyGcqWR1XVHQbNaWp58AVBuVkrnXX
NFej4vJ3akp+T/rFTVaOm5weJR6aGehroWAQdGJHYdDy4nK/6x3GdtlTeb30
XmVi1T3/AT/tu7MjXSP0aNGohS9+Hev6482jcReqzq3Zq7bSTqHvvR579/9o
0G9w1sukRwuuz8nLUUt4ll7u0mJE2LIzgztceLTm0tXVuQ9Lr6pPEvtc6WhV
HLH/smXrpCcdNfKnKvW51erl5gE9dswcSzzLPmJZMWbtTLuWv8xxRf8H8zXE
iAplbmRzdHJlYW0dKZW5kb2JqCjM1IDAgb2JqCjw8Ci3CYXNlRm9udCAvQ0lE
Rm9udCtGNGAvRVozY2V2UZGFudEZvbnRzIFsgPDwKL0Jhc2VGb250IC9DDSDURG
b250K0Y0Ci9DDSURTeXN0ZW1JbmZvIDw8Ci9PcmRlcmluZyAyYyOCAwIFIKL1JI
Z2lzdHJJ5IDI5IDAgUgovU3VwcGxlbWVudCAwCj4+Ci9CDSURUb0dJRE1hcCAv
SWRlbnRpdHkKL0zvbnREZXNjcmlwdG9yID9yIDAgUgovU3VidHlwZSAvQ0lEWBI
ZWlnaHQgNjMxXjEZFZXNjclBlmZ50IC0yYWdz1WdzIDYKL0zvbnRDQm94I1JIKL1
IDAgUgovRm9udDJpbCGUyIDMyIDAgUgovRm9udE5hbWUgL0NJRDZ2vbnQrRjQK
L0l0YWxpY0FuZ2xlIDAKL1N0ZW1WIDIWIDMxIDAgUgovVHlwZSAvRm9udERlRlRc2Ny
aXB0b3IKKFJ4KL1N1YnR5cGUgUL0NJRElZb25lUeXBlBIMgovVHlwZSAvRm9udAov
VyAzMyAwIFIKJPj4g4QxovRW5kgb2Jqb0lkZW50aXR5Ci9CDSURUb0dJRE1hcAov
L1R5cGUgUUb1VuaWNvZGUgMzQgMgMBCSci9UeXBlIC9Gb250Cj4+CmVuZG9i
agozNiAwIG9iago8PAovRmlsdGVyIC9GbGF0ZURlY29kZS9MZW5ndGggNDA1Dc5
OTIKPj4Kc3RyeWFtCnicovZ3N3JuNYoX3+RT5AiOL/yRgJNBdM21gAC/G0ztj
VgbGBSO18Gz8+iYl8sY5oTiSblXkNNCFzKAUPPee+EiK4o08n6bhvP73fj6d
z/zDH+63TUt7/Phfl7f/fbt/U/nhHI//99uvvb+f33//x9i+/Ne9jqd5qnqeVqqW
99///ta8426a92acj9+avjudu2V2uvffL2///+a/nc99/rErObdd38/pr8237
dRWyjMv9r+P1xU0zNfP24va37dfx3Axjt8t6l8t8Uarr8uTX8Xxet63Smt7na5ds/dc56
7q47mvq2We5T3P/60Yy7ttuoBBvvN7adpr4mXcZ72GG04z43c3cN3cNt0v6dc9dw
v//57U+1v/3l/36c/dza+1u/U3M/l/1pm+/GlX+OUB+Lf3f3+/7+ggpz
uH3vpnUql3V/kcP92XAzDM7hdQZeH/jLu2yX5T5Q0yzIv7+36wmX9cZmPXXbbX
SW+Gtar6zdz5akk/jcNmyBaP5m7w7U7SudpbjZZ3c8/pdJn28Z8fhNQbf8dwr8/EMVzo3VXaQi3
dgsO4y24clcP26/WV/bUI5q69FdteBMevW5HDHvvfaOvXTTFFXDXzeXcKd2M+L83s5s5b
fa7zUyaoGa4jaT7+OJxB12RD73oe+vxRYKWJxJlzg54fdvdgNunlx0N1715/G

oW/PbVgV52U9PKxDHd67tjm126iXY9DtctO3zNeqGGYuEjbl3qNtUs40JDfC
fuKEXBL9yC/uP257gbrYdzJSmm1WsXZu71toMt2vax609YlqZ9PEmb+hwK1g
cIS/fEXhjufxNK0eTk3g4dewAsevbj2VjdPXH79gl+sZ6DQMePz6cTgeHjLb
9jgD9P1y6reTR1sOmdPHDCdAD4crEj4E+sK/luh6HB2gCM+/7ceWEYKtO8jw
Yft2xLBC/fYc0Ntxren4uFb2ja+4/Uyva3ripsoFnNyhOyb38jYs5ReIf3J8
PC2b/80apzwQP87YSbWA5bde9fXzOvrmJyv+yS6b7nyMbOiGU7eObB7KsdlV
wuQPaJs9y/XfP9LxcHeygzNXR4f59ejX+UPs8MvHH2Y4pkYnbzsE/kpVuV8Z
TKTXZ+DjpD9szv76o7lTuDMUTsMcTcNo0+AxOtMrv8ZcqKdhKhceP3c4a9/b
8TSOSyc+VqwX7OuEb7+NzXqeOG9X5qIXgHgwyLwUxINacAGw1RZXpzsF0zWb
33o7L1uy8QMP6y2/e309JVv4WuPhFZzfetv1+OjiYgd0cJLs33NwTN83DQEK
/fCBfrV40fPLx9zxUHBk1ze2M18Q/vrjh38qxv503o6n0/aBbf2Ysl9OQPyT
4+Vg+Ml5IP51H9jGoVkN2qrun3bBMy79aV5n4jz89C7bbj1F9oO44LFdTu1w
Wj8GrZ8BA4gBVeiv/md/0U3HC3f5M/sD7K31I9csS3u7VdERht1ChK9SuvHu
HMXHjRsFT66fgH5/lf/bow+k5/DA1Tzf4+0To8M2zOOD7sjpBuuONG76p4e7
az9Q/AOis6psmI/L92lo3Qftx9LpkvR6xm9+vf7Lp+x90wIv/sUPjA/r4pD5
ePTNj4y+Pw+npd0uPcToHxQhf2oNRd8KrL1d0q3H6etNwv46SSfu/l09VQ6eM
Fk8Bx1nx9VmgwZWj8XpRP0zHxTvEPzk+nvp1NubzGqc8EK8/qj/xwo538/nY
zZceYmGXs/34c7vs39vl1LbrLpvw/sD6ceV8neN5nW4+qN/4Ou7UNuO14Pr9
INw0f9p+HYZ5WNbzfXNub6XWXe/UNssK3VLKxb34ehy0jdPto2k7N+1wn2n8
9tH1nMld4ZdbwrfNVsDNt+uxdNwPjG7jvB7qmhZefBtuN07Xe9oPE68XOwP9
1sKv0x+3d3Z9Nw3Hfra87RXCZvnlei4bz8sVP7cb3upS+RevMwVzvL616enX
XhnQTCPqb6473eZ7M8DvZVg1NA0Mb/SvBi/n9TDUDLRfnvIZFF7daZptZu6n
7X43KOrhHN/N02842m/8icB9ITH1H50s3C0Timp8Cd1OxOehv317cb1s6Pv9
axH17UVzd7TEw2bXbmf2a3Q95Nm9kH49P1w/plH8k+Lr0Wa/Gv2kPBi/uxdy
/8N//Nt63Pjz+v//vJUT4/u/r4eg7Tj2f17JfhC5bHs8MkH8k+KoRCn//vbX
Z4e8JwpjJaywPWhZ95i5P8vLnIXtb6uD9dQ43vm9jmH97DPb2EodYLwtX1l8
Uh6Mv3D6fDZqVmKzPFzvJ7j6+KQ4KRTKv9fP03ga++0yz/NS4q7q/inz5JTs
VxZunuDCRs2TUn7M06vHFfsJZ8miuCf7CY8oGM08nhhHyKr9hMcS1BDrzTyO
oLJl7+cX7Ssebx0X9hNpL1GcP2MRicBoJg9W6UiD/YQsoIZY7/efmBfLg/Ni
UeKgvCLiION4WjMvpCzU+9rxYX3H9baSP99M5VMZn28w7s7qJU/udYdTUs43
8fWIvr5Qyn/+eBGf73kOa68DyBc4v9FswFwmN9sVnD/Ml9fzmlJTzW3ze0+cx
pTzXF6ycuKI+X+Jlfe9232qZHS9Ns58mewcMbXD1WDLlEuO1PB24QkNq/3lv
YjbcPNZCQ+YANDwhQA3vjYvSzEnFxmsp3MQ8aT6k9lxzsH5EYb1Gzvbm/Wsa
h04/Hl9tOHRwg6/LkiqZHSfm+dglJFL+zxskKHFzrWsPO4T80KQgP7Q7V5zm
UC5ATkwBSJD1gBQpP9khqqO4wF5kqJ+OJ0UdQ3Nzun5IGz1DuIGrE1llM+TE
PB+7Jl3JT3AoRsXNZTVD5BAyRJOCDNHuqDrRoVyGnBhjKIbrEelKfrJDVEdx
gb3I0Prmabg+78oMtcdzBJNjiDb46iypchnyYp6PXaIi5Sc4FKPi5rKaIXII
GOJJAYZ4d646zaFUhrwYYyiG6wEqUn6yQ1hHosBeY6jdh7WMnqGhiU5Qn7zB
V2dJlcyQE/N87BIVKf/nHRKouLmsZYgdQoZoUpAh2p2rTnMolyEnpjAk4HqA
ipSf7BDVUVxgLzK0vnlbdrFMnqF5OE3j9kSLZwg3+OosqZIZcmKej12TruQn
OBSj4uaymiFyCBmiSUGGaHeuOs2hXIacGGMohusR6Up+skNUR3GBvcjQXB4S
cl+Xrur3B/Td96W4wVdnSZXLkBfzfOwSFSk/waEYFTeX1QyRQ8AQTwowxLtz
1WkO5X6n7cQYQzFcD1CR8pMd4gccwgL7fPEb4vMx+Y6hYThWCDiGcIOvzpIq
mSEn5vnYJSpSfsY3xyEqbi6rnwkhh5AhmhRkiHbnqtMcymXIibEHHmK4HqAi
5Sc7xI+vhAX2IkP2RKtjaF6iE9Qnb/DVWVllM+TEPB+7Jl3JT3AoRsXNZf1z
VegQMkSTggzR7lx1mkO5DDkx8NBQCNcj0pX8ZEeojuIeC5GhZd3VNiz/eahf
vQ5OUJ+8gaoTU2U/Bclino9doiLlIzgUo+LmspohcogeuuujE5QfJj38hw4l
P3fHYoyhGK4HqEj5yQ7xYy1hgX2++DRPf4h0DA1LdIL65A2+OkuqZIacmOdj
l6hI+RlPj4SouLmsf64HHUKGaFQKIdqdq05zKJchJwwYe7gnheoCKIJ/sENVR
XGAvMjSULjmOoaWPTlCfvMFXZ20mVzJAT83zsmnQlP8GhGJJXbXO4L3n+AIXII
GaJJQYZoiK46zaFchpwYYYyiG6xHpSn6yQ1RH6FA1Q0tpnMUMDe28LXs6t/6e
Am3w1VlS5TLkxTwfO5ctiJHyExyKUdnmsjRu+gGGyCFgiCcFGOHIhuuo0h1lZ
8mKMIXIIGaLZAjFSfrJDWEfkUC1D25v3NziGxlJfjiHcwNUJqZIZcmKej53L
FlUq+T/vkEBlm8tvySz1D7BAyRJOCDNEQqTrRoVyGnJjCEDsEDPFsoUolP9kh
qiN0qJqh9c3Nenab/PdDwzIfDdMeQ7iBqxNSPJPkxPwDfO5ctqIEcUPVDC3L9YZvb
5Q8/c8oOIUM0KcgQDZGzEx3KZcciJMYbIIWSIZgdVKvnJDlEdoUPVDC8L3L9Yzvb
yd9TGLvu+pD85J85pQ1cnZAqlyEv5vnYuWxBjJSf4FCMym0uf/g5BXYIGOJJ

AYZ4iFSd6FAqQ16MMUQOIUM0WyBGyk92COuIHKplaHvz1m539uehcZyP8TqG
cIOvzpIqmSEn5vnYuWxRpZL/8w4JVG5z+cP3ttkhZIgmBRmiIbrqNIdyGXJi
CkPsEDDEs4Uqlfxkh6iO0KFqhtY3h/e2p3MX39umDb46v+jethfzfOxctrhA
UMlPcChG5TaXQ7vu50fOQ+wQLlqlScFVqzREV51fdG/bizGGyCFkiGYLxEj5
yQ5hHZFDtQxtb95bKDqGupluYRhDuMFXZ0mVzJAT83zsXLaoUslPWCQZo3Kb
y+v0/dASVnIIGaJJQYZoiK46zaFchpwYW8RKDuEqVpotVKnkJztEdYQOVTPU
ld6FjqGpo1sY0DOhi+94UarsrgldfD9Fjp3LlhaqC/kJDsWo3ObS7ofVMkQO
UfOEju54QfeELr7jxQ7lMuTEGEPkEDJEs4Uqlfxkh6iO0KH65xSOrhTYlciW
nWNXIou63j97htyuRKShlGPc+yfuPxTrzexmgcoivbUdRrAjDuSDjjgQ5X48
R4bUTkGkoXTEifoHqZ5Asd5MD+yni3C8rpsIcgBrxxEECLt623PkksAq9s2q
4OIpEIozG1SgtFBxbecQhAETAg0Y5qI7cqTiwCoKDxElqvKF4kwjEAjhe2WX
EELCloITEhb2dbcnSWaCZOybZeGJaRCiU3tOkLpIdHVHEOICMiIXEHbFdyTJ
BYNkFDBCXiUDQQnSqG8RG7H5l9w9iw5Z4ExsW5uorSZLZIBn7Zll9itxYdGov
CVIXia7u9EFsQEZkA8JUfZYklw2SYWxEyGhyY9GpbhAbsfuVXT2QDVi6jWxA
2FffniSXDZaxb5bVJ6ZBiE7tEYHqQtHVHTyQDewIbGDYVd+RJJUNlmFsRMhI
CIToVDeQDeF+ZbcOYsOWZBMbFvbVtydJZoNk7Jtl9YlpEKJTez+Qukh0dWcO
YgMyIhsQdtV3JMllg2QUNkJkJARCdKobxEbsfmUXDmLDlloTGxb21bcnSWaD
ZOybZfUpcmPRqT0dSF0kurrjBrEBGZENCLvqO5LksksEyjI0IGU1uLDrVDWIj
dr+yuwayAUuokQ0I++rbk+SywTL2zbL6xDQI0am9GrixeyC6upMGtTCHjNjD
HMKu+o4kqWywDGMjQkZCIESnuoFsCPcru2YQG7Y0mtiwsK++PUkyGyRj3yyr
T0yDEJ3ag4HURaKrO2QQG5AR2YCwq74jSS4bJKOwESIjIRCiU90gNmL3K7th
EBu25JnYsLCvvj1JMhskY98sq0+RG4tO7a1A6iLR1Z0viA3IiGxA2FXfkSSX
DZJhbETIaHJj0aluEBux+5VdLvgP8vT3pxNaVc1/8KMkyf6bPChj3yyrT0yD
EJ3aM4G/nA9EV3e04D+X09+fTmhgVH2QJPkv5qAMYyNCRkIgRKe6gWwI9yu7
VxAbtkSZ2LCwr749STIbJGPfLKtPTIMQndoLgdRFoqs7VRAbkBHZgLCrviNJ
Lhsko7ARIiMhEKJT3SA2Yvcru1IQG9YZgNiwsK++PUkyGyRj3yyrT5Ebi07t
cUDqbNl2NRvgBrIB04BsQNhV35Eklw2SYWxEyGhyY9GpbhAb5kY1G9aAANmA
Ff/IBoR99e1JctlgGftmWX1iGoTo1N4FqA6WY1ezAW4AGzgNwAaGXfUdSVLZ
YBnGBkwDsgFhkCFEp7qBbIAbtWxAYwFiw1byExsW5uorSZLZIBn7Zll9YhqE
6NSeBKTOllnXsoFuIBswDcgGhKn6LEkuGySjsIHTAGxgGNXFolPdIDbMjWo2
rGEAsWEr9IkNC3P1lSTJbJCMfbOsPjENQnRqrwFSZ8unq9kAN5ANmAZkA8JU
fZYklw2SYWzANCAbEEZ1sehUN4gNc6OaDWsEgGzAyntkA8JcfSVJLhssY98s
q09MgxCd2kMA1cGy6Go2wA1gA6cB2MAwVZ8ISWWDZRgbMA3IBoRBhhCd6gay
AW7UsgEL/IkNW1FPbFjYV9+eJJkNkrFvtUtUnpkGITu0NQOpsuXMtG+gGsgHT
gGxA2FXfkSSXDZJR2MBpADYwjOpi0aluEBvmRjUbtnAf2YCV8sgGhH31fck9
XJaxb5bVJ6ZBiE5d84/qYBlzNRvgBi7yg2nAVX4QdtX3JfdwWYaxAdOAbEAY
V13FolPdQDbAjVo2YEE+sWEr4IkNC/vq25Mks0Ey9s2y+sQ0CNGpa/lJnS1P
rmUD3UA2YBqQDQi76juS5LJBMgobOA246g/CqC4WneoGsWFuVLNhC+2JDVvZ
TmxY2FffniSZDZKxb5bVJ6ZBiE5do0/qbIV+NRvgBi0O7+BOEKwO76I7QZgk
eX14d39Dit1ANiBMq3VD0aluEBvmRjUbtUd/dj396jszc8NE6jsyiPyilSu44
Movuk7JTBDf5QJVK/vcXF3PjfGH/j/kc97amDb6zhs1Xbv8PJ8b6f9B8Yf8P
mi9UqeS/Ol9j/BfgWCLVl5yv8av+vpgXA/U1Rm0LP3lD1ny9cGwKGtc4Vqs6
2vwwd4/3+PIxh87HM972tfPxHN59wi5tTJ5+M5vPsszji0CtEp9YAiqZt/7Huj
H5yL+cH3Ii8fP+nsb9TQ2R/C7vwa9mBJPA5wO4wOvlqzsz+EUV0suvp4WWTc/
zMb46Nn/L5if8f5GFB0jmY73zo+cNXj529KVFkK/IPUwYzvPp6kTH9YPh1GPH
C9dnECZ1sejvmTSTunh/ldXKKbqDD4EYJJsxslSeRGSrWyG3FZWpjdCCEWnHslF
rdy78TIb61uXa8OgO3/3MF8Id/3xNQZflmI8lQ4bmhwxXu2QPqE7lQ/SJ3ZY
CQhbgkUFlti1I1tiV76RJSmIsCUxC3DRy5bEulMhESUTWPL6J971bLUva3U2
lzjX2z7Os/+4i/HcT7s2Oj1qjJNCoTyVFFYo9lj7SZF9geIiXyzOvlieyJec
T4nsi8AC4uxLRz3E6KqnHtfXudlbo77Ws7rEqeqa9vpWC1PvFA8lxcbnR41
xFmhUJ7CykUe6zlhX2B6iJfStz5UvKEvuTwwr4ILizufImV5/IiKifw5WVe
tvfCRzjyGj7DWXxynZ2PPBhP5QVGp0eN8Sm+E+wUJvLCCsUeK3lxvlB1RZ+t
nS+WJ/IIhRfni+AC4lN8BzXbl7BCLrJCanlZf7ze9hvvvd7jVHVdsxzkfPJN
IYzn8jK5puwhF3BfiBQK5bm8TPGOXOLTHWl7YF6ou4MXuDbEvdkr8iWHF/ZF
cAG3qdiXWHkuL6JyAl9ev3vu+3un+nferofH6cl6/3OFOWdWeC8mVqvq72
KRTKU3lhhWKPKtxu2ReqLvV4uyL5Yl8SeH+SK4+qDj7EivYsz69Z7/z
Mo7HukPndYnzVzfWZpe/cMJ4i82O1qvv1HNICoXyXF5F5Iodhj5LS/sC1QX+J3

c9kXuwcd+ZLDC/siuIAby+xLrDyXF1E5gS+vf8NydNee7r3e41x1w3ysrGRe
MJ77LYuNTo8a46RQKM/9poUUij3WftfCvlB1gS8WZ18sT+RLCi/OF8EFxNmX
WHnudy6qcu59eZ2XoTyVduf1HqeqG849/52gPQ/Fc3mx0elRQ5wVCuW5vJBC
scdaXtgXqi7wpcSdLyVP6EsOL+yL4MLizpdYeS4vonICX17mZXvv/nzUndfw
QJXFh3P4PSXFU3mB0elRY5wUCuWpvLBCscdKXpwvVF3Rg27OF8sT+ZLCi/NF
cAFx9iVWnsqLrJx7X17nZW/DO3leLM5Vt0xw/x/yYDyXFxudHjXGSaFQnssL
KRR7rOWFfYHqIl8szr5YnsiXHF7YF8EFxNmXWHkuL6py7n15nZf1vdEjqxCn
qhv7st6LeKF4Li82Oj1qiLNCoTyXF1Io9ljLC/tC1QW+ILjzpeQJfcnhhX0R
XFjc+RIrz+VFVE7gy8u8bO/dl17deb3Huerm5VhXz7xgPJUXGJ0eNcZJoVCe
ygsrFHus5MX5QtUFvlicfbE8kS8pvDhfBBeQZ19i5am8yMq59+V1Xtb37kvc
77ze41R1UzeEy6UonsuLjU6PGuKsUCjP5YUUij3W8sK+UHWBLyXufCl5Ql9y
eGFfBBcWd77EynN5EZUT+PIyL1M3Hhuc1yXOVTe3p/O628bzgvFUXmB0etQY
J4VCeSovrFDssZIX5wtUF/licfbF8kS+pPDifBFcQJx9iZWn8iIr596X13lZ
37uvsb/zeo9T1c3tDPf/LQ/Fc3mx0elR40PcpFAoz+WFFIo91vLCvlB1gS/2
aD37YksCII9yeGFfBBfwlD/7EivP5UVUTuDL66te2hmWOrPXttlZ4lMP9/8h
D8Zz173Y6PSoMU4KhfLclS+kUOyxdukL+0LVBb5YnH2xPJEvKbw4XwQXEGdf
YuW5y19U5dz78jov63v3npF3Xu9xqrpFtC9YotX4ObzY6PSoIc4KhfJcXkih
2GMtL+wLVRf4UuKLaJOwfFmXBOeL4MLii2iRsHxZhwRVOYEvL/OyvXcXfuf1
HueqGye4/w95MJ7KC4xOjxrjpFAoT+WFFYo9VvLifKHqAl8szr5YnsiXFF6c
L4ILiLMvsfJUXmTl3PvyOi/re6/rmtt7r/c4Vd19Cx9sTVQ25BJj49PjhrjT
qMTnMkMa1S5roWFzqMTAHFvCddf/Bvv63JmTgw2bI/CQPXqU+FxwRAFF5jwm
x7reYDMFaw6AvRQsigu0LUNuXwvSAH/i9Hgl/QG5EkUNsd6MvzB5r+EiNLwC
iHVXQQ+sjwt6YFHyoGTI7WZBGuBPaR79VsiDEiVlod6Mv0gVVUfseB0H2DOB
8pWWCRalpdeWIrmHRTQqVW8WJRFCciYLsbbq7hVUysUIKqNihEXZiJIiuXNF
VMwXVfglytpiyZIAoDbhex0R1BoBM0JnBAjj8mpIktuvIhyYLDwIowwhOpMK
pa62UwXWNLiB5QRuQJjcsCS5XSrCqr5IBixM6mLRmWiQOuF+JRvYBgEzQhcE
C9NSakuS3JsiHJisPguTDCE6lY1YXXVXCixreAPrCdywMLtRkiR3pAjL+iIh
KGFWF4tOZQPVCffr2KCWB5wR/gZxCeOyaUgypfahCAcmqw/CKEOIzmRDqZsq
O1BwWdtfS6d6sr+WbmFyw5JMqd0nwrK+SAgsTOpi0ZlskDrhfiUbE7Q34Ix7
GMuMlkhbkuSeE+HAZPVZmGQI0alsxOqqu01wWRc3uJ6KGxZmN0qS5E4TYVlf
JAQlzOpi0alsoDrhfh0b1MqAM5ZOBhDG5dCQJLe/RDgwWX0QRhlCdCYbSll1t
Zwku6+IG11NxA8LkhiXJ7SoRlvVFQmBhUheLzmSD1An3K9nAtgWYEboWwL0x
XPoMt3pze0mEA5PVB3dPUYYQncpGrK66iwSWNbiB9QRuwD1UcsNu+uZ2kAjL
+ilhsHu5pC4WNoxoGqhPuV36DgS0KOGN5ngbCuMwZkuT2jQgHJqsPwihDiE79
JkOoq+0YwWVd3OB6Km5AmNywJLndIsKyvkgILEzqYtGp32mgOuF+JRvYjoAz
lmdnLExLmi1Jco+IcGCy+ixMMoToVDZiddXdIbisixtcT8UNC7MbJUlyZ4iw
rC8SghJmdbHoVDZQnXC/jg1qPcAZy3MyEMbly5Aktx9EODBZfRBGGUJ0JhtK
XW0nCC7r4gbXU3EDwuSGJcntAhGW9UVCYGFSF4vOZIPUCfcr2cA2A5ixsYdh
IIxLlSFJbu+HcGCy+iCMMoToVDaEutquD1jW4AbWE7gBYXLDkuR2fAjL+iIh
sDCpi0WnsoHqhPuVbGBLAc5YnsGyMC1LtiTJfR7CgcnqszDJEKJT2YjVVXd4
4LIubnA9FTcszG6UJMndHcKyvkgISpjVxaJT2UB1wv06Nqh9AGcs3QMgjEuQ
IUluT4dwYLL6IIwyhOhMNpS62m4OXNbFDa6n4gaEyQ1LktvJISzri4TAwqQu
Fp3JBqkT7leyga0COGPpFGBhWm5sSZL7N4QDk9VnYZIhRKeyEaur7tzAZV3c
4HoqbliY3ShJkrs2hGV9kRCUMKuLRaeygeqE+3VsUFsAzAhdASCMS4shSW6v
hnBgsvogjDKE6Ew2lLraLg1Y1uAG1hO4AWFyw5LkdmgIy/oiIhAwqYtFZ7JB
6oT7lWxgCwDOWDoAwGPAuIwYHm/P7csQDkxWHzwttjKE6FQ2YnXVHRm4rIsb
XE/FDXhgnNywZ9xzuzGEZX2RENiD66QuFp3K8BqoT7leu2sDl/pyxrPaHMC4Z
hiS5PRjCgcnqgzDKEKJTV24IdbXdF7isixtcT8UNCJMbliS380JY1hcJgYVJ
XSw6dfkGqhPuV7KBS/s5Y1nZb2FaHmxJkvsthAOT1WdhkiFEp7IRq6vutMBl
XdzgeipuWJjdKEmSuyyEZX2REJQwq4tFp7KB6oT7dWzQMn7OWFbxQxjXAEOS
3N4K4cBk9UEYZQjRmWwodbVdFbisixtcT8UNCJMbliS3o0JY1hcJgYVJXSw6
kw1SJ9yvZANX63PGPUxL6GjtuWXJ7qMQDk3Wn4VZh9Kdykesr76DAtd2sYSL
qlgCC47YElsmldw9Iazui2TBVj6xPqE7FRLUp2rgr29/eft/pV2vUAplbmRz
dHJlYW0KZW5kb2JqCjM3IDAgb2JqCjw8Ci9Gb250IDw8Ci9GMSAxMSAwIFIK
L0YyIDE5IDIDAgUgovRjMgMjIgMjcgMCBSCi9GOCAzNSAwIFIKL0Y1IDQwIDAg
CjMgMCBCvYmoKPDwKKL0NvbnRlbnRzIFsgMjYgMCBSCi9GMCAyNyAwIFIKL0Y0
MCA0cBk9UEYZQjRmWwodbVdFbisixtcT8UNCJMbliS3o0JY1hcJgYVJXSw6
kw1SJ9yvZANX63PGPUxL6GjtuWXJ7qMQDk3Wn4VZh9Kdykesr76DAtd2sYSL
LjAgMC4wIDYxMi4wIDc5Mi4wIF0KL0NvbnRlbnRzIFsgMjYgMTu

MCA3OTIuMCBdCi9QYXJlbnQgMiAwIFIKL1Jlc291cmNlcyAzNyAwIFIKL1Jv
dGF0ZSAwCi9UeXBlIC9QYWdlCj4+CmVuZG9iagoxMCAwIG9iago8PAovTGVu
Z3RoIDQ2NQo+PgpzdHJlYW0KL0NJREluaXQgL1Byb2NTZXQgZmluZZHJlc291
cmNlIIGJlZ2luIDEyIDEgRpY3QgYmVnaW4g4Zjb5FwIC9DSURTeXN0ZW0KZW1J
bmZvIDw8IC9SZWdpc3RyeSAoQWRvYmUpCmRlbmluZyAoVUNTKSAvU3Vw
cGxlbWVudCAwID4+IGRlZiAvQ01hcE5hbWUgL0Fkb2JlLUlkZW50aXR5LVVD
UyBkZWYgL0NNYXBUeXBlIDIgZGVmCjEgYmVnaW5jaWRyYW5nZQo8MDAwPiAg
MDAwMD4gPEZGRkY+IGVuZGNpZHJhbmdlCmVuZGNtYXAKQ01hcE5hbWUgY3Vy
IDwwMDAzPiA8MDAyMD4gPDAwMTI+IDwwMDQzPiA8MDAxQz4gPDAwNDU+IDww
MDI3PiA8MDAxNdNz4gPDAwMkY+IDwwMDQ0PiA8MDA0ND4gPDAwMDAwNEQ1
PiA8MDA0RT4gPDAwMDRHRGPiA8MDA2ND4gPDAwNTQ+IDwwMzU2PiA8
MDAzQT4gZW5kYmZyYW5nZQpIVGVuZGNtYXAgQ01hcE5hbWUgY3VyZW50Z3Qg
L0NNYXAgZGVmaW5jbTvb3VyY2Ug9wIGVuZGVuZCBlbmQKZW5kCmVuVhbQpl
bmRvYm0KOSAwIG9iagpbIDMgMCBSIG9iago8PCAvTENI5IDE4IDI0IDDQ+NyAz
OSAzOSA2MzcgNDgpNDJgiY2IDY4IDg3IDg3IDE1NCA2OSA2OSA2OSA2NTggNzUgNzUg
Njc2IDEwMCAxMCAyMDAyIDEwMDAKMDAwMDAyMDAwOTAyIDAzNDNdZW5kCmVuZGNtYXAKQ01hcE5hbWUgY3VyZW50Z3Qg
L0NNYXAgZGVmaW5jbTvb3VyY2UgZHVyIGVuZG9iago8PCAvTGVuZ3RoIDEwMDUgL0ZpbHRlciAvRmxhdGVEZWNvZGUgPj4gc3RyZWFt

IDwwMDE5PiA8MDAzNj4gPDAwMUQ+IDwwMDNBPiA8MDAyND4gPDAwNDE+IDww
MDI3PiA8MDA0ND4gPDAwMjk+IDwwMDQ2PiA8MDAzMD4gPDAwNEQ+IDwwMDMz
PiA8MDA1MD4gPDAwMzY+IDwwMDUzPiA8MDAzNz4gPDAwNTQ+IDwwMDQ0PiA8
MDA2MT4gPDAwNDY+IDwwMDYzPiA8MDA4NjQ+IDwwMDAyPiA8MDA0MiA8MDA3
NT4gPDAwNDk+IDwwMDY2PiA8MDA0OT4gPDAwNjc+IDwwMDRCPiA8MDA2OD4g
PDAwNEM+IDwwMDY5PiA8MDAwRj4gPDAwNkM+IDwwMDUwPiA8MDA2RD4gPDAw
NTE+IDwwMDZFPiA8MDA1Mz4gPDAwNzA+IDwwMDU1PiA8MDA3Nj4gPDAwNTY+
IDwwMDczPiA8MDA1Nz4gPDAwNzQ+IDwwMDU4PiA8MDA3NT4gPDAwNUE+IDww
MDc3PiA8MDA1Qz4gPDAwNzk+IGVuZGJmZ2hhciBlbmRmRjbWFwIENNYXBOYW1l
IGN1cnJlbnRkaWN0IC9DDTWFwIGRlZmluZXJlc291cmNlIHBvcCBlbmQgZW5k
IAplbmRzdHJlYW0KZW5kb2JqCjI1IDAgb2JqClsgMyAzIDI1MCAxNSAxNSAy
NTAgMTkgMTkgMTAwIDIwIDIwIDUwICAyMSAyMSANMDAgMjIgMjIgNTAgMTAO
IDI0IDI0IDUwMCAyNSAyNSANMTDAgMjggMjggMjUwIDI5IDI5IGMyMiAxNSAz
MjIgNDEgNDEgNjIwMDQ0IDQ0IDIwMiAxNSA1MSA1MSAyMTAgNTAgNTU2IDU1
IDU1IDY2MiANMiA2MCA2MCA2MCAzMzMgMDEgMDEgNTU2IGRzZGDgZGDIGU1iA0
NDMgNzMgNzMgMzMgMzMgMzMgMjMg2ZMjMzMyA4OCA4OCA1NTYgOTAgOTAgNzA2
IDc5ID5IDc5NyA4MCA4MCA4MzMgMDEgODEgODEgNTU2IDgzIDgzIDU1Ni4NSA4
NDMgODYgODYgMzg5IDIgM3ID3IDIMzMyA4OCA4OCA1NTYgOTAgOTAgNzAgNzIyIDky
IDkyIDUwwMCBdCmVuZG9iagoyNiAwIG9iago4MDExIElTcngICwwIFUXmuUugGRp
Y3QgL0NNYXAgZGVmaW5lcmVzb3VyY2UgcG9wIGVuZGVuZCBlbmRCmVuZHNmcm
bQplbmRmRvYmoKMzMgMCBvYmoKWyAzID3IDI4IDI4IDQ0OCA4NyA4NyA1
MTYgMTE2IDExNiA4MDkgMjUdIDEzIE1zMSA1MjUgMjgyOS5sdmgNmY0
MiA1MjUgMjg2IDI4IDI4IDU0OTUgMjk1OThiAyMDUgMTU5MSMzMygDgDAwMDAwMCA2
IDM2NCA0NTQgMjY3IDM2NjAyMkZuMjkzczIDM3MyA3OTTMyMgc0IDM3NCA1MjUg
MzgxMDM4MSA1MjcgMjk2IDE5NiAyMzQxNDUy5zI2MTY2NzkNDAwMDAwMyMDUgg
OTEgNDEwIDkxMCAZMzQgNDQ0IDkwOCNTEg2TEgNDU0IDU5IDg5IDkwNDg5IDQN
NSA0NTIgODU2IDg1IDgxMiBCdmhgZGlhZ28rODkxMyA1I0y5jkxMzEg2MTY2
YmoKPDWKL0NvdW50IDEDwwZHMgWyAzIDYg2UMjBvIMUgYTg5YmMB
PgplbmRvYmoKMSAwIG9ias8PAovUFnZXMgMiAwIFIKL1R5cGUgL0NhdGFs
b2cKMVdwdFJ0wMDkwMk1DBvdWIgMVhYkH1yWjA2zWdwdJa0wMDkwMkx5s
ZWF0aW9uMjlkICAowMDkwMDQwMDRDMwMDRDMwMDQwMDRDMwMDkw...

ODM1MCAwMDAwMCBuDQowMDAwMTgyODU5IDAwMDAwIG4NCjAwMDA1Njc4OTQg
MDAwMDAgbg0KMDAwMDU2Njk1NyAwMDAwMCBuDQowMDAwMjc4NTE4IDAwMDAw
IG4NCjAwMDAyNzg5OTYgMDAwMDAgbg0KMDAwMDI3OTAyMyAwMDAwMCBuDQow
MDAwNTY5NTgxIDAwMDAwIG4NCjAwMDA1Njk2MTkgMDAwMDAgbg0KMDAwMDI3
OTA0NyAwMDAwMCBuDQowMDAwNTY5MjIzIDAwMDAwIG4NCjAwMDA1NjgzNzAg
MDAwMDAgbg0KMDAwMDM2NDI0NCAwMDAwMCBuDQowMDAwMzY0NzIyIDAwMDAw
IG4NCjAwMDAzNjQ3NDkgMDAwMDAgbg0KMDAwMDU3MDYyNiAwMDAwMCBuDQow
MDAwNTcwNjY0IDAwMDAwIG4NCjAwMDAzNjQzNzMgMDAwMDAgbg0KMDAwMDU3
MDMzOCAwMDAwMCBuDQowMDAwNTY5NjM5IDAwMDAwIG4NCjAwMDA1NTc0Nzgg
MDAwMDAgbg0KMDAwMDU1Nzk1NiAwMDAwMCBuDQowMDAwNTY2MDIyIDAwMDAw
IG4NCjAwMDA1NzA3OTIgMDAwMDAgbg0KdHJhaWxlcgo8PAovSW5mbyAzOCAw
IFIKL1Jvb3QgMSAwIFIKL1NpemUgMzkkKPj4Kc3RhcnR4cmVmCjU3MTAwMwol
JUVPRgo=

--_006_c926587e23ea429d8fe32aa7f222bbcdHHCorg_--

**From:**       mshah@HHC.org
**To:**         alford@HHC.org
**Subject:**    RE: Perry Hospital Full Medical Staff Meeting April 20th
**Date:**       Tuesday, April 6, 2021 7:39:43 AM

I plan to join in person



**Manoj H. Shah, MD, FACOG, CHCQM-PHYADV**
Physician Advisor

Tel:      478-322-4988
Fax:      478-975-6331
E-mail:   mshah@HHC.org

**From:** Angela L. Ford





Ford Emails 367



**Subject:** Perry Hospital Full Medical Staff Meeting April 20th

# <u>MEETING NOTICE:</u>

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**<u>Tuesday, April 20, 2021</u>**

–

# At 6:00 PM with Dinner at 5:30pm

–

<span style="color:red">Perry Hospital Dining Conference Room or by WebEx</span>

–

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org


Please make every effort to attend in person or by
WebEx.

<mark>*WebEx information will be sent closer to the meeting
date.*</mark>



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org on behalf of cbeasley@HHC.org |
| **To:** | dmcdowell@HHC.org |
| **Subject:** | FW: WebEx meeting invitation: Perry Hospital Full Medical Staff Meeting January 19, 2021 |
| **Attachments:** | Webex_Meeting.ics |
| | Perry Hospital Full Medical Staff Jan 19th Agenda & Attachments.pdf |
| | Candlelight Vigil for Dr. Cabasares Jan 28th.jpg |

-----Original Appointment-----
From: Chris C. Beasley <cbeasley@HHC.org>
Sent: Monday, January 18, 2021 8:56 AM
To: Chris C. Beasley; Dr. Adeogun; Dr. Akoto; Dr. Brantley; Dr. Desai; Dr. Echefu; Dr.
Fatima; Dr. Gbenle; Dr. Glover; Dr. Ham; Dr. Hinson; Dr. Hughes (ER); Dr. Jallad; Dr. John;
Juan G. Velazquez; Dr. Kalli; Dr. Kazi; Dr. Kenmoe; Dr. Kimbel; Dr. Kushal Patel; Dr. Lane;
Dr. Lomboy; Dr. Malhotra; Dr. Malik; Dr. Melancon; Dr. Narula; Dr. Nnaji; Dr. Nulph; Dr.
Obalanlege; Dr. Obiorah; Dr. Ogunfuwa; Dr. Perez; Dr. Rankine; Dr. Rao; Dr. Sabassi; Dr.
Salvia; Dr. Sampson; Dr. Sharif ; Dr. Siddiqui; Dr. Soundappan; Dr. Sripathi; Dr. Stewart; Dr.
Stuart; Dr. Tehrani; Dr. Wang - A; Dr. Wetschler; Dr. Xia; Dr. Adhikari; Dr. Afolabi-Brown;
Dr. Ahmed 1; Dr. Akbar; Dr. Akins; Dr. Al-Qaqaa; Dr. Armstrong; Dr. Asad; Dr. Ashley
Jones; Dr. Aslam; Dr. Barakat; Dr. Barakat; Dr. Brooks; Dr. Burkett; Dr. Christie; Dr.
Culverhouse; Dr. Dang; Dr. Das; Dr. David Wiley; Dr. Davidoff; Dr. Dawson; Dr. Dixon; Dr.
Easom; Dr. Farah Musa; Matthew Fries; Dr. Fries; Dr. Fussell; Dr. Fussell; Dr. Gadhok; Dr.
Gayton; Dr. Grahl; Dr. Gretta; Dr. Hall; Dr. Harris; Dr. Helen Moore; Dr. Hoffman; Dr.
Hosein; Dr. Hudspeth; Todd A. Jenkins; Dr. Johnston; Dr. Jokhai; Dr. Khan; Dr. Kinnebrew;
Dr. Kocherlera; Dr. Kombrinck; Dr. Kudela; Dr. Long; Dr. Ludwig; Dr. Ludwig; Dr. Malik;
Dr. Malone; Dr. Martinez; Dr. Medina; Dr. Morales 2; Dr. Myrthil; Dr. Nalini Patel; Dr. Narh-
Martey; Dr. Ojo; Dr. Ortolani; Dr. Panse; Dr. Parel; Dr. Patel; Dr. Pennington; Dr. Perofksy;
Dr. Phillip Wells; Dr. Phillips; Britton Pilcher; Dr. Pinzon; Dr. Qadir; Dr. Raad; Dr. Rion; Dr.
Roger Williams; Dr. Rugnath; Dr. S. Smith; Dr. Saymeh; Dr. Scott; Dr. Scott Taylor; Dr.
Shah; Dr. Shaikh; Dr. Shekarappa; Dr. Sheth; Dr. Smission; Dr. Soyoye; Dr. Sterenchock; Dr.
Taneja; Dr. Thanawalla; Dr. Varghese; Dr. Vaughn; Dr. Velie; Dr. Vijaykumar; Dr. Wade; Dr.
Wiley (Bill); Dr. William Thompson; Dr. Woods; Dr. Yaseen; Drs. Tehrani and Salvia;
Jennifer Car; Nancy N. Butler; Navin Taneja (navintaneja@hotmail.com); OrthoGA; Sherra
Collins; Sreejaya Jayendran - TeleRad; Trent Sterenchock; Amanda Adams, CRNA; Amy
Wei, PA; Analoise Lowery, CRNA; Andrew Ray, PA; Bob Hamby, CRNA; Bobby Lucas,
NP-C; Brandi Newman, NP; Briana Brown, NP; Cameron Tidwell NP; Candace Mize, NP-C;
Candice Tate, NP; Christopher Wells, NP; Craig Smith, NP; Daniel Reidl, PA; Danielle
Wilson; Deanne Cummings, RN; Denise Atkinson, RN; Eryn Dunwody, PA; Guy Jones, PA;
Heather Hall, NP; Heather Wallace NP; Helen JoAnn Richardson RN; Janice Plyler, CRNA;
Jason Spencer PA; Jeanne Ward, RN; Jennifer L Smith, NP; Jessica Kosmowski, CRNA;
Jessica Paige, RN; Juantia Knowles, NP; Katherine Speight, PA-C; Katrina Rigden, PA; Kelli
Smith, CRNA; Le'Tombria Seay, PA; Lina Al-Shroof, NP-C; Lisa Miller CRNA; Lynne
Stone, CRNA; Marc Phagan, CRNA; Marietta Lomboy NP; Michael Cox, PA-C; Michelle
Rowell, NP; Monica Rhymes; Morgan Dowd, NP; Morgan Faulk, NP; Norman Simburger,
RRA; Rebecca Veal, CRNA; Rhonda Babbert, NP; Samuel Collier, NP; Satilla Cyphers AA;
Stephanie Van Dine, NP; Tara Butts, NP; Teketa Hall, NP; Tina Ashley; April M. Albritton;
Ayshia E. Hatcher; Charles G. Briscoe; Dana L. Cummins; Eddie Richardson; Kevin K.
Rowley; Larry D. Stewart, Jr.; Lisa Harris; Manoj Shah; Melissa Phagan; Mindy Hartley;

Peter L. Tran; Sean Whilden; Sheila F. Lones; Shellisa Houston Martin; Teri Sisa; Todd Edenfield; Angela L. Ford
Subject: FW: WebEx meeting invitation: Perry Hospital Full Medical Staff Meeting January 19, 2021
When: Tuesday, January 19, 2021 6:00 PM-8:00 PM America/New_York.
Where: https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad

Please see below WebEx information to join the Perry Hospital Full Medical Staff meeting tonight and attachments.

Thank you,

Angela

-----Original Appointment-----
From: Chris Beasley <cbeasley@hhc.org> <mailto:cbeasley@hhc.org> >
Sent: Monday, January 18, 2021 8:48 AM
To: Chris Beasley; Angela L. Ford
Subject: Webex meeting invitation: Perry Hospital Full Medical Staff Meeting
When: Tuesday, January 19, 2021 6:00 PM-8:00 PM America/New_York.
Where: https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad <https://houston-ga.webex.com/houston-ga/j.php?MTID=mdb2ad66873c3df66c2ca5948d1a22dad>

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Chris Beasley is inviting you to a scheduled Webex meeting.

Tuesday, January 19, 2021

6:00 pm | (UTC-05:00) Eastern Time (US & Canada) | 2 hrs

Join meeting <https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad>

More ways to join:

Join from the meeting link

https://houston-ga.webex.com/houston-ga/j.php?
MTID=mdb2ad66873c3df66c2ca5948d1a22dad <https://houston-ga.webex.com/houston-
ga/j.php?MTID=mdb2ad66873c3df66c2ca5948d1a22dad>

Join by meeting number

Meeting number (access code): 180 719 0585

Meeting password: fMCSr233te7

Tap to join from a mobile device (attendees only)

+1-415-655-0002,,1807190585## <tel:%2B1-415-655-
0002,,*01*1807190585%23%23*01*>  US Toll

Join by phone

+1-415-655-0002 US Toll

Global call-in numbers <https://houston-ga.webex.com/houston-ga/globalcallin.php?
MTID=m8c0864d7071484d37ad71f011fbcb087>

Need help? Go to https://help.webex.com <https://help.webex.com>

| | |
|---|---|
| **From:** | stetteh@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm |
| **Date:** | Monday, April 12, 2021 12:21:07 PM |
| **Attachments:** | image003.png |

Angela,

How are you doing today? Quick question for you! How is the meeting below different from this:

## MEETING NOTICE:

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**Tuesday, April 20, 2021**

At 6:00 PM with Dinner at 5:30pm

Perry Hospital Dining Conference Room or by WebEx

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org



**Siggy Tetteh**
Chief Information Officer

Tel:       478-542-7710
Mobile:  478-225-3554
Fax:      478-975-6910
E-mail:   stetteh@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 12, 2021 11:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>;

Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley
<mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F.
Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh
<stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd
Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Good morning:

   Please remember Perry Hospital MEC meeting Wednesday, April 14th at 6pm and
Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-
1581.


Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:** alford@HHC.org
**To:** stetteh@HHC.org
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm
**Date:** Monday, April 12, 2021 1:04:53 PM
**Attachments:** image001.png

MEC is just a select few physicians (5 at Perry) and they discussion all the minutes and approve stuff. Full Medical Staff all providers with privileges are invited to attend and are given a report of things that the MEC has approved and they will vote on any Medical Staff By-Law changes. (Between you and me at Perry Full Medical Staff there will be the same providers except maybe an additional 5-7 will attend…) Now at HMC there will be a lot of providers at that meeting usually like 50 or so. That is why we had to start doing the Webex because of COVID and the number of providers at HMC that attend. I hope this makes sense to you.

Maybe easier to explain on the phone, so call me if you need more information.

Sincerely,
Angela

---

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 12:21 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Angela,
How are you doing today? Quick question for you! How is the meeting below different from this:

## MEETING NOTICE:

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**Tuesday, April 20, 2021**

**At 6:00 PM with Dinner at 5:30pm**

Perry Hospital Dining Conference Room or by WebEx

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org



**Siggy Tetteh**
Chief Information Officer

Tel:      478-542-7710
Mobile:  478-225-3554
Fax:      478-975-6910
E-mail:  stetteh@HHC.org

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 12, 2021 11:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Good morning:

  Please remember Perry Hospital MEC meeting Wednesday, April 14th at 6pm and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:   (478) 218-1627
Fax:   (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | stetteh@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm |
| **Date:** | Monday, April 12, 2021 5:17:56 PM |
| **Attachments:** | image001.png |

Thank you Angela, I do see the keyword of "Full" there! That makes sense. Did Joe George able to get your request figured out? I am bringing my laptop early to get you situated. They are working on getting me a WebEx license. More to come.

Sent from Mail for Windows 10

---

**From:** Angela L. Ford
**Sent:** Monday, April 12, 2021 1:04 PM
**To:** Siggy Tetteh
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

MEC is just a select few physicians (5 at Perry) and they discussion all the minutes and approve stuff.  Full Medical Staff all providers with privileges are invited to attend and are given a report of things that the MEC has approved and they will vote on any Medical Staff By-Law changes.  (Between you and me at Perry Full Medical Staff there will be the same providers except maybe an additional 5-7 will attend…) Now at HMC there will be a lot of providers at that meeting usually like 50 or so.  That is why we had to start doing the Webex because of COVID and the number of providers at HMC that attend.  I hope this makes sense to you.

Maybe easier to explain on the phone, so call me if you need more information.

Sincerely,
Angela

---

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 12:21 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Angela,
How are you doing today? Quick question for you! How is the meeting below different from this:

# MEETING NOTICE:

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**Tuesday, April 20, 2021**

**At 6:00 PM with Dinner at 5:30pm**

Perry Hospital Dining Conference Room or by WebEx

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org



**Siggy Tetteh**
Chief Information Officer

Tel:      478-542-7710
Mobile:  478-225-3554
Fax:      478-975-6910
E-mail:   stetteh@HHC.org

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 12, 2021 11:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Good morning:

   Please remember Perry Hospital MEC meeting Wednesday, April 14th at 6pm and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-

1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | stetteh@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm |
| **Date:** | Tuesday, April 13, 2021 8:04:37 AM |
| **Attachments:** | image001.png |

I spoke to Doug and then Sam came by yesterday afternoon and we went over everything in the conference room and explained how we have done the WebEx before. They said they are checking on something. Todd does have his laptop and he said it has a camera on it so we can use his if need. The problem is having someone down on that end of the room to work it if something happens. Thank you for all your help.

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 5:18 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Thank you Angela, I do see the keyword of "Full" there! That makes sense. Did Joe George able to get your request figured out? I am bringing my laptop early to get you situated. They are working on getting me a WebEx license. More to come.

Sent from Mail for Windows 10

**From:** Angela L. Ford
**Sent:** Monday, April 12, 2021 1:04 PM
**To:** Siggy Tetteh
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

MEC is just a select few physicians (5 at Perry) and they discussion all the minutes and approve stuff. Full Medical Staff all providers with privileges are invited to attend and are given a report of things that the MEC has approved and they will vote on any Medical Staff By-Law changes. (Between you and me at Perry Full Medical Staff there will be the same providers except maybe an additional 5-7 will attend…) Now at HMC there will be a lot of providers at that meeting usually like 50 or so. That is why we had to start doing the Webex because of COVID and the number of providers at HMC that attend. I hope this makes sense to you.

Maybe easier to explain on the phone, so call me if you need more information.

Sincerely,
Angela

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 12:21 PM

**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Angela,
How are you doing today? Quick question for you! How is the meeting below different from this:

## MEETING NOTICE:

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**Tuesday, April 20, 2021**

**At 6:00 PM with Dinner at 5:30pm**

Perry Hospital Dining Conference Room or by WebEx

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org



**Siggy Tetteh**
Chief Information Officer

Tel:      478-542-7710
Mobile:   478-225-3554
Fax:      478-975-6910
E-mail:   stetteh@HHC.org

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 12, 2021 11:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F.

Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh
<stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd
Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Good morning:

  Please remember Perry Hospital MEC meeting Wednesday, April 14th at 6pm and
Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-
1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | stetteh@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm |
| **Date:** | Tuesday, April 13, 2021 8:11:55 AM |
| **Attachments:** | image001.png |

Awesome, I intend to be there early so we can work through every detail and hopefully we can get you a permanent fix!

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Tuesday, April 13, 2021 8:05 AM
**To:** Siggy Tetteh <stetteh@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

I spoke to Doug and then Sam came by yesterday afternoon and we went over everything in the conference room and explained how we have done the WebEx before. They said they are checking on something. Todd does have his laptop and he said it has a camera on it so we can use his if need. The problem is having someone down on that end of the room to work it if something happens. Thank you for all your help.

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 5:18 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Thank you Angela, I do see the keyword of "Full" there! That makes sense. Did Joe George able to get your request figured out? I am bringing my laptop early to get you situated. They are working on getting me a WebEx license. More to come.

Sent from Mail for Windows 10

**From:** Angela L. Ford
**Sent:** Monday, April 12, 2021 1:04 PM
**To:** Siggy Tetteh
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

MEC is just a select few physicians (5 at Perry) and they discussion all the minutes and approve stuff. Full Medical Staff all providers with privileges are invited to attend and are given a report of things that the MEC has approved and they will vote on any Medical Staff By-Law changes. (Between you and me at Perry Full Medical Staff there will be the same providers except maybe an additional 5-7 will attend...) Now at HMC there will be a lot of providers at that meeting usually like 50 or so. That is why we had to start doing the Webex because of COVID and the number of providers at HMC that attend. I hope this makes sense to you.

**Ford Emails 384**

Maybe easier to explain on the phone, so call me if you need more information.

Sincerely,
Angela

---

**From:** Siggy Tetteh <stetteh@HHC.org>
**Sent:** Monday, April 12, 2021 12:21 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Angela,
How are you doing today? Quick question for you! How is the meeting below different from this:

# MEETING NOTICE:

Perry Hospital
2nd Quarter
**Full Medical Staff Meeting**

**Tuesday, April 20, 2021**

**At 6:00 PM with Dinner at 5:30pm**

Perry Hospital Dining Conference Room or by WebEx

Please RSVP to Angela in Administration
at 218-1627 or alford@hhc.org



**Siggy Tetteh**
Chief Information Officer

Tel:       478-542-7710
Mobile:  478-225-3554
Fax:       478-975-6910
E-mail:   stetteh@HHC.org

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 12, 2021 11:01 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe

<cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Perry Hospital MEC Meeting, Wednesday, April 14th at 6pm

Good morning:

 Please remember Perry Hospital MEC meeting Wednesday, April 14th at 6pm and Dinner at 5:30pm.  You are welcome to call into the meeting by dialing 478-218-1581.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:   alford@HHC.org

| | |
|---|---|
| **From:** | MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@hhc.org on behalf of alford@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | Meeting Forward Notification: Perry Hospital Full Medical Staff Meeting |
| **Date:** | Monday, April 19, 2021 4:38:56 PM |

## Your meeting was forwarded

Angela L. Ford  has forwarded your meeting request to additional recipients.

**Meeting**

Perry Hospital Full Medical Staff Meeting

**Meeting Time**

Tuesday, April 20, 2021 6:00 PM-8:00 PM.

**Recipients**

Dr. Adeogun

Dr. Akoto

Dr. Arnold

Dr. Awojulu

Dr. Brantley

Dr. Desai

Dr. Echefu

Dr. Fatima

Dr. Gbenle

Dr. Glover

Dr. Ham

Seth W. Heimer

Dr. Hinson

Dr. Hughes (ER)

Dr. Jallad

Dr. John

Juan G. Velazquez

Dr. Kalli

Dr. Kazi

Dr. Kenmoe

Dr. Kimbel

Dr. Kushal Patel

Dr. Lane

Dr. Lomboy

Dr. Malhotra

Dr. Malik

Dr. Melancon

Dr. Narula

Dr. Nnaji

Dr. Nulph

Dr. Obalanlege

Dr. Obiorah

Dr. Ogunfuwa

Dr. Perez

Dr. Rankine

Dr. Rao

Dr. Robinson

Dr. Sabassi

Dr. Salvia

Dr. Sampson

Dr. Sharif

Dr. Siddiqui

Dr. Soundappan

Dr. Sripathi

Dr. Stewart

Dr. Stuart

Dr. Tehrani

Dr. Wang - A

Dr. Xia

Dr. Adhikari

Dr. Afolabi-Brown

Dr. Ahmed 1

Dr. Akbar

Dr. Akins

Dr. Al-Qaqaa

Dr. Armstrong

Dr. Asad

Dr. Ashley Jones

Dr. Aslam

Dr. Barakat

Dr. Barakat

Dr. Brooks

Dr. Burkett

Dr. Christie

Dr. Culverhouse

Dr. Dang

Dr. Dar

Dr. Das

Dr. David Wiley

Dr. Davidoff

Dr. Dawson

Dr. Dixon

Dr. Douglass

Dr. Easom

Dr. Farah Musa

Matthew Fries

Dr. Fries

Dr. Fussell

Dr. Fussell

Dr. Gadhok

Dr. Gayton

Dr. Grahl

Dr. Gretta

Dr. Hall

Dr. Harris

Dr. Helen Moore

Dr. Hoffman

Dr. Hosein

Dr. Hudspeth

Todd A. Jenkins

Dr. Johnston

Dr. Jokhai

Dr. Khan

Dr. Kinnebrew

Dr. Kocherlera

Dr. Kombrinck

Dr. Kudela

Dr. Long

Dr. Ludwig

Dr. Ludwig

Dr. Malik

Dr. Malone

Dr. Mannelli

Dr. Martinez

Dr. Morales 2

Dr. Myrthil

Dr. Nalini Patel

Dr. Narh-Martey

Dr. Ojo

Dr. Ortolani

Dr. Panse

Dr. Parel

Dr. Patel

Dr. Pennington

Dr. Perofksy

Dr. Phillip Wells

Dr. Phillips

Britton Pilcher

Dr. Pinzon

Dr. Qadir

Dr. Raad

Dr. Rion

Dr. Roger Williams

Dr. Rugnath

Dr. S. Smith

Dr. Safvi

Dr. Saymeh

Dr. Scott

Dr. Scott Taylor

Dr. Shah

Dr. Shaikh

Dr. Shekarappa

Dr. Sheth

Dr. Smission

Dr. Sterenchock

Dr. Taneja

Dr. Thanawalla

Dr. Varghese

Dr. Vaughn

Dr. Velie

Dr. Vijaykumar

Dr. Wade

Dr. Wiley (Bill)

Dr. William Thompson

Dr. Woods

Dr. Yaseen

Drs. Tehrani and Salvia

Jennifer Car

Juan G. Velazquez

Nancy N. Butler

Navin Taneja (navintaneja@hotmail.com)

OrthoGA

Sherra Collins

Sreejaya Jayendran - TeleRad

Trent Sterenchock

Amanda Adams, CRNA

Amy Wei, PA

Analoise Lowery, CRNA

Andrew Ray, PA

Benjamin Roby, PA

Bobby Lucas, NP-C

Brandi Newman, NP

Briana Brown, NP

Cameron Tidwell NP

Candace Mize, NP-C

Candice Tate, NP

Cassondra Edwards, NP

Christopher Wells, NP

Craig Smith, NP

Daniel Reidl, PA

Danielle Wilson

Deanne Cummings, RN

Denise Atkinson, RN

Eryn Dunwody, PA

Guy Jones, PA

Heather Hall, NP

Heather Wallace NP

Helen JoAnn Richardson RN

Janice Plyler, CRNA

Jason Spencer PA

Jeanne Ward, RN

Jennifer L Smith, NP

**Ford Emails 391**

Jessica Kosmowski, CRNA

Jessica Paige, RN

John Neill PA

Juantia Knowles, NP

Katherine Speight, PA-C

Katrina Rigden, PA

Kelli Smith, CRNA

Le'Tombria Seay, PA

Lina Al-Shroof, NP-C

Lisa Miller CRNA

Lisa Piper, PA

Marc Phagan, CRNA

Marietta Lomboy NP

Mary Nall CRNA

Michael Cox, PA-C

Michelle Broach CRNA

Michelle Rowell, NP

Monica Rhymes

Morgan Dowd, NP

Morgan Faulk, NP

Norman Simburger, RRA

Rebecca Veal, CRNA

Rhonda Babbert, NP

Samuel Collier, NP

Satilla Cyphers AA

Stephanie Van Dine, NP

Tara Butts, NP

Tara Tomberlin NP

Teketa Hall, NP

Tina Ashley

All times listed are in the following time zone: (UTC-05:00) Eastern Time (US & Canada)

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Jamie Hill |
| **To:** | Angela L. Ford; Jamie Hill |
| **Subject:** | Re: Perry ED Schedule |
| **Date:** | Monday, April 26, 2021 4:10:55 PM |
| **Attachments:** | PERRYEM~APRIL.pdf |

<div style="border:1px solid black">

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

</div>

Hi Angela,

Please see attached.

Thank you

Jamie

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 26, 2021 10:48 AM
**To:** Jamie Hill <jamhill@HHC.org>
**Cc:** Jamie Hill <jhill@apollomd.com>
**Subject:** Perry ED Schedule

Jamie:

  Good morning, please send me the Perry ED Physician Schedule for May 2021.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE
Tel:       (478) 218-1627
Fax:       (478) 218-1631
E-mail:  alford@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use

by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; blittle@HHC.org; chobbs@HHC.org; dcampbell74228@gmail.com; mmartin@HHC.org; mmoss@HHC.org; tnking@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: Perry ED Schedule |
| **Date:** | Monday, April 26, 2021 4:49:47 PM |
| **Attachments:** | PERRYEM~APRIL.pdf |

Please find attached the May schedule it is saved as April but when you open it you will see May.

Thanks,
Angela

---

**From:** Jamie Hill <jhill@apollomd.com>
**Sent:** Monday, April 26, 2021 4:11 PM
**To:** Angela L. Ford <alford@HHC.org>; Jamie Hill <jamhill@HHC.org>
**Subject:** Re: Perry ED Schedule

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hi Angela,
Please see attached.
Thank you
Jamie

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Monday, April 26, 2021 10:48 AM
**To:** Jamie Hill <jamhill@HHC.org>
**Cc:** Jamie Hill <jhill@apollomd.com>
**Subject:** Perry ED Schedule

Jamie:
  Good morning, please send me the Perry ED Physician Schedule for May 2021.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Mail Delivery System |
| **To:** | btv1==753e6b63323==alford@hhc.org |
| **Subject:** | Mail delivery failed: returning message to sender |
| **Date:** | Thursday, April 29, 2021 10:33:15 AM |
| **Attachments:** | Mail delivery failed returning message to sender (12.2 KB).msg |

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

| | |
|---|---|
| **From:** | mshah@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | RE: Reminder -- Perry MEC Meeting tomorrow night, Wednesday, May 12th |
| **Date:** | Tuesday, May 11, 2021 1:01:11 PM |

I will join in person.



**Manoj H. Shah, MD, FACOG, CHCQM-PHYADV**
Physician Advisor

Tel:      478-322-4988
Mobile: 478-972-1608
Fax:     478-975-6331
E-mail:  mshah@HHC.org

**From:** Angela L. Ford
**Sent:** Tuesday, May 11, 2021 11:12 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Reminder -- Perry MEC Meeting tomorrow night, Wednesday, May 12th

Please remember the Perry MEC Meeting is tomorrow night, Wednesday, May 12th at 6pm with dinner at 5:30pm.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:    (478) 218-1627
Fax:   (478) 218-1631
E-mail:  alford@HHC.org

**Ford Emails 399**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mshah@HHC.org |
| **Subject:** | RE: Reminder -- Perry MEC Meeting tomorrow night, Wednesday, May 12th |
| **Date:** | Tuesday, May 11, 2021 1:01:47 PM |

Thank you.

**From:** Manoj H. Shah <mshah@HHC.org>
**Sent:** Tuesday, May 11, 2021 1:01 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Reminder -- Perry MEC Meeting tomorrow night, Wednesday, May 12th

I will join in person.



**Manoj H. Shah**, MD, FACOG, CHCQM-PHYADV
Physician Advisor

Tel:      478-322-4988
Mobile:  478-972-1608
Fax:     478-975-6331
E-mail:   mshah@HHC.org

**From:** Angela L. Ford
**Sent:** Tuesday, May 11, 2021 11:12 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Laura Mullis (Dr. Lomboy office) <shoustonim@comsouth.net>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Reminder -- Perry MEC Meeting tomorrow night, Wednesday, May 12th

Please remember the Perry MEC Meeting is tomorrow night, Wednesday, May 12th at 6pm with dinner at 5:30pm.

Thank you,
Angela

**Ford Emails 400**



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

**From:**      mhartley@HHC.org
**To:**         aalbritton@HHC.org; alford@HHC.org
**Cc:**         smartin@HHC.org; tedenfield@HHC.org
**Subject:**   City Call
**Date:**      Wednesday, May 19, 2021 12:00:52 PM

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:     (478) 322-4933
Fax:    (478) 975-6909
E-mail:  mhartley@HHC.org

**Ford Emails 402**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mhartley@HHC.org |
| **Subject:** | RE: City Call |
| **Date:** | Wednesday, May 19, 2021 12:22:09 PM |

Mindy:

   Thank you. So do I need to put in Qgenda transfer patient to HMC? Or leave it blank?



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He will inform the other hospitalists.

Dr. Taube – he reitereated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

**Ford Emails 403**

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

| | |
|---|---|
| **From:** | smartin@HHC.org |
| **To:** | mhartley@HHC.org; aalbritton@HHC.org; alford@HHC.org |
| **Cc:** | tedenfield@HHC.org |
| **Subject:** | RE: City Call |
| **Date:** | Wednesday, May 19, 2021 2:11:52 PM |

Hi All,

We need a meeting to discuss all of this and how it will work. I will set this up to include some others as well.

Thanks
Shellisa



**Shellisa Houston Martin, MBA, MSN, RN-BC**
**Chief Nursing Officer**
*MSRNC*

Tel:      (478) 322-4952
Mobile:  (478) 550-0109
Fax:      (478) 975-6337
E-mail:   smartin@HHC.org

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

**Ford Emails 405**

Dr. Nulph – I decided to call and inform him of this situation . I told him you would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA. She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:     (478) 322-4933
Fax:    (478) 975-6909
E-mail:  mhartley@HHC.org

| | |
|---|---|
| **From:** | mhartley@HHC.org |
| **To:** | smartin@HHC.org; aalbritton@HHC.org; alford@HHC.org |
| **Cc:** | tedenfield@HHC.org |
| **Subject:** | RE: City Call |
| **Date:** | Wednesday, May 19, 2021 2:14:48 PM |

Great!  Thanks.

**From:** Shellisa Houston Martin <smartin@HHC.org>
**Sent:** Wednesday, May 19, 2021 2:12 PM
**To:** Mindy Hartley <mhartley@HHC.org>; April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** RE: City Call

Hi All,

We need a meeting to discuss all of this and how it will work. I will set this up to include some others as well.

Thanks
Shellisa

**Shellisa Houston Martin, MBA, MSN, RN-BC**
Chief Nursing Officer
*MSRNC*
Tel:      (478) 322-4952
Mobile: (478) 550-0109
Fax:     (478) 975-6337
E-mail:  smartin@HHC.org

HOUSTON HEALTHCARE

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He

will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

**From:** mhartley@HHC.org
**To:** alford@HHC.org
**Cc:** tedenfield@HHC.org
**Subject:** RE: City Call
**Date:** Wednesday, May 19, 2021 2:49:46 PM

Put, No On Call City Call doctor/transfer ER admissions to HMC hospitalists.

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:22 PM
**To:** Mindy Hartley <mhartley@HHC.org>
**Subject:** RE: City Call

Mindy:
   Thank you. So do I need to put in Qgenda transfer patient to HMC? Or leave it blank?



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24th.  He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

**Ford Emails 409**

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.


Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:     (478) 975-6909
E-mail:  mhartley@HHC.org

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mhartley@HHC.org |
| **Subject:** | RE: City Call |
| **Date:** | Wednesday, May 19, 2021 3:12:14 PM |

Ok. I will put that in starting May 22nd.

---

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 2:50 PM
**To:** Angela L. Ford <alford@HHC.org>
**Cc:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** RE: City Call

Put, No On Call City Call doctor/transfer ER admissions to HMC hospitalists.

---

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:22 PM
**To:** Mindy Hartley <mhartley@HHC.org>
**Subject:** RE: City Call

Mindy:
   Thank you. So do I need to put in Qgenda transfer patient to HMC? Or leave it blank?



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

---

**From:** Mindy Hartley <mhartley@HHC.org>
**Sent:** Wednesday, May 19, 2021 12:01 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Shellisa Houston Martin <smartin@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** City Call

April & Angela,

In follow up to our discussion this morning I spoke with the following and provided the following information:

Dr. Kahn – hospitalist; he is aware that May 22 – 31 we have no City Call coverage and patients will be

th

admitted from Perry ER to HMC.  HE is also aware that we may have some transfer overs on the 24   .  He will inform the other hospitalists.

Dr. Taube – he reiterated some of the issues that occurred and has requested that we give him notice of days the NP will be off.  I told him that you had already put a plan in place to ensure this would be communicated.  He understood the plan about transferring patients over to Perry and not taking City Call on 22 & 23.

Dr. Nulph – I decided to call and inform him of this situation .  I told him you  would follow up on the details as to how it would work.

Audra – I did double check w/ her r/t your concerns on EMTALA.  She stated as long as we have it noted in QGenda we do not have coverage/what to do we will be fine.

Thanks!!!



**Mindy Hartley, DNP, MBA, RN, NE-BC**
Vice President - Chief Operating Officer

Tel:      (478) 322-4933
Fax:      (478) 975-6909
E-mail:  mhartley@HHC.org

| | |
|---|---|
| **From:** | calendar-notification@google.com on behalf of drnulph@gmail.com |
| **To:** | alford@HHC.org; tedenfield@HHC.org |
| **Subject:** | Accepted: Called Perry Hospital MEC @ Thu May 27, 2021 6pm - 7pm (EDT) (tedenfield@hhc.org) |
| **Attachments:** | invite.ics |

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

drnulph@gmail.com
has accepted this invitation.

Called Perry Hospital MEC

When
Thu May 27, 2021 6pm – 7pm Eastern Time - New York
Where
Perry Hospital Dining Conference Room (map
<https://www.google.com/maps/search/Perry+Hospital+Dining+Conference+Room?hl=en> )
Calendar
tedenfield@hhc.org
Who
•
tedenfield@hhc.org
- organizer
•
drnulph@gmail.com
- creator
•
Dr. Soundappan
•
Dr. Sripathi
•
Dr. T. Ham
•
Stephanie Bledsoe
•
April M. Albritton
•
Charles G. Briscoe
•
Chris Borden (Dr. Ham Office Mgr)
•
Dana L. Cummins
•
Diana M. Morris

**Ford Emails 413**

- 
Dr. Nulph
- 
Lori L. Rourke
- 
Larry D. Stewart, Jr.
- 
Melissa Phagan
- 
Lisa Harris
- 
Mindy Hartley
- 
Manoj H. Shah
- 
Dr. Sripathi Office
- 
Peter L. Tran
- 
Laura Mullis (Dr. Lomboy office)
- 
Sheila F. Lones
- 
Shellisa Houston Martin
- 
Siggy Tetteh
- 
Sean Whilden
- 
Dr. Lomboy
ER Issues/EMTALA Issues

Invitation from Google Calendar <https://calendar.google.com/calendar/>

You are receiving this courtesy email at the account tedenfield@hhc.org because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More <https://support.google.com/calendar/answer/37135#forwarding> .

| | |
|---|---|
| **From:** | kbledsoe@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | Re: ED Schedule for Perry Hospital for June |
| **Date:** | Monday, May 24, 2021 3:49:38 PM |
| **Attachments:** | Perry June 2021.pdf |

Here you go!


Thank you




**Kelyn Bledsoe**
Group Coordinator
Tel:      (478) 542-7713
E-mail:   kbledsoe@HHC.org


---

**From:** Angela L. Ford
**Sent:** Monday, May 24, 2021 2:41:40 PM
**To:** Kelyn Bledsoe
**Subject:** ED Schedule for Perry Hospital for June

Kelyn:
  Good afternoon, would you please send me the Perry ED Schedule for June
2021.

Thanks,
Angela




**Angela L. Ford**
SECRETARY - EXECUTIVE
Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org


**Ford Emails 415**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | aalbritton@HHC.org; blittle@HHC.org; chobbs@HHC.org; dcampbell@HHC.org; mmartin@HHC.org; mmoss@HHC.org; tedenfield@HHC.org |
| **Subject:** | FW: ED Schedule for Perry Hospital for June |
| **Date:** | Monday, May 24, 2021 3:51:32 PM |
| **Attachments:** | Perry June 2021.pdf |

Please see attached Perry ED Schedule for June.

Sincerely,
Angela

**From:** Kelyn Bledsoe <kbledsoe@HHC.org>
**Sent:** Monday, May 24, 2021 3:50 PM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Re: ED Schedule for Perry Hospital for June

Here you go!

Thank you



**Kelyn Bledsoe**
Group Coordinator

Tel:    (478) 542-7713
E-mail:  kbledsoe@HHC.org

**From:** Angela L. Ford
**Sent:** Monday, May 24, 2021 2:41:40 PM
**To:** Kelyn Bledsoe
**Subject:** ED Schedule for Perry Hospital for June

Kelyn:
 Good afternoon, would you please send me the Perry ED Schedule for June 2021.

Thanks,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| **From:** | alford@HHC.org |
|---|---|
| **To:** | aalbritton@HHC.org; tedenfield@HHC.org |
| **Subject:** | ApolloMD request to replace Dr. Nulph |
| **Date:** | Wednesday, June 2, 2021 3:46:27 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Letter to start with…



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | tedenfield@HHC.org |
| **To:** | ewalker@HHC.org |
| **Cc:** | alford@HHC.org |
| **Subject:** | FW: ApolloMD request to replace Dr. Nulph |
| **Date:** | Wednesday, June 2, 2021 4:07:47 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Please review and make suggestions. Thanks Todd



### Todd Edenfield, RN, BHA
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Angela L. Ford <alford@HHC.org>
**Sent:** Wednesday, June 2, 2021 3:46 PM
**To:** April M. Albritton <aalbritton@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** ApolloMD request to replace Dr. Nulph

Letter to start with…



### Angela L. Ford
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**Ford Emails 419**

| From: | tedenfield@HHC.org |
|---|---|
| To: | ewalker@HHC.org |
| Cc: | alford@HHC.org |
| Subject: | FW: nulph letter |
| Date: | Wednesday, June 2, 2021 4:11:50 PM |
| Attachments: | ApolloMD request to replace Michael Nulph MD.docx |

Look at this one



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

---

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:06 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** nulph letter



**April M. Albritton, RN**
Director of Nursing

Tel:      (478) 218-1892
E-mail:  aalbritton@HHC.org

| | |
|---|---|
| **From:** | ewalker@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Cc:** | alford@HHC.org |
| **Subject:** | FW: nulph letter |
| **Date:** | Wednesday, June 2, 2021 4:43:49 PM |
| **Attachments:** | ApolloMD request to replace Michael Nulph MD.docx |

Todd,

I made some edits to strengthen the request, please let me know if questions or if you would like additional edits.

Elisabeth



**Elisabeth Walker**
Director - Risk Management

Tel:      (478) 542-7995
Fax:     (478) 975-6356
E-mail:  ewalker@HHC.org

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:12 PM
**To:** Elisabeth Walker <ewalker@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** FW: nulph letter

Look at this one



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:     (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** April M. Albritton <aalbritton@HHC.org>
**Sent:** Wednesday, June 2, 2021 4:06 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:** nulph letter



**April M. Albritton, RN**
Director of Nursing

Tel:     (478) 218-1892
E-mail:  aalbritton@HHC.org

**From:**      tedenfield@HHC.org
**To:**        aking@apollomd.com; jhargraves@apollomd.com
**Cc:**        alford@HHC.org
**Subject:**   Dr Nulph Letter
**Date:**      Wednesday, June 2, 2021 4:55:44 PM
**Attachments:** [Untitled].pdf

Here is the letter per your request. Thanks for your help.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:      (478) 218-1625
Fax:      (478) 218-1631
E-mail:   tedenfield@HHC.org

**From:** Admin <sysadmin@hhc.org>
**Sent:** Wednesday, June 2, 2021 4:36 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:**



**sysadmin**

E-mail:   sysadmin@HHC.org

| | |
|---|---|
| **From:** | Ashley King |
| **To:** | Todd Edenfield; Josh Hargraves |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr Nulph Letter |
| **Date:** | Wednesday, June 2, 2021 5:16:54 PM |

**WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Thank you, I will forward this to our Corporate Attorney so he has it on file.

**Ashley King**
Senior Vice President Operations
Office: 404-961-6540 | Cell: 503-789-3142
www.ApolloMD.com
*Healthy Clinicians. Healthy Patients. Healthy Communities*

**From:** Todd Edenfield <tedenfield@HHC.org>
**Sent:** Wednesday, June 2, 2021 1:56 PM
**To:** Ashley King <aking@apollomd.com>; Josh Hargraves <jhargraves@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr Nulph Letter

Here is the letter per your request. Thanks for your help.



**Todd Edenfield, RN, BHA**
VP - Administration PH

Tel:       (478) 218-1625
Fax:      (478) 218-1631
E-mail:  tedenfield@HHC.org

**From:** Admin <sysadmin@hhc.org>
**Sent:** Wednesday, June 2, 2021 4:36 PM
**To:** Todd Edenfield <tedenfield@HHC.org>
**Subject:**



**sysadmin**

E-mail:  sysadmin@HHC.org

**Ford Emails 424**

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 425**

**From:** mcolson@HHC.org on behalf of mhartley@HHC.org
**To:** alford@HHC.org
**Subject:** Call re: Dr. Nulph

---

| From: | edrichardson@HHC.org |
|---|---|
| To: | alford@HHC.org |
| Subject: | RE: Reminder -- Perry MEC Meeting tomorrow night, Wednesday, June 9th |
| Date: | Tuesday, June 8, 2021 11:23:47 AM |

Thanks



**Eddie Richardson**
Manager - Food & Nutrition Services

Tel:      (478) 975-5294
E-mail:   edrichardson@HHC.org

---

**From:** Angela L. Ford
**Sent:** Tuesday, June 8, 2021 9:19 AM
**To:** Amy A. Jordan <aajordan@hhc.org>; April M. Albritton <aalbritton@HHC.org>; Charles G. Briscoe <cbriscoe@HHC.org>; Chris Borden (Dr. Ham Office Mgr) <chris.borden@cstonemed.com>; Dana L. Cummins <dcummins@HHC.org>; Diana M. Morris <dmorris@HHC.org>; Dr. Lomboy <teplomboy@comsouth.net>; Dr. Nulph <drnulph@yahoo.com>; Dr. Soundappan <soundappan2711@gmail.com>; Dr. Sripathi <karunaker5@gmail.com>; Dr. Sripathi Office <perryprimarycare@yahoo.com>; Dr. T. Ham <hamt14@gmail.com>; Eddie Richardson <edrichardson@HHC.org>; JP @ Dr Lomboy Office <shoustonim@comsouth.net>; Larry D. Stewart, Jr. <lstewart@HHC.org>; Lisa Harris <mharris@HHC.org>; Lori L. Rourke <lrourke@HHC.org>; Manoj H. Shah <mshah@HHC.org>; Melissa Phagan <mephagan@HHC.org>; Mindy Hartley <mhartley@HHC.org>; Peter L. Tran <ptran@HHC.org>; Sean Whilden <swhilden@HHC.org>; Sheila F. Lones <slones@HHC.org>; Shellisa Houston Martin <smartin@HHC.org>; Siggy Tetteh <stetteh@HHC.org>; Sonny Watson <swatson@HHC.org>; Stephanie Bledsoe <sbledsoe@HHC.org>; Todd Edenfield <tedenfield@HHC.org>
**Subject:** Reminder -- Perry MEC Meeting tomorrow night, Wednesday, June 9th

Please remember the Perry MEC meeting is tomorrow night, Wednesday, June 9th at 6pm with dinner at 5:30pm.

Thank you,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

| | |
|---|---|
| **From:** | chobbs@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | Fwd: |
| **Date:** | Monday, June 14, 2021 10:38:50 AM |
| **Attachments:** | schedule-152240.pdf |

Get Outlook for iOS



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:      (478) 218-1677
Mobile:  (478) 319-1274
E-mail:   chobbs@HHC.org

**From:** Chris Hobbs <rnmedic2792@gmail.com>
**Sent:** Monday, June 14, 2021 10:38:09 AM
**To:** chobbs@hhc.org <chobbs@hhc.org>
**Subject:**

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mmartin@HHC.org |
| **Subject:** | FW: |
| **Date:** | Monday, June 14, 2021 10:59:58 AM |
| **Attachments:** | schedule-152240.pdf |



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

**From:** Christopher D. Hobbs <chobbs@HHC.org>
**Sent:** Monday, June 14, 2021 10:39 AM
**To:** Angela L. Ford <alford@HHC.org>
**Subject:** Fwd:

Get Outlook for iOS



**Christopher D. Hobbs, RN, EMT-P, BHA**
RN Manager

Tel:       (478) 218-1677
Mobile: (478) 319-1274
E-mail:   chobbs@HHC.org

**From:** Chris Hobbs <rnmedic2792@gmail.com>
**Sent:** Monday, June 14, 2021 10:38:09 AM
**To:** chobbs@hhc.org <chobbs@hhc.org>
**Subject:**

WARNING:This email originated outside of Houston Healthcare.DO NOT CLICK links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

**Ford Emails 429**

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | drnulph@yahoo.com |
| **Subject:** | PALS TB Flu information |
| **Date:** | Tuesday, June 15, 2021 9:40:25 AM |
| **Attachments:** | Dr. Nulph information.pdf |

Dr. Nulph:

Attached is the documentation you requested.  I did try to text it to you but not sure if it went through.

Thanks,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:     (478) 218-1631
E-mail:  alford@HHC.org

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | Perry Hospital Committee Member Assignments 2020-2022 |
| **Date:** | Tuesday, June 15, 2021 4:09:53 PM |
| **Attachments:** | Perry Hospital Committee Member Assignments 2020-2022.pdf |



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:  dmorris@HHC.org

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | FW: Perry Hospital Committee Member Assignments 2020-2022 |
| **Date:** | Tuesday, June 15, 2021 4:13:56 PM |
| **Attachments:** | Perry Hospital Committee Member Assignments 2020-2022.docx |



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:  dmorris@HHC.org

**From:** alford@HHC.org <alford@HHC.org>
**Sent:** Wednesday, November 18, 2020 10:20 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** Perry Hospital Committee Member Assignments 2020-2022

Diana:
I have updated our list.



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:  alford@HHC.org

**From:**         dmorris@HHC.org
**To:**           mhardy@apollomd.com
**Cc:**           alford@HHC.org
**Subject:**      Dr. Michael Nulph
**Date:**         Thursday, June 17, 2021 10:42:22 AM
**Importance:**   High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Thursday, June 17, 2021 2:05:25 PM |

---

**WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

---

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:     (478) 542-7752
Fax:    (478) 975-6668
E-mail:  dmorris@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this

communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Thursday, June 17, 2021 2:22:47 PM |

**WARNING:** This email originated outside of Houston Healthcare **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>

**Ford Emails 436**

**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | dmorris@HHC.org |
| **Subject:** | FW: Dr. Michael Nulph |
| **Date:** | Friday, June 18, 2021 8:18:04 AM |

Diana:

  I think Dr. Stewart is going to reach out to ApolloMD but wanted you to know incase you want to follow up with him.  But we need a letter from ApolloMD stating Dr. Nulph is no longer the ED Medical Director and who they are replacing him with.  Dr. Soundappan and Dr. Stewart stated that the ED Medical Director does serve on Perry MEC.  Also said Dr. Brantley isn't required to be on MEC but being a chair he could be appointed.  As for Dr. Lomboy he is going to make him Chair of Infection Control.


Sincerely,
Angela




**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:     (478) 218-1627
Fax:    (478) 218-1631
E-mail:  alford@HHC.org


**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 17, 2021 2:23 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

---

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:     (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this

**Ford Emails 439**

communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 440**

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | mhardy@apollomd.com |
| **Cc:** | alford@HHC.org |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Friday, June 18, 2021 8:26:49 AM |

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

---

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 17, 2021 2:23 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD

Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Monday, June 21, 2021 9:46:48 AM |

Hello,

My VPO is working on a letter, but she did inform me that Dr. Jonathan Velasquez. He is going to serve as the Interim Director.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 17, 2021 2:23 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:**This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations

**Ford Emails 443**

Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:     (478) 975-6668
E-mail:  dmorris@HHC.org

**Ford Emails 444**

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Ford Emails 445**

| From: | dmorris@HHC.org |
|---|---|
| To: | mhardy@apollomd.com |
| Cc: | alford@HHC.org |
| Subject: | RE: Dr. Michael Nulph |
| Date: | Tuesday, June 22, 2021 9:44:54 AM |

We will need a change of Status letter from Dr. Velasquez, from Affiliate to Active at Perry Hospital. Thanks.

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Monday, June 21, 2021 9:47 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,
My VPO is working on a letter, but she did inform me that Dr. Jonathan Velasquez. He is going to serve as the Interim Director.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 17, 2021 2:23 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize

**Ford Emails 446**

the sender and are expecting them.  If you have questions contact IT.

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.


Diana M. Morris

## Credentialing Manager

| | |
|---|---|
| Tel: | (478) 542-7752 |
| Fax: | (478) 975-6668 |
| E-mail: | dmorris@HHC.org |

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**From:** dmorris@HHC.org
**To:** alford@HHC.org
**Subject:** Reappointment Date.xlsx
**Date:** Tuesday, June 22, 2021 1:10:01 PM
**Attachments:** Reappointment Date.xlsx



**Diana M. Morris**
Credentialing Manager

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:  dmorris@HHC.org

| From: | Martha Hardy |
|---|---|
| To: | Diana M. Morris; Angela L. Ford |
| Cc: | Denise Beckham; Patty D. Callahan |
| Subject: | New COI"s effective 7/1/2021 - 7/1/2022 for Houston and Perry EM |
| Date: | Wednesday, June 23, 2021 2:49:32 PM |
| Attachments: | image002.png |
|  | Houston Medical Center, 1601 Watson Boulevard, Warner Robins, GA(2).pdf |
|  | Perry Hospital, 1120 Morningside Drive, Perry, GA, 31069(3).pdf |

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,

Please see attached.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com

   

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | pbeckham@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | FW: New COI"s effective 7/1/2021 - 7/1/2022 for Houston and Perry EM |
| **Date:** | Wednesday, June 23, 2021 3:00:31 PM |
| **Attachments:** | image002.png |
| | Houston Medical Center, 1601 Watson Boulevard, Warner Robins, GA(2).pdf |
| | Perry Hospital, 1120 Morningside Drive, Perry, GA, 31069(3).pdf |



### Denise Beckham
### Credentialing Specialist - Medical Staff Office

Tel:      (478) 975-5586
Fax:      (478)975-6928
E-mail:   pbeckham@HHC.org

**From:** Martha Hardy [mailto:mhardy@apollomd.com]
**Sent:** Wednesday, June 23, 2021 2:49 PM
**To:** Diana M. Morris <dmorris@HHC.org>; Angela L. Ford <alford@HHC.org>
**Cc:** Denise Beckham <pbeckham@HHC.org>; Patty D. Callahan <pcallahan@HHC.org>
**Subject:** New COI's effective 7/1/2021 - 7/1/2022 for Houston and Perry EM

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Hello,

Please see attached.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 452**

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris; Angela L. Ford |
| **Cc:** | Denise Beckham; Patty D. Callahan |
| **Subject:** | RE: New COI"s effective 7/1/2021 - 7/1/2022 for Houston and Perry EM |
| **Date:** | Wednesday, June 23, 2021 3:56:23 PM |
| **Attachments:** | image002.png |
| | Houston Medical Center, 1601 Watson Boulevard, Warner Robins, GA(5).pdf |

---

==WARNING:==This email originated outside of Houston Healthcare.**DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Please see attached for the updated Houston EM COI; the previous one was missing Jason Spencer's name.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Wednesday, June 23, 2021 2:49 PM
**To:** 'Diana M. Morris' <dmorris@HHC.org>; 'Angela L. Ford' <alford@HHC.org>
**Cc:** 'Denise Beckham' <pbeckham@HHC.org>; 'Patty D. Callahan' <pcallahan@HHC.org>
**Subject:** New COI's effective 7/1/2021 - 7/1/2022 for Houston and Perry EM

Hello,

Please see attached.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com



*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the

recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 454**

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris |
| **Cc:** | Angela L. Ford |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Thursday, June 24, 2021 10:31:36 AM |
| **Attachments:** | Perry Director Letter.pdf |

---

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Diana,
Please see attached.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | tedenfield@HHC.org |
| **Subject:** | FW: Dr. Michael Nulph |
| **Date:** | Thursday, June 24, 2021 10:40:30 AM |
| **Attachments:** | Perry Director Letter.pdf |

Todd:
　We got the letter.

Sincerely,
Angela



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:　　(478) 218-1627
Fax:　　(478) 218-1631
E-mail:  alford@HHC.org

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 24, 2021 10:31 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,
Please see attached.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Diana M. Morris <dmorris@HHC.org>

**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | alford@HHC.org |
| **To:** | mhardy@apollomd.com |
| **Subject:** | RE: Dr. Michael Nulph |
| **Date:** | Thursday, June 24, 2021 11:08:36 AM |

Martha:

Thank you!



**Angela L. Ford**
SECRETARY - EXECUTIVE

Tel:      (478) 218-1627
Fax:      (478) 218-1631
E-mail:   alford@HHC.org

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 24, 2021 10:31 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,

Please see attached.

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

**Ford Emails 458**

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | dmorris@HHC.org |
| **To:** | alford@HHC.org |
| **Subject:** | FW: Dr. Michael Nulph |
| **Date:** | Thursday, June 24, 2021 12:11:41 PM |
| **Attachments:** | Velasquez- Active status at Perry.pdf |

---

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 24, 2021 10:33 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Diana,

Please see attached.
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Tuesday, June 22, 2021 9:45 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

We will need a change of Status letter from Dr. Velasquez, from Affiliate to Active at Perry Hospital.
Thanks.

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Monday, June 21, 2021 9:47 AM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,
My VPO is working on a letter, but she did inform me that Dr. Jonathan Velasquez. He is going to serve as
the Interim Director.

Thanks

**Martha S. Hardy**

ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Friday, June 18, 2021 8:27 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Ok, that is fine but can we get a letter stating who the newly appointed ED Medical Director is at Perry to replace Dr. Nulph? Thanks for your assistance.

---

**From:** Martha Hardy <mhardy@apollomd.com>
**Sent:** Thursday, June 17, 2021 2:23 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

> **WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them.  If you have questions contact IT.

Diana,

If we can keep him active and let his privileges run out and not reappoint next year?
Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Martha Hardy
**Sent:** Thursday, June 17, 2021 2:05 PM
**To:** Diana M. Morris <dmorris@HHC.org>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** RE: Dr. Michael Nulph

Hello,

I was just told by my VPO (Ashley King) that they want to keep privileges active for Dr. Nulph at Perry; are we able to do this?

Thanks

**Martha S. Hardy**
ApolloMD
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com
www.ApolloMD.com

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

---

**From:** Diana M. Morris <dmorris@HHC.org>
**Sent:** Thursday, June 17, 2021 10:42 AM
**To:** Martha Hardy <mhardy@apollomd.com>
**Cc:** Angela L. Ford <alford@HHC.org>
**Subject:** Dr. Michael Nulph
**Importance:** High

We need a resignation letter for Dr. Nulph. Thanks for your assistance.



**Diana M. Morris**
**Credentialing Manager**

Tel:      (478) 542-7752
Fax:      (478) 975-6668
E-mail:   dmorris@HHC.org

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited

and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**Ford Emails 463**

| | |
|---|---|
| **From:** | Martha Hardy |
| **To:** | Diana M. Morris |
| **Cc:** | Angela L. Ford |
| **Subject:** | Jacob Arnold, MD |
| **Date:** | Tuesday, June 29, 2021 6:00:44 PM |
| **Attachments:** | image002.png |
| | Perry Hospital, 1120 Morningside Drive, Perry, GA, 31069(3).pdf |

**WARNING:** This email originated outside of Houston Healthcare. **DO NOT CLICK** links or attachments unless you recognize the sender and are expecting them. If you have questions contact IT.

Hello,

Please see attached for the new COI effective 7/1/2021-7/1/2022 for Dr. Arnold; I received a letter that his COI was about to end.

Thanks



**Martha S. Hardy**
5665 New Northside Drive, Suite 320
Atlanta, GA 30328
Credentialing Specialist- Hospital Operations
Office: 770-874-6851 | Fax: 770-874-5435
mhardy@apollomd.com

   

*"Healthy Clinicians. Healthy Patients. Healthy Communities."*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Ford Emails 464**

| From: | cminor@HHC.org |
|---|---|
| To: | HMCDirectors-Managers@HHC.org; PH-Manager-Directors@HHC.org |
| Subject: | Patient Comments |
| Date: | Wednesday, June 30, 2021 4:49:32 PM |
| Attachments: | comments.5.1.2021.15.2021-final.xlsx |
| | comments 5.16.21-5.31.2021 - final.xlsx |
| Sensitivity: | Confidential |

Good Afternoon,

I have attached the patient comments received during the month of May.  Please utilize this patient input to recognize those team members and actions that consistently make a difference to our patients and look for opportunities to improve our patient experience.   Thanks for your attention to our patient feedback.  If you would like to look further into any of these comments and need more detailed information, please let me know.

Cheryl



**Cheryl Minor**
Manager - Service Excellence

Tel:        (478) 322-5163
Mobile:  (478) 396-5776
Fax:        (478) 322-4826
E-mail:   cminor@HHC.org