EXHIBIT

5

Houston Hospitals

**Page:** 1
**Date:** 08/11/22 14:49
**User:** Minor,Cheryl C

**Patient Name:**
**Age/Sex:** 61 / F
**Account Number:** Y1388571
**Medical Rec Number:** P1009935
**Visit Range:** 02/26/21 08:34 - 02/26/21 10:58

**Event Date/Time:** 02/26/21
**Review Number:** Y2021-000119
**Review Type:** Patient Relations
**Status:** Complete

**- Event Type**
Survey

## Event Classification

**- Event Classification**
| **Review Indicator** | **Primary** |
| --- | --- |
| PR - Hospital Staff Responsiveness | Yes |
| PR - Hospital Staff | |
| PR- Physician | |

## PR Event Information:

**- Event Information:**
**Date Received::** 03/22/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 02/26/21
**Information Obtained From::** Survey

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

| Perry Hospital | Lady at the front desk was very nice. I was just surprised you had patients signing in with the same pen. The lady who was in front of me was very sick and was admitted. Also I was surprised there were magazines in the waiting room that are full of germs. | Robin Lefort | Mixed | Registration | 2525885872 |
| --- | --- | --- | --- | --- | --- |

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

Patient Incidents 2 - 001

Houston Hospitals

| Perry Hospital | The nurses were very nice. The Pa who came in was very nice and introduced herself. The doctor never introduced himself just came into the room and said you have a bad UTi and walked out. They had given me a shot of Morphine and I started to have nausea and felt faint. There was not anyone for me to talk to. I had to go find someone who was on the phone up front and she said she would call a nurse. She then continued her phone call for a bit then hung up and called someone then the Doctor came in. | Robin Lefort | Mixed | Your Care | 2525885872 | |
| Perry Hospital | The lady who took your temperature at the front door was very friendly and showed me where to go. The back of the E.R. was very clean but the waiting room was messy. | Robin Lefort | Positive | Facility | 2525885872 | |
| Perry Hospital | I was concerned that something was happening to my heart and there was no one in the area to check me. I had to go find someone. It was explained to me after the I had EKG that sometimes the morphine will make you feel this way. | Robin Lefort | Negative | Overall Assessment | 2525885872 | |

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 03/22/21 10:31

**Letters:**

**- Letters:**
**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 002**

Houston Hospitals

**Assign Date/Time:** 03/22/21 10:31
**Assign to Department:** 03.670 PH Emergency Department
  **Target Date:** 03/27/21
  **Instructions:**
  **Comment:** *Entered by Hobbs,Christophe David  03/29/2021 7:33 am EDT:*

Y2021-000119

03/29/21 0733

          **Findings**: Reviewed chart and no mention of pts c/o issues related to the Morphine. Pt is correct that there are magazines in the waiting room and there is a comunal pen.

          **Actions**: Will remove magazines and develop process to rotate out pens and properly clean them.

          **Resolution**: Will defer issue with physician.

**Conclusion:** Resolved
  **Primary:** Yes
  **Reviewed By:** Hobbs,Christophe David
  **Conclusion Dt/Tm:** 03/29/21 07:35
**Action:** PR-Opportunity for Improvement
  **Action Date:** 03/29/21
  **Action Effectiveness:**

_ *
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Hobbs,Christophe David | 03/22/21 10:31 | 03/29/21 07:36 | Manual |
| Martin,Michelle D | 03/22/21 10:31 | 03/29/21 08:06 | Auto |

**PR Notes:**

**- PR Notes:**
**Notes:**

**Hold Final Bill:**

- -

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 003**

**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

**Final Disposition**

**- Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/ Tm | Last Edit User |
|---|---|---|---|
| Survey Closed, Track, and Trend | Yes | 03/29/21 08:06 | Martin,Michelle D |

**- \***
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R | Emergency Medicine | Yes |
| Velie,Jody | Family Practice | |

| Responsible Department/Discipline | Primary |
|---|---|

**- Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**- Attributed Department**
**Department 1:** Perry Emergency Department
**Department 2:** PH Medical Staff ED
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 004**

```
Houston Hospitals                                    Page: 1
                                                     Date: 08/11/22 14:49
                                                     User: Minor,Cheryl C
```

**Patient Name:** [REDACTED]
**Age/Sex:** 93 / F
**Account Number:** Y1390210
**Medical Rec Number:** P0097031
**Visit Range:** 03/11/21 12:34 - 03/11/21 13:26

**Event Date/Time:** 03/11/21
**Review Number:** Y2021-000139
**Review Type:** Patient Relations
**Status:** Complete

---

**- Event Type**
Survey

## Event Classification

**- Event Classification**
| **Review Indicator** | **Primary** |
| PR - Family Dissatisfied | Yes |
| PR- Physician | |

## PR Event Information:

**- Event Information:**
**Date Received::** 04/13/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 03/11/21
**Information Obtained From::** Survey

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

| Perry Hospital | Dr Nulph was quite dismissive and extremely condescending. Acted as though we were a bother to him and he did not care to take the time to assess the needs of my 92 year old grandmother and dismissed us. We had gone to the Perry ED that day because HMC ED had told us on 3/8 to return if she wasn't improving. We were very dissatisfied with his lack of concern and treatment. | y1390210 | Negative | Overall Assessment | 2550936126 |

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 005**

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 04/13/21 14:27

**Letters:**

**- Letters:**
**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

---

**Assign Date/Time:** 04/13/21 14:26
**Assign to Department:** 01.792 HMC Quality Assurance
 **Target Date:** 04/18/21
 **Instructions:**
 **Comment:** *Entered by Simmons,Vicky  04/16/2021 2:14 pm EDT:*
*Entered by Moss,Molly R  04/15/2021 3:19 pm EDT:*
93 y/o female w/ hx of HDL, HTN, CVA, Hypothyroidism, Thyroid Ca-radiation therapy, Falls, &
Depression; Pt initially presented to HMC ER on 03/08/21 for increased confusion since Friday recent
UTI TX with Bactrim; labs indicated AKI & rec'd 1 liter IV NS, IV ABX-Rocephin & Zithromax, ER Provider
recommended admission, however granddaughter preferred for Pt to return to ALF, due to quarantine
post hospital admission; Pt was not hypoxic; Pt DCD w/ RX for Augmentin & Zithromax; Pt presented to
Perry Hospital ER on 03/11/21 for delirium, paranoia, & infection per family; CXR-no acute findings & CT
head  showed no acute intracranial findings; no labs were ordered during visit or UA; per ER Provider's
documentation reassured family these symptoms are expected in elderly, due to functional reserve
decrease, offered additional workup if family wished, no other test ordered; [QRM Note-per Medication
Administration Record MD ordered Normal Saline at 150cc/Hr, not ordered in CPOE, however not
documented in MAR if IVF was rec'd, DC instruction area for IV Meds/Fluids, answered as no (not rec'd),
IVF/meds not applicable]; Pt was DCD home w/ instructions to F/U PCP & given written instructions on
Pneumonia & Confusion. No RX was given; based on QRM comments from family on ER visit to PH on
03/11/21 Dr. Nulph was quite dismissive & extremely condescending, he did not take time to assess the
needs of Pt & dismissed us, went to PH ED that day due to instruction by HMC ED from 03/08/21, told
to return if Pt was not improving, dissatisfied with ER Provider's lack of concern & treatment; unable to
substantiate families perception of ER Provider as being dismissive & extremely condescending & lack
of concern; send for PR for MGMT of care during ER visit- should labs have been obtained to see if AKI
had worsened from prior ER visit/UA for worsening UTI, which can contribute to increased confusion.//
MRM.

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 04/16/21 14:15
**Action:** QM-Refer Dept Chair Peer Rev
  **Action Date:** 04/16/21
  **Action Effectiveness:**

---

**Assign Date/Time:** 04/13/21 14:26
**Assign to Department:** 03.670 PH Emergency Department
  **Target Date:** 04/18/21
  **Instructions:**
  **Comment:** *Entered by Hobbs,Christophe David  04/15/2021 11:00 am EDT:*
Reviewed, will defer to Quality

**Conclusion:** Unable to Resolve
  **Primary:** Yes
  **Reviewed By:** Hobbs,Christophe David
  **Conclusion Dt/Tm:** 04/15/21 11:02
**Action:** PR-Opportunity for Improvement
  **Action Date:** 04/15/21
  **Action Effectiveness:**

- *
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Hobbs,Christophe David | 04/13/21 14:26 | 04/15/21 11:03 | Manual |
| Martin,Michelle D | 04/13/21 14:27 | 04/19/21 08:50 | Auto |
| Simmons,Vicky | 04/13/21 14:26 | 04/16/21 14:15 | Manual |

**PR Notes:**

- **PR Notes:**
**Notes:**

**Hold Final Bill:**

- -

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 007**

Houston Hospitals

Page: 4
Date: 08/11/22 14:49
User: Minor,Cheryl C

**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

### Final Disposition

**- Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/Tm | Last Edit User |
|---|---|---|---|
| Survey Closed, Track, and Trend | Yes | 04/19/21 08:50 | Martin,Michelle D |

**- \***
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R | Emergency Medicine | Yes |
| Edenfield,C Scott | Pulmonology | |

| Responsible Department/Discipline | Primary |
|---|---|

**- Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**- Attributed Department**
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 008**

```
Houston Hospitals                                    Page: 1
                                                     Date: 08/11/22 15:35
                                                     User: Minor,Cheryl C
```

**Patient Name:** CARCOPA,KATHRYN
**Age/Sex:** 60 / F
**Account Number:** Y1390117
**Medical Rec Number:** P1028667
**Visit Range:** 03/11/21 06:55 - 03/11/21 08:45

**Event Date/Time:** 03/11/21
**Review Number:** Y2021-000140
**Review Type:** Patient Relations
**Status:** Complete

**- Event Type**
Survey

## Event Classification

**- Event Classification**
**Review Indicator**              **Primary**
PR- Physician                      Yes
PR - Misdiagnosis Alleged

## PR Event Information:

**- Event Information:**
**Date Received::** 04/13/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 03/11/21
**Information Obtained From::** Survey

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

| Perry Hospital | unfortunately I can't remember the nurses name that was in charge that morning. how ever she was extremely concerned about my condition and my comfort | Kathryn Carcopa | Positive | Nurses | 2550934871 |
|---|---|---|---|---|---|
| Perry Hospital | If this question is pertaining to the ER doctor on staff I'm not very happy with him. | Kathryn Carcopa | Negative | Doctors | 2550934871 |

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 2 - 009**

Houston Hospitals

| Perry Hospital | they took me in promptly did my check-in put me in a room and then I was left there for over an hour and didn't see anybody except for my nurse that was in charge. next comes in the x-ray guy he was awesome so is my nurse. I am very disappointed on the emergency room doctor that was on staff I only saw him once and that was after the fact. The emergency room doctor told me that nothings wrong with my knee it was just a little bruised but he's going to send me to ortho turns out that my leg actually was fractured. it would've been a lot easier on me if he would've told me in the emergency room that my leg was indeed fractured rather he could do anything for it or not. extremely disappointed in his bedside manner. | Kathryn Carcopa | Mixed | Arrival | 2550934871 |
| Perry Hospital | During this Covid pandemic family members were in allowed inside at all so I couldn't tell you how they treated my family. | Kathryn Carcopa | Negative | Overall Assessment | 2550934871 |

**PR Entered By:**

**- Entered By:**
**User:::** Martin,Michelle D
**Date/Time::** 04/13/21 14:30

**Letters:**

**- Letters:**
**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

_____
**Assign Date/Time:** 04/13/21 14:29
**Assign to Department:** 01.792 HMC Quality Assurance
**Target Date:** 04/18/21

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 010**

**Instructions:**
**Comment:** *Entered by Simmons,Vicky  04/15/2021 2:12 pm EDT:*
*Entered by Moss,Molly R  04/15/2021 12:25 pm EDT:*
60 y/o female w/ HX of HTN; presented to ER via POV for L knee pain began yesterday; Pt reports while feeding goats, one ran into her L knee, severe pain with movement; ER Provider's physical exam showed tenderness on palpation & movement of L knee; L Knee XRAY showed artifact versus question of non-displaced fracture of lateral tibial plateau, correlate w/ CT, no dislocation, no joint effusion, bone demineralization noted; Pt pain was 10/10 on arrival & no medications were documented as ordered or given per review of EMR; no CT scan was ordered as recommended by radiologist; Pt pain level at time of DC remained 10/10; Pt was DCD home w/ RX for Norco 5/325 1 as needed every 8 HRS # 10 & follow up with ORTHO next week, written instructions given on lower extremity pain & DX listed as lower extremity pain. Based on QRM referral comments Pt was not satisfied with ER Provider service, ER Provider told Pt nothing was wrong with the knee, a little bruised, & will have Pt follow up with ORTHO for further EVAL, per Pt leg was fractured, & Pt reports would have been easier if ER Provider would have told me at ER visit, my leg was fractured, even if he could or could not do anything about it, Pt only saw ER Provider once during ER visit, Pt extremely disappointed in ER Provider's bedside manor; unable to substantiate Pt view of bed side behavior of ER Provider, unable to substantiate Pt does have fracture to LLE after visiting ORTHO; unable to substantiate frequency Pt was seen by ER Provider during visit; will send for PR for MGMT of pain during ER visit & MGMT of questionable non-displaced FX of lateral tibial plateau. //MRM.

**Conclusion:** Referred for Peer Review
**Primary:** Yes
**Reviewed By:** Simmons,Vicky
**Conclusion Dt/Tm:** 04/15/21 14:12
**Action:** QM-Refer Dept Chair Peer Rev
**Action Date:** 04/15/21
**Action Effectiveness:**

_____
**Assign Date/Time:** 04/13/21 14:29
**Assign to Department:** 03.670 PH Emergency Department
**Target Date:** 04/18/21
**Instructions:**
**Comment:** *Entered by Hobbs,Christophe David  04/15/2021 12:01 pm EDT:*
Reviewed, Will defer the complaint regarding the physician to Quality.

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 2 - 011**

Houston Hospitals

Page: 4
Date: 08/11/22 15:35
User: Minor,Cheryl C

**Conclusion:** Unable to Resolve
**Primary:** Yes
**Reviewed By:** Hobbs,Christophe David
**Conclusion Dt/Tm:** 04/15/21 12:02
**Action:** PR-Opportunity for Improvement
**Action Date:** 04/15/21
**Action Effectiveness:**

**- \***
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Hobbs,Christophe David | 04/13/21 14:30 | 04/15/21 12:02 | Manual |
| Martin,Michelle D | 04/13/21 14:30 | 04/15/21 14:50 | Auto |
| Simmons,Vicky | 04/13/21 14:30 | 04/15/21 14:13 | Manual |

**PR Notes:**

**- PR Notes:**
**Notes:**

**Hold Final Bill:**

**- -**
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

**Final Disposition**

**- Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/ Tm | Last Edit User |
|---|---|---|---|
| Survey Closed, Track, and Trend | Yes | 04/15/21 14:50 | Martin,Michelle D |

**- \***
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R | Emergency Medicine | Yes |
| Lavender,Holly | Family Practice | |

| Responsible Department/Discipline | Primary |
|---|---|

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 012**

Houston Hospitals

Page: 5
Date: 08/11/22 15:35
User: Minor,Cheryl C

**- Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**- Attributed Department**
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 2 - 013**

Houston Hospitals

Page: 1
Date: 08/11/22 15:36
User: Minor,Cheryl C

**Patient Name:** ███████████
**Age/Sex:**  1y 9m / M
**Account Number:**  Y1396569
**Medical Rec Number:**  P1058536
**Visit Range:**  05/02/21 05:53 - 05/02/21 07:34

**Event Date/Time:**  05/02/21
**Review Number:**  Y2021-000166
**Review Type:**  Patient Relations
**Status:**  Complete

**- Event Type**
Grievance

## Event Classification

**- Event Classification**
| **Review Indicator** | **Primary** |
| --- | --- |
| PR - Communication | Yes |
| PR - Family Dissatisfied | |
| PR - Misdiagnosis Alleged | |
| PR- Care-Safe/Respectful | |
| PR- Physician | |

## PR Event Information:

**- Event Information:**
**Date Received::** 05/03/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 05/02/21
**Information Obtained From::** Family

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

mother states brought child to ER and was triaged , vital signs weight and Oxygen checked and taken to a room quickly, MD came to room about 5 minutes later with his hair sticking up all over his head. told him child had vomited once on Saturday and he told me that he would test him for strep, flu and Covid 19. The physician was social distancing, he never came in the room, just stood in the door. Did not look at ears or throat or listen to chest. I never saw him again. The only results I got were from the x-ray tech who asked if my child had been constipated because they saw stool on the x-ray. About 40 minutes later, after shift change a nurse came in with discharge papers and a prescription for the nausea. Mother states she asked about the test results and the nurse said he would check on that. Nurse left and spoke with new doctor on shift who came to the room, examined the child and stated he had an ear infection. This second doctor gave 3 prescriptions and we were then discharged. Upset that physician never examined child and never returned to discuss test results.

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

| Houston Hospitals | Page: 2 |
| | Date: 08/11/22 15:36 |
| | User: Minor,Cheryl C |

above narrative taken from notes from phone call between patient mother, NM Chris Hobbs, and DON April Albritton.

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 05/03/21 15:52

**Letters:**

**- Letters:**
**1st Letter Sent:** 05/06/21
**2nd Letter Sent:** 05/06/21

**- Assignments:**

_____
**Assign Date/Time:** 05/03/21 15:51
**Assign to Department:** 01.792 HMC Quality Assurance
 **Target Date:** 05/08/21
 **Instructions:**
 **Comment:** *Addendum entered by Hobbs,Christophe David  05/06/2021 12:08 pm EDT:*

*Entered by Simmons,Vicky  05/04/2021 1:52 pm EDT:*
*Entered by Moss,Molly R  05/04/2021 11:16 am EDT:*
1 year 7 month old male without medical history presented to ER for fever treated w/ Tylenol & also reported nausea w/ vomiting x 1 episode; upon ER assessment T 100.1, CXR completed & showed bronchitis, Influenza A & B, Covid, & Group A Strep Rapid were all negative, physical exam by Dr. Nulph revealed no apparent distress, external ear normal, tympanic membranes normal, mouth-moist mucous membranes, Pt awake, playful, & comfortable; Dr. Nulph provided RX for Zofran & ER DX  was fever & Viral syndrome. **[QRM note-based on QRM Referral comments, Pt's mother reported the following information-Mom brought the child to ER & was triaged & taken to room quickly, MD came into RM with hair sticking up all over his head, reports MD was social distancing, never came into room, stood at the door, no assessment of ears, throat, or auscultatation of chest, never saw this physician again, about 40 min later nurse came in with DC papers & RX for nausea; nurse left & spoke w/ new doctor on shift, who came to room & examined child & found Pt had ear infection & 2nd doctor gave 3 prescriptions & then DC'D home; mother is upset that 1st physician did  not assess Pt & never returned to discuss test results, unable to substantiate physicians appearance re hair, unable to substantiate did not assess child based on physical exam results, however 2nd MD did DX child w/ BIL otitis media & provided additional prescriptions including ABX for treatment of condition]** unable to find assessment documentation  by Dr. Gadhok, except in ED Snapshot- he did

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

give DX of BIL otitis media & the following RX's were filled by Dr. Gadhok- Ibuprofen 100mg/5ml bottle, Amoxicillin 400mg/5cc suspension Recon, & Tylenol 160mg/5ml liquid; PR for MGMT of Care for initial provider.

*Entered by Simmons,Vicky  05/04/2021 1:52 pm EDT:*
*Entered by Moss,Molly R  05/04/2021 11:16 am EDT:*
1 year 7 month old male without medical history presented to ER for fever treated w/ Tylenol & also reported nausea w/ vomiting x 1 episode; upon ER assessment T 100.1, CXR completed & showed bronchitis, Influenza A & B, Covid, & Group A Strep Rapid were all negative, physical exam by Dr. Nulph revealed no apparent distress, external ear normal, tympanic membranes normal, mouth-moist mucous membranes, Pt awake, playful, & comfortable; Dr. Nulph provided RX for Zofran & ER DX  was fever & Viral syndrome. **[QRM note-based on QRM Referral comments, Pt's mother reported the following information-Mom brought the child to ER & was triaged & taken to room quickly, MD came into RM with hair sticking up all over his head, reports MD was social distancing, never came into room, stood at the door, no assessment of ears, throat, or auscultatation of chest, never saw this physician again, about 40 min later nurse came in with DC papers & RX for nausea; nurse left & spoke w/ new doctor on shift, who came to room & examined child & found Pt had ear infection & 2nd doctor gave 3 prescriptions & then DC'D home; mother is upset that 1st physician did  not assess Pt & never returned to discuss test results, unable to substantiate physicians appearance re hair, unable to substantiate did not assess child based on physical exam results, however 2nd MD did DX child w/ BIL otitis media & provided additional prescriptions including ABX for treatment of condition]** unable to find assessment documentation  by Dr. Gadhok, except in ED Snapshot- he did give DX of BIL otitis media & the following RX's were filled by Dr. Gadhok- Ibuprofen 100mg/5ml bottle, Amoxicillin 400mg/5cc suspension Recon, & Tylenol 160mg/5ml liquid; PR for MGMT of Care for initial provider.

**Conclusion:** Referred for Peer Review
 **Primary:** Yes
 **Reviewed By:** Simmons,Vicky
 **Conclusion Dt/Tm:** 05/04/21 13:52
**Action:** QM-Refer Dept Chair Peer Rev
 **Action Date:** 05/04/21
 **Action Effectiveness:**

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

**Page:** 4
**Date:** 08/11/22 15:36
**User:** Minor,Cheryl C

---

**Assign Date/Time:** 05/03/21 15:51
**Assign to Department:** 03.670 PH Emergency Department
  **Target Date:** 05/08/21
  **Instructions:**
  **Comment:** *Entered by Hobbs,Christophe David  05/06/2021 12:07 pm EDT:*
Reviewed, Spoke with staff and John had Dr. Gadhok see the pt due to the complaint of the
mother. Will defer to Medical Peer review

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Hobbs,Christophe David
  **Conclusion Dt/Tm:** 05/06/21 12:09
**Action:** PR-Opportunity for Improvement
  **Action Date:** 05/06/21
  **Action Effectiveness:**

**- ***
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Hobbs,Christophe David | 05/03/21 15:51 | 05/06/21 12:09 | Manual |
| Martin,Michelle D | 05/03/21 15:52 | 05/06/21 13:44 | Auto |
| Simmons,Vicky | 05/03/21 15:51 | 05/04/21 13:53 | Manual |

**PR Notes:**

**- PR Notes:**
**Notes:** *Entered by Martin,Michelle D  05/06/2021 1:42 pm EDT:*

letter reviewed and approved by AAlbritton. MM

**Hold Final Bill:**

**- -**
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 2 - 017**

| Houston Hospitals | Page: 5 |
|---|---|
| | Date: 08/11/22 15:36 |
| | User: Minor,Cheryl C |

## Final Disposition

### - Outcome
**Final Outcome:**

| Outcome | Active | Last Edit Dt/ Tm | Last Edit User |
|---|---|---|---|
| Grievance Closed, Track, and Trend | Yes | 05/06/21 13:44 | Martin,Michelle D |

### - *
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R Doc,Unknown | Emergency Medicine Medicine | Yes |

| **Responsible Department/Discipline** | **Primary** |
|---|---|

### - Attributed Employee (Dept # in Comments)
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

### - Attributed Department
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

### - Attributed Physician
**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

### Attachments

| File Name | Uploaded By | Uploaded Date Time |
|---|---|---|
| Smith, C Y2021-166.pdf | Martin,Michelle D | 05/06/21 13:42 |

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 2 - 018**

# PH Incident Details

| Acct No | Event Number | Rcvd Date | Entered Date | Event Date Time | Attributed Phy |
|---------|--------------|-----------|--------------|-----------------|----------------|
| Y1378208 | Y2021-000060 | 02/16/21 | 02/16/2021 | 11/30/2020 | MICHAEL R NULPH |
| Y1389543 | Y2021-000097 | 03/10/21 | 03/10/2021 | 03/06/2021 | MICHAEL R NULPH |
| Y1386951 | Y2021-000099 | 03/11/21 | 03/11/2021 | 02/12/2021 | MICHAEL R NULPH |
| Y1390872 | Y2021-000107 | 03/17/21 | 03/18/2021 | 03/16/2021 | MICHAEL R NULPH |
| Y1388749 | Y2021-000110 | 03/19/21 | 03/19/2021 | 02/28/2021 | MICHAEL R NULPH |
| Y1388571 | Y2021-000119 | 03/22/21 | 03/22/2021 | 02/26/2021 | MICHAEL R NULPH |
| Y1390210 | Y2021-000139 | 04/13/21 | 04/13/2021 | 03/11/2021 | MICHAEL R NULPH |
| Y1390117 | Y2021-000140 | 04/13/21 | 04/13/2021 | 03/11/2021 | MICHAEL R NULPH |
| Y1396569 | Y2021-000166 | 05/03/21 | 05/03/2021 | 05/02/2021 | MICHAEL R NULPH |
| Y1396556 | Y2021-000200 | 05/20/21 | 05/20/2021 | 05/01/2021 | MICHAEL R NULPH |
| Y1399202 | Y2021-000204 | 05/24/21 | 05/24/2021 | 05/22/2021 | MICHAEL R NULPH |

**Patient Incidents 3 - 001**

```
Houston Hospitals                                    Page: 1
                                                    Date: 08/11/22 14:44
                                                    User: Minor,Cheryl C
```

**Patient Name:** ██████████████
**Age/Sex:** 33 / F
**Account Number:** Y1378208
**Medical Rec Number:** P1010128
**Visit Range:** 11/30/20 17:15 - 11/30/20 20:23

**Event Date/Time:** 11/30/20
**Review Number:** Y2021-000060
**Review Type:** Patient Relations
**Status:** Complete

**- Event Type**
Grievance

## Event Classification

**- Event Classification**

| Review Indicator | Primary |
|---|---|
| PR - Billing | Yes |
| PR- Care-Safe/Respectful | |

## PR Event Information:

**- Event Information:**
**Date Received::** 02/16/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 11/30/20
**Information Obtained From::** Patient, Staff

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

**see emails below:**

**From:** Kristin N. Raleigh
**Sent:** Monday, February 15, 2021 4:54 PM
**To:** Michelle D. Martin <mmartin@HHC.org>
**Cc:** Erika L. Pace <epace@HHC.org>
**Subject:** FW: Brittni N Nobles

Erika, I am forwarding this to Michelle. Pt was seen in Perry ED.

Michelle, I spoke with pt, she stated that she felt services weren't met and she would like her bill reviewed.

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

Page: 2
Date: 08/11/22 14:44
User: Minor,Cheryl C

**Kristin N. Raleigh**
*Patient Relations Representative*

E-mail:
kraleigh@HHC.org

**From:** Zachary Horton
**Sent:** Monday, February 15, 2021 4:29 PM
**To:** Kristin N. Raleigh <kraleigh@HHC.org>
**Subject:** FW: Brittni N Nobles

**Zachary Horton**
Rep - Patient Relations
Tel:
                (478) 352-4707

Mobile:
                (478)-302-1609

E-mail:
zhorton@HHC.org

**From:** Erika L. Pace
**Sent:** Monday, February 15, 2021 2:29 PM
**To:** Zachary Horton <zhorton@HHC.org>
**Subject:** Brittni N Nobles

Good afternoon,

Pt states she was not happy with her service. When she was placed in the room a male Dr came in to let her know that they will be doing multiple test on her and left the room. She received an EKG and some medication. However, none of the test in which the male Dr said she would have were ran. Pt states she was in the ER for 1 to 1 1/2 hrs. After that time a female Dr came in to discharge her. She was told that they could not help her and she would need to contact her OBGYN. As a result her issue was not result. After visit with her OBGYN, she was adv that there should have been more done due to her bleeding out. Please call the pt @478-957-9695.

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 003**

| Houston Hospitals | Page: 3 |
| --- | --- |
| | Date: 08/11/22 14:44 |
| | User: Minor,Cheryl C |

**Erika L. Pace**
REP - PATIENT ACCOUNT
Tel:
                    478-322-4856

E-mail:
epace@HHC.org

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 02/16/21 09:45

**Letters:**

**- Letters:**
**1st Letter Sent:** 02/18/21
**2nd Letter Sent:** 02/18/21

**- Assignments:**

_____
**Assign Date/Time:** 02/16/21 09:43
**Assign to Department:** 01.792 HMC Quality Assurance
  **Target Date:** 02/21/21
  **Instructions:**
  **Comment:** *Entered by Simmons,Vicky  02/17/2021 9:03 am EST:*
*Entered by Moss,Molly R  02/16/2021 4:04 pm EST:*
31 y/o female w/ HX of HTN, DM, Hypothyroidism, & tubal ligation; Pt presented to ER on 11/30/20 for
heavy vaginal bleeding, 1st vaginal bleeding in a year along w/ dizziness, weakness, vomiting, & pain;
upon ER EVAL Pt hypertensive BP 177/123 HR 84, pain 10/10 on pain scale; labs obtained CBC-HGB
WNL, coagulation studies-normal; ER Provider' physical exam showed abdomen was soft with active
bowel sounds, & lower abdominal tenderness, Pt did receive IV fluids & IV antiemetic during ER visit; no
imaging studies were obtained; Pt's pain was not managed at time of DC, ABD pain 10/10 on arrival &
at DC; Pt remained hypertensive at DC BP 165/106, minimally improved from time of arrival to ER; DC
instructions included written instructions on Dysfunctional Uterine Bleeding, drink plenty of fluids, rest,
& if symptoms worsen return to ER; billing will  need to be referred to higher level of care.//MRM.

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

Page: 4
Date: 08/11/22 14:44
User: Minor,Cheryl C

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 02/17/21 09:03
**Action:** QM-Refer MD Peer Review
  **Action Date:** 02/17/21
  **Action Effectiveness:**

---

**Assign Date/Time:** 02/17/21 09:46
**Assign to Department:** 03.600 PH Patient Care Serv
  **Target Date:** 02/22/21
  **Instructions:** review for write off recommendation
  **Comment:** *Entered by Albritton,April M  02/17/2021 4:50 pm EST:*

Y2021-000060

02/17/21 1650

          **Findings**:
      Blood pressure was still elevated on discharge, patient was taking lisinopril at home.
Patient was sent with an Rx for Macrobid (for uti), motrin for pain, and Zofran for nausea.  Patient
was advised to follow up with gyn. in 2 days.

          **Actions**:
      Chart Reviewed

          **Resolution**: Proper care provided.

**Conclusion:** Appropriate Standard Of Care
  **Primary:** Yes
  **Reviewed By:** Albritton,April M
  **Conclusion Dt/Tm:** 02/17/21 16:53
**Action:**
  **Action Date:**
  **Action Effectiveness:**

_ *
**Refer To:**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 005**

Houston Hospitals

Page: 5
Date: 08/11/22 14:44
User: Minor,Cheryl C

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|----------|----------------|----------------|------|
| Albritton,April M | 02/17/21 09:46 | 02/17/21 16:54 | Manual |
| Martin,Michelle D | 02/16/21 09:45 | 02/18/21 08:58 | Auto |
| Simmons,Vicky | 02/16/21 09:44 | 02/17/21 09:03 | Manual |

## PR Notes:

**- PR Notes:**
**Notes:** *Entered by Martin,Michelle D  02/18/2021 8:49 am EST:*

reviewed by T.Edenfield, no write off recommended. Letter approved. MM

## Hold Final Bill:

**- -**
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

## Final Disposition

**- Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/Tm | Last Edit User |
|---------|--------|-----------------|----------------|
| Grievance Closed, Track, and Trend | Yes | 02/18/21 08:58 | Martin,Michelle D |

**- ***
**Attribution::**

| Responsible Provider | Specialty | Primary |
|----------------------|-----------|---------|
| Fatima,Syeda | Emergency Medicine | Yes |
| Doc,No Local | | |

| Responsible Department/Discipline | Primary |
|-----------------------------------|---------|

**- Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 006**

Houston Hospitals

**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**- Attributed Department**
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:** Syeda Fatima
**Physician 3:**
**Physician 4:**
**Physician 5:**


**Attachments**

| File Name | Uploaded By | Uploaded Date Time |
|---|---|---|
| Nobles, Brittni Y2021-60 final letter.pdf | Martin,Michelle D | 02/18/21 08:57 |

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

Page: 1
Date: 08/11/22 14:44
User: Minor,Cheryl C

**Patient Name:** ████████████
**Age/Sex:** 65 / F
**Account Number:** Y1389543
**Medical Rec Number:** P0043792
**Visit Range:** 03/06/21 09:09 - 03/06/21 12:18

**Event Date/Time:** 03/06/21
**Review Number:** Y2021-000097
**Review Type:** Patient Relations
**Status:** Complete

- Event Type
Complaint

## Event Classification

- Event Classification
  **Review Indicator**     **Primary**
  PR- Physician     Yes

## PR Event Information:

- Event Information:
**Date Received::** 03/10/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 03/06/21
**Information Obtained From::** Patient

- Event Notes:
**Event Notes::**

## Event Narrative:
**Event Narrative::**

phone call from patient regarding ER visit on 3/6/21, states she followed up with her primary today and expressed her concerns regarding her treatment by ER physician and she recommended that she call to speak with patient rep.

Patient states that she presented to the ER on Saturday, was seen by Dr. Nulph. States the doctor came into her room and was there only for a minute or less and left the room. States the Nurse Gabrielle did everything else and was wonderful. States when it was time for discharge, the nurse told her she had pneumonia and gave her all the paperwork and she never saw the doctor except for the first minute or less when he came in. States she thought he would come back in to explain things, but he didn't. Only the nurse.

I apologized for her experience and thanked her for calling. I asked if she would like for me to follow up with her and she stated no, she just wanted us to know how the doctor treated her.

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 008**

| Houston Hospitals | Page: 2 |
| --- | --- |
| | Date: 08/11/22 14:44 |
| | User: Minor,Cheryl C |

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 03/10/21 11:00

**Letters:**

**- Letters:**
**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

_____

**Assign Date/Time:** 03/10/21 10:59
**Assign to Department:** 01.792 HMC Quality Assurance
  **Target Date:** 03/15/21
  **Instructions:**
  **Comment:** _Entered by Simmons,Vicky  03/12/2021 1:08 pm EST:_
_Entered by Moss,Molly R  03/11/2021 2:35 pm EST:_
64 y/o female w/ HX of COPD, CHF, HTN, PPM, & Nicotine abuse; Pt presented to ER on 03/06/21 complaining of  back pain, (feels like pneumonia) & slight cough, began yesterday with fever of 101.2 last evening resolving with Tylenol; upon ER evaluation chest X-Ray showed no acute process, however upon physical exam Pt had some adventitious lungs sounds with bibasilar crackles, white blood cell count elevated at 13.4, D Dimer slightly elevated; Pt was negative for Covid & influenza; urinalysis was obtained & was negative. Pt was given prescriptions for Medrol Dose Pack & Levaquin; Pt was given home written  instructions on pneumonia, Methylprednisolone, & Levaquin. Pt vital signs were within normal range at discharge. Per nursing notes Perry Drug Company Called & notified Pt was currently taking Quinidine & ER Physician made changes to antibiotic coverage, which included Omnicef 300mg twice daily for 14 days & Z pack. Based on QRM referral comments, Pt reports Provider was only in the room for a minute or less, left the room & did not return to discuss diagnosis and treatment plan, which was reviewed by nursing staff, unable to substantiate length of time provider was in room and that he did not return to review diagnosis & treatment plan prior to DC.//MRM.

**Conclusion:** No Follow Up Indicated
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 03/12/21 13:08
**Action:**
  **Action Date:**
  **Action Effectiveness:**

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 009**

| Houston Hospitals | |
|---|---|
| | **Page:** 3 |
| | **Date:** 08/11/22 14:44 |
| | **User:** Minor,Cheryl C |

**– \***

**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Martin,Michelle D | 03/10/21 11:00 | 03/15/21 08:28 | Auto |
| Simmons,Vicky | 03/10/21 10:59 | 03/12/21 13:08 | Manual |

**PR Notes:**

**– PR Notes:**
**Notes:**

**Hold Final Bill:**

**– –**
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

**Final Disposition**

**– Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/Tm | Last Edit User |
|---|---|---|---|
| Complaint Resolved | Yes | 03/15/21 08:28 | Martin,Michelle D |

**– \***

**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R | Emergency Medicine | Yes |
| Ham,Terry E Jr | Internal Medicine | |

| Responsible Department/Discipline | Primary |
|---|---|

**– Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**– Attributed Department**
**Department 1:** PH Medical Staff ED

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 010**

Houston Hospitals

**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 011**

| Houston Hospitals | |
|---|---|
| | **Page:** 1 |
| | **Date:** 08/11/22 14:44 |
| | **User:** Minor,Cheryl C |

| | |
|---|---|
| **Patient Name:** ███████████ | **Event Date/Time:** 02/12/21 |
| **Age/Sex:** 43 / M | **Review Number:** Y2021-000099 |
| **Account Number:** Y1386951 | **Review Type:** Patient Relations |
| **Medical Rec Number:** P0048359 | **Status:** Complete |
| **Visit Range:** 02/12/21 18:08 - 02/12/21 20:27 | |

**- Event Type**
Survey

## Event Classification

**- Event Classification**
**Review Indicator**          **Primary**
PR - Misdiagnosis Alleged      Yes

## PR Event Information:

**- Event Information:**
**Date Received::** 03/11/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 02/12/21
**Information Obtained From::** Survey

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

| Perry Hospital | came in for chest pain, after tests i was sent home with a non cardiac diagnosis. They missed my enlarged aorta on the CT scan. was found by my primary physician | Negative | Arrival | 2525885779 |
|---|---|---|---|---|

## PR Entered By:

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 03/11/21 11:24

## Letters:

**- Letters:**

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 012**

```
Houston Hospitals                                    Page: 2
                                                    Date: 08/11/22 14:44
                                                    User: Minor,Cheryl C
```

**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

**Assign Date/Time:** 03/11/21 11:24
**Assign to Department:** 01.792 HMC Quality Assurance
**Target Date:** 03/16/21
**Instructions:**
**Comment:** *Entered by Simmons,Vicky  03/15/2021 2:30 pm EDT:*
*Entered by Moss,Molly R  03/15/2021 2:03 pm EDT:*
43 y/o male w/ hx of IDDM, HTN, Anxiety, Depression, Covid positive-Jan 2021 & GI bleed 2011; Pt
presented to ER on 02/12/21 for chest pressure with radiation to L shoulder & unable to take deep
breath;  Pt was diagnosed w/ Covid in January of 2021 without symptoms of SOB or chest pain; Pt's
cardiac markers were negative; Pt had CTA chest, which was negative for pulmonary embolus, but
showed ectasia of ascending thoracic aorta; EKG showed normal sinus rhythm; Pt did not receive any
medications during ER visit; Pt was discharged with written education on non-cardiac chest pain, &
instructed to follow up with PCP & cardiologist, per ED cardiovascular assessment, Pt does not have
cardiologist; per ER Callback Assessment re radiology follow up call was placed to Pt on 02/14/21, for
radiology follow up & initial ER Provider had assistant Nursing Manager contact Pt, to follow up with
primary physician & Pt verbalized understanding.  QRM Referral comments included from Pt follows-
came in for chest pain, after testing completed sent home with non-cardiac diagnosis, Pt feels ER
Provider missed the diagnosis of enlarged aorta on CT scan & was found my his PCP; no documentation
found in the EMR that ER Provider discussed results of CTA chest with Pt, which included ectasia of
ascending thoracic aorta; will send for PR for Pt concern of misdiagnosis of cardiac issue. //MRM.

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 03/15/21 14:30
  **Action:** QM-Refer Dept Chair Peer Rev
  **Action Date:** 03/15/21
  **Action Effectiveness:**

- *
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Martin,Michelle D | 03/11/21 11:24 | 03/15/21 14:53 | Auto |
| Simmons,Vicky | 03/11/21 11:24 | 03/15/21 14:31 | Manual |

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 013**

Houston Hospitals

## PR Notes:

- PR Notes:
Notes:

## Hold Final Bill:

- -
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

## Final Disposition

- Outcome
**Final Outcome:**

| Outcome | Active | Last Edit Dt/Tm | Last Edit User |
|---|---|---|---|
| Survey Closed, Track, and Trend | Yes | 03/15/21 14:53 | Martin,Michelle D |

- *
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R | Emergency Medicine | Yes |
| Ham,Terry E Jr | Internal Medicine | |

| Responsible Department/Discipline | Primary |
|---|---|

- Attributed Employee (Dept # in Comments)
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

- Attributed Department
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

- Attributed Physician

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 014**

Houston Hospitals

Page: 4
Date: 08/11/22 14:44
User: Minor,Cheryl C

**Physician 1:** MICHAEL R NULPH
**Physician 2:**
**Physician 3:**
**Physician 4:**
**Physician 5:**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 015**

Houston Hospitals

**Page:** 1
**Date:** 08/11/22 14:48
**User:** Minor,Cheryl C

**Patient Name:** ██████████
**Age/Sex:** 54 / F
**Account Number:** Y1390872
**Medical Rec Number:** P1055234
**Visit Range:** 03/16/21 18:41 - 03/16/21 20:41

**Event Date/Time:** 03/16/21
**Review Number:** Y2021-000107
**Review Type:** Patient Relations
**Status:** Complete

**- Event Type**
Grievance

**Event Classification**

**- Event Classification**
**Review Indicator**                                    **Primary**
PR - Inapprop. Response To Pain Alleged        Yes
PR- Care-Safe/Respectful
PR- Physician

**PR Event Information:**

**- Event Information:**
**Date Received::** 03/17/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 03/16/21
**Information Obtained From::** Family

**- Event Notes:**
**Event Notes::**

**Event Narrative:**
**Event Narrative::**

received call from patient's spouse stating that she had a complaint regarding treatment at Perry ED. Patient in background and gave permission to speak with spouse regarding treatment

Caller states that they came to ER for patient to be treated for an MS relapse and were seen by "The doctor with blue hair".  States he came into the room and told patient that we don't treat MS in the ER, not much he could do. We asked if they would do more at Warner Robins and he told us "No we don't treat MS in the ER."  States patient stating she was hurting bad, was dizzy, blurred vision and couldn't walk.  says the physician stated we also don't treat chronic pain. Caller states "he assumed she just wanted pain meds.  this isn't chronic pain, it's acute pain and it could've been treated. He said that he couldn't give her IV steroids because she had been talking a prescription of steroids.  He gave her Toradol and Zofran and discharged us.  He either doesn't know anything much about MS or he just didn't want to be bothered. He did nothing to help and was not compassionate at all.

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

**Patient Incidents 3 - 016**

I took her to Warner Robins and the doctor couldn't believe that he did nothing for her.  They have treated her for her pain and nausea and are giving her IV Steroids and have scheduled us to come back in 2 days for another treatment.  We are very disappointed with the way she was treated by that doctor in Perry and want to file a complaint.

Caller says that Trina did try to advocate for patient and was very helpful, but it didn't change what the doctor did.

Caller states they live in Alabama but are here locally to assist her parents and request correspondence be sent to
28 East St.
Hawkinsville, GA


**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 03/18/21 08:13

**Letters:**

**- Letters:**
**1st Letter Sent:** 03/19/21
**2nd Letter Sent:** 03/19/21

**- Assignments:**

_____

**Assign Date/Time:** 03/18/21 08:11
**Assign to Department:** 01.792 HMC Quality Assurance
 **Target Date:** 03/23/21
 **Instructions:**
 **Comment:** *Entered by Simmons,Vicky  03/18/2021 2:31 pm EDT:*
*Entered by Moss,Molly R  03/18/2021 1:20 pm EDT:*
54 y/o female HX of Multiple Sclerosis, PVC's, HTN, DVT LLE, PE-R lung, Diverticulosis, Anxiety, Depression, & Smoker; presented to ER on 03/16/21 at 1841 for Multiple Sclerosis relapse, Pt was seen by PCP 4 days ago & started on Steroid dose pack without relief & having fatigue; initially Pt had 0/10 pain on arrival to ER; labs ordered with elevated white blood cell count & slight increase in glucose; no imaging studies obtained;  per ED General Adult Assessment, Pt was ambulatory on arrival without gait abnormalities noted; Pt did report generalized pain "all over at 1913 & ER Provider did order Toradol IM & Zofran ODT SL for pain management; Pt did have decrease in pain after medication administration to 4/10 at time of DC; ER Provider's physical exam did not reveal any neurological deficits & advised in ER setting, other than monitoring labs for abnormalities, not much to be offered & instructed Pt to follow up w/ PCP for management of chronic condition; Pt was given RX for Zofran & DC instructions, & f/u PCP; Pt was seen at HMC ER < 24 hrs for MS exacerbation on 03/17/21 reporting weakness all over

**This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

since 6 PM last evening (at time of ER visit at PH), blurry vision, dizziness, & burning feeling to Bil legs since Monday; ER Provider ordered CT Head & was negative for acute process, labs, UA, & CXR ordered; HMC ER Provider contacted Dr. Qadir-neurologist for recommendations & he advised 1GM IV Solu-Medrol in ER & 2 additional days of same dosing in OUTPT IVT, which were scheduled. Pt also rec'd IV Morphine & Zofran during HMC visit, Pt pain was controlled at time of DC. Pt was given RX for Lyrica & Zofran. Based on QRM Referral comments from initital visit at PH ER by spouse addresses the following concerns:  Dr with blue hair came into room & told Pt we do not treat MS in ER, not much to do, Dr. also said we do not treat chronic pain, Dr. said he could not give IV Steroids, since Pt taking prescription steroids, he just gave her Toradol & Zofran & then discharged "us"; he either does not know much about MS or does not want to be bothered, he did nothing to help us & was not compassionate at all, Pt was taken to WR ER & Dr. could not believe that PH ER Provider did nothing for her, HMC ER they treated pain & nausea, gave IV steroids & scheduled return visit for 2 days, for further TX: spouse reports Pt was hurting bad, dizzy, blurred vision, & could not walk during initial PH ER visit, unable to substantiate, symptoms of blurred vision, dizziness, & could not walk unable to find symptoms in PH ER documentation at time of review
; unable to substantiate ER Provider was not compassionate & did not help them; per documentation in PH ER EMR pain level was decreased at time of DC, unable to substantiate MD reason for not administering IV steroids. PR for MGMT of MS at PH ER visit.//MRM.

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 03/18/21 14:31
**Action:** QM-Refer Dept Chair Peer Rev
  **Action Date:** 03/18/21
  **Action Effectiveness:**

_ *
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Martin,Michelle D | 03/18/21 08:13 | 03/19/21 10:49 | Auto |
| Simmons,Vicky | 03/18/21 08:11 | 03/18/21 14:31 | Manual |

**PR Notes:**

- PR Notes:
**Notes:** *Entered by Martin,Michelle D  03/19/2021 10:48 am EDT:*

final letter reviewed and approved by A. Albritton.

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

Houston Hospitals

Page: 4
Date: 08/11/22 14:48
User: Minor,Cheryl C

## Hold Final Bill:

- -
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

## Final Disposition

- Outcome
**Final Outcome:**

| Outcome | Active | Last Edit Dt/ Tm | Last Edit User |
|---|---|---|---|
| Grievance Closed, Track, and Trend | Yes | 03/19/21 10:49 | Martin,Michelle D |

- *
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R Doc,No Local | Emergency Medicine | Yes |

| Responsible Department/Discipline | Primary |
|---|---|

- Attributed Employee (Dept # in Comments)
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

- Attributed Department
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

- Attributed Physician
**Physician 1:** MICHAEL R NULPH
**Physician 2:**

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 019**

Houston Hospitals

Page: 5
Date: 08/11/22 14:48
User: Minor,Cheryl C

**Physician 3:**
**Physician 4:**
**Physician 5:**

## Attachments

| File Name | Uploaded By | Uploaded Date Time |
|---|---|---|
| Lawley, M Y2021-107.pdf | Martin,Michelle D | 03/19/21 10:48 |

**This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.**

Houston Hospitals

**Patient Name:** ███████
**Age/Sex:** 14 / M
**Account Number:** Y1388749
**Medical Rec Number:** P0146604
**Visit Range:** 02/28/21 11:30 - 02/28/21 13:11

**Event Date/Time:** 02/28/21
**Review Number:** Y2021-000110
**Review Type:** Patient Relations
**Status:** Complete

**- Event Type**
Survey

## Event Classification

**- Event Classification**
**Review Indicator**          **Primary**
PR- Physician                 Yes
PR- Care-Safe/Respectful

## PR Event Information:

**- Event Information:**
**Date Received::** 03/19/21
**Event Location::** Perry Emergency Department
**Event Date/Time::** 02/28/21
**Information Obtained From::** Survey

**- Event Notes:**
**Event Notes::**

## Event Narrative:
**Event Narrative::**

| Perry Hospital | our nurse was great! really made me feel good about being there. also the nurse who did triaged Levi was very kind. part of his ice that had been in a bag on his head spilled and she kindly cleaned it up | | Mixed | Nurses | 2539343170 |
|---|---|---|---|---|---|

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 021**

Houston Hospitals

| | | | | | |
|---|---|---|---|---|---|
| Perry Hospital | the dr came in and stapled Levi's head without cleaning the wound, numbing it, or moving his hair so his hair was actually stapled into the wound and still bloody. he did not explain whether stapling or stitching it would be better or why he wasn't going to numb it. he didn't even seem like he would do a ct scan on Levi except that I had to push for it. he reluctantly agreed to do one. he never mentioned giving Levi anything for pain. he was in the room long enough to put three staples in Levi's head and left with no further communication or concern for him or his pain level. | | Negative | Doctors | 2539343170 |
| Perry Hospital | they were very quick to cal Levi back and take care of him. he was dizzy so someone came out and brought a wheelchair to help us get him in | | Positive | Arrival | 2539343170 |
| Perry Hospital | I love the nursing care at the Perry ER but I strongly dislike Dr. Knulph's care. | y1388749 | Positive | Overall Assessment | 2539343170 |

**PR Entered By:**

**- Entered By:**
**User::** Martin,Michelle D
**Date/Time::** 03/19/21 11:00

**Letters:**

**- Letters:**
**1st Letter Sent:**
**2nd Letter Sent:**

**- Assignments:**

_____
**Assign Date/Time:** 03/19/21 11:00
**Assign to Department:** 01.792 HMC Quality Assurance
**Target Date:** 03/24/21

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 022**

| Houston Hospitals | Page: 3 |
|---|---|
| | Date: 08/11/22 14:45 |
| | User: Minor,Cheryl C |

**Instructions:**
  **Comment:** *Entered by Simmons,Vicky  03/24/2021 9:31 am EDT:*
  *Entered by Moss,Molly R  03/22/2021 4:35 pm EDT:*
13 y/o male with no prior medical HX; presented to ER w/ Mother, Pt was playing baseball in parking lot & was struck in the head by bat on backswing; Pt reports dizziness, HA, & nausea; per ER Provider's assessment 3cm shallow laceration to right frontal scalp at hairline, ER Provider's procedure note for laceration repair showed area clean, explored no foreign bodies, closed with 3 staples; ED Wound care Procedure Report by NSG staff reported Dr. Nulph cleaned w/ NS, Betadine sticks prior to insertion of staples **[QRM note-Pt's Mom said area not cleaned or numbed prior to stapling];** no labs obtained; CT head revealed no acute intracranial findings; Pt pain 8/10 on arrival & then increased to 10/10 after receiving staples to laceration; Pt rec'd Norco 5/325 & pain did decrease to 4/10 at time of DC,  DC instructions given- ED Head Injury (Child), ED Laceration: All Closures; f/u PCP next week for recheck or return if needed, return if symptoms worsen. Based on QRM Referral comments- Pt mother had following issues: Dr. came in & stapled Pt's head without cleaning the wound, numbing it, or removing hair, so hair was actually stapled into wound & still bloody, ER Provider did not explain whether stapling or stitching would be best option, or why he was not numbing area prior to procedure, he did not want to order CT Scan, except I had to push for it, he reluctantly agreed to order test, never mentioned given anything for pain, he left after stapling with no further communication or concern for Pt or his pain level, strongly dislike physician's care, complimentary of Nursing staff; unable to substantiate his behavior of not explaining procedure or giving options between stapling or suturing, unable to substantiate hair stapled in repair of laceration, unable to substantiate why no numbing was provided prior to stapling; unable to substantiate, Mother had to be advocate to get imaging studies ordered; PR for MGMT of care.//MRM.

**Conclusion:** Referred for Peer Review
  **Primary:** Yes
  **Reviewed By:** Simmons,Vicky
  **Conclusion Dt/Tm:** 03/24/21 09:31
**Action:** QM-Refer Dept Chair Peer Rev
  **Action Date:** 03/24/21
  **Action Effectiveness:**

- *
**Refer To:**

| Refer To | Referral Dt/Tm | Complete Dt/Tm | Type |
|---|---|---|---|
| Martin,Michelle D | 03/19/21 11:00 | 03/24/21 10:30 | Auto |
| Simmons,Vicky | 03/19/21 10:59 | 03/24/21 09:32 | Manual |

**PR Notes:**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 023**

Houston Hospitals

**Page:** 4
**Date:** 08/11/22 14:45
**User:** Minor,Cheryl C

**- PR Notes:**
**Notes:**

**Hold Final Bill:**

**- -**
**Hold Final Bill:**
**Hold Bill Request Sent to Billing:**
**Billing Request Date:**
**Additional Information::**

**Final Disposition**

**- Outcome**
**Final Outcome:**

| Outcome | Active | Last Edit Dt/Tm | Last Edit User |
|---|---|---|---|
| Survey Closed, Track, and Trend | Yes | 03/24/21 10:30 | Martin,Michelle D |

**- \***
**Attribution::**

| Responsible Provider | Specialty | Primary |
|---|---|---|
| NULPH,MICHAEL R Caraway,Elaine | Emergency Medicine Pediatrics | Yes |

| Responsible Department/Discipline | Primary |
|---|---|

**- Attributed Employee (Dept # in Comments)**
**Employee 1 & Employee Dept #:**
**Employee 2 & Employee Dept #:**
**Employee 3 & Employee Dept #:**
**Employee 4 & Employee Dept #:**
**Employee 5 & Employee Dept #:**

**- Attributed Department**
**Department 1:** PH Medical Staff ED
**Department 2:**
**Department 3:**
**Department 4:**
**Department 5:**

**- Attributed Physician**
**Physician 1:** MICHAEL R NULPH
**Physician 2:**

This report and any associated attachments may contain information that is Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 024**

Houston Hospitals

**Page:** 5
**Date:** 08/11/22 14:45
**User:** Minor,Cheryl C

**Physician 3:**
**Physician 4:**
**Physician 5:**

This report and any associated attachments may contain information that is
Non-Public,Privileged,Confidential and Exempt from disclosure under applicable law.

**Patient Incidents 3 - 025**