IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICK NULPH, M.D., | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-423 (MTT) |
| | * |
| HOUSTON HEALTHCARE SYSTEM, INC., | * |
| Defendant. | * |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 6th day of February, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk